NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRIGHT DATA LTD.,**
*Appellant*

v.

**CODE200, UAB, TESO LT, UAB, METACLUSTER LT, UAB, OXYSALES, UAB,**
*Appellees*

---

2023-2144, 2023-2147

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00103 and IPR2022-00353.

-------------------------------------------------

**BRIGHT DATA LTD.,**
*Appellant*

v.

**THE DATA COMPANY TECHNOLOGIES INC.,**
*Appellee*

---

2023-2145, 2023-2146

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00135 and IPR2022-00138.

---

# O R D E R

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

The appeals are consolidated, and thus one set of briefs should be filed for the four appeals. The revised official caption is reflected above. The certified lists remain due no later than August 22, 2023.

FOR THE COURT

July 27, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court