FORM 9A. Notice of Related Case Information                                   Form 9A (p. 1)
                                                                               March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**NOTICE OF RELATED CASE INFORMATION**

**Case Number** 23-2144

**Short Case Caption** Bright Data Ltd. v. Code200, UAB

**Filing Party/Entity** Bright Data Ltd.

---

**Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

---

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Please see Attachment A

☑   Additional pages attached

FORM 9A. Notice of Related Case Information  Form 9A (p. 2)
March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> BRIGHT DATA LTD. F/K/A LUMINATI NETWORKS LTD.; CODE200, UAB; TESO LT, UAB; METACLUSTER LT, UAB; OXYSALES, UAB; CORETECH LT, UAB; OXYLABS, UAB; THE DATA COMPANY TECHNOLOGIES INC.; MAJOR DATA UAB; and TEFINCOM SA D/B/A NORDVPN

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> Please see Attachment B

☑ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 09/29/2023  Signature: /s/ Robert M. Harkins, Jr.

Name: Robert M. Harkins, Jr.

## ATTACHMENT A: RELATED OR PRIOR CASES

### Before the Federal Circuit Court of Appeals:

*Bright Data Ltd. v. The Data Company Technologies Inc.*,
No. 23-2145 (pending; appeal from IPR2022-00135)

*Bright Data Ltd. v. The Data Company Technologies Inc.*,
No. 23-2146 (pending; appeal from IPR2022-00138)

*Bright Data Ltd. v. Code200, UAB, et al.*,
No. 23-2147 (pending; appeal from IPR2022-00353)

*Bright Data Ltd. v. Major Data UAB*,
No. 23-2414 (pending; appeal from IPR2022-00915)

*Bright Data Ltd. v. Major Data UAB*,
No. 23-2415 (pending; appeal from IPR2022-00916)

*Bright Data Ltd. v. Code200, UAB, et al.*,
No. TBD (awaiting docketing confirmation; appeal from IPR2021-01492)

*Bright Data Ltd. v. Code200, UAB, et al.*,
No. TBD (awaiting docketing confirmation; appeal from IPR2021-01493)

### Before the US District Court of the Eastern District of Texas:

*Bright Data Ltd. f/k/a Luminati Networks Ltd. v. Teso LT, UAB, et al.*,
No. 2:19-cv-395 (pending)

*Bright Data Ltd. f/k/a Luminati Networks Ltd. v. Code200, UAB, et al.*,
No. 2:19-cv-396 (pending)

*Bright Data Ltd. f/k/a Luminati Networks Ltd. v. Tefincom SA d/b/a NordVPN*,
No. 2:19-cv-414 (pending)

*Bright Data Ltd. v. Oxylabs, UAB*,
No. 2:23-cv-171 (pending)

**Before the USPTO Patent Trial and Appeal Board:**

*Code200, UAB, et al., v. Bright Data Ltd.,*
IPR2021-01492 (on appeal before the Fed. Cir.)

*Code200, UAB, et al., v. Bright Data Ltd.,*
IPR2021-01493 (on appeal before the Fed. Cir.)

*The Data Company Technologies Inc. v. Bright Data Ltd.,*
IPR2022-00135 (on appeal before the Fed. Cir.)

*The Data Company Technologies Inc. v. Bright Data Ltd.,*
IPR2022-00138 (on appeal before the Fed. Cir.)

*Code200, UAB, et al. v. Bright Data Ltd.,*
IPR2022-00353 (on appeal before the Fed. Cir.)

*Major Data UAB v. Bright Data Ltd.,*
IPR2022-00915 (on appeal before the Fed. Cir.)

*Major Data UAB v. Bright Data Ltd.,*
IPR2022-00916 (on appeal before the Fed. Cir.)

*Metacluster LT, UAB, v. Bright Data Ltd.,*
IPR2022-00687 (pending)

*Metacluster LT, UAB, v. Bright Data Ltd.,*
PGR2022-00052 (pending)

*Metacluster LT, UAB, v. Bright Data Ltd.,*
PGR2022-00061 (pending)

*Oxylabs, UAB v. Bright Data Ltd.,*
IPR2023-01425 (pending)

**Before the USPTO Central Reexamination Unit:**

Reexamination Control No. 90/014,652 (pending)

Reexamination Control No. 90/014,816 (pending)

Reexamination Control No. 90/014,624 (pending)

Reexamination Control No. 90/014,827 (pending)

Reexamination Control No. 90/014,875 (pending)

Reexamination Control No. 90/014,876 (pending)

Reexamination Control No. 90/014,880 (pending)

**ATTACHMENT B: NAMES OF ALL LAW FIRMS, PARTNERS, AND ASSOCIATES IN THE CASES LISTED ABOVE**

**Cherian LLP**

Korula T. Cherian

Robert M. Harkins, Jr.

Thomas M. Dunham

Ronald R. Wielkopolski

Elizabeth A. O'Brien

**Capshaw DeRieux LLP**

Elizabeth L. DeRieux

S. Calvin Capshaw

**MT2 Law Group**

G. Blake Thompson

J. Mark Mann

**Norton Rose Fulbright US LLP**

Mark Garrett

Daniel Leventhal

Brett Govett

Warren Huang

Alexandra Porter

Arthur Licygiewicz

Brandy Nolan

Brett McKean

David Ben-Meir

Gabriel Culver

Becca Skupin

Stephanie DeBrow

Jonathan Franklin

## Wolf, Greenfield & Sacks, P.C.

Michael Rader

Adam Wichman

Gregory Nieberg

Marie McKiernan

## Charhon Callahan Robson & Garza, PLLC

John Heuton

George Scott

Craig Tolliver

Christopher Bovenkamp

Mitchell Sibley

Steven Callahan

Anthony Garza

## Motieka & Audzevicius

Justinas Jarusevicius

**Scheef & Stone, LLP**

Michael Smith

**Mauriel Kapouytian Woods LLP**

Liang (Ray) Huang

Wensheng (Vincent) Ma

Jason Bartlett