**FORM 9A. Notice of Related Case Information**  **Form 9A (p. 1)**
**March 2023**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 23-2144

**Short Case Caption** BRIGHT DATA LTD. v. CODE200, UAB

**Filing Party/Entity** Major Data UAB

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

U.S. Court of Appeals, Federal Circuit:
Bright Data Ltd. v. Major Data UAB, Case No. 23-2414, PTAB
Bright Data Ltd. v. Major Data UAB, Case No. 23-2415, PTAB

U.S. Patent Trial and Appeal Board:
Major Data UAB v. Shribman et al., IPR2022-00915, U.S. Pat. No. 10257319
Major Data UAB v. Shribman et al., IPR2022-00916, U.S. Pat. No. 10484510

☐  Additional pages attached

FORM 9A. Notice of Related Case Information                                Form 9A (p. 2)
                                                                           March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Bright Data Ltd.
> Major Data UAB

☐   Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> Cherian LLP
> Robert M. Harkins, Jr.
> Thomas M. Dunham
> Elizabeth A. O'Brien
>
> Mauriel Kapouytian Woods LLP
> Liang Huang
> Wensheng Ma
> Jason R. Bartlett

☐   Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 10/06/2023            Signature:  /s/ Jason R. Bartlett

                            Name:       Jason R. Bartlett