FORM 26. Docketing Statement                                                                 Form 26 (p. 1)
                                                                                              July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 23-2144

**Short Case Caption:** BRIGHT DATA LTD. v. CODE200, UAB

**Filing Party/Entity:** Major Data UAB

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| PTAB | 2022-00915, -00916 | Inter Partes Review |

**Relief sought on appeal:** ☐ None/Not Applicable

Affirmance of the PTAB's determination that claims 1, 2, 12, 14, 15, 17–19, and 21–29 of U.S. Patent No. 10,257,319 B2 are unpatentable. Affirmance of the PTAB's determination that claims 1, 2, 6–11, 13, and 15–24 of U.S. Patent No. 10,484,510 B2 are unpatentable.

**Relief awarded below (if damages, specify):** ☑ None/Not Applicable

**Briefly describe the judgment/order appealed from:**

Final Written Decision of U.S. Patent Trial and Appeal Board.

**Nature of judgment (select one):**          **Date of judgment:** 9/13/23

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain)                       _____

FORM 26. Docketing Statement                                    Form 26 (p. 2)
                                                                    July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☐ None/Not Applicable

> Bright Data Ltd. v. Major Data UAB, Case No. 23-2414
> Bright Data Ltd. v. Major Data UAB, Case No. 23-2415

Issues to be raised on appeal:  ☐ None/Not Applicable

> The PTAB correctly determined that claims 1, 2, 12, 14, 15, 17–19, and 21–29 of U.S. Patent No. 10,257,319 B2 are unpatentable.
> The PTAB correctly determined that claims 1, 2, 6–11, 13, and 15–24 of U.S. Patent No. 10,484,510 B2 are unpatentable.

Have there been discussions with other parties relating to settlement of this case?
☐ Yes   ☑ No

If "yes," when were the last such discussions?
  ☐ Before the case was filed below
  ☐ During the pendency of the case below
  ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☐ Yes   ☐ No

If they were mediated, by whom?

> Not applicable.

Do you believe that this case may be amenable to mediation? ☐ Yes  ☑ No
Explain.

> Resolution via mediation is unlikely.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

> None.

Date: 10/6/23           Signature: /s/ Jason R. Bartlett

                        Name:      Jason R. Bartlett

Save for Filing