FORM 8A. Entry of Appearance                                          Form 8A (p.1)
                                                                        July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 23-2144, 23-2145, 23-2146, 23-2147, 23-2414, 23-2415, 23-2442, 23-2443

**Short Case Caption:** Bright Data Ltd. v. Code200, UAB

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Code200, UAB; Teso LT, UAB; metacluster lt, UAB; Oxysales, UAB; and coretech lt, UAB

| | | |
|---|---|---|
| **Principal Counsel:** Jonathan S. Franklin | Admission Date: | 10/05/1992 |
| Firm/Agency/Org.: Norton Rose Fulbright US LLP | | |
| Address: 799 9th St. N.W., Suite 1000, Washington, D.C. 20001 | | |
| Phone: 202-662-0466 | Email: jonathan.franklin@nortonrosefulbright.com | |
| **Other Counsel:** Stephanie DeBrow | Admission Date: | 06/16/2011 |
| Firm/Agency/Org.: Norton Rose Fulbright US LLP | | |
| Address: 98 San Jacinto Blvd., Suite 1100, Austin, TX 78701 | | |
| Phone: 512-536-3094 | Email: stephanie.debrow@nortonrosefulbright.com | |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 10/13/23           Signature: /s/ Stephanie DeBrow

                         Name:      Stephanie DeBrow

FORM 8A. Entry of Appearance                                Form 8A (p.2)
                                                             July 2020

# [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Daniel S. Leventhal | Admission Date: 09/28/2009 |
|---|---|
| Firm/Agency/Org.: Norton Rose Fulbright US LLP | |
| Address: 1301 McKinney St., Suite 5100, Houston, TX 77010 | |
| Phone: 713-651-8360 | Email: daniel.leventhal@nortonrosefulbright.com |
| **Other Counsel:** Mark T. Garrett | Admission Date: 12/27/2000 |
| Firm/Agency/Org.: Norton Rose Fulbright US LLP | |
| Address: 98 San Jacinto Blvd., Suite 1100, Austin, TX 78701 | |
| Phone: 512-536-3031 | Email: mark.garrett@nortonrosefulbright.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |