# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 23-2144, 23-2145, 23-2146, 23-2147, 23-2414, 23-2415, 23-2442, 23-2443
**Short Case Caption:** Bright Data Ltd. v. Code200, UAB
**Filing Party/Entity:** Code200, UAB; Teso LT, UAB; metacluster lt, UAB; Oxysales, UAB; and coretech lt, UAB

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first-filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| PTAB | IPR2022-00103<br>IPR2022-00135<br>IPR2022-00138<br>IPR2022-00363<br>IPR2022-00915<br>IPR2022-00916<br>IPR2021-01492<br>IPR2022-01493 | Patent |

Relief sought on appeal: ☒ None/Not Applicable

Relief awarded below (if damages, specify): ☐ None/Not Applicable

> The PTAB determined the following claims are unpatentable: 1, 2, 6-11, 13, 15, 16, and 18-23 of U.S. Patent No. 11,044,342; 1-29 of U.S. Patent No. 10,257,319; 1-13 and 15-24 of U.S. Patent No. 10,484,510; and 1, 2, 6-11, 13, 16, 18-25, 29-34, 36, 39, and 41-46 of U.S. Patent No. 11,044,344.

Briefly describe the judgment/order appealed from:

> Final Written Decisions in IPR2022-00103 (May 30, 2023), IPR2022-00135 (May 25, 2023), IPR2022-00138 (May 9, 2023), IPR2022-00363 (June 27, 2023), IPR2022-00915 (Sept. 13, 2023), IPR2022-00916 (Sept. 13, 2023), IPR2021-01492 (Sept. 22, 2023), IPR2022-01493 (Sept. 22, 2023).

Nature of judgment (select one):   Dates of judgment: <u>May 9, 2023 to Sept. 22, 2023</u>

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☒ None/Not Applicable

Issues to be raised on appeal:  ☐ None/Not Applicable

| Whether the PTAB correctly determined that the following claims are unpatentable: 1, 2, 6-11, 13, 15, 16, and 18-23 of U.S. Patent No. 11,044,342; 1-29 of U.S. Patent No. 10,257,319; 1-13 and 15-24 of U.S. Patent No. 10,484,510; and 1, 2, 6-11, 13, 16, 18-25, 29-34, 36, 39, and 41-46 of U.S. Patent No. 11,044,344. |

Have there been discussions with other parties relating to settlement of this case?

☒ Yes            ☐ No

If "yes," when were the last such discussions?

☐ Before the case was filed
☒ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?  ☒ Yes         ☐ No

If they were mediated, by whom?
Judge David Folsom

Do you believe that this case may be amenable to mediation?  ☐ Yes        ☒ No
Explain.
Resolution via mediation is unlikely given the outcome below.

Provide any other information relevant to the inclusion of this case in the court's mediation program.
None.

Date: 10/13/2023            Signature: /s/*Stephanie DeBrow*
                            Name:     Stephanie DeBrow