Case Nos. 2023-2144, 2023-2145, 2023-2146, 2023-2147,
2023-2414, 2023-2415, 2023-2442, 2023-2443

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

BRIGHT DATA LTD.,
*APPELLANT*,

v.

CODE200, UAB, TESO LT, UAB, METACLUSTER LT, UAB, OXYSALES, UAB, THE DATA COMPANY TECHNOLOGIES INC., MAJOR DATA UAB, CORETECH LT, UAB,
*APPELLEES*.

*Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00103, IPR2022-00135, IPR2022-00138, IPR2022-00353, IPR2022-00915, IPR2022-00916, IPR2021-01492, IPR2022-00861, IPR2021-01493, IPR2022-00862*

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR APPELLANT BRIGHT DATA LTD. TO FILE OPENING BRIEF

Date: December 1, 2023

ROBERT M HARKINS, JR.
CHERIAN LLP
2001 Addison Street, Suite 275
Berkeley, CA 94704
(510) 944-0187
bobh@cherianllp.com

*Counsel for Appellant*

FORM 9. Certificate of Interest                                                      Form 9 (p. 1)
                                                                                     March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**CERTIFICATE OF INTEREST**

**Case Number** 23-2144, -2145, -2146, -2147, -2414, -2415, -2442, -2443
**Short Case Caption** Bright Data Ltd. v. Code200, UAB
**Filing Party/Entity** Bright Data Ltd.

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 12/01/2023                Signature: /s/ Robert M. Harkins, Jr.

                                Name:      Robert M. Harkins, Jr.

FORM 9. Certificate of Interest　　　　　　　　　　　　　　　　　　　　　　　　　Form 9 (p. 2)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Bright Data Ltd. | | IPPN Group Ltd. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☑　Additional pages attached

FORM 9. Certificate of Interest                                              Form 9 (p. 3)
                                                                              March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐  None/Not Applicable          ☐  Additional pages attached

| Cherian LLP, 1901 L Street NW, Suite 700, Washington, DC 20036 | | |
|---|---|---|
| Elizabeth A. O'Brien | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐  Yes (file separate notice; see below)    ☐  No    ☑  N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑  None/Not Applicable          ☐  Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# INTRODUCTION

Appellant Bright Data Ltd. ("Appellant" or "Bright Data") respectfully moves pursuant to Federal Rules of Appellate Procedure 26(b) and 27 and Federal Circuit Rules 26(b) and 27 for a 30-day extension of time to file its Opening Brief in this consolidated set of appeals with Lead Case No. 23-2144. The requested extension would move the deadline from January 7, 2024 to February 6, 2024. This is Appellant's first request for an extension of time; no other extensions have been previously granted to Appellant. This motion is supported by the declaration of Robert M. Harkins, Jr. attached hereto as Exhibit A. None of the Appellees oppose this motion.

# REQUESTED RELIEF

This Court may extend any party's filing deadline for "good cause." Fed. R. App. P. 26(b). Good cause exists for the requested extension because the extra 30-days would allow Appellant sufficient time to (1) address the many issues raised in the consolidated appeals; (2) finalize its arguments in a complete and concise manner; and (3) provide for various internal review to avoid complications at the time of filing, particularly in view of the upcoming holidays and the fact that many high-level employees of Bright Data[1] have been recalled to service in the Israel-Hamas War.

---

[1] Bright Data Ltd. is located in Israel.

## **CONCLUSION**

For at least these reasons, Appellant respectfully requests that the Court extend its time to file its Opening Brief until February 6, 2024.

*Respectfully submitted,*

Date: December 1, 2023

*/s/ Robert M. Harkins, Jr.*
ROBERT M HARKINS, JR.
CHERIAN LLP
2001 Addison Street, Suite 275
Berkeley, CA 94704
(510) 944-0187
bobh@cherianllp.com

THOMAS M. DUNHAM
CHERIAN LLP
1901 L Street NW, Suite 700
Washington, DC 20036
(202) 838-1567
tomd@cherianllp.com

*Counsel for Appellant*

## **CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitations of Fed. Cir. R. 27 and Fed. R. App. P. 27(d)(2)(A). This motion has been prepared in proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font. This motion contains 235 words, excluding the parts exempted by Fed. R. App. P. 32(f) and Fed. Cir. R. 32(b). As permitted by Fed. R. App. P. 32(g), the undersigned has relied upon the word count feature of Microsoft Word in preparing this certificate.

Date: December 1, 2023          */s/ Robert M. Harkins, Jr.*
                                ROBERT M HARKINS, JR.

                                *Counsel for Appellant*

# **CERTIFICATE OF SERVICE**

A complete and entire copy of this motion was filed in Lead Case No. 23-2144 using CM/ECF and was served on the undersigned date on counsel of record via CM/ECF and by emailing copies to counsel of record for all the Appellees as follows:

Jonathan S. Franklin jonathan.franklin@nortonrosefulbright.com
Stephanie DeBrow stephanie.debrow@nortonrosefulbright.com
Daniel S. Leventhal daniel.leventhal@nortonrosefulbright.com
Mark T. Garrett mark.garrett@nortonrosefulbright.com

Michael N. Rader mrader@wolfgreenfield.com
Adam Wichman awichman@wolfgreenfield.com

Jason R. Bartlett jbartlett@mkwllp.com


Date: December 1, 2023             */s/ Robert M. Harkins, Jr.*
                                    ROBERT M HARKINS, JR.

                                    *Counsel for Appellant*

# EXHIBIT A

## DECLARATION OF ROBERT M. HARKINS, JR. IN SUPPORT OF THE UNOPPOSED MOTION FOR EXTENSION OF TIME FOR APPELLANT BRIGHT DATA LTD. TO FILE OPENING BRIEF

I, Robert M. Harkins Jr., declare as follows:

1. I am a partner with the law firm Cherian LLP. I am a member in good standing of the bar of this Court. I serve as lead counsel for Appellant Bright Data Ltd. ("Appellant") in Case Nos. 2023-2144, 2023-2145, 2023-2146, 2023-2147, 2023-2414, 2023-2415, 2023-2442, 2023-2443.

2. The matters set forth herein are based upon my personal knowledge, and if called upon to do so, I could and would testify competently thereto.

3. Bright Data Ltd. is located in Israel. Many high-level employees of Bright Data Ltd., including Chief Executive Officer Or Lenchner, have been recalled to service in the Israel-Hamas War.

4. I believe in good faith that the requested extension of the deadline for Appellant's Opening Brief by 30-days will allow Appellant to (1) address the many issues raised in the consolidated appeals; (2) finalize its arguments in a complete and concise manner; and (3) provide for various internal review to avoid complications at the time of filing, particularly in view of the upcoming holidays and the fact that many high-level employees of Bright Data have been recalled to service in the Israel-Hamas War.

5. This is Appellant's first request for an extension of time and no

other extensions of time have been previously granted to Appellant.

6. I swear, under penalty of perjury of the laws of the United States, that the foregoing is true and correct.

Executed in Berkeley, California on December 1, 2023.

*/s/ Robert M. Harkins, Jr.*
ROBERT M HARKINS, JR.