FORM 9A. Notice of Related Case Information                            Form 9A (p. 1)
                                                                        March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 23-2144, -2145, -2146, -2147, -2414, -2415, -2442, -2443
**Short Case Caption** Bright Data Ltd. v. Code200, UAB
**Filing Party/Entity** Bright Data Ltd.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Please see Attachment A

☑   Additional pages attached

FORM 9A. Notice of Related Case Information                          Form 9A (p. 2)
                                                                      March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> BRIGHT DATA LTD. F/K/A LUMINATI NETWORKS LTD.; CODE200, UAB; TESO LT, UAB; METACLUSTER LT, UAB; OXYSALES, UAB; CORETECH LT, UAB; OXYLABS, UAB; THE DATA COMPANY TECHNOLOGIES INC.; MAJOR DATA UAB; and TEFINCOM SA D/B/A NORDVPN.

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> Please see Attachment B

☑ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 02/05/2024            Signature: /s/ Robert M. Harkins, Jr.

                            Name: Robert M. Harkins, Jr.

## ATTACHMENT A: RELATED OR PRIOR CASES

**Before the US District Court of the Eastern District of Texas:**

*Bright Data Ltd. f/k/a Luminati Networks Ltd. v. Teso LT, UAB, et al.,*
No. 2:19-cv-395 (pending)

*Bright Data Ltd. f/k/a Luminati Networks Ltd. v. Code200, UAB, et al.,*
No. 2:19-cv-396 (pending)

*Bright Data Ltd. f/k/a Luminati Networks Ltd. v. Tefincom SA d/b/a NordVPN,*
No. 2:19-cv-414 (pending)

*Bright Data Ltd. v. Oxylabs, UAB,*
No. 2:23-cv-171 (pending)

**Before the USPTO Patent Trial and Appeal Board:**

*Metacluster LT, UAB, v. Bright Data Ltd.,*
PGR2022-00052 (pending)

*Metacluster LT, UAB, v. Bright Data Ltd.,*
PGR2022-00061 (pending)

*Oxylabs, UAB v. Bright Data Ltd.,*
IPR2023-01425 (pending)

*Oxylabs, UAB v. Bright Data Ltd.,*
IPR2024-00126 (pending)

**Before the USPTO Central Reexamination Unit:**

Reexamination Control No. 90/014,652 (pending)

Reexamination Control No. 90/014,816 (pending)

Reexamination Control No. 90/014,624 (pending)

Reexamination Control No. 90/014,827 (pending)

Reexamination Control No. 90/014,875 (pending)

Reexamination Control No. 90/014,876 (pending)

Reexamination Control No. 90/014,880 (pending)

Reissue Application No. 18/523,800 (pending)

**ATTACHMENT B: NAMES OF ALL LAW FIRMS, PARTNERS, AND ASSOCIATES IN THE CASES LISTED ABOVE**

**Cherian LLP**

Korula T. Cherian

Robert M. Harkins, Jr.

Thomas M. Dunham

Ronald R. Wielkopolski

Elizabeth A. O'Brien

**Capshaw DeRieux LLP**

Elizabeth L. DeRieux

S. Calvin Capshaw

**MT2 Law Group**

G. Blake Thompson

J. Mark Mann

**Norton Rose Fulbright US LLP**

Mark Garrett

Daniel Leventhal

Brett Govett

Warren Huang

Alexandra Porter

Arthur Licygiewicz

Brandy Nolan

Brett McKean

David Ben-Meir

Gabriel Culver

Becca Skupin

Stephanie DeBrow

Jonathan Franklin

**Wolf, Greenfield & Sacks, P.C.**

Michael Rader

Adam Wichman

Gregory Nieberg

Marie McKiernan

**Charhon Callahan Robson & Garza, PLLC**

John Heuton

George Scott

Craig Tolliver

Christopher Bovenkamp

Mitchell Sibley

Steven Callahan

Anthony Garza

**Motieka & Audzevicius**

Justinas Jarusevicius

**Scheef & Stone, LLP**

Michael Smith

**Mauriel Kapouytian Woods LLP**

Liang (Ray) Huang

Wensheng (Vincent) Ma

Jason Bartlett