# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

Case Number: 23-2144, -2145, -2146, -2147, -2414, -2415, -2442, -2443

Short Case Caption: Bright Data Ltd. v. Code200, UAB

Filing Party/Entity: Bright Data Ltd.

Instructions: Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| Patent Trial and Appeal Board | IPR2022-00103<br>IPR2022-00135<br>IPR2022-00138<br>IPR2022-00353<br>IPR2022-00915<br>IPR2022-00916<br>IPR2021-01492<br>IPR2021-01493 | Inter Partes Review |

Relief sought on appeal: ☐ None/Not Applicable

Determination that the following claims are patentable:
1, 2, 6-11, 13, 15, 16, and 18-23 of U.S. Patent No. 11,044,342;
1-29 of U.S. Patent No. 10,257,319;
1-13 and 15-24 of U.S. Patent No. 10,484,510; and
1, 2, 6-11, 13, 16, 18-25, 29-34, 36, 39, and 41-46 of U.S. Patent No. 11,044,344.

Relief awarded below (if damages, specify): ☑ None/Not Applicable

Briefly describe the judgment/order appealed from:

Final Written Decisions in IPR2022-00103 (May 30, 2023), IPR2022-00135 (May 25, 2023), IPR2022-00138 (May 9, 2023), IPR2022-00353 (June 27, 2023), IPR2022-00915 (Sept. 13, 2023), IPR2022-00916 (Sept. 13, 2023), IPR2021-01492 (Sept. 22, 2023), IPR2021-01493 (Sept. 22, 2023).

Nature of judgment (select one):      Dates of judgment: <u>May 9 to Sept. 22, 2023</u>

☑ Final Judgment, 28 USC § 1295

☐ Rule 54(b)

☐ Interlocutory Order (specify type) _____

☐ Other (explain)      _____

Name and docket number of any related cases pending before this cout, and the name of the writing judge if an opinion was issued: ☑ None/Not Applicable

Issues to be raised on appeal: ☐ None/Not Applicable

Determination that the following claims are unpatentable and particularly, claim construction:
1, 2, 6-11, 13, 15, 16, and 18-23 of U.S. Patent No. 11,044,342;
1-29 of U.S. Patent No. 10,257,319;
1-13 and 15-24 of U.S. Patent No. 10,484,510; and
1, 2, 6-11, 13, 16, 18-25, 29-34, 36, 39, and 41-46 of U.S. Patent No. 11,044,344.

Have there been discussions with other parties relating to settlement of this case?

☑ Yes          ☐ No

If "yes," when were the last such discussions?

☐ Before the case was filed

☑ During the pendency of the case below

☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated? ☑ Yes          ☐ No

If they were mediated, by whom?

> Judge David Folsom

Do you believe that this case may be amenable to mediation? ☐ Yes     ☑ No

Explain.

> As it pertains to Code200, UAB and related parties: The mediation with Judge Folsom in an unrelated district court case, No. 2:22-cv-11 (E.D. Tex.), has been delayed in view of the Israel-Hamas War. There have been numerous discussions on possible resolutions without result. Resolution of these IPR disputes is part of a larger dispute between the parties involving ongoing district court and administration matters.
>
> As it pertains to The Data Company Technologies, Inc.: There were discussions relating to settlement during the pendency of the IPRs. There has been no mediation and resolution via mediation is unlikely.
>
> As it pertains to Major Data, UAB: There were no discussions relating to settlement. There has been no mediation and resolution via mediation is unlikely.

3

4

Provide any other information relevant to the inclusion of this case in the court's mediation program.

| N/A |
| --- |

Date: 02/05/2024          Signature: /s/ Robert M. Harkins, Jr.

Name:      Robert M. Harkins, Jr.