Nos. 23-2144, 23-2145, 23-2146, 23-2147, 23-2414, 23-2415, 23-2442, 23-2443

### In The
# United States Court of Appeals for the Federal Circuit

_____

**BRIGHT DATA LTD.**,

*Appellant,*

v.

**CODE200, UAB; TESO LT, UAB; METACLUSTER LT, UAB; OXYSALES, UAB; THE DATA COMPANY TECHNOLOGIES INC.; MAJOR DATA UAB; CORETECH LT, UAB,**

*Appellees.*

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00103, IPR2022-00135, IPR2022-00138, IPR2022-00353, IPR2022-00915, IPR2022-00916, IPR2021-01492, IPR2022-00861, IPR2021-01493 and IPR2022-00862

_____

## UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE APPELLEES' BRIEF

_____

| | |
|---|---|
| MICHAEL N. RADER<br>WOLF, GREENFIELD & SACKS, P.C.<br>605 Third Avenue<br>New York, NY 10158<br>(212) 697-7890 | JONATHAN S. FRANKLIN<br>NORTON ROSE FULBRIGHT US LLP<br>799 Ninth Street, N.W., Suite 1000<br>Washington, DC 20001<br>(202) 662-0466 |
| ADAM R. WICHMAN<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210<br>Telephone: (617) 646-8000 | MARK T. GARRETT<br>STEPHANIE N. DEBROW<br>NORTON ROSE FULBRIGHT US LLP<br>98 San Jacinto Blvd., Suite 1100<br>Austin, TX 78701<br>(512) 536-3094 |
| *Counsel for Appellee The Data Company Technologies Inc.* | *Counsel for Appellees Code 200, UAB; Teso LT, UAB;* m*etacluster lt, UAB; Oxysales, UAB; and coretech lt, UAB* |

JASON R. BARTLETT
WENSHENG MA
MASCHOFF BRENNAN
450 Sansome Street, Suite 1005
San Francisco, CA 94111
(418) 738-6334

*Counsel for Appellee Major Data UAB*

February 22, 2024

DANIEL LEVENTHAL
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street
Houston, TX 77010
(713) 651-8360

*Counsel for Appellees Code 200, UAB; Teso LT, UAB*; m*etacluster lt, UAB; Oxysales, UAB; and coretech lt, UAB*

# CERTIFICATE OF INTEREST

**Case Number:** 23-2144, 23-2145, 23-2146, 23-2147, 23-2414, 23-2415, 23-2442, 23-2443

**Short Case Caption:** Bright Data Ltd. v. Code200, UAB

**Filing Party/Entity:** Code200, UAB; Teso LT, UAB; metacluster lt, UAB; Oxysales, UAB; and coretech lt, UAB

> **Instructions:**
>
> 1. Complete each section of the form and select none or N/A if applicable.
> 2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.
> 3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.
> 4. Please do not duplicate entries within Section 5.
> 1. 5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date:  2/22/2024         Signature:  /s/ Jonathan S. Franklin

                         Name:       Jonathan S. Franklin

# CERTIFICATE OF INTEREST (CONTINUED)

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☒ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Code200, UAB | | Code200, UAB is a wholly owned subsidiary of coretech lt, UAB. |
| Teso LT, UAB | | Teso LT, UAB is now known as oxylabs, UAB. oxylabs, UAB is wholly owned by coretech lt, UAB. |
| metacluster lt, UAB | | In 2022, metacluster lt, UAB was merged into Teso LT, UAB, which is now known as oxylabs, UAB. oxylabs, UAB is wholly owned by coretech lt, UAB. |
| Oxysales, UAB | | In 2022, Oxysales UAB was merged into Teso LT, UAB, which is now known as oxylabs, UAB. oxylabs, UAB is wholly owned by coretech lt, UAB. |
| coretech lt, UAB | | None. |

# CERTIFICATE OF INTEREST (CONTINUED)

| |
|---|
| **4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4). |
| Norton Rose Fulbright US LLP:  James G. Warriner<br><br>Charhon Callahan Robson & Garza, PLLC:  Craig Tolliver, George Scott, and          John C. Heuton |

| |
|---|
| **5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?<br><br>☐ Yes (file separate notice; see below)   ☒ No   ☐ N/A (amicus/movant)<br><br>If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.**  This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal.  Fed. Cir. R. 47.5(b). |

| |
|---|
| **6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).<br><br>       ☒ None/Not Applicable    ☐ Additional pages attached |

# CERTIFICATE OF INTEREST

**Case Number:** 23-2145; 23-2146

**Short Case Caption:** Bright Data Ltd. v. The Data Company Technologies Inc.

**Filing Party/Entity:** The Data Company Technologies Inc.

> **Instructions:**
>
> 5. Complete each section of the form and select none or N/A if applicable.
>
> 6. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.
>
> 7. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.
>
> 8. Please do not duplicate entries within Section 5.
>
> 2. 5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date:    2/22/2024          Signature:  /s/ Michael N. Rader

                           Name:       Michael N. Rader

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☐ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☒ None/Not Applicable |
| The Data Company Technologies Inc. | *See attachment A | |

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

Gregory S. Nieberg

Marie A. McKiernan

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐ Yes (file separate notice; see below)   ☒ No   ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

> **6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).
>
> ☒ None/Not Applicable    ☐ Additional pages attached

**Certificate of Interest – Attachment A**

Case No. 23-2145, 23-2146

2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2).

Without conceding that the following parties are in fact real parties-in-interest, appellee The Data Company Technologies Inc. identified them prophylactically as real parties-in-interest during the proceedings before the PTAB:

    Avantis Team Technologies Ltd.

    Cytronix Ltd.

# CERTIFICATE OF INTEREST

**Case Number:** 23-2144, 23-2145, 23-2146, 23-2147, 23-2414, 23-2415, 23-2442, 23-2443

**Short Case Caption:** Bright Data Ltd. v. Code200, UAB

**Filing Party/Entity:** Major Data UAB

> **Instructions:**
>
> 1. Complete each section of the form and select none or N/A if applicable.
> 2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.
> 3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.
> 4. Please do not duplicate entries within Section 5.
> 5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 2/22/2024　　　　Signature: /s/ Jason R. Bartlett

　　　　　　　　　　　　Name: Jason R. Bartlett

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☒ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☒ None/Not Applicable |
| Major Data UAB | | |

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

Liang Huang

MASCHOFF BRENNAN

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐ Yes (file separate notice; see below)   ☒ No   ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).
  ☒ None/Not Applicable    ☐ Additional pages attached

Pursuant to Fed. R. App. P. 26(b) and Federal Circuit Rule 26(b), Appellees Code 200, UAB; Teso LT, UAB; metacluster lt, UAB; Oxysales, UAB; coretech lt, UAB, The Data Company Technologies Inc., and Major Data UAB (collectively, "Appellees") respectfully move for a 30-day extension of time to file their responsive brief in this appeal, to and including April 17, 2024. Appellees' brief is currently due on March 18, 2024, and this is the first request for an extension of time to file Appellees' brief in this appeal. Counsel for Appellees conferred with counsel for Appellant, who represented that Appellant does not oppose the requested extension. Appellant previously received a 30-day extension of time to file its opening brief.

Good cause exists for the requested extension. As set forth in the Declaration of undersigned counsel, the requested extension of time is necessary to allow Appellees' counsel to prepare the best possible brief to aid this Court's determination of the issues on appeal in light of professional scheduling demands, the need to coordinate between counsel for separately-represented parties, and pre-planned personal travel.

## CONCLUSION

Appellees thus respectfully request that the Court enter an order extending the time to file their responsive brief to and including April 17, 2024.

Respectfully submitted,

/s/ Michael N. Rader
Michael N. Rader
WOLF, GREENFIELD & SACKS, P.C.
605 Third Avenue
New York, NY 10158
(212) 697-7890

Adam R. Wichman
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000

*Counsel for Appellee The Data Company Technologies Inc.*

/s/ Jason R. Bartlett
Jason R. Bartlett
Wensheng Ma
MASCHOFF BRENNAN
450 Sansome Street, Suite 1005
San Francisco, CA 94111
(415) 738-6334

*Counsel for Appellee Major Data UAB*

February 22, 2024

/s/ Jonathan S. Franklin
Jonathan S. Franklin
NORTON ROSE FULBRIGHT US LLP
799 Ninth Street, N.W., Suite 1000
Washington, DC 20001
(202) 662-0466

Mark T. Garrett
Stephanie N. DeBrow
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, TX 78701
(512) 536-3094

Daniel Leventhal
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street
Houston, TX 77010
(713) 651-8360

*Counsel for Appellees Code 200, UAB; Teso LT, UAB; metacluster lt, UAB; Oxysales, UAB; and coretech lt, UAB*

2

## CERTIFICATE OF COMPLIANCE

I certify that this Motion is proportionately spaced and, according to the word processing program in which it was generated, contains 205 words excluding parts of the document exempted by Federal Circuit Rule 27(d).

/s/ Jonathan S. Franklin
Jonathan S. Franklin
NORTON ROSE FULBRIGHT US LLP

*Counsel for Appellees Code 200, UAB; Teso LT, UAB*; m*etacluster lt, UAB; Oxysales, UAB; and coretech lt, UAB*

## CERTIFICATE OF SERVICE

I certify that on February 22, 2024, the foregoing Unopposed Motion (and the accompanying Declaration) were served on all counsel of record via the Court's CM/ECF system.

/s/ Jonathan S. Franklin
Jonathan S. Franklin
NORTON ROSE FULBRIGHT US LLP

*Counsel for Appellees Code 200, UAB; Teso LT, UAB*; m*etacluster lt, UAB; Oxysales, UAB; and coretech lt, UAB*

Nos. 23-2144, 23-2145, 23-2146, 23-2147, 23-2414, 23-2415, 23-2442, 23-2443

IN THE
# United States Court of Appeals for the Federal Circuit

---

BRIGHT DATA LTD.,

Appellant,

v.

CODE200, UAB; TESO LT, UAB; METACLUSTER LT, UAB; OXYSALES, UAB; THE DATA COMPANY TECHNOLOGIES INC.; MAJOR DATA UAB; CORETECH LT, UAB,

Appellees.

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00103, IPR2022-00135, IPR2022-00138, IPR2022-00353, IPR2022-00915, IPR2022-00916, IPR2021-01492, IPR2022-00861, IPR2021-01493 and IPR2022-00862

---

### DECLARATION IN SUPPORT OF UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE APPELLEES' BRIEF

---

1. I am a lawyer at Norton Rose Fulbright US LLP and principal counsel for Appellees Code 200, UAB; Teso LT, UAB; metacluster lt, UAB; Oxysales, UAB; and coretech lt in this appeal.

2. Appellees' responsive brief is currently due on March 18, 2024, and Appellees are seeking a 30-day extension of time, to and including April 17, 2024.

3. The grounds for Appellees' request are as follows:

    a. I and my co-counsel have other professional commitments that conflict with the current schedule for preparation of Appellees' brief in this case.

In particular, I and co-counsel Daniel Leventhal and Stephanie DeBrow are responsible for the preparation and filing, by February 28, 2024, of post-trial briefs in *Centripetal Networks, LLC v. Palo Alto Networks, Inc.*, No. 2:21-cv-00137-EWH (E.D. Va.). In addition, I am responsible for the preparation and filing, by February 29, 2024, of a petition for a writ of certiorari in the U.S. Supreme Court seeking review of the judgment of the U.S. Court of Appeals for the Third Circuit in *Tyger v. Precision Drilling Corp.*, No. 22-1613. I also have long-planned family travel scheduled from March 7 through March 12, 2024. In addition, I and co-counsel Stephanie DeBrow were not involved in the proceedings below and require additional time to review and research the numerous issues at issue in these consolidated appeals, which arise from ten separate proceedings before the PTAB.

      d.      Additional counsel Mark Garrett has long-planned family travel scheduled from March 9, 2024 through March 16, 2024, immediately preceding the date when Appellees' brief is presently due.

      e.      Counsel for appellee The Data Company Technologies Inc. has oral argument on March 5, 2024 before the Court of Appeals for the Third Circuit in *Ares Trading SA v. Dyax Corp.*, No. 23-1487, is responsible for preparing a responsive appeal brief due April 12, 2024 before the Court of Appeals for Ninth Circuit in *Arbit v. Schneider Electric SE*, No. 24-35, and has pre-planned international family travel from March 27, 2024 through April 3, 2024.

2

   e. Furthermore, this case involves multiple appellees that are separately represented by different counsel. As a result, additional time is needed for the parties to coordinate their positions, with the ultimate goal of filing a single responsive brief.

   4. Given the obligations of counsel and the need for coordination set forth above, which will require a substantial amount of time between now and the current briefing deadline, additional time is required to prepare the best possible brief to aid this Court's determination of the issues on appeal.

   5. Pursuant to Federal Circuit Rule 47.3(d), I certify that each of the other Appellees shown above has authorized me to sign and file this motion on their behalf.

   6. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

   Executed on February 22, 2024 in Washington, D.C.

            Respectfully submitted,

            /s/ Jonathan S. Franklin

            Jonathan S. Franklin
            NORTON ROSE FULBRIGHT US LLP