FORM 8A. Entry of Appearance                                            Form 8A (p.1)
                                                                         July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 23-2144

**Short Case Caption:** BRIGHT DATA LTD. v. CODE200, UAB

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Major Data UAB

| | | |
|---|---|---|
| **Principal Counsel:** Jason R. Bartlett | | Admission Date: 02/09/2009 |
| Firm/Agency/Org.: MASCHOFF BRENNAN | | |
| Address: 450 Sansome Street, Suite 1005, San Francisco, CA 94111 | | |
| Phone: 415-738-6334 | | Email: jbartlett@mabr.com |
| **Other Counsel:** Wensheng Ma | | Admission Date: 10/19/2023 |
| Firm/Agency/Org.: MASCHOFF BRENNAN | | |
| Address: 450 Sansome Street, Suite 1005, San Francisco, CA 94111 | | |
| Phone: 415-738-6202 | | Email: vma@mabr.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 2/29/24                      Signature: /s/ Jason R. Bartlett

                                   Name: Jason R. Bartlett