Nos. 23-2144, 23-2145, 23-2146, 23-2147, 23-2414, 23-2415, 23-2442, 23-2443

IN THE
# United States Court of Appeals for the Federal Circuit

BRIGHT DATA LTD.,

Appellant,

v.

CODE200, UAB; TESO LT, UAB; METACLUSTER LT, UAB; OXYSALES, UAB; THE DATA COMPANY TECHNOLOGIES INC.; MAJOR DATA UAB; CORETECH LT, UAB,

Appellees.

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00103, IPR2022-00135, IPR2022-00138, IPR2022-00353, IPR2022-00915, IPR2022-00916, IPR2021-01492, IPR2022-00861, IPR2021-01493 and IPR2022-00862

## UNOPPOSED MOTION FOR A 14-DAY EXTENSION OF TIME TO FILE APPELLEES' BRIEF

MICHAEL N. RADER
WOLF, GREENFIELD & SACKS, P.C.
605 Third Avenue
New York, NY 10158
(212) 697-7890

ADAM R. WICHMAN
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000

*Counsel for Appellee The Data Company Technologies Inc.*

JONATHAN S. FRANKLIN
NORTON ROSE FULBRIGHT US LLP
799 Ninth Street, N.W., Suite 1000
Washington, DC 20001
(202) 662-0466

MARK T. GARRETT
STEPHANIE N. DEBROW
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, TX 78701
(512) 536-3094

*Counsel for Appellees Code 200, UAB; Teso LT, UAB; metacluster lt, UAB; Oxysales, UAB; and coretech lt, UAB*

| | |
|---|---|
| JASON R. BARTLETT<br>WENSHENG MA<br>MASCHOFF BRENNAN<br>450 Sansome Street, Suite 1005<br>San Francisco, CA 94111<br>(418) 738-6334<br><br>*Counsel for Appellee Major Data UAB*<br><br>March 29, 2024 | DANIEL LEVENTHAL<br>NORTON ROSE FULBRIGHT US LLP<br>1301 McKinney Street<br>Houston, TX 77010<br>(713) 651-8360<br><br>*Counsel for Appellees Code 200, UAB;*<br>*Teso LT, UAB*; m*etacluster lt, UAB;*<br>*Oxysales, UAB; and coretech lt, UAB* |

# CERTIFICATE OF INTEREST

**Case Number:** 23-2144, 23-2145, 23-2146, 23-2147, 23-2414, 23-2415, 23-2442, 23-2443

**Short Case Caption:** Bright Data Ltd. v. Code200, UAB

**Filing Party/Entity:** Code200, UAB; Teso LT, UAB; metacluster lt, UAB; Oxysales, UAB; and coretech lt, UAB

> **Instructions:**
>
> 1. Complete each section of the form and select none or N/A if applicable.
>
> 2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.
>
> 3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.
>
> 4. Please do not duplicate entries within Section 5.
>
> 1. 5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date:   3/29/2024          Signature:  /s/ Stephanie N. DeBrow

                           Name:       Stephanie N. DeBrow

i

# CERTIFICATE OF INTEREST (CONTINUED)

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☒ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Code200, UAB | | Code200, UAB is a wholly owned subsidiary of coretech lt, UAB. |
| Teso LT, UAB | | Teso LT, UAB is now known as oxylabs, UAB. oxylabs, UAB is wholly owned by coretech lt, UAB. |
| metacluster lt, UAB | | In 2022, metacluster lt, UAB was merged into Teso LT, UAB, which is now known as oxylabs, UAB. oxylabs, UAB is wholly owned by coretech lt, UAB. |
| Oxysales, UAB | | In 2022, Oxysales UAB was merged into Teso LT, UAB, which is now known as oxylabs, UAB. oxylabs, UAB is wholly owned by coretech lt, UAB. |
| coretech lt, UAB | | None. |

# CERTIFICATE OF INTEREST (CONTINUED)

| |
|---|
| **4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4). |
| Norton Rose Fulbright US LLP:  James G. Warriner<br><br>Charhon Callahan Robson & Garza, PLLC:  Craig Tolliver, George Scott, and     John C. Heuton |

| |
|---|
| **5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?<br><br>☐ Yes (file separate notice; see below)   ☒ No   ☐ N/A (amicus/movant)<br><br>If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.**  This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal.  Fed. Cir. R. 47.5(b). |

| |
|---|
| **6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).<br><br>    ☒ None/Not Applicable    ☐ Additional pages attached |

# CERTIFICATE OF INTEREST

**Case Number:** 23-2145; 23-2146

**Short Case Caption:** Bright Data Ltd. v. The Data Company Technologies Inc.

**Filing Party/Entity:** The Data Company Technologies Inc.

> **Instructions:**
>
> 5. Complete each section of the form and select none or N/A if applicable.
>
> 6. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.
>
> 7. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.
>
> 8. Please do not duplicate entries within Section 5.
>
> 2. 5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 3/29/2024          Signature: /s/ Michael N. Rader

                         Name:      Michael N. Rader

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☐ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☒ None/Not Applicable |
| The Data Company Technologies Inc. | *See attachment A | |

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

Gregory S. Nieberg

Marie A. McKiernan

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐ Yes (file separate notice; see below)   ☒ No   ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

> **6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).
>
> ☒ None/Not Applicable    ☐ Additional pages attached

**Certificate of Interest – Attachment A**

Case No. 23-2145, 23-2146

2.  Real Party in Interest. Fed. Cir. R. 47.4(a)(2).

Without conceding that the following parties are in fact real parties-in-interest, appellee The Data Company Technologies Inc. identified them prophylactically as real parties-in-interest during the proceedings before the PTAB:

> Avantis Team Technologies Ltd.
>
> Cytronix Ltd.

# CERTIFICATE OF INTEREST

**Case Number:** 23-2144, 23-2145, 23-2146, 23-2147, 23-2414, 23-2415, 23-2442, 23-2443

**Short Case Caption:** Bright Data Ltd. v. Code200, UAB

**Filing Party/Entity:** Major Data UAB

> **Instructions:**
>
> 1. Complete each section of the form and select none or N/A if applicable.
>
> 2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.
>
> 3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.
>
> 4. Please do not duplicate entries within Section 5.
>
> 5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 3/29/2024          Signature: /s/ Jason R. Bartlett

                         Name:      Jason R. Bartlett

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☒ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☒ None/Not Applicable |
| Major Data UAB | | |

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

Liang Huang

MASCHOFF BRENNAN

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐ Yes (file separate notice; see below)   ☒ No   ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☒ None/Not Applicable   ☐ Additional pages attached

Pursuant to Fed. R. App. P. 26(b) and Federal Circuit Rule 26(b), Appellees Code 200, UAB; Teso LT, UAB; metacluster lt, UAB; Oxysales, UAB; coretech lt, UAB, The Data Company Technologies Inc., and Major Data UAB (collectively, "Appellees") respectfully move for a 14-day extension of time to file their responsive brief in this appeal, to and including May 1, 2024. Appellees' brief is currently due on April 17, 2024. This is Appellees' second request for an extension of time to file Appellees' brief. Appellees previously sought and were granted a 30-day extension.

Counsel for Appellees conferred with counsel for Appellant, who represented that Appellant does not oppose the requested extension.

Good cause exists for the requested extension. These eight consolidated appeals arise from separate IPR proceedings and involve Appellees that are separately represented by three law firms, and additional time is necessary to allow Appellees' counsel to coordinate in the preparation of a joint brief.

Appellees thus respectfully request that the Court enter an order extending the time to file their responsive brief to and including May 1, 2024.

Respectfully submitted,

/s/ Michael N. Rader
Michael N. Rader
WOLF, GREENFIELD & SACKS, P.C.
605 Third Avenue
New York, NY 10158
(212) 697-7890

Adam R. Wichman
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000

*Counsel for Appellee The Data Company Technologies Inc.*

/s/ Jason R. Bartlett
Jason R. Bartlett
Wensheng Ma
MASCHOFF BRENNAN
450 Sansome Street, Suite 1005
San Francisco, CA 94111
(415) 738-6334

*Counsel for Appellee Major Data UAB*

March 29, 2024

/s/ Stephanie N. DeBrow
Jonathan S. Franklin
NORTON ROSE FULBRIGHT US LLP
799 Ninth Street, N.W., Suite 1000
Washington, DC 20001
(202) 662-0466

Mark T. Garrett
Stephanie N. DeBrow
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, TX 78701
(512) 536-3094

Daniel Leventhal
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street
Houston, TX 77010
(713) 651-8360

*Counsel for Appellees Code 200, UAB; Teso LT, UAB;* m*etacluster lt, UAB; Oxysales, UAB; and coretech lt, UAB*

2

## CERTIFICATE OF COMPLIANCE

I certify that this Motion is proportionately spaced and, according to the word processing program in which it was generated, contains 182 words excluding parts of the document exempted by Federal Circuit Rule 27(d).

/s/ Stephanie N. DeBrow
Stephanie N. DeBrow
NORTON ROSE FULBRIGHT US LLP

*Counsel for Appellees Code 200, UAB; Teso LT, UAB*; m*etacluster lt, UAB; Oxysales, UAB; and coretech lt, UAB*

## CERTIFICATE OF SERVICE

I certify that on March 29, 2024, the foregoing Unopposed Motion (and the accompanying Declaration) were served on all counsel of record via the Court's CM/ECF system.

/s/ Stephanie N. DeBrow
Stephanie N. DeBrow
NORTON ROSE FULBRIGHT US LLP

*Counsel for Appellees Code 200, UAB; Teso LT, UAB*; m*etacluster lt, UAB; Oxysales, UAB; and coretech lt, UA*