UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number:** 23-2144, 23-2145, 23-2146, 23-2147, 23-2414, 23-2415, 23-2442, 23-2443

**Short Case Caption:** Bright Data Ltd. v. Code200, UAB

**Filing Party/Entity:** Code200, UAB; Teso LT, UAB; metacluster lt, UAB; Oxysales, UAB; and coretech lt, UAB

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

   - The following cases involve patents at issue in these consolidated appeals:
     - *Bright Data Ltd. v. Teso LT, UAB, et al.*, No. 2:19-cv-395-JRG (E.D. Tex.)
     - *Bright Data Ltd. v. Tefincom S.A.*, No. 2:19-cv-414-JRG (E.D. Tex.)
     - Reexamination Control No. 90/014,875
     - Reexamination Control No. 90/014,876

   - The following cases involve patents in the same family as the patents at issue in these consolidated appeals:
     - *Luminati Networks Ltd. v. Tefincom SA d/b/a NordVPN*, No. 2:19-cv-00396-JRG (E.D. Tex)
     - *Bright Data Ltd. v. Oxylabs, UAB*, No. 2:23-cv-00171-JRG (E.D. Tex)
     - Reexamination Control No. 90/014,627
     - Reexamination Control No. 90/014,652
     - Reexamination Control No. 90/014,816
     - Reexamination Control No. 90/014,827
     - *Metacluster LT, UAB v. Bright Data Ltd.*, IPR2022-00687

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

   - Bi Science (2009) Ltd.

- Bright Data Ltd. f/k/a Luminati Networks Ltd.
- Code200, UAB
- coretech lt, UAB
- EMK Capital Partners GP Co-Investment LP
- EMK Capital Partners LP
- EMK Capital, LLP
- Hola Networks Ltd.
- Hola VPN Ltd.
- Luminati Networks Ltd.
- metacluster lt, UAB
- Oxylabs, UAB, f/k/a Teso LT, UAB
- Oxylabs, UAB, f/k/a metacluster lt UAB
- Oxysales, UAB
- Tefincom S.A. d/b/a NordVPN
- Teso LT, UAB

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

- Capshaw DeRieux LLP:  Sidney Calvin Capshaw, III; Elizabeth L. DeRieux; Heidi Peterson
- Charhon, Callahan, Robson & Garza: Christopher T. Bovenkamp; Steven C. Callahan; Anthony M. Garza; John C. Heuton; George T. Scott; Mitchell R. Sibley; Craig N. Tolliver
- Cherian, LLP:  Korula T. Cherian; Thomas M. Dunham; Robert M. Harkins, Jr.; Elizabeth O'Brien; Ronald Wiekopolski; Corrine Saylor Davis; Amadou K. Diaw; Colby A. Davis
- Findlay Craft, P.C.:  Eric H. Findlay
- Mann Tindel Thompson:  G. Blake Thompson; J. Mark Mann
- May Patents Ltd. c/o Dorit Shem-Tov:  Yehuda Binder

- Motieka & Audzevicius:  Justinas Jarusevicius

- Norton Rose Fulbright:  Brett C. Govett; Daniel S. Leventhal; Warren S. Huang; David H. Ben-Meir; Arthur P. Licygiewicz; Gabriel S. Culver; Brett A. McKean; Brandy S. Nolan; Alexandra A. Porter; Eagle H. Robinson

- RuyakCherian LLP:  Joshua C. Benson; Craig Hoovler

- Scheef & Stone, LLP:  Anna R. Skupin; Michael C. Smith

I certify the information included herein is accurate and complete to the best of my knowledge.

Date:  May 1, 2024                    Signature:  /s/ *Stephanie DeBrow*

                                                           Name:       Stephanie DeBrow