# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number:** 23-2144

**Short Case Caption:** Bright Data Ltd. v. Code200, UAB

**Filing Party/Entity:** Major Data UAB

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

   - The following cases involve patents at issue in these consolidated appeals:

     o *Bright Data Ltd. v. Teso LT, UAB, et al.*, No. 2:19-cv-395-JRG (E.D. Tex.)

     o *Bright Data Ltd. v. Tefincom S.A.*, No. 2:19-cv-414-JRG (E.D. Tex.)

     o Reexamination Control No. 90/014,875

     o Reexamination Control No. 90/014,876

   - The following cases involve patents in the same family as the patents at issue in these consolidated appeals:

     o *Luminati Networks Ltd. v. Tefincom SA d/b/a NordVPN*, No. 2:19-cv-00396-JRG (E.D. Tex)

     o *Bright Data Ltd. v. Oxylabs, UAB*, No. 2:23-cv-00171-JRG (E.D. Tex)

     o Reexamination Control No. 90/014,627

     o Reexamination Control No. 90/014,652

     o Reexamination Control No. 90/014,816

     o Reexamination Control No. 90/014,827

     o *Metacluster LT, UAB v. Bright Data Ltd.*, IPR2022-00687

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

   - Bi Science (2009) Ltd.

   - Bright Data Ltd. f/k/a Luminati Networks Ltd.

- Code200, UAB

- Coretech LT, UAB

- EMK Capital Partners GP Co-Investment LP

- EMK Capital Partners LP

- EMK Capital, LLP

- Hola Networks Ltd.

- Hola VPN Ltd.

- Luminati Networks Ltd.

- Metacluster LT, UAB

- Oxylabs, UAB, f/k/a Teso LT, UAB

- Oxylabs, UAB, f/k/a Metacluster LT UAB

- Oxysales, UAB

- Tefincom S.A. d/b/a NordVPN

- Teso LT, UAB

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

- Capshaw DeRieux LLP:  Sidney Calvin Capshaw, III; Elizabeth L. DeRieux; Heidi Peterson

- Charhon, Callahan, Robson & Garza: Christopher T. Bovenkamp; Steven C. Callahan; Anthony M. Garza; John C. Heuton; George T. Scott; Mitchell R. Sibley; Craig N. Tolliver

- Cherian, LLP:  Korula T. Cherian; Thomas M. Dunham; Robert M. Harkins, Jr.; Elizabeth O'Brien; Ronald Wiekopolski; Corrine Saylor Davis; Amadou K. Diaw; Colby A. Davis

- Findlay Craft, P.C.:  Eric H. Findlay

- Mann Tindel Thompson:  G. Blake Thompson; J. Mark Mann

- May Patents Ltd. c/o Dorit Shem-Tov:  Yehuda Binder

- Motieka & Audzevicius:  Justinas Jarusevicius

- Norton Rose Fulbright:  Brett C. Govett; Daniel S. Leventhal; Warren S. Huang; David H. Ben-Meir; Arthur P. Licygiewicz; Gabriel S. Culver; Brett A. McKean; Brandy S. Nolan; Alexandra A. Porter; Eagle H. Robinson

- RuyakCherian LLP:  Joshua C. Benson; Craig Hoovler

- Scheef & Stone, LLP:  Anna R. Skupin; Michael C. Smith

I certify the information included herein is accurate and complete to the best of my knowledge.

Date:  May 1, 2024           Signature:  /s/ *Jason R. Bartlett*

　　　　　　　　　　　　　　　　　Name:         Jason R. Bartlett