Case Nos. 2023-2144, 2023-2145, 2023-2146, 2023-2147,
2023-2414, 2023-2415, 2023-2442, 2023-2443

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

BRIGHT DATA LTD.,
*APPELLANT*,

v.

CODE200, UAB, TESO LT, UAB, METACLUSTER LT, UAB, OXYSALES, UAB, THE DATA COMPANY TECHNOLOGIES INC., MAJOR DATA UAB, CORETECH LT, UAB,
*APPELLEES*.

*Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00103, IPR2022-00135, IPR2022-00138, IPR2022-00353, IPR2022-00915, IPR2022-00916, IPR2021-01492, IPR2022-00861, IPR2021-01493, IPR2022-00862*

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## FOR APPELLANT BRIGHT DATA LTD. TO FILE REPLY BRIEF

Date: May 3, 2024

ROBERT M HARKINS, JR.
CHERIAN LLP
2001 Addison Street, Suite 275
Berkeley, CA 94704
(510) 944-0187
bobh@cherianllp.com

*Counsel for Appellant*

FORM 9. Certificate of Interest                                                            Form 9 (p. 1)
                                                                                            March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF INTEREST

**Case Number**  23-2144, -2145, -2146, -2147, -2414, -2415, -2442, -2443

**Short Case Caption**  Bright Data Ltd. v. Code200, UAB

**Filing Party/Entity**  Bright Data Ltd.

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 05/03/2024          Signature:  /s/ Robert M. Harkins, Jr.

                          Name:       Robert M. Harkins, Jr.

FORM 9. Certificate of Interest　　　　　　　　　　　　　　　　　　　　Form 9 (p. 2)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Bright Data Ltd. | | IPPN Group Ltd. |

☐ Additional pages attached

**FORM 9. Certificate of Interest**　　　　　　　　　　　　　　　　Form 9 (p. 3)
March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐　None/Not Applicable　　　☐　Additional pages attached

| | | |
|---|---|---|
| Cherian LLP, 1901 L Street NW, Suite 700, Washington, DC 20036 | | |
| Elizabeth A. O'Brien | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐　Yes (file separate notice; see below)　　☐　No　　☑　N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑　None/Not Applicable　　　☐　Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# INTRODUCTION

Appellant Bright Data Ltd. ("Appellant" or "Bright Data") respectfully moves, pursuant to Federal Rules of Appellate Procedure 26(b) and 27 and Federal Circuit Rules 26(b) and 27, for a 14-day extension of time to file its Reply Brief in this consolidated set of appeals with Lead Case No. 23-2144. The requested extension would move the deadline from May 22, 2024 to June 5, 2024. This is Appellant's second request for an extension of time. Appellant previously sought and was granted a 30-day extension of time to file its Opening Brief. Appellant conferred with Appellees and none of the Appellees oppose this motion.

# REQUESTED RELIEF

This Court may extend any party's filing deadline for "good cause." Fed. R. App. P. 26(b). Good cause exists for the requested extension because the extra 14 days would allow Appellant sufficient time to (1) address the many issues raised in the consolidated appeals; (2) finalize its arguments in a complete and concise manner; and (3) provide for various internal review to avoid complications at the time of filing, particularly in view of the fact that many high-level employees of Bright Data[1] have limited availability due to their ongoing military service obligations during the Israel-Hamas War.

---

[1] Bright Data is located in Israel.

## **CONCLUSION**

For at least these reasons, Appellant respectfully requests that the Court extend its time to file its Reply Brief to and including June 5, 2024.

*Respectfully submitted,*

Date: May 3, 2024

*/s/ Robert M. Harkins, Jr.*
ROBERT M HARKINS, JR.
CHERIAN LLP
2001 Addison Street, Suite 275
Berkeley, CA 94704
(510) 944-0187
bobh@cherianllp.com

*Counsel for Appellant*

## **CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitations of Fed. Cir. R. 27 and Fed. R. App. P. 27(d)(2)(A). This motion has been prepared in proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font. This motion contains 233 words, excluding the parts exempted by Fed. R. App. P. 32(f) and Fed. Cir. R. 32(b). As permitted by Fed. R. App. P. 32(g), the undersigned has relied upon the word count feature of Microsoft Word in preparing this certificate.

Date: May 3, 2024                    */s/ Robert M. Harkins, Jr.*
                                     ROBERT M HARKINS, JR.

                                     *Counsel for Appellant*

## **CERTIFICATE OF SERVICE**

A complete and entire copy of this motion was filed in Lead Case No. 23-2144 using CM/ECF and was served on the undersigned date on all counsel of record via CM/ECF.

| | |
|---|---|
| Date: May 3, 2024 | */s/ Robert M. Harkins, Jr.*<br>ROBERT M HARKINS, JR.<br><br>*Counsel for Appellant* |