**VOLUME III OF V, PAGES Appx9493-20228**

**2023-2144, 2023-2145, 2023-2146, 2023-2147, 2023-2414, 2023-2415, 2023-2442 and 2023-2443**

# United States Court of Appeals for the Federal Circuit

BRIGHT DATA LTD.,

*Appellant,*

– v. –

CODE200, UAB, TESO LT, UAB, METACLUSTER LT, UAB, OXYSALES, UAB, THE DATA COMPANY TECHNOLOGIES INC., MAJOR DATA UAB, CORETECH LT, UAB,

*Appellees.*

*On Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00103, IPR2022-00135, IPR2022-00138, IPR2022-00353, IPR2022-00915, IPR2022-00916, IPR2021-01492, IPR2022- 00861, IPR2021-01493 and IPR2022-00862*

## JOINT APPENDIX

KORULA T. CHERIAN
ROBERT M. HARKINS, JR.
CHERIAN LLP
2001 Addison Street, Suite 275
Berkeley, California 94704
(510) 944-0190
sunnyc@cherianllp.com
bobh@cherianllp.com

THOMAS M. DUNHAM
RONALD R. WIELKOPOLSKI
CHERIAN LLP
1901 L Street NW, Suite 700
Washington, DC 20036
(202) 838-1560
tomd@cherianllp.com
ronw@cherianllp.com

*Counsel for Appellant*

*(For Continuation of Appearances See Inside Cover)*

CP COUNSEL PRESS (800) 4-APPEAL • (323482)

---

DANIEL S. LEVENTHAL
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street, Suite 5100
Houston, Texas 77010
(713) 651-5151
daniel.leventhal@nortonrosefulbright.com

MARK T. GARRETT
STEPHANIE N. DEBROW
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
(512) 474-5201
mark.garrett@nortonrosefulbright.com
stephanie.debrow@nortonrosefulbright.com

JONATHAN S. FRANKLIN
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, DC 20001
(202) 662-0200
jonathan.franklin@nortonrosefulbright.com

*Counsel for Appellees Code200, UAB, Teso LT, UAB, metacluster lt, UAB, Oxysales, UAB, and coretech lt, UAB*

MICHAEL N. RADER
WOLF GREENFIELD & SACKS, PC
605 Third Avenue, 25th Floor
New York, New York 10158
(212) 697-7890
mrader@wolfgreenfield.com

ADAM WICHMAN
WOLF GREENFIELD & SACKS, PC
600 Atlantic Avenue, 23rd Floor
Boston, Massachusetts 02210
(617) 646-8000
awichman@wolfgreenfield.com

*Counsel for Appellee The Data Company Technologies Inc.*

JASON R. BARTLETT
WENSHENG MA
MASCHOFF BRENNAN
450 Sansome Street, Suite 1005
San Francisco, California 94111
(418) 738-6334
jbartlett@mabr.com
vma@mabr.com

*Counsel for Appellee Major Data UAB*

---

# TABLE OF CONTENTS
# JOINT APPENDIX

| Paper/Exhibit No. | Document Description | Filed | Appendix Pages |
|---|---|---|---|
| 37 | Final Written Decision: original (IPR2022-00103) | 5/30/2023 | Appx1 |
| 49 | Final Written Decision: original (IPR2022-00135) | 5/25/2023 | Appx151 |
| 50 | Final Written Decision: JUDGMENT Final Written Decision Determining All Challenged Claims Unpatentable Granting Motions to Seal Granting Motion to Exclude 35 U.S.C. § 318(a); 37 C.F.R. § 42.14; 37 C.F.R. § 42.64 (IPR2022-00138) | 5/9/2023 | Appx323 |
| 36 | Final Written Decision: JUDGMENT Final Written Decision Determining All Challenged Claims Unpatentable Granting Motions to Seal 35 U.S.C. § 318(a); 37 C.F.R. § 42.14(IPR2022-00353) | 6/27/2023 | Appx493 |
| 53 | Final Written Decision (IPR2021-1492) | | Appx647 |
| 53 | Final Written Decision (IPR2021-1493) | | Appx714 |
| 50 | Final Written Decision (IPR2022-0915) | | Appx957 |
| 50 | Final Written Decision (IPR2022-0916) | | Appx1045 |
| 1001 | Exhibit 1001 – United States Patent No. 11,044,342 (IPR2022-00103) | | Appx1137 |
| 1001 | Exhibit 1001 – United States Patent No. 10,257,319 (IPR2022-00135) | | Appx1170 |

| Paper/Exhibit No. | Document Description | Filed | Appendix Pages |
|---|---|---|---|
| 1001 | Exhibit 1001 - United States Patent No. 10,484,510 (IPR2022-00138) | | Appx1199 |
| 1002 | Exhibit 1002 - United States Patent No. 11,044,344 (IPR2022-00353) | | Appx1229 |
| | Certified Index (IPR2022-00103) | | Appx1439 |
| | Certified Index (IPR2022-00135) | | Appx1440 |
| | Certified Index (IPR2022-00138) | | Appx1442 |
| | Certified Index (IPR2022-00353) | | Appx1444 |
| | Certified List IPR2021-01492 | | Appx1445 |
| | Certified List IPR2021-01493 | | Appx1447 |
| | Certified List IPR2022-00915 | | Appx1449 |
| | Certified List IPR2022-00916 | | Appx1451 |
| | **IPR2022-00103** | | |
| 1 | 342 IPR Petition | 10/29/2021 | Appx1485 |
| 15 | Patent Owner Response [Public] | 9/14/2022 | Appx1775 |
| 21 | Petitioners' Reply | 12/16/2022 | Appx1916 |
| 34 | Petitioners' Updated Mandatory Notices | 3/22/2023 | Appx2080 |
| 1003 | Exhibit 1003: Freedman Declaration | 10/29/2021 | Appx2327 |
| 1004 | Exhibit 1004: Crowds | 10/29/2021 | Appx2391 |
| 1006 | Exhibit 1006: RFC 2616 | 10/29/2021 | Appx2418 |
| 1009 | Exhibit 1009: Opp to MTD | 10/29/2021 | Appx2873 |
| 1011 | Exhibit 1011: Teso CC Order | 10/29/2021 | Appx2943 |
| 1012 | Exhibit 1012: Code200 CC Order | 10/29/2021 | Appx2969 |
| 1013 | Exhibit 1013: Teso O2 Micro Motion | 10/29/2021 | Appx2996 |
| 1014 | Exhibit 1014: Teso Supp CC Order | 10/29/2021 | Appx3007 |
| 1018 | Exhibit 1018: '319 PH | 10/29/2021 | Appx3207 |
| 1019 | Exhibit 1019: '936 PH | 10/29/2021 | Appx3356 |
| 1024 | Exhibit 1024: '936 Patent | 10/29/2021 | Appx3907 |
| 1050 | Exhibit 1050: Williams Deposition Transcript | 12/16/2022 | Appx5448 |
| 2008 | Exhibit 2008 - select portions of 11044342 PH | 3/9/2022 | Appx5626 |

| Paper/Exhibit No. | Document Description | Filed | Appendix Pages |
|---|---|---|---|
| 2009 | Exhibit 2009 - select portions of 11044344 PH | 3/9/2022 | Appx5664 |
| 2019 | Exhibit 2019 - EDTX-2-19-cv-00395-47 Sur Reply | 3/9/2022 | Appx6294 |
| 2020 | Exhibit 2020 - EDTX-2-19-cv-00395-476 Order | 3/9/2022 | Appx6306 |
| 2021 | Exhibit 2021 - EDTX-2-19-cv-00395-303 Order | 3/9/2022 | Appx6319 |
| 2022 | Exhibit 2022 - EDTX-2-19-cv-00395-516 Jury Verdict | 3/9/2022 | Appx6334 |
| 2026 | Exhibit 2026 - Freedman Deposition Transcript 8.23.2022 | 9/14/2022 | Appx6493 |
| 2029 | Exhibit 2029 - EDTX-2-21-cv-225-146 | 9/14/2022 | Appx6584 |
| 2030 | Exhibit 2030 - CONSUMER _ Cambridge English Dictionary | 9/14/2022 | Appx6632 |
| 2031 | Exhibit 2031 - Cambridge Advanced Learners Dictionary | 9/14/2022 | Appx6644 |
| 2032 | Exhibit 2032 - Cambridge Academic Content Dictionary | 9/14/2022 | Appx6649 |
| 2033 | Exhibit 2033 - CONSUMER _ Collins English Dictionary | 9/14/2022 | Appx6651 |
| 2034 | Exhibit 2034 - Collins COBUILD Advanced Dictionary | 9/14/2022 | Appx6664 |
| 2035 | Exhibit 2035 - Network Fundamentals Study Guide | 9/14/2022 | Appx6668 |
| 2036 | Exhibit 2036 - Computer Networks 5th ed | 9/14/2022 | Appx6677 |
| 2037 | Exhibit 2037 - Computer Networks 4th ed | 9/14/2022 | Appx6684 |
| 2045 | Exhibit 2045 - EMK acquires Luminati | 9/14/2022 | Appx6786 |
| 2046 | Exhibit 2046 - Frost Sullivan Report (2019) | 9/14/2022 | Appx6833 |
| 2065 | Exhibit 2065 - Williams Declaration [Public] | 9/14/2022 | Appx7160 |

| Paper/Exhibit No. | Document Description | Filed | Appendix Pages |
|---|---|---|---|
| 2071 | Exhibit 2071 - Patent Owner's Demonstrative Exhibits | 3/9/2023 | Appx7295 |

**IPR2022-00135**

| Paper/Exhibit No. | Document Description | Filed | Appendix Pages |
|---|---|---|---|
| 2 | Petition for Inter Partes Review | 11/3/2021 | Appx7355 |
| 23 | Petitioner's Reply to Patent Owner's Response | 11/16/2022 | Appx7876 |
| 1003 | Exhibit 1003 - Declaration of Prof. Dave Levin ("Levin") | 11/3/2021 | Appx9181 |
| 1005 | Exhibit 1005 - Patent Owner's Opening Claim Construction Brief, Luminati Networks Ltd. v. Teso LT et al., 2:19-cv-00395-JRG | 11/3/2021 | Appx9338 |
| 1008 | Exhibit 1008 - Corrected Patent Owner's Preliminary Response, Code200, UAB, et al. v. Luminati Networks Ltd., IPR2020-01266 | 11/3/2021 | Appx9451 |
| 1010 | Exhibit 1010 - U.S. Patent Application Publication No. 2008/0228938 ("Plamondon") | 11/3/2021 | Appx9493 |
| 1080 | Exhibit 1080 - U.S. Patent Application Publication No. US 2003/0009518 (Harrow) | 11/16/2022 | Appx16828 |
| 1108 | Exhibit 1108 - Declaration of Dr. Vernon Thomas Rhyne III in Support of Plaintiff Luminati Network Ltd.'s Claim Constructions, Bright Data Ltd. v. Teso LT et al. (E.D. Tex. Sept. 29, 2020) | 11/16/2022 | Appx17940 |
| 1110 | Exhibit 1110 - Non-Final Office Action mailed March 23, 2022, Reexamination No. 90/014,876 | 11/16/2022 | Appx18038 |

| Paper/Exhibit No. | Document Description | Filed | Appendix Pages |
|---|---|---|---|
| 1111 | Exhibit 1111 - Final Office Action mailed June 21, 2022, Reexamination Nos. 90/014,827 & 90/014,624 | 11/16/2022 | Appx18131 |
| 1115 | Exhibit 1115 - Complaint, Luminati Networks Ltd. v. Teso LT et al. (E.D. Tex. Dec. 6, 2019) | 11/16/2022 | Appx18218 |
| 2002 | Exhibit 2002 - US10469614 | 3/8/2022 | Appx18549 |
| 2009 | Exhibit 2009 - EDTX-2-19-cv-00395-145 Reply | 3/8/2022 | Appx18951 |

**IPR2022-00138**

| Paper/Exhibit No. | Document Description | Filed | Appendix Pages |
|---|---|---|---|
| 2 | Petitioner for Inter Partes Review | 11/4/2021 | Appx20128 |
| 1003 | Exhibit 1003 - Declaration of Prof. Dave Levin ("Levin") | 11/4/2021 | Appx21753 |
| 1008 | Exhibit 1008 - Patent Owner's Preliminary Response, Code200 UAB, et al. v. Luminati Networks Ltd., IPR2020-01358 | 11/4/2021 | Appx21964 |
| 1067 | Exhibit 1067 - Decision Denying Institution of Inter Partes Review, Code200, UAB, et al. v. Luminati Networks Ltd., IPR2020-01266 | 11/4/2021 | Appx27389 |
| 1068 | Exhibit 1068 - Decision Denying Institution of Inter Partes Review, Code200, UAB, et al. v. Luminati Networks Ltd., IPR2020-01358 | 11/4/2021 | Appx27401 |
| 1069 | Exhibit 1069 - Petition for Inter Partes Review, Code200, UAB et al. v. Luminati Networks Ltd., IPR2020-01266 | 11/4/2021 | Appx27404 |

| Paper/Exhibit No. | Document Description | Filed | Appendix Pages |
|---|---|---|---|
| 1070 | Exhibit 1070 - Petition for Inter Partes Review, Code200, UAB et al. v. Luminati Networks Ltd., IPR2020-01358 | 11/4/2021 | Appx27486 |

**IPR2022-00353**

| Paper/Exhibit No. | Document Description | Filed | Appendix Pages |
|---|---|---|---|
| 1 | 344 IPR Petition | 12/23/2021 | Appx32756 |
| 2025 | Exhibit 2025 - Williams Declaration [Public] | 9/19/2022 | Appx38198 |

**IPR2021-01492**

| Paper/Exhibit No. | Document Description | Filed | Appendix Pages |
|---|---|---|---|
| 2 | Petition for Inter Partes Review of US Patent No. 10,257,319 | 9/3/2021 | Appx38947 |
| 12 | Institution Decision: Grant | 3/21/2022 | Appx39170 |
| 20 | Order: Termination as to Petitioner | 5/27/2022 | Appx39238 |
| 25 | Institution decision and grant of joinder, IPR2022-00861 | 10/19/2022 | Appx39297 |
| 40 | Petitioners' Reply to Patent Owner's Opposition | 3/20/2023 | Appx39580 |
| 41 | Patent Owner's Sur-Reply | 5/1/2023 | Appx39627 |
| 51 | Other: Hearing transcript | 6/9/2023 | Appx39752 |
| 1005 | Expert Declaration of Keith J. Teruya | 9/3/2021 | Appx40448 |
| 1008 | Ex. 1008 (MorphMix) | 9/3/2021 | Appx40570 |
| 1012 | Ex. 1012 (US6,795,848 to Border) | 9/3/2021 | Appx41496 |
| 1021 | Ex. 1021 (EDTX-2-19-cv-00395 Pre-trial Transcript) | 9/3/2021 | Appx41946 |

| Paper/Exhibit No. | Document Description | Filed | Appendix Pages |
|---|---|---|---|
| 1102 | EDTX-2-21-cv-00225 Docket Sheet | 1/18/2022 | Appx42187 |
| 1111 | Ex. 1111 - Deposition Transcript of Dr. Tim A. Williams, dated February 23, 2023 | 3/20/2023 | Appx42574 |
| 2065 | EX. 2065 - Williams Declaration [Public] | 1/6/2023 | Appx45236 |

**IPR2021-01493**

| Paper/Exhibit No. | Document Description | Filed | Appendix Pages |
|---|---|---|---|
| 2 | Petition for Inter Partes Review of U.S. Patent No. 10,484.510 | 9/3/2021 | Appx46015 |
| 19 | Order: Dismissing Petitioner From the Proceeding | 5/27/2022 | Appx46300 |
| 24 | Institution decision and grant of joinder, IPR2022-00862 | 10/19/2022 | Appx46356 |
| 2065 | EX. 2065 - Williams Declaration [Public] | 1/6/2023 | Appx52520 |

**IPR2022-00861**

| Paper/Exhibit No. | Document Description | Filed | Appendix Pages |
|---|---|---|---|
| 7 | Motion for Joinder | 4/18/2022 | Appx53405 |

**IPR2022-00862**

| Paper/Exhibit No. | Document Description | Filed | Appendix Pages |
|---|---|---|---|
| 7 | Motion for Joinder | 4/18/2022 | Appx58751 |

**IPR2022-00915**

| Paper/Exhibit No. | Document Description | Filed | Appendix Pages |
|---|---|---|---|
| 1 | PETITION FOR INTER PARTES REVIEW | 4/21/2022 | Appx64071 |
| 14 | Decision denying Motion for Joinder | 7/29/2022 | Appx64264 |
| 1111 | Deposition Transcript of Dr. Tim A. Williams | 3/20/2023 | Appx67615 |
| 2013 | EX. 2013 - EDTX-2-19-cv-395-282 | 6/23/2022 | Appx69372 |

**IPR2022-00916**

| Paper/Exhibit No. | Document Description | Filed | Appendix Pages |
|---|---|---|---|
| 1 | PETITION FOR INTER PARTES REVIEW | 4/21/2022 | Appx71096 |
| 14 | Decision Denying Motion for Joinder | 7/29/2022 | Appx71292 |



US 20080228938A1

(19) **United States**
(12) **Patent Application Publication**
**Plamondon**
(10) **Pub. No.: US 2008/0228938 A1**
(43) **Pub. Date: Sep. 18, 2008**

(54) **SYSTEMS AND METHODS FOR PREFETCHING OBJECTS FOR CACHING USING QOS**

(76) Inventor: **Robert Plamondon**, Blodgett, OR (US)

Correspondence Address:
**CHOATE, HALL & STEWART LLP**
**TWO INTERNATIONAL PLACE**
**BOSTON, MA 02110 (US)**

(21) Appl. No.: **11/685,133**

(22) Filed: **Mar. 12, 2007**

**Publication Classification**

(51) **Int. Cl.**
***G06F 15/16*** (2006.01)

(52) **U.S. Cl.** ........................................................ **709/233**

(57) **ABSTRACT**

The present solution provides a variety of techniques for accelerating and optimizing network traffic, such as HTTP based network traffic. The solution described herein provides techniques in the areas of proxy caching, protocol acceleration, domain name resolution acceleration as well as compression improvements. In some cases, the present solution provides various prefetching and/or prefreshening techniques to improve intermediary or proxy caching, such as HTTP proxy caching. In other cases, the present solution provides techniques for accelerating a protocol by improving the efficiency of obtaining and servicing data from an originating server to server to clients. In another cases, the present solution accelerates domain name resolution more quickly. As every HTTP access starts with a URL that includes a hostname that must be resolved via domain name resolution into an IP address, the present solution helps accelerate HTTP access. In some cases, the present solution improves compression techniques by prefetching non-cacheable and cacheable content to use for compressing network traffic, such as HTTP. The acceleration and optimization techniques described herein may be deployed on the client as a client agent or as part of a browser, as well as on any type and form of intermediary device, such as an appliance, proxying device or any type of interception caching and/or proxying device.

Data Co Exhibit 1010
Data Co v. Bright Data



38
Server 106a
Server 106b
Server 106n
Network 104''
200'
Appliance
WAN
Optimization device
Network 104'
200
Appliance
WAN
Optimization device
Network 104
Client 102a
Client 102b
Client 102n

FIG. 1A



Patent Application Publication Sep. 18, 2008 Sheet 2 of 44 US 2008/0228938 A1

Client 102
Network 104
200
Appliance
WAN
Optimization
device
205
Appliance
(Gateway,
firewall or
LAN
Acceleration
device)
Network 104'
200'
Appliance
WAN
Optimization
device
Network 104"
205'
Appliance
(Gateway,
firewall or
LAN
Acceleration
device)
Server 106

FIG. 1B

Appx9495



Client 102
Network 104
200
Appliance
WAN
Optimization
device
Network 104'
Server 106
Client 102
Network 104'
200'
Appliance
WAN
Optimization
device
Network 104'
205'
Appliance
(Gateway,
firewall or
Acceleration
device)
Network 104''
Server 106

FIG. 1C



Patent Application Publication Sep. 18, 2008 Sheet 4 of 44 US 2008/0228938 A1

100
CPU
101
Main Memory
122
OS
Software
Client Agent
Storage
128
120
150
Network Interface
118
Installation Device
116
Display device(s)
124a-n
I/O CTRL
123
Pointing Device
127
Keyboard
126

FIG. 1D

Appx9497



Patent Application Publication Sep. 18, 2008 Sheet 5 of 44 US 2008/0228938 A1

101
Main Processor
Memory Port
103
I/O Port
I/O Port
140
Cache
122
Main Memory
130b
I/O Device
150
170
Bridge
130a
I/O Device

FIG. 1E

Appx9498



Client 102
Computing Environment 215
Application
Data file
Client Agent 120
Network Optimization Engine 250'
Network 104
Appliance 200
Port 1 266A
Port N 266N
Network Stack(s) 267
Network Optimization Engine 250
Packet Processing Engine 240
LAN/WAN detector 210
Flow Controller 220
QoS Engine 236
Protocol Accelerator 234
Compression Engine 238
Cache Manager/Cache 232
Policy Engine 295'
Network 104'
Server 106
Application
Data file
Application Delivery System 290
Policy Engine 295
Network Optimization Engine 250''

FIG. 2A



Patent Application Publication Sep. 18, 2008 Sheet 7 of 44 US 2008/0228938 A1

Application
Data file
Application Delivery System 190
Policy Engine 195
Network Optimization Engine 250''
Server 106
Network 104
Computing Environment 215
Application
Data file
Client Agent 120
Network Optimization Engine 250'
Client 102

FIG. 2B

Appx9500



Patent Application Publication Sep. 18, 2008 Sheet 8 of 44 US 2008/0228938 A1

Client 102
user mode 303
App 1
App 2
1st Program 322
App N
Network Stack 267
310a
310b
API data structure 325
interceptor 350
Streaming Client 306
Collection Agent 304
SSL VPN Agent 308
Network optimization engine 250
Acceleration Agent 302
Client Agent 120
Kernel mode 302
100

FIG. 3

Appx9501



First Max Object SIze 412
First Max Number of Objects 413
2nd Max Object SIze 414
2nd Max Number of Objects 415
Nth Max Object SIze 416
Nth Max Number of Objects 417
Object Index 410
Established Memory Size for Index
Memory 122
Network Optimization Engine 250
Compression Engine 238
Tier Manager 402
Cache Manager/Cache 232
Tier 1
index
Tier 2
Tier N
Small Objects 422
Medium Objects 424
Large Objects 426
Object Cache 420
Storage Size Change
Storage 128
Appliance 200 or client 102
Adjusting Object Sizes and/or Number of Objects for adjusted storage size while maintaining established memory size for index

FIG. 4A



Establishing an index and size of index in memory for storing indexes to objects to a storage having a first predetermined size. The cache using a first portion (1st tier) of storage for storing objects smaller than or equal to a first object size and a second portion (2nd tier) of the storage for objects larger than the first object size
Step 451
identifying a number of objects the cache can store to each of the portions of storage used by the cache
Step 453
changing the size of the storage used by the cache for storing objects to a second predetermined size while maintaining the size of the index in memory
Step 455
maintaining the number of objects the cache is allowed to store in the first portion of the storage below a predetermined threshold
Step 457
maintaining or altering object sizes and number of objects for any of the tiers of the cache in response to the change in storage size
Step 459
450

FIG. 4B



Step 451
Establishing an index and size of index in memory for storing indexes to objects to a storage having a first predetermined size. The cache using a first portion (1st tier) of storage for storing objects smaller than or equal to a first object size and a second portion (2nd tier) of the storage for objects larger than the first object size
Step 453
identifying a number of objects the cache is allowed to store to each of the portions of storage used by the cache
Step 465
changing the size of the memory used by the cache for storing object indexes while maintaining the size of storage used by the cache for storing objects
Step 467
maintaining the number of objects the cache is allowed to store in the first portion of the storage below a predetermined threshold
Step 469
maintaining or altering object size thresholds and number of objects for any of the tiers of the cache in response to the change in the memory size
460

FIG. 4C



Establishing a size of a storage for a cache to store cached objects. The cache using a first portion (1st tier) of storage for storing objects smaller than or equal to a first object size and a second portion (2nd tier) of the storage for objects larger than the first object size
Step 471
identifying a number of objects the cache is allowed to store to the first portion of storage used by the cache
Step 473
receiving an object for caching
Step 475
determining to store the object in one of the first portion or second portion of storage based on a size of the object
Step 477
maintaining the number of objects the cache is allowed to store to the first portion of storage below a predetermined threshold
Step 479
470

FIG. 4D



Step 481
establishing a predetermined size for a first portion of storage used by a cache for storing objects larger than a first threshold object size, the cache storing objects smaller than the first threshold object to a remaining portion of storage used by the cache
Step 483
receiving an object for caching
Step 485
determining a size of the object is greater than the first threshold object size
Step 487
storing the object in the first portion of storage responsive to the determination; otherwise storing objects to the remaining portion of storage
480

FIG. 4E



establishing a size of memory used by a cache for holding indexes to objects storage having a storage size
Step 491
establishing a first predetermined size of a first portion of storage of a cache for storing objects larger than a first threshold object size, the cache using a second portion of the storage of the cache to storage objects smaller than the first threshold object size
Step 493
changing the size of the storage or the size of the memory used by the cache
Step 495
maintaining the first predetermined size of the first portion of the storage of the cache in response to changing one of the size of memory or the storage size used by the cache
Step 497
490

FIG. 4F



**Patent Application Publication** Sep. 18, 2008 Sheet 15 of 44 US 2008/0228938 A1

Step 505
Step 510
Step 515
Step 520
Step 525
Step 555
Step 560
Step 565
Step 570
Step 575
Client 102
Network 104
Network 104'
Server 106
Appliance 200
object
Network optimization Engine 250
Cache 232
Authorized/Not Authorized
Available/Not Available
authentication required
Error, etc
Response 502
connection request
proxy/accelerate connection
Accept connection
Response 502'

FIG. 5A

Appx9508



receiving by the appliance a request of client for a connection to a server
Step 505
identifying the connection request and forwarding the request to the server
Step 510
deferring proxying and/or accelerating the connection until receiving a response from the server
Step 515
Step 520
determining whether or not to proxy/acceleration the connection based on the response
Step 525
Yes
proxy and/or accelerating the connection if the server accepts the connection
Step 530
No
Do not accept Responsibility for Proxying/accelerating the connection
500
receiving by the appliance a request of client for an object from a server
Step 555
determining by the appliance the object is stored in the cache
Step 560
forwarding the request to the server, and deferring serving the object from the cache until receiving a response from the server
Step 565
determining whether or not to serve the object from the cache based on the response received from the server
Step 570
Step 575
Yes
transmitting the object from cache is serve is available or server authorizes client to have object
Step 580
No
Not serving the object From the cache
550

FIG. 5B



Patent Application Publication Sep. 18, 2008 Sheet 17 of 44 US 2008/0228938 A1

parallel revalidation: conditional request for object or request for status
Step 620
Server 106
Network 104'
Response: status and/ or updated version of object
Step 625
Step 610
Network optimization Engine 250
identify in cache
Object
update
Step 630
Cache 232
device: Appliance 200 or client 102
Step 605
Request for object
Step 615
Object
respond to requestor with cached object

FIG. 6A

Appx9510

600

Step 605
receiving by a device a request for an object from a client

Step 610
determining by the device the object is located in a cache

Step 615
transmitting, responsive to the determination, the cached objects to the client in response to the request

Step 620
transmitting, responsive to the determination, a request to a server to determine a status of the object

Step 625
receiving a status and/or version of the object from the server

Step 630
updating the caches based on the information received from the server

FIG. 6B



From Server 106 or Appliance 200'
Step 705
Object ID
page
intercept
forward
Step 715 detect bandwidth availability
Network 104'
Network optimization Engine 250
bandwidth detector 702
connection/state table 703
prefetcher: speculative request generator 704
Step 710
speculative request 750
Option Field
Object
cache 232
Device: Appliance 200 or client 102
Step 720
To Server 106 or Appliance 200'
speculative request 750
Step 725
From Server 106 or Appliance 200'
speculative response 752
Object

FIG. 7A



Step 705
receiving by a device a communication transmitted by a server to a client, the communication having an identifier of an object; forwarding the communication to the client
Step 710
generating by the device a request to object server for the object, the request identified as a speculative request
Step 715
determining, by the device, availability of idle network bandwidth to obtain the object from the object server
Step 720
transmitting, by the device in response to the determination of availability of idle network bandwidth, the generated request to the object server in accordance to a transmission rate to maintain bandwidth usage from the speculative request within a predetermined level
Step 725
receiving the prefetched object from the remote server and storing/updating a cache
700

FIG. 7B



**Patent Application Publication** **Sep. 18, 2008 Sheet 21 of 44** **US 2008/0228938 A1**

Object ID
page
Step 755
Object ID
page
From Server 106
Step 755'
Step 760
Step 765
Network optimization Engine 250
bandwidth detector 702
connection/state table 703
prefetcher: speculative request generator 704
Step 760
speculative request 750
Option Field
Object
cache 232
speculative request 750
Step 775
Network 104
Network optimization Engine 250
bandwidth detector 702
connection/state table 703
prefetcher: speculative request generator 704
Step 780
speculative response 752
Option Field
Object
cache 232
speculative request 750
To Server 106
Network 104
Step 775
Step 780
speculative response 752
Object
response
Object
first device:
Appliance 200 or client 102
second device:
Appliance 200'

FIG. 7C

Appx9514



receiving by a first device a page transmitted by a server to a client, the page having an identifier of an object forwarding the page to the client
Step 755
transmitting by the first device a generated request identified as speculative to a server for the object, in accordance to a transmission rate to maintain bandwidth usage from the speculative request within a predetermined level
Step 760
receiving by a second device the speculative request of the first device and forwarding to the server
Step 765
receiving by the second device a response to the request
Step 770
determining, by the second device, availability of idle network bandwidth to transmit a request to the first device or client
Step 775
transmitting, by the second device response to the determination of availability of idle network bandwidth, a response identified as speculative in accordance to a transmission rate to maintain bandwidth usage from the speculative request within a predetermined level
Step 780
750

FIG. 7D



From Server 106 or Appliance 200'
Step 820
To Server 106 or Appliance 200'
object request Object ID N
Network 104'
Step 815
Step 825
From Server 106 or Appliance 200'
Object N
URL N
page N
Step 805
intercept
URL 1
page 1
Network optimization Engine 250
prefetcher 704
push
pull
URL N
URL 1
Stack(s) 850
Object
cache 232
Device:
Appliance 200 or client 102
Step 810
forward
850A
....
850N
Stack(s) 850A-850N

FIG. 8A



Step 805
receiving, by the appliance, a page identified by a URL and including a plurality of objects
Step 810
pushing, by an appliance onto a top of a stack storage element the URL intercepted by the appliance
Step 815
determining to prefetch objects, and in response to the determination, pulling a URL from the top of the stack
Step 820
transmitting, by the appliance, to a server a request for one or more objects from the pulled URL
Step 825
updating the cache with the prefetched objects
800

FIG. 8B



Patent Application Publication Sep. 18, 2008 Sheet 25 of 44 US 2008/0228938 A1

Step 910
forward
Object ID 1
page 1
Step 905
Object ID N
page N
From Server 106 or Appliance 200'
intercept
Network optimization Engine 250
Network 104'
Prefresher 904
Step 915
identify in cache
Object
update
Step 920
To Server 106 or Appliance 200'
request for status of object
Cache 232
Step 925
From Server 106 or Appliance 200'
status/update of object
Device:
Appliance 200 or client 102
Object ID 1
page 1
page 2
Object ID 2
page N
Object ID N
Step 950
predetermined depth 952

FIG. 9A

Appx9518



receiving, by a device, a page identifying one or more objects
Step 905
forwarding, by the device, the requested page to the requestor
Step 910
determining, by the device, an object identified by the page is located in the cache
Step 915
transmitting, by the device, to a server a request for a status or update to the object
Step 920
Determine status of object from the response
Step 925
Not modified
Object not updated
Step 930
modified
updating the cache with the object from the response
Step 935
900

FIG. 9B



**Patent Application Publication** **Sep. 18, 2008 Sheet 27 of 44** **US 2008/0228938 A1**

From Server 106
To Server 106
From Server 106
To Server 106
From Server 106
Step 1005
Step 1020
object header request 1050
Network 104'
Object header information ( e.g., HTTP header info) 1060
Step 1025
locate
Step 1010
Step 1030
object request
Step 1035
Object
Step 1020
update
Step 1040
Object ID
page
intercept
Network optimization Engine 250
protocol accelerator 234
prefetcher: 704
object header request (e.g., HTTP HEAD command ) 1050
Object
cache 232
Device:
Appliance 200
or client 102
forward
Step 1010

FIG. 10A

Appx9520



Step 1005
receiving, by a device, a page identifying one or more objects
Step 1010
forwarding, by the device, the requested page to the requestor
Step 1015
determining, by the device, an object identified by the page is located in the cache
Step 1020
transmitting, by the device, to a server a generated request for information of the object
Step 1025
Determine whether to Prefetch object from the received object information?
fetch object
Do not fetch object
Step 1030
transmitting, by the device, a generated request for the object from a server
Step 1035
Receiving, the by device, the requested object
Step 1010
updating the cache based on the prefetched object and/or object information
1000

FIG. 10B



receiving, by a device, a page identifying one or more objects
Step 1055
forwarding, by the device, the requested page to the requestor
Step 1060
determining, by the device, the header of the object identified by the page is located in the cache
Step 1065
transmitting, by the device, to a server a generated request for header information of the object
Step 1070
Receiving, the by device, the requested object
Step 1075
updating the cache based with the header information if changed
Step 1080
Go to Method 1000 of FIG. 10A: step 1025
FIG. 10C
1050



Patent Application Publication Sep. 18, 2008 Sheet 30 of 44 US 2008/0228938 A1

Step 1105
From Server 106
Network 104'
Step 1110
non-cacheable content 1150
page 1
Network optimization Engine 250
compression history 1138
Compression Engine 238
Step 1105'
Step 1110'
Network optimization Engine 250'
compression history 1138'
Compression Engine 238'
client 102 or Appliance 200'
1st User
Client 102
Step 1115
Step 1120
Appliance 200
non-cacheable content 1152
page N
non-cacheable content 1150
compressed content 1155
Step 1125
Step 1130
1st User or 2nd User
Client 102 or 102'
FIG. 11A

Appx9523



receiving, by a device, a page transmitted by a first session to a client, the first page identifying non-cacheable content dynamically generated by the server
Step 1105
storing, by the device, the non-cacheable content of the first page to a compression history, the appliance prefetching the non-cacheable content from the server
Step 1110
receiving, by the device, a second page transmitted via the first or a second session to a client, the second page having non-cacheable content
Step 1115
determining, by the device, a portion of the second page matches the non-cacheable content of the first page stored to a compression history
Step 1120
compressing by the device the portion of the second page using the non-cacheable content in the compression history
Step 1125
communicating by the device the compressed content
Step 1130
1100

FIG. 11B



From Server 106
To Server 106
From Server 106
Step 1174
non-cacheable object request 1160
non-cacheable object 1150
Network 104'
Step 1172
Step 1176
Step 1180
store
Object ID for non-cacheable object
page
intercept
Network optimization Engine 250
protocol accelerator 234
prefetcher: 704
non-cacheable object request 1160
compression history 1138
Compression Engine 238
Device: Appliance 200 or client 102
forward
Step 1174

FIG. 11C



Step 1172
receiving, by a device, a page identifying one or more non-cacheable objects
Step 1174
forwarding, by the device, the requested page to the requestor
Step 1176
transmitting, by the device, to a server a generated request for the non-cacheable object
Step 1178
Receiving, the by device, the requested non-cacheable object
Step 1180
storing the non-cacheable object to the compression history
1170

FIG. 11D



Patent Application Publication Sep. 18, 2008 Sheet 34 of 44 US 2008/0228938 A1

Step 1210
Step 1110
non-HTTP file transfer 1250
Network 104'
Network optimization Engine 250
compression history 1138
Compression Engine 238
Appliance 200
Step 1210'
Step 1210'
non-HTTP file transfer 1250
Network 104'
Network optimization Engine 250'
compression history 1138'
Compression Engine 238'
client 102 or Appliance 200'
1st User
Client 102
Step 1220
Step 1225
Network 104'
HTTP content 1252
page N
Network optimization Engine 250
compression history 1138
Non-HTTP content 1250
Compression Engine 238
Step 1230
compressed content 1255
compressed content 1255
Appliance 200
Step 1235
Network 104'
compressed content 1255
Network optimization Engine 250'
compression history 1138'
Compression Engine 238'
client 102 or Appliance 200'
Client 102 or 102'

FIG. 12A

Appx9527



Step 1205
initiating a non-HTTP network file transfer
Step 1210
receiving, by a device, a non-HTTP network file transfer
Step 1215
storing, by the device, content of the file transfer to a compression history
Step 1220
receiving, by the device, a page, such as an HTTP page
Step 1225
determining, by the device, a portion of the page matches the non-HTTP content of the file transfer stored to a compression history
Step 1230
compressing by the device the portion of the page using the non-HTTP content in the compression history
Step 1235
communicating by the device the compressed content
1200

FIG. 12B



From Server 106
Step 1305
intercept
Object ID
page
forward
Network 104
Client 102
Network optimization Engine 250
operation condition detector 1302
monitoring agents 1303
predetermined thresholds 1304
bandwidth detector 702
prefetcher: 704
prefresher: 904
Object
cache 232
Device: Appliance 200 Or client 102
Step 1310
detect operational characteristic of connection
Network 104'
Step 1320
request status/update of object
To Server 106
Step 1315
determine to freshen object
Step 1325
status/update of object
From Server 106

FIG. 13A



receiving, by the device, an object transmitted from a server to a client via a transport layer connection;
storing, by the device, the object in a cache
Step 1305
detecting, by the device, an operational condition of the connection or server is within a predetermined threshold
Step 1310
determining, by the device, in response to the detection, whether to transmit a request to the server to obtain a status of the object or the object (e.g. to prefetch or prefreshen)
Step 1315
No
Step 1317
Do not generate/transmit request to freshen/prefetch object
Yes
transmit request to server to obtain a status or update of the object
Step 1320
updating cache based on response from the server
Step 1325
1300

FIG. 13B



Client 102
browser
refresh 1450
page
Object Id
Step 1405
1451 Request to refresh page
Network 104
Step 1410
Network optimization Engine 250
refresh/reload detector 1402
Request tracker 1403
Cache Manager 232
Object of Object Id
Object Expiration
Appliance 200
Step 1415
Changing expiration period of object responsive to refreshes of page identifying object
1452 refresh request (e.g., HTTP refresh header)
forward
Network 104'
Server 106

FIG. 14A



1452 refresh request (e.g., HTTP refresh header)
forward
Server 106
Network 104'
Step 1415
Changing expiration period of object responsive to refreshes of page identifying object
Step 1410
Network optimization Engine 250
refresh/reload detector 1402
Cache Manager 232
Object of Object Id
Object Expiration
1451 Request to refresh page
refresh 1450
Object Id
page
browser
Client 102
Step 1405

FIG. 14B



Server 106
Network 104'
Step 1415
Changing expiration period of object responsive to refreshes of page identifying object
Network optimization Engine 250
refresh/reload detector 1402'
Cache Manager 232
Object of Object Id
Object Expiration
Appliance 200
Step 1405
1451 Request to refresh page
Network 104
Step 1410
refresh 1450
Object Id
page
browser
refresh/reload detector 1402
Client 102

FIG. 14C



Step 1405
generating, by a client, a request to refresh a page identifying an object, the object corresponding to the object id stored in a cache with a first expiration period
Step 1410
detecting, by an appliance or client, one or more refresh requests
Step 1415
determining, by the appliance or client, based on the refresh page request to change or establish a second expiration period for the cached object
Step 1415'
adjusting expiration period of cached object based on refresh frequency, spacing, no of clients, etc.
FIG. 14D
1400



Server 106
Network 104'
forward
Steps 1510, 1515 and 1520: identifying, associating and storing the IP address as the resolved IP address of hostname of URL
Step 1505
Network optimization Engine 250
Cache Manager 232
DNS address of hostname of URL set to IP address 1575
Appliance 200
packet 1575
URL
IP address
Request
Network 104
URL
page
browser
Client 102

FIG. 15A



Step 1530' To Server having IP address
Server 106
Network 104'
Step 1525: using address for hostname in cache
Step 1520
Network optimization Engine 250
Cache Manager 232
DNS address of hostname of URL set to IP address 1575
Appliance 200
DNS request of hostname or second request for URL having hostname
Request
Network 104
Step 1530 respond to DNS request with cached IP address of hostname
URL
page
browser
Client 102

FIG. 15B



receiving, by a device, a request packet from a client requesting via an application layer protocol a URL of a page
Step 1505
identifying, by the device, from the request packet an internet protocol address of a destination of the request
Step 1510
associating, by the device, the identified internet protocol address with a host name identified by the URL
Step 1515
receiving, by the device, a DNS request or second request for the URL
Step 1520
identifying, by the device, the entry in the cache as a resolved address of the host name of the DNS request or second request
Step 1525
transmitting by the device a response to the DNS request using the cached entry or transmitting the URL request to the server identified by the cached entry
Step 1530
apply parallel revalidation technique of method 600 to DNS caching
Step 1535
apply speculative request technique of method 700 to DNS caching
Step 1540
apply stack oriented prefetching technique of method 800 to DNS caching
Step 1545
apply freshening technique of method 900 to DNS caching
Step 1550
apply dynamic freshness heuristic technique of method 1300 to DNS caching
Step 1555
apply refresh detection of method 1400 to DNS caching
Step 1560
1500

FIG. 15C

## SYSTEMS AND METHODS FOR PREFETCHING OBJECTS FOR CACHING USING QOS

### FIELD OF THE INVENTION

[0001] The present invention generally relates to data communication networks. In particular, the present invention relates to systems and methods for acceleration network traffic by prefetching objects for caching using QoS.

### BACKGROUND OF THE INVENTION

[0002] Business entities continue to distribute geographically their operations. However, at the same time, many business entities desire to consolidate their computing infrastructure to a single geographic location in order to simplify maintenance and administration. These competing efforts often require that a remote business operation communicate with a centralized data center over a wide area network (WAN). Delays associated with communication over a WAN typically results in a user experience that is not satisfying to the user. Therefore techniques for accelerating the network traffic over the WAN are often employed.

[0003] One such acceleration technique is disk-based traffic caching, i.e., maintaining a history of previously-transmitted network traffic on disk in order to identify and send in place of the network traffic a tag or other identifier over the WAN. However, traditional disk-based caching techniques typically fail to provide acceptable performance because cache index entries, which are stored in memory, tend to scale with the number of cache entries, meaning that traditional disk-based caches consume large amounts of memory. In some cases, the size of the disk cache is artificially constrained because there is not enough memory to properly index the cache.

[0004] Another acceleration technique is traffic caching, i.e., maintaining a history of previously-transmitted network traffic in order to identify and send in place of the network traffic a tag or other identifier over the WAN. Such caches generally associate a "freshness" value with each cached entry. If a requested object is stored in the cache, and its freshness value indicates that the cached object is still valid, the object is sent to the client. However, this approach generally suffers from a drawback that the freshness value may not accurately reflect whether the object has changed. Therefore, reliance on freshness values can result in the cache transmitting outdated information to a user, perhaps many times, before the freshness value expires.

[0005] Another such acceleration technique is traffic caching, i.e., maintaining a history of previously-transmitted network traffic on disk in order to identify and send in place of the network traffic a tag or other identifier over the WAN. This approach, however, requires construction of a compression history in order to function well and such construction may require that many different files and objects are requested before providing a user with any perception of acceleration.

[0006] These caches generally associate a "freshness" value with each cached entry. If a requested object is stored in the cache, and its freshness value indicates that the cached object is still valid, the object is sent to the client. However, this approach generally suffers from a drawback that many web objects are delivered without an associated freshness value. In these cases a browser application or cache typically assigns a freshness value to the object and, in most cases, the freshness value is selected according to a rule that does not vary with the type of object encountered. This approach is not optimal since it can result both in the provision of stale objects as well as the validation or freshening of cached objects that are not stale.

[0007] If a requested object is stored in the cache, and its freshness value indicates that the cached object is still valid, the object is sent to the client. However, this approach generally suffers from a drawback that the freshness value may not accurately reflect whether the object has changed. Therefore, reliance on freshness values can result in the cache transmitting outdated information to a user, perhaps many times, before the freshness value expires.

[0008] In some cases, proxy servers providing cache memories may be deployed in an attempt to ameliorate the delays encountered by WAN traffic, i.e., a proxy server may be able to respond to a user request with data stored in a cache, rather than requiring the user to retrieve the requested file or object from the data center. However, proxy servers pose a security risk for businesses because they typically do not require user authentication. Therefore, a proxy server may incorrectly respond to a request from a user that does not have authority to retrieve a particular file or object, compromising data security.

[0009] One technique that may be used is prefetching, i.e., identifying a file or object that is likely to be requested by a user and requesting that file or object before it is actually requested. However, this technique usually does not increase performance as much as might be expected because the prefetching traffic competes with actual requests for files and objects. That contention slows down actual requests and can actually exacerbate the delays perceived by users.

[0010] In some cases, the "freshness" of an object is validated before it is transmitted to the client. For example, a conditional HTTP GET command may be issued to determine if a requested object is still valid. However, validating an object takes almost as long as fetching it and, therefore, encountering a series of stale objects results in poor performance because the validation happens while the user is waiting.

[0011] Each request sent by a user begins with resolving a Uniform Resource Locator (URL) to an IP address. In some cases this resolution may take more than a second to complete, which appears to the user as a delay. Acceleration of DNS resolution would result in a better user experience.

### BRIEF SUMMARY OF THE INVENTION

[0012] The present solution provides a variety of techniques for accelerating and optimizing network traffic, such as HTTP based network traffic. The solution described herein provides techniques in the areas of proxy caching, protocol acceleration, domain name resolution acceleration as well as compression improvements. In some cases, the present solution provides various prefetching and/or prefreshening techniques to improve intermediary or proxy caching, such as HTTP proxy caching. In other cases, the present solution provides techniques for accelerating a protocol by improving the efficiency of obtaining and servicing data from an originating server to server to clients. In another cases, the present solution accelerates domain name resolution more quickly. As every HTTP access starts with a URL that includes a hostname that must be resolved via domain name resolution into an IP address, the present solution helps accelerate HTTP access. In some cases, the present solution improves com-

pression techniques by prefetching non-cacheable and cacheable content to use for compressing network traffic, such as HTTP. The acceleration and optimization techniques described herein may be deployed on the client as a client agent or as part of a browser, as well as on any type and form of intermediary device, such as an appliance, proxying device or any type of interception caching and/or proxying device.

**[0013]** With the techniques described herein, the caching features of the present solution works on both accelerated and non-accelerated connections. For example, the present solution may deployed as a double-ended solution in which cooperating intermediaries or devices work together to accelerate network traffic, such as one device on a client-side of a WAN connection, e.g., at a branch office, and a second device on a server-side of the WAN connection, such as a corporate data center. The present solution may also be deployed as a single-ended solution, such as on a client-side connection to WAN to accelerate network traffic. As most users connection to both the Internet and to a WAN, the caching techniques of the present solution may accelerate the user experience in a single device mode.

**[0014]** The caching techniques of the present solution accelerate protocols such as HTTP or Common Internet File System (CIFS) which tend to perform a certain minimum number of round-trips per object regardless of size. By serving data locally from a caching intermediary, the intermediary turns WAN round-trips into LAN-round trips to reduce latency. The caching techniques described herein further help reduce the latency and round-trips times for these objects and improve the user experience.

**[0015]** The techniques of the present solution also reduce the load on the server. In responding to client requests, the intermediary cache may not communicate with the originating server and serve a response from the cache. In other cases, the techniques of the present solution more efficiently communicate with the server to determine if an object should be obtained from the server. This also reduces the load on the server.

**[0016]** By providing improvements to caching to increase the cache hits or otherwise reduce cache misses, the present solution also increases the lifetime of compression history. For example, if the caching device is on the LAN side of the system only cache misses and validation requests are sent over the WAN. By reducing the total amount of data going through the compressing device, the lifetime of the compression history is increased.

**[0017]** In one aspect, the present invention relates to a method of storing objects in a cache using multiple storage tiers based on size of objects and maintaining a number of smaller objects stored to the cache within a predetermined threshold. In one embodiment, the method includes establishing a size of a storage for a cache to store cached objects, where the cache uses a first portion of the storage for storing objects smaller than or equal to a first threshold object size and a second portion of the storage for storing objects larger than the first threshold object size. The method also includes identifying a number of objects the cache is allowed to store to the first portion of the storage. The cache may receive an object for caching, and determines to store the object in either the first portion of the storage or the second portion of the storage based on a size of the object. The cache also maintains the number of objects the cache is allowed to store to the first portion of the storage below a predetermined threshold.

**[0018]** In one embodiment, the method includes the caching determining the size of the object is smaller than or equal to the first threshold object size and storing the object in the first portion of the storage. In other embodiments, the cache determines the size of the object is larger than the first threshold object size and storing the object in the second portion of the storage. In some other embodiments, the method includes determining by the cache the number of objects stored to the first portion of the storage has reached the predetermined threshold. In some embodiments, the cache may not store the received object in the cache based on the determination that the number of objects stored to the first portion of the storage has reached the predetermined threshold. In some other embodiments, the method includes removing by the cache a previously cached object from the cache based on the determination that the number of objects stored to the first portion of the storage has reached the predetermined threshold, and storing the received object in the cache.

**[0019]** In another embodiment, a predetermined size of the second portion of storage is established for storing objects by the cache larger than the first threshold object size. In some embodiments, the cache may identify a second threshold object size for storing objects in the first portion of the storage. In still another embodiment, the cache receives a second object for caching, and stores the second object in the first portion of the storage responsive to determining a size of the second object is greater than the second threshold object size and less than the first threshold object size. In some embodiments, the cache receives a second object for caching, and does not store the second object to the cache responsive to determining a size of the second object is less than the second threshold object size. In some other embodiments, a size of memory used by the cache for indexing objects stored to the storage of the cache is established. In still other embodiments, the cache maintains the size of memory for indexing objects responsive to a change in the size of the storage used by the cache.

**[0020]** In another aspect, the present invention relates to a method of storing objects in a cache using multiple storage tiers based on size of objects and storing objects larger than an object threshold size to a portion of storage used by the cache. In one embodiment, the method includes establishing a predetermined size for a first portion of storage used by a cache for storing objects larger than a first threshold object size, the cache storing objects smaller than the first threshold object size to a remaining portion of storage used by the cache. The method also includes receiving by the cache an object for caching. The cache determines a size of the object is greater than a first threshold object size, and stores the object in the first portion of storage responsive to the determination.

**[0021]** In another embodiment, the caching device may maintain a number of objects the cache is allowed to store to the remaining portion of the storage below a predetermined threshold. In other embodiments, the method includes determining the number of objects stored to the remaining portion of the storage has reached the predetermined threshold and not storing a second received object smaller than the first threshold object size to the remaining portion of the storage. In some embodiments, the caching device receives a second object, and determines a size of the second object is less than the first threshold object size. In some embodiments, the cache stores the second object to the remaining portion of storage used by the cache if space is available to store the second object. In other embodiments, the caching device

determines the remaining portion of storage used by the cache does not have space available to store the second object. In still other embodiments, the cache may not store the second object to the cache. In still some other embodiments, the cache removes a previously cached object from the remaining portion of storage used by cache and stores the second object in the remaining portion of storage.

**[0022]** In still another embodiment, a second predetermined size for the remaining portion of the storage used by the cache is established to store objects smaller than the first threshold object size. In some other embodiments, the cache determines the available space of first portion of storage used by the cache is either at or near the predetermined size, and increasing the predetermined size of the first portion of storage by allocating space from the remaining portion of storage to the first portion of storage. In some embodiments, the method includes establishing a size of memory used by a cache for holding indexes to objects stored to a storage. In other embodiments, the method includes maintaining the size of memory used by the cache for indexing objects responsive to a change in the size of the first portion of storage used by the cache.

**[0023]** In one aspect, the present invention relates to a method of managing a size of objects stored in a cache using multiple storage tiers based on size of objects, the method allocating a portion of storage used by the cache for storing larger objects. In one embodiment, the method includes establishing a size of memory used by a cache for holding indexes to objects stored to a storage, the storage having a storage size. The method also includes establishing a first predetermined size of a first portion of a storage of a cache for storing objects larger than a first threshold object size, the cache using a second portion of the storage of the cache to store objects smaller than the first threshold object size. The method also includes changing either the size of memory or the storage size used by the cache. The cache may maintain the first predetermined size of the first portion of the storage of the cache in response to changing either the size of memory or the storage size used by the cache.

**[0024]** In another embodiment, the method includes increasing or decreasing the storage size used by the cache for storing objects. In other embodiments, the size of the memory used by the cache for indexing objects is increased or decreased. In some embodiments, the method includes identifying a number of objects the cache is allowed to store to the first portion of the storage. In some other embodiments, the method includes maintaining the number of objects the cache is allowed to store to the first portion of the storage in response to changing either the size of memory or the storage size used by the cache.

**[0025]** In still another embodiment, the method includes adjusting the first threshold object size in response to changing either the size of memory or the storage size used by the cache. In some embodiments, the method includes adjusting a number of objects the cache is allowed to store to the second portion of the storage while maintaining the first predetermined size of the first portion of the storage. In other embodiments, the method includes adjusting the number of objects the cache is allowed to store to the first portion of the storage in response to changing either the size of the memory or the storage size used by the cache. In still other embodiments, the method includes adjusting the number of objects the cache is allowed to store to the second portion of the disk relative to an amount of change to either the size of the memory or the storage size used by the cache.

**[0026]** In another embodiment, the method includes establishing a second threshold object size for objects the cache is allowed to store to the second portion of the storage, the second threshold object size smaller than the first threshold object size. In some embodiments, the cache includes a third portion of the storage established for storing objects smaller than the second threshold object size. In some other embodiments, the method includes adjusting the second threshold object size in response to changing either the size of memory or the storage size used by the cache.

**[0027]** In one aspect, the present invention relates to a method of providing security or reliability to serving cached objects for a session communicated via a transport layer connection between a client and a server. In one embodiment, the method includes the following steps: receiving, by a device, a request for an object via a session communicated over a transport layer connection between a client to a server; determining, by the device, the object is stored in a cache; forwarding, by the device, the request to the server; deferring, by the device, serving the object from the cache until receiving a response from the server; and determining, by the device, to serve the object from the cache based on the response received from the server.

**[0028]** In one embodiment, the method includes determining, by the device, from the received response that the server would provide the object to the client. In some embodiments, the method also includes determining, by the device, from the received response that the server authorizes one of the client or user of the client to receive the object. In other embodiments, the method includes determining, by the device, from the received response that the server is one of available or able to serve the object to the client. In still other embodiments, the method includes determining, by the device, the server is transmitting the object to the client.

**[0029]** In another embodiment, the method includes deferring, by the device, serving the object from the cache until determining the server has transferred the object to the client at least once. In some embodiments, the device determines, from the received response, that the server would not provide the object to the client, and in response to the determination, not serving the object from the cache. In some embodiments, the device determines, from the received response, that the server does not authorize one of the client or user of the client to receive the object, and in response to the determination, not serving the object from the cache. In other embodiments, the device determines from the received response that the server requires authentication of one of a user of the client, and in response to the determination, not serving the object from the cache. In some embodiments, the device determines from the received response that the server is one of not available or not able to provide the object to the client, and in response to the determination, not serving the object from the cache. In other embodiments, the device is a client or an appliance.

**[0030]** In one aspect, the present invention relates to an appliance for providing security or reliability to serving cached objects for a session communicated via a transport layer connection between a client and a server. In one embodiment, the appliance includes a means for receiving a request for an object via a session communicated over a transport layer connection between a client and a server. The appliance also includes a means for determining the object is stored in a cache. The appliance also includes a means for forwarding

the request to the server. The appliance further includes a means for deferring serving the object from the cache until receiving a response from the server. The appliance also includes a means for determining to serve the object from the cache based on the response received from the server. In some embodiments, the appliance determines from the received response that the server would provide the object to the client. In other embodiments, the appliance determines from the received response that the server authorizes one of the client or user of the client to receive the object.

**[0031]** In one embodiment, the appliance determines from the received response that the server is either available or able to serve the object to the client. In some embodiments, the appliance determines the server is transmitting the object to the client. In other embodiments, the appliance defers serving the object from the cache until determining the server has transferred the object to the client at least once. In some other embodiments, the appliance determines from the received response that the server would not provide the object to the client, and in response to the determination, not serving the object from the cache. In some embodiments, the appliance determines from the received response that the server does not authorize either the client or user of the client to receive the object, and in response to the determination, not serving the object from the cache. In some embodiments, the appliance determines from the received response that the server requires authentication of either a client or a user of the client, and in response to the determination, not serving the object from the cache.

**[0032]** In another embodiment, the appliance determines from the received response that the server is either not available or not able to provide the object to the client, and in response to the determination, not serving the object from the cache. In some embodiments, the appliance is a proxy transparent to the client and the server.

**[0033]** In one aspect, the present invention relates to a second method of providing security or reliability to proxying a connection between a client and a server. In one embodiment, the second method includes the following steps: forwarding, by a device, to a server a transport layer connection request received from a client; deferring, by the device, acceptance of the transport layer connection as a connection to proxy until receiving a response from the server to the transport layer connection request of the client; identifying, by the device, from the response of the server that the server accepts the transport layer connection; and determining, by the device, to proxy the transport layer connection in response to identifying the server's acceptance of the transport layer connection.

**[0034]** In one embodiment, the method includes receiving by the device a SYN packet of the transport control protocol connection request of the client, and forwards the intercepted SYN packet to the server. In other embodiments, the method includes receiving a SYN-ACK packet as the response from the server to the client's transport control protocol connection request. In some other embodiments, the device is constructed to perform one or more acceleration techniques on the transport layer connection. In some embodiments, the device performs an acceleration technique on the transport layer connection in response to the determination.

**[0035]** In another embodiment, the device identifies that the server does not accept the transport layer connection request, and determines to not accept the transport layer connection as a connection to proxy. In some embodiments, the device identifies that the server is either unavailable or unable to establish the transport layer connection, and the appliance determines to not proxy the transport layer connection. In some embodiments, the device defers acceptance of the transport layer connection until the device receives an indication that the server is either available or able to establish the transport layer connection. In other embodiments, the device identifies if the server does not authorize the client to establish a transport layer connection with the server, and in response, the appliance determines to not accept the transport layer connection as a connection to proxy. In some embodiments, the device identifies the server requires authentication to establish a transport layer connection with the server, and in response, the appliance defers accepting the transport layer connection as a connection to proxy until receiving an indication from the server a user of the client is authenticated.

**[0036]** In another embodiment, the device defers proxying the transport layer connection between the client and server until the server successfully transfers an object to the client. In some embodiments, the device comprises a proxy transparent to the client and the server. In other embodiments, the device is either the client or an appliance.

**[0037]** In one aspect, the present invention relates to an appliance providing security or reliability to proxying a connection between a client and a server. In one embodiment, the appliance includes a means for forwarding to a server a transport layer connection request received from a client. The appliance also includes a means for deferring acceptance of the transport layer connection as a connection to proxy until receiving a response from the server to the transport layer connection request of the client. The appliance also includes a means for identifying from the response of the server that the server accepts the transport layer connection. The appliance further includes a means for determining to proxy the transport layer connection in response to identifying the server's acceptance of the transport layer connection.

**[0038]** In one embodiment, the appliance receives a SYN packet of the transport control protocol connection request of the client, and forwarding the intercepted SYN packet to the server. In other embodiments, the appliance receives a SYN-ACK packet as the response from the server to the client's transport control protocol connection request.

**[0039]** In another embodiment, the appliance is constructed to perform one or more acceleration techniques on the transport layer connection. In some embodiments, the appliance performs an acceleration technique on the transport layer connection in response to the determination.

**[0040]** In a further embodiment, the appliance identifies the server does not accept the transport layer connection request, and determining, by the appliance, to not accept the transport layer connection as a connection to proxy. In other embodiments, the appliance identifies the server is one of unavailable or unable to establish the transport layer connection, and determining, by the appliance, to not proxy the transport layer connection. In some other embodiments, the appliance defers acceptances of the transport layer connection with the client as a connection to proxy until receiving an indication that the server is one of available or able to establish the transport layer connection. In some embodiments, the appliance identifies that the server does not authorize the client to establish a transport layer connection with the server, and determining, by the appliance, to not accept the transport layer connection as a connection to proxy. In other embodiments, the appliance identifies that the server requires authentication to establish a transport layer connection with the server, and deferring, by

the appliance, accepting the transport layer connection as a connection to proxy until receiving an indication from the server a user of the client is authenticated. In some other embodiments, the appliance defers proxying the transport layer connection between the client and server until the server successfully transfers an object to the client.

**[0041]** In one aspect, the present invention relates to a method for revalidating an object stored in cache while serving the object to a requester. In one embodiment, a request for an object is received from a requester. The method also includes determining that the object exists in a cache. The method includes transmitting to the requestor in response to the request. The method includes transmitting to a remote object server to determine a status of the object in response to the determination. In one embodiment, the cached object is transmitted to the request and a request is transmitted to the object server substantially simultaneously. In other embodiments, the cached object is transmitted to the request and a request is transmitted to the object serve occur in parallel. In still other embodiments, a request is transmitted to the object server prior to transmitting the cached object to the requester.

**[0042]** In another embodiment, the method includes transmitting the cached object to the requester prior to receiving a response from the remote object server. In some embodiments, the method includes transmitting to a remote object server, responsive to the determination, a conditional request to retrieve the object. In other embodiments, the method includes receiving a response to the conditional request indicating the object has not changed. In some other embodiments, the method includes receiving an updated version of the object from the remote object server in response to the conditional request. In some embodiments, the method includes storing the updated version of the object in the local cache.

**[0043]** In still another embodiment, the method includes receiving a request for an object from a requester. In some embodiments, the method includes determining (i) that the object exists in the local cache and (ii) that a status identifier associated with the object indicates that the object is valid. In other embodiments, the method includes transmitting via a network, responsive to the determination, the requested object from the cache to the requester. In some other embodiments, the method includes a step of transmitting to the remote object server a request to retrieve an updated version of the object in response to the determination.

**[0044]** In another aspect, the present invention relates to a system for revalidating an object stored in cache while serving the object to a requester. In one embodiment, the system includes a cache manager in communication with a requester, a remote object server and a local cache storing an object, the cache manager receiving a first request for the object from the requester. In response to locating the object in the local cache, the cache manager transmits the object to the requester in response to the first request, and in response to locating the object in the local cache, transmits a second request to obtain a status of the object from the remote object server.

**[0045]** In one embodiment, the cache manager is either software or hardware. In some embodiments, the local cache is either random access memory or disk storage. In some other embodiments, the remote object server is a web server.

**[0046]** In another embodiment, the cache manager communicates with the requester via a network. In some embodiments, the cache manager transmits the object to requestor and transmits the second request to the remote object server substantially simultaneously. In other embodiments, the cache manager transmits the object to requestor and transmits the second request to the remote object server in parallel. In still other embodiments, the cache manager transmits the cached object to the requestor prior to receiving a response from the remote object server.

**[0047]** In still another embodiment, the cache manager transmits to the remote object server, in response to the determination, a conditional request to retrieve the object. In some embodiments, the cache manager receives a response to the conditional request indicating the object has not changed. In some other embodiments, the cache manager receives an updated version of the object from the remote object server in response to the conditional request. In some embodiments, the cache manager stores the updated version of the object in the local cache.

**[0048]** In another aspect, the present invention relates to a method for revalidation objects cached by the appliance while also serving the objects to the client in a networked environment including a network appliance acting as a proxy between a client requesting objects and an object server responding to client requests. In one embodiment, an appliance intercepts a request from a client for an object from a remote object server. The appliance determines that the object exists in a cache of the appliance. The appliance transmits, in response to the determination, the cached object to the client in response to the request. The appliance transmits, in response to the determination, a request to obtain a status of the object from the remote object server. In one embodiment, the appliance comprises a transparent proxy.

**[0049]** In one embodiment, the appliance transmits the cached object to the client substantially simultaneously to transmitting the request to the object server. In other embodiments, the appliance transmits the cached object to the client in parallel to transmitting the request to the object server. In still other embodiments, the appliance transmits the request to the object server prior to transmitting the cached object to the client.

**[0050]** In another embodiment, the appliance transmits the cached object to the client prior to receiving a response from the remote object server. In some embodiments, the method includes transmitting, by the appliance, a remote object server, responsive to the determination, a conditional request to retrieve the object.

**[0051]** In still another embodiment, the appliance receives a response to the conditional request indicating the object has not changed. In some other embodiments, the appliance receives an updated version of the object. In some embodiments, the appliance stores the updated version of the object in the cache. In some embodiments, the method includes determining, by the appliance, (i) that the object exists in a local cache element and (ii) that a status identifier associated with the object indicates that the object is valid.

**[0052]** In still another aspect, the present invention relates to an appliance revalidating objects cached by the appliance while also serving the objects to the client in a networked environment including a network appliance acting as a proxy between a client requesting objects and an object server responding to client requests. In one embodiment, the appliance includes a packet processing engine intercepting a first request from a client for an object from a server. The appliance also includes a cache manager in communication with the packet processing engine, the cache manager determining whether the object is stored in a cache of the appliance

responsive to the packet processing engine. The appliance, in response to locating the object in the cache, transmits the object to the client in response to the first request, and in response to locating the object in the cache, transmits a second request to the server to obtain a status of the object.

**[0053]** In another embodiment, the cache manager includes software or hardware. In some embodiments, the cache is random access memory or disk storage.

**[0054]** In still another embodiment, the appliance transmits the object to the client and transmits the second request to the server substantially simultaneously. In other embodiments, the appliance transmits the object to the client and transmits the second request to the server in parallel. In some other embodiments, the appliance transmits the cached object to the client prior to receiving a response to the second request from the server.

**[0055]** In a further embodiment, the appliance transmits to the server, responsive to the determination, a conditional request to retrieve the object. In some embodiments, the appliance receives a response to the conditional request indicating the object has not changed. In other embodiments, the cache manager receives an updated version of the object from the server in response to the conditional request. In still other embodiments, the cache manager stores the updated version of the object in the local cache.

**[0056]** In one aspect, the current invention relates to a method for speculatively prefetching an object using idle network bandwidth. In one embodiment, a device receives via a network a communication identifying an object. The device generates a request to an object server for the object, where the request is identified as a speculative request. The device determines the availability of idle network bandwidth to obtain the object from the object server. The device transmits, in response to the determination of availability of idle network bandwidth, the generated request to the object server according to a transmission rate to maintain bandwidth usage from the speculative request within a predetermined level.

**[0057]** In another embodiment, the device transmits the communication to a requester. In other embodiments, the method includes transmitting the generated request prior to a user requesting the object identified by the communication. In some other embodiments, the method includes generating the request prior to a user requesting the object identified by the communication. In some embodiments, the device receives the object in response to the transmitted request. In other embodiments, the device stores the received object in a cache. In still other embodiments, the method includes receiving a page having a hyperlink identifying an object.

**[0058]** In a further embodiment, the device identifies the generated request as a speculative request by encoding a field of one of a transport layer or internet protocol layer header option to a predetermined value. In some embodiments, the device identifies the generated request as a speculative request by encoding a value of an application layer protocol option to a predetermined value. In some other embodiments, the device identifies the generated request as a speculative request by setting a value of one of a Type of Service (TOS) or a DiffServ Codepoint (DSCP) in a field of an Internet Protocol (IP) frame to a predetermined value. In other embodiments, the device identifies the generated request as a speculative request by making an entry in a connection state table identifying the request as speculative.

**[0059]** In another embodiment, the device identifies the generated request as a lower priority for transmission than non-speculative requests for objects. In other embodiments, the device is either a client, a server, or an appliance between the client and the server.

**[0060]** In another aspect, the current invention relates to a system for speculatively prefetching an object using idle network bandwidth. In one embodiment, the system includes a means for intercepting a communication transmitted via a network, where the communication comprising an identifier of an object. The system also includes a means for generating a request packet to an object server for the object identified, the request identified as a speculative request. The system further includes a means for determining availability of idle network bandwidth to obtain the object from the object server. In response to the determination of availability of idle network bandwidth, the system includes a means for transmitting the generated request packet to the object server, according to a transmission rate to maintain bandwidth usage from the speculative request within a predetermined level.

**[0061]** In another embodiment, the system forwards the communication to a requester. In some embodiments, the system transmits the generated request packet prior to a user requesting the object identified by the page. In other embodiments, the system generates the request packet prior to a user requesting the object identified by the page. In some embodiments, the system stores the received object in a cache. In still further embodiments, the page includes a hyperlink identifying an object.

**[0062]** In still another embodiment, the system identifies the generated request as a speculative request by encoding a field in either a transport layer or internet protocol layer header option to a predetermined value. In other embodiments, the system identifies the generated request as a speculative request by encoding a value of an application layer protocol option to a predetermined value. In some other embodiments, the system identifies the generated request as a speculative request by setting a value of either a Type of Service (TOS) or a DiffServ Codepoint (DSCP) in a field of an Internet Protocol (IP) frame to a predetermined value. In some embodiments, the system identifies the generated request as a speculative request by making an entry in a connection state table identifying the request as speculative. In other embodiments, the system identifies the generated request as a lower priority for transmission than non-speculative requests for objects.

**[0063]** In a further aspect, the current invention relates to a method of speculatively prefetching an object via multiple devices using idle network bandwidth. In one embodiment, a first device receives a communication transmitted from a server to a client, where the communication specifies an identifier of an object, and the first appliance forwards the communication to the requester. The first device transmits a request to the server for the object identified by the communication, and the first device generates the request and identifies the request as speculative. A second device identifies the request received from the first device as a speculative request. The second device determines the availability of idle network bandwidth to obtain the object from the server. The second device, in response to the determination of availability of idle network bandwidth, transmits the request according to a transmission rate to maintain bandwidth usage from the speculative request within a predetermined level.

**[0064]** In another embodiment, a step in the method includes transmitting the generated request prior to a user requesting the object identified by the communication. In

other embodiments, a step in the method includes generating the request prior to a user requesting the object identified by the communication.

[0065] In still another embodiment, the second device receives the object in response to the transmitted request. In other embodiments, the second device stores the received object in a cache. In some embodiments, the second device transmits the object to the first device. In some other embodiments, the first device stores the received object in a cache.

[0066] In another embodiment, the first device receives a page including a hyperlink identifying the object. In some embodiments, the first device identifies the generated request as a speculative request by encoding a field of one of a transport layer or internet protocol layer header option to a predetermined value. In other embodiments, the first device identifies the generated request as a speculative request by encoding a value of an application layer protocol option to a predetermined value. In some other embodiments, the first device identifies the generated request as a speculative request by encoding a value of either a Type of Service (TOS) or a DiffServ Codepoint (DSCP) in a field of an Internet Protocol (IP) frame to a predetermined value. In still other embodiments, the second device identifies the generated request is a speculative request by identifying an encoded value of an application layer protocol option specifies a predetermined value. In further embodiments, the second device identifies the generated request is a speculative request by identifying an encoded value of either a Type of Service (TOS) or a DiffServ Codepoint (DSCP) field of an Internet Protocol (IP) frame specifies a predetermined value.

[0067] In a further embodiment, the second device identifies the generated request is a speculative request by identifying by an entry in a connection state table identifying the request as speculative. In some embodiments, the method includes transmitting, by the first device or the second device, the request at a lower priority of transmission than non-speculative requests for objects.

[0068] In another embodiment, the first device is either a client or an appliance. In some embodiments, the second device is an appliance. In other embodiments, the method includes transmitting, by either the first device or the second device, the request at a lower priority of transmission than non-speculative requests for objects.

[0069] In one aspect, the current invention relates to a method for refreshing cached objects based on user requests for pages identifying the cached objects. In one embodiment, a device receives a page via a network, where the page identifies an object. The device forwards the page to a user requesting the page. The device determines that the object is stored in a cache. The device transmits a request for a status of the object to a remote object server prior to the user requesting the object from the page.

[0070] In another embodiment, the device transmits to the remote object server, in response to the determination, a conditional request to retrieve the object. In some embodiments, the device receives, in response to the request, an indication from the remote object server that the object is valid. In other embodiments, the device receives, in response to the request, an updated version of the object from the remote object server. In some other embodiments, the method includes determining, by the device, an expiry of the object has expired. In still other embodiments, the method includes determining, by the device, the object is stale.

[0071] In still another embodiment, the device determines that the remote object server is not available to provide the object, and not serving the object from the cache in response to the determination. In other embodiments, the device determines that the remote object server does not allow the user access to the object, and not serving the object from the cache in response to the determination. In some embodiments, the method includes determining that the object exists in the cache and that a status identifier associated with the object indicates that the object is valid. In other embodiments, the method includes not transmitting, by the device, the request to the remote object server in response to the determination. In still other embodiments, a step in the method includes determining that a size of the object is below a predetermined threshold and transmitting the request for the status of the object to the remote object server in response to the determination. In other embodiments, the device identifies one or more levels of the page having objects, determines objects at each of the one or more levels are located in the cache, and transmits requests for a status of the objects to the remote object server in response to the determination.

[0072] In another embodiment, the device transmits the requests prior to the user requesting a level from the one or more levels of the page. In other embodiments, the device identifies the request to the remote object server as a speculative request. In some embodiments, the device includes either a client or a server. In some other embodiments, the device includes an appliance intercepting and forwarding communications between a client and a server.

[0073] In another further aspect, the current invention relates to a device for refreshing cached objects based on user requests for pages identifying the object. In one embodiment, the device includes a means for receiving a page via a network, the page identifying an object. The device also includes a means for forwarding the page to a user requesting the page. The device further includes means for determining that the object is stored in a cache. The device also includes a means for transmitting a request for a status of the object to a remote object server prior to the user requesting the object from the page.

[0074] In another embodiment, the device transmits to the remote object server, responsive to the determination, a conditional request to retrieve the object. In some embodiments, the device receives in response to the request an indication from the remote object server that the object is valid. In other embodiments, the device receives, in response to the request, an updated version of the object from the remote object server. In some embodiments, the device determines an expiry of the object has expired. In some other embodiments, the device determines the object is stale.

[0075] In still another embodiment, the device determines that the remote object server is not available to provide the object, and does not serve the object from the cache in response to the determination. In some embodiments, the device determines that the remote object server does not allow the user access to the object, and does not server the object from the cache in response to the determination. In some other embodiments, the device determines that the object exists in the cache and that a status identifier associated with the object indicates that the object is valid. In still other embodiments, the device does not transmit the request to the remote object server in response to the determination. In still further embodiments, the device determines that a size of the object is below a predetermined threshold and transmits the

request for the status of the object to the remote object server in response to the determination. In some embodiments, the device identifies one or more levels of the page having objects, determining objects at each of the one or more levels are located in the cache, and the device transmits requests for a status of the objects to the remote object server in response to the determination.

**[0076]** In another embodiment, the device transmits the requests prior to the user requesting a level from the one or more levels of the page. In some embodiments, the device identifies the request to the remote object server as a speculative request. In other embodiments, the device is either a client or a server. In some other embodiments, the device intercepts and forwards communications between a client and a server.

**[0077]** In still another aspect, the current invention relates to a method, in a networked environment including a network appliance acting as a proxy between a client requesting pages and a server responding to client requests, for refreshing objects cached by the appliance. In one embodiment, the appliance receives a page transmitted by a server to a client in response to a request from a user of the client, where the page identifies an object. The appliance forwards the intercepted page to the client. The method includes determining, by a cache manager of the appliance, that the object is stored in a cache of the appliance. The appliance transmits a request for a status of the object to the server prior to the user of the client requesting the object from the page.

**[0078]** In another embodiment, the appliance transmits to the server, in response to the determination, a conditional request to retrieve the object. In some embodiments, the appliance receives, in response to the request, an indication from the remote object server that the object is valid. In other embodiments, the appliance receives, in response to the request, an updated version of the object from the remote object server.

**[0079]** In still another embodiment, the method includes determining, by the cache manager, an expiry of the object has expired. In other embodiments, the method includes determining, by the cache manager, the object is stale.

**[0080]** In another embodiment, the appliance determines that the server is not available to provide the object, and not serving the object from the cache in response to the determination. In some embodiments, the appliance determines that the server does not allow the user access to the object, and does not serve the object from the cache in response to the determination. In other embodiments, the method includes determining, by the cache manager, the object exists in the cache and that a status identifier associated with the object indicates that the object is valid. In still other embodiments, the appliance does not transmit the request to the remote in response to the determination. In some embodiments, the method includes determining, by the cache manager, that a size of the object in the cache is below a predetermined threshold and transmitting by the appliance the request for the status of the object to the remote object server in response to the determination. In some other embodiments, the appliance identifies one or more levels of the page having objects, and determines, by the cache manager, objects at each of the one or more levels are located in the cache, and transmitting, by the appliances, requests for a status of the objects to the server in response to the determination.

**[0081]** In still another embodiment, the appliance transmits the requests prior to the user requesting a level from the one or more levels of the page. In some embodiments, the appliance identifies the request to the server as a speculative request.

**[0082]** In one aspect, the present invention relates to a method for determining by a device whether to prefetch an object identified from a page by fetching header information of the object from a remote object server. In one embodiment, a device receives a page including an identifier of an object. The device transmits a request generated by the device to obtain header information of the object from a remote object server. The method further includes receiving, by the device, in response to the generated request, header information for the object. The device determines, in response to the received header information, whether to prefetch the object from the remote object server.

**[0083]** In another embodiment, the method includes determining to store the object in a cache in response to the received information. In some embodiments, the device identifies the identifier of the object from the page, and determines the object is not stored in a cache. In other embodiments, the device forwards the page to either a user, a client or a browser. In still another embodiment, the device prefetches the object prior to the user requesting the object or prior to receiving a request for the object. In some embodiments, the method includes intercepting the page including a hyperlink identifying an object. In some embodiments, the method includes transmitting, by the device, an HTTP HEAD command to a remote object server identified by a uniform resource locator associated with the object of the page.

**[0084]** In another embodiment, the method includes receiving, in response to the generated request, header information of the object identifying a maximum amount of time for which the object is valid. In other embodiments, the method includes receiving, in response to the generated request, header information of the object identifying a date on which the object was last modified.

**[0085]** In another embodiment, the method includes determining, in response to the received header information, identifying the object already stored in a cache as valid. In some embodiments, the method includes determining, in response to the received header information, to modify the time period for which an object that is already stored in a cache is valid.

**[0086]** In still another embodiment, the device transmits a request to obtain the object from the remote object server in response to the received header information. In some embodiments, the device stores in a cache the object received from the remote object server. In other embodiments, the method includes determining, responsive to the received header information, to modify a time period for which an object that is already stored in a cache is valid. In some embodiments, the device is either a client or an appliance intercepting and forwarding communications between a client and a server.

**[0087]** In another aspect, the present invention relates to a device for determining whether to prefetch an object identified from an intercepted page by fetching header information of the object from a remote object server. In one embodiment, the device includes a means for receiving a page including an identifier of an object. The device also includes a means for transmitting a request generated by the device to obtain header information of the object from a remote object server. The device may further include a means for receiving in response to the generated request, a header for the object. The device also includes a means for determining responsive to the received header information whether to prefetch the object from the remote object server.

**[0088]** In another embodiment, the device determines, responsive to the received information, to store the object in a cache. In some embodiments, the device identifies the identifier of the object from the page, and determines the object is not stored in a cache. In other embodiments, the device forwards the page to one of a user, a client or a browser. In some other embodiments, the device transmits the generated request to the remote object server prior to a user requesting the object.

**[0089]** In still another embodiment, the device includes a means for receiving the page including a hyperlink identifying an object. In other embodiments, the device transmits an HTTP HEAD command to the remote object server identified by a uniform resource locator associated with the object of the intercepted page. In some other embodiments, the device receives, in response to the generated request, header information of the object identifying a maximum amount of time for which the object is valid. In other embodiments, the device receives, in response to the generated request, header information of the object identifying a date on which the object was last modified. In other embodiments, the device determines, responsive to the received header information, to identify the object already stored in a cache as valid. In some embodiments, the device determines responsive to the received header information, to modify the time period for which an object that is already stored in a cache is valid.

**[0090]** In another embodiment, the device transmits a request to obtain the object from the remote object server in response to the received header information. In some embodiments, the device stores the object received from the remote object server in a cache. In some other embodiments, the device determines, responsive to the received header information, to modify a time period for which an object that is already stored in a cache is valid. In some embodiments, the device is either a client or an appliance intercepting and forwarding communications between the client and the server.

**[0091]** In another aspect, the present invention relates to a method for prefetching by a device header information of an object from a remote object server. In one embodiment, a device receives a page including an identifier of an object. The method also includes determining, by the device, that a header of the object identified by the page is stored in a cache. The method further includes generating, by the device, in response to the determination, a request for the header of the object from a remote object server prior to the user requesting the object from the page.

**[0092]** In another embodiment, the device receives, in response to the generated request, header information for the object. In some embodiments, the device updates the cached header information based on the received header information. In other embodiments, the device receives a request from a requester for the header information of the object.

**[0093]** In another embodiment, the device transmits the header information stored in the cache to the requester. In some embodiments, the request comprises an HTTP HEAD command. In other embodiments, the request comprises an HTTP GET command using an "if-modified-since." In some embodiments, the device determines the object of the request has not been modified, and responding to the request with the header information stored in the cache. In other embodiments, the device determines the object of the request has been modified and in response to the determination, forwarding the request to a server. In some embodiments, the device receives the object from the request. In some other embodiments, the device responds to the request with the object received from the server. In some embodiments, the device stores the object to the cache.

**[0094]** In still another aspect, the present invention relates to a device for prefetching by a device header information of an object from a remote object server. In one embodiment, the device includes a means for receiving a page including an identifier of an object. The device also includes a means for determining that a header of the object identified by the page is stored in a cache. The device may include a means for generating, in response to the determination, a request for the header of the object from a remote object server prior to the user requesting the object from the page.

**[0095]** In another embodiment, the device includes a means for receiving, by the device, in response to the generated request, header information for the object. In other embodiments, the device includes a means for updating the cached header information based on the received header information.

**[0096]** In still another embodiment, the device includes a means for receiving a request from a requester for the header information of the object. In other embodiments, the device includes transmitting the header information stored in the cache to the requester. In some embodiments, the request comprises an HTTP HEAD command. In other embodiments, the request comprises an HTTP GET command using an "if-modified-since." In some embodiments, the device includes a means for determining whether the object of the request has not been modified, and responding to the request with the header information stored in the cache. In other embodiments, the device includes a means for determining that the object of the request has been modified and in response to the determination, forwarding the request to a server.

**[0097]** In another embodiment, the device includes a means for receiving the object from the requester. In some embodiments, the device includes a means for responding to the request with the object received from the server. In some other embodiments, the device includes a means for storing the object to the cache. In some embodiments, the device is either a client or an appliance intercepting and forwarding communications between the client and a server.

**[0098]** In one aspect, the present invention is related to a method of prefetching non-cacheable content to store in a compression history to improve compression of subsequently transmitted pages having non-cacheable content. A device receives, a first page transmitted by a server to a client, the first page identifying a non-cacheable object. The method includes generating, by the device, a request for the non-cacheable object identified by the page prior to a user requesting the non-cacheable object from the first page. The device transmits the request to the server. The device stores the non-cacheable object received from the server to a first compression history.

**[0099]** In one embodiment, the device receives the first page transmitted via a first session of a user. In another embodiment, the method includes the first page, which includes a personalized version of a page for the user. In some embodiments, the non-cacheable object is dynamically generated by the server. In other embodiments, the device receives a second page transmitted by the server to the client, the second page comprising non-cacheable content.

**[0100]** In yet one embodiment, the server transmits the second page via either a first session or a second session of a

user. The second page comprises a personalized version of a page for the user. In another embodiment, the device determines a portion of the second page matches a portion of the non-cacheable object stored in the compression history. In some embodiments, the device compresses, in response to the determination, the second page using the matching portion of the non-cacheable object. The device transmits the compressed second page to the client.

**[0101]** In one embodiment, a second device receives the compressed second page, and uncompressing the compressed second page using the matching non-cacheable object of the first page stored in a second compression history. The second device receives the first page forwarded by the device. In another embodiment, the second device transmits a request generated by the second device to obtain from the server the non-cacheable object identified by the first page.

**[0102]** In one embodiment, the second device stores to a second compression history the non-cacheable object received from the server in response to the generated request. In another embodiment, the device receives, via multiple user sessions multiple pages identifying multiple non-cacheable objects, transmitting multiple requests generated by the device to obtain the non-cacheable objects from one or more servers. The device stores the multiple non-cacheable objects received in response to the request to the first compression history.

**[0103]** In yet another embodiment, the device receives a third page, and determines a portion of the third page matches one or more portions of the multiple non-cacheable objects stored in the first compression history. A portion of the compression history is stored in one of memory or disk storage. In another embodiment, the device transmits at least a portion of the first compression history to a second device to store in a second compression history. The device comprises one of a client or an appliance.

**[0104]** In one aspect, the present invention is related to a method of prefetching content via a network file transfer to use as a compression history for compressing Hypertext Protocol (HTTP) communications. The method includes executing a non-HTTP network file transfer of one or more files from a first device to a second device prior to a user requesting a file of the one or more files via an HTTP request. An appliance intercepts packets of the non-HTTP network file transfer. The appliance stores content of the one or more files from the intercepted packets to a compression history.

**[0105]** In one embodiment, the appliance receives a page transmitted by a server to a client via an HTTP protocol in response to an HTTP request. In another embodiment, the appliance determines a portion of the page matches at least a portion of the content of the one or more files stored in the first compression history. In some embodiments, the appliance compresses the page based on the determination. In other embodiments, the appliance transmits the compressed page to the client. The method includes intercepting, by one of the client or a second appliance, the compressed page, and uncompressing the compressed page using one or more files from the network file transfer stored in a second compression history. The page comprises a file from the one or more files of the network file transfer.

**[0106]** In yet another embodiment, an administrator of the appliance initiates execution of the network file transfer to preload the compression history of the appliance. The network file transfer comprises a remote file copy. In another embodiment, the packets comprise one of a remote copy protocol or file transfer protocol. The appliance forwards the intercepted network packets to the second device. In another embodiment, the second device discards the one or more files from the network file transfer.

**[0107]** In one embodiment, a second appliance intercepts the forwarded network packets, and storing content of the one or more files from the intercepted packets to a second compression history. The appliance initiates the execution of the network file transfer. In another embodiment, the appliance initiates execution of the network file transfer in response to a policy of a policy engine.

**[0108]** In one aspect, the present invention is related to a method for dynamically determining whether to check a status of a cached object based on an operational characteristic of a connection to a remote object server. The method includes, intercepting, by a device, an object transmitted from a server to a requester via a transport layer connection. The device stores the object in a cache. The method includes detecting, by the device, whether an operational characteristic of the transport layer connection to the server is within a predetermined threshold. The device determines, in response to the detection, whether to transmit a request to the server to obtain a status of the object.

**[0109]** In one embodiment, the device forwards the object to the requester. In another embodiment, the device detects available bandwidth via the transport layer connection to the server is not within the predetermined threshold. In some embodiments, the device determines, in response to the detection, to not transmit the request to the server. In other embodiments, the device detects a speed of the transport layer connection to the server is not within the predetermined threshold. In another embodiment, the device determines, in response to the detection, to not transmit the request to the server.

**[0110]** In one embodiments, the device detects a round-trip time of the transport layer connection to the server is not within the predetermined threshold. In another embodiment, the device determines, in response to the detection, to not transmit the request to the server. In some embodiments, the device detects if the server is not available via the transport layer connection or the transport layer connection is not operational. In other embodiments, the device determines, in response to the detection, to not transmit the request to the server.

**[0111]** In yet another embodiment, the device detects an operational characteristic of the transport layer connection to the server is within the predetermined threshold for freshening the object in the cache. In some embodiments, the device transmits, in response to the detection, the request to the server to obtain the status of the object. The device transmits the request to the server prior to a user requesting the object from the page. In another embodiment, the device transmits a conditional request for the object to the server. In other embodiments, the device receives an updated version of the object from the server, and stores the object in the cache.

**[0112]** In still another embodiment, the device receives the status of the object indicating the object in the cache is stale, and in response to the status, transmitting a second request for the object to the server. In some embodiments, the device detects that the transport layer connection to the server has available bandwidth greater than a predetermined bandwidth threshold. The device transmits the request to the server in response to the detection. In some embodiments, the device includes a client, while in other embodiments, the device

includes an appliance intercepting and forwarding communications between the client and the server.

[0113] In another aspect, the present invention is related to an appliance of a networked environment including a network appliance acting as a proxy between a client requesting pages and a server responding to client requests, an appliance for dynamically determining whether to check a status of a cached object based on an operational characteristic of a connection to the server. The appliance includes means for intercepting an object transmitted from a server to a client via a transport layer connection and storing the object in a cache. The means for detecting whether an operational characteristic of the transport layer connection to the server is within a predetermined threshold. The appliance includes a means for determining, in response to the detection, whether to transmit a request to the server to obtain a status of the object. The appliance forwards the object to the client.

[0114] In one embodiment, the appliance includes means for detecting available bandwidth via the transport layer connection to the server is not within the predetermined threshold. In another embodiment, the appliance includes a means for determining, in response to the detection, to not transmit the request to the server. The appliance detects speed of the transport layer connection to the server is not within the predetermined threshold. In some embodiments, the appliance includes a means for determining, in response to the detection, to not transmit the request to the server.

[0115] In yet another embodiment, the appliance includes a means for detecting a round-trip time of the transport layer connection to the server is not within the predetermined threshold. In some embodiments, the appliance determines, in response to the detection, to not transmit the request to the server. In other embodiments, the appliance includes detecting one of the server is not available via the transport layer connection or the transport layer connection is not operational. In some embodiments, the appliance includes determining, in response to the detection, to not transmit the request to the server.

[0116] In still another embodiment, the appliance includes detecting an operational characteristic of the transport layer connection to the server is within the predetermined threshold for freshening the object in the cache. In another embodiment, the appliance includes transmitting, in response to the detection, the request to the server to obtain the status of the object. In some embodiments, the appliance includes a means for transmitting the request to the server prior to a user requesting the object from the page. In other embodiments, the appliance transmits a conditional request for the object to the server.

[0117] In another embodiment, the appliance includes a cache manager for receiving an updated version of the object from the server, and storing the object in the cache. In some embodiments, the appliance includes receiving the status of the object indicating the object in the cache is stale, and in response to the status, transmitting a second request for the object to the server.

[0118] In one embodiment, the appliance includes a means for detecting that the transport layer connection to the server has available bandwidth greater than a predetermined bandwidth threshold, and transmitting the request to the server in response to the detection.

[0119] In one aspect, the current invention relates to a method for updating an expiration period of a cached object responsive to one or more requests to refresh the object on a page. In one embodiment, a device intercepts a request to refresh a page identifying an object, the device storing the object in a cache with an expiration period. The device determines, in response to the request, a second expiration period for the cached object. The device establishes the second expiration period as the expiration period for the cached object in the cache.

[0120] In another embodiment, the device sets the second expiration period shorter than the expiration period in response to the request. In other embodiments, the method includes the device intercepting the request generated by selecting a refresh button provided by a browser application. In some other embodiments, the device intercepts the request to refresh a page generated by a user selecting a button of a browser application.

[0121] In still another embodiment, the device intercepts multiple requests to refresh the page. In other embodiments, in response to the multiple requests, the device determines to decrease the expiration period of the cached object by a predetermined threshold. In some other embodiments, the device intercepts the request to refresh the page after a predetermined time threshold. In other embodiments, the device intercepts the request to refresh the page beyond a predetermined time after forwarding the page to a requester. In some other embodiments, the device intercepts the request to refresh the page beyond a predetermined time after receiving a previous request to refresh the page.

[0122] In another embodiment, the device sets the second expiration period longer than the expiration period. In some embodiments, the device is either a client, a server, or an appliance intercepting and forwarding communications between the client and the server.

[0123] In another aspect, the current invention relates to a device for updating an expiration period of a cached object responsive to one or more requests to refresh the object on a page. In one embodiment, the device includes a means for intercepting a request to refresh a page identifying an object, the object stored in a cache with an expiration period. The device also includes a means for determining, in response to the request, a second expiration period for the cached object. The device also includes a means for establishing the second expiration period as the expiration period for the cached object in the cache.

[0124] In another embodiment, the device sets the second expiration period shorter than the expiration period in response to the request. In some embodiments, the request to refresh a page includes a request generated by selecting a refresh button provided by a browser application. In other embodiments, the request to refresh a page is generated by a user selecting a button of a browser application.

[0125] In another embodiment, the device intercepts multiple requests to refresh the page. In some embodiments, in response to the multiple requests, the device decreases the expiration period of the cached object by a predetermined threshold. In some embodiments, the device intercepts the request to refresh the page after a predetermined time threshold. In other embodiments, the request to refresh the page is received by device beyond a predetermined time after forwarding the page to a requester. In still other embodiments, the request to refresh the page is received by device beyond a predetermined time after intercepting a previous request to refresh the page.

[0126] In still another embodiment, the device includes a means for setting the second expiration period longer than the

expiration period. In other embodiments, device is either a client, a server, or an appliance intercepting and forwarding communications between the client and the server.

[0127]  In one aspect, the current invention relates to a method in a network environment having an appliance acting as a proxy between a client requesting pages and a server responding to client requests, where the method resolves an address of a host name identified by a uniform resource locator using the internet protocol address identified as a destination of a request. In one embodiment, the method includes intercepting, by an appliance, a request packet from a client requesting via an application protocol layer a uniform resource locator of a page. The method also includes identifying, by the appliance, from the request packet an internet protocol address of a destination of the request. The appliance associates the internet protocol address of the destination with a host name identified by the uniform resource locator. The method also includes storing, by the appliance, in a cache an entry identifying the internet protocol address as an address of the host name. The method includes intercepting, by the appliance, one of a Domain Name Server (DNS) request of the client to resolve the host name or a second request of the client for the uniform resource locator identifying the host name. The method also includes identifying, by the appliance, the entry in the cache as a resolved address of the host name.

[0128]  In another embodiment, the appliance does not query a DNS server to resolve the address of the host name. In other embodiments, the client resolves the internet protocol address of the host name identified by the uniform resource locator requested by the client prior to transmitting the request packet.

[0129]  In still another embodiment, the client transmits via the request packet a request to open a transport layer connection to the destination identified by the internet protocol address of the host name. In some embodiments, the method includes extracting, by the appliance, the internet protocol address of the destination from a field of a header of the request packet. In other embodiments, the method includes identifying, by the appliance, the internet protocol address from either a network layer or transport layer of the request packet. In still other embodiments, the method includes responding by the appliance to the DNS request of the client with the entry in the cache. In some other embodiments, the method includes identifying, by the appliance, a cached URL of the second request using the entry in the cache providing the resolved address of the host name.

[0130]  In another aspect, the current invention relates to a method, in a network environment having an appliance acting as a proxy between a client requesting pages and a server responding to client requests, for updating by the appliance a cached domain name server (DNS) address of a host name. In one embodiment, the method includes intercepting, by an appliance, either a Domain Name Server (DNS) request of a client to resolve a host name or a request of the client for a uniform resource locator identifying the host name. The method also includes storing, by the appliance, in a cache a resolved DNS address of the host name. The method further includes intercepting, by the appliance, a second request from the client for a page. The method also includes forwarding, by the appliance, the page to the client. The method also further includes determining, by the appliance, a uniform resource locator of the forwarded page identifies the host name. The method also includes transmitting, by the appliance in

response to the determination, a request generated by the appliance to resolve the address of the host name with a server.

[0131]  In one embodiment, the method includes the appliance transmitting a DNS resolution request to a DNS server, and receiving an address resolution of the host name. In some embodiment, the appliance stores the address resolution of the host name in the cache. In other embodiments, the method includes the appliance transmitting the request prior to a user requesting the uniform resource locator from the page. In some other embodiments, the method the appliance transmitting the request prior to the client requesting DNS resolution of the host name identified by the uniform resource locator of the page. In further embodiments, the appliance determines the address for the host name is located in the cache.

[0132]  In a further embodiment, the method includes establishing, by the appliance, an expiration period in the cache for the cached DNS address of the host name. In some embodiments, the method includes the appliance determining the expiration period for the cached DNS address has expired. In other embodiments, the method the appliance determining a remaining time of the expiration period for the cached DNS address is within a predetermined threshold.

[0133]  In another embodiment, the appliance generates the request as a speculative request. In other embodiments, the appliance transmits the generated request at a lower priority of transmission than non-speculative requests.

[0134]  In still another embodiment, the method includes forwarding, by the appliance in response to receiving the second request, the second request to the cached DNS address of the host name identified by the uniform resource locator and transmitting a third request to a DNS server to obtain an updated resolution of the DNS address of the host name stored in the cache. In other embodiments, the method includes forwarding, by the appliance the second request to the cached DNS address of the host name, and the third request to the DNS server, either substantially simultaneously or in parallel to each other.

[0135]  In one aspect, the current invention relates to an appliance acting as a proxy between a client requesting pages and a server responding to client requests, the appliance updating a cached domain name server (DNS) address of a host name. In one embodiment, the appliance includes a means for intercepting one of a Domain Name Server (DNS) request of a client to resolve a host name or a request of the client for a uniform resource locator identifying the host name. In an embodiment, the appliance includes a cache manager for storing in a cache a resolved DNS address of the host name. The appliance also includes, a means for intercepting a second request from the client for a page. The appliance further includes a means for forwarding the page to the client. The appliance further also includes a means for determining a uniform resource locator of the forwarded page identifies the host name. The appliance also includes a means for transmitting, in response to the determination, a request generated by the appliance to resolve he address of the host name with a server.

[0136]  In another embodiment, the appliance transmits a DNS resolution request to a DNS server, and receives an address resolution of the host name. In other embodiments, the cache manager stores the address resolution of the host name in the cache.

[0137]  In still another embodiment, the appliance transmits the request prior to a user requesting the uniform resource

locator from the page. In other embodiments, the appliance transmits the request prior to the client requesting DNS resolution of the host name identified by the uniform resource locator of the page.

**[0138]** In another embodiment, the cache manager determines the address for the host name is located in the cache. In some other embodiment, the cache manager establishes an expiration period in the cache for the cached address of the host name. In some embodiments, the cache manager determines the expiration period for the cached address has expired. In still other embodiment, the cache manager determines a remaining time of the expiration period for the cached address is within a predetermined threshold.

**[0139]** In another embodiment, the appliance includes a means for generating the request as a speculative request. In some embodiments, the appliance transmits the generated request at a lower priority of transmission than non-speculative requests. In some other embodiments, the appliance forwards, in response to receiving the second request, the second request to the cached address of the host name identified by the uniform resource locator and transmits a third request to a DNS server to obtain an updated resolution of the address of the host name stored in the cache. In still other embodiments, the appliance forwards the second request to the cached address of the host name, and the third request to the DNS server one of substantially simultaneously or in parallel to each other.

**[0140]** The details of various embodiments of the invention are set forth in the accompanying drawings and the description below.

## BRIEF DESCRIPTION OF THE DRAWINGS

**[0141]** The foregoing and other objects, aspects, features, and advantages of the invention will become more apparent and better understood by referring to the following description taken in conjunction with the accompanying drawings, in which:

**[0142]** FIG. **1**A is a block diagram of an embodiment of a network environment for a client to access a server via one or more network optimization appliances;

**[0143]** FIG. **1**B is a block diagram of another embodiment of a network environment for a client to access a server via one or more network optimization appliances in conjunction with other network appliances;

**[0144]** FIG. **1**C is a block diagram of another embodiment of a network environment for a client to access a server via a single network optimization appliance deployed stand-alone or in conjunction with other network appliances;

**[0145]** FIGS. **1**D and **1**E are block diagrams of embodiments of a computing device;

**[0146]** FIG. **2**A is a block diagram of an embodiment of an appliance for processing communications between a client and a server;

**[0147]** FIG. **2**B is a block diagram of another embodiment of a client and/or server deploying the network optimization features of the appliance;

**[0148]** FIG. **3** is a block diagram of an embodiment of a client for communicating with a server using the network optimization feature;

**[0149]** FIG. **4**A is a block diagram of an embodiment of a multiple-tier cache and indexing system for maintaining the size of memory for object indexes while adjusting the size of disk storage for storing the objects;

**[0150]** FIG. **4**B is a flow diagram of steps in an embodiment of a method for maintaining the number of objects the cache is allowed to store to a portion of the cache while adjusting the size of the storage used by the cache;

**[0151]** FIG. **4**C is a flow diagram of steps in an embodiment of a method for maintaining the number of objects the cache is allowed to store to a portion of the cache while adjusting the size of the memory used by the cache;

**[0152]** FIG. **4**D is a flow diagram of steps in an embodiment of a method for determining a tier of the cache to store an object;

**[0153]** FIG. **4**E is a flow diagram of steps in an embodiment of a method for storing larger objects to a storage tier of the cache and smaller objects to remaining portion of storage used by the cache;

**[0154]** FIG. **4**F is a flow diagram of steps in an embodiment of a method for maintaining a size of a storage tier used by the cache in response to changing the storage size or memory size used by the cache;

**[0155]** FIG. **5**A is a block diagram of an example embodiment of a system used to illustrate the security and reliability techniques described in conjunctions with FIG. **5**B:

**[0156]** FIG. **5**B has multiple flow diagrams of steps of embodiments for method to perform security and reliability techniques for proxying a connection;

**[0157]** FIG. **6**A is a block diagram of an example embodiment of a system for illustrating the parallel revalidation technique of cached objects as described in conjunction with FIG. **6**B;

**[0158]** FIG. **6**B is a flow diagram of steps of an embodiment of a method to perform a parallel revalidation technique of a cached object;

**[0159]** FIG. **7**A is a block diagram of an example embodiment of a system for illustrating the QoS prefeshening technique of cached objects as described in conjunction with FIG. **7**B;

**[0160]** FIG. **7**B is a flow diagram of steps of an embodiment of a method for providing QoS speculative requests for prefreshening cached objects;

**[0161]** FIG. **7**C is a block diagram of an example embodiment of a multiple appliance system for illustrating the QoS prefreshening technique of cached objects as described in conjunction with FIG. **7**D;

**[0162]** FIG. **7**D is a flow diagram of steps of an embodiment of a method for providing QoS speculative requests for prefreshening cached objects;

**[0163]** FIG. **8**A is a block diagram of an example embodiment of a system for using a stack-oriented approach to prefetching objects to cache as described in conjunction with FIG. **8**B;

**[0164]** FIG. **8**B is a flow diagram of steps of an embodiment of a method for providing a stack-oriented prefetching technique of objects to cache;

**[0165]** FIG. **9**A is a block diagram of an example embodiment of a system for prefreshening objects in a cache prior to user requests for the object as described in conjunction with FIG. **9**B;

**[0166]** FIG. **9**B is a flow diagram of steps of an embodiment of a method for prefreshening objects in the cache prior to user requests for the object;

**[0167]** FIG. **10**A is a block diagram of an example embodiment of a system for determining to prefetch an objects by requesting header information of the object from a server as described in conjunction with FIG. **10**B;

**[0168]** FIG. **10**B is a flow diagram of steps of an embodiment of a method for determining to prefetch an object responsive to obtaining header information of the object from a server;

**[0169]** FIG. **10**C is a flow diagram of steps of an embodiment of a method for updating header information of the object in the cache in conjunction with FIG. **10**A;

**[0170]** FIG. **11**A is a block diagram of an example embodiment of a system for using non-cacheable content as compression history as described in conjunction with FIG. **11**A;

**[0171]** FIG. **11**B is a flow diagram of steps of an embodiment of a method for using non-cacheable content as compression history;

**[0172]** FIG. **11**C is a block diagram of an example embodiment of a system for prefetching non-cacheable content as compression history as described in conjunction with FIG. **11**B and **11**A;

**[0173]** FIG. **11**D is a flow diagram of steps of an embodiment of a method for prefetching non-cacheable content as compression history;

**[0174]** FIG. **12**A is a block diagram of an example embodiment of a system for using non-HTTP network file transfer as compression history as described in conjunction with FIG. **12**B;

**[0175]** FIG. **12**B is a flow diagram of steps of an embodiment of a method for using non-HTTP network file transfer content as compression history;

**[0176]** FIG. **13**A is a block diagram of an example embodiment of a system for determining whether to prefetch/prefresh an object based on operational condition of the device or a status of the connection as described in conjunction with FIG. **13**B;

**[0177]** FIG. **13**B is a flow diagram of steps of an embodiment of a method for freshening, prefreshening or prefetching cached objects based on operational condition of the device or status of the connection;

**[0178]** FIG. **14**A is a block diagram of an example embodiment of a system for determining expiration of a cached object responsive to refresh requests for the object;

**[0179]** FIG. **14**B is a block diagram of another embodiment of a system for determining expiration of a cached object responsive to refresh requests for the object;

**[0180]** FIG. **14**C is a block diagram of another example embodiment of a system for determining expiration of a cached object responsive to refresh requests for the object;

**[0181]** FIG. **14**D is a flow diagram of steps of an embodiment of a method for determining expiration of a cached object responsive to refresh requests for the object;

**[0182]** FIG. **15**A is a block diagram of an example embodiment of a system for interception caching of domain name resolution as described in conjunction with FIG. **15**C;

**[0183]** FIG. **15**B is a block diagram of an example embodiment of a system for interception caching of domain name resolution as described in conjunction with FIG. **15**C; and

**[0184]** FIG. **15**C is a flow diagram of steps of an embodiment of a method for performing domain name resolution interception, caching and updating techniques.

**[0185]** The features and advantages of the present invention will become more apparent from the detailed description set forth below when taken in conjunction with the drawings, in which like reference characters identify corresponding elements throughout. In the drawings, like reference numbers generally indicate identical, functionally similar, and/or structurally similar elements.

## DETAILED DESCRIPTION OF THE INVENTION

**[0186]** For purposes of reading the description of the various embodiments of the present invention below, the following descriptions of the sections of the specification and their respective contents may be helpful:

**[0187]** Section A describes a network environment and computing environment useful for practicing an embodiment of the present invention;

**[0188]** Section B describes embodiments of a system and appliance architecture for accelerating delivery of a computing environment to a remote user;

**[0189]** Section C describes embodiments of a client agent for accelerating communications between a client and a server;

**[0190]** Section D describes embodiments of systems and methods for a multiple-tier cache and indexing system;

**[0191]** Section E describes embodiments of systems and methods for providing security and reliability techniques in proxying connections;

**[0192]** Section F describes embodiments of systems and methods of parallel revalidation of cached objects;

**[0193]** Section G describes embodiments of systems and methods of providing speculative QoS to prefeshening/prefetching cached objects;

**[0194]** Section H describes embodiments of systems and methods for using a stack-oriented technique to prefetching objects for caching;

**[0195]** Section I describes embodiments of systems and methods for prefreshening cached object;

**[0196]** Section J describes embodiments of systems and methods for determining whether to prefetch an object based on header information of the object requested from a server;

**[0197]** Section K describes embodiments of systems and methods for prefetching or using non-cacheable content of dynamically generated pages as compression history;

**[0198]** Section L describes embodiments of systems and methods for using non-HTTP network file transfer as compression history for HTTP based traffic;

**[0199]** Section M describes embodiments of systems and methods for determining whether to prefetch/prefresh an object based on operational condition of the device or a status of the connection as described in conjunction with FIG. **13**B;

**[0200]** Section N describes embodiments of systems and methods for determining expiration of a cached object responsive to refresh requests for the object; and

**[0201]** Section O describes embodiments of systems and methods for Domain Name Resolution interception caching and prefeshening/prefetching techniques for cached DNS information.

### A. Network and Computing Environment

**[0202]** Prior to discussing the specifics of embodiments of the systems and methods of an appliance and/or client, it may be helpful to discuss the network and computing environments in which such embodiments may be deployed. Referring now to FIG. **1**A, an embodiment of a network environment is depicted. In brief overview, the network environment

has one or more clients **102***a*-**102***n* (also generally referred to as local machine(s) **102**, or client(s) **102**) in communication with one or more servers **106***a*-**106***n* (also generally referred to as server(s) **106**, or remote machine(s) **106**) via one or more networks **104**, **104'**, **104"**. In some embodiments, a client **102** communicates with a server **106** via one or more network optimization appliances **200**, **200'** (generally referred to as appliance **200**). In one embodiment, the network optimization appliance **200** is designed, configured or adapted to optimize Wide Area Network (WAN) network traffic. In some embodiments, a first appliance **200** works in conjunction or cooperation with a second appliance **200'** to optimize network traffic. For example, a first appliance **200** may be located between a branch office and a WAN connection while the second appliance **200'** is located between the WAN and a corporate Local Area Network (LAN). The appliances **200** and **200'** may work together to optimize the WAN related network traffic between a client in the branch office and a server on the corporate LAN.

**[0203]** Although FIG. **1**A shows a network **104**, network **104'** and network **104"** (generally referred to as network(s) **104**) between the clients **102** and the servers **106**, the clients **102** and the servers **106** may be on the same network **104**. The networks **104**, **104'**, **104"** can be the same type of network or different types of networks. The network **104** can be a local-area network (LAN), such as a company Intranet, a metropolitan area network (MAN), or a wide area network (WAN), such as the Internet or the World Wide Web. The networks **104**, **104'**, **104"** can be a private or public network. In one embodiment, network **104'** or network **104"** may be a private network and network **104** may be a public network. In some embodiments, network **104** may be a private network and network **104'** and/or network **104"** a public network. In another embodiment, networks **104**, **104'**, **104"** may be private networks. In some embodiments, clients **102** may be located at a branch office of a corporate enterprise communicating via a WAN connection over the network **104** to the servers **106** located on a corporate LAN in a corporate data center.

**[0204]** The network **104** may be any type and/or form of network and may include any of the following: a point to point network, a broadcast network, a wide area network, a local area network, a telecommunications network, a data communication network, a computer network, an ATM (Asynchronous Transfer Mode) network, a SONET (Synchronous Optical Network) network, a SDH (Synchronous Digital Hierarchy) network, a wireless network and a wireline network. In some embodiments, the network **104** may comprise a wireless link, such as an infrared channel or satellite band. The topology of the network **104** may be a bus, star, or ring network topology. The network **104** and network topology may be of any such network or network topology as known to those ordinarily skilled in the art capable of supporting the operations described herein.

**[0205]** As depicted in FIG. **1**A, a first network optimization appliance **200** is shown between networks **104** and **104'** and a second network optimization appliance **200'** is also between networks **104'** and **104"**. In some embodiments, the appliance **200** may be located on network **104**. For example, a corporate enterprise may deploy an appliance **200** at the branch office. In other embodiments, the appliance **200** may be located on network **104'**. In some embodiments, the appliance **200'** may be located on network **104'** or network **104"**. For example, an appliance **200** may be located at a corporate data center. In one embodiment, the appliance **200** and **200'** are on the same network. In another embodiment, the appliance **200** and **200'** are on different networks.

**[0206]** In one embodiment, the appliance **200** is a device for accelerating, optimizing or otherwise improving the performance, operation, or quality of service of any type and form of network traffic. In some embodiments, the appliance **200** is a performance enhancing proxy. In other embodiments, the appliance **200** is any type and form of WAN optimization or acceleration device, sometimes also referred to as a WAN optimization controller. In one embodiment, the appliance **200** is any of the product embodiments referred to as WAN-Scaler manufactured by Citrix Systems, Inc. of Ft. Lauderdale, Fla. In other embodiments, the appliance **200** includes any of the product embodiments referred to as BIG-IP link controller and WANjet manufactured by F5 Networks, Inc. of Seattle, Wash. In another embodiment, the appliance **200** includes any of the WX and WXC WAN acceleration device platforms manufactured by Juniper Networks, Inc. of Sunnyvale, Calif. In some embodiments, the appliance **200** includes any of the steelhead line of WAN optimization appliances manufactured by Riverbed Technology of San Francisco, Calif. In other embodiments, the appliance **200** includes any of the WAN related devices manufactured by Expand Networks Inc. of Roseland, N.J. In one embodiment, the appliance **200** includes any of the WAN related appliances manufactured by Packeteer Inc. of Cupertino, Calif., such as the PacketShaper, iShared, and SkyX product embodiments provided by Packeteer. In yet another embodiment, the appliance **200** includes any WAN related appliances and/or software manufactured by Cisco Systems, Inc. of San Jose, Calif., such as the Cisco Wide Area Network Application Services software and network modules, and Wide Area Network engine appliances.

**[0207]** In some embodiments, the appliance **200** provides application and data acceleration services for branch-office or remote offices. In one embodiment, the appliance **200** includes optimization of Wide Area File Services (WAFS). In another embodiment, the appliance **200** accelerates the delivery of files, such as via the Common Internet File System (CIFS) protocol. In other embodiments, the appliance **200** provides caching in memory and/or storage to accelerate delivery of applications and data. In one embodiment, the appliance **205** provides compression of network traffic at any level of the network stack or at any protocol or network layer. In another embodiment, the appliance **200** provides transport layer protocol optimizations, flow control, performance enhancements or modifications and/or management to accelerate delivery of applications and data over a WAN connection. For example, in one embodiment, the appliance **200** provides Transport Control Protocol (TCP) optimizations. In other embodiments, the appliance **200** provides optimizations, flow control, performance enhancements or modifications and/or management for any session or application layer protocol. Further details of the optimization techniques, operations and architecture of the appliance **200** are discussed below in Section B.

**[0208]** Still referring to FIG. **1**A, the network environment may include multiple, logically-grouped servers **106**. In these embodiments, the logical group of servers may be referred to as a server farm **38**. In some of these embodiments, the servers **106** may be geographically dispersed. In some cases, a farm **38** may be administered as a single entity. In other embodiments, the server farm **38** comprises a plurality of server

farms **38**. In one embodiment, the server farm executes one or more applications on behalf of one or more clients **102**.

**[0209]** The servers **106** within each farm **38** can be heterogeneous. One or more of the servers **106** can operate according to one type of operating system platform (e.g., WINDOWS NT, manufactured by Microsoft Corp. of Redmond, Wash.), while one or more of the other servers **106** can operate on according to another type of operating system platform (e.g., Unix or Linux). The servers **106** of each farm **38** do not need to be physically proximate to another server **106** in the same farm **38**. Thus, the group of servers **106** logically grouped as a farm **38** may be interconnected using a wide-area network (WAN) connection or metropolitan-area network (MAN) connection. For example, a farm **38** may include servers **106** physically located in different continents or different regions of a continent, country, state, city, campus, or room. Data transmission speeds between servers **106** in the farm **38** can be increased if the servers **106** are connected using a local-area network (LAN) connection or some form of direct connection.

**[0210]** Servers **106** may be file servers, application servers, web servers, proxy servers, and/or gateway servers. In some embodiments, a server **106** may have the capacity to function as either an application server or as a master application server. In one embodiment, a server **106** may include an Active Directory. The clients **102** may also be referred to as client nodes or endpoints. In some embodiments, a client **102** has the capacity to function as both a client node seeking access to applications on a server and as an application server providing access to hosted applications for other clients **102***a*-**102***n*.

**[0211]** In some embodiments, a client **102** communicates with a server **106**. In one embodiment, the client **102** communicates directly with one of the servers **106** in a farm **38**. In another embodiment, the client **102** executes a program neighborhood application to communicate with a server **106** in a farm **38**. In still another embodiment, the server **106** provides the functionality of a master node. In some embodiments, the client **102** communicates with the server **106** in the farm **38** through a network **104**. Over the network **104**, the client **102** can, for example, request execution of various applications hosted by the servers **106***a*-**106***n* in the farm **38** and receive output of the results of the application execution for display. In some embodiments, only the master node provides the functionality required to identify and provide address information associated with a server **106'** hosting a requested application.

**[0212]** In one embodiment, a server **106** provides functionality of a web server. In another embodiment, the server **106***a* receives requests from the client **102**, forwards the requests to a second server **106***b* and responds to the request by the client **102** with a response to the request from the server **106***b*. In still another embodiment, the server **106** acquires an enumeration of applications available to the client **102** and address information associated with a server **106** hosting an application identified by the enumeration of applications. In yet another embodiment, the server **106** presents the response to the request to the client **102** using a web interface. In one embodiment, the client **102** communicates directly with the server **106** to access the identified application. In another embodiment, the client **102** receives application output data, such as display data, generated by an execution of the identified application on the server **106**.

Deployed With Other Appliances.

**[0213]** Referring now to FIG. **1**B, another embodiment of a network environment is depicted in which the network optimization appliance **200** is deployed with one or more other appliances **205**, **205'** (generally referred to as appliance **205** or second appliance **205**) such as a gateway, firewall or acceleration appliance. For example, in one embodiment, the appliance **205** is a firewall or security appliance while appliance **205'** is a LAN acceleration device. In some embodiments, a client **102** may communicate to a server **106** via one or more of the first appliances **200** and one or more second appliances **205**.

**[0214]** One or more appliances **200** and **205** may be located at any point in the network or network communications path between a client **102** and a server **106**. In some embodiments, a second appliance **205** may be located on the same network **104** as the first appliance **200**. In other embodiments, the second appliance **205** may be located on a different network **104** as the first appliance **200**. In yet another embodiment, a first appliance **200** and second appliance **205** is on the same network, for example network **104**, while the first appliance **200'** and second appliance **205'** is on the same network, such as network **104''**.

**[0215]** In one embodiment, the second appliance **205** includes any type and form of transport control protocol or transport later terminating device, such as a gateway or firewall device. In one embodiment, the appliance **205** terminates the transport control protocol by establishing a first transport control protocol connection with the client and a second transport control connection with the second appliance or server. In another embodiment, the appliance **205** terminates the transport control protocol by changing, managing or controlling the behavior of the transport control protocol connection between the client and the server or second appliance. For example, the appliance **205** may change, queue, forward or transmit network packets in manner to effectively terminate the transport control protocol connection or to act or simulate as terminating the connection.

**[0216]** In some embodiments, the second appliance **205** is a performance enhancing proxy. In one embodiment, the appliance **205** provides a virtual private network (VPN) connection. In some embodiments, the appliance **205** provides a Secure Socket Layer VPN (SSL VPN) connection. In other embodiments, the appliance **205** provides an IPsec (Internet Protocol Security) based VPN connection. In some embodiments, the appliance **205** provides any one or more of the following functionality: compression, acceleration, load-balancing, switching/routing, caching, and Transport Control Protocol (TCP) acceleration.

**[0217]** In one embodiment, the appliance **205** is any of the product embodiments referred to as Access Gateway, Application Firewall, Application Gateway, or NetScaler manufactured by Citrix Systems, Inc. of Ft. Lauderdale, Fla. As such, in some embodiments, the appliance **205** includes any logic, functions, rules, or operations to perform services or functionality such as SSL VPN connectivity, SSL offloading, switching/load balancing, Domain Name Service resolution, LAN acceleration and an application firewall.

**[0218]** In some embodiments, the appliance **205** provides a SSL VPN connection between a client **102** and a server **106**. For example, a client **102** on a first network **104** requests to

establish a connection to a server **106** on a second network **104'**. In some embodiments, the second network **104"** is not routable from the first network **104**. In other embodiments, the client **102** is on a public network **104** and the server **106** is on a private network **104'**, such as a corporate network. In one embodiment, a client agent intercepts communications of the client **102** on the first network **104**, encrypts the communications, and transmits the communications via a first transport layer connection to the appliance **205**. The appliance **205** associates the first transport layer connection on the first network **104** to a second transport layer connection to the server **106** on the second network **104**. The appliance **205** receives the intercepted communication from the client agent, decrypts the communications, and transmits the communication to the server **106** on the second network **104** via the second transport layer connection. The second transport layer connection may be a pooled transport layer connection. In one embodiment, the appliance **205** provides an end-to-end secure transport layer connection for the client **102** between the two networks **104**, **104'**

**[0219]** In one embodiment, the appliance **205** hosts an intranet internet protocol or intranetIP address of the client **102** on the virtual private network **104**. The client **102** has a local network identifier, such as an internet protocol (IP) address and/or host name on the first network **104**. When connected to the second network **104'** via the appliance **205**, the appliance **205** establishes, assigns or otherwise provides an IntranetIP, which is a network identifier, such as IP address and/or host name, for the client **102** on the second network **104'**. The appliance **205** listens for and receives on the second or private network **104'** for any communications directed towards the client **102** using the client's established IntranetIP. In one embodiment, the appliance **205** acts as or on behalf of the client **102** on the second private network **104**.

**[0220]** In some embodiments, the appliance **205** has an encryption engine providing logic, business rules, functions or operations for handling the processing of any security related protocol, such as SSL or TLS, or any function related thereto. For example, the encryption engine encrypts and decrypts network packets, or any portion thereof, communicated via the appliance **205**. The encryption engine may also setup or establish SSL or TLS connections on behalf of the client **102***a*-**102***n*, server **106***a*-**106***n*, or appliance **200**, **205**. As such, the encryption engine provides offloading and acceleration of SSL processing. In one embodiment, the encryption engine uses a tunneling protocol to provide a virtual private network between a client **102***a*-**102***n* and a server **106***a*-**106***n*. In some embodiments, the encryption engine uses an encryption processor. In other embodiments, the encryption engine includes executable instructions running on an encryption processor.

**[0221]** In some embodiments, the appliance **205** provides one or more of the following acceleration techniques to communications between the client **102** and server **106**: 1) compression, 2) decompression, 3) Transmission Control Protocol pooling, 4) Transmission Control Protocol multiplexing, 5) Transmission Control Protocol buffering, and 6) caching. In one embodiment, the appliance **200** relieves servers **106** of much of the processing load caused by repeatedly opening and closing transport layers connections to clients **102** by opening one or more transport layer connections with each server **106** and maintaining these connections to allow repeated data accesses by clients via the Internet. This technique is referred to herein as "connection pooling".

**[0222]** In some embodiments, in order to seamlessly splice communications from a client **102** to a server **106** via a pooled transport layer connection, the appliance **205** translates or multiplexes communications by modifying sequence number and acknowledgment numbers at the transport layer protocol level. This is referred to as "connection multiplexing". In some embodiments, no application layer protocol interaction is required. For example, in the case of an in-bound packet (that is, a packet received from a client **102**), the source network address of the packet is changed to that of an output port of appliance **205**, and the destination network address is changed to that of the intended server. In the case of an outbound packet (that is, one received from a server **106**), the source network address is changed from that of the server **106** to that of an output port of appliance **205** and the destination address is changed from that of appliance **205** to that of the requesting client **102**. The sequence numbers and acknowledgment numbers of the packet are also translated to sequence numbers and acknowledgement expected by the client **102** on the appliance's **205** transport layer connection to the client **102**. In some embodiments, the packet checksum of the transport layer protocol is recalculated to account for these translations.

**[0223]** In another embodiment, the appliance **205** provides switching or load-balancing functionality for communications between the client **102** and server **106**. In some embodiments, the appliance **205** distributes traffic and directs client requests to a server **106** based on layer 4 payload or application-layer request data. In one embodiment, although the network layer or layer 2 of the network packet identifies a destination server **106**, the appliance **205** determines the server **106** to distribute the network packet by application information and data carried as payload of the transport layer packet. In one embodiment, a health monitoring program of the appliance **205** monitors the health of servers to determine the server **106** for which to distribute a client's request. In some embodiments, if the appliance **205** detects a server **106** is not available or has a load over a predetermined threshold, the appliance **205** can direct or distribute client requests to another server **106**.

**[0224]** In some embodiments, the appliance **205** acts as a Domain Name Service (DNS) resolver or otherwise provides resolution of a DNS request from clients **102**. In some embodiments, the appliance intercepts' a DNS request transmitted by the client **102**. In one embodiment, the appliance **205** responds to a client's DNS request with an IP address of or hosted by the appliance **205**. In this embodiment, the client **102** transmits network communication for the domain name to the appliance **200**. In another embodiment, the appliance **200** responds to a client's DNS request with an IP address of or hosted by a second appliance **200'**. In some embodiments, the appliance **205** responds to a client's DNS request with an IP address of a server **106** determined by the appliance **200**.

**[0225]** In yet another embodiment, the appliance **205** provides application firewall functionality for communications between the client **102** and server **106**. In one embodiment, a policy engine **295'** provides rules for detecting and blocking illegitimate requests. In some embodiments, the application firewall protects against denial of service (DoS) attacks. In other embodiments, the appliance inspects the content of intercepted requests to identify and block application-based attacks. In some embodiments, the rules/policy engine includes one or more application firewall or security control policies for providing protections against various classes and

types of web or Internet based vulnerabilities, such as one or more of the following: 1) buffer overflow, 2) CGI-BIN parameter manipulation, 3) form/hidden field manipulation, 4) forceful browsing, 5) cookie or session poisoning, 6) broken access control list (ACLs) or weak passwords, 7) cross-site scripting (XSS), 8) command injection, 9) SQL injection, 10) error triggering sensitive information leak, 11) insecure use of cryptography, 12) server misconfiguration, 13) back doors and debug options, 14) website defacement, 15) platform or operating systems vulnerabilities, and 16) zero-day exploits. In an embodiment, the application firewall of the appliance provides HTML form field protection in the form of inspecting or analyzing the network communication for one or more of the following: 1) required fields are returned, 2) no added field allowed, 3) read-only and hidden field enforcement, 4) drop-down list and radio button field conformance, and 5) form-field max-length enforcement. In some embodiments, the application firewall of the appliance **205** ensures cookies are not modified. In other embodiments, the appliance **205** protects against forceful browsing by enforcing legal URLs.

**[0226]** In still yet other embodiments, the application firewall appliance **205** protects any confidential information contained in the network communication. The appliance **205** may inspect or analyze any network communication in accordance with the rules or polices of the policy engine to identify any confidential information in any field of the network packet. In some embodiments, the application firewall identifies in the network communication one or more occurrences of a credit card number, password, social security number, name, patient code, contact information, and age. The encoded portion of the network communication may include these occurrences or the confidential information. Based on these occurrences, in one embodiment, the application firewall may take a policy action on the network communication, such as prevent transmission of the network communication. In another embodiment, the application firewall may rewrite, remove or otherwise mask such identified occurrence or confidential information.

**[0227]** Although generally referred to as a network optimization or first appliance **200** and a second appliance **205**, the first appliance **200** and second appliance **205** may be the same type and form of appliance. In one embodiment, the second appliance **205** may perform the same functionality, or portion thereof, as the first appliance **200**, and vice-versa. For example, the first appliance **200** and second appliance **205** may both provide acceleration techniques. In one embodiment, the first appliance may perform LAN acceleration while the second appliance performs WAN acceleration, or vice-versa. In another example, the first appliance **200** may also be a transport control protocol terminating device as with the second appliance **205**. Furthermore, although appliances **200** and **205** are shown as separate devices on the network, the appliance **200** and/or **205** could be a part of any client **102** or server **106**.

**[0228]** Referring now to FIG. **1**C, other embodiments of a network environment for deploying the appliance **200** are depicted. In another embodiment as depicted on the top of FIG. **1**C, the appliance **200** may be deployed as a single appliance or single proxy on the network **104**. For example, the appliance **200** may be designed, constructed or adapted to perform WAN optimization techniques discussed herein without a second cooperating appliance **200'**. In other embodiments as depicted on the bottom of FIG. **1**C, a single appliance **200** may be deployed with one or more second appliances **205**. For example, a WAN acceleration first appliance **200**, such as a Citrix WANScaler appliance, may be deployed with a LAN accelerating or Application Firewall second appliance **205**, such as a Citrix NetScaler appliance.

Computing Device

**[0229]** The client **102**, server **106**, and appliance **200** and **205** may be deployed as and/or executed on any type and form of computing device, such as a computer, network device or appliance capable of communicating on any type and form of network and performing the operations described herein. FIGS. **1**C and **1**D depict block diagrams of a computing device **100** useful for practicing an embodiment of the client **102**, server **106** or appliance **200**. As shown in FIGS. **1**C and **1**D, each computing device **100** includes a central processing unit **101**, and a main memory unit **122**. As shown in FIG. **1**C, a computing device **100** may include a visual display device **124**, a keyboard **126** and/or a pointing device **127**, such as a mouse. Each computing device **100** may also include additional optional elements, such as one or more input/output devices **130***a*-**103***b* (generally referred to using reference numeral **130**), and a cache memory **140** in communication with the central processing unit **101**.

**[0230]** The central processing unit **101** is any logic circuitry that responds to and processes instructions fetched from the main memory unit **122**. In many embodiments, the central processing unit is provided by a microprocessor unit, such as: those manufactured by Intel Corporation of Mountain View, Calif.; those manufactured by Motorola Corporation of Schaumburg, Ill.; those manufactured by Transmeta Corporation of Santa Clara, Calif.; the RS/6000 processor, those manufactured by International Business Machines of White Plains, N.Y.; or those manufactured by Advanced Micro Devices of Sunnyvale, Calif. The computing device **100** may be based on any of these processors, or any other processor capable of operating as described herein.

**[0231]** Main memory unit **122** may be one or more memory chips capable of storing data and allowing any storage location to be directly accessed by the microprocessor **101**, such as Static random access memory (SRAM), Burst SRAM or SynchBurst SRAM (BSRAM), Dynamic random access memory (DRAM), Fast Page Mode DRAM (FPM DRAM), Enhanced DRAM (EDRAM), Extended Data Output RAM (EDO RAM), Extended Data Output DRAM (EDO DRAM), Burst Extended Data Output DRAM (BEDO DRAM), Enhanced DRAM (EDRAM), synchronous DRAM (SDRAM), JEDEC SRAM, PC100 SDRAM, Double Data Rate SDRAM (DDR SDRAM), Enhanced SDRAM (ESDRAM), SyncLink DRAM (SLDRAM), Direct Rambus DRAM (DRDRAM), or Ferroelectric RAM (FRAM). The main memory **122** may be based on any of the above described memory chips, or any other available memory chips capable of operating as described herein. In the embodiment shown in FIG. **1**C, the processor **101** communicates with main memory **122** via a system bus **150** (described in more detail below). FIG. **1**C depicts an embodiment of a computing device **100** in which the processor communicates directly with main memory **122** via a memory port **103**. For example, in FIG. **1**D the main memory **122** may be DRDRAM.

**[0232]** FIG. **1**D depicts an embodiment in which the main processor **101** communicates directly with cache memory **140** via a secondary bus, sometimes referred to as a backside bus. In other embodiments, the main processor **101** commu-

nicates with cache memory **140** using the system bus **150**. Cache memory **140** typically has a faster response time than main memory **122** and is typically provided by SRAM, BSRAM, or EDRAM. In the embodiment shown in FIG. **1**C, the processor **101** communicates with various I/O devices **130** via a local system bus **150**. Various busses may be used to connect the central processing unit **101** to any of the I/O devices **130**, including a VESA VL bus, an ISA bus, an EISA bus, a MicroChannel Architecture (MCA) bus, a PCI bus, a PCI-X bus, a PCI-Express bus, or a NuBus. For embodiments in which the I/O device is a video display **124**, the processor **101** may use an Advanced Graphics Port (AGP) to communicate with the display **124**. FIG. **1**D depicts an embodiment of a computer **100** in which the main processor **101** communicates directly with I/O device **130** via HyperTransport, Rapid I/O, or InfiniBand. FIG. **1**D also depicts an embodiment in which local busses and direct communication are mixed: the processor **101** communicates with I/O device **130** using a local interconnect bus while communicating with I/O device **130** directly.

**[0233]** The computing device **100** may support any suitable installation device **116**, such as a floppy disk drive for receiving floppy disks such as 3.5-inch, 5.25-inch disks or ZIP disks, a CD-ROM drive, a CD-R/RW drive, a DVD-ROM drive, tape drives of various formats, USB device, hard-drive or any other device suitable for installing software and programs such as any client agent **120**, or portion thereof. The computing device **100** may further comprise a storage device **128**, such as one or more hard disk drives or redundant arrays of independent disks, for storing an operating system and other related software, and for storing application software programs such as any program related to the client agent **120**. Optionally, any of the installation devices **116** could also be used as the storage device **128**. Additionally, the operating system and the software can be run from a bootable medium, for example, a bootable CD, such as KNOPPIX®, a bootable CD for GNU/Linux that is available as a GNU/Linux distribution from knoppix.net.

**[0234]** Furthermore, the computing device **100** may include a network interface **118** to interface to a Local Area Network (LAN), Wide Area Network (WAN) or the Internet through a variety of connections including, but not limited to, standard telephone lines, LAN or WAN links (e.g., 802.11, T1, T3, 56 kb, X.25), broadband connections (e.g., ISDN, Frame Relay, ATM), wireless connections, or some combination of any or all of the above. The network interface **118** may comprise a built-in network adapter, network interface card, PCMCIA network card, card bus network adapter, wireless network adapter, USB network adapter, modem or any other device suitable for interfacing the computing device **100** to any type of network capable of communication and performing the operations described herein. A wide variety of I/O devices **103***a*-**130***n* may be present in the computing device **100**. Input devices include keyboards, mice, trackpads, trackballs, microphones, and drawing tablets. Output devices include video displays, speakers, inkjet printers, laser printers, and dye-sublimation printers. The I/O devices **130** may be controlled by an I/O controller **123** as shown in FIG. **1**C. The I/O controller may control one or more I/O devices such as a keyboard **126** and a pointing device **127**, e.g., a mouse or optical pen. Furthermore, an I/O device may also provide storage **128** and/or an installation medium **116** for the computing device **100**. In still other embodiments, the computing device **100** may provide USB connections to receive handheld USB storage devices such as the USB Flash Drive line of devices manufactured by Twintech Industry, Inc. of Los Alamitos, Calif.

**[0235]** In some embodiments, the computing device **100** may comprise or be connected to multiple display devices **124***a*-**124***n*, which each may be of the same or different type and/or form. As such, any of the I/O devices **103***a*-**130***n* and/or the I/O controller **123** may comprise any type and/or form of suitable hardware, software, or combination of hardware and software to support, enable or provide for the connection and use of multiple display devices **124***a*-**124***n* by the computing device **100**. For example, the computing device **100** may include any type and/or form of video adapter, video card, driver, and/or library to interface, communicate, connect or otherwise use the display devices **124***a*-**124***n*. In one embodiment, a video adapter may comprise multiple connectors to interface to multiple display devices **124***a*-**124***n*. In other embodiments, the computing device **100** may include multiple video adapters, with each video adapter connected to one or more of the display devices **124***a*-**124***n*. In some embodiments, any portion of the operating system of the computing device **100** may be configured for using multiple displays **124***a*-**124***n*. In other embodiments, one or more of the display devices **124***a*-**124***n* may be provided by one or more other computing devices, such as computing devices **100***a* and **100***b* connected to the computing device **100**, for example, via a network. These embodiments may include any type of software designed and constructed to use another computer's display device as a second display device **124***a* for the computing device **100**. One ordinarily skilled in the art will recognize and appreciate the various ways and embodiments that a computing device **100** may be configured to have multiple display devices **124***a*-**124***n*.

**[0236]** In further embodiments, an I/O device **130** may be a bridge **170** between the system bus **150** and an external communication bus, such as a USB bus, an Apple Desktop Bus, an RS-232 serial connection, a SCSI bus, a FireWire bus, a FireWire 800 bus, an Ethernet bus, an AppleTalk bus, a Gigabit Ethernet bus, an Asynchronous Transfer Mode bus, a HIPPI bus, a Super HIPPI bus, a SerialPlus bus, a SCI/LAMP bus, a FibreChannel bus, or a Serial Attached small computer system interface bus.

**[0237]** A computing device **100** of the sort depicted in FIGS. **1**C and **1**D typically operate under the control of operating systems, which control scheduling of tasks and access to system resources. The computing device **100** can be running any operating system such as any of the versions of the Microsoft® Windows operating systems, the different releases of the Unix and Linux operating systems, any version of the Mac OS® or OS X for Macintosh computers, any embedded operating system, any real-time operating system, any open source operating system, any proprietary operating system, any operating systems for mobile computing devices, or any other operating system capable of running on the computing device and performing the operations described herein. Typical operating systems include: WINDOWS 3.x, WINDOWS 95, WINDOWS 98, WINDOWS 2000, WINDOWS NT 3.51, WINDOWS NT 4.0, WINDOWS CE, WINDOWS 2003, WINDOWS XP, and WINDOWS VISTA all of which are manufactured by Microsoft Corporation of Redmond, Wash.; MacOS and OS X, manufactured by Apple Computer of Cupertino, Calif.; OS/2, manufactured by International Business Machines of Armonk, N.Y. and Linux, a freely-available operating system distributed by Caldera

Corp. of Salt Lake City, Utah, or any type and/or form of a Unix operating system, (such as those versions of Unix referred to as Solaris/Sparc, Solaris/x86, AIX IBM, HP UX, and SGI (Silicon Graphics)), among others.

**[0238]** In other embodiments, the computing device **100** may have different processors, operating systems, and input devices consistent with the device. For example, in one embodiment the computer **100** is a Treo 180, 270, 1060, 600 or 650 smart phone manufactured by Palm, Inc. In this embodiment, the Treo smart phone is operated under the control of the PalmOS operating system and includes a stylus input device as well as a five-way navigator device. In another example, the computing device **100** may be a WinCE or PocketPC device with an ARM (Advanced RISC Machine) type of processor. In one example, the computing device **100** includes a Series 80 (Nokia 9500 or Nokia 9300) type of smart phone manufactured by Nokia of Finland, which may run the Symbian OS or EPOC mobile operating system manufactured by Symbian Software Limited of London, United Kingdom. In another example, the computing device **100** may include a FOMA M100 brand smart phone manufactured by Motorola, Inc. of Schaumburg, Ill., and operating the EPOC or Symbian OS operating system. In yet another example, the computing device **100** includes a Sony Ericsson P800, P900 or P910 Alpha model phone manufactured by Sony Ericsson Mobile Communications (USA) Inc. of Reasearch Triangle Park, N.C. Moreover, the computing device **100** can be any workstation, desktop computer, laptop or notebook computer, server, handheld computer, mobile telephone, smart phone, any other computer, or other form of computing or telecommunications device that is capable of communication and that has sufficient processor power and memory capacity to perform the operations described herein.

B. System and Appliance Architecture

**[0239]** Referring now to FIG. 2A, an embodiment of a system environment and architecture of an appliance **200** for delivering and/or operating a computing environment on a client is depicted. In some embodiments, a server **106** includes an application delivery system **290** for delivering a computing environment or an application and/or data file to one or more clients **102**. In brief overview, a client **102** is in communication with a server **106** via network **104** and appliance **200**. For example, the client **102** may reside in a remote office of a company, e.g., a branch office, and the server **106** may reside at a corporate data center. The client **102** has a client agent **120**, and a computing environment **215**. The computing environment **215** may execute or operate an application that accesses, processes or uses a data file. The computing environment **215**, application and/or data file may be delivered via the appliance **200** and/or the server **106**.

**[0240]** In some embodiments, the appliance **200** accelerates delivery of a computing environment **215**, or any portion thereof, to a client **102**. In one embodiment, the appliance **200** accelerates the delivery of the computing environment **215** by the application delivery system **290**. For example, the embodiments described herein may be used to accelerate delivery of a streaming application and data file processable by the application from a central corporate data center to a remote user location, such as a branch office of the company. In another embodiment, the appliance **200** accelerates transport layer traffic between a client **102** and a server **106**. In another embodiment, the appliance **200** controls, manages, or adjusts the transport layer protocol to accelerate delivery of the computing environment. In some embodiments, the appliance **200** uses caching and/or compression techniques to accelerate delivery of a computing environment.

**[0241]** In some embodiments, the application delivery management system **290** provides application delivery techniques to deliver a computing environment to a desktop of a user, remote or otherwise, based on a plurality of execution methods and based on any authentication and authorization policies applied via a policy engine **295**. With these techniques, a remote user may obtain a computing environment and access to server stored applications and data files from any network connected device **100**. In one embodiment, the application delivery system **290** may reside or execute on a server **106**. In another embodiment, the application delivery system **290** may reside or execute on a plurality of servers **106***a*-**106***n*. In some embodiments, the application delivery system **290** may execute in a server farm **38**. In one embodiment, the server **106** executing the application delivery system **290** may also store or provide the application and data file. In another embodiment, a first set of one or more servers **106** may execute the application delivery system **290**, and a different server **106***n* may store or provide the application and data file. In some embodiments, each of the application delivery system **290**, the application, and data file may reside or be located on different servers. In yet another embodiment, any portion of the application delivery system **290** may reside, execute or be stored on or distributed to the appliance **200**, or a plurality of appliances.

**[0242]** The client **102** may include a computing environment **215** for executing an application that uses or processes a data file. The client **102** via networks **104**, **104'** and appliance **200** may request an application and data file from the server **106**. In one embodiment, the appliance **200** may forward a request from the client **102** to the server **106**. For example, the client **102** may not have the application and data file stored or accessible locally. In response to the request, the application delivery system **290** and/or server **106** may deliver the application and data file to the client **102**. For example, in one embodiment, the server **106** may transmit the application as an application stream to operate in computing environment **215** on client **102**.

**[0243]** In some embodiments, the application delivery system **290** comprises any portion of the Citrix Access Suite™ by Citrix Systems, Inc., such as the MetaFrame or Citrix Presentation Server™ and/or any of the Microsoft® Windows Terminal Services manufactured by the Microsoft Corporation. In one embodiment, the application delivery system **290** may deliver one or more applications to clients **102** or users via a remote-display protocol or otherwise via remote-based or server-based computing. In another embodiment, the application delivery system **290** may deliver one or more applications to clients or users via steaming of the application.

**[0244]** In one embodiment, the application delivery system **290** includes a policy engine **295** for controlling and managing the access to applications, selection of application execution methods and the delivery of applications. In some embodiments, the policy engine **295** determines the one or more applications a user or client **102** may access. In another embodiment, the policy engine **295** determines how the application should be delivered to the user or client **102**, e.g., the method of execution. In some embodiments, the application delivery system **290** provides a plurality of delivery techniques from which to select a method of application execu-

tion, such as a server-based computing, streaming or delivering the application locally to the client **120** for local execution.

**[0245]** In one embodiment, a client **102** requests execution of an application program and the application delivery system **290** comprising a server **106** selects a method of executing the application program. In some embodiments, the server **106** receives credentials from the client **102**. In another embodiment, the server **106** receives a request for an enumeration of available applications from the client **102**. In one embodiment, in response to the request or receipt of credentials, the application delivery system **290** enumerates a plurality of application programs available to the client **102**. The application delivery system **290** receives a request to execute an enumerated application. The application delivery system **290** selects one of a predetermined number of methods for executing the enumerated application, for example, responsive to a policy of a policy engine. The application delivery system **290** may select a method of execution of the application enabling the client **102** to receive application-output data generated by execution of the application program on a server **106**. The application delivery system **290** may select a method of execution of the application enabling the client or local machine **102** to execute the application program locally after retrieving a plurality of application files comprising the application. In yet another embodiment, the application delivery system **290** may select a method of execution of the application to stream the application via the network **104** to the client **102**.

**[0246]** A client **102** may execute, operate or otherwise provide an application, which can be any type and/or form of software, program, or executable instructions such as any type and/or form of web browser, web-based client, client-server application, a thin-client computing client, an ActiveX control, or a Java applet, or any other type and/or form of executable instructions capable of executing on client **102**. In some embodiments, the application may be a server-based or a remote-based application executed on behalf of the client **102** on a server **106**. In one embodiment the server **106** may display output to the client **102** using any thin-client or remote-display protocol, such as the Independent Computing Architecture (ICA) protocol manufactured by Citrix Systems, Inc. of Ft. Lauderdale, Fla. or the Remote Desktop Protocol (RDP) manufactured by the Microsoft Corporation of Redmond, Wash. The application can use any type of protocol and it can be, for example, an HTTP client, an FTP client, an Oscar client, or a Telnet client. In other embodiments, the application comprises any type of software related to VoIP communications, such as a soft IP telephone. In further embodiments, the application comprises any application related to real-time data communications, such as applications for streaming video and/or audio.

**[0247]** In some embodiments, the server **106** or a server farm **38** may be running one or more applications, such as an application providing a thin-client computing or remote display presentation application. In one embodiment, the server **106** or server farm **38** executes, as an application, any portion of the Citrix Access Suite™ by Citrix Systems, Inc., such as the MetaFrame or Citrix Presentation Server™, and/or any of the Microsoft® Windows Terminal Services manufactured by the Microsoft Corporation. In one embodiment, the application is an ICA client, developed by Citrix Systems, Inc. of Fort Lauderdale, Fla. In other embodiments, the application includes a Remote Desktop (RDP) client, developed by Microsoft Corporation of Redmond, Wash. Also, the server **106** may run an application, which for example, may be an application server providing email services such as Microsoft Exchange manufactured by the Microsoft Corporation of Redmond, Wash., a web or Internet server, or a desktop sharing server, or a collaboration server. In some embodiments, any of the applications may comprise any type of hosted service or products, such as GoToMeeting™ provided by Citrix Online Division, Inc. of Santa Barbara, Calif., WebEX™ provided by WebEx, Inc. of Santa Clara, Calif., or Microsoft Office Live Meeting provided by Microsoft Corporation of Redmond, Wash.

Example Appliance Architecture

**[0248]** FIG. **2**A also illustrates an example embodiment of the appliance **200**. The architecture of the appliance **200** in FIG. **2**A is provided by way of illustration only and is not intended to be limiting in any manner. The appliance **200** may include any type and form of computing device **100**, such as any element or portion described in conjunction with FIGS. **1**D and **1**E above. In brief overview, the appliance **200** has one or more network ports **266**A-**226**N and one or more networks stacks **267**A-**267**N for receiving and/or transmitting communications via networks **104**. The appliance **200** also has a network optimization engine **250** for optimizing, accelerating or otherwise improving the performance, operation, or quality of any network traffic or communications traversing the appliance **200**.

**[0249]** The appliance **200** includes or is under the control of an operating system. The operating system of the appliance **200** may be any type and/or form of UNIX operating system although the invention is not so limited. As such, the appliance **200** can be running any operating system such as any of the versions of the Microsoft® Windows operating systems, the different releases of the Unix and Linux operating systems, any version of the Mac OS® for Macintosh computers, any embedded operating system, any network operating system, any real-time operating system, any open source operating system, any proprietary operating system, any operating systems for mobile computing devices or network devices, or any other operating system capable of running on the appliance **200** and performing the operations described herein.

**[0250]** The operating system of appliance **200** allocates, manages, or otherwise segregates the available system memory into what is referred to as kernel or system space, and user or application space. The kernel space is typically reserved for running the kernel, including any device drivers, kernel extensions or other kernel related software. As known to those skilled in the art, the kernel is the core of the operating system, and provides access, control, and management of resources and hardware-related elements of the appliance **200**. In accordance with an embodiment of the appliance **200**, the kernel space also includes a number of network services or processes working in conjunction with the network optimization engine **250**, or any portion thereof. Additionally, the embodiment of the kernel will depend on the embodiment of the operating system installed, configured, or otherwise used by the device **200**. In contrast to kernel space, user space is the memory area or portion of the operating system used by user mode applications or programs otherwise running in user mode. A user mode application may not access kernel space directly and uses service calls in order to access kernel services. The operating system uses the user or application space

for executing or running applications and provisioning of user level programs, services, processes and/or tasks.

**[0251]** The appliance **200** has one or more network ports **266** for transmitting and receiving data over a network **104**. The network port **266** provides a physical and/or logical interface between the computing device and a network **104** or another device **100** for transmitting and receiving network communications. The type and form of network port **266** depends on the type and form of network and type of medium for connecting to the network. Furthermore, any software of, provisioned for or used by the network port **266** and network stack **267** may run in either kernel space or user space.

**[0252]** In one embodiment, the appliance **200** has one network stack **267**, such as a TCP/IP based stack, for communicating on a network **105**, such with the client **102** and/or the server **106**. In one embodiment, the network stack **267** is used to communicate with a first network, such as network **104**, and also with a second network **104'**. In another embodiment, the appliance **200** has two or more network stacks, such as first network stack **267**A and a second network stack **267**N. The first network stack **267**A may be used in conjunction with a first port **266**A to communicate on a first network **104**. The second network stack **267**N may be used in conjunction with a second port **266**N to communicate on a second network **104'**. In one embodiment, the network stack(s) **267** has one or more buffers for queuing one or more network packets for transmission by the appliance **200**.

**[0253]** The network stack **267** includes any type and form of software, or hardware, or any combinations thereof, for providing connectivity to and communications with a network. In one embodiment, the network stack **267** includes a software implementation for a network protocol suite. The network stack **267** may have one or more network layers, such as any networks layers of the Open Systems Interconnection (OSI) communications model as those skilled in the art recognize and appreciate. As such, the network stack **267** may have any type and form of protocols for any of the following layers of the OSI model: 1) physical link layer, 2) data link layer, 3) network layer, 4) transport layer, 5) session layer, 6) presentation layer, and 7) application layer. In one embodiment, the network stack **267** includes a transport control protocol (TCP) over the network layer protocol of the internet protocol (IP), generally referred to as TCP/IP. In some embodiments, the TCP/IP protocol may be carried over the Ethernet protocol, which may comprise any of the family of IEEE wide-area-network (WAN) or local-area-network (LAN) protocols, such as those protocols covered by the IEEE 802.3. In some embodiments, the network stack **267** has any type and form of a wireless protocol, such as IEEE 802.11 and/or mobile internet protocol.

**[0254]** In view of a TCP/IP based network, any TCP/IP based protocol may be used, including Messaging Application Programming Interface (MAPI) (email), File Transfer Protocol (FTP), HyperText Transfer Protocol (HTTP), Common Internet File System (CIFS) protocol (file transfer), Independent Computing Architecture (ICA) protocol, Remote Desktop Protocol (RDP), Wireless Application Protocol (WAP), Mobile IP protocol, and Voice Over IP (VoIP) protocol. In another embodiment, the network stack **267** comprises any type and form of transport control protocol, such as a modified transport control protocol, for example a Transaction TCP (T/TCP), TCP with selection acknowledgements (TCP-SACK), TCP with large windows (TCP-LW), a congestion prediction protocol such as the TCP-Vegas protocol, and a TCP spoofing protocol. In other embodiments, any type and form of user datagram protocol (UDP), such as UDP over IP, may be used by the network stack **267**, such as for voice communications or real-time data communications.

**[0255]** Furthermore, the network stack **267** may include one or more network drivers supporting the one or more layers, such as a TCP driver or a network layer driver. The network drivers may be included as part of the operating system of the computing device **100** or as part of any network interface cards or other network access components of the computing device **100**. In some embodiments, any of the network drivers of the network stack **267** may be customized, modified or adapted to provide a custom or modified portion of the network stack **267** in support of any of the techniques described herein.

**[0256]** In one embodiment, the appliance **200** provides for or maintains a transport layer connection between a client **102** and server **106** using a single network stack **267**. In some embodiments, the appliance **200** effectively terminates the transport layer connection by changing, managing or controlling the behavior of the transport control protocol connection between the client and the server. In these embodiments, the appliance **200** may use a single network stack **267**. In other embodiments, the appliance **200** terminates a first transport layer connection, such as a TCP connection of a client **102**, and establishes a second transport layer connection to a server **106** for use by or on behalf of the client **102**, e.g., the second transport layer connection is terminated at the appliance **200** and the server **106**. The first and second transport layer connections may be established via a single network stack **267**. In other embodiments, the appliance **200** may use multiple network stacks, for example **267**A and **267**N. In these embodiments, the first transport layer connection may be established or terminated at one network stack **267**A, and the second transport layer connection may be established or terminated on the second network stack **267**N. For example, one network stack may be for receiving and transmitting network packets on a first network, and another network stack for receiving and transmitting network packets on a second network.

**[0257]** As shown in FIG. **2**A, the network optimization engine **250** includes one or more of the following elements, components or modules: network packet processing engine **240**, LAN/WAN detector **210**, flow controller **220**, QoS engine **236**, protocol accelerator **234**, the compression engine **238**, cache manager **232** and policy engine **295'**. The network optimization engine **250**, or any portion thereof, may include software, hardware or any combination of software and hardware. Furthermore, any software of, provisioned for or used by the network optimization engine **250** may run in either kernel space or user space. For example, in one embodiment, the network optimization engine **250** may run in kernel space. In another embodiment, the network optimization engine **250** may run in user space. In yet another embodiment, a first portion of the network optimization engine **250** runs in kernel space while a second portion of the network optimization engine **250** runs in user space.

Network Packet Processing Engine

**[0258]** The network packet engine **240**, also generally referred to as a packet processing engine or packet engine, is responsible for controlling and managing the processing of packets received and transmitted by appliance **200** via network ports **266** and network stack(s) **267**. The network packet engine **240** may operate at any layer of the network stack **267**.

In one embodiment, the network packet engine **240** operates at layer 2 or layer 3 of the network stack **267**. In some embodiments, the packet engine **240** intercepts or otherwise receives packets at the network layer, such as the IP layer in a TCP/IP embodiment. In another embodiment, the packet engine **240** operates at layer 4 of the network stack **267**. For example, in some embodiments, the packet engine **240** intercepts or otherwise receives packets at the transport layer, such as intercepting packets as the TCP layer in a TCP/IP embodiment. In other embodiments, the packet engine **240** operates at any session or application layer above layer 4. For example, in one embodiment, the packet engine **240** intercepts or otherwise receives network packets above the transport layer protocol layer, such as the payload of a TCP packet in a TCP embodiment.

**[0259]** The packet engine **240** may include a buffer for queuing one or more network packets during processing, such as for receipt of a network packet or transmission of a network packet. Additionally, the packet engine **240** is in communication with one or more network stacks **267** to send and receive network packets via network ports **266**. The packet engine **240** may include a packet processing timer. In one embodiment, the packet processing timer provides one or more time intervals to trigger the processing of incoming, i.e., received, or outgoing, i.e., transmitted, network packets. In some embodiments, the packet engine **240** processes network packets responsive to the timer. The packet processing timer provides any type and form of signal to the packet engine **240** to notify, trigger, or communicate a time related event, interval or occurrence. In many embodiments, the packet processing timer operates in the order of milliseconds, such as for example 100 ms, 50 ms, 25 ms, 10 ms, 5 ms or 1 ms.

**[0260]** During operations, the packet engine **240** may be interfaced, integrated or be in communication with any portion of the network optimization engine **250**, such as the LAN/WAN detector **210**, flow controller **220**, QoS engine **236**, protocol accelerator **234**, the compression engine **238**, cache manager **232** and/or policy engine **295'**. As such, any of the logic, functions, or operations of the LAN/WAN detector **210**, flow controller **220**, QoS engine **236**, protocol accelerator **234**, the compression engine **238**, cache manager **232** and policy engine **295'** may be performed responsive to the packet processing timer and/or the packet engine **240**. In some embodiments, any of the logic, functions, or operations of the encryption engine **234**, cache manager **232**, policy engine **236** and multi-protocol compression logic **238** may be performed at the granularity of time intervals provided via the packet processing timer, for example, at a time interval of less than or equal to 10 ms. For example, in one embodiment, the cache manager **232** may perform expiration of any cached objects responsive to the integrated packet engine **240** and/or the packet processing timer **242**. In another embodiment, the expiry or invalidation time of a cached object can be set to the same order of granularity as the time interval of the packet processing timer, such as at every 10 ms.

Cache Manager

**[0261]** The cache manager **232** may include software, hardware or any combination of software and hardware to store data, information and objects to a cache in memory or storage, provide cache access, and control and manage the cache. The data, objects or content processed and stored by the cache manager **232** may include data in any format, such as a markup language, or any type of data communicated via any protocol. In some embodiments, the cache manager **232** duplicates original data stored elsewhere or data previously computed, generated or transmitted, in which the original data may require longer access time to fetch, compute or otherwise obtain relative to reading a cache memory or storage element. Once the data is stored in the cache, future use can be made by accessing the cached copy rather than refetching or recomputing the original data, thereby reducing the access time. In some embodiments, the cache may comprise a data object in memory of the appliance **200**. In another embodiment, the cache may comprise any type and form of storage element of the appliance **200**, such as a portion of a hard disk. In some embodiments, the processing unit of the device may provide cache memory for use by the cache manager **232**. In yet further embodiments, the cache manager **232** may use any portion and combination of memory, storage, or the processing unit for caching data, objects, and other content.

**[0262]** Furthermore, the cache manager **232** includes any logic, functions, rules, or operations to perform any caching techniques of the appliance **200**. In some embodiments, the cache manager **232** may operate as an application, library, program, service, process, thread or task. In some embodiments, the cache manager **232** can comprise any type of general purpose processor (GPP), or any other type of integrated circuit, such as a Field Programmable Gate Array (FPGA), Programmable Logic Device (PLD), or Application Specific Integrated Circuit (ASIC).

Policy Engine

**[0263]** The policy engine **295'** includes any logic, function or operations for providing and applying one or more policies or rules to the function, operation or configuration of any portion of the appliance **200**. The policy engine **295'** may include, for example, an intelligent statistical engine or other programmable application(s). In one embodiment, the policy engine **295** provides a configuration mechanism to allow a user to identify, specify, define or configure a policy for the network optimization engine **250**, or any portion thereof. For example, the policy engine **295** may provide policies for what data to cache, when to cache the data, for whom to cache the data, when to expire an object in cache or refresh the cache. In other embodiments, the policy engine **236** may include any logic, rules, functions or operations to determine and provide access, control and management of objects, data or content being cached by the appliance **200** in addition to access, control and management of security, network traffic, network access, the compression or any other function or operation performed by the appliance **200**.

**[0264]** In some embodiments, the policy engine **295'** provides and applies one or more policies based on any one or more of the following: a user, identification of the client, identification of the server, the type of connection, the time of the connection, the type of network, or the contents of the network traffic. In one embodiment, the policy engine **295'** provides and applies a policy based on any field or header at any protocol layer of a network packet. In another embodiment, the policy engine **295'** provides and applies a policy based on any payload of a network packet. For example, in one embodiment, the policy engine **295'** applies a policy based on identifying a certain portion of content of an application layer protocol carried as a payload of a transport layer packet. In another example, the policy engine **295'** applies a policy based on any information identified by a client, server

or user certificate. In yet another embodiment, the policy engine **295'** applies a policy based on any attributes or characteristics obtained about a client **102**, such as via any type and form of endpoint detection (see for example the collection agent of the client agent discussed below).

**[0265]** In one embodiment, the policy engine **295'** works in conjunction or cooperation with the policy engine **295** of the application delivery system **290**. In some embodiments, the policy engine **295'** is a distributed portion of the policy engine **295** of the application delivery system **290**. In another embodiment, the policy engine **295** of the application delivery system **290** is deployed on or executed on the appliance **200**. In some embodiments, the policy engines **295**, **295'** both operate on the appliance **200**. In yet another embodiment, the policy engine **295'**, or a portion thereof, of the appliance **200** operates on a server **106**.

Multi-Protocol and Multi-Layer Compression Engine

**[0266]** The compression engine **238** includes any logic, business rules, function or operations for compressing one or more protocols of a network packet, such as any of the protocols used by the network stack **267** of the appliance **200**. The compression engine **238** may also be referred to as a multi-protocol compression engine **238** in that it may be designed, constructed or capable of compressing a plurality of protocols. In one embodiment, the compression engine **238** applies context insensitive compression, which is compression applied to data without knowledge of the type of data. In another embodiment, the compression engine **238** applies context-sensitive compression. In this embodiment, the compression engine **238** utilizes knowledge of the data type to select a specific compression algorithm from a suite of suitable algorithms. In some embodiments, knowledge of the specific protocol is used to perform context-sensitive compression. In one embodiment, the appliance **200** or compression engine **238** can use port numbers (e.g., well-known ports), as well as data from the connection itself to determine the appropriate compression algorithm to use. Some protocols use only a single type of data, requiring only a single compression algorithm that can be selected when the connection is established. Other protocols contain different types of data at different times. For example, POP, IMAP, SMTP, and HTTP all move files of arbitrary types interspersed with other protocol data.

**[0267]** In one embodiment, the compression engine **238** uses a delta-type compression algorithm. In another embodiment, the compression engine **238** uses first site compression as well as searching for repeated patterns among data stored in cache, memory or disk. In some embodiments, the compression engine **238** uses a lossless compression algorithm. In other embodiments, the compression engine uses a lossy compression algorithm. In some cases, knowledge of the data type and, sometimes, permission from the user are required to use a lossy compression algorithm. In some embodiments, the compression is not limited to the protocol payload. The control fields of the protocol itself may be compressed. In some embodiments, the compression engine **238** uses a different algorithm for control fields than that used for the payload.

**[0268]** In some embodiments, the compression engine **238** compresses at one or more layers of the network stack **267**. In one embodiment, the compression engine **238** compresses at a transport layer protocol. In another embodiment, the compression engine **238** compresses at an application layer protocol. In some embodiments, the compression engine **238** compresses at a layer 2-4 protocol. In other embodiments, the compression engine **238** compresses at a layer 5-7 protocol. In yet another embodiment, the compression engine compresses a transport layer protocol and an application layer protocol. In some embodiments, the compression engine **238** compresses a layer 2-4 protocol and a layer 5-7 protocol.

**[0269]** In some embodiments, the compression engine **238** uses memory-based compression, cache-based compression or disk-based compression or any combination thereof. As such, the compression engine **238** may be referred to as a multi-layer compression engine. In one embodiment, the compression engine **238** uses a history of data stored in memory, such as RAM. In another embodiment, the compression engine **238** uses a history of data stored in a cache, such as L2 cache of the processor. In other embodiments, the compression engine **238** uses a history of data stored to a disk or storage location. In some embodiments, the compression engine **238** uses a hierarchy of cache-based, memory-based and disk-based data history. The compression engine **238** may first use the cache-based data to determine one or more data matches for compression, and then may check the memory-based data to determine one or more data matches for compression. In another case, the compression engine **238** may check disk storage for data matches for compression after checking either the cache-based and/or memory-based data history.

**[0270]** In one embodiment, multi-protocol compression engine **238** compresses bi-directionally between clients **102***a*-**102***n* and servers **106***a*-**106***n* any TCP/IP based protocol, including Messaging Application Programming Interface (MAPI) (email), File Transfer Protocol (FTP), HyperText Transfer Protocol (HTTP), Common Internet File System (CIFS) protocol (file transfer), Independent Computing Architecture (ICA) protocol, Remote Desktop Protocol (RDP), Wireless Application Protocol (WAP), Mobile IP protocol, and Voice Over IP (VoIP) protocol. In other embodiments, multi-protocol compression engine **238** provides compression of HyperText Markup Language (HTML) based protocols and in some embodiments, provides compression of any markup languages, such as the Extensible Markup Language (XML). In one embodiment, the multi-protocol compression engine **238** provides compression of any high-performance protocol, such as any protocol designed for appliance **200** to appliance **200** communications. In another embodiment, the multi-protocol compression engine **238** compresses any payload of or any communication using a modified transport control protocol, such as Transaction TCP (T/TCP), TCP with selection acknowledgements (TCP-SACK), TCP with large windows (TCP-LW), a congestion prediction protocol such as the TCP-Vegas protocol, and a TCP spoofing protocol.

**[0271]** As such, the multi-protocol compression engine **238** may accelerate performance for users accessing applications via desktop clients, e.g., Microsoft Outlook and non-Web thin clients, such as any client launched by popular enterprise applications like Oracle, SAP and Siebel, and even mobile clients, such as the Pocket PC. In some embodiments, the multi-protocol compression engine by integrating with packet processing engine **240** accessing the network stack **267** is able to compress any of the protocols carried by a transport layer protocol, such as any application layer protocol.

LAN/WAN Detector

**[0272]** The LAN/WAN detector **238** includes any logic, business rules, function or operations for automatically detecting a slow side connection (e.g., a wide area network (WAN) connection such as an Intranet) and associated port **267**, and a fast side connection (e.g., a local area network (LAN) connection) and an associated port **267**. In some embodiments, the LAN/WAN detector **238** monitors network traffic on the network ports **267** of the appliance **200** to detect a synchronization packet, sometimes referred to as a "tagged" network packet. The synchronization packet identifies a type or speed of the network traffic. In one embodiment, the synchronization packet identifies a WAN speed or WAN type connection. The LAN/WAN detector **238** also identifies receipt of an acknowledgement packet to a tagged synchronization packet and on which port it is received. The appliance **200** then configures itself to operate the identified port on which the tagged synchronization packet arrived so that the speed on that port is set to be the speed associated with the network connected to that port. The other port is then set to the speed associated with the network connected to that port.

**[0273]** For ease of discussion herein, reference to "slow" side will be made with respect to connection with a wide area network (WAN), e.g., the Internet, and operating at a network speed of the WAN. Likewise, reference to "fast" side will be made with respect to connection with a local area network (LAN) and operating at a network speed the LAN. However, it is noted that "fast" and "slow" sides in a network can change on a per-connection basis and are relative terms to the speed of the network connections or to the type of network topology. Such configurations are useful in complex network topologies, where a network is "fast" or "slow" only when compared to adjacent networks and not in any absolute sense.

**[0274]** In one embodiment, the LAN/WAN detector **238** may be used to allow for auto-discovery by an appliance **200** of a network to which it connects. In another embodiment, the LAN/WAN detector **238** may be used to detect the existence or presence of a second appliance **200'** deployed in the network **104**. For example, an auto-discovery mechanism in operation in accordance with FIG. **1**A functions as follows: appliance **200** and **200'** are placed in line with the connection linking client **102** and server **106**. The appliances **200** and **200'** are at the ends of a low-speed link, e.g., Internet, connecting two LANs. In one example embodiment, appliances **200** and **200'** each include two ports—one to connect with the "lower" speed link and the other to connect with a "higher" speed link, e.g., a LAN. Any packet arriving at one port is copied to the other port. Thus, appliance **200** and **200'** are each configured to function as a bridge between the two networks **104**.

**[0275]** When an end node, such as the client **102**, opens a new TCP connection with another end node, such as the server **106**, the client **102** sends a TCP packet with a synchronization (SYN) header bit set, or a SYN packet, to the server **106**. In the present example, client **102** opens a transport layer connection to server **106**. When the SYN packet passes through appliance **200**, the appliance **200** inserts, attaches or otherwise provides a characteristic TCP header option to the packet, which announces its presence. If the packet passes through a second appliance, in this example appliance **200'** the second appliance notes the header option on the SYN packet. The server **106** responds to the SYN packet with a synchronization acknowledgment (SYN-ACK) packet. When the SYN-ACK packet passes through appliance **200'**, a TCP header option is tagged (e.g., attached, inserted or added) to the SYN-ACK packet to announce appliance **200'** presence to appliance **200**. When appliance **200** receives this packet, both appliances **200**, **200'** are now aware of each other and the connection can be appropriately accelerated.

**[0276]** Further to the operations of the LAN/WAN detector **238**, a method or process for detecting "fast" and "slow" sides of a network using a SYN packet is described. During a transport layer connection establishment between a client **102** and a server **106**, the appliance **200** via the LAN/WAN detector **238** determines whether the SYN packet is tagged with an acknowledgement (ACK). If it is tagged, the appliance **200** identifies or configures the port receiving the tagged SYN packet (SYN-ACK) as the "slow" side. In one embodiment, the appliance **200** optionally removes the ACK tag from the packet before copying the packet to the other port. If the LAN/WAN detector **238** determines that the packet is not tagged, the appliance **200** identifies or configures the port receiving the untagged packet as the "fast" side. The appliance **200** then tags the SYN packet with an ACK and copies the packet to the other port.

**[0277]** In another embodiment, the LAN/WAN detector **238** detects fast and slow sides of a network using a SYN-ACK packet. The appliance **200** via the LAN/WAN detector **238** determines whether the SYN-ACK packet is tagged with an acknowledgement (ACK). If it is tagged, the appliance **200** identifies or configures the port receiving the tagged SYN packet (SYN-ACK) as the "slow" side. In one embodiment, the appliance **200** optionally removes the ACK tag from the packet before copying the packet to the other port. If the LAN/WAN detector **238** determines that the packet is not tagged, the appliance **200** identifies or configures the port receiving the untagged packet as the "fast" side. The LAN/WAN detector **238** determines whether the SYN packet was tagged. If the SYN packet was not tagged, the appliance **200** copied the packet to the other port. If the SYN packet was tagged, the appliance tags the SYN-ACK packet before copying it to the other port.

**[0278]** The appliance **200**, **200'** may add, insert, modify, attach or otherwise provide any information or data in the TCP option header to provide any information, data or characteristics about the network connection, network traffic flow, or the configuration or operation of the appliance **200**. In this manner, not only does an appliance **200** announce its presence to another appliance **200'** or tag a higher or lower speed connection, the appliance **200** provides additional information and data via the TCP option headers about the appliance or the connection. The TCP option header information may be useful to or used by an appliance in controlling, managing, optimizing, acceleration or improving the network traffic flow traversing the appliance **200**, or to otherwise configure itself or operation of a network port.

**[0279]** Although generally described in conjunction with detecting speeds of network connections or the presence of appliances, the LAN/WAN detector **238** can be used for applying any type of function, logic or operation of the appliance **200** to a port, connection or flow of network traffic. In particular, automated assignment of ports can occur whenever a device performs different functions on different ports, where the assignment of a port to a task can be made during

the unit's operation, and/or the nature of the network segment on each port is discoverable by the appliance **200**.

Flow Control

**[0280]** The flow controller **220** includes any logic, business rules, function or operations for optimizing, accelerating or otherwise improving the performance, operation or quality of service of transport layer communications of network packets or the delivery of packets at the transport layer. A flow controller, also sometimes referred to as a flow control module, regulates, manages and controls data transfer rates. In some embodiments, the flow controller **220** is deployed at or connected at a bandwidth bottleneck in the network **104**. In one embodiment, the flow controller **220** effectively regulates, manages and controls bandwidth usage or utilization. In other embodiments, the flow control modules may also be deployed at points on the network of latency transitions (low latency to high latency) and on links with media losses (such as wireless or satellite links).

**[0281]** In some embodiments, a flow controller **220** may include a receiver-side flow control module for controlling the rate of receipt of network transmissions and a sender-side flow control module for the controlling the rate of transmissions of network packets. In other embodiments, a first flow controller **220** includes a receiver-side flow control module and a second flow controller **220'** includes a sender-side flow control module. In some embodiments, a first flow controller **220** is deployed on a first appliance **200** and a second flow controller **220'** is deployed on a second appliance **200'**. As such, in some embodiments, a first appliance **200** controls the flow of data on the receiver side and a second appliance **200'** controls the data flow from the sender side. In yet another embodiment, a single appliance **200** includes flow control for both the receiver-side and sender-side of network communications traversing the appliance **200**.

**[0282]** In one embodiment, a flow control module **220** is configured to allow bandwidth at the bottleneck to be more fully utilized, and in some embodiments, not overutilized. In some embodiments, the flow control module **220** transparently buffers (or rebuffers data already buffered by, for example, the sender) network sessions that pass between nodes having associated flow control modules **220**. When a session passes through two or more flow control modules **220**, one or more of the flow control modules controls a rate of the session(s).

**[0283]** In one embodiment, the flow control module **200** is configured with predetermined data relating to bottleneck bandwidth. In another embodiment, the flow control module **220** may be configured to detect the bottleneck bandwidth or data associated therewith. A receiver-side flow control module **220** may control the data transmission rate. The receiver-side flow control module controls **220** the sender-side flow control module, e.g., **220**, data transmission rate by forwarding transmission rate limits to the sender-side flow control module **220**. In one embodiment, the receiver-side flow control module **220** piggybacks these transmission rate limits on acknowledgement (ACK) packets (or signals) sent to the sender, e.g., client **102**, by the receiver, e.g., server **106**. The receiver-side flow control module **220** does this in response to rate control requests that are sent by the sender side flow control module **220'**. The requests from the sender-side flow control module **220'** may be "piggybacked" on data packets sent by the sender **106**.

**[0284]** In some embodiments, the flow controller **220** manipulates, adjusts, simulates, changes, improves or otherwise adapts the behavior of the transport layer protocol to provide improved performance or operations of delivery, data rates and/or bandwidth utilization of the transport layer. The flow controller **220** may implement a plurality of data flow control techniques at the transport layer, including but not limited to 1) pre-acknowledgements, 2) window virtualization, 3) recongestion techniques, 3) local retransmission techniques, 4) wavefront detection and disambiguation, 5) transport control protocol selective acknowledgements, 6) transaction boundary detection techniques and 7) repacketization.

**[0285]** Although a sender may be generally described herein as a client **102** and a receiver as a server **106**, a sender may be any end point such as a server **106** or any computing device **100** on the network **104**. Likewise, a receiver may be a client **102** or any other computing device on the network **104**.

Pre-Acknowledgements

**[0286]** In brief overview of a pre-acknowledgement flow control technique, the flow controller **220**, in some embodiments, handles the acknowledgements and retransmits for a sender, effectively terminating the sender's connection with the downstream portion of a network connection. In reference to FIG. **1**B, one possible deployment of an appliance **200** into a network architecture to implement this feature is depicted. In this example environment, a sending computer or client **102** transmits data on network **104**, for example, via a switch, which determines that the data is destined for VPN appliance **205**. Because of the chosen network topology, all data destined for VPN appliance **205** traverses appliance **200**, so the appliance **200** can apply any necessary algorithms to this data.

**[0287]** Continuing further with the example, the client **102** transmits a packet, which is received by the appliance **200**. When the appliance **200** receives the packet, which is transmitted from the client **102** to a recipient via the VPN appliance **205**, the appliance **200** retains a copy of the packet and forwards the packet downstream to the VPN appliance **205**. The appliance **200** then generates an acknowledgement packet (ACK) and sends the ACK packet back to the client **102** or sending endpoint. This ACK, a pre-acknowledgment, causes the sender **102** to believe that the packet has been delivered successfully, freeing the sender's resources for subsequent processing. The appliance **200** retains the copy of the packet data in the event that a retransmission of the packet is required, so that the sender **102** does not have to handle retransmissions of the data. This early generation of acknowledgements may be called "preacking."

**[0288]** If a retransmission of the packet is required, the appliance **200** retransmits the packet to the sender. The appliance **200** may determine whether retransmission is required as a sender would in a traditional system, for example, determining that a packet is lost if an acknowledgement has not been received for the packet after a predetermined amount of time. To this end, the appliance **200** monitors acknowledgements generated by the receiving endpoint, e.g., server **106** (or any other downstream network entity) so that it can determine whether the packet has been successfully delivered or needs to be retransmitted. If the appliance **200** determines that the packet has been successfully delivered, the appliance **200** is free to discard the saved packet data. The appliance **200**

may also inhibit forwarding acknowledgements for packets that have already been received by the sending endpoint.

**[0289]** In the embodiment described above, the appliance **200** via the flow controller **220** controls the sender **102** through the delivery of pre-acknowledgements, also referred to as "preacks", as though the appliance **200** was a receiving endpoint itself. Since the appliance **200** is not an endpoint and does not actually consume the data, the appliance **200** includes a mechanism for providing overflow control to the sending endpoint. Without overflow control, the appliance **200** could run out of memory because the appliance **200** stores packets that have been preacked to the sending endpoint but not yet acknowledged as received by the receiving endpoint. Therefore, in a situation in which the sender **102** transmits packets to the appliance **200** faster than the appliance **200** can forward the packets downstream, the memory available in the appliance **200** to store unacknowledged packet data can quickly fill. A mechanism for overflow control allows the appliance **200** to control transmission of the packets from the sender **102** to avoid this problem.

**[0290]** In one embodiment, the appliance **200** or flow controller **220** includes an inherent "self-clocking" overflow control mechanism. This self-clocking is due to the order in which the appliance **200** may be designed to transmit packets downstream and send ACKs to the sender **102** or **106**. In some embodiments, the appliance **200** does not preack the packet until after it transmits the packet downstream. In this way, the sender **102** will receive the ACKs at the rate at which the appliance **200** is able to transmit packets rather than the rate at which the appliance **200** receives packets from the sender **100**. This helps to regulate the transmission of packets from a sender **102**.

Window Virtualization

**[0291]** Another overflow control mechanism that the appliance **200** may implement is to use the TCP window size parameter, which tells a sender how much buffer the receiver is permitting the sender to fill up. A nonzero window size (e.g., a size of at least one Maximum Segment Size (MSS)) in a preack permits the sending endpoint to continue to deliver data to the appliance, whereas a zero window size inhibits further data transmission. Accordingly, the appliance **200** may regulate the flow of packets from the sender, for example when the appliance's **200** buffer is becoming full, by appropriately setting the TCP window size in each preack.

**[0292]** Another technique to reduce this additional overhead is to apply hysteresis. When the appliance **200** delivers data to the slower side, the overflow control mechanism in the appliance **200** can require that a minimum amount of space be available before sending a nonzero window advertisement to the sender. In one embodiment, the appliance **200** waits until there is a minimum of a predetermined number of packets, such as four packets, of space available before sending a nonzero window packet, such as a packet indicating a window size of four packets. This may reduce the overhead by approximately a factor of four, since only two ACK packets are sent for each group of four data packets, instead of eight ACK packets for four data packets.

**[0293]** Another technique the appliance **200** or flow controller **220** may use for overflow control is the TCP delayed ACK mechanism, which skips ACKs to reduce network traffic. The TCP delayed ACKs automatically delay the sending of an ACK, either until two packets are received or until a fixed timeout has occurred. This mechanism alone can result in cutting the overhead in half, moreover, by increasing the numbers of packets above two, additional overhead reduction is realized. But merely delaying the ACK itself may be insufficient to control overflow, and the appliance **200** may also use the advertised window mechanism on the ACKs to control the sender. When doing this, the appliance **200** in one embodiment avoids triggering the timeout mechanism of the sender by delaying the ACK too long.

**[0294]** In one embodiment, the flow controller **220** does not preack the last packet of a group of packets. By not preacking the last packet, or at least one of the packets in the group, the appliance avoids a false acknowledgement for a group of packets. For example, if the appliance were to send a preack for a last packet and the packet were subsequently lost, the sender would have been tricked into thinking that the packet is delivered when it was not. Thinking that the packet had been delivered, the sender could discard that data. If the appliance also lost the packet, there would be no way to retransmit the packet to the recipient. By not preacking the last packet of a group of packets, the sender will not discard the packet until it has been delivered.

**[0295]** In another embodiment, the flow controller **220** may use a window virtualization technique to control the rate of flow or bandwidth utilization of a network connection. Though it may not immediately be apparent from examining conventional literature such as RFC 1323, there is effectively a send window for transport layer protocols such as TCP. The send window is similar to the receive window, in that it consumes buffer space (though on the sender). The sender's send window consists of all data sent by the application that has not been acknowledged by the receiver. This data must be retained in memory in case retransmission is required. Since memory is a shared resource, some TCP stack implementations limit the size of this data. When the send window is full, an attempt by an application program to send more data results in blocking the application program until space is available. Subsequent reception of acknowledgements will free send-window memory and unblock the application program. This window size is known as the socket buffer size in some TCP implementations.

**[0296]** In one embodiment, the flow control module **220** is configured to provide access to increased window (or buffer) sizes. This configuration may also be referenced to as window virtualization. In an embodiment including TCP as the transport layer protocol, the TCP header may include a bit string corresponding to a window scale. In one embodiment, "window" may be referenced in a context of send, receive, or both.

**[0297]** One embodiment of window virtualization is to insert a preacking appliance **200** into a TCP session. In reference to any of the environments of FIG. **1A** or **1B**, initiation of a data communication session between a source node, e.g., client **102** (for ease of discussion, now referenced as source node **102**), and a destination node, e.g., server **106** (for ease of discussion, now referenced as destination node **106**) is established. For TCP communications, the source node **102** initially transmits a synchronization signal ("SYN") through its local area network **104** to first flow control module **220**. The first flow control module **220** inserts a configuration identifier into the TCP header options area. The configuration identifier identifies this point in the data path as a flow control module.

**[0298]** The appliances **200** via a flow control module **220** provide window (or buffer) to allow increasing data buffering capabilities within a session despite having end nodes with small buffer sizes, e.g., typically 16 k bytes. However, RFC

1323 requires window scaling for any buffer sizes greater than 64 k bytes, which must be set at the time of session initialization (SYN, SYN-ACK signals). Moreover, the window scaling corresponds to the lowest common denominator in the data path, often an end node with small buffer size. This window scale often is a scale of 0 or 1, which corresponds to a buffer size of up to 64 k or 128 k bytes. Note that because the window size is defined as the window field in each packet shifted over by the window scale, the window scale establishes an upper limit for the buffer, but does not guarantee the buffer is actually that large. Each packet indicates the current available buffer space at the receiver in the window field.

**[0299]** In one embodiment of scaling using the window virtualization technique, during connection establishment (i.e., initialization of a session) when the first flow control module **220** receives from the source node **102** the SYN signal (or packet), the flow control module **220** stores the windows scale of the source node **102** (which is the previous node) or stores a 0 for window scale if the scale of the previous node is missing. The first flow control module **220** also modifies the scale, e.g., increases the scale to 4 from 0 or 1, in the SYN-FCM signal. When the second flow control module **220** receives the SYN signal, it stores the increased scale from the first flow control signal and resets the scale in the SYN signal back to the source node **103** scale value for transmission to the destination node **106**. When the second flow controller **220** receives the SYN-ACK signal from the destination node **106**, it stores the scale from the destination node **106** scale, e.g., 0 or 1, and modifies it to an increased scale that is sent with the SYN-ACK-FCM signal. The first flow control node **220** receives and notes the received window scale and revises the windows scale sent back to the source node **102** back down to the original scale, e.g., 0 or 1. Based on the above window shift conversation during connection establishment, the window field in every subsequent packet, e.g., TCP packet, of the session must be shifted according to the window shift conversion.

**[0300]** The window scale, as described above, expresses buffer sizes of over 64 k and may not be required for window virtualization. Thus, shifts for window scale may be used to express increased buffer capacity in each flow control module **220**. This increase in buffer capacity in may be referenced as window (or buffer) virtualization. The increase in buffer size allows greater packet throughput from and to the respective end nodes **102** and **106**. Note that buffer sizes in TCP are typically expressed in terms of bytes, but for ease of discussion "packets" may be used in the description herein as it relates to virtualization.

**[0301]** By way of example, a window (or buffer) virtualization performed by the flow controller **220** is described. In this example, the source node **102** and the destination node **106** are configured similar to conventional end nodes having a limited buffer capacity of 16 k bytes, which equals approximately 10 packets of data. Typically, an end node **102**, **106** must wait until the packet is transmitted and confirmation is received before a next group of packets can be transmitted. In one embodiment, using increased buffer capacity in the flow control modules **220**, when the source node **103** transmits its data packets, the first flow control module **220** receives the packets, stores it in its larger capacity buffer, e.g., 512 packet capacity, and immediately sends back an acknowledgement signal indicating receipt of the packets ("REC-ACK") back to the source node **102**. The source node **102** can then "flush" its current buffer, load the buffer with 10 new data packets, and transmit those onto the first flow control module **220**. Again, the first flow control module **220** transmits a REC-ACK signal back to the source node **102** and the source node **102** flushes its buffer and loads it with 10 more new packets for transmission.

**[0302]** As the first flow control module **220** receives the data packets from the source nodes, it loads up its buffer accordingly. When it is ready the first flow control module **220** can begin transmitting the data packets to the second flow control module **230**, which also has an increased buffer size, for example, to receive 512 packets. The second flow control module **220'** receives the data packets and begins to transmit 10 packets at a time to the destination node **106**. Each REC-ACK received at the second flow control node **220** from the destination node **106** results in 10 more packets being transmitted to the destination node **106** until all the data packets are transferred. Hence, the present invention is able to increase data transmission throughput between the source node (sender) **102** and the destination node (receiver) **106** by taking advantage of the larger buffer in the flow control modules **220**, **220'** between the devices.

**[0303]** It is noted that by "preacking" the transmission of data as described previously, a sender (or source node **102**) is allowed to transmit more data than is possible without the preacks, thus affecting a larger window size. For example, in one embodiment this technique is effective when the flow control module **220**, **220'** is located "near" a node (e.g., source node **102** or destination node **106**) that lacks large windows.

Recongestion

**[0304]** Another technique or algorithm of the flow controller **220** is referred to as recongestion. The standard TCP congestion avoidance algorithms are known to perform poorly in the face of certain network conditions, including: large RTTs (round trip times), high packet loss rates, and others. When the appliance **200** detects a congestion condition such as long round trip times or high packet loss, the appliance **200** intervenes, substituting an alternate congestion avoidance algorithm that better suits the particular network condition. In one embodiment, the recongestion algorithm uses preacks to effectively terminate the connection between the sender and the receiver. The appliance **200** then resends the packets from itself to the receiver, using a different congestion avoidance algorithm. Recongestion algorithms may be dependent on the characteristics of the TCP connection. The appliance **200** monitors each TCP connection, characterizing it with respect to the different dimensions, selecting a recongestion algorithm that is appropriate for the current characterization.

**[0305]** In one embodiment, upon detecting a TCP connection that is limited by round trip times (RTT), a recongestion algorithm is applied which behaves as multiple TCP connections. Each TCP connection operates within its own performance limit but the aggregate bandwidth achieves a higher performance level. One parameter in this mechanism is the number of parallel connections that are applied (N). Too large a value of N and the connection bundle achieves more than its fair share of bandwidth. Too small a value of N and the connection bundle achieves less than its fair share of bandwidth. One method of establishing "N" relies on the appliance **200** monitoring the packet loss rate, RTT, and packet size of the actual connection. These numbers are plugged into a TCP response curve formula to provide an upper limit on the performance of a single TCP connection in the present con-

figuration. If each connection within the connection bundle is achieving substantially the same performance as that computed to be the upper limit, then additional parallel connections are applied. If the current bundle is achieving less performance than the upper limit, the number of parallel connections is reduced. In this manner, the overall fairness of the system is maintained since individual connection bundles contain no more parallelism than is required to eliminate the restrictions imposed by the protocol itself. Furthermore, each individual connection retains TCP compliance.

**[0306]** Another method of establishing "N" is to utilize a parallel flow control algorithm such as the TCP "Vegas" algorithm or the TCP "Stabilized Vegas" algorithm. In this method, the network information associated with the connections in the connection bundle (e.g., RTT, loss rate, average packet size, etc.) is aggregated and applied to the alternate flow control algorithm. The results of this algorithm are in turn distributed among the connections of the bundle controlling their number (i.e., N). Optionally, each connection within the bundle continues using the standard TCP congestion avoidance algorithm.

**[0307]** In another embodiment, the individual connections within a parallel bundle are virtualized, i.e., actual individual TCP connections are not established. Instead the congestion avoidance algorithm is modified to behave as though there were N parallel connections. This method has the advantage of appearing to transiting network nodes as a single connection. Thus the QOS, security and other monitoring methods of these nodes are unaffected by the recongestion algorithm. In yet another embodiment, the individual connections within a parallel bundle are real, i.e., a separate. TCP connection is established for each of the parallel connections within a bundle. The congestion avoidance algorithm for each TCP connection need not be modified.

Retransmission

**[0308]** In some embodiments, the flow controller **220** may apply a local retransmission technique. One reason for implementing preacks is to prepare to transit to a high-loss link (e.g., wireless). In these embodiments, the preacking appliance **200** or flow control module **220** is located most beneficially "before" the wireless link. This allows retransmissions to be performed closer to the high loss link, removing the retransmission burden from the remainder of the network. The appliance **200** may provide local retransmission, in which case, packets dropped due to failures of the link are retransmitted directly by the appliance **200**. This is advantageous because it eliminates the retransmission burden upon an end node, such as server **106**, and infrastructure of any of the networks **104**. With appliance **200** providing local retransmissions, the dropped packet can be retransmitted across the high loss link without necessitating a retransmit by an end node and a corresponding decrease in the rate of data transmission from the end node.

**[0309]** Another reason for implementing preacks is to avoid a receive time out (RTO) penalty. In standard TCP there are many situations that result in an RTO, even though a large percentage of the packets in flight were successfully received. With standard TCP algorithms, dropping more than one packet within an RTT window would likely result in a timeout. Additionally, most TCP connections experience a timeout if a retransmitted packet is dropped. In a network with a high bandwidth delay product, even a relatively small packet loss rate will cause frequent Retransmission timeouts (RTOs). In one embodiment, the appliance **200** uses a retransmit and timeout algorithm is avoid premature RTOs. The appliance **200** or flow controller **220** maintains a count of retransmissions is maintained on a per-packet basis. Each time that a packet is retransmitted, the count is incremented by one and the appliance **200** continues to transmit packets. In some embodiments, only if a packet has been retransmitted a predetermined number of times is an RTO declared.

Wavefront Detection and Disambiguation

**[0310]** In some embodiments, the appliance **200** or flow controller **220** uses wavefront detection and disambiguation techniques in managing and controlling flow of network traffic. In this technique, the flow controller **220** uses transmit identifiers or numbers to determine whether particular data packets need to be retransmitted. By way of example, a sender transmits data packets over a network, where each instance of a transmitted data packet is associated with a transmit number. It can be appreciated that the transmit number for a packet is not the same as the packet's sequence number, since a sequence number references the data in the packet while the transmit number references an instance of a transmission of that data. The transmit number can be any information usable for this purpose, including a timestamp associated with a packet or simply an increasing number (similar to a sequence number or a packet number). Because a data segment may be retransmitted, different transmit numbers may be associated with a particular sequence number.

**[0311]** As the sender transmits data packets, the sender maintains a data structure of acknowledged instances of data packet transmissions. Each instance of a data packet transmission is referenced by its sequence number and transmit number. By maintaining a transmit number for each packet, the sender retains the ordering of the transmission of data packets. When the sender receives an ACK or a SACK, the sender determines the highest transmit number associated with packets that the receiver indicated has arrived (in the received acknowledgement). Any outstanding unacknowledged packets with lower transmit numbers are presumed lost.

**[0312]** In some embodiments, the sender is presented with an ambiguous situation when the arriving packet has been retransmitted: a standard ACK/SACK does not contain enough information to allow the sender to determine which transmission of the arriving packet has triggered the acknowledgement. After receiving an ambiguous acknowledgement, therefore, the sender disambiguates the acknowledgement to associate it with a transmit number. In various embodiments, one or a combination of several techniques may be used to resolve this ambiguity.

**[0313]** In one embodiment, the sender includes an identifier with a transmitted data packet, and the receiver returns that identifier or a function thereof with the acknowledgement. The identifier may be a timestamp (e.g., a TCP timestamp as described in RFC 1323), a sequential number, or any other information that can be used to resolve between two or more instances of a packet's transmission. In an embodiment in which the TCP timestamp option is used to disambiguate the acknowledgement, each packet is tagged with up to 32-bits of unique information. Upon receipt of the data packet, the receiver echoes this unique information back to the sender with the acknowledgement. The sender ensures that the originally sent packet and its retransmitted version or versions contain different values for the timestamp option, allowing it

to unambiguously eliminate the ACK ambiguity. The sender may maintain this unique information, for example, in the data structure in which it stores the status of sent data packets. This technique is advantageous because it complies with industry standards and is thus likely to encounter little or no interoperability issues. However, this technique may require ten bytes of TCP header space in some implementations, reducing the effective throughput rate on the network and reducing space available for other TCP options.

**[0314]** In another embodiment, another field in the packet, such as the IP ID field, is used to disambiguate in a way similar to the TCP timestamp option described above. The sender arranges for the ID field values of the original and the retransmitted version or versions of the packet to have different ID fields in the IP header. Upon reception of the data packet at the receiver, or a proxy device thereof, the receiver sets the ID field of the ACK packet to a function of the ID field of the packet that triggers the ACK. This method is advantageous, as it requires no additional data to be sent, preserving the efficiency of the network and TCP header space. The function chosen should provide a high degree of likelihood of providing disambiguation. In a preferred embodiment, the sender selects IP ID values with the most significant bit set to 0. When the receiver responds, the IP ID value is set to the same IP ID value with the most significant bit set to a one.

**[0315]** In another embodiment, the transmit numbers associated with non-ambiguous acknowledgements are used to disambiguate an ambiguous acknowledgement. This technique is based on the principle that acknowledgements for two packets will tend to be received closer in time as the packets are transmitted closer in time. Packets that are not retransmitted will not result in ambiguity, as the acknowledgements received for such packets can be readily associated with a transmit number. Therefore, these known transmit numbers are compared to the possible transmit numbers for an ambiguous acknowledgement received near in time to the known acknowledgement. The sender compares the transmit numbers of the ambiguous acknowledgement against the last known received transmit number, selecting the one closest to the known received transmit number. For example, if an acknowledgement for data packet **1** is received and the last received acknowledgement was for data packet **5**, the sender resolves the ambiguity by assuming that the third instance of data packet **1** caused the acknowledgement.

Selective Acknowledgements

**[0316]** Another technique of the appliance **200** or flow controller **220** is to implement an embodiment of transport control protocol selective acknowledgements, or TCP SACK, to determine what packets have or have not been received. This technique allows the sender to determine unambiguously a list of packets that have been received by the receiver as well as an accurate list of packets not received. This functionality may be implemented by modifying the sender and/or receiver, or by inserting sender- and receiver-side flow control modules **220** in the network path between the sender and receiver. In reference to FIG. **1**A or FIG. **1**B, a sender, e.g., client **102**, is configured to transmit data packets to the receiver, e.g., server **106**, over the network **104**. In response, the receiver returns a TCP Selective Acknowledgment option, referred to as SACK packet to the sender. In one embodiment, the communication is bi-directional, although only one direction of communication is discussed here for simplicity. The receiver maintains a list, or other suitable data structure, that contains a group of ranges of sequence numbers for data packets that the receiver has actually received. In some embodiments, the list is sorted by sequence number in an ascending or descending order. The receiver also maintains a left-off pointer, which comprises a reference into the list and indicates the left-off point from the previously generated SACK packet.

**[0317]** Upon reception of a data packet, the receiver generates and transmits a SACK packet back to the sender. In some embodiments, the SACK packet includes a number of fields, each of which can hold a range of sequence numbers to indicate a set of received data packets. The receiver fills this first field of the SACK packet with a range of sequence numbers that includes the landing packet that triggered the SACK packet. The remaining available SACK fields are filled with ranges of sequence numbers from the list of received packets. As there are more ranges in the list than can be loaded into the SACK packet, the receiver uses the left-off pointer to determine which ranges are loaded into the SACK packet. The receiver inserts the SACK ranges consecutively from the sorted list, starting from the range referenced by the pointer and continuing down the list until the available SACK range space in the TCP header of the SACK packet is consumed. The receiver wraps around to the start of the list if it reaches the end. In some embodiments, two or three additional SACK ranges can be added to the SACK range information.

**[0318]** Once the receiver generates the SACK packet, the receiver sends the acknowledgement back to the sender. The receiver then advances the left-off pointer by one or more SACK range entries in the list. If the receiver inserts four SACK ranges, for example, the left-off pointer may be advanced two SACK ranges in the list. When the advanced left-off pointer reaches at the end of the list, the pointer is reset to the start of the list, effectively wrapping around the list of known received ranges. Wrapping around the list enables the system to perform well, even in the presence of large losses of SACK packets, since the SACK information that is not communicated due to a lost SACK packet will eventually be communicated once the list is wrapped around.

**[0319]** It can be appreciated, therefore, that a SACK packet may communicate several details about the condition of the receiver. First, the SACK packet indicates that, upon generation of the SACK packet, the receiver had just received a data packet that is within the first field of the SACK information. Secondly, the second and subsequent fields of the SACK information indicate that the receiver has received the data packets within those ranges. The SACK information also implies that the receiver had not, at the time of the SACK packet's generation, received any of the data packets that fall between the second and subsequent fields of the SACK information. In essence, the ranges between the second and subsequent ranges in the SACK information are "holes" in the received data, the data therein known not to have been delivered. Using this method, therefore, when a SACK packet has sufficient space to include more than two SACK ranges, the receiver may indicate to the sender a range of data packets that have not yet been received by the receiver.

**[0320]** In another embodiment, the sender uses the SACK packet described above in combination with the retransmit technique described above to make assumptions about which data packets have been delivered to the receiver. For example, when the retransmit algorithm (using the transmit numbers) declares a packet lost, the sender considers the packet to be only conditionally lost, as it is possible that the SACK packet

identifying the reception of this packet was lost rather than the data packet itself The sender thus adds this packet to a list of potentially lost packets, called the presumed lost list. Each time a SACK packet arrives, the known missing ranges of data from the SACK packet are compared to the packets in the presumed lost list. Packets that contain data known to be missing are declared actually lost and are subsequently retransmitted. In this way, the two schemes are combined to give the sender better information about which packets have been lost and need to be retransmitted.

Transaction Boundary Detection

**[0321]** In some embodiments, the appliance **200** or flow controller **220** applies a technique referred to as transaction boundary detection. In one embodiment, the technique pertains to ping-pong behaved connections. At the TCP layer, ping-pong behavior is when one communicant—a sender—sends data and then waits for a response from the other communicant—the receiver. Examples of ping-pong behavior include remote procedure call, HTTP and others. The algorithms described above use retransmission timeout (RTO) to recover from the dropping of the last packet or packets associated with the transaction. Since the TCP RTO mechanism is extremely coarse in some embodiments, for example requiring a minimum one second value in all cases), poor application behavior may be seen in these situations.

**[0322]** In one embodiment, the sender of data or a flow control module **220** coupled to the sender detects a transaction boundary in the data being sent. Upon detecting a transaction boundary, the sender or a flow control module **220** sends additional packets, whose reception generates additional ACK or SACK responses from the receiver. Insertion of the additional packets is preferably limited to balance between improved application response time and network capacity utilization. The number of additional packets that is inserted may be selected according to the current loss rate associated with that connection, with more packets selected for connections having a higher loss rate.

**[0323]** One method of detecting a transaction boundary is time based. If the sender has been sending data and ceases, then after a period of time the sender or flow control module **200** declares a transaction boundary. This may be combined with other techniques. For example, the setting of the PSH (TCP Push) bit by the sender in the TCP header may indicate a transaction boundary. Accordingly, combining the time-based approach with these additional heuristics can provide for more accurate detection of a transaction boundary. In another technique, if the sender or flow control module **220** understands the application protocol, it can parse the protocol data stream and directly determine transaction boundaries. In some embodiments, this last behavior can be used independent of any time-based mechanism.

**[0324]** Responsive to detecting a transaction boundary, the sender or flow control module **220** transmits additional data packets to the receiver to cause acknowledgements therefrom. The additional data packets should therefore be such that the receiver will at least generate an ACK or SACK in response to receiving the data packet. In one embodiment, the last packet or packets of the transaction are simply retransmitted. This has the added benefit of retransmitting needed data if the last packet or packets had been dropped, as compared to merely sending dummy data packets. In another embodiment, fractions of the last packet or packets are sent, allowing the sender to disambiguate the arrival of these packets from their original packets. This allows the receiver to avoid falsely confusing any reordering adaptation algorithms. In another embodiment, any of a number of well-known forward error correction techniques can be used to generate additional data for the inserted packets, allowing for the reconstruction of dropped or otherwise missing data at the receiver.

**[0325]** In some embodiments, the boundary detection technique described herein helps to avoid a timeout when the acknowledgements for the last data packets in a transaction are dropped. When the sender or flow control module **220** receives the acknowledgements for these additional data packets, the sender can determine from these additional acknowledgements whether the last data packets have been received or need to be retransmitted, thus avoiding a timeout. In one embodiment, if the last packets have been received but their acknowledgements were dropped, a flow control module **220** generates an acknowledgement for the data packets and sends the acknowledgement to the sender, thus communicating to the sender that the data packets have been delivered. In another embodiment, if the last packets have not been received, a flow control module **200** sends a packet to the sender to cause the sender to retransmit the dropped data packets.

Repacketization

**[0326]** In yet another embodiment, the appliance **200** or flow controller **220** applies a repacketization technique for improving the flow of transport layer network traffic. In some embodiments, performance of TCP is proportional to packet size. Thus increasing packet sizes improves performance unless it causes substantially increased packet loss rates or other nonlinear effects, like IP fragmentation. In general, wired media (such as copper or fibre optics) have extremely low bit-error rates, low enough that these can be ignored. For these media, it is advantageous for the packet size to be the maximum possible before fragmentation occurs (the maximum packet size is limited by the protocols of the underlying transmission media). Whereas for transmission media with higher loss rates (e.g., wireless technologies such as WiFi, etc., or high-loss environments such as power-line networking, etc.), increasing the packet size may lead to lower transmission rates, as media-induced errors cause an entire packet to be dropped (i.e., media-induced errors beyond the capability of the standard error correcting code for that media), increasing the packet loss rate. A sufficiently large increase in the packet loss rate will actually negate any performance benefit of increasing packet size. In some cases, it may be difficult for a TCP endpoint to choose an optimal packet size. For example, the optimal packet size may vary across the transmission path, depending on the nature of each link.

**[0327]** By inserting an appliance **200** or flow control module **220** into the transmission path, the flow controller **220** monitors characteristics of the link and repacketizes according to determined link characteristics. In one embodiment, an appliance **200** or flow controller **220** repacketizes packets with sequential data into a smaller number of larger packets. In another embodiment, an appliance **200** or flow controller **220** repacketizes packets by breaking part a sequence of large packets into a larger number of smaller packets. In other embodiments, an appliance **200** or flow controller **220** moni-

tors the link characteristics and adjusts the packet sizes through recombination to improve throughput.

QoS

**[0328]** Still referring to FIG. **2**A, the flow controller **220**, in some embodiments, may include a QoS Engine **236**, also referred to as a QoS controller. In another embodiment, the appliance **200** and/or network optimization engine **250** includes the QoS engine **236**, for example, separately but in communication with the flow controller **220**. The QoS Engine **236** includes any logic, business rules, function or operations for performing one or more Quality of Service (QoS) techniques improving the performance, operation or quality of service of any of the network connections. In some embodiments, the QoS engine **236** includes network traffic control and management mechanisms that provide different priorities to different users, applications, data flows or connections. In other embodiments, the QoS engine **236** controls, maintains, or assures a certain level of performance to a user, application, data flow or connection. In one embodiment, the QoS engine **236** controls, maintains or assures a certain portion of bandwidth or network capacity for a user, application, data flow or connection. In some embodiments, the QoS engine **236** monitors the achieved level of performance or the quality of service corresponding to a user, application, data flow or connection, for example, the data rate and delay. In response to monitoring, the QoS engine **236** dynamically controls or adjusts scheduling priorities of network packets to achieve the desired level of performance or quality of service.

**[0329]** In some embodiments, the QoS engine **236** prioritizes, schedules and transmits network packets according to one or more classes or levels of services. In some embodiments, the class or level service may include: 1) best efforts, 2) controlled load, 3) guaranteed or 4) qualitative. For a best efforts class of service, the appliance **200** makes reasonable effort to deliver packets (a standard service level). For a controlled load class of service, the appliance **200** or QoS engine **236** approximates the standard packet error loss of the transmission medium or approximates the behavior of best-effort service in lightly loaded network conditions. For a guaranteed class of service, the appliance **200** or QoS engine **236** guarantees the ability to transmit data at a determined rate for the duration of the connection. For a qualitative class of service, the appliance **200** or QoS engine **236** the qualitative service class is used for applications, users, data flows or connection that require or desire prioritized traffic but cannot quantify resource needs or level of service. In these cases, the appliance **200** or QoS engine **236** determines the class of service or prioritization based on any logic or configuration of the QoS engine **236** or based on business rules or policies. For example, in one embodiment, the QoS engine **236** prioritizes, schedules and transmits network packets according to one or more policies as specified by the policy engine **295**, **295'**.

Protocol Acceleration

**[0330]** The protocol accelerator **234** includes any logic, business rules, function or operations for optimizing, accelerating, or otherwise improving the performance, operation or quality of service of one or more protocols. In one embodiment, the protocol accelerator **234** accelerates any application layer protocol or protocols at layers 5-7 of the network stack. In other embodiments, the protocol accelerator **234** accelerates a transport layer or a layer 4 protocol. In one embodiment, the protocol accelerator **234** accelerates layer 2 or layer 3 protocols. In some embodiments, the protocol accelerator **234** is configured, constructed or designed to optimize or accelerate each of one or more protocols according to the type of data, characteristics and/or behavior of the protocol. In another embodiment, the protocol accelerator **234** is configured, constructed or designed to improve a user experience, response times, network or computer load, and/or network or bandwidth utilization with respect to a protocol.

**[0331]** In one embodiment, the protocol accelerator **234** is configured, constructed or designed to minimize the effect of WAN latency on file system access. In some embodiments, the protocol accelerator **234** optimizes or accelerates the use of the CIFS (Common Internet File System) protocol to improve file system access times or access times to data and files. In some embodiments, the protocol accelerator **234** optimizes or accelerates the use of the NFS (Network File System) protocol. In another embodiment, the protocol accelerator **234** optimizes or accelerates the use of the File Transfer protocol (FTP).

**[0332]** In one embodiment, the protocol accelerator **234** is configured, constructed or designed to optimize or accelerate a protocol carrying as a payload or using any type and form of markup language. In other embodiments, the protocol accelerator **234** is configured, constructed or designed to optimize or accelerate a HyperText Transfer Protocol (HTTP). In another embodiment, the protocol accelerator **234** is configured, constructed or designed to optimize or accelerate a protocol carrying as a payload or otherwise using XML (eXtensible Markup Language).

Transparency and Multiple Deployment Configurations

**[0333]** In some embodiments, the appliance **200** and/or network optimization engine **250** is transparent to any data flowing across a network connection or link, such as a WAN link. In one embodiment, the appliance **200** and/or network optimization engine **250** operates in such a manner that the data flow across the WAN is recognizable by any network monitoring, QOS management or network analysis tools. In some embodiments, the appliance **200** and/or network optimization engine **250** does not create any tunnels or streams for transmitting data that may hide, obscure or otherwise make the network traffic not transparent. In other embodiments, the appliance **200** operates transparently in that the appliance does not change any of the source and/or destination address information or port information of a network packet, such as internet protocol addresses or port numbers. In other embodiments, the appliance **200** and/or network optimization engine **250** is considered to operate or behave transparently to the network, an application, client, server or other appliances or computing device in the network infrastructure. That is, in some embodiments, the appliance is transparent in that network related configuration of any device or appliance on the network does not need to be modified to support the appliance **200**.

**[0334]** The appliance **200** may be deployed in any of the following deployment configurations: 1) in-line of traffic, 2) in proxy mode, or 3) in a virtual in-line mode. In some embodiments, the appliance **200** may be deployed inline to one or more of the following: a router, a client, a server or another network device or appliance. In other embodiments, the appliance **200** may be deployed in parallel to one or more of the following: a router, a client, a server or another network device or appliance. In parallel deployments, a client, server,

router or other network appliance may be configured to forward, transfer or transit networks to or via the appliance **200**.

**[0335]** In the embodiment of in-line, the appliance **200** is deployed inline with a WAN link of a router. In this way, all traffic from the WAN passes through the appliance before arriving at a destination of a LAN.

**[0336]** In the embodiment of a proxy mode, the appliance **200** is deployed as a proxy device between a client and a server. In some embodiments, the appliance **200** allows clients to make indirect connections to a resource on a network. For example, a client connects to a resource via the appliance **200**, and the appliance provides the resource either by connecting to the resource, a different resource, or by serving the resource from a cache. In some cases, the appliance may alter the client's request or the server's response for various purposes, such as for any of the optimization techniques discussed herein. In one embodiment, the client **102** send requests addressed to the proxy. In one case, the proxy responds to the client in place of or acting as a server **106**. In other embodiments, the appliance **200** behaves as a transparent proxy, by intercepting and forwarding requests and responses transparently to a client and/or server. Without client-side configuration, the appliance **200** may redirect client requests to different servers or networks. In some embodiments, the appliance **200** may perform any type and form of network address translation, referred to as NAT, on any network traffic traversing the appliance.

**[0337]** In some embodiments, the appliance **200** is deployed in a virtual in-line mode configuration. In this embodiment, a router or a network device with routing or switching functionality is configured to forward, reroute or otherwise provide network packets destined to a network to the appliance **200**. The appliance **200** then performs any desired processing on the network packets, such as any of the WAN optimization techniques discussed herein. Upon completion of processing, the appliance **200** forwards the processed network packet to the router to transmit to the destination on the network. In this way, the appliance **200** can be coupled to the router in parallel but still operate as it if the appliance **200** were inline. This deployment mode also provides transparency in that the source and destination addresses and port information are preserved as the packet is processed and transmitted via the appliance through the network.

End Node Deployment

**[0338]** Although the network optimization engine **250** is generally described above in conjunction with an appliance **200**, the network optimization engine **250**, or any portion thereof, may be deployed, distributed or otherwise operated on any end node, such as a client **102** and/or server **106**. As such, a client or server may provide any of the systems and methods of the network optimization engine **250** described herein in conjunction with one or more appliances **200** or without an appliance **200**.

**[0339]** Referring now to FIG. 2B, an example embodiment of the network optimization engine **250** deployed on one or more end nodes is depicted. In brief overview, the client **102** may include a first network optimization engine **250'** and the server **106** may include a second network optimization engine **250"**. The client **102** and server **106** may establish a transport layer connection and exchange communications with or without traversing an appliance **200**.

**[0340]** In one embodiment, the network optimization engine **250'** of the client **102** performs the techniques described herein to optimize, accelerate or otherwise improve the performance, operation or quality of service of network traffic communicated with the server **106**. In another embodiment, the network optimization engine **250"** of the server **106** performs the techniques described herein to optimize, accelerate or otherwise improve the performance, operation or quality of service of network traffic communicated with the client **102**. In some embodiments, the network optimization engine **250'** of the client **102** and the network optimization engine **250"** of the server **106** perform the techniques described herein to optimize, accelerate or otherwise improve the performance, operation or quality of service of network traffic communicated between the client **102** and the server **106**. In yet another embodiment, the network optimization engine **250'** of the client **102** performs the techniques described herein in conjunction with an appliance **200** to optimize, accelerate or otherwise improve the performance, operation or quality of service of network traffic communicated with the client **102**. In still another embodiment, the network optimization engine **250"** of the server **106** performs the techniques described herein in conjunction with an appliance **200** to optimize, accelerate or otherwise improve the performance, operation or quality of service of network traffic communicated with the server **106**.

C. Client Agent

**[0341]** As illustrated in FIGS. **2**A and **2**B, a client deployed in the system or with an appliance **200** or **205** may include a client agent **120**. In one embodiment, the client agent **120** is used to facilitate communications with one or more appliances **200** or **205**. In some embodiments, any of the systems and methods of the appliance **200** or **205** described herein may be deployed, implemented or embodied in a client, such as via a client agent **120**. In other embodiments, the client agent **120** may include applications, programs, or agents providing additional functionality such as end point detection and authorization, virtual private network connectivity, and application streaming. Prior to discussing other embodiments of systems and methods of the appliance **200**, embodiments of the client agent **120** will be described.

**[0342]** Referring now to FIG. **3**, an embodiment of a client agent **120** is depicted. The client **102** has a client agent **120** for establishing, exchanging, managing or controlling communications with the appliance **200**, appliance **205** and/or server **106** via a network **104**. In some embodiments, the client agent **120**, which may also be referred to as a WAN client, accelerates WAN network communications and/or is used to communicate via appliance **200** on a network. In brief overview, the client **102** operates on computing device **100** having an operating system with a kernel mode **302** and a user mode **303**, and a network stack **267** with one or more layers **310***a*-**310***b*. The client **102** may have installed and/or execute one or more applications. In some embodiments, one or more applications may communicate via the network stack **267** to a network **104**. One of the applications, such as a web browser, may also include a first program **322**. For example, the first program **322** may be used in some embodiments to install and/or execute the client agent **120**, or any portion thereof The client agent **120** includes an interception mechanism, or interceptor **350**, for intercepting network communications from the network stack **267** from the one or more applications.

**[0343]** As with the appliance **200**, the client has a network stack **267** including any type and form of software, hardware, or any combinations thereof, for providing connectivity to and communications with a network **104**. The network stack **267** of the client **102** includes any of the network stack embodiments described above in conjunction with the appliance **200**. In some embodiments, the client agent **120**, or any portion thereof, is designed and constructed to operate with or work in conjunction with the network stack **267** installed or otherwise provided by the operating system of the client **102**.

**[0344]** In further details, the network stack **267** of the client **102** or appliance **200** (or **205**) may include any type and form of interfaces for receiving, obtaining, providing or otherwise accessing any information and data related to network communications of the client **102**. In one embodiment, an interface to the network stack **267** includes an application programming interface (API). The interface may also have any function call, hooking or filtering mechanism, event or call back mechanism, or any type of interfacing technique. The network stack **267** via the interface may receive or provide any type and form of data structure, such as an object, related to functionality or operation of the network stack **267**. For example, the data structure may include information and data related to a network packet or one or more network packets. In some embodiments, the data structure includes, references or identifies a portion of the network packet processed at a protocol layer of the network stack **267**, such as a network packet of the transport layer. In some embodiments, the data structure **325** is a kernel-level data structure, while in other embodiments, the data structure **325** is a user-mode data structure. A kernel-level data structure may have a data structure obtained or related to a portion of the network stack **267** operating in kernel-mode **302**, or a network driver or other software running in kernel-mode **302**, or any data structure obtained or received by a service, process, task, thread or other executable instructions running or operating in kernel-mode of the operating system.

**[0345]** Additionally, some portions of the network stack **267** may execute or operate in kernel-mode **302**, for example, the data link or network layer, while other portions execute or operate in user-mode **303**, such as an application layer of the network stack **267**. For example, a first portion **310***a* of the network stack may provide user-mode access to the network stack **267** to an application while a second portion **310***a* of the network stack **267** provides access to a network. In some embodiments, a first portion **310***a* of the network stack has one or more upper layers of the network stack **267**, such as any of layers 5-7. In other embodiments, a second portion **310***b* of the network stack **267** includes one or more lower layers, such as any of layers 1-4. Each of the first portion **310***a* and second portion **310***b* of the network stack **267** may include any portion of the network stack **267**, at any one or more network layers, in user-mode **303**, kernel-mode, **302**, or combinations thereof, or at any portion of a network layer or interface point to a network layer or any portion of or interface point to the user-mode **302** and kernel-mode **203**.

**[0346]** The interceptor **350** may include software, hardware, or any combination of software and hardware. In one embodiment, the interceptor **350** intercepts or otherwise receives a network communication at any point in the network stack **267**, and redirects or transmits the network communication to a destination desired, managed or controlled by the interceptor **350** or client agent **120**. For example, the interceptor **350** may intercept a network communication of a network stack **267** of a first network and transmit the network communication to the appliance **200** for transmission on a second network **104**. In some embodiments, the interceptor **350** includes or is a driver, such as a network driver constructed and designed to interface and work with the network stack **267**. In some embodiments, the client agent **120** and/or interceptor **350** operates at one or more layers of the network stack **267**, such as at the transport layer. In one embodiment, the interceptor **350** includes a filter driver, hooking mechanism, or any form and type of suitable network driver interface that interfaces to the transport layer of the network stack, such as via the transport driver interface (TDI). In some embodiments, the interceptor **350** interfaces to a first protocol layer, such as the transport layer and another protocol layer, such as any layer above the transport protocol layer, for example, an application protocol layer. In one embodiment, the interceptor **350** includes a driver complying with the Network Driver Interface Specification (NDIS), or a NDIS driver. In another embodiment, the interceptor **350** may be a min-filter or a mini-port driver. In one embodiment, the interceptor **350**, or portion thereof, operates in kernel-mode **202**. In another embodiment, the interceptor **350**, or portion thereof, operates in user-mode **203**. In some embodiments, a portion of the interceptor **350** operates in kernel-mode **202** while another portion of the interceptor **350** operates in user-mode **203**. In other embodiments, the client agent **120** operates in user-mode **203** but interfaces via the interceptor **350** to a kernel-mode driver, process, service, task or portion of the operating system, such as to obtain a kernel-level data structure **225**. In further embodiments, the interceptor **350** is a user-mode application or program, such as application.

**[0347]** In one embodiment, the interceptor **350** intercepts or receives any transport layer connection requests. In these embodiments, the interceptor **350** executes transport layer application programming interface (API) calls to set the destination information, such as destination IP address and/or port to a desired location for the location. In this manner, the interceptor **350** intercepts and redirects the transport layer connection to an IP address and port controlled or managed by the interceptor **350** or client agent **120**. In one embodiment, the interceptor **350** sets the destination information for the connection to a local IP address and port of the client **102** on which the client agent **120** is listening. For example, the client agent **120** may comprise a proxy service listening on a local IP address and port for redirected transport layer communications. In some embodiments, the client agent **120** then communicates the redirected transport layer communication to the appliance **200**.

**[0348]** In some embodiments, the interceptor **350** intercepts a Domain Name Service (DNS) request. In one embodiment, the client agent **120** and/or interceptor **350** resolves the DNS request. In another embodiment, the interceptor transmits the intercepted DNS request to the appliance **200** for DNS resolution. In one embodiment, the appliance **200** resolves the DNS request and communicates the DNS response to the client agent **120**. In some embodiments, the appliance **200** resolves the DNS request via another appliance **200'** or a DNS server **106**.

**[0349]** In yet another embodiment, the client agent **120** may include two agents **120** and **120'**. In one embodiment, a first agent **120** may include an interceptor **350** operating at the network layer of the network stack **267**. In some embodiments, the first agent **120** intercepts network layer requests such as Internet Control Message Protocol (ICMP) requests

(e.g., ping and traceroute). In other embodiments, the second agent **120'** may operate at the transport layer and intercept transport layer communications. In some embodiments, the first agent **120** intercepts communications at one layer of the network stack **210** and interfaces with or communicates the intercepted communication to the second agent **120'**.

**[0350]** The client agent **120** and/or interceptor **350** may operate at or interface with a protocol layer in a manner transparent to any other protocol layer of the network stack **267**. For example, in one embodiment, the interceptor **350** operates or interfaces with the transport layer of the network stack **267** transparently to any protocol layer below the transport layer, such as the network layer, and any protocol layer above the transport layer, such as the session, presentation or application layer protocols. This allows the other protocol layers of the network stack **267** to operate as desired and without modification for using the interceptor **350**. As such, the client agent **120** and/or interceptor **350** interfaces with or operates at the level of the transport layer to secure, optimize, accelerate, route or load-balance any communications provided via any protocol carried by the transport layer, such as any application layer protocol over TCP/IP.

**[0351]** Furthermore, the client agent **120** and/or interceptor **350** may operate at or interface with the network stack **267** in a manner transparent to any application, a user of the client **102**, the client **102** and/or any other computing device **100**, such as a server or appliance **200**, **206**, in communications with the client **102**. The client agent **120**, or any portion thereof, may be installed and/or executed on the client **102** in a manner without modification of an application. In one embodiment, the client agent **120**, or any portion thereof, is installed and/or executed in a manner transparent to any network configuration of the client **102**, appliance **200**, **205** or server **106**. In some embodiments, the client agent **120**, or any portion thereof, is installed and/or executed with modification to any network configuration of the client **102**, appliance **200**, **205** or server **106**. In one embodiment, the user of the client **102** or a computing device in communications with the client **102** are not aware of the existence, execution or operation of the client agent **12**, or any portion thereof. As such, in some embodiments, the client agent **120** and/or interceptor **350** is installed, executed, and/or operated transparently to an application, user of the client **102**, the client **102**, another computing device, such as a server or appliance **200**, **2005**, or any of the protocol layers above and/or below the protocol layer interfaced to by the interceptor **350**.

**[0352]** The client agent **120** includes a streaming client **306**, a collection agent **304**, SSL VPN agent **308**, a network optimization engine **250**, and/or acceleration program **302**. In one embodiment, the client agent **120** is an Independent Computing Architecture (ICA) client, or any portion thereof, developed by Citrix Systems, Inc. of Fort Lauderdale, Fla., and is also referred to as an ICA client. In some embodiments, the client agent **120** has an application streaming client **306** for streaming an application from a server **106** to a client **102**. In another embodiment, the client agent **120** includes a collection agent **304** for performing end-point detection/scanning and collecting end-point information for the appliance **200** and/or server **106**. In some embodiments, the client agent **120** has one or more network accelerating or optimizing programs or agents, such as a network optimization engine **250** and an acceleration program **302**. In one embodiment, the acceleration program **302** accelerates communications between client **102** and server **106** via appliance **205'**. In some embodiments, the network optimization engine **250** provides WAN optimization techniques as discussed herein.

**[0353]** The streaming client **306** is an application, program, process, service, task or set of executable instructions for receiving and executing a streamed application from a server **106**. A server **106** may stream one or more application data files to the streaming client **306** for playing, executing or otherwise causing to be executed the application on the client **102**. In some embodiments, the server **106** transmits a set of compressed or packaged application data files to the streaming client **306**. In some embodiments, the plurality of application files are compressed and stored on a file server within an archive file such as a CAB, ZIP, SIT, TAR, JAR or other archives. In one embodiment, the server **106** decompresses, unpackages or unarchives the application files and transmits the files to the client **102**. In another embodiment, the client **102** decompresses, unpackages or unarchives the application files. The streaming client **306** dynamically installs the application, or portion thereof, and executes the application. In one embodiment, the streaming client **306** may be an executable program. In some embodiments, the streaming client **306** may be able to launch another executable program.

**[0354]** The collection agent **304** is an application, program, process, service, task or set of executable instructions for identifying, obtaining and/or collecting information about the client **102**. In some embodiments, the appliance **200** transmits the collection agent **304** to the client **102** or client agent **120**. The collection agent **304** may be configured according to one or more policies of the policy engine **236** of the appliance. In other embodiments, the collection agent **304** transmits collected information on the client **102** to the appliance **200**. In one embodiment, the policy engine **236** of the appliance **200** uses the collected information to determine and provide access, authentication and authorization control of the client's connection to a network **104**.

**[0355]** In one embodiment, the collection agent **304** is an end-point detection and scanning program, which identifies and determines one or more attributes or characteristics of the client. For example, the collection agent **304** may identify and determine any one or more of the following client-side attributes: 1) the operating system an/or a version of an operating system, 2) a service pack of the operating system, 3) a running service, 4) a running process, and 5) a file. The collection agent **304** may also identify and determine the presence or version of any one or more of the following on the client: 1) antivirus software, 2) personal firewall software, 3) anti-spam software, and 4) internet security software. The policy engine **236** may have one or more policies based on any one or more of the attributes or characteristics of the client or client-side attributes.

**[0356]** The SSL VPN agent **308** is an application, program, process, service, task or set of executable instructions for establishing a Secure Socket Layer (SSL) virtual private network (VPN) connection from a first network **104** to a second network **104'**, **104"**, or a SSL VPN connection from a client **102** to a server **106**. In one embodiment, the SSL VPN agent **308** establishes a SSL VPN connection from a public network **104** to a private network **104'** or **104"**. In some embodiments, the SSL VPN agent **308** works in conjunction with appliance **205** to provide the SSL VPN connection. In one embodiment, the SSL VPN agent **308** establishes a first transport layer connection with appliance **205**. In some embodiments, the appliance **205** establishes a second transport layer connection with a server **106**. In another embodiment, the SSL VPN

agent **308** establishes a first transport layer connection with an application on the client, and a second transport layer connection with the appliance **205**. In other embodiments, the SSL VPN agent **308** works in conjunction with WAN optimization appliance **200** to provide SSL VPN connectivity.

**[0357]** In some embodiments, the acceleration program **302** is a client-side acceleration program for performing one or more acceleration techniques to accelerate, enhance or otherwise improve a client's communications with and/or access to a server **106**, such as accessing an application provided by a server **106**. The logic, functions, and/or operations of the executable instructions of the acceleration program **302** may perform one or more of the following acceleration techniques: 1) multi-protocol compression, 2) transport control protocol pooling, 3) transport control protocol multiplexing, 4) transport control protocol buffering, and 5) caching via a cache manager. Additionally, the acceleration program **302** may perform encryption and/or decryption of any communications received and/or transmitted by the client **102**. In some embodiments, the acceleration program **302** performs one or more of the acceleration techniques in an integrated manner or fashion. Additionally, the acceleration program **302** can perform compression on any of the protocols, or multiple-protocols, carried as a payload of a network packet of the transport layer protocol.

**[0358]** In one embodiment, the acceleration program **302** is designed, constructed or configured to work with appliance **205** to provide LAN side acceleration or to provide acceleration techniques provided via appliance **205**. For example, in one embodiment of a NetScaler appliance **205** manufactured by Citrix Systems, Inc., the acceleration program **302** includes a NetScaler client. In some embodiments, the acceleration program **302** provides NetScaler acceleration techniques stand-alone in a remote device, such as in a branch office. In other embodiments, the acceleration program **302** works in conjunction with one or more NetScaler appliances **205**. In one embodiment, the acceleration program **302** provides LAN-side or LAN based acceleration or optimization of network traffic.

**[0359]** In some embodiments, the network optimization engine **250** may be designed, constructed or configured to work with WAN optimization appliance **200**. In other embodiments, network optimization engine **250** may be designed, constructed or configured to provide the WAN optimization techniques of appliance **200**, with or without an appliance **200**. For example, in one embodiment of a WANScaler appliance **200** manufactured by Citrix Systems, Inc. the network optimization engine **250** includes the WANscaler client. In some embodiments, the network optimization engine **250** provides WANScaler acceleration techniques stand-alone in a remote location, such as a branch office. In other embodiments, the network optimization engine **250** works in conjunction with one or more WANScaler appliances **200**.

**[0360]** In another embodiment, the network optimization engine **250** includes the acceleration program **302**, or the function, operations and logic of the acceleration program **302**. In some embodiments, the acceleration program **302** includes the network optimization engine **250** or the function, operations and logic of the network optimization engine **250**. In yet another embodiment, the network optimization engine **250** is provided or installed as a separate program or set of executable instructions from the acceleration program **302**. In other embodiments, the network optimization engine **250** and acceleration program **302** are included in the same program or same set of executable instructions.

**[0361]** In some embodiments and still referring to FIG. **3**, a first program **322** may be used to install and/or execute the client agent **120**, or any portion thereof, automatically, silently, transparently, or otherwise. In one embodiment, the first program **322** is a plugin component, such an ActiveX control or Java control or script that is loaded into and executed by an application. For example, the first program comprises an ActiveX control loaded and run by a web browser application, such as in the memory space or context of the application. In another embodiment, the first program **322** comprises a set of executable instructions loaded into and run by the application, such as a browser. In one embodiment, the first program **322** is designed and constructed program to install the client agent **120**. In some embodiments, the first program **322** obtains, downloads, or receives the client agent **120** via the network from another computing device. In another embodiment, the first program **322** is an installer program or a plug and play manager for installing programs, such as network drivers and the client agent **120**, or any portion thereof, on the operating system of the client **102**.

**[0362]** In some embodiments, each or any of the portions of the client agent **120**—a streaming client **306**, a collection agent **304**, SSL VPN agent **308**, a network optimization engine **250**, acceleration program **302**, and interceptor **350**—may be installed, executed, configured or operated as a separate application, program, process, service, task or set of executable instructions. In other embodiments, each or any of the portions of the client agent **120** may be installed, executed, configured or operated together as a single client agent **120**.

D. Systems and Methods for a Multiple-Tier Cache and Cache Indexing System

**[0363]** Referring now FIGS. **4A**-**4E**, systems and methods for a multiple tiered caching and cache indexing system is depicted. In some embodiments, a cache management system **232** uses a memory based object index to reference or identify corresponding objects stored in disk. In one embodiment, the memory used to index object grows proportionally or in relation to growth in the size of the disk. The techniques described herein minimize, reduce or maintain the size of memory for an object index although the size of storage for storing objects is changed. These techniques allow for more optimal use of memory for object indexing while increasing or decreasing disk size for object storage.

**[0364]** Referring now to FIG. **4A**, an example embodiment of an appliance or device having a multiple-tiered cache indexing and storage system is depicted. In brief overview, the appliance **200** includes network optimization engine having a cache manager **232** for managing an object index **410** in memory **122** which indexes objects stored in a portion storage **128** used by the cache **232**. The object index **410** and/or object cache **420** of the cache **232** may be arranged into multiple tiers. The first tier has a first maximum object size **412** and a first maximum number of objects **412** for storing objects **422**, referred to as small objects, in storage **128** for the object cache **420**. The second tier has a second maximum object size **414** and a second maximum number of objects **415** for storing objects **424** in storage **128** for the object cache **420**. The cache **232** may also include a third or nth tier having an nth maximum object size **416** and nth maximum number of objects **417** for storing objects **426**, referred to as large objects **426**, in

storage **128** for the object cache **420**. The cache manager **232** may include a tier manager **402** for managing or adjusting the maximum number of objects and object sizes for each of the tiers. The cache manager **232** and/or tier manager **402** may operate responsive to changes in size of the storage used for the object cache **232**. In one embodiment, the cache manager **232** and/or tier manager **402** maintains the memory size of the object index while the size of the storage **128** for the object cache **420** is changed.

**[0365]** In some embodiments, the cache manager **232** establishes a first size of memory **122** to be used for or allocated to the object index **410**. Any type and form of memory of the device **100** may be used for the object index **410**. In one embodiment, the cache manager **232** establishes all of the available memory of a first memory element **122** for the object index **410**. In another embodiment, the cache manager **232** establishes a first portion of a first memory element **122** for the object index. In some embodiments, the cache manager **232** uses either all available memory or a first portion of a first memory element **122** and all of the available memory or a second a portion of a second memory element **122'**. In one embodiment, the device or appliance uses a portion of the memory **122** for other processing tasks, programs, services or processes of the device. In some embodiments, the cache manager **232** maintains a memory size or allocates fixed size or portion of memory **122** for the object index **410**.

**[0366]** In one embodiment, the cache manager **232** establishes a size of storage **128**, or a portion thereof, to be used or allocated for the object cache. Any type and form of storage may be used for the object cache, including fixed or portable disks and storage I/O devices. In some embodiments, the cache manager **232** establishes or allocates all of a first storage **128** for the object cache **410**. In other embodiments, the cache manager **232** establishes or allocates a first portion of a first storage **128** and a second portion of a second storage **128'** for the object cache **420**. In some embodiments, the cache manager **232** establishes or allocates a portion of storage **128** for each of the tiers. In another embodiment, the cache manager **232** establishes or allocates separate storages **128**, **128'**, **128''**, or portions thereof, for each of the tiers. In some embodiments, the cache manager **232** establishes a first portion of storage **128** for the object cache **420** while the device maintains any remaining portions of storage **128** for other device functionality or use.

**[0367]** In yet another embodiment, the cache manager **232** establishes, organizes, arranges or maintains logical storage units, referred to as “chunks” of the storage **128**. The device, such as via the cache manager **232**, may maintain a unique identifier for each logical storage unit and associate a size and starting and end points in storage of the “chunk”. In some embodiments, the cache manager **232** assigns a first set of one or more chunks for small objects **422**, a second set of one or more objects for medium objects **424**, and a third set of one or more chunks for large objects **426**. In some embodiments, the cache manager **232** may designed a first portion or area of a first storage **128** for small objects **422**, a second portion or area of a first storage **128** or second storage **128'** for medium objects **424**, and a third portion or area of a first, second or third storage for large objects **426**. In one embodiment, the type and form of storage used for any of the objects **422**, **424**, **426** may be determined or established based on access rates and the frequency of which the objects are accessed during operation of the device **100** or appliance **200**.

**[0368]** The object index **410** comprises any type and form of indexing scheme for corresponding an index to an object in cache. In one embodiment, the object index is maintained in memory while the corresponding object is stored to disk. In some embodiments, the object index **410** comprises an entry that references or identifies a location or pointer to the object stored in the object cache **420**. In one embodiment, the object index **410** uses any type of hash, checksum or fingerprinting function on a name or identifier of the object as an entry or index. In some embodiments, the object index **410** performs a hash, checksum or fingerprint on the object. In another embodiment, the entry of the object index **410** is a name or identifier of the object. In some embodiments, the value for the entry or index is a location identifier for the location in storage of the object. For example, the index value may comprises a pointer to a starting address or location of the object. In another example, the index value includes an identifier of a chunk and an offset into the chunk for the starting location of the object.

**[0369]** The tier manager **402** includes software, hardware or any combination of software and hardware. The tier manager **402** may include an application, program, script, library, process, service, driver, task, thread or any type and form of executable instructions. The tier manager **402** includes or provides logic, business rules, functions or operations for establishing, managing, or adjusting the number of objects and object sizes for any of the tiers of the cache. The maximum object size **412**, **414** and **416** and the maximum number of objects **412**, **414** and **416** may include any suitable value, such as an integer value that can range from 0 into the 100s of thousands, millions or billions of objects depending on the capacity of the device **100**. In some cases, the values for these parameters may be set to some negative number or other non-useful value, such as a string, to identify the value is not to be used. In some embodiments, the values for these parameters **412**, **414** and **416** and **412**, **414** and **416** may be set as a function of one or more other values or parameters, such as the size of the memory **122** for the object index **410** and/or the size of storage **128** for the object cache **420**. By way of example and not in any way to be limiting, the following table describes an example embodiment of a three-tier cache in view of FIG. 4B:

| Tier | Cache Object | Max Object Size | Max Number of Objects | Max Storage size |
|---|---|---|---|---|
| 1 | Small | 10 KB | 200,000 | 2 GB |
| 2 | Medium | 10 MB | 100,000 | 10 GB |
| 3 | Large | 1 GB | 100 | 100 GB |

**[0370]** In some embodiments, the tier manager **402** may increase or decrease a maximum object size **412**, **414**, or **416** of an object index **410** responsive to a change in the size of memory **122** or a change in the size of storage **128** for the object cache **420**. In other embodiments, the tier manager **402** may increase or decrease a maximum number of objects for an object index **410** responsive to a change in the size of memory **122** or a change in the size of storage **128** for the object cache **420**. In one embodiment, the tier manager **402** maintains the maximum object size **412** and maximum number of objects **413** for a first tier while changing the other tier's object sizes **414**, **416** and number of object **415**, **417** upon detection of a change in the size of storage **128** for the object

cache **420**. In other embodiments, the tier manager **402** maintains the maximum object size **412**, **414** and maximum number of objects **413**, **415** of the first and second tiers in view of detecting a change in the size of storage **128** for the object cache **420**. Even though the size of the storage used for a cache storage **420** is increased or decreased, the cache manager **232** may maintain the object size and number of objects for one, two or all of the tiers of the cache.

**[0371]** In yet another embodiment, the tier manager **402** may increase or decrease a maximum number of objects or a maximum object size for any one of the tiers responsive to operational conditions or characteristics of the device or appliance, such as a number of concurrent connections, historical information on the number and size of objects requested and/or cached, the number of cache hits, and the portions of memory and/or storage of a tier not used or having remaining space. In some embodiments, the cache manager **232** or tier manager **402** may include or provide any type and form of user interface for establishing, managing, adjusting or configuring any of the following: number of tiers, maximum number of objects and object sizes for each tier, size of memory for the object index, size of storage for the object cache. The user interface may be a graphical user interface or a command line user interface. In some embodiments, the appliance **200** or device **100** may establish, manage, adjust or configure any of the above information responsive to one or more policies of a policy engine **295**.

**[0372]** Referring to FIG. **4**B, an embodiment of a method **450** for managing the multiple-tier object index responsive to changes in size of storage used for the object cache is depicted. In brief overview, at step **451**, the size of the object index in memory is established to a predetermined size. The object index storing indexes to objects stored to one or more portions of storage **128** having a predetermined size. The cache uses the first portion of the storage, or first tier, for storing objects smaller than or equal to a first object size and a second portion of the storage, or second tier, for storing objects larger than the first object size. At step **453**, the method includes identifying a maximum number of objects the cache is allowed to store to each of the portions of storage or tiers used by the cache **232**. At step **455**, the size of the storage for storing cached objects is altered or changed to a second predetermined size while the size of memory for the object index remains unchanged. At step **457**, the cache manager **232** maintains the maximum number of objects the cache is allowed to store to the first portion of the storage **128** or first tier below a predetermined threshold. At step **459**, the cache manager **232** alters or maintains the object size and number of objects of one or more tiers of the cache in response to the change in storage size.

**[0373]** In further details, at step **451**, the appliance **200** or cache manager **232** establishes a predetermined size of memory **122** for the object index **410**. In one embodiment, the predetermined size of the object index in memory is established in relation to or proportional to a size of the storage used for the object cache **420**. In some embodiments, an initial size of memory allocated to the object index **410** may represent any ratio of memory to storage used by the cache, such as 10 MB, 20 MB or 30 MB of memory for each gigabyte of storage used by the cache. In other embodiments, the cache manager **232** allocates a portion of memory for the object index **410** based on the available memory in the device. In one embodiment, the cache manager **232** allocates a percentage of available memory to the object index **410**, such as 10%, 20%, 30%, 40%, 50%, 60%, 70%, 80% or 90%. In another embodiment, a user or system administrator may configure the size of memory for the object index **410** via a user interface of the device **100** or cache manager **232**. In yet another embodiment, the cache manager **232** uses the size of a memory element **122** dedicated for storing the object index **410**.

**[0374]** At step **451**, the cache manager **232** establishes a first portion or storage tier used by the cache for storing objects smaller than or equal to a first maximum object size **412**. The cache manager **232** also establishes a second portion or storage tier used by the cache for storing objects larger than the first maximum object size. In one embodiment, the cache manager **232** may establish and maintain two tiers. In another embodiment, the cache manager **232** may establish and maintain three tiers. In other embodiments, the cache manager **232** may establish four, five or six tiers. In some embodiments, the appliance **200** or cache manager **232** may establish any granular number of tiers, object sizes, and number of objects desirable for the operation and performance of the appliance **200**.

**[0375]** In some embodiments, the appliance **200** or cache manager **232** provides a user interface for a user or system administrator to establish the number of tiers, and the maximum object size and number of objects for each tier. In other embodiments, the appliance **200** or cache manager **232** is configured by default or as installed or shipped with a predetermined number of tiers and predetermined maximum object size and number of objects for each tier. In yet another embodiment, an application, program or agent performs an analysis on the network environment, system environment, applications used by the system, the client and server, and number of objects used between clients and servers, and recommends the number of tiers, and the maximum object size and number of objects for each tier, or the settings for each.

**[0376]** At step **453**, the appliance **200** and/or cache manager **232** identifies or establishes the number of objects the cache manager **232** may be allowed store to each of the portions or tiers of the cache. In some embodiments, the cache manager **232** establishes a maximum object size **412**, **414**, **416** and maximum number of objects **413**, **415**, **417** for a plurality of portions, or tiers of the cache. For example, in one embodiment, the cache manager **232** may establish a maximum object size of 10 KB **412** for the small objects **422** in the object cache **420**. Further to the example, the cache manager **232** may establish that the cache **232** stores up to a maximum of 200,000 small objects **412** in the object cache **420**. In some embodiments, any object greater than the first maximum object size is stored in the second tier of the cache. For example, if the object is greater than 10 KB, such as a 1 M file, the object is stored as a medium object **424** in the object storage. In other embodiments, if the object is greater than the first maximum object size **412** or less than or equal to the second maximum object size **414**, for example, 10 MB, the cache manager **232** stores the object in the second tier as a medium object **424**. In yet another embodiment, the cache manager **232** establishes a minimum object size for the first tier. For example, if an object is less than 1 KB, the cache manager **232** does not cache the object.

**[0377]** Likewise, based on the number of tiers and the corresponding object size, the cache manager **232** determines the size of the object and stores the object accordingly to the appropriate tier. The cache manager **232** tracks using any type and form of tracking mechanism, including objects, counters, variables or data structures, to track the number of objects

stored in each tier. If the number of objects stored to a tier reaches the maximum number of objects for the tier, the cache manager **232** either skips storing the next object to the tier or replaces an old object in storage with a new object. In some embodiments, the cache manager **232** may remove objects from the cache based on staleness, last access time, frequency of access or any other condition. In other embodiments, the cache manager **232** may refresh, update, maintain or remove objects from the cache in accordance with any one or more policies of a policy engine **295**.

**[0378]** In some embodiments, the cache manager **232** receives an object that has a size exceeding a maximum threshold of the cache, such as the nth maximum object size **417**. For example, the cache manager **232** may receive a 10 GB object that is larger than the nth maximum object size setting of 1 GB. In one embodiment, the cache manager **232** may skip storing this object to cache. In another embodiment, the cache manager **232** may dynamically establish another tier for storing objects greater than the nth maximum object size **417**. In some embodiments, the cache manager **232** may segment the object into multiple portions and store the portions in one or more of the storage tiers according to the maximum object size of the tier.

**[0379]** At step **455**, the storage used by or allocated to the object cache **420** may be changed. In one embodiment, the storage **128** is replaced with a second storage **128'** having a greater or smaller storage capacity. In some embodiments, a second storage **128'** is added to the device **100** to increase the storage capacity available for use as the object cache **420**. In another embodiment, the appliance **200** or cache manager **232** establishes or allocates a greater or smaller portion of storage **128** for the object cache **420**. In some embodiments, a user or administrator of the appliance **200** changes the size of storage allocated to use as the object cache **420**. In other embodiments, the cache manager or user may change the size of one or each of the storage tiers. In yet another embodiment, a portion of storage **128** may become corrupted or otherwise not useable for the object cache **420**. In these embodiments, the storage capacity of the storage **128** may be decreased.

**[0380]** In one embodiment, upon altering the size of the storage used for the object cache **232**, the size of memory **122** for the object index may be maintained. For example, at step **451**, a 10 MB object index **410** may be used for a 20 GB object store **420**. The portion of storage **128** used for the object cache **420** may be increased to 40 GB but the memory size of the object index **410** maintained at 10 MB. In another embodiment, upon altering the size of the portion of storage **128** established for the object cache **232**, the size of memory **122** for the object index may be decreased. For example, the size of memory for the object index **410** may be decreased from 10 MB to 5 MB although the portion of storage **128** used for the object cache maintains the same or is increased.

**[0381]** In yet another embodiment, the size of memory **122** for the object index may be increased or decreased but not to the same proportions or ratios to the increase or decrease of portion of the storage **128** or storage tiers used by or allocated to the object cache **420**. For example, the size of memory **122** for the object index **410** may be have been set to a 1 MB to 1 GB ratio to the size of storage used for the object cache **420**, such as 10 MB of memory to 10 GB of storage. The size of the storage for the object cache **420** may be doubled to 20 GB while only increasing the size of memory **122** for the object index **122** by a relatively smaller ratio, such as to 2 MB. Likewise, the size of the storage allocated to the object cache **420** may be reduced by a half to 5 GB while the size of memory **122** for the object index **122** is decreased by a higher ratio, such as to 250 KB.

**[0382]** At step **457**, the cache manager **232**, in one embodiment, maintains the maximum number of objects **412** and/or maximum size of objects **413** below a predetermined threshold in response to altering storage size of the object cache, such as the storage size of any tier. In one embodiment, although the storage size used by the cache has changed, the cache manager **232** does not change the maximum number of objects **413** or maximum object size **412** for the first tier. In another embodiment, the cache manager **234** also does not change the maximum number of objects **413** or maximum object size **414** for the second tier. In some embodiments, the cache manager **232** increases or decreases the object size **412** or number of object **413** but maintains the increase or decrease within a predetermined threshold. For example, if the storage used for the object cache **420** increased by a predetermined amount, such as 20%, the cache manager **232** increases the object size **412** or number of objects **413** for the first tier by no more than 20%.

**[0383]** In this manner, the cache manager **232** better leverages the object index and object storage to those objects larger the smaller objects **422** with more efficient use of memory. In some embodiments, the cache manager **232** more efficiently utilizes the second and third tiers of the cache without increasing the memory usage or increasing the memory usage of the object index **410** in a manner corresponding directly to the size of the disk adjustment. As such, the appliance **200** or cache manager **232** does not need to increase the memory size for the object index **410** because the size of the storage has increased. Accordingly, the same amount of memory for the object index **410** can be configured to support any size of storage, or storage tiers, used for the object cache **420**. In some cases, this will reduce system or appliance upgrades maintenance, and configuration. A new disk can be added or to replace an old disk without changing the memory on the appliance or system. The techniques described herein also allow to use on-board memory and other types of memory not easily upgradeable or changeable. Furthermore, the device may more efficiently support or allow the use of memory and storage by other applications, systems or resources while maintaining efficient performance or use of the cache.

**[0384]** Depending on the size of the first maximum object size **412**, the number of smaller objects **422** stored in the object cache **420** may grow significantly without using much more storage. For example, 100,000 smaller objects of 10 kb or less take up less than 1 GB of storage **128**. In some embodiments, however, the smaller cached objects **422** have a lesser effect on reducing bandwidth and response time than the medium objects **424** or larger objects **426**. That is, in some embodiments, the appliance **200** or cache manager **232** would improve the reduction of network bandwidth and/or further increase response time by having more of the medium and larger objects stored in the cache to serve. Thus, in one embodiment, by maintaining or limiting the number of smaller objects **422** or first tier objects stored in the cache as the storage is increased, the appliance **200** or cache manager **232** has more storage capacity for caching medium and larger objects. In some embodiments, by maintaining or limiting the number of smaller objects **422** and medium objects stored in the cache as the storage is increased, the appliance **200** or cache manager **232** has more storage capacity for caching and serving larger objects.

**[0385]** At step **459**, the cache manager **232** may alter or maintain any of the object sizes and number of objects for any of the tiers in response to the change in storage size used by or allocated to the object cache **420**. In some embodiments, a user or administrator of the appliance **200** or cache manager **232** may configure or specify different object sizes and number of objects for each tier. In one case, the user or administrator may establish a new tier or remove a tier. In other embodiments, the cache manager **232** is designed and constructed to change the object sizes and number of objects for the tiers based on the change in the size of the storage for cache, the current number of objects and size of objects in each tier, the remaining available memory and/or storage, or any operations characteristics, such as frequency of access, number of cached hits per tier, number of missed cached opportunities and the number of concurrent users or connections.

**[0386]** The multiple tiered caching and index system described herein provides great flexibility and granularity in determining and managing memory and storage for caching objects to obtain desired performance based on the system's memory and disk specifications. Although generally described above in connection with an appliance **200** of FIG. **4**A, the method **450** and the multiple tiered cache system may be deployed on any node in a network, such as a client **102**, server **106**, a second appliance **200'** or another type of appliance **205'**.

**[0387]** Referring now to FIG. **4**C, another embodiment of a method **460** for managing the multiple-tier object index responsive to changes in size of memory used for the object cache is depicted. In brief overview, at step **451**, the size of the object index in memory is established to a predetermined size. The object index storing indexes to objects stored to tiers of storage used by the cache. The cache uses the first portion of the storage, or first tier, for storing objects smaller than or equal to a first object size and a second portion of the storage, or second tier, for storing objects larger than the first object size. At step **453**, the method includes identifying a maximum number of objects the cache is allowed to store to each of the portions of storage or tiers used by the cache **232**. At step **465**, the size of the memory for used for object indexes is altered or changed to a second size while the size of storage used by the cache remains unchanged. At step **467**, the cache manager **232** maintains the maximum number of objects the cache is allowed to store to the first portion of the storage or first tier below a predetermined threshold. At step **469**, the cache manager **232** may alter or maintains the object size and number of objects of one or more tiers of the cache in response to the change in memory size.

**[0388]** In further details, at step **451** and discussed above in conjunction with FIG. **4**B, the appliance **200** or cache manager **232** establishes a predetermined size of memory **122** for the object index **410**. In one embodiment, the predetermined size of memory to be used by the cache is established in relation to or proportional to a size of the storage used for the object cache **420**. In some embodiments, the size of memory allocated to the object index **410** may represent any ratio of memory to storage used by the cache. In other embodiments, the cache manager **232** allocates a portion of memory for the object index **410** based on the available memory in the device. In some embodiments, a user or network administrator determines the size of memory to be used by the cache **232**. For example, a user may configure the cache manager **232** to use a predetermined amount of memory.

**[0389]** As also discussed above in conjunction with FIG. **4**B, a step **451**, the cache manager **232** establishes a first portion or storage tier used by the cache for storing objects smaller than or equal to a first maximum object size **412**. The cache manager **232** also establishes a second portion or storage tier used by the cache for storing objects larger than the first maximum object size. In one embodiment, the cache manager **232** may establish and maintain two, three or four or more tiers with any object sizes and number of objects desirable for the operation and performance of the cache **232**.

**[0390]** At step **453** and as also discussed above in conjunction with FIG. **4**B, the appliance **200** and/or cache manager **232** identifies or establishes the number of objects the cache manager **232** may be allowed store to each of the portions or tiers of the cache. In some embodiments, the cache manager **232** establishes a maximum object size **412**, **414**, **416** and maximum number of objects **413**, **415**, **417** for a plurality of portions, or tiers of the cache.

**[0391]** At step **465**, the size of memory used by or allocated to the cache and/or the object index **410** may be changed. In one embodiment, the memory **122** is replaced with a second storage **122'** having a greater or smaller memory capacity. In some embodiments, a second memory element **121'** is added to the device **100** to increase the memory capacity available for use as the object index **410**. In another embodiment, the appliance **200** or cache manager **232** establishes or allocates a greater or smaller portion of memory **122** for use by the cache. In some embodiments, a user or administrator of the appliance **200** changes the size of memory allocated to use for the object index **410**. In yet another embodiment, a portion of memory **122** may become corrupted or otherwise not useable by the cache and/or object index. In these embodiments, the memory capacity available for the object index **410** may be decreased.

**[0392]** In one embodiment, upon altering the size of the memory used for the object cache **232**, the size of storage for the object cache **420** may be maintained. For example, at step **451**, a 10 MB object index **410** may be used for a 20 GB object store **420**. The portion of memory **122** used for the object index **410** may be increased to 20 GB but the storage size of the object cache **420** maintained at 20 MB. In another embodiment, upon altering the size of the portion of memory **122** established for the cache **232**, the size of storage for the object cache **420** may be decreased. For example, the size of storage for the object storage **420** may be decreased from 20 MB to 15 MB although the portion of memory used for the object index **410** maintains the same, is increased or decreased.

**[0393]** In yet another embodiment, the size of storage used for or allocated to the object cache **420** may be increased or decreased but not to the same proportions or ratios to the increase or decrease of the size of memory used by or allocated to the object index **410**. For example, the size of memory used for the object index **410** may be set to a 1 MB to 1 GB ratio to the size of storage used for the object cache **420**, such as 10 MB of memory to 10 GB of storage. The size of the memory used for the object index **410** may double from 20 MB to 40 MB while only increasing the size of storage for the object cache **420** by a relatively smaller ratio, such as to 1.2 GB. Likewise, the size of the memory allocated to the object index **410** may be reduced by a half to 5 MB while the size of storage for the object cache **420** is decreased by a higher ratio, such as to 250 MB.

**[0394]** At step **467**, the cache manager **232**, in one embodiment, maintains the maximum number of objects **412** and/or maximum size of objects **413** below a predetermined threshold in response to altering memory size used by the object cache. In one embodiment, although the amount of memory used by the object index **410** has changed, the cache manager **232** does not change the maximum number of objects **413** or maximum object size **412** for the first tier. In another embodiment, the cache manager **234** may not also change the maximum number of objects **413** or maximum object size **414** for the second tier in response to the change in memory used by the cache. In some embodiments, the cache manager **232** increases or decreases the object size **412** or number of object **413** but maintains the increase or decrease within a predetermined threshold. For example, if the memory used for the object index **410** increased by a predetermined amount, such as 20%, the cache manager **232** may increase the object size **412** or number of objects **413** for the first tier by no more than 20%.

**[0395]** In this manner, the cache manager **232** better leverages the object index and object storage to cache object with more efficient use of storage. In some embodiments, the cache manager **232** more efficiently utilizes the second and third tiers of the cache without changing the storage size used by the cache to correspond to the change in memory size used by the cache. As such, the appliance **200** or cache manager **232** does not need to increase the storage size used for the object cache **430** because the size of memory used by the object index **410** has increased. Accordingly, the same amount of storage for the object cache **420** can be configured to support any size of the object index **410**, or memory used thereof. In some cases, this will reduce system or appliance upgrades maintenance, and configuration. A new memory element can be added or memory replaced without changing the storage on the appliance or system Furthermore, the device may more efficiently support or allow the use of storage by other applications, systems or resources while maintaining efficient performance or use of the cache.

**[0396]** At step **469**, the cache manager **232** may alter or maintain any of the object sizes and number of objects for any of the tiers in response to the change in memory size used by or allocated to the object index **410**. In some embodiments, a user or administrator of the appliance **200** or cache manager **232** may configure or specify different object sizes and number of objects for each tier. In one case, the user or administrator may establish a new tier or remove a tier. In other embodiments, the cache manager **232** is designed and constructed to change the object sizes and number of objects for the tiers based on the change in the size of the memory used by the cache, the current number of objects and size of objects in each tier, the remaining available memory and/or storage, or any operations characteristics, such as frequency of access, number of cached hits per tier, number of missed cached opportunities and the number of concurrent users or connections.

**[0397]** Referring now to FIG. **4**D, an embodiment of a method of storing objects in a cache **420** using multiple storage tiers **422-426** based on the size of objects and maintaining a number of smaller objects stored to the cache within a predetermined threshold is depicted. In brief overview, at step **471**, a size of a storage used for a cache **420** to store cached objects is established, where the cache **420** uses a first portion of the storage **422** for storing objects smaller than or equal to a first threshold object size **412** and a second portion of the storage **424** for storing objects larger than the first threshold object size **412** The number of objects **413** the cache **420** is allowed to store to the first portion of the storage **422** is identified at step **473**. At step **475**, the cache manager **232** receives an object for caching. At step **477**, the cache manager **232** determines in which portion of the storage **420**, the first portion **422** or the second portion **424**, to store the object based on a size of the object. At step **479**, the cache manager **232** may also maintain the number of objects **413** the cache **420** is allowed to store to the first portion of the storage **422** below a predetermined threshold.

**[0398]** In further detail, at step **471**, the appliance **200** or cache manager establishes a size of a storage to use for a cache **420** to store cached objects. The cache **232** uses a first portion of the storage **422** for storing objects smaller than or equal to a first threshold object size **412** and a second portion of the storage **424** for storing objects larger than the first threshold object size **412**. In some embodiments, the cache **420** resides on a client **102**. In other embodiments, the cache **420** resides on an appliance **200**. In one embodiment, the size of storage to be used by the cache is established in relation to or proportional to a size of the memory used for the object index **420**. In some embodiments, the size of storage allocated to the object cache **420** may represent any ratio of memory to storage used by the cache. In other embodiments, the cache manager **232** allocates a portion of storage for the object cache **420** based on the available storage in the device. In some embodiments, a user or network administrator determines the size of storage to be used by the cache **232**. For example, a user may configure the cache manager **232** to use a predetermined amount of storage.

**[0399]** At step **473**, in one embodiment, the appliance or cache manager also identifies a number of objects **413** the cache **420** is allowed to store to the first portion of the storage **422**. As also discussed above in conjunction with FIG. **4**B, the appliance **200** and/or cache manager **232** identifies or establishes the number of objects the cache manager **232** may be allowed store to each of the portions or tiers of the cache. In some embodiments, the cache manager **232** establishes a maximum object size **412**, **414**, **416** and maximum number of objects **413**, **415**, **417** for a plurality of portions, or tiers of the cache. In some embodiments, the cache manager **232** counts the number of current objects stored in the first portion of the storage **422**. In other embodiments, the cache manager **232** tracks the number of free space in the first portion of the storage **422**. In some other embodiments, the appliance **200** calculates the maximum number of objects allowed in the first portion of the storage **413** in response to the amount of storage space in the first portion of storage **422**.

**[0400]** At step **475**, the appliance or cache manager intercepts or otherwise receives an object for caching. In some embodiments, the appliance intercepts the object from a page communication between a client and a server. In other embodiments, the appliance receives the object from the client agent **120**. In some embodiments, the cache manager receives the object from a second appliance **200'**. In still other embodiments, the appliance receives the object from the server **106**.

**[0401]** At step **477**, the appliance or cache manger determines in which portion or tier of the object cache **420** to store the object based on a size of the object. In some embodiments, the method determines that the size of the object is smaller than or equal to the first threshold object size **412** and stores the object in the first portion of the object cache **422**. In other

embodiments, the method determines that the size of the object is larger than the first threshold object size **412** and stores the object in the second portion of the object cache.

**[0402]** At step **479**, the appliance or cache manager also maintains the number of objects **413** the object cache **420** is allowed to store to the first portion of the object cache **422** below a predetermined threshold. In some embodiments, the cache manager **232** determines the number of objects stored to the first tier **422** of the object cache has reached the predetermined threshold **413**. In other embodiments, the cache manager **232** does not store the received object in the cache **420** based on the determination that the number of objects stored to the first portion of the storage **422** has reached the predetermined threshold **413**. In still other embodiments, the cache manager **232** removes a previously cached object from the cache **420** based on the determination that the number of objects stored to the first portion of the storage **422** has reached the predetermined threshold **413**, and stores the received object in the cache **420**.

**[0403]** In another embodiment, the appliance or cache manager establishes a predetermined size of the second portion of storage **424** for storing objects larger than the first threshold object size **412**. In some embodiments, the appliance or cache manager identifies a second threshold object size for storing objects in the first portion of the storage **424**. In some other embodiments, the appliance or cache manager receives a second object for caching, and, in response to determining that the size of the second object is greater than the second threshold object size and less than the first threshold object size **412**, the cache manager stores the second object in the first portion of the storage **422**. In other embodiments, the appliance or cache manager receives a second object for caching, and, in response to determining a size of the second object is less than the second threshold object size, the cache manager does not store the second object to the cache **420**.

**[0404]** In another embodiment, the appliance or cache manager establishes a size of memory **122** used by the cache for indexing **410** objects stored to the storage of the cache **420**. In some embodiments, the cache manager maintains the size of memory **122** used by the cache **232** for indexing objects in response to a change in the size of the storage used by the cache **232**.

**[0405]** Referring now to FIG. **4**E, an embodiment of a method of storing objects in a cache using multiple storage tiers based on the size of objects and storing objects larger than an object threshold size to a portion of storage used by the cache is shown. In brief overview, the method at step **481** includes establishing a predetermined size for a first portion of storage used by a cache **232** for storing objects larger than a first threshold object size **412**, the cache **232** storing objects smaller than the first threshold object size **412** to a remaining portion of storage used by the cache. At step **483**, appliance or cache manager intercepts or otherwise receives an object for caching. At step **485**, the cache manager **232** determines a size of the object is greater than a first threshold object size **412**. In response to the determination, at step **487** the cache manager also stores the object in the first portion, or tier, of storage.

**[0406]** In further details, at step **481**, the appliance or cache manager establishes a predetermined size for a first portion of storage used by a cache **232** for storing objects larger than a first threshold object size **412**, the cache **232** storing objects smaller than the first threshold object size **412** to a remaining portion of storage used by the cache **422**. In some embodiments, the cache manager maintains a number of the objects the cache **232** is allowed to store to the remaining portion of the storage below a predetermined threshold **412**. In some other embodiments, the cache manager **232** determines the number of objects stored to the remaining portion of the storage has reached the predetermined threshold. The cache manager **232** may not storing a second received object smaller than the first threshold object size **412** to the remaining portion of the storage used by the cache. In some embodiments, the cache manager establishes a size of memory used by the cache **232** for holding indexes to objects stored to the object cache. In still other embodiments, the cache manager **232** maintains the size of memory used by the cache for indexing objects in response to a change in the size of the first portion of storage, or tier, used by the cache **232**.

**[0407]** In another embodiment, the appliance or cache manager establishes a second predetermined size for the remaining portion of the storage used by the cache **232** to store objects smaller than the first threshold object size **412**. In some embodiments, the cache manager determines whether the available space of first portion of storage **422** used by the cache is either at or near the predetermined size. If the available space of first portion of storage used by the cache **232** is at or near the predetermined size, the cache manager may increase the predetermined size of the first portion of storage by allocating space from the remaining portion of storage to the first portion of storage.

**[0408]** At step **483**, the appliance or cache manager receives an object for caching. In some embodiments, the appliance **200** receives the object from the client agent **120**. In other embodiments, the appliance **200** intercepts or receives the object from the server **106**. In another embodiment, the appliance intercepts the object, as the object is communicated from the client **102** to the server **106**. In some other embodiments, the appliance intercepts the object, as the object is communicated from the server to the client.

**[0409]** At step **485**, the cache manager determines whether the size of the object is greater than a first threshold object size **412**. The cache manager may identifying the received object's size from header information of the object. In other embodiments, the cache manager **232** computes the size of the object. In one embodiment, the cache manager **232** estimates the size of the object. In another embodiment, the appliance **200** or cache manager **232** receives the object's size via the network stack, such as via any API. The cache manager may compare the object's determined size with the first threshold object size **412** In response to the determination, at step **487**, if the object's size is less than the first threshold object size, the cache manager stores the object in the first portion or tier of storage **422**. If the cache manager determines that the object's size is greater than the first threshold object size, the method stores the object in the second portion or tier of storage **424**.

**[0410]** In one embodiment, the cache manager receives a second object, and determines that the size of the second object is less than the first threshold object size **412**. In some embodiments, the cache manager stores the second object to the remaining portion of storage used by the cache **232** if space is available to store the second object. In other embodiments, the cache manager determines the remaining portion of storage used by the cache **232** does not have space available to store the second object. In some embodiments, the cache manager does not store the second object to the cache **420**. In still other embodiments, the cache manger removes a previ-

ously cached object from the remaining portion of storage used by cache **232** and stores the second object in the remaining portion of storage.

**[0411]** Referring now to FIG. **4**F, an embodiment of a method of managing the size of objects stored in a cache using multiple storage tiers based on the size of objects is depicted. The method includes allocating a portion of storage used by the cache for storing larger objects. In brief overview at step **491**, the size of memory used by a cache **232** is established for holding indexes **410** to objects stored to in the object cache. The storage used by the cache has a predetermined storage size. At step **492**, the cache manager establishes a first predetermined size of a first portion of a storage used by the cache for storing objects larger than a first threshold object size. At step **492**, the cache **232** uses a second portion of the storage of the cache to store objects smaller than the first threshold object size. At step **495**, the size of memory or the storage size used by the cache **232** may be changed or altered. At step **497**, the cache manager may also maintain the first predetermined size of the first portion of the storage used by the cache **232** in response to changing either the size of memory or the storage **128** size used by the cache.

**[0412]** In further detail, at step **491**, the appliance or cache manager establishes the size of memory used by a cache **232** for holding indexes **410** to objects. The object indexes correspond to objects stored to an object storage. The cache manager may establish the size of memory based on the available memory of the device. In some embodiments, the cache manager may establish the size of memory based on the size of storage available to the cache.

**[0413]** At step **493**, the appliance or cache manager establishes a first predetermined size of a first portion of a storage used by a cache **232** for storing objects larger than a first threshold object size. The cache **232** may use a second portion of the storage to store objects smaller than the first threshold object size. In some embodiments, the cache manager identifies the number of objects the cache **232** is allowed to store to the first portion of the storage

**[0414]** At step **495**, the size of memory **122** or the storage size used by the cache **232** is changed. In some embodiments, the size of memory used by the cache is changed. In other embodiments, the size of storage used by the cache is changed. In another embodiment, the size of storage and size of memory used by the cache is changes.

**[0415]** At step **499**, the cache manager may also maintain the size of the first portion of the storage of the cache **232** in response to changing either the size of memory or the storage size used by the cache. In some embodiments, in response to changing either the size of memory or the storage size used by the cache **232**, the cache manager maintains the number of objects the cache **232** is allowed to store to the first portion of the storage. In other embodiments, in response to changing either the size of memory **128** or the storage size used by the cache **232**, the cache manager **232** adjusts the first threshold object size. In still other embodiments, the cache manager adjusts the number of objects the cache **232** is allowed to store to the second portion of the storage while maintaining the first predetermined size of the first portion of the storage. In some other embodiments, the cache manager adjusts the number of objects the cache is allowed to store to the first portion of the storage in response to changes in either the size of the memory or the storage size used by the cache. In other embodiments, the cache manager adjusts the number of objects the cache **232** is allowed to store to the second portion of the disk relative to an amount of change to either the size of the memory **128** or the storage size used by the cache.

**[0416]** In another embodiment, the cache manager establishes a second threshold object size for objects the cache **232** is allowed to store to the second portion of the storage. The second threshold object size may be smaller than the first threshold object size. In some embodiments, the cache **420** includes a third portion of the storage **128** established for storing objects smaller than the second threshold object size. In other embodiments, the cache manager adjusts the second threshold object size in response to changes in either the size of memory or the storage size used by the cache.

E. Systems and Methods for Providing Security and Reliability Techniques in Proxying Connections

**[0417]** Referring now to FIGS. **5**A and **5**B, systems and methods for an appliance **200** to provide security and/or reliability to proxying a connection, such as a transport layer connection, are depicted. In one embodiment, the appliance **200** using the tagged SYN and SYN-ACK packet techniques described above in connection with the automatic LAN/WAN detection functionality can defer accepting proxying a connection request until receipt of an acknowledgement that the connection has been established. Instead of accepting responsibility to proxy or accelerate a transport layer connection upon receiving the initial SYN packet from a requester of the connection, the appliance **200** described herein may defer responsibility for the connection until the server's SYN-ACK response packet is received and/or an end-to-end connection with the requestor has been established. This technique provides reliability and security advantages. If the server would refuse to accept the connection requested by the client, then the server may refuse to accept a connection from the appliance **200** on behalf of the client **102**. If the server is not available to accept the client's connection request, then the appliance should not accept responsibility for proxying or accelerating a connection that will not be established or not be reliable.

**[0418]** This technique can also be applied to the application or session level sessions and connections as well as cached objects. In some embodiments, the appliance **200** can defer proxying or accelerating an application or session level connection request until a server accepts the application or session level connection and/or an end-to-end session has been established. For example, the appliance **200** may defer the protocol accelerator **234** from accelerating HTTP application traffic until an HTTP session been established with a web server **106**.

**[0419]** In other embodiments, the appliance **200** may defer serving objects stored in a cache **232** until the appliance **200** determines the server providing the object would serve the object to the client. The appliance **200** may defer access to cached data by forwarding requests to the origin server instead and waiting until the appliance **2002** determines a successful transfer of the object has occurred or will occur. For example, the appliance **200** may serve the object from the cache upon receiving an "OK" response. In another example, the appliance **200** may receive a "Forbidden" or "Authentication Required" or "Gateway Timeout" or "Not Found" message and determine not to serve the object from the cache **232**. In this way, the appliance **200** only serve object that server would authorize for transfer to the client. Also, if the server is not available to serve the object, this technique

prevents the appliance **200** from serving an object which the server may not be available to server.

**[0420]** Referring to method **500** of FIG. **5**B in view of the bottom portion of the diagram of FIG. **5**A, an embodiment of a technique for deferring responsibility for proxying and/or accelerating a connection is depicted. In brief overview, at step **505**, the appliance **200** intercepts a connection request from a client **102** to a server **106**. At step **510**, the appliance **200** identifies the connection request and forwards the request to the destination, such as a server **106**. At step **515**, the appliance **200** defers acceptance of proxying and/or accelerating the connection until receiving a response from the server **106**. At step **520**, the appliance **200** determines whether to proxy and/or accelerate the connection based upon the response received from the server **106**. At step **525**, the appliance **200** proxies and/or accelerates the connection if the server accepts the connection or an end-to-end connection is established. At step **530**, the appliance **200** may not proxy and/or accelerate the connection if the server does not accept the connection or an end-to-end connection is established.

**[0421]** In further details, at step **505**, the appliance **200** may intercept or otherwise receive any type and form of connection or session request. Although generally referred herein as a connection request, for example, a transport layer connection, a connection may include session layer connections or application layer connections, which may also be referred to as sessions. In one embodiment, the appliance **200** receives a transport layer connection request from a client **102** to a server **106**. In another embodiment, the appliance **200** intercepts or receives an application or session layer connection request of a client **102** to a server **106**. For example, in one embodiment, the appliance **200** intercepts an ICA or RDP session request to a server **106**, such as via application delivery system **290** as depicted in FIG. **2**A. In another example, the appliance **200** intercepts an HTTP session request to a sever **106**, such as a web server. In some embodiments, the appliance **200** intercepts the connection request transparently to the client **102** and/or server **106**. In one embodiment, the appliance **200** is a transparent proxy or transparent intermediary between the client **102** and the server **106**. In other embodiments, the appliance **200** is a known proxy to the client **102** and the client **102** transmits the request to the appliance **200**.

**[0422]** At step **510**, the appliance **200** identifies the intercepted communication from the client **102** as a connection request. In some embodiments, the appliance **200** determines the client **102** has transmitted a SYN packet to request a transport layer connection with a server **106**. In other embodiments, the appliance **200** determines from an application or session layer of a network packet from the client **102** that the client is requesting to establish an application session with a server **106**. In one embodiment, the appliance **200** determines from a session or application layer of the network packet that the client **102** is requesting an ICA or RDP session with a server **106**. In another embodiment, the appliance **200** determines from a session layer of the network packet that the client **102** is requesting a Secure Socket Layer (SSL) or Transport Layer Security (TLS) session with a server. In yet another embodiment, the appliance **200** determines form an application layer of the network packet that the client **102** is requesting to establish an HTTP based session with an HTTP server.

**[0423]** At step **515**, the appliance **200** defers performing any proxying or accelerating function of the appliance on the request or the connection of the request. The appliance **200** forwards the intercepted communication to the intended destination, or server **106**. The appliance **200** may track the request and/or establishment of the requested connection in any type and form of data structure or table, such as a connection table. In some embodiments, the appliance **200** tracks whether or not a response to the forwarded request is received from the server **106**. For example, in some embodiments, the server **106** may be down and the request times out.

**[0424]** In one embodiment, the appliance **200** defers proxying and/or acceleration the connection request only for a first connection request from a user or client. In other embodiments, the appliance **200** defers proxying and/or accelerating the connection for each connection request from a user or client. In yet other embodiments, the appliance defers accepting the connection for proxying or accelerating if the request is received from a client or user that has not requested the connection before. In still further embodiments, the appliance defers proxying or accelerating the connection if the request is received from the same user or client or a different user or client exceeds a predetermined time threshold of a previous connection request. In yet another embodiment, the appliance defers proxying or accelerating a connection request between a client and server previously proxied or accelerated by the appliance upon detection of a security or reliability issue. For example, the appliance **200** may detect the server **106** was unavailable at a time between connection requests. In another example, the appliance **200** may have detected a security breach or violation to the server from the same client or another client.

**[0425]** At step **520**, the appliance **200** determines whether to proxy and/or accelerate the connection based upon the response received from the server **106**. In one embodiment, the appliance **200** receives a response from the server indicating the server accepts or has accepted the client's connection request. For example, in the case of a transport layer connection request, the appliance **200** receives or intercepts a SYN-ACK packet transmitted by the server **106** to the client **102**. In another example, the appliance **200** receives or intercepts an HTTP OK message in response to a session request. In a further example, the appliance **200** receives or intercepts the next expected response in a multiple transaction handshake between a client and server, such as for SSL. In some embodiments, the appliance **200** intercepts a response from the client of the server's response to the client's connection request. In one embodiment, the appliance **200** determines to accept responsibility for the connection only if the client **102** accepts the server's response to the client's connection request.

**[0426]** In some embodiments, the appliance **200** receives a response from the server **106** that the server does not accept the connection. In one embodiment, the appliance **200** receives a message indicating there was an error with the connection request. In another embodiment, the appliance **200** receives a message from the server **106** indicating that the server **106** does not authorize a connection from the client **102** or a user of the client **102**. In some embodiments, the appliance **200** receives a message from the server **106** indicating that the server requires authentication of the client or user of the client **102** before establishing the connection. In yet another embodiment, the appliance **200** receives a message that the server **106** is too busy to accept the connection, has reached a maximum number of connections or is otherwise not allowing any more connections.

**[0427]** In still further embodiments, the appliance **200** receives a network packet or message indicating the request to the server has timed out. In another embodiment, the appliance **200** receives a network packet or message indicating the server is not reachable or is not routable via a network. In yet another embodiment, the appliance **200** does not receive any response from the server to the request. In one embodiment, the appliance **200** determines the request to the server has not be been responded by the server within a predetermined time threshold, and thus, identifies the server as down or otherwise unavailable.

**[0428]** If the appliance **200** receives an indication the connection or session has been accepted by the server or that an end-to-end connection or session between the client and server has been established, then, at step **525**, the appliance **200**, in one embodiment, accepts responsibility to proxy the connection. In some embodiments, the appliance **200** determines to perform any acceleration or proxying technique on the connection. For example, the appliance **200** may perform any of the flow control, transport control protocol optimization, acceleration, the compression and/or caching techniques described herein. In other embodiments, the appliance **200** may perform a first one or more proxying or acceleration technique of a plurality of techniques before receiving the server's acceptance of the connection or session or detecting an end-to-end connection or session has been established. Then, upon detecting the acceptance or establishment of the connection or the session, the appliance **200** may perform a second set of one or more additional proxying or acceleration techniques of the plurality of techniques.

**[0429]** If the appliance **200** receives an indication the connection or session has not been accepted by the server or that an end-to-end connection or session between the client and server has not been established, then the appliance **200**, at step **530**, may determine not to accept responsibility for proxying a connection or session between the client and server **106**. In some embodiments, the appliance **200** continues transparently to intercept and forward communications between the client and the server without performing any functionality to the intercepted communications. In one embodiment, the appliance **200** may perform a first one or more proxying or acceleration techniques on the connection or session until receipt from the server that the server has not accepted the connection or session. In response, the appliance **200** may either stop performing the first ser of one or more proxying/acceleration techniques or determine not to perform any additional proxying or acceleration techniques.

**[0430]** Referring now to method **550** of FIG. **5**B in view of the top portion of the diagram of FIG. **5**A, an embodiment of a technique for deferring serving a cached object until security and/or reliability of serving the object can be can be determined from the server. In brief overview, at step **555**, the appliance **200** intercepts or otherwise receives a request for an object from a client **102** to a server **106**. At step **560**, the appliance **200** determines the object is stored in a cache, such as a cache **232** of the appliance. At step **565**, the appliance **200** defers providing the object from the cache until receiving a response for the object forwarded by the appliance to the server **106**. At step **570**, the appliance **200** determines whether to server the object from the cache based upon the response received from the server **106**. At step **575**, the appliance **200** determines to the serve the client the cached object. At step **580**, the appliance **200** determines not to serve the object from the cache.

**[0431]** In further details, at step **555**, the appliance **200** may intercept or otherwise receive any type and form of request for an object from a server. In one embodiment, the appliance **200** intercepts a transport layer network packet having a payload identifying a request for an object. In another embodiment, the appliance **200** intercepts application layer network traffic and identifies a request for an object in the application layer data. For example, in some embodiments, the appliance **200** intercepts network packets and determines that the network packets include an HTTP request for an object. In other embodiments, the appliance **200** may receive a request from the client **102** for an object in a cache, such as the cache **232** of the appliance **200**.

**[0432]** At step **560**, the appliance **200** determines the object identified by the request is stored in a cache. In one embodiment, the appliance **200** identifies, parses, extracts or otherwise determines a name or identifier of the object of the request, such as the uniform resource locator of the request. In some embodiments, the appliance **200** uses an index comprising a hash of the name or identifier of the object to determine if the object exists in the cache. In one embodiment, the cache index may be maintained in memory while the cached object is stored on a disk of the appliance **200**. In other embodiments, the cache manager **232** determines if the object exists in the cache by a query or any other means the cache manager uses for tracking the location or existence of object in a cache. In some embodiments, the cache **232** resides on the appliance **200**. In other embodiments, the cache **232** is located on another device **100**, such as an appliance **200'**, **205** or server **106**. In further embodiments, the appliance **200** may transmit a message or request to a cache manager on the appliance or another device **100** to determine if the object exists or is located in the cache.

**[0433]** At step **565**, the appliance **200** defers providing the object from the cache until receiving a response for the object forwarded by the appliance to the server **106**. In one embodiment, although the object is located in the cache, the appliance **200** forwards the request for the object to the intended destination or server **106**. In some embodiments, the appliance **200** waits for a response to the request from the server before serving the object located in the cache or before deciding to serve the object found in the cache. In another embodiment, the appliance **200** does not forward the client's request but instead generates a second request or packet for a status of the object, header information of the object or a conditional request for the object. In still other embodiments, the appliance **200** generates a second request or packet to determine if the server is available, reachable or otherwise able to server the object.

**[0434]** In some embodiments, the appliance **200** defers serving the object from the cache only for the first request for the object from a user or a client. In other embodiments, the appliance **200** defers serving the cached object for each request from a user or client. In yet other embodiments, the appliance defers serving the cached object only if the request is received from a client or user that has not requested the object before. In still further embodiments, the appliance defers serving the cached object if the request is received from the same user or client or a different user or client after expiration of a predetermined time threshold of a previous request for the object. In yet another embodiment, the appliance defers serving a cached object to a client to which the appliance previously served the same object or upon request of a different object if the appliance detects or has detected a

security or reliability issue. For example, the appliance **200** may defer serving a cached object if the appliance has detected the server **106** was unavailable at a time between object requests. In another example, the appliance **200** may defer serving a cached if the appliance has detected a security breach or violation to the server from the same client or another client.

**[0435]** At step **570**, the appliance **200** determines whether to serve the object from the cache based upon the response received from the server **106**. If the server provides a response indicating the server would transfer the object to the client, is available to the serve the object, or authorizes or allows the client or user of the client to receive the object, then at step **575**, the appliance **200** serves the object from the cache in response to the client's request. If the server provides no response or a response indicate the server is not available, the server would not transfer the object to the client, or the server does not allow or authorize the client or user of the client to receive the object, then at step **580**, the appliance **200** does not serve the object from the cache in response to the client's request.

**[0436]** In one embodiment of step **575**, the appliance **200** receives a portion of the transfer of the object to the client indicating that the server is transmitting the object to the client. Upon receipt or interception of this portion of the transfer, the appliance **200** may respond to the client's request with the object stored in the cache. In some embodiments, upon intercepting or receiving an HTTP OK indicator of an HTTP object transfer of an HTTP object request, the appliance **200** transmits a response to the client's request using the object stored in cache instead of the object currently being received by the appliance **200**. For example, the protocol accelerator **234** of the network optimization engine **250** may be HTTP aware to identify an HTTP transfer of the object, including any leading header or status information. In another embodiment, the appliance **200** waits for a complete transfer of the object from the server to be intercepted or received by the appliance **200**. For example, the appliance **200** may wait for the complete transfer of the object upon a second request for the object or a request for the object after a predetermined time threshold. In one embodiment, upon a complete or successful transfer of the object received by the appliance, the appliance **200** responds to the client's request with the cached object. In some embodiments, the appliance **200** responds to the client's request with the object received from the server **106**. In another embodiment, the appliance **200** responds to the client's request with the cached object and updates the cached object based on the object received from the server.

**[0437]** In some embodiments, the appliance **200** receives a response indicating the server is available or the server is reachable on the network. Upon receipt of such a response, the appliance **200** in one embodiment serves the object from the cache in response to the client's request. In another embodiment, the appliance **200** may receive a response from a conditional request for the object that the object has not changed. Upon receipt of this response, in another embodiment, the appliance **200** transmits a response to the client's request with the cached object. In some embodiments, the appliance **200** may receive a response from a conditional request for the object that the object has changed and the response includes an updated version of the object. Upon receipt of this response, in other embodiments, the appliance **200** may transmit a response to the client's request with the cached object or with the updated version of the object. In still other embodiments, the appliance **200** may forward the server's response to the client without the cached object. In yet other embodiments, the appliance **200** may forward the server's response to the client with the cached object.

**[0438]** At step **580**, the appliance **200** determines not to serve the object from the cache. In one embodiment, the server **106** transmits a response that the client or user of the client is not allowed or authorized to receive the object. In some embodiments, the server transmits a response that the client or user of the client requires authentication before receiving the object. In some embodiments, the server **106** transmits a response that the server no longer has the object or the object is no longer valid. In still other embodiments, the server **106** does not send a response or otherwise the appliance **200** determines the request to the server for the object or status of the object has timed out. In another embodiment, the appliance **200** receives a response indicating the server is not available or is not reachable. In other embodiments, the appliance **200** receives a response indicating the server is too busy to server the object or is not accepting any more requests at this time. In any of these embodiments, the appliance **200** may choose not to serve the object from the cache in response to the client's request. In some embodiments, the appliance **200** forwards the server's response to the client **102** instead of the object from the cache. In one embodiment, the appliance **200** via cache manager **232** removes the object from the cache. In another embodiment, the appliance **200** via cache manager **232** expires the object in the cache.

**[0439]** Any of the techniques or portions thereof, of method **500** and **550** described above may be performed together in the same appliance **200** or in a plurality of appliances acting in conjunction or cooperation with each other. In some cases, one appliance **200** may perform method **500** while a second appliance **200'** may perform method **550**.

**[0440]** Furthermore, the determination of proxying or accelerating a connection or for caching objects in method **500** or method **550** may be identified, specified or configured via a one or more policies of a policy engine **295** of the appliance **200** or server **106**. For example, the policy engine **295** may specify the type or content of server responses or other conditions for which the appliance **200** should proxy or accelerate a connection or serve a cached object.

**[0441]** In yet other embodiments, the appliance **200** may make a determination on proxying, accelerating or caching in accordance with the techniques of methods **500** and **550** based on information from any end point detection and authorization. For example, as described in connection with FIG. **3**, a collection agent **302**, or client agent **120**, may transmit a variety of information identifying a status, condition, operation, attribute, profile or characteristic of the client **102**. The appliance **200** may determine when and how to defer and accept to proxy, or accelerate a connection or when and how to defer and server a cached object in accordance with the techniques of method **500** and **550** based on this end point detection information. Additionally, the appliance **200** may use a combination of policies and end point detection information to determine when and how to defer and accept to proxy and/or accelerate a connection or when and how to defer and serve a cached object.

F. Systems and Methods of Performing Parallel Revalidation of Cached Objects

**[0442]** Referring now to FIGS. **6**A and **6**B, systems and methods for performing a technique referred to as parallel

revalidation are depicted. This parallel revalidation technique minimizes the problem of serving outdated data in the cache considered fresh as its freshness period has not expired although the object is outdated on the server. When serving a cached object to a client request, the cache may not be aware that the object has changed on the originating server. The cache may serve the object multiple times while the freshness period has not expired. With the parallel revalidation technique described herein, the cache revalidates the object with the originating server in parallel with serving the cached object in response the request. For example, if the object in the cache is still considered fresh, the cache serves the object to the client immediately, but, in parallel, the cache also transmits a conditional request to the server. If the object has changed after all, the cache gets an updated copy in response to the conditional request, and future object requests will get the updated object in the cache. Otherwise, you get a response that reports that it has not been modified.

**[0443]** FIG. **6**A depicts an example embodiment of an appliance based system for serving and revalidating an object in a cache. Although this technique will be described generally in reference to a cache of the appliance **200**, this technique as described in conjunction with FIG. **6**B can be performed by any device having a cache, such as the client **102** or another intermediary device, such as device **205**.

**[0444]** Referring now to FIG. **6**B, an embodiment of a method **600** of parallel revalidation is depicted. In brief overview, at step **605**, the appliance **200** intercepts or otherwise receives a request for an object from a client **102**. At step **610**, the appliance **200** identifies the object of the request and determines the object is located in the cache **232**. At step **615**, the appliance **200** transmits, in response to the determination, the cached object to the client. At step **620**, also in response to the determination, the appliance transmits a request for a status the object from an originating server. The appliance may serve the object at step **615** and transmit a request at step **620** substantially simultaneously to each other. At step **625**, the appliance **200** receives a status of the object or an updated copy of the object from the server. Based on the response from the server, the appliance **200** updates the cache accordingly. If the object has changed, the appliance **200** stores the updated object to the cache **232**.

**[0445]** In further detail, at step **605**, the appliance **200** intercepts or otherwise receives any type and form of request for an object from a client **102**. In one embodiment, the appliance **200** intercepts a request for an object via an application layer protocol. For example, in some embodiments, the appliance **200** intercepts an object request via the HTTP protocol. In one embodiment, the protocol accelerator **234** of the network optimization engine **250** is HTTP aware and identifies an object request over HTTP from the client **102**. In yet another embodiment, the client requests via a transport layer connection an object from the appliance **200** or cache **232**.

**[0446]** At step **610**, the appliance **200** the appliance **200** determines the object identified by the request is stored in a cache. In one embodiment, the appliance **200** identifies, parses, extracts or otherwise determines a name or identifier of the object of the request, such as the uniform resource locator of the request. In some embodiments, the appliance **200** uses an index comprising a hash of the name or identifier of the object to determine if the object exists in the cache. In one embodiment, the cache index may be maintained in memory while the cached object is stored on a disk of the appliance **200**. In other embodiments, the cache manager **232** determines if the object exists in the cache by a query or any other means the cache manager uses for tracking the location or existence of object in a cache. In some embodiments, the cache **232** resides on the appliance **200**. In other embodiments, the cache **232** is located on another device **100**, such as an appliance **200'**, **205** or server **106**. In further embodiments, the appliance **200** may transmit a message or request to a cache manager on the appliance or another device **100** to determine if the object exists or is located in the cache.

**[0447]** Based on determining that the object exists or is located in the cache, the appliance transmits the, the cached object to the client **102** in response to the client's request at step **615** and at step **620**, also transmits a request for a status the object from an originating server. In one embodiment, the appliance serves the object at step **615** and transmits a request for a status of the object at step **620** substantially simultaneously or concurrently to each other. In another embodiment, the appliance serves the object at step **615** and transmits a request for a status of the object at step **620** in parallel to each other. In other embodiments, the appliance transmits the request for a status of the object at **620** prior to serving the cached object to the client at step **615**. In one embodiment, the appliance serves the cached object to the client at step **615** before transmitting the request for the status of the object at step **620**.

**[0448]** In some embodiments, the appliance **200** executes code or executable instructions for transmitting the request to the server for a status of the object is executed immediately before or after the executable instructions to serve the object from the cache to the client **102**. In other embodiments, the executable instructions for serving the cached object to the client **102** execute in a separate process, service, driver, task or thread and at the same time as or concurrently with the executable instructions in a process, service, driver task or thread for requesting the status of the object from the server. In some embodiments, the transmission of the cached object to the client at step **615** occurs within a predetermined time period of the transmission of the request of the status of the object to the server at step **620**, or vice-versa. The predetermined time period may be configurable and set by the appliance. In some embodiments, the predetermined time period may be set in the order of milliseconds or based on a packet processing timer of the packet processing engine. For example, the predetermined time period may be 1 ms, 2 ms, 3 ms, 4 ms, 5 ms, 10 ms, 25 ms, 50 ms or 100 ms. In other examples, the predetermined time period may be any value between 1 ms and 1 second.

**[0449]** In some embodiments, the appliance **200** at step **620** transmits a status of the object. In one embodiment, the appliance **200** transmits the request via an application layer protocol, such as HTTP. In other embodiments, the appliance **200** transmits a conditional get of the object. For example, the appliance **200** transmits a conditional HTTP get request. In yet another embodiment, the appliance **200** transmits a request to obtain the current version of the object from the server **106**. In one embodiment, the appliance **200** forwards to the server the request of the client intercepted by the appliance.

**[0450]** At step **625**, the appliance **200** receives a status of the object or an updated copy of the object from the server. In one embodiment, the appliance **200** receives a status that the object has not changed. In another embodiment, the appliance **200** receives a status that the object has changed. In some embodiments, the status indicates an identifier of a version of

the object. In other embodiments, the appliance **200** receives an updated copy of the object. In yet another embodiment, the appliance **200** receives those portions of the object has changed instead of an entire updated copy of the object. Based on the response from the server, the appliance **200** updates the cache accordingly. If the object has changed, the appliance **200** stores the updated object or the changes to the object to the cache **232**. In some embodiments, the appliance **200** updates the version information of the object in the cache **232**. In another embodiment, the appliance **200** updates the expiration period for the cached object. In other embodiments, the appliance **200**, for example, via the cache manager **232**, updates the status of the object in the cache to indicate the object is fresh or up-to-date.

**[0451]** In one embodiment, while revalidating the cached object in parallel to serving the cached object to a first requests for the object, the appliance **200** receives a second request for the object from the same client **102** or a different client **102'**. In some embodiments, the appliance **200** performs a second revalidation of step **620** in response to the second request. In other embodiments, the appliance **200** is aware the revalidation of the first request of the object has recently occurred or is occurring and does not transmit a request for a status of the object to the server in response to the second request. In another embodiment, the appliance **200** in response to the second request determines the remaining period of the expiration of the cached object in within a predetermined threshold and in response to the determination, the appliance **200** does not transmit a request for a status of the object. In some embodiments, the appliance **200** in response to the second request determines the remaining period of the expiration of the cached object exceeds a predetermined threshold and in response to the determination, the appliance **200** transmits a request for a status of the object. In still another embodiment, the appliance **200** serves the object received from the server at step **625** in response to the first request and serves the received object to the client in response to the second request.

**[0452]** As mentioned above, the techniques of method **600** may be performed on any device although generally described in connection with the appliance **200**. In one embodiment, a client agent **120** having the network optimization engine **250** discussed herein in conjunction with FIG. **3** may perform the techniques of method **600**. In other embodiments, the techniques of method **600** may be performed on any device in the network path between a client and a server, including either the client or server or a second appliance **200'** or **205'**. In some embodiments, the cache management functionality may reside on a first device, such as the client **102** or appliance **200** while the cache storing the object resides on a second device, such as a server **106**, or second appliance **200'** or **205**.

**[0453]** Furthermore, the appliance **200** may determine which objects to perform parallel revalidation based on one or more policies of a policy engine **295**. A policy may identify objects to serve and revalidate based on one or more of the following: 1) the size of the object, 2) the type or identifier of object, 3) the client requesting the object or any attributes or characteristics of the client 4) the server originating the object or any attributes or characteristics of the server 5) the user or group of the user, 6) the remaining time period of the cached object, and 7) frequency of object updates.

G. Systems and Methods of Providing Speculative QoS to Prefreshening/Prefetching Objects

**[0454]** Referring now to FIGS. **7**A and **7**B, systems and methods for techniques of providing Quality of Service (QoS) to speculative prefetching of objects are depicted. As the appliance **200** described herein has the ability to determine the link speed of a network connection as well as allocating bandwidth and controlling flow of network traffic in real time provides an advantage in performing QoS for prefetching. Since speculative requests compete with real requests or other requests from clients to servers, the techniques described herein provides a mechanism for prefetching objects to better utilize idle bandwidth and reduce network contention with non-prefetching requests. The technique tags, encodes or otherwise identifies prefetching requests as speculative so that an appliance transmits the request as a lower priority than other request and when idle bandwidth is available.

**[0455]** Referring now to FIG. **7**A, an appliance **200** having a network optimization engine **250** is depicted. In brief overview, the appliance **200** intercepts or otherwise receives communications, such as pages served from an originating server **106** or transmitted via another appliance **200'** and forwards the page to the requesting client. The intercepted page may identify one or more objects, for example via uniform resource locators or hyperlinks. The appliance via the prefetcher **704** generates a speculative request **750** to obtain the object from a remote server **106**. The request may be considered a prefetch in that the user receiving the page may have not yet requested the object identified by the page but the appliance **200** requests the object in anticipation of intercepting a request for the object from the user. The request is identified as speculative to indicate to a transmitter or the appliance that the request has a lower priority for transmission than non-speculative requests. The appliance **200** includes a bandwidth detector **704** that detects idleness or availability of bandwidth of one or more network connections of the appliance **200**. In response to the bandwidth detector **702** detecting bandwidth availability, the prefetcher **704** transmits the speculative request to prefetch the object to the originating server **106**. In some embodiments, the appliance **200** depicted in FIG. **7**A is used for accelerating application protocol layer traffic such as HTTP traffic.

**[0456]** The network optimization engine **250**, or any portion thereof, such as the protocol accelerator **234**, may include the bandwidth detector **702**. The bandwidth detector **702** may include software, hardware or any combination of software and hardware. The bandwidth detector **702** may comprise an application, program, script, library, process, service, driver, task, thread or any type and form of executable instructions. The bandwidth detector **702** includes or provides logic, business rules, functions or operations for determining an availability, idleness or utilization of network bandwidth for one or more network links or connections. In one embodiment, the bandwidth detector **702** measures round-trip or response times to a server **106**. In other embodiments, the bandwidth detector **702** determines the number of packets on a queue waiting to be transmitted. In some embodiments, the bandwidth detector **702** detects the transition of a queue of network packets from empty to non-empty and vice-versa.

**[0457]** In yet other embodiments, the bandwidth detector **702** measures the utilization of a port or network connection of the appliance. In another embodiment, the bandwidth detector **702** determines the number of active connections, active users, or concurrent connections. In some embodiments, the bandwidth detector **702** detects the number of outstanding requests waiting responses. Based on the number of packets in a queue, the emptiness or state transitions of queue, response times of servers, round-trip times to and from a server, number of concurrent connections, number of concurrent users, the operational status of a CPU, port and memory usage of the appliance **200**, the bandwidth detector **702** may determine that bandwidth is available for a lower priority request, such as the speculative prefetch request **750**.

**[0458]** The network optimization engine **250**, or any portion thereof, such as the protocol accelerator **234**, may include the prefetcher **704**. The prefetcher **704** may include software, hardware or any combination of software and hardware. The prefetcher **704** may comprise an application, program, script, library, process, service, driver, task, thread or any type and form of executable instructions. The prefetcher **704** includes or provides logic, business rules, functions or operations for generating requests or one or more packets for a request. In one embodiment, the prefetcher generates one or more packets identified as speculative, for either a request or a response. In some embodiments, the prefetcher **704** generates a request to prefetch identified objects, such as objects identified by intercepted pages and initiates the transmission of the generated request to a server **106**. In one embodiment, the prefetcher **704** generates requests for prefreshening objects identified in the cache **232**. In some embodiments, the prefetcher **704** generates a request **750** identified as speculative or with a QoS priority lower than non-prefetch requests. In other embodiments, the prefetcher **704** receives the response to the prefetch request and stores the object of the response to the cache **232**. In some embodiments, the prefetcher **704** receives the response to a request and generates a response **752** identified as speculative. In another embodiment, the prefetcher **704** modifies one or more response packets to mark or identify the response **752** as speculative.

**[0459]** The prefetcher **704** generates a speculative request, such as the request **750**, using any type and form of encoding scheme to mark or identify the request as speculative or to otherwise identify the one or more request packets as having a low priority. In one embodiment, the prefetcher **704** encodes a value of an option field of a transport protocol layer header, such as a Transport Control Protocol (TCP) header with a predetermined value. The predetermined value identifies to a transmitter of the packet that the packet is speculative. In some embodiments, the prefetcher **704** may tag any of the transport layer packets as discussed above in connection with the automatic WAN/LAN port detection techniques. As such, in these embodiments, a connection may be marked for handling speculative requests and/or responses or a packet may be tagged as a speculative request or response. In another embodiment, the prefetcher **704** encodes a value of an option field of an internet protocol or network layer header, such as the IP header, with a predetermined value. In some embodiments, the prefetcher **704** encodes a value in the TCP or IP options, or in the identification field of IP header or of a network packet. In still further embodiments, the prefetcher **704** may generate a response or request packet with any Type of Service (TOS) field or Differentiated Services Code Point (DSCP) field set to a predetermined value. In some embodiments, the predetermined value encoded by the prefetcher **704** identifies a low priority transmission request. In another embodiment, the prefetcher **704** encodes a value in any optional application protocol layer header, field or parameter to identifying the speculative priority of the request or response.

**[0460]** In some embodiments, the network optimization engine **250** via the prefetcher **704**, flow controller **238** and/or QoS Engine **236** transmits requests and/or responses identified as speculative according to a transmission schedule or priority. In the these embodiments, the network optimization engine **250** transmits the speculative requests or responses at a pace or transmission rate that maintains bandwidth usage within a predetermined threshold or level. The network optimization engine **240** may transmits speculative requests or responses at a transmission rate or schedule that utilizes unused bandwidth or available bandwidth. In this manner, the speculative network packets may be transmitted such that the transmission does not reduce the bandwidth available to non-speculative requests and response. In some embodiments, the network optimization engine **250** transmits speculative requests or response such that the transmission does not reduce, or otherwise minimizes the reduction of, a round trip time of a non-speculative request and response. In other embodiments, the network optimization engine **250** transmits speculative requests or responses upon detecting that there are not any non-speculative requests or responses to transmit. In another embodiment, the network optimization engine **250** transmits speculative requests or responses upon detecting that there the number of non-speculative requests or responses to transmit is within a predetermined threshold. In yet another embodiment, the network optimization engine **250** transmits speculative requests or responses during any idle time between transmitting non-speculative requests and response.

**[0461]** In other embodiments, the bandwidth detector **702** and/or prefetcher **704** maintains, updates or accesses a connection or state table **703**. The connection or state table **703** may include any type of data structure, object, file or database for storing, tracking and obtaining information related to a state of a connection. In one embodiment, the bandwidth detector **702** and/or prefetcher **704** uses the connection state table **703** for maintaining any one or more of the following: a status of the availability of idleness, bandwidth utilization of a connection, number of non-speculative requests and/or responses waiting to be responded to or transmitted, number of speculative requests or responses waiting to be transmitted or responded to, priorities of any network packets to be transmitted by the appliance, type and speed of a port or network connections, identification of any cooperating or partner appliances, device or clients, and any other operational conditions of the appliance **200** or device **100** or connections of the appliance **200** or the device **100**.

**[0462]** Referring now to FIG. 7B an embodiment of steps of a method **700** for prefetching requests using a speculative QoS scheme is depicted. In brief overview, at step **705**, the appliance **200** intercepts or otherwise receives a page transmitted by a server **106** to a client **102**. The page includes an identifier of one or more objects. The appliance **200** forwards the intercepted page to the client **102**. At step **710**, the appliance identifies the object and generates a request packet to a remote server for the object. The appliance **200** encodes the generated request as a speculative request. At step **715**, the

appliance determines availability of idle network bandwidth to transmit the generated request packet to the server **106**. At step **720**, the appliance **200** in response to the detection of available idle bandwidth transmits to the generated request packet to the server **106**. At step **725**, the appliance receives the prefetched object from the server **106** and stores the object to the cache **232**.

**[0463]** In further details, at step **705**, the appliance **200** intercepts or otherwise receives any type and form of communication from one device to another device identifying an object, such as from a server to a client. In one embodiment, the appliance **200** intercepts a response from a server to a client's request for an object. In some embodiments, the server **106** transmits one or more network packets having an application protocol layer payload identifying an object. For example, in one embodiment, the appliance **200** intercepts a web or HTTP page transmitted by a server **106** to a client **102** and the page includes a uniform resource locator (URL) or hyperlink identifying an object. In one embodiment, the protocol accelerator **234** of the network optimization engine **250** is HTTP aware and identifies an object identifier in HTTP content transmitted by a server **105**. In yet another embodiment, the appliance **200** intercepts HTTP header information in response to client requests via a transport layer connection that identify an object. In some further embodiments, the appliance **200** intercepts responses from the server for a status of an object that identify the object. In yet other embodiments, the appliance **200** intercepts communications between a client and server intercepted and forwarded by another appliance.

**[0464]** At step **710**, the appliance **200** or prefetcher **704** generates in response to identifying the object a request to obtain the object from an object server **106**, such as the originating server of the page. In some embodiments, the prefetcher **704** checks or attempts to locate the identified object in the cache **232**. In one embodiment, the prefetcher **704** does not locate the object in the cache **232** or otherwise determines the object does not exist in the cache **232**. In these embodiments, the prefetcher **704** generates a request for the object referred to as a prefetch since the appliance or client has not obtained the object previously. In another aspect, the request is referred to as a prefetch in that the user of the client receiving the page has not yet requested the object from the page.

**[0465]** In other embodiments, the prefetcher **704** locates the object in the cache **232**. In these embodiments, the prefetcher **704** generates a request for the object referred to as a prefeshening request since the object is located in the cache but the appliance is requesting a status or update to the object from the server before expiration of the cached object. As discussed above, the prefetcher **704** may identify or encode the generated request as speculative by a variety of means, including but not limited to encoding a predetermined priority value in an IP header field, IP header option, transport layer header option field or a field of the application layer protocol. In one embodiment, the prefetcher **702** may identity or set a priority of the speculative request in the connection state table **703**.

**[0466]** At step **715**, the bandwidth detector **702** of the appliance **200** detects, determines or otherwise identifies availability of bandwidth for transmitting a speculative request. In one embodiment, the bandwidth detector **702** detects the transition of a packet queue from non-empty top empty. In some embodiments, the bandwidth detector **702** determines that higher priority packet queues are below a predetermined threshold. In one embodiment, the bandwidth detector **702** detects that there are no non-speculative request packets to transmit at the point of determination. In yet other embodiments, the bandwidth detector **702** determines that a level of network traffic to the destination of the request packet is below a predetermined threshold. In one embodiment, the bandwidth detector **702** determines there are no responses outstanding to the appliance **200** or client **102** from the server **106**.

**[0467]** In yet other embodiments, the bandwidth detector **702** determines that the response times from the server are below a predetermined threshold. In some embodiments, the bandwidth detector **702** determines that the number of packets in queue to be transmitted to the server is below a predetermined threshold. In yet other embodiments, the bandwidth detector **702** measures bandwidth utilization and determines that the bandwidth utilization is within a predetermined threshold. In still other embodiments, the bandwidth detector **702** determines that network conditions are suitable for transmitting a speculative request or that otherwise sending the speculative request will have negligible impact on non-speculative requests. In one embodiment, the bandwidth detector **702** checks a status of bandwidth utilization, the connection and/or packets to be transmitted via the connection to determine if the network condition is in a state for transmitting a speculative request

**[0468]** At step **720**, the appliance **200** in response to the detection of available idle bandwidth transmits the generated request to the server **106**. In one embodiment, the appliance **200** transmits the generated request to the server **106**. In some embodiments, the appliance **200** obtains the generated request from a queue of speculative requests waiting to be transmitted. For example, the queue may be a FIFO (First In First Out) or LIFO (Last In First Out) queue. In some embodiments, the appliance **200** transmits a plurality of generated requests to the server **106**. For example, the prefetcher **704** may generate multiple requests for objects identified via one or more intercepted pages as originating from the server **106**. In yet other embodiments, the appliance **200** transmits a first speculative request **750** to a first server **106**A, and a second speculative request **750'** to a second server **106**B. In one embodiment, the appliance **200** transmits the speculative requests by the order in which they were generated.

**[0469]** Further to step **720**, the appliance **200** or network optimization engine **250** transmits speculative request at a transmission rate or schedule to maintain bandwidth utilization within a predetermined threshold or level. In one embodiment, the network optimization engine **250** transmits the speculative request upon detecting by the bandwidth detector **702** that the bandwidth utilization is within a predetermined level. In another embodiment, the network optimization engine **250** transmits the speculative request upon determining that the number of non-speculative requests to transmit, or in a transmission queue, is below a predetermined threshold. In some embodiment, the network optimization engine **250** transmits the speculative request during any idle time available between transmissions of non-speculative requests. In other embodiments, the network optimization engine **250** transmits the speculative request such that bandwidth utilization by the speculative request is maintained within a predetermined level. In some embodiments, the network optimization engine **250** transmits the speculative request such that

round trip times for non-speculative requests or responses are maintained at a predetermined level.

**[0470]** At step **725**, the appliance **200** receives the object requested via the speculative request from the server **106**. In one embodiment, the speculative request is a prefetch and the appliance **200** or prefetcher **702** stores the object in the cache **232**. In another embodiment, the speculative request is a prefreshening request and the appliance **200** or prefetcher **702** updates the object stored in the cache **23** with a new version of the object.

**[0471]** The technique described above may be deployed on any device—client, appliance, or server. In some embodiments, the prefetching device described above may deployed on a client side of a network connection, such as on the client side of a WAN link. In other embodiments, the prefetching device described above may be deployed on a server side of a network connection, such as the server side of a WAN. In some embodiments, the appliance **200** may have a connection to an unpaced fast side or LAN connection and a connection to a paced slow side or WAN connection. In one embodiment, the device on the client side paces the incoming WAN data but not the outgoing LAN data. In another embodiment, the device on the server side paces the outgoing WAN data but not the incoming LAN data.

**[0472]** In some embodiments, the technique of generating speculative requests to a server is carried through to the responses **752** from the server. That is, in one embodiment, by identifying the request as speculative, the response **752** to the request is identified and handled at a QoS priority associated with the speculative designation. In one embodiment, identifying server's responses as speculative is handled by cooperating or partner appliances or devices. For example, as illustrated in FIGS. **1A-1C**, a first appliance **200** may operate in conjunction with a second appliance **200'**. In one embodiment, the first appliance **200** may be deployed on a WAN or client side of a network connection while the second appliance **200'** is deployed on the LAN side or server side of the connection. Also, as discussed herein, a first appliance **200** may operate in conjunction with a network optimization engine **250** deployed on a client **102** and/or server **106**.

**[0473]** By way of example and referring now to FIG. **7**C, a dual appliance deployment or a deployment of a first network optimization engine **250** on a client **102** or first appliance **200'** and a second network optimization engine **250'** on a second appliance **200'** or a server **106** is depicted. For example, the first device (client **102** or appliance **200**) may be on the client side of a WAN in which the first device controls the transmission flow or paces incoming data from the WAN, such as WAN data received from the second device. The first device may transmit LAN data in an unpaced manner to the second device. The second device (appliance **200** or **200'**) may be on the server side of the WAN in which the second device controls the transmission flow or paces outgoing WAN data to the first device. The second device may transmit LAN data in an unpaced manner to the server.

**[0474]** In brief overview, a first device, such as an appliance **200** or client **102**, intercepts or otherwise receives a page served by a server and identifies an object identifier in the page. The first device may forward the page to a client or an application on a client requesting the page. The first device generates a speculative request to prefetch from a server the object corresponding to the object identifier. The first device may transmit the speculative request packet to the server in accordance to a transmission rate to maintain bandwidth usage within a predetermined level. A second device, such as an appliance **200'** or a server **106**, intercepts the speculative request of the first device. The second device identifies the request as speculative and forwards the request to an originating server **106**. Upon receiving the response from the server, the second device identifies the response as speculative or generates a speculative response. Upon detecting available of idle network bandwidth, the second device may transmit the response to the client **102** or appliance **200** in accordance to a transmission rate to maintain bandwidth usage within a predetermined level. The first and second devices can transmit the speculative requests and responses responsive to availability of idle network bandwidth detected by the bandwidth detector on either the receive or send side of a response and/or request, or both.

**[0475]** Referring now to FIG. **7**D, an embodiment of steps of a method **750** for a technique of handling speculative responses between devices is depicted. In brief overview, at step **755**, a first device intercepts or otherwise receives a page identifying an object transmitted from a server to a requester, such as a client. The first device forwards the page to the requester. At step **760**, the first device transmits a generated speculative request to the server to prefetch the object identified by the page. The first device may transmit the request at a transmission rate to maintain bandwidth usage within a predetermined level or to otherwise use idle or available bandwidth. At step **765**, a second device intercepts the speculative request of the first device, and forwards the request to the server **106**. At step **770**, the second device receives a response from the server to the request. At step **775**, the bandwidth detector **702** of the second device determines the availability of idle network bandwidth to transmit a speculative response to the first device or otherwise to the requester. At step **780**, the second device generates a speculative response or marks the received response as speculative, and transmits the speculative response in response to the determination of the bandwidth detector **702**. The second device may transmit the response at a transmission rate to maintain bandwidth usage within a predetermined level or to otherwise use idle or available bandwidth.

**[0476]** In further details, at step **755**, a first device intercepts or otherwise receives a page identifying an object transmitted by an originating server. In one embodiment, the first device is a client **102**. In some embodiments, the first device is a first appliance **200**. In another embodiment, the first device is deployed on the WAN side of a network connection. In one embodiment, the first device is deployed in a branch office. As discussed above in connection with step **705** of method **700**, the first device may intercept any type and form of communication from one device to another device identifying an object. In yet another embodiment, both the first device and second device intercept the page identifying the object. In one embodiment, the second device intercepts and identifies the object for prefetching, such as in accordance with the embodiment of method **700**.

**[0477]** At step **760**, the first device may generate a speculative request **750**. The first device may generate the speculative request using any of the encoding techniques discussed herein. In one embodiment, the first device transmits the speculative request **750** immediately or as soon as possible. In another embodiment, the first device transmits the speculative request **750** at the same priority as non-speculative request from the first device. In some embodiments, the first device transmits the speculative request **750** responsive to the

bandwidth detector **702** of the first device determining available network bandwidth as described above.

**[0478]** In one embodiment, the network optimization engine **250** transmits the speculative request upon detecting by the bandwidth detector **702** that the bandwidth utilization is within a predetermined level. In another embodiment, the network optimization engine **250** transmits the speculative request upon determining that the number of non-speculative requests to transmit, or in a transmission queue, is below a predetermined threshold. In some embodiment, the network optimization engine **250** transmits the speculative request during any idle time available between transmissions of non-speculative requests. In other embodiments, the network optimization engine **250** transmits the speculative request such that bandwidth utilization by the speculative request is maintained within a predetermined level. In some embodiments, the network optimization engine **250** transmits the speculative request such that round trip times for non-speculative requests or responses is maintained at a predetermined level. The first device may transmit the response at a transmission rate to maintain bandwidth usage within a predetermined level or to otherwise use idle or available bandwidth.

**[0479]** At step **765**, the second device intercepts or otherwise receives the speculative request **750** transmitted by the first device. In one embodiment, the second device is a second appliance **200'**. In other embodiments, the second device is the server **106**. In yet another embodiment, the second device is deployed on a LAN side of a network connection, such as at a corporate data center. In some embodiments, the first device transmits the speculative request **750** to the second device instead of the second device intercepting the transmission of the speculative request **750** to the server **106**. In one embodiment, the second device identifies the intercepted request as speculative by detecting the speculative encoding scheme of the packet. The second device may identify from the encoding scheme of the packet that the request should be treated with a QoS priority associated with speculative prefetching.

**[0480]** In some embodiments, the second device forwards the speculative request **750** to the server **106**. In other embodiments, the second device generates a non-speculative request for the object and transmits the request to the server. In another embodiment, the second device transmits the speculative request **750** or second request immediately or as soon as possible. In other embodiments, the second device transmits the speculative request **750** or second request as the same priority as non-speculative requests In one embodiment, the second device transmits the speculative request **750** or second request responsive to the bandwidth detector **702**, such as the bandwidth detector **702** detecting availability of bandwidth to transmit a request to the server **106**. In one embodiment, the network optimization engine **250** transmits the speculative request upon detecting by the bandwidth detector **702** that the bandwidth utilization is within a predetermined level. The second device may transmit the response at a transmission rate to maintain bandwidth usage within a predetermined level or to otherwise use idle or available bandwidth.

**[0481]** At step **770**, the second device receives a response to the request for the object from the server **106**. In one embodiment, the server **106** identifies the request as speculative and transmits the response upon detection of available bandwidth or upon QoS transmission scheduling mechanism identifying the response as low priority or speculative. In some embodiments, the second device receives the response and associates the response with an outstanding speculative request **750**. For example, in one embodiment, the second device identifies the response as a response to a speculative request **750** via a connection state table **703**.

**[0482]** In some embodiments, the second device generates or otherwise provides a speculative response **752**. In one embodiment, the second device generates a response including content from the response received from the server and encodes the generated response as speculative. In another embodiment, the second device alters, modifies or changes the response packet from the server to identify the response **752** as speculative. In many embodiments, the response from the server **106** includes multiple network packets. In some of these embodiments, the second device generates, provides or identifies the response packets as speculative. The second device may identify the response packet **752** as speculative in the same manner or using the same encoding scheme as the request **750**. In another embodiment, the second device may use a different speculative QoS encoding scheme recognized by the second device and/or the first device.

**[0483]** At step **775**, in one embodiment, the bandwidth detector **702** of the second device detects availability of idle network bandwidth to the client **102** or first device in accordance with step **715** previously discussed above. At step **780**, the second devices transmits the speculative response **752** in response to the bandwidth detector or otherwise in accordance with QoS transmission scheduling of speculative packets by the second device. The second device may transmit the response at a transmission rate to maintain bandwidth usage within a predetermined level or to otherwise use idle or available bandwidth. In some embodiments, the first device intercepts the speculative response **752** and stores the object to the cache **232** or updates the object in the cache **232**.

**[0484]** In some embodiments, the first device and the second device, such as a first appliance **200** and a second appliance **200'** may each transmit or forward the speculative request **752** to prefetch an object onto the originating server **106** in response to a bandwidth detector and at a lower priority QoS to reduce contention with non-speculative requests on bandwidth. Likewise, the first device and second device may each transmit or forward the response as a speculative response **752** in response to a bandwidth detector and at a lower priority QoS to reduce contention with non-speculative requests on bandwidth. Furthermore, the first and second devices may transmit the speculative requests at a same or similar priority as non-speculative requests and transmit the speculative responses according to a QoS priority designed for speculative transmission. In yet other embodiments, the first and second device may transmit speculative requests and responses according to a speculative QoS priority on ports associates with a WAN connection. In still another embodiment, the first and second device may transmit the speculative requests and responses at a transmission rate or pace to maintain bandwidth usage within a predetermined level or to otherwise use idle or available bandwidth.

**[0485]** Using the system and methods describe above, these speculative prefetching techniques reduce the time the user spends waiting. Speculative prefetching may reduce the average interactive transaction time. That is, in some case, we are prefetching the object the user has not asked for so that the object may be available in case the user does ask for the object. Thus, this technique may reduce the time the user spends waiting. Using the speculative prefetching technique

above, unused or idle bandwidth is used such the cost of speculatively prefetching is minimal on bandwidth.

**[0486]** Although the systems and methods are generally described above in connection with HTTP type of prefetching, these techniques may be used and applied to any type and form of speculative fetching such as read-ahead, write-behind, and content distributions as well as prefreshening objects in a cache. For example, the speculative prefetching technique may used to obtain content for compression histories shared between compression engines of a plurality of devices. In another example, the appliance or appliances may provide the speculative pre-fetching techniques for read-aheads and write-behinds of documents and files, such as office documents, via the CIFS protocol. In one embodiment, a user in a branch office may be accessing a document over a WAN connection via one or more appliances to a server in a data center. The appliance **200** may intercept a request for a page of a document identifying objects or additional content of subsequent pages. The appliance **200** may prefetch the subsequent pages or objects in speculation that the user may request the pages or objects. The appliance may use the techniques in here to transmit these prefetch requests and responses in a lower priority manner in order to reduce network bandwidth contention with non-speculative requests and responses.

H. Systems and Methods for a Stack-Oriented Prefetching Technique

**[0487]** Referring now to FIGS. **8**A and **8**B, systems and methods of a technique for pushing and popping objects from a stack to determine the order of which to prefetch objects are depicted. This technique, referred as "stack-oriented prefetching" makes a prefetching determination responsive to the pages a user is currently visiting or has recently visited by using a stack. For example, a prefetching scheme may not desire to prefetch links from a first requested page after the user has wandered off to a second page. When the user requests a page, the technique pushes the uniform resource locator (URL) or object identifiers of the page onto a prefetching stack. When a prefetcher is ready to prefetch objects or content from a new page, the prefetcher pops a URL from the top of the stack, and fetches the objects or content identified via the popped URL. In this manner, the prefetcher gives precedence to prefetching objects of recent pages requests over previous page requests.

**[0488]** Referring now to FIG. **8**A, an embodiment of a system for performing the stack-oriented prefetching technique is depicted. In brief overview, a device such as appliance **200** includes a network optimization engine **250** intercepting pages requested by a requestor, such as client, and served by an originating server **106**. The appliance **200** identifies a uniform resource locator (URL) for an intercepted page, which may identify one or more objects associated with the page. The appliance **200** pushes the URL from the page on to the top of a stack element **850**. As the appliance **200** intercepts each page, the appliances pushes an URL of the page onto the stack. At some point, a prefetcher **704** determines to perform prefetching of objects. The prefetcher **704** pops from the top of the stack the last URL pushed onto the stack. This URL represents the last page requested by a requestor and intercepted by the appliance. The prefetcher **704** determines one or more object identifiers from the URL, generates requests for the objects, and transmits the requests to a server. The appliance **200** receives the prefetched objects and stores them in the cache **232**. The prefetched may continue popping URLs from the stack **850** to prefetch object while the appliances pushes new URLS of intercepted pages onto the stack.

**[0489]** As discussed above in connection with **7**A, the prefetcher **704** may include software, hardware or any combination of software and hardware. The prefetcher **704** may comprise an application, program, script, library, process, service, driver, task, thread or any type and form of executable instructions. The prefetcher **704** includes or provides logic, business rules, functions or operations for generating packets, such as packets to requests objects from a server **106**. In some embodiments, the prefetcher **704** receives the response to the prefetch request and stores the object of the response to the cache **232**

**[0490]** The prefetcher **704** may also include logic, business rules, functions or operations for determining when to prefetch an object or content from a server. In one embodiment, the prefetcher **704** is designed and constructed to prefetch objects responsive to a predetermined frequency. In other embodiments, the prefetcher **704** is designed and constructed to prefetch objects responsive to the packet processing engine **240**. In another embodiment, the prefetcher **704** is designed and constructed to prefetch objects responsive to a predetermined number of packets, sent and/or received, being processed by the packet processing engine **240**. In other embodiments, the prefetcher **704** is designed and constructed to prefetch objects responsive to a timer. In one embodiment, the prefetcher **704** is designed and constructed to prefetch objects responsive to network bandwidth or utilization, such as via the bandwidth detector **702** discussed in conjunction with FIG. **7**A. In yet another embodiment, the prefetcher **704** may be responsive to current load of the appliance **200**, such as the number of concurrent connections, and CPU and memory usage.

**[0491]** In some embodiments, the prefetcher **704** is responsive to one or more policies of a policy engine **295** to determine when to prefetch objects. As such, the prefetcher **704**, in some embodiments, may be configured and responsive to policies based on the identification or type of user, client, server, or network connection. In some embodiments, the prefetcher **704** may be responsive to policies based on any temporal information, such as frequency or time of day. In other embodiments, the prefetcher **704** may be responsive to policies based on the type of network traffic, protocol or any portion or content of a network packet, such as source and destination addresses and ports, and TCP or IP options. In one embodiment, the prefetcher **704** may be responsive to policies based on any attributes or characteristics of a client **102** or server **106** such as via end point detection, for example, via a collection agent **304** as described in conjunction with FIG. **3**.

**[0492]** The prefetcher **704** is interfaced to or in communication with a stack **850**. In one embodiment, the prefetcher **704** is integrated with the stack **850**. In another embodiment, the prefetcher **704** includes the stack **850** or otherwise implements the stack **850**. In some embodiments, the prefetcher **704** is designed and constructed to prefetch objects responsive to a size of the stack **850**. In other embodiments, the prefetcher **704** is designed and constructed to prefetch objects responsive to a frequency of access of data to and from the stack **850**. In yet another embodiment, the prefetcher **704** is designed and constructed to prefetch objects responsive to a history of the number of elements in the stack **850**. In some

embodiments, prefetcher **704** is designed and constructed to prefetch objects responsive to number of elements not fetched in the stack **850**. In one embodiment, the prefetcher **704** is designed and constructed to prefetch objects that have been stored in the stack for a predetermined time period. In other embodiments, prefetcher **704** is designed and constructed to prefetch objects responsive to a predetermined number of elements pushed onto to the stack **850**. In yet one embodiment, the prefetcher **704** is designed and constructed to prefetch objects responsive to a predetermined number of elements pushed on the stack **850** within a predetermined time period.

**[0493]** The stack **850** may include software, hardware or any combination of software and hardware. The stack **850** may comprise an application, program, script, library, process, service, driver, task, thread or any type and form of executable instructions. In some embodiments, the stack **850** may be implemented as one or more data structures, linked list, queues, variables, arrays or objects stored in memory. In other embodiments, the stack **850** may be implemented as a file or a database. In some embodiments, the executable instructions for the stack **85** includes or provides logic, business rules, functions or operations for storing elements to the stack **850** and access and/or remove elements from the stack **850**. In one embodiment, the stack **850** is implemented as a Last In First Out (LIFO) stack or queue—that is, the last element stored to the stack is the first element retrieved or accessed from the stack. In these embodiments, the storing of an element to the top of a LIFO stack is referred to as pushing the element onto the stack. Also, in these embodiments, the retrieving or access an element from the top of the LIFO stack is referred to as popping the element from the stack. In yet another embodiment, the stack **850** includes an enumerated list of elements representing a LIFO scheme.

**[0494]** In some embodiments, the stack **850** includes a predetermined maximum number of elements allowed to be stored in the stack **850**. In other embodiments, the stack **850** includes a maximum size in bytes allowed to be stored to the stack **850**. In one embodiment, the stack **850** includes a predetermined size threshold for each element or data that is stored to the stack **850**.

**[0495]** In yet other embodiments, the stack **850** may include a plurality of stacks **850**A-**850**A. In some embodiments, the appliance **200** may dynamically create or establish stacks **850**A-**850**N. In other embodiments, the appliance dynamically removes or destroys stacks. In yet another embodiment, the appliance **200** may copy and share stacks **850**A-**850**N between users or clients. In some embodiments, the plurality of the stacks **850**A-**850**N may be used for all connections traversing the appliance **200**. In one embodiment, the appliance **200** may create, use and/or assign a stack **850**A to each client **102**A. In another embodiment, the appliance **200** may create, use and/or assign a stack **850**A for each transport layer connection or application layer session. In another embodiment, the appliance **200** may create, use and/or assign a stack **850**A for each server **106**. In another embodiment, the appliance **200** may create, use and/or assign a stack **850**A to a group of connections, users, clients or servers, such as for a group of users or clients of a branch office.

**[0496]** In one embodiment, the stack **850** provides functions, messages, or application programming interfaces (API) to store, access, manage, modify or manipulate the stack **850**. In one embodiment, the prefetcher **704** may interface or communicate with the stack **850** using any type and form of application programming interface (API). In another embodiment, the prefetcher **704** may interface or communicate with the stack using any type and form of messaging. In some embodiments, the prefetcher **704** may interface or communicate with the stack **850** using any type and form of interprocess communications. In yet another embodiment, the prefetcher **704** includes and executes the operations, functionality or logic of the stack **850**.

**[0497]** Referring now to FIG. **8**B, an embodiment of steps of a method **800** for performing a stack-oriented prefetching technique is depicted. In brief overview, at step **805**, an appliance intercepts or otherwise receives a page including one or more object identifiers. At step **810**, the appliance **200** pushes onto a top of the stack **850** an object identifier or URL from the intercepted page. At step **815**, the prefetcher of the appliance **200** determines to prefetch objects, and in response to the determination, pops one or more URLs or object identifiers from the top of the stack **850**. At step **850**, the appliance or prefetcher generates a request for an object identified by the popped URL and transmits the request to a server **106**. At step **825**, upon receipt of a response from the server, the appliance **200** or prefetcher **200** stores or updates the object in a cache **232**.

**[0498]** In further details, at step **805**, the appliance **200** intercepts or otherwise receives any type and form of communication from one device to another device identifying an object, such as a page transmitted from a server to a client. In one embodiment, the appliance **200** intercepts a response from a server to a client's request for an object. In some embodiments, the server **106** transmits one or more network packets having an application protocol layer payload identifying an object. For example, in one embodiment, the appliance **200** intercepts a web or HTTP page transmitted by a server **106** to a client **102** and the page includes a uniform resource locator (URL) or hyperlink identifying an object. In some embodiments, the appliance **200** intercepts a page identified by a URL and the page identifies one or more objects. After interception, the appliance **200** forwards or transmits the intercepted page to the requester, such as client **102**.

**[0499]** At step **810**, the appliance **200** stores to the stack **810** an identifier of an object from the intercepted page. In some embodiments, the appliance **200** pushes a URL identifying an object on the page onto the top of the stack **850**. In other embodiments, the appliance **200** stores a copy of the page onto the stack. In yet another embodiment, the appliance **200** stores the one or more object identifiers of the page to the top of the stack **850**. In some embodiments, the appliance **200** stores one or more hyperlinks from the page to the top of the stack **850**. In one embodiment, the appliance stores an identifier or URL of an object of the page to a first stack **850**A. In some embodiments, the appliances stores an identifier or URL of an object the page to a stack associated with or assigned to the client **102**, server **106**, user or connection.

**[0500]** In many embodiments, the appliance **200** performs steps **805** and **810** for a plurality of pages transmitted via the appliance **200**. In some embodiments, the appliance **200** stores multiple object identifiers or URLs to the top of the stack **850**. In one embodiment, the appliance **200** stores a first object identifier or first URL to a first stack **850**A and a second object identifier or second URL to a second stack **850**B. In other embodiments, based on the client, server, user or other factors, such as a policy engine or condition of the stack, the appliance **200** may store, access and manage object identifiers

or URL among a plurality of stacks **850**A-**850**N. For example, the appliance **200** may store URLs from intercepted pages of client **102**A to stack **850**A and store URLs from intercepted pages of client **102**B to stack **850**B. In another example, the appliance **200** may store URLs from intercepted pages from server **106**A to stack **850**A and store URLS from intercepted pages from server **106**B to stack **850**B.

**[0501]** At step **815**, the prefetcher **704** of the appliance **200** determines to prefetch objects. As discussed above, the prefetcher **704** may determine to perform prefetching based on or responsive to any one or more factors, conditions, status, a policy engine **295**, or other programs. In response to the determination, the prefetcher **704** retrieves, pops or otherwise accesses the object identifier or URLs from the top of the stack **850**. In one embodiment, the prefetcher **704** pops object identifier or URLs from the stack in a LIFO manner. In some embodiments, the prefetcher **704** pops one object identifier or URLs at a time from the stack **850**. In another embodiment, the prefetcher **704** pops multiple URLs or object identifiers from the stack **850**. In other embodiments, the prefetcher **704** pops a predetermined number of URLs or object identifiers from the stack **850**. The predetermined number may be configurable or may be dynamically adjustable by the prefetcher **704**.

**[0502]** In yet another embodiment, the prefetcher **704** pops a first object identifier or URL from a first stack **850**A. In some embodiments, the prefetcher **704** pops a second object identifier or URL from a second stack **850**B. In one embodiment, the prefetcher **704** pops a first predetermined number of object identifiers from a first stack **850**A and then a second predetermined number of object identifiers from a second stack **850**B. In some cases, the prefetcher **705** may use any round robin, weighted loading mechanism or fair distribution scheme to pop object identifiers or URLs from multiple stacks **850**A-**850**N.

**[0503]** At step **820**, the prefetcher **704** generates a request packet for the object identified by the object identifier or URL. In some embodiments, the prefetcher **704** generates a request packet to obtain the URL from a server **106**. In other embodiments, the prefetcher **704** generates a request for multiple object identifiers or URLS popped from the stack **850**. In yet another embodiment, the prefetcher **704** generates a request for each of a plurality of object identifiers or URLS popped from the stack **850**. In yet a further embodiment, the prefetcher generates a request packet to obtain a status of the object. In one embodiment, the prefetcher generates a request packet for a conditional get of the object. The appliance **200** or prefetcher **704** transmits the one or more request packets to the server **106**. In some embodiments, the appliance **200** or prefetcher **704** may use any QoS algorithm or technique to transmit the requests, such as, for example, the speculative QoS techniques of FIGS. **7**A-**7**D.

**[0504]** In many embodiments, the appliance **200** performs steps **815** and **820** for a multiple object identifiers of one or more stacks **850**A-**850**N. In some embodiments, the appliance **200** performs steps **815** and **820** a predetermined number of times before allowing another object identifier or URL to be pushed onto the stack. In other embodiments, the appliance **200** gives priority or precedence to a pending push onto the stack **850**. In one embodiment, the appliance **200** transmits a generated request for the URL of the pending push and then continues popping URLs and transmitting requests in accordance with steps **815** and **820**. In other embodiments, the appliance **250** continues performing steps **815** and **820** on a first stack **850**A while the appliance pushes URLs or object identifiers to a second stack **850**B. In yet another embodiment, during idle times, the prefetcher **704** performs steps **815** and **820** until a page is intercepted or the appliance is no longer idle.

**[0505]** At step **825**, the appliance **200** or prefetcher **704** receives a response to a request from a server **106**. In some embodiments, the appliance **200** receives multiple responses from multiples requests from one or more servers. In one embodiment, the appliance **200** identifies the object from a response and associates the object with an object identifier of a prefetch request. In another embodiment, the appliance **200** intercepts a response to a client's request having the object associated with the appliance's request. In these embodiments, the appliance **200** may use this object to satisfy the generated request of the appliance. The appliance **200** stores the object received from the server to the cache **232**. In some embodiments, the appliance **200** updates the object stored in the cache **232**.

**[0506]** The appliance may perform any of the steps **810**, **815**, **820** and/or **825** prior to a user receiving the requested page of step **805** requesting any one or more of the objects identifies by the URLs or object identifiers of the intercept page. In this manner and in some embodiments, the systems and methods of the techniques described above are for prefetching the object prior to the user requesting the object. In other embodiments, the objects identifies by the intercepted pages may be stored in cache, and the stack oriented techniques of method **800** may be performed to prefreshen or update cached objects in anticipation of a user requesting the object or response to transmission of the URL of the object to a requester. For example, the prefetcher **704** may store object identifiers or URLs to the stack for objects having an expiration period about to expire or having a predetermined amount of expiration time.

**[0507]** Although the prefetcher **704** and stack **850** are described above in an example embodiment of an appliance **200**, the stack-oriented systems and methods described herein may be deployed or implemented on any device, such as an end point of a client **102** or on any device deploying the network optimization engine **250**, or any portion thereof

I. Systems and Methods for Prefreshening Cached Objects

**[0508]** Referring now to FIGS. **9**A and **9**B, systems and methods for an embodiment of a technique referred to as "prefreshening" is depicted. In brief overview of FIG. **9**A, a device, such an appliance **200** or a client **102**, performs this prefreshening technique by checking the status and/or updating cached objects identified in a page intercepted or otherwise received by a device. The device includes a network optimization engine **250** that intercepts pages communicated via the device, such as a page transmitted from a server **106** to a client. The device parses the hyperlinks or uniform resource locators of the page and determines that an object identified by the page is located in a cache **232**. Prior to a user requesting the identified object from the page, a prefresher **904** of the device generates a request for a status or an update to the object in the cache **232** and transmits the generated request to a server **106**. The prefresher **904** receives a response from the server **106** indicating a status of the object or providing an updated version of the object. Based on the response, the device validates or updates the object in the cache **232**. In one embodiment, the technique is referred to as prefreshening,

because the device validates or updates an object in the cache in anticipation of or prior to a user requesting the object identifies by the page.

**[0509]** In some embodiments, the network optimization engine **250** as described herein, or any portion thereof, such as the protocol accelerator **234**, may include a prefresher **904**. The prefresher **904** may include software, hardware or any combination of software and hardware. The prefresher **904** may comprise an application, program, script, library, process, service, driver, task, thread or any type and form of executable instructions. In some embodiments, the prefresher **904** includes the prefetcher **704** as described in FIGS. **7**A-7D, and **8**A-**8**B. In one embodiment, the prefresher **904** includes or provides logic, business rules, functions or operations for determining if the object identified by a page is located in the cache **232**. In some embodiments, the prefresher **904** interfaces with or communicates to the cache manager **232** to determine if the object is located or stored in the cache **232**. In another embodiment, the prefresher **904** queries a storage of the device to determine if the object is located or exists in the cache **232**. In one embodiment, the prefresher **904** is part of the cache manager **232** or the cache manager **232** includes the prefresher **904**. In other embodiments, the prefresher **904** checks or looks up in an index whether an object is stored in the cache **232**. In some embodiments, the index comprises entries corresponding hashes or fingerprints of objects to objects stored in the cache **232**.

**[0510]** In some embodiments, the prefresher **904** includes or provides logic, business rules, functions or operations for generating requests for objects. The prefresher **904** may generate a request for the status of the object. In other cases, the prefresher **904** generates a request for the object. In yet another case, the prefresher **904** generates a conditional get request for the object. That is, in some embodiments, the prefresher **904** generates a request to obtain the object only if the object has changed or has been modified. In some embodiments, the generated request comprises one packet. In other embodiments, the generated request comprises multiple packets.

**[0511]** In one embodiment, the prefresher **904** generates a request for an object located in the cache **232**. In yet other embodiments, the prefresher **904** generates a request **750** identified as speculative or with a QoS priority lower than non-prefetch requests, such as discussed in conjunction with FIGS. **7**A-7D. In some embodiments, the prefresher **904** generates a request for the object using an application layer protocol. In another embodiment, the prefresher **904** uses the same protocol as the intercepted page. In some embodiments, the prefresher **904** generates an HTTP request for the object. In another embodiment, the prefresher **904** uses an extensible markup language (XML) to generate a request for the object.

**[0512]** In some embodiments, the prefresher **904** transmits the generated request to a server **106**. In one embodiment, the prefresher **904** transmits the generated request to the originating server or the server **106** transmitting the intercepted page. In other embodiment, the prefresher **904** transmits the generated request to one of a plurality of server **106**A-**160**N having the object. In many embodiment, the prefresher **904** receives a response to the request. Based upon the response, the prefresher **904** may determine the object stored in the cache is valid, or does not otherwise need to be updated. In some embodiments, the prefresher **904** determines from the response from the server **106** that the object in the cache has been modified. In one embodiment, the prefresher **904** receives an updated version of the object with the response and stores the object to the cache **232**. In yet another embodiment, the prefresher **804** receives with the response the portions of the object that have been modified. In some embodiments, the prefresher **904** receives a response having a status indicating that the object has been modified on the server. In response, the prefresher **904** may generate a second request to obtain the modified object from a server **106**.

**[0513]** In one embodiment, the prefresher **904** is designed and constructed to generate requests for objects responsive to interception of the page and/or identification of objects. In other embodiments, the prefresher **904** is designed and constructed to generate requests for objects responsive to the packet processing engine **240**. In another embodiment, the prefresher **904** is designed and constructed to generates requests for objects responsive to a predetermined number of packets, sent and/or received, being processed by the packet processing engine **240**. In other embodiments, the **904** is designed and constructed to generates requests responsive to a timer. In one embodiment, the prefresher **904** is designed and constructed to generates requests responsive to network bandwidth or utilization, such as via the bandwidth detector **702** discussed in conjunction with FIG. **7**A. In yet another embodiment, the prefresher **904** may be responsive to the current load of the device, such as the number of concurrent connections, and/or CPU, disk and memory usage.

**[0514]** In some embodiments, the prefresher **904** is responsive to one or more policies of a policy engine **295** to determine when to generates requests for objects and/or transmit requests for objects. As such, the prefresher **904**, in some embodiments, may be configured and responsive to policies based on the identification or type of user, client, server, or network connection. In some embodiments, the prefresher **904** may be responsive to policies based on any temporal information, such as within a predetermined time threshold of intercepting a page. In other embodiments, the prefresher **904** may be responsive to policies based on the type of network traffic, protocol or any portion or content of a network packet, such as source and destination addresses and ports, and TCP or IP options. In one embodiment, the prefresher **904** may be responsive to policies based on any attributes or characteristics of a client **102** or server **106** such as via end point detection, for example, via a collection agent **304** as described in conjunction with FIG. **3**.

**[0515]** Referring now to FIG. **9**B, an embodiment of a method **900** for performing a technique of prefreshening cached objects by a device is depicted. The device may be an appliance **200** or an end node, such as a client **102**. In brief overview, at step **905**, a device intercepts or otherwise receives a page identifying one or more objects. At step **910**, the device forwards the pages to the requester. At step **915**, the device determines the object identifying by the intercepted page is located or exists in the cache. At step **920**, the device generates a request for a status or update of the object and transmits the request to the server. At step **925**, the device receives a response from the server and determines a status of the object from the response. At step **930**, the device determines from the response that the object has not been modified on the originating server. At step **935**, the device determines from the response that the object has been modified on the originating server. In some embodiments, the device receives the updated object from the server's response. In other embodiments, the device obtains the object from the server in response to the determined status.

**[0516]** In further details, a step **905**, the device intercepts or otherwise receives any type and form of communication from one device to another device identifying an object, such as a page transmitted from a server to a client. In one embodiment, the device intercepts a response from a server to a client's request for an object. In some embodiments, the server **106** transmits one or more network packets having an application protocol layer payload identifying an object. For example, in one embodiment, the device intercepts a web or HTTP page transmitted by a server **106** to a client **102** and the page includes a uniform resource locator (URL) or hyperlink identifying an object. In some embodiments, the appliance **200** intercepts a page identified by a URL and the page identifies one or more objects. At step **910**, the device forwards or transmits the intercepted page to the requester, such as client **102**.

**[0517]** At step **915**, the device or prefresher **904** determines if the object identified by the intercepted page is located or exists in a cache **232**. In some embodiments, the cache **232** is located on the device. In other embodiments, the cache **232** is located on a second device. In one embodiment, the prefresher queries the cache **232** to locate the object in the cache **232**. In some embodiments, the prefresher searches for the object in storage. In other embodiments, the prefresher **904** determines the object is in cache via a query or lookup in an object or cache index. In yet other embodiments, the prefresher **904** uses an application programming interface (API), function call or script to determine whether the object is located in storage of the device or a cache **232**. In some embodiments, prefresher **904** sends a query via a message to another application, program, service, process or task to determine if the object is located in a cache **232** of the device intercepting the page or another device having the cache **232**.

**[0518]** At step **920**, the device or prefresher **904** generates a request for a status or update of the object and transmits the request to a server. In some embodiments, the prefresher **904** generates a request for a status of the object. In other embodiments, the prefresher **904** generates a request to obtain or get the object from a server. In yet another embodiment, the prefresher **904** generates a request for a conditional get of the object. In some embodiments, the prefresher **904** generates requests for a plurality of objects.

**[0519]** In one embodiment, the prefresher **904** generates requests for an object within a predetermined size. In some embodiments, the prefresher **904** skips generating requests for objects in the cache larger than a predetermined size. In yet another embodiment, the prefresher **904** does not generate requests for an object smaller than a predetermined size. In one embodiment, the prefresher **904** generates requests for objects larger than a predetermined size. In yet other embodiments, the prefresher **904** generates requests for objects within a predetermines size range—larger than a first predetermined size and smaller than a second predetermined size. In some embodiments, the prefresher **904** dynamically determines the size of objects to prefresh in accordance with a policy of the policy engine **295**. In other embodiments, the prefresher **904** dynamically adjusts any predetermined size thresholds based on the operation and/or performance of the device, such as response time, number of concurrent connections, bandwidth availability or bandwidth utilizations, and CPU and memory usage.

**[0520]** In yet other embodiments, the prefresher **904** determines the remaining expiration time of the object in the cache **232**. In one embodiment, the prefresher **904** generates a request if the remaining expiration time is within a predetermined threshold. For example, if the object's expiration time indicates the object is relatively fresh or recently updates, then the prefresher **904** in one embodiment does not generates a request to prefreshen the object in the cache **232**. In other embodiments, if the object's expiration time indicates the object is about to expire or expire within a predetermined time, then the prefresher **904** in another embodiment generates a request to prefreshen the object in the cache **232**.

**[0521]** The device or prefresher **904** transmits the generated request to a server **106**. In some embodiments, the prefresher **904** transmits the generated request to the originating server **106** or the server originating the intercepted page. In other embodiments, the prefresher **904** transmits the request to a server having a copy of the object or also providing the object. In another embodiment, the prefresher **904** transmits a plurality of generated requests to one or more servers. In one embodiment, the prefresher **904** transmits one or more requests to a server farm.

**[0522]** At step **925**, the device or prefresher **904** receives a response from the server and determines a status of the object from the response. In some embodiments, the prefresher **904** determines the status of the object from the content of the application payload of the response. In other embodiments, the prefresher **904** determines the status of the object from header information of the response. In another embodiment, the prefresher **904** determines the status of the object from an object header. In one embodiment, the prefresher **904** determines the status of the object from a status identifier in the response. Based on the response and/or any content of the response, the prefresher **904** determines whether or not the object is valid or fresh.

**[0523]** At step **930**, the device determines from the response that the object has not been modified on the originating server. For example, in an embodiment of an HTTP conditional get request, the device receives a "304 Not Modified Response." In one embodiment, the prefresher **904** determines the object has not been modified. In some embodiments, the prefresher **904** determines the object in the cache **232** is valid. In other embodiments, the prefresher **904** determines the object in the cache **232** does not need to be updated or freshened. In some embodiments, the prefresher **904** determines the expiration period of the object in the cache has not expired.

**[0524]** At step **935**, the device determines from the response that the object has been modified. In one embodiment, the prefresher **904** updates the object in the cache with the status information. In another embodiment, the prefresher **904** receives the object with the response and stores or otherwise update the object in the cache **232**. In one embodiment, the prefresher **904** receives via the response a portion of the object that has changed and stores the changes to the object in the cache **232** or otherwise updates the object in the cache **232**. In other embodiments, the prefresher **904** receives an indicator the object in cache has been modified on the server or is otherwise expired. In one embodiment, the prefresher **904** transmits a request to obtain an update of the object, or portion thereof, which has been modified. Upon receipt of the update or changes portions to the object, the prefresher updates the object in the cache **232**.

**[0525]** Although an embodiment of the method **900** is generally described above as prefreshening an object identified via a page, such as via HTTP, the method **900** may be practiced such as to prefreshen a plurality of objects identified via

a plurality of sub-pages, hyperlinks, layers of content, or a hierarchy of pages. For example, as illustrated via the hierarchy or sets of pages **950**, a first object identifier, URL or hyperlink of a first page may identify a second object identifier, URL or hyperlink of a second page, which in turn may identify a third object identifier, URL or hyperlink of a third page, and so on. As such, in some embodiments, a page intercepted by the device may have a hierarchy of sub-pages, hyperlinks, links to objects or content layers of a predetermined depth. Furthermore, although an embodiment of the method **900** is generally described above as prefreshening an object identified via a page, such as via HTTP, the method **900** may be practiced with non-HTTP protocols, objects and content.

**[0526]** In some embodiments, the prefreshening technique in an embodiment of method **700** is performed on a plurality of sub-pages and objects on the sub-pages identified via the intercepted page. In these embodiments, the device may perform steps **915** through **935** on each sub-page, layer or hierarchy to a predetermined depth threshold **952**. In some embodiments, the device may performs steps **915** through **935** on a predetermined depth threshold **952** of 2. In some embodiments, the device may performs steps **915** through **935** on a predetermined depth threshold **952** of 3, 4 of 5. In yet another embodiment, the device may perform steps **915** through **935** for a predetermined depth threshold **952** equal to the depth of pages, hyperlinks or content layers that can be traversed or identified via the intercepted page at step **905**. In one embodiment, the device may perform steps **915** through **935** until either the predetermined depth threshold **952** is reached or another page is intercepted.

**[0527]** In some embodiments, the device may perform steps **915** through **935** on a second depth or page upon receipt of a request of an object from a previous depth or page. For example, in one embodiment, the device performs steps **915** through **935** for one or more objects identified via a first page. The first page may have hyperlinks to sub-pages. The device then may perform steps **915** through **935** for a sub-ages upon intercepts a request from the receiver of the page for one or more objects from the first page. Then the device may performs steps **915** through **935** on the next page or to a predetermined depth threshold **952**. In yet another embodiment, the device may dynamically adjust the predetermined depth threshold **952** based on any one or more operations or performance characteristics of the device, such as response time, number of concurrent connections, bandwidth availability or bandwidth utilizations, and CPU and memory usage.

**[0528]** In other embodiments of using this prefreshening technique as described above, the objects located in the cache may be identified as stale but have not been changed or modified on the originating server. In these embodiments, the prefreshening technique may result mostly in responses indicating the object has not been modified rather than actual object transfers. As such, in some cases, the bandwidth requirements and server load for this prefreshening technique may be very small or negligible. In one embodiment, this prefreshening technique may be performed using available or ordinary bandwidth without noticeable degradation in network or system performance. For example, the device identifies the generated requests as having the same priority as other non-prefreshening requests or network traffic. In other embodiments, this prefreshening technique is performed in conjunction with any type and form of QoS technique, such as the QoS prefetching technique illustrated by FIGS. **7A-7D**. In these embodiments, the device generates prefreshening requests identified as speculative or having a lower priority than non-prefreshening requests.

J. Systems and Methods for Determining Whether to Prefetch or Freshen/PreFreshen an Object Based on Header Information of the Object

**[0529]** Referring now to FIGS. **10**A and **10**B, systems and methods of using object header information for determining whether to prefetch an object are depicted. When a device, such as an appliance **200** or client **102** prefetches objects, the device parses intercepted pages looking for objects identified by links on the page. Then the device obtains the object targeted or identified by the link. In some embodiments, the device does not know whether the object is worth prefetching. As the link or identifier merely identifies the object, the device may not have enough information to determine whether the object is a type of object or has content the device desires to prefetch. The prefetching or freshening technique described herein allows the device to first obtain more information on the object prior to prefetching the object.

**[0530]** In brief overview of FIG. **10**A, a device, such as an appliance **200** or client **102**, includes a network optimization engine **250**. The network optimization engine **250** may include an HTTP protocol accelerator **234** having an embodiment of a prefetcher **704** as described in conjunction with FIG. **7**A. In other embodiments, such as described in the conjunction with FIGS. **9**A and **9**B, the protocol accelerator **234** or prefetcher **704** includes the prefresher **904**. In operation of the device and an example of HTTP, the device intercepts HTTP pages identifying one or more HTTP objects. In response to the identification of the HTTP objects or otherwise upon a determination to prefetch, the prefetcher **704** transmits an HTTP head command or request to a server **106** to obtain header information for the object. In response to the head command, the server may reply with a response returning the HTTP headers for the identified HTTP object. The prefetcher **904** then examines or inspects the header information of the response. Based on the header information, the prefetcher response to determine whether or not to obtain the object from the server **106**

**[0531]** Referring now to FIG. **10**B, an embodiment of a technique for using object information, such as HTTP header information, to determine whether or not to fetch or prefetch an object is depicted. Although an embodiment of this method **1000** will be discussed in the content of prefetching, embodiments of this method can be performed for freshening objects or for prefreshening, such as with the prefresher **904** of FIG. **8**A.

**[0532]** In brief overview of method **1000**, at step **1005**, a device, such as an appliance **200** or client **102**, intercepts or otherwise receives a communication, such as a page, identifying one or more objects. For example, the device may intercept a web page having one or more links or URLs to objects served by an originating server **106**. As step **1010**, the device forwards the intercepted page to the requester, such as a client, user or application on a client. At step **1015**, the device determines an object identified via the intercepted page is located or exists in the cache **232**. In response to the determination, at step **1020**, the device generates a request to obtain header information on the object, such as for example, via the HTTP head command. The device transmits the generated request to a server. At step **1025**, the device receives a response from the server providing header information on the

object, such an HTTP header values for an HTTP object. Based on the header information of the response, the device determines whether or not to fetch or prefetch the object from the server. In one embodiment, the device determines not to fetch the object. In these cases, the device may update information of the object in the cache **232** based on information received via the response. In some embodiments, the device determines to fetch the object based on the response. At step **1030**, the device generates and transmits a request for the object from the server. At step **1035**, the device receives from the server a response including the requested object. At step **1040**, the devices updates the object stored in the cache based on the object received in the response at step **1035**. In some embodiments, the device also updates the information of the object in the cache based on the header information received in the response at step **1025**.

**[0533]** In further details, at step **1005**, the device intercepts or receives any type and form of communication from one device to another device identifying an object, such as a page transmitted from a server to a client. In one embodiment, the device is an appliance **200**. In another embodiment, the device is a client **102**. In one embodiment, the device intercepts a response from a server to a client's request for an object. In some embodiments, the server **106** transmits one or more network packets having an application protocol layer payload identifying an object. For example, in one embodiment, the device intercepts a web or HTTP page transmitted by a server **106** to a client **102** and the page includes a uniform resource locator (URL) or hyperlink identifying an object. In some embodiments, the device, such as a client, intercepts a page identified by a URL and the page identifies one or more objects.

**[0534]** At step **1010**, the device forwards or transmits the intercepted page, response or communication to the requester. In one embodiment, the device forwards the intercepted page upon interception or immediately thereafter. In other embodiments, the device forwards the intercepted page after identifying one or objects on the page. In yet another embodiment, the device makes a copy of the intercepted page for further processing, and forwards the page to the requester upon making the copy. In some embodiments, the device forwards the intercepted communication to the requester of a client **102**. In other embodiments, the device forwards the intercepted page to an application, such as a web browser. In another embodiment, the device forwards the page to a user.

**[0535]** At step **1015**, the device and/or prefetcher **904** determines whether or not an object identified by the intercepted communication is located, stored or otherwise exists in a cache **232**. In some embodiments, the cache **232** is located on the device. In other embodiments, the cache **232** is located on another device accessible by the appliance **200** or client **10**. In one embodiment, the prefetcher **904** queries the cache **232** to locate the object in the cache **232**. In some embodiments, the prefresher **904** searches for the object in storage. In other embodiments, the prefresher **904** determines the object is in cache via a query or lookup in an object or cache index. In yet other embodiments, the prefresher **904** uses an application programming interface (API), function call or script to determine whether the object is located in storage of the device or a cache **232**. In some embodiments, prefresher **904** sends a query via a message to another application, program, service, process or task to determine if the object is located in a cache **232** of the device intercepting the page or to another device having the cache **232**.

**[0536]** At step **1020**, in response to determining the identified object is stored or located in a cache **232**, the device and/or prefetcher **904** generates a request to obtain object information or header information of the object. In one embodiment, the prefetcher **904** generates an HTTP head command to request header information on the identified object. In other embodiments, the prefetcher **904** generates a request to query or obtain information on the object using any type and form of application protocol. For example, in one embodiment, the prefetcher **904** may use XML language to request object information or object header information. In some embodiments, the prefetcher **904** generates a request to obtain object information from a database system or object repository. In other embodiments, the prefetcher **904** generates a request to make a remote procedure call to obtain properties or attributes of an instance of the object in a remote system or application. In some embodiments, the prefetcher **904** generates the request with a priority for speculative prefetching such as described in conjunction with FIGS. **7**A-**7**D. In other embodiments, the prefetcher **904** uses any type and form of QoS scheduling and/or priorities to schedule and transmit the generated request.

**[0537]** Further to step **1020**, the device transmits the generated request for object information to a server **106**. In one embodiment, the device transmits the generated request to the server originating the page. In another embodiment, the device transmits the generated request to a second server. In some embodiments, the device transmits the generated request to a server farm. In other embodiments, the device transmits the generated request to a second appliance **200'**. In one embodiment, the device transmits the generated request in accordance with any QoS priority assigned to or associated with the generated request. In some embodiments, the device transmits the generated request at a priority lower than non-prefetching requests. In other embodiments, the device transmits the generated request at a priority lower than the non-prefetching requests received and processed by the device from clients, users or applications on a client.

**[0538]** At step **1025**, the device receives a response from the server having information identifying information on the object. In one embodiment, the device receives a response having object header information. For example, in an embodiment of HTTP, the device receives a response of having any one or more HTTP headers. In some embodiments, the response has one or more of the following HTTP headers: accept-ranges, age, allow, cache-control, content-encoding, content-language, content-length, content-location, content-type, date, etag, expires, last-modified, location, pragma, proxy-authenticate, retry-after, server, and vary. In other embodiments, the device receives a response having an XML content identifying one or more attributes, properties or name-value pairs of an object. In another embodiment, the device receives a response having a message with name-value pairs identifying information of the object. In yet some embodiments, the device receives a remote procedure call response identifying properties or attributes of the object. In one embodiment, the device receives object information identifying one or more portions of the object that have been changed or modified.

**[0539]** Based on the object information received in the response, the device determines whether or not to fetch, prefetch or otherwise obtain the object from a server. In one embodiment, if the object information indicates the object stored in cache is expired, the prefetcher **904** determines to

obtain the object from a server. In another embodiment, if the object information indicates the object stored in cache is about to expire, the prefetcher **904** determines to obtain the object from a server. In some embodiments, if the object information indicates the object has been modified on the originating server, the prefetcher **904** determines to obtain the object from a server. In other embodiments, if the object information indicates the size of the object is within a predetermined threshold, the prefetcher **904** determines to obtain the object from a server. In yet another embodiment, if the object information indicates the type and/or content of the object is acceptable, suitable or otherwise processable by the device, prefetcher **904**, and/or cache **232**, the prefetcher **904** determines to obtain the object from a server.

**[0540]** In response to determining to obtain the object from a server, at step **1035**, the device and/or prefetcher **904** generates a request for the object. In one embodiment, prefetcher **904** generates an HTTP get request for the object. In some embodiments, the prefetcher **904** generates a conditional request for the object, such as an HTTP conditional get. In one embodiment, the prefetcher **904** generates a request to obtain portions of the object that have been modified. In other embodiments, the prefetcher generates a request for the object using any type and form of application layer protocol, such as XML. In one embodiment, the prefetcher **904** generates a request to obtain the object from a database. In other embodiments, the prefetcher **904** generates a request to obtain the object from a location identified by the object information, such as via an HTTP location header. In another embodiment, the prefetcher **904** generates a request to obtain the object from another device, such as a client **102**, appliance **200** or a second cache **232'**. In some embodiments, the prefetcher **904** generates a speculative request for the object as described in conjunction with FIGS. **7**A-**7**D. In one embodiment, the prefetcher **904** generates the request for the object with a QoS associated with or assigned to prefetching requests and/or response.

**[0541]** At step **1030**, the device transmits the generated request for the object to a server **106**. In some embodiments, the device transmits the generated request to a server farm. In other embodiments, the device transmits the generated request to a second device or appliance **200'**. In one embodiment, the device transmits the generated request in accordance with any QoS priority assigned to or associated with the generated request. In some embodiments, the device transmits the generated request at a priority lower than non-prefetching requests. In other embodiments, the device transmits the generated request at a priority lower than the non-prefetching requests received and processed by the device from clients, users or applications on a client.

**[0542]** At step **1035**, the device receives a response to the generated and transmits request of step **1030**. In one embodiment, the device receives a response having the object. For example, the device may receive an HTTP response having an HTTP body including the object. In some embodiments, the device receives the object via an application layer protocol. In one embodiment, the device receives the object via XML. In other embodiments, the device receives one or more portions of the object that have been modified. In another embodiment, in response to a conditional get, the device receives a response without the object. In this embodiment, the device may receive a second object header information. For example, the device may receive a second set of one or more HTTP headers identifying the object has not been modified.

**[0543]** At step **1040**, the device and/or prefetcher **904** updates the object, or information thereof, stored in the cache **232**. In one embodiment, the prefetcher **904** stores an updated version of the object in the cache **232**. In another embodiment, the prefetcher **904** updates or stores the changes to portions of the object to the cache **232**. In some embodiments, the prefetcher **905** updates object information of the cached object. For example, the prefetcher **904** updates expiration or validation information of the object in the cache **232**.

**[0544]** In some embodiments, at step **1025**, the device and/or prefetcher **904** does not fetch, pre-fetch or otherwise obtain the object from a server based on the received object information. In one embodiment, if the object information indicates the object stored in cache is fresh or otherwise not expires, the prefetcher **904** determines not to obtain the object from a server. In another embodiment, if the object information indicates the object stored in cache is not to expire for a predetermined time period, the prefetcher **904** determines not to obtain the object from a server. In some embodiments, if the object information indicates the object has not been modified on the originating server or is otherwise fresh, the prefetcher **904** determines not to obtain the object from a server. In other embodiments, if the object information indicates the size of the object exceeds a predetermined threshold, the prefetcher **904** determines not to obtain the object from a server. In yet another embodiment, if the object information indicates a type and/or content of the object is not acceptable, suitable or otherwise processable by the device or cache **232**, the prefetcher **904** determines not to obtain the object from a server.

**[0545]** Although the device and/or prefetcher may determine not to fetch, pre-fetch or obtain the object at step **1025**, the device and/or prefetcher **904** may update information on the object in the cache **232** based on the received object information. As such, the device and/or prefetcher **904** may update object information in the cache **232** at step **1040**. For example, in the case of HTTP, the device and/or prefetcher **904** may use any of the HTTP header fields to update the object in the cache **232**. In one embodiment, the prefetcher **904** compares the object header information receives at step **1025** with the header information stored in the cache **232**. In some embodiments, if the information is different, the prefetcher **904** and/or cache manager **232** updates the header information stores in the cache **232**.

**[0546]** Although this technique is generally described above in an embodiment of HTTP and obtaining HTTP header information of an object, the techniques described herein may be used with any other protocol in which information about an object may be obtained without fetching the object itself.

**[0547]** Furthermore, although the object header information technique of method **1000** is generally described in connection with prefetching objects, this technique can be used by a cache manager **232** or prefresher **904** to freshen or pre-freshen a cached object, such as with the prefreshening techniques described in conjunction with FIGS. **9**A and **9**B. In some embodiments, the cache manager **232** uses these headers to update the freshness of an object that is stored in the cache **232**. For example, in the case of HTTP headers, the "Expires," "max-age," and "Last-Modified" header fields that are returned in the header information are applied by the cache manager **232** to the cached object. In one embodiment, the cache manager **232** uses the updated header information to mark a stale object in the cache **232** as fresh. In another

embodiment, the cache manager **232** uses the updated header information to extend the freshness lifetime of a cached object that is already marked fresh.

**[0548]** Referring now to FIG. **10**C, an embodiment of a method for prefetching object header information is depicted. In some embodiments, the caching device caches the status of object and may not have the object cached. For example, the caching device may cache the HTTP header of an HTTP based object. In some case, these cached headers may be considered stale by the client or the cache. The caching device may check the header information of an object with the origin server in advance of the client's request for the object. If the header of the object has change, the device stores the updated headers in the cache. If the client request the headers, either with an HTTP header command or implicitly through an "if-modified since" GET command, the device may service the request with the cached header information.

**[0549]** In brief overview of method **1050**, at step **1055**, a device, such as an appliance **200** or client **102**, intercepts or otherwise receives a communication, such as a page, identifying one or more objects. For example, the device may intercept a web page having one or more links or URLs to objects served by an originating server **106**. As step **1060**, the device forwards the intercepted page to the requester, such as a client, user or application on a client. At step **1065**, the device determines the header information for an object identified via the intercepted page is located or exists in the cache **232**. In response to the determination, at step **1070**, the device generates a request to obtain the header information of the object, such as for example, via the HTTP head command. The device transmits the generated request to a server. At step **1075**, the device receives a response from the server providing header information on the object, such an HTTP header values for an HTTP object. At step **1080**, the devices updates the header information for object stored in the cache based on the header information received by the response from the server.

**[0550]** In further details, at step **1055**, the caching device intercepts any type and form of communication from one device to another device identifying an object, such as a page transmitted from a server to a client. In one embodiment, the device is an appliance **200**. In another embodiment, the device is a client **102**. In one embodiment, the device intercepts a response from a server to a client's request for an object. In some embodiments, the server **106** transmits one or more network packets having an application protocol layer payload identifying an object.

**[0551]** At step **1060**, the device forwards or transmits the intercepted page, response or communication to the requester. In one embodiment, the device forwards the intercepted page upon interception or immediately thereafter. In other embodiments, the device forwards the intercepted page after identifying one or objects on the page. In yet another embodiment, the device makes a copy of the intercepted page for further processing, and forwards the page to the requester upon making the copy. In some embodiments, the device forwards the intercepted communication to the requester of a client **102**. In other embodiments, the device forwards the intercepted page to an application, such as a web browser. In another embodiment, the device forwards the page to a user.

**[0552]** At step **1065**, the device and/or prefetcher **904** determines whether or not header information for an object identified by the intercepted communication is located, stored or otherwise exists in a cache **232**. In some embodiments, the cache **232** is located on the device. In other embodiments, the cache **232** is located on another device accessible by the appliance **200** or client **10**. In one embodiment, the prefetcher **904** queries the cache **232** to locate the object header in the cache **232**. In some embodiments, the prefresher **904** searches for the object header in storage. In other embodiments, the prefresher **904** determines the object header is in cache via a query or lookup in an object or cache index. In yet other embodiments, the prefresher **904** uses an application programming interface (API), function call or script to determine whether the object header is located in storage of the device or a cache **232**. In some embodiments, prefresher **904** sends a query via a message to another application, program, service, process or task to determine if the header information for the object is located in a cache **232** of the device intercepting the page or to another device having the cache **232**.

**[0553]** At step **1070**, in response to determining the header information for the identified object is stored or located in a cache **232**, the device and/or prefetcher **904** generates a request to obtain header information of the object. In one embodiment, the prefetcher **904** generates an HTTP head command to request header information on the identified object. In other embodiments, the prefetcher **904** generates a request to query or obtain header information on the object using any type and form of application protocol. For example, in one embodiment, the prefetcher **904** may use XML language to request object header information. In some embodiments, the prefetcher **904** generates a request to obtain the object's header information from a database system or object repository. In some embodiments, the prefetcher **904** generates the request with a priority for speculative prefetching such as described in conjunction with FIGS. **7**A-**7**D. In other embodiments, the prefetcher **904** uses any type and form of QoS scheduling and/or priorities to schedule and transmit the generated request.

**[0554]** Further to step **1070**, the device transmits the generated request for the header information of the identified object to a server **106**. In one embodiment, the device transmits the generated request to the server originating the page. In another embodiment, the device transmits the generated request to a second server. In some embodiments, the device transmits the generated request to a server farm. In other embodiments, the device transmits the generated request to a second appliance **200'**. In one embodiment, the device transmits the generated request in accordance with any QoS priority assigned to or associated with the generated request. In some embodiments, the device transmits the generated request at a priority lower than non-prefetching requests. In other embodiments, the device transmits the generated request at a priority lower than the non-prefetching requests received and processed by the device from clients, users or applications on a client.

**[0555]** At step **1075**, the caching device receives a response from the server having information identifying the header information on the object. For example, in an embodiment of HTTP, the device receives a response of having any one or more HTTP headers. In some embodiments, the response has one or more of the following HTTP headers: accept-ranges, age, allow, cache-control, content-encoding, content-language, content-length, content-location, content-type, date, etag, expires, last-modified, location, pragma, proxy-authenticate, retry-after, server, and vary. In other embodiments, the device receives a response having an XML content identifying one or more attributes, properties or name-value pairs

providing header information for object. In another embodiment, the device receives a response having a message with name-value pairs identifying header information of the object. In yet some embodiments, the device receives a remote procedure call response identifying properties or attributes of the object's header.

**[0556]** At step **1080**, the caching device and/or prefetcher **904** updates the object's header information stored in the cache **232**. In one embodiment, the prefetcher **904** stores an updated version of the header in the cache **232**. In another embodiment, the prefetcher **904** updates or stores the changes to portions of the object header to the cache **232**. For example, the prefetcher **904** updates expiration or validation information of the header information in the cache **232**. In other embodiments, the device determines the header information has not changes and does not update the cached header information.

**[0557]** In some embodiments, upon prefetching the header information, the caching device may determine whether or not to prefetch the object identified in the intercepted communication. In one embodiment, the method **1050** continues at step **1025** of the embodiment of method **1000** described in FIG. **10**B.

**[0558]** In many cases, a large proportion of cache hits are "near-hits"—objects that are in the cache and marked as stale, but are identical to the content on the server. A prefreshening algorithm that requests only header information such as via the HTTP head command will give significant benefits in determining whether or not to fetch, prefetch, prefresh or freshening the object but will use almost no or little bandwidth

K. Systems and Methods for Prefetching or Using Non-Cacheable Content of Dynamically Generated Pages as Compression History

**[0559]** Referring now to FIGS. **11**A-**11**D systems and methods for using non-cacheable content of dynamically generated pages as data in a compression history between compressing and/or caching devices is depicted. In some cases, a server transmits to a first user a personalized version, or dynamically generated version of a requested web page. This dynamically generated page may not be identified as cacheable or under cache control. For example, one or more objects of the dynamically generated by the server may not be identified by the server as cacheable. The server may also transmit a personalized version of the web page to a second user. In some cases, portions of the data of the first user's personalized web page may be the same as portions of the second user's version of the same page. Similarly, the personalized version of the page the first user subsequently receives, say after an hour from the first request, may be the same or similar to the first previous personalized web-page of the first user. The systems and methods of the compression engine described below leverage the similarities of data between non-cacheable dynamically generated pages to improve compressibility of content communicated between compressing devices.

**[0560]** Referring to FIG. **11**A, embodiments of systems for using non-cacheable content as data of a compression history used between compression devices are depicted. In brief overview, a first device, such as a first appliance **200**, and a second device, such as client **102** or a second appliance **200'** compress communications transmitted between the devices using data of a compression history. The first appliance **200** has a first compression history **1138** that is shared, synchronized or used in conjunction with a second compression history **1138'** of the second appliance **200'** or the client **102**. The first appliance **200** intercepts content from a server **106**. A compression engine **238** of the appliance **200** compresses the intercepted content using data from the compression history **1138**. The first appliance **200** transmits the compressed content. The second appliance **200'** or client **102** receives the compressed content and a second compression engine **238'** decompresses the compressed content using the data from the second compression history **1138'**. The second compression history **1138'** has the same data of the first compression history **1138** used by the compression engine **238** of appliance **200**. Likewise, the second appliance **200'** or client **102** transmits compressed content compressed via compression engine **238'** and the second compression history **1138'**. The first appliance **200** receives the compressed content and decompressed the content using the shared data of the first compression history **1138**.

**[0561]** In further overview and as illustrated by the system embodiment at the top of FIG. **11**A, the first appliance **200** may intercept non-cacheable content **1150** transmitted by a server **106** to a client **102**. For example, the non-cacheable content **1150** may include a dynamically generated or personalized web page for a first user of a client **102**. Although the appliance **200** identifies the content as non-cacheable, the appliance **200** stores the content to the compression history **1138**, which may also be the cache **232**, or a portion thereof. The second appliance **200'** and/or client **102** may also intercept the non-cacheable content **1150**, identify the content as non-cacheable and store the non-cacheable content to the compression history **1138'**. The appliance **200**, **200'** and/or client **102** may intercept multiple pages of non-cacheable content **1150** and store the content to the respective compression histories **1138**, **1138'**.

**[0562]** As illustrated by the system embodiment located in the lower half of FIG. **11**A, the first user or a second user of the client **102** may request a second dynamically generated or personalized page from the server **106**. The first appliance **200** intercepts the second non-cacheable content **1152** transmitted by the server **106**. A portion of data of the second non-cacheable content **1152** comprises the same data as a portion of data of the first non-cacheable content **1150** stored in the compression history **1138**. The compression engine **238** generates a compressed version **1155** of the non-cacheable content **1152** based on the first non-cacheable content **1150** stored in the compression history **1138**. The first appliance **200** transmits the compressed content **1155** to the client **102** or second appliance **200'**. The client **102** or second appliance **200'** intercepts the compressed content **1155**, and the compression engine **238'** decompresses the compressed version **1155** of the second non-cacheable content **1152** using the first non-cacheable content **1150** stored in the second compression history **1138'**.

**[0563]** In some embodiments, the non-cacheable content **1150**, **1152** includes one or more dynamically generated objects. In one embodiment, the non-cacheable content **1150**, **1152** is identified as non-cacheable via identification of the dynamically generated content. In other embodiments, the non-cacheable content **1150**, **1152** includes one or more objects not identified as cacheable or identified as non-cacheable. In another embodiment, a first object of the dynamically generated content is identified as cacheable or is under cache control while a second object is not identified as cacheable or

is not under cache control. In some embodiments, the non-cacheable content **1150**, **1152** includes HTTP content not having any HTTP cache-control headers or HTTP directives. In one embodiment, the non-cacheable content **1150**, **1152** includes one or more objects not having HTTP cache-control headers or directives. In another embodiment, the non-cacheable content **1150**, **1152** includes one or more object snot having HTTP etag directive information. In yet another embodiment, the non-cacheable content **1150**, **1152** includes HTTP headers or directives identifying one or more objects as not cacheable. In some embodiments, non-cacheable content **1150**, **1152** includes HTTP headers or directives information or directing a receiver to not cache one or more objects. In one embodiment, the non-cacheable content is dynamically generated based on parameters or information from a request for the content.

**[0564]** The appliance **200**, **200'** and client **102** (also referred herein as a compressing or compression device) may store any type and form of data to a compression history **1138**, **1138'**, sometimes referred to as compression history **1138**. In some embodiments, the compressing device intercepts network packets and stores any payload, or portion thereof, of any protocol layer of a network packet to the compression history **1138**. In one embodiment, the compressing device stores application data obtained via an application layer protocol to the compression history **1138**. In some embodiments, the compressing device stores headers of the network packet, such as application layer header of an HTTP payload, to the compression history **1138**. In other embodiments, the compressing device does not store headers of the network packet.

**[0565]** The compressing engine **238** may store the compression history **1138** in storage **128**, such as disk, memory, such as RAM, or a combination of storage and memory. In some embodiments, the compression engine **238** uses an object or data index to reference or identify corresponding objects or data stored in the compression history. In one embodiment, the compression engine **238** uses an object index stored in memory. In other embodiments, the compression engine **238** uses an object index stored to disk. The object index comprises any type and form of indexing scheme for corresponding an index to an object in the compression history **1138**. In one embodiment, the object index is maintained in memory while the corresponding object is stored the compression history **1138**. In some embodiments, the object index comprises an entry that references or identifies a location or pointer to the object stored in the compression history **1138**. In one embodiment, the object index uses any type of hash, checksum or fingerprinting function on a name or identifier of the object as an entry or index. In some embodiments, the object index performs a hash, checksum or fingerprint on the object or portion of data in the compression history **1138**. In another embodiment, the entry of the object index is a name or identifier of the object. In some embodiments, the value for the entry or index is a location identifier for the location in storage of the object. For example, the index value may comprise a pointer to a starting address or location of the object.

**[0566]** In yet another embodiment, the compression engine **238** establishes, organizes, arranges or maintains logical storage units for the compression history, referred to as "chunks". The compression engine **238** may maintain a unique identifier for each logical storage unit and associate a size and starting and end points in storage of the "chunk". In one example, the index value includes an identifier of a chunk and an offset into the chunk for the starting location of the object. The compression engine **238** may store in the index entries identifying portions of data corresponding to an identifier of the logical storage unit.

**[0567]** In one embodiment, the compression engine **238** stores to a compression history **1138** any amount and type of previously transmitted data traversing the compressing device or otherwise intercepted by the device. In some embodiments, the compression engine **238** stores all data that passes through the device to the compression history **1138**. In other embodiments, a compression engine **238** may select portions of data from a data stream to be stored in the compression history **1138** based on any factor, including without limitation the data stream source, data stream destination, transmission protocol, application protocols, available disk space, current disk usage, available memory space, current available bandwidth, and size of the data portions. In some embodiments, the compression engine **238** may store data compressed in the compression history **1138** using any type and form of a lossless compression algorithm. In other embodiments, the compression engine **238** may store data encrypted in the compression history **1138** using any type and form of encryption algorithm.

**[0568]** In writing data, such as a portion of intercepted network traffic, to the compression history **1138**, a device, such as the client **102** or appliance **200**, may create a shared identifier to enable the device and a device receiving the transmitted data to refer to the portion of data in later communications. In one embodiment, this identifier may be a unique identifier between the two devices. In other embodiments, this shared identifier may be a globally unique identifier among a plurality of devices. The shared identifier may be created, for example, by tracking the number of bytes sent via a connection between the devices and assigning successive identifiers to successive bytes transmitted.

**[0569]** In operation, the appliance or client via compression engine **238** identifies portions of data from an intercepted data stream in the compression history **1138**. The appliance then replaces those portions of the data stream with identifiers identifying the locations of the compression history **1138** having those portions. Upon receiving the data stream having a reference to a location in the compression history, the receiving device, such as client **102** or appliance **200** searches its compression history **1138** for the identified portion of data. The device then replaces the identifier in the data stream with the identified portion of data, and forwards the uncompressed data steam to the intended recipient. In one embodiment, the client forwards the uncompressed data to a requester, such as a browser or application on the client. In another embodiment, the appliance forwards the uncompressed data to the client **102** or a second appliance **200'**.

**[0570]** Referring now to FIG. **11**B, an embodiment of a method **1100** for using non-cacheable content of dynamically generated pages as data in a compression history between compressing and/or caching devices is depicted. In brief overview, at step **1105**, a device intercepts or otherwise receives a first page transmitted via a first session to a client. The first page identifies non-cacheable content dynamically generated by the server. At step **1110**, the device stored the non-cacheable content of the first page to a compression history. At step **1115**, the device intercepts a second page transmitted via a second session to a client. The second page had non-cacheable content. At step **1120**, the device determines at least a portion of the second page matches non-cacheable content of the first page stored to a compression history. At step **1125**,

the device compresses the portion of the second page using the matching non-cacheable content of the first page in the compression history. At step **1130**, the device communicates or forwards the compressed content to the target recipient.

**[0571]** In further details, at step **1105**, a device, such as client **102** or appliance **200**, intercepts a first page transmitted via any type and form of session between a **102** client and a server **106**. The device intercepts any type and form of communication from one device to another device identifying a non-cacheable object, such as a page transmitted from a server to a client. In one embodiment, the device intercepts a response from a server to a client's request for a dynamically generated object. In some embodiments, the server **106** transmits one or more network packets having an application protocol layer payload identifying a non-cacheable object. For example, in one embodiment, the device intercepts a web or HTTP page transmitted by a server **106** to a client **102** and the page includes a uniform resource locator (URL) or hyperlink identifying a non-cacheable object.

**[0572]** The session may include any type and form of application layer session, such as an HTTP session. In one embodiment, the session may include a session layer session such as SSL or TLS. In yet another embodiment, the session may include any session communication via a transport layer connection, such as a TCP/IP connection. In some embodiments, the session is established for or on behalf of a user, such as user of client **102** or an application thereof.

**[0573]** The first page identifies non-cacheable content such as dynamically generated by the server **106**. In some embodiments, the first page is a version of content from the server personalized for a requester, such as a user or an application. In other embodiments, the first page comprises dynamically generated content based on parameters or information from a request for the content. In another embodiment, the first page includes updates or changes to one or more previously served objects.

**[0574]** At step **1110**, the device stores the non-cacheable content **1150** of the first page to a compression history. In one embodiment, the device identifies the non-cacheable content and in response to the identification, stores the non-cacheable content, or portion thereof, to a compression history **1138**. In some embodiments, device identifies an object as non-cacheable and stores the identified object to the compression history **1138**. In other embodiments, the device identifies the page has dynamically generated content and stores the content to the compression history **1138**. In another embodiment, the device identifies that the server indicates an object is not cacheable or should not be cached, and the device stores the object to the compression history **1138**. For example, an application layer header of the page or for the object may identify the object as non-cacheable.

**[0575]** At step **1110'**, in some embodiments, a second device, such as client **102** or appliance **200'** also intercepts and stores the non-cacheable content intercepted and forwarded by the first device, such as appliance **200**. In these embodiments, a second compression engine **238** and second compression history **1138'** stores non-cacheable content in the compression history to synchronize or otherwise maintain shared portions of data between compressing devices. In other embodiments, the first device, such as appliance **200**, transmits portions of the compression history **1138** to the second device, such as client **102**, for the second device to store in the compression history **1138'**.

**[0576]** In many embodiments, the device performs steps **1105** and **1110** multiples times across one or more sessions and/or for one or more users. In one embodiment, the device intercepts and stores non-cacheable content for a first session. In another embodiment, the device intercepts and stores non-cacheable content for a second session. In some embodiments, the device intercepts and stores non-cacheable content for a first user. In other embodiments, the device intercepts and stores non-cacheable content for a second user. In some embodiments, the device intercepts and stores non-cacheable content of a first type of session, such as an HTTP session. In other embodiments, the device intercepts and stores non-cacheable content of a second type of session, such as web application session or hosted service session. In yet other embodiments, the device intercepts and stores non-cacheable content of one or more session protocols, such as a first session protocol of SSL and a second session protocol of ICA. In still other embodiments, the device intercepts and stores non-cacheable content of a first protocol layer of a network stack and a second protocol layer of a network stack.

**[0577]** At step **1115**, the device intercepts or otherwise receives a second page to a client transmitted via the first session or a second session. In one embodiment, the device intercepts a second page transmitted via the first session, such as to a first user. In another embodiment, the device intercepts a second page transmitted via a second session, such as a new session with a second user. In yet another embodiment, the device intercepts a second page of second session with the first user. In some embodiments, a server transmits the second page via a second session using a different session or application protocol than the first session. In yet one embodiment, the second page is transmitted via a second session for an application or hosted services different than or the same as the application or host service of the first session.

**[0578]** As described above in connection with the first page, the second page may include any type and form of non-cacheable content **1152** as described herein. For example, the second page includes a personalized version of a web page or HTTP content for a second user. In another embodiment, the second page includes one or more objects of the first page but dynamically generated by a different request. In one embodiment, the request to dynamically generate content for the first page has different parameters than a request to dynamically generate the second page. In some embodiments, the second page has the same cacheable content as the first page. In other embodiments, a portion of the non-cacheable content of the first page is the same as the second page.

**[0579]** At step **1120**, the device determines at least a portion of the second page matches non-cacheable content of the first page stored to a compression history. In some embodiments, the compression engine **238** performs a match of data of the intercepted page to a compression history responsive to identifying non-cacheable content in the intercepted page. In one embodiment, the compression engine **238** determines the non-cacheable content of the second page was transmitted from the same server as other non-cacheable content stored to the compression history **1138**. In another embodiment, the compression engine **238** determines the second page was transmitted via the same session as the non-cacheable content stored in the compression history **1138**. In other embodiments, the compression engine **238** determines the second page was transmitted to the same client or application of the client as the non-cacheable content stored in the compression

history **1138**. In still other embodiments, the compression engine **238** determines the second page was transmitted to the same user as the non-cacheable content stored in the compression history **1138**. In one embodiment, the compression engine **238** determines the second page has the same cacheable objects as the first page and therefore determines the non-cacheable content may be similar. In yet another embodiment, the compression engine matches a portion of a cacheable object of an intercepted page to a portion of non-cacheable content stored in the compression history **1138**. In a further embodiment, the compression engine **238** matched a portion of a non-cacheable object of an intercepted page to a portion of a cacheable content stored in the compression history **1138**.

**[0580]** In one embodiment, the compression engine **238** of the client or appliance determines that a sequence of one or more bytes of data in the non-cacheable content of the second page matches data in the compression history **1138**. The compression engine **238** may use any type of fingerprinting algorithm or scheme to determine a match. In some embodiments, the compression engine compares a fingerprint of a portion of data of the intercepted second page to one or more fingerprints of portions of data in the compression history **1138**. In one embodiment, the compression engine **238** compares a fingerprint of a portion of non-cacheable content **1152** of second page with a fingerprint of a portion of non-cacheable content **1150** of the first page stored in the compression history **1138**. In one embodiment, the compression engine **238** determines a match by matching a fingerprint of data non-cacheable content to a fingerprint in the object index of the compression history **1138**. In another embodiment, the compression engine **238** determines a match by searching for a sequence of data of the intercepted non-cacheable content to data in the compression history **11338**.

**[0581]** At step **1125**, the device compresses the portion of the second page using the matching non-cacheable content of the first page in the compression history. In some embodiments, the compression engine **238** compresses all or any portion of the intercepted page to form a compressed representation **1155** of the second page. In one embodiment, the compression engine **238** compresses one or more portions of the non-cacheable content of the second page using one or more portions of the non-cacheable first page stored in the compression history **1138**. In some embodiments, the compression engine **238** compresses a first non-cacheable object of the second page using a portion of a non-cacheable object of the first page stored in the compression history **1138**. In yet another embodiment, the compression engine **238** compresses a first non-cacheable object of the second page using a portion of a first non-cacheable object and a portion of a second non-cacheable object in the compression history **1138**. In other embodiments, the compression engine **238** compresses at least a portion of the personalized content of the second page using one or more portions of personalized pages stored in the compression history **1138**. In still one embodiment, the compression engine **238** compresses at least a portion of a cacheable object of the second page using a portion of non-cacheable content of the first page stored in the compression history **1138**. In one embodiment, the compression engine **238** compresses at least a portion of a non-cacheable object of the second page using a portion of cacheable content stored in the compression history **1138**.

**[0582]** At step **1130**, the device communicates the compressed content **1155** to the intended receiver or target recipient. In some embodiments, a client **102** communicates the compressed content to an appliance **200** or server **106**. In another embodiment, the client **102** communicates the compressed content to an application on the client **102**, such as a browser. In other embodiments, the appliance **102** communicates the compressed content to a client **102** or a second appliance **200'**. The receiver, such as client **102**, intercepts the compressed content **1155**, and decompresses the compressed content **1155** using its copy of the data in the compression history **1138'** corresponding to the compression used by the sending device.

**[0583]** Referring now to FIGS. **11**C and **11**D, embodiments of systems and method for prefetching non-cacheable content or objects and storing to a compression history is depicted. In brief overview of FIG. **11**C, an appliance **200** having a network optimization engine **250** is depicted. The device, such as appliance **200** or client **102**, intercepts or receives communications or pages served from an originating server **106** or transmitted via another appliance **200'** and forwards the page to the requesting client. The received page may identify one or more non-cacheable objects, for example via uniform resource locators or hyperlinks. The appliance via the prefetcher **704** generates a request **1160** to obtain the non-cacheable object from a server **106**. The request may be considered a prefetch in that the user receiving the page may have not yet requested the object identified by the page but the appliance **200** requests the object in anticipation of intercepting a request for the object from the user. The prefetcher **704** transmits to the originating server **106** the request to prefetch the non-cacheable object. The appliance receives a response from the server including the non-cacheable object and stores the object in the compression history used by the appliance.

**[0584]** As previously discussed in conjunction with FIGS. 7A-7D, the prefetcher **704** includes or provides logic, business rules, functions or operations for generating requests or packet(s) for the request. In one embodiment, the prefetcher generates one or more packets for either a request or a response. In some embodiments, the prefetcher **704** generates a request to prefetch identified objects, such as objects identified by intercepted pages and initiates the transmission of the generated request to a server **106**. In one embodiment, the prefetcher **704** generates requests **1160** for non-cacheable objects identified via the page. In other embodiments, the prefetcher generates a request **1160** for a non-cacheable object based on a user. In another embodiment, the prefetcher generates a request **1160** for a non-cacheable object that the server dynamically generates. In one case, the request **1160** causes the server to dynamically generate the non-cacheable object, such as an object for a personalized web page. In some embodiments, the prefetcher **704** generates a non-cacheable object request **1160** identified as speculative or with a QoS priority lower than non-prefetch requests. In other embodiments, the prefetcher **704** receives the response to the prefetch request and stores the non-cacheable object of the response to the compression history **1138**.

**[0585]** Although the prefetcher **704** is illustrated as a part of the protocol accelerator, the prefetcher may be included in any part of the network optimization engine **250**. For example, in some embodiments, the compression engine **238** comprises the prefetcher for prefetching cacheable and/or non-cacheable objects for the compression history **1138**.

**[0586]** Referring now to FIG. **11**D, an embodiment of steps of a method **1170** for prefetching non-cacheable content for the compression history **1138** is depicted. In brief overview, at

step **1172**, a device, such as the appliance **200** or client **102**, intercepts or otherwise receive a communication identifying one or more non-cacheable objects. At step **1174**, the device forwards the communication to the requester. At step **1176**, the device generates a request for the non-cacheable object and transmits the generated request to a server. At step **1178**, the device stores the non-cacheable object to the compression history **1138**. The compression engine **238** may use the stored non-cacheable object to compress content of subsequent communications between one or more clients and one or more servers.

**[0587]** In further details, at step **1172**, the device intercepts or receives any type and form of communication from one device to another device identifying a non-cacheable object, such as a page transmitted from a server to a client. In one embodiment, the device is an appliance **200**. In another embodiment, the device is a client **102**. In one embodiment, the device intercepts a response from a server to a client's request for a non-cacheable object. In some embodiments, the server **106** transmits one or more network packets having an application protocol layer payload identifying a non-cacheable object. For example, in one embodiment, the device intercepts a web or HTTP page transmitted by a server **106** to a client **102** and the page includes a uniform resource locator (URL) or hyperlink identifying a non-cacheable object. In some embodiments, the device, such as a client, intercepts a page identified by a URL and the page identifies one or more non-cacheable objects.

**[0588]** At step **1174**, the device forwards or transmits the page, response or communication to the requester. In one embodiment, the device forwards the page upon interception, receipt or immediately thereafter. In other embodiments, the device forwards the page after identifying one or objects on the page. In yet another embodiment, the device makes a copy of the page for further processing, and forwards the page to the requestor upon making the copy. In some embodiments, the device forwards the received communication to the requester of a client **102**. In other embodiments, the device forwards the intercepted page to an application, such as a web browser. In another embodiment, the device forwards the page to a user.

**[0589]** At step **1176**, in response to identifying the non-cacheable object, the device and/or prefetcher **704** generates a request **1160** to the non-cacheable object from a server of the object. In one embodiment, the prefetcher **904** generates an HTTP request for the non-cacheable object. In other embodiments, the prefetcher **704** generates a request to query or obtain the non-cacheable object using any type and form of application protocol. For example, in one embodiment, the prefetcher **704** may use XML language to request non-cacheable object. In another embodiment, the prefetcher **704** generates a request for a non-cacheable object that identifies the user of the communication received at step **1172**. In some embodiments, the prefetcher **704** generates a request for a non-cacheable object that identifies another user, such as a user of the device. In one embodiment, the prefetcher **704** generates a request that triggers the server to dynamically generated the object. In one case, the request identifies a user for dynamically generating the object, such as for a personalized web page. In some embodiments, the prefetcher **704** generates the request for the non-cacheable object with a priority for speculative prefetching such as described in conjunction with FIGS. **7A-7D**. In other embodiments, the prefetcher **904** uses any type and form of QoS scheduling and/or priorities to schedule and transmit the generated request.

**[0590]** Further to step **1176**, the device transmits the generated request **1160** for the non-cacheable object to a server **106**. In one embodiment, the device transmits the generated request to the server originating the page. In another embodiment, the device transmits the generated request to a second server. In some embodiments, the device transmits the generated request to a server farm. In other embodiments, the device transmits the generated request to a second appliance **200'**. In one embodiment, the device transmits the generated request in accordance with any QoS priority assigned to or associated with the generated request. In some embodiments, the device transmits the generated request at a priority lower than non-prefetching requests. In other embodiments, the device transmits the generated request at a priority lower than the non-prefetching requests received and processed by the device from clients, users or applications on a client.

**[0591]** At step **1178**, the device receives a response from the server having the non-cacheable object or content thereof In one embodiment, the device receives a non-cacheable object generated for a specific user. In another embodiment, the device receives a non-cacheable object that is not user dependent. In some embodiments, the device receives an object dynamically generated by the server upon receipt of the request. In other embodiments, the devices receives the non-cacheable object from a cache of another device, such as an appliance, client or server.

**[0592]** At step **1180**, the device stores the non-cacheable object to the compression history **1138**. In some embodiments, the device stores the non-cacheable object to both the compression history **1138** and a cache. In one embodiment, the compression history **1138** and the cache **232** use the same storage, or portion thereof In another embodiment, the compression engine **238** uses the cache **232** or portion thereof as a compression history.

**[0593]** By preloading or prefetching the compression history with intercepted non-cacheable HTTP content, the compression engine can improve or increase the compressibility of cacheable and non-cacheable content of HTTP network traffic. Although the systems and methods above are generally described above in connection with pages, such as HTTP pages, the techniques of method **1100** or embodiments of the system of FIG. **11**A may be used with non-HTTP protocols.

**[0594]** With the multi-protocol and multi-session compression engine **238** storing non-cacheable content to the compression history, the compression engine **238** increases compressibility of content communicated over WAN and/or LAN links to reduce bandwidth, decrease latency, and improve response times.

L. Systems and Methods for using Non-Http Network File Transfer as Compression History for Http Based Traffic

**[0595]** Referring now to FIGS. **12**A and **12**B, systems and methods for using non-HTTP file transfer data in a compression history for compressing HTTP based traffic are depicted. With these techniques, non-HTTP accessed traversing a compression device may use the data from such non-HTTP accessed to improve compressibility of HTTP traffic. For example, network file transfers can be used to preload a compression history with a remote copy command, such as: rcp remote-file/dev/null. The remote file is copied across the network and then discarded, but the compression engine stores the data in a compression history. If a user accesses the

file via an HTTP request, the compression engine uses the data of the non-HTTP file transfer in the compression history. With this technique described in more detail below, non-HTTP or ad-hoc network file transfers are used to provide content distribution to compression devices for compressing HTTP network traffic.

**[0596]** Referring to FIG. **12**A, an embodiment of a system for distributing or fetching non-HTTP content for a compression device to later compress HTTP content is depicted. In brief overview and as discussed above in conjunction with FIGS. **11**A and **11**B, a first device, such as a first appliance **200**, and a second device, such as client **102** or a second appliance **200'** compress communications transmitted between the devices using data of a compression history **1138** that is shared synchronized. A user, application or device initiates a non-HTTP network file transfer **1250**, such as a remote copy of one or more files from a first system to a second system or an ftp of a file from one device to another. For example, a user may execute a remote copy of one or more files from a server **106** to the client **102**. In another example, a system administrator of an appliance **200** may execute a remote copy of files from a server **106** in order to preload the compression history **1138** of the appliance with files. This non-HTTP network file transfer may traverse one or more compression devices, such as appliance **200** and the client **102** or a second appliance **200'**.

**[0597]** In further overview and as illustrated by the system embodiment at the top of FIG. **13**A, the first appliance **200** may intercept or otherwise receive a non-HTTP file transfer **1250**, such as a file transmitted by a server **106** to a client **102**. Although the appliance **200** identifies the content as non-HTTP, the appliance **200** stores the content to the compression history **1138**, which may also be the cache **232**, or a portion thereof. The second appliance **200'** and/or client **102** may also intercept the non-HTTP network file transfer **1250**, and store content from the file transfer to the compression history **1138'**. The appliance **200**, **200'** and/or client **102** may intercept multiple non-HTTP file transfers and store files or contents thereof to the respective compression histories **1138**, **1138'**.

**[0598]** As illustrated by the system embodiment located in the lower half of FIG. **12**A, a user of the client **102** may request HTTP content from a server **106**. For example, the client may transmit an HTTP request to a server for one or more files or objects. In response to the request, the server transmits an HTTP response include the requested object or file. The first appliance **200** intercepts the HTTP content **1252** transmitted by the server **106**. A portion of data of the HTTP content **1252** comprises the same data as a portion of the non-HTTP file transfer content stored in the compression history **1138**. In response to detecting a match between intercepted data and data in the compression history **1139**, the compression engine **238** generates a compressed version **1255** of HTTP content **1252** based on the non-HTTP content **1250** stored in the compression history **1138**. The first appliance **200** transmits the compressed content **1255** to the client **102** or second appliance **200'**. The client **102** or second appliance **200'** intercepts the compressed content **1255**, and the compression engine **238'** decompresses the compressed version **1255** of the HTTP content **1252** using the non-HTTP file transfer content **1250** stored in the second compression history **1138'**.

**[0599]** Referring to FIG. **12**B, an embodiment of steps of a method **1200** for using non-HTTP content for compressing HTTP traffic is depicted. In brief overview, at step **1205**, a user or application executes a non-HTTP file transfer, such as a system administrator initiating a remote copy of files from a server. At step **1210**, a device, such as appliance **200** or client **102**, intercepts or otherwise receives network packets of the non-HTTP network file transfer **1250**. At step **1215**, the device in response to identifying the non-HTTP network file transfer **1250** stores content of the file transfer to a compression history. At step **1220**, the device intercepts communications having HTTP content **1252**, such an HTTP page. At step **1225**, the device determines a portion of the HTTP content **1252** matches a portion of the non-HTTP file transfer **1252** stored in the compression history **1138**. At step **1230**, the device compressed the portion of the HTTP content using the non-HTTP content stores in the compression history **1138**. At step **1235**, the device communicates the compressed content **1255** to the target receiver.

**[0600]** In further details, at step **1205**, a user or application initiates or executes any type and form of network file transfer **1250**. In some embodiments, the network file transfer uses any type and form of application layer protocol. In one embodiment, the network file transfer uses a non-HTTP protocol. In another embodiment, the network file transfer uses a file transfer protocol, such any version and type of FTP. In other embodiments, the network file transfer uses a Network Basic Input/Output System, NetBioS, to transfer a file. In one embodiment, the network file transfers uses NetBEUI protocol to transfer a file. In some embodiments, the network file transfer uses a Server Message Block (SMB) protocol. In yet another embodiment, the network file transfers uses the CIFS protocol for transferring one or more files. In still another embodiment, the network file transfer users a Message Application Programming Interface (MAPI), such as via email, to transfer a file. In some embodiments, the network file transfer includes any protocol for communicating data to or via a printer, serial port, parallel port or other communication port or device.

**[0601]** In some embodiments, a user initiates a network file transfer via a remote copy command. In one embodiment, the network file transfer copies one or more files from one system to a null device of a second device, referred as /dev/null on Linux or Unix operating system and also sometimes referred to as a “bit bucket”. In some embodiments, the network file transfer only copies the files to a system temporarily and not for permanent storage. In yet another embodiment, a user initiates a print or fax of data over the network, such as printing or faxing a file or document from a network drive or a folder on a server **106**. In some embodiments, a user emails one or more documents over a network, such as a LAN or WAN. In still other embodiments, a user via a file exploxer or user interface copies one or more files from storage of a first device to storage of a second device via a network, such as by dragging and dropping file. In another embodiment, a user via file a transport protocol program, application or user interface transfers one or more files between devices.

**[0602]** In some embodiments, the compression device, such as a the client **102** or appliance **200** initiates a network file transfer. For example, in one embodiment, the network optimization engine **250** includes logic, functions or operations to execute a network transfer of files that traverses the device in order to prefetch or populate the compression history **1138** with data. In some embodiments, the network optimization engine **250** responsive to detecting requests to and/or network traffic from a server, initiates a network transfer of

files from the server to another device. In yet another embodiment, the network optimization engine **250** based on one or more policies of a policy engine **295** triggers execution of a network file transfer to populate the compression history **1138** with desired data. In one embodiment, a system administrator of the appliance **200** or compression device executes a network file transfer in order to populate the compression history with specified data.

**[0603]** At step **1210**, a device, such as client **102** or appliance **200**, intercepts or otherwise receives the network file transfer **1250** communicated between devices. In one embodiment, the device intercepts any type and form of communication from one device to another device identifying a non-HTTP file transfer such as a remote copy or otherwise having file content. In some embodiments, the device intercepts one or more network packets identifying a file transfer. In another embodiment, the device intercepts application payload of network packets having content of one or more files. In other embodiments, the device intercepts one or more network packets of network file transfer execute via a: remote copy, file transfer protocol (FTP), an email, a print or fax.

**[0604]** At step **1215**, the device stores all or any portion of the content **1250** to a compression history **1138**. In one embodiment, the device identifies the non-HTTP network file transfer and in response to the identification, stores the content, or portion thereof, to a compression history **1138**. In some embodiments, the device identifies a file in the content **1250** and stores the file to the compression history **1138**. In other embodiments, the device identifies the payload of a network packet has data of a file and stores the data to the compression history **1138**. In another embodiment, the device determined that a network packet identifies that subsequent network packets have content of a file, and stores the contents of the subsequent network packets to the compression history **1138**.

**[0605]** At step **1215'**, in some embodiments, a second device, such as client **102** or appliance **200'** also intercepts and stores the network file transfer content intercepted and forwarded by the first device, such as appliance **200**. In these embodiments, a second compression engine **238'** and second compression history **1138'** stores the file transfer content, or any portion thereof, in the compression history **1138'** to synchronize or otherwise maintain shared portions of data between compressing devices. In other embodiments, the first device, such as appliance **200**, transmits portions of the compression history **1138** to the second device, such as client **102**, for the second device to store in the compression history **1138'**.

**[0606]** In many embodiments, the device performs steps **1210** and **1215** multiples times for one or more network file transfers **1250**, **1250'** In one embodiment, the device intercepts and stores content from a network file transfer via a remote copy. In some embodiments, the device intercepts and stores content from a network file transfer via a FTP. In another embodiment, the device intercepts and stores content from a network file transfer via an email or via the MAPI protocol. In some embodiments, the device intercepts and stores network file transfer content for a first user. In other embodiments, the device intercepts and stores network file transfer content for a second user. In some embodiments, the device intercepts and stores network file transfer content of a first type of protocol, such as FTP. In other embodiments, the device intercepts and stores network file transfer content of a second type of protocol, such as ICA or RDP.

**[0607]** At step **1220**, the device, such as client **102** or appliance **200**, intercepts or otherwise receives any type and form of HTTP communication **1252** between devices. In one embodiment, the device intercepts an HTTP page **1252** transmitted to a client from a server **106**. In another embodiment, the device intercepts an HTTP page transmitted via any one or more HTTP sessions. In another embodiment, the device intercepts a page transmitted to a browser of a user. In some embodiments, the device intercepts a first page of first session with a first user. In other embodiments, the device intercepts a second page of second session with a second user. In one embodiment, the device intercepts HTTP content **1252** having one or more objects. In another embodiment, the device intercepts HTTP content **1252** having one or more files. In yet another embodiment, the HTTP content **1252** may include non-cacheable content **1152** as described above in conjunction with FIGS. **11**A-**11**B. For example, the HTTP content **1252** in one embodiment may include a personalized version of an HTTP page for a first user. In another embodiment, the HTTP content **1252** may include a personalized version of an HTTP page for a second user.

**[0608]** At step **1225**, the device determines at least a portion of the HTTP content **1252** matches content of the network file transfer **1250** stored to a compression history **1138**. In some embodiments, the compression engine **238** performs a match of data of the intercepted HTTP content **1252** to a compression history responsive to identifying the communication includes HTTP. In other embodiments, the compression engine **238** performs a match of data of the intercepted HTTP content **1252** to a compression history responsive to identifying the content **1252** includes one or more files. In one embodiment, the compression engine **238** performs a match of data of the intercepted HTTP content **1252** to a compression history responsive to identifying the content **1252** includes a name or URL of a file of the network file transfer **1250**.

**[0609]** In one embodiment, the compression engine **238** determines the HTTP content **1252** was transmitted from the same server as the network file transfer content stored to the compression history **1138**. In other embodiments, the compression engine **238** determines the HTTP content was transmitted to the same device as the network file transfer content stored in the compression history **1138**. In one embodiment, the compression engine **238** determines the HTTP content **1252** has the same objects or files as the network file transfer **1250**. In yet another embodiment, the compression engine **238** matches a portion of the intercepted HTTP content **1252** to a portion of network file transfer content **1250** stored in the compression history **1138**. In a further embodiment, the compression engine **238** matches a portion of a non-cacheable object of an intercepted page to a portion of the network file transfer content stored in the compression history **1138**. In one embodiment, the compression engine **238** matches a portion of a cacheable object of an intercepted page to a portion of the network file transfer content stored in the compression history **1138**.

**[0610]** In some embodiments, the compression engine **238** of the client or appliance determines that a sequence of one or more bytes of data in the HTTP content **252** matches data in the compression history **1138**. The compression engine **238** may use any type of fingerprinting algorithm or scheme to determine a match. In some embodiments, the compression engine **238** compares a fingerprint of a portion of data of the intercepted HTTP content **1250** to one or more fingerprints of

portions of data in the compression history **1138**. In one embodiment, the compression engine **238** compares a fingerprint of a portion of HTTP content **1252** of with a fingerprint of a portion of network file transfer **1252** stored in the compression history **1138**. In one embodiment, the compression engine **238** determines a match by matching a fingerprint of data of the HTTP content **1252** to a fingerprint in the object index of the compression history **1138**. In another embodiment, the compression engine **238** determines a match by searching for a sequence of data of the intercepted HTTP content **1252** to data in the compression history **1138**.

**[0611]** At step **1230**, the device compresses the portion of the HTTP content using the matching network file transfer content in the compression history. In some embodiments, the compression engine **238** compresses all or any portion of the intercepted HTTP content **1250** to form a compressed representation **1255** of the second page. In one embodiment, the compression engine **238** compresses one or more portions of the HTTP content using one or more portions of the network file transfer content stored in the compression history **1138**. In some embodiments, the compression engine **238** compresses a first file of the HTTP content using a portion of one or more files of the network file transfer stored in the compression history **1138**. In yet another embodiment, the compression engine **238** compresses a first object of the HTTP content using a portion of a first file and a portion of a second file of the network file transfer stored in the compression history **1138**. In other embodiments, the compression engine **238** compresses at least a portion of the personalized HTTP content **1252** using one or more portions of network file transfer stored in the compression history **1138**. In still one embodiment, the compression engine **238** compresses at least a portion of a cacheable object of the HTTP content using a portion of network file transfer content stored in the compression history **1138**. In one embodiment, the compression engine **238** compresses at least a portion of a non-cacheable object of the HTTP content using a portion of the network file transfer content stored in the compression history **1138**.

**[0612]** At step **1235**, the device communicates the compressed content **1255** to the intended receiver or target recipient. In some embodiments, a client **102** communicates the compressed content to an appliance **200** or server **106**. In another embodiment, the client **102** communicates the compressed content to an application on the client **102**, such as a browser. In other embodiments, the appliance **102** communicates the compressed content to a client **102** or a second appliance **200'**. The receiver, such as client **102**, intercepts the compressed content **1255**, and decompresses the compressed content **1255** using its copy of the data in the compression history **1138'** corresponding to the compression used by the sending device.

M. Systems and Methods for Determining Whether to Prefetch/Prefresh an Object Based on Operational Condition of the Device or a Status of the Connection or Server

**[0613]** Referring now to FIGS. **13**A and **13**B, systems and methods for dynamically determining whether to prefetch, freshen or pre-freshen an object based on operational condition of the link to the originating server or the operational status of the prefetching or prefreshening device and/or server are depicted. In many embodiments, originating servers deliver objects without an expiration date. Without expiration information, it may be up to the caching device to decide how long these objects are to remain "fresh." If an object is not fresh, the caching device checks with the originating server to see if the object has changed. In some cases, it may not make sense to serve relatively stale data if the originating server is very close and verifying freshness takes very little time. In other cases, it may not make sense to serve relatively fresh data if the link is so slow and congested that checking takes too long or longer than desired.

**[0614]** The dynamic freshness heuristic technique described in conjunction with FIGS. **13**A and **13**B dynamically takes into account the operational and performance conditions of the link (connection), caching device and/or server to determine whether or not to check a status of the object or to obtain the object from the server. For example, if the condition of the link is below a desired threshold, the caching device may check the freshness of an object less frequently or rarely, and relatively stale data may be served instead. In another example, if the status of the link or server indicates the link or server is no longer operational, the caching device may cease checking freshness of objects with that server until communication is re-established. In other example, if the performance of the link and server may be such that the caching device determines to check freshness of objects more frequently.

**[0615]** Referring now to FIG. **13**A, a device such as an appliance **200** or client **102** having a network optimization engine **250** is depicted. In brief overview, the appliance **200** intercepts or otherwise receives pages served from an originating server **106** or transmitted via another appliance **200'** and forwards the page to the requester. The network optimization engine **250** may include an operation condition detector **1302** for dynamically determining the operational and/or performance status, condition or characteristics of the connection to the server, the server and/or the device (e.g. appliance **200** or client **102**). Based on the dynamically detected operational conditions, the device determines whether or not to obtain a status of an object in the cache or to obtain an update of the object from a server. In one embodiment, the network optimization engine **250** determines to prefetch an object via a prefetcher **704** responsive to the operation condition detector **1302**. In another embodiment, the network optimization engine **250** determines to prefresh an object via a prefresher **904** responsive to the operation condition detector **1302**. In other embodiments, network optimization engine **250** determines not to prefetch, freshen or prefresh an object responsive to the operation condition detector **1302**.

**[0616]** As illustrated in FIG. **13**A, the network optimization engine **250** may include an operation condition detector **1302**. The operation condition detector **1302** includes software, hardware or any combination of software and hardware. The operation condition detector **1302** may include an application, program, script, library, process, service, driver, task, thread or any type and form of executable instructions. The operation condition detector **1302** includes or provides logic, business rules, functions or operations for detecting or determining an operational condition, status, characteristic and/or performance of one or more of: a network connection or link such as between the device and a server **106**, the caching device, such as appliance **200** or client **102**, and one or more servers **106**. In some embodiments, the operation condition detector **1302** includes the bandwidth detector **702**, or the logic, functionality and/or operations thereof, as described above in conjunction with FIGS. **7**A-**7**D.

**[0617]** In one embodiment, the operation condition detector **1302** detects or determines the operational condition of a

network connection to a server having one or more objects. In some embodiments, the operation condition detector **1302** determines a type and speed of the network connection. For example, the operation condition detector **1302** determines if the link or connection is to a WAN or LAN network. In other embodiments, the operation condition detector **1302** determines if there is a cooperating or partner device, such as appliance **200'**, in the path of the network connection between the device of the operation condition detector **1302** and the server **106**. In another embodiment, the operation condition detector **1302** determines utilization, availability or remaining capacity of bandwidth of the network connection between the network optimization engine **240** and the server **106**. In one embodiment, the operation condition detector **1302** determines throughput rates, response times or performance of network traffic delivery via the network connection. In some embodiments, the operation condition detector **1302** determines a level or rate of congestion, collisions, and/or dropped packets of network traffic via the network connection.

**[0618]** In yet another embodiment, the operation condition detector **1302** determines whether or not a transport layer connection is active, established or operational. In one embodiment, the operation condition detector **1302** determines whether or not a transport layer connection is inactive, disconnected or not operational. In some embodiments, the operation condition detector **1302** checks or monitors the condition of a transport layer connection between the device of the operation condition detector **1302** and the server **106**. In other embodiments, the operation condition detector **1302** checks or monitors the condition of a transport layer connection between a client **102** and the server **106**. In one embodiment, the device of the operation condition detector **1302** proxies, transparently or otherwise, a transport layer connection between a first device **102** and a second device **106**.

**[0619]** In some embodiments, the operation condition detector **1302** determines a distance, absolute or relative, between the device of the operation condition detector **1302** and a server **106**. In other embodiments, the operation condition detector **1302** determines a closeness between the network optimization engine **250** and one or more servers **106**. In one embodiment, the operation condition detector **1302** determines the distance or closeness via a measurement of one or more round trip times. In another embodiment, the operation condition detector **1302** determines the distance or closeness via time information returned by a ping or ICMP (Internet Control Message Protocol) echo request to a server. In some embodiments, the operation condition detector **1302** determines the distance or closeness of one or more servers via network configuration information.

**[0620]** In some embodiments, the operation condition detector **1302** detects or determines the operational condition or performance of a server, such as an originating server serving objects stored in a cache **232**. In one embodiment, the operation condition detector **1302** determines a server is running or operational, or otherwise not running or operational, via one of a ping, ICMP echo request or trace route command. In other embodiments, the operation condition detector **1302** determines a server is running or operational, or otherwise not running or operational, by request a transport layer connection with the server. In some cases, the operation condition detector **1302** sends an application layer protocol request, such an HTTP request, to the server and compares a received response to an expected response. In another embodiment, the operation condition detector **1302** determines an operational condition of the server by measuring or monitoring the number of concurrent connections to the server. In some embodiments, the operation condition detector **1302** determines an operational condition of the server by measuring or monitoring a rate of the number of connections established with the server.

**[0621]** In yet other embodiments, the operation condition detector **1302** determines a load of a server by any one or more of the following: 1) numbers and types of connections, 2) resource usage, such as CPU, disk and memory usage, 3) resource availability such as CPU, disk and memory availability, 4) number of requests outstanding, 5) number of requests transmitted, 6) number of clients servicing, 7) response time information, including average and historical response times, 8) errors, status, performance or bandwidth of a connection, 9) number of sessions, and states or status thereof, and 10) a weight assigned to the server. In one embodiment, the server **106** transmits information, including any of the above items, regarding its operations, status, load or performance to the network optimization engine **250** and/or the operation condition detector **1302**. In some embodiments, the operation condition detector **1302** receives information on the operational condition or performance of a server from another device, such as an appliance **200** or appliance **205**.

**[0622]** In some embodiments, the operation condition detector **1302** detects or determines the operational condition or performance of the caching device or the device executing the operation condition detector **1302**. In one embodiment, the device is a WAN optimization appliance **200**. In another embodiment, the device is a proxying device or proxying network appliance. In other embodiments, the device is a network acceleration device for LAN or WAN. In some embodiments, the device is a load-balancer and/or content-switching device. In any of these embodiments, the operational condition detector **1302** detects or determines the operational condition or performance of the device relative to the functionality and operations for which the device was designed and constructed. In one embodiment, the operational condition detector **1302** determines a performance throughput or rate of servicing network traffic traversing the device. In some embodiments, the operational condition detector **1302** detects or determines any one or more of the following: 1) numbers and types of connections, 2) resource usage, such as CPU, disk and memory usage, 3) resource availability, such as CPU, disk and memory availability, 4) number of requests outstanding, 5) number of requests transmitted, 6) number of clients servicing, 7) response time information, including average and historical response times, 8) errors, status, performance or bandwidth of a connection, and 9) number of sessions, and states or status thereof.

**[0623]** In some embodiments, the operation condition detector **1302** may use one or more monitoring agents **1303**. The monitoring agent **1303** may include software, hardware or a combination of software and hardware. The monitoring agent **1303** may be an application, program, script, library, process, service, driver, task, thread or any type and form of executable instructions. In one embodiment, the monitoring agent **1303** monitors an operational condition of a server or a network service of a server **106**, such as a web or HTTP service. In some embodiments, the monitoring agent **1303** monitors an operation condition of a network connection. In other embodiments, the monitoring agent **1303** monitors the

device of the operation condition detector **1302**. In one embodiment, the monitoring agent **1303** determines operational conditions of the monitored resource, such as a server or connection, on a predetermined frequency, such as every 1 sec, or 1 msec, or at any frequency between 1 msec and 1 sec.

**[0624]** In some embodiments, the operation condition detector **1302** uses one or more predetermined thresholds **1304** to determine whether or not to obtain a status of an object or obtain the object from a server based on the operational condition or performance of the network connection, server or device. A predetermined threshold **1303** may include any type and form of value or values, such as ranges. The predetermined threshold **1303** may identify or indicate a desired, suitable or acceptable level for the resource, condition or characteristic under detection or monitoring by the operation condition detector **1302**. In one embodiment, each of the one or more predetermined thresholds **1304** may be weighted using any type and form of weighting scheme. In some embodiments, a user of the device, such an administrator of the appliance **200**, may select or establish the predetermined threshold values and/or corresponding weights.

**[0625]** In some embodiments, the operation condition detector **1302** determines if the operational condition of a connection, server and/or the device is within or below one or more of the predetermined thresholds **1304**. Based on this determination, the operation condition detector **1302** indicates or communicates to the prefetcher **704** and/or prefresher **904** that the operational conditions are as such that the prefetcher **704** and/or prefresher **904** should perform any of the fetching, prefetching, freshening and/or prefreshening techniques described herein. In one embodiment, the prefetcher **704** and/or prefresher generates a request to obtain a status of one or more objects from a server responsive to a signal or communication from the operation condition detector **1302**. In another embodiment, the prefetcher **704** and/or prefresher **904** generates a request to obtain one or more objects from a server responsive to a signal or communication from the operation condition detector **1302**. In yet another embodiment, the prefetcher **704** and/or prefresher **904** generates a request for a conditional get of one or more objects from a server responsive to a signal or communication from the operation condition detector **1302**.

**[0626]** In other embodiments, the operation condition detector **1302** determines if the operational condition of a connection, server and/or the device exceeds or is about to exceed one or more of the predetermined thresholds **1304**. In some of these embodiments, the operation condition detector **1302** indicates or communicates to the prefetcher **704** and/or prefresher **904** to not perform any of fetching, prefetching, freshening and/or prefreshening of objects. In another of these embodiments, the operation condition detector **1302** does not communicate a signal or otherwise indicate to the prefetcher **704** and/or prefresher **904** to perform any of fetching, prefetching, freshening and/or prefreshening of objects.

**[0627]** Referring now to FIG. **13**B, an embodiment of steps of a method **1300** for performing heuristic based and dynamically determining whether to prefetch, freshen or pre-freshen an object based on operational condition of the link to the originating server or the operational status of the prefetching or prefreshening device and/or server is depicted. In brief overview, at step **1305**, intercepting by a device, such as a client **102** or appliance **200**, an object transmitted from a server via a network connection, such as a transport layer connection. For example, the device may intercept an HTTP response to a user request for an object. At step **1305**, the device stores or updates the object in the cache **232**. At step **1310**, the device detects whether or not an operational condition of the connection or server is within a predetermined threshold. As step **1315**, in response to the detection, the device determines whether or not to transmit a request to the server to obtain a status or an updated copy of the object in the cache. At step **1317**, if the detected operational condition or conditions exceeds one or more predetermined thresholds, the device does not generate or transmit a request to obtain information about the object from the server. At step **1320**, if the detected operational condition or conditions is within a predetermined threshold or thresholds, the device generates a request for the status or updated copy of the object and transmits the generated request to the server. At step **1325**, the device updates the object stored in the cache based on the response received from the server.

**[0628]** In further details, at step **1305**, the device intercepts or otherwise receives any type and form of communication from one device to another device identifying or comprising an object, such as a page transmitted from a server to a client. In one embodiment, the device intercepts a response from a server to a client's request for an object. In some embodiments, the server **106** transmits one or more network packets having an application protocol layer payload providing or identifying an object. For example, in one embodiment, the device intercepts a web or HTTP page transmitted by a server **106** to a client **102** and the page includes a uniform resource locator (URL) or hyperlink identifying an object. In some embodiments, the appliance **200** intercepts a page identified by a URL and the page identifies one or more objects. In some embodiments, the device identifies the object from the intercepted communication and obtains the object from the server. At step **1205**, the device forwards or transmits the intercepted communication to the requester, such as client **102**, or an application or user of the client **102**. The device also stores the object, or a copy or portion thereof, to the cache **232**.

**[0629]** At step **1310**, the device detects via the operation condition detector **1302** whether or not an operational condition of the connection or server is within one or more predetermined thresholds. In one embodiment, the device detects whether or not an operational condition of the device itself is within a predetermined threshold As discussed above, the operation condition detector **1302** may detect or monitor any type and form of operational or performance condition, status, or characteristic of a network connection, server or the device. In some embodiments, the operation condition detector **1302** may use any combination of predetermined thresholds, weighted or not weighted, to determine if the operational condition of a network connection, server and/or device is within a desired threshold.

**[0630]** As step **1315**, in response to the detection, the device determines whether or not to transmit a request to the server to obtain a status or an updated copy of the object in the cache. In some embodiments, the network optimization engine **250** makes this determination based on which operational conditions are within predetermined thresholds. In other embodiments, the network optimization engine **250** makes this determination based on which operations conditional exceed predetermined thresholds. In another embodiment, the network optimization engine **250** determines whether or not to obtain a status or an updated copy of the object based on one or more currently intercepted pages. In one embodiment, network optimization engine **250** determines whether or not

to obtain a status or an updated copy of the object based on the size of the object. In other embodiments, the network optimization engine **250** determines whether or not to obtain a status or an updated copy of the object based on expiration period of the object. In some embodiments, the network optimization engine **250** determines whether or not to obtain a status or an updated copy of the object based on temporal information, such as the last request for the object. In yet another embodiment, the network optimization engine **250** determines whether or not to obtain a status or an updated copy of the object based on the detected operational conditions in combination with user demand, size, expiration period, or other temporal information of the object stored in the cache **232**. In some embodiments, the network optimization engine **250** makes this determination based on one or more policies of a policy engine **295**.

**[0631]** In one embodiment, the device and/or operation condition detector **1302** determines operational condition(s) exceeds one or more predetermined threshold **1303** or that the device should otherwise should not obtain a status or copy of the object for the cache **232**. In these embodiments, at step **1317**, in response to the detection, the device does not generate or transmit a request to obtain information about the object from the server.

**[0632]** In other embodiments, the device and/or operation condition detector **1302** determines operational condition(s) exceeds one or more predetermined threshold **1303** or that the device should otherwise obtain a status or copy of the object for the cache. In these embodiments, the device, at step **1320**, generates a request for a status or copy of the object and transmit the request to a server. In one embodiment, the prefetcher **704** generates a request for the status or an updated copy of the object responsive to the operation condition detector **1302**. In other embodiments, the prefresher **904** generates a request for the status or an updated copy of the object responsive to the operation condition detector **1302**. In yet another embodiment, the network optimization engine **250** generates a request to obtain a status or copy of the object responsive to the operation condition detector **1302**. In one embodiment, the network optimization engine **250** generates a conditional request for the object. In some embodiments, any of the prefetching and/or prefreshening techniques described herein, such as in conjunction with FIGS. **7**A-7D, **8**A-**8**B, **9**A-**9**B and **10**A-**10**B may be triggered responsive to the detection of operational conditions by the operation condition detector **1302**.

**[0633]** At step **1325**, the device or and/or network optimization engine **250** may update the object stored in the cache based on the response received from the server. n one embodiment, the network optimization engine **250** stores an updated version of the object in the cache **232**. In another embodiment, the network optimization engine **250** updates or stores the changes to portions of the object to the cache **232**. In some embodiments, the network optimization engine **250** updates object information of the cached object. For example, the network optimization engine **250** updates expiration or validation information of the object in the cache **232**. In another embodiment, the network optimization engine **250** updates object header information in the cache **232**. In some embodiments, the network optimization engine **250** determines the object in the cache is fresh or valid.

**[0634]** In some embodiments of method **1300**, steps **1305** and/or **1310** and/or **1315** are performed a plurality of times to dynamically trigger or not trigger fetching, pre-fetching, freshening or pre-freshening of an object based on the operational condition of a network connection, server or the device. As conditions change over time, in one point in time, the network optimization engine **250** may generate and transmit a request for the object responsive to operational conditions, while in another point in time or a next point in time, the network optimization engine **250** may not generate and transmit a request for a status or copy of the object responsive to operational conditions. In some embodiments, the network optimization engine **250** may stop performing step **1320** until one or more operational conditions fall below one or more predetermined thresholds, for example, upon a server status indicating the server's load is at a desired level.

N. Systems and Methods for Determining Expiration of a Cached Object Responsive to Refresh Requests for the Object

**[0635]** Referring now to FIGS. **14**A, **14**B and **14**C, systems and methods for determining or updating the expiration of a cached object responsive to refresh requests for the object are depicted. In some cases, a caching device may serve a cached object or page too long, and a user may need to request a refresh of the page via a refresh button to reload the current page. With the refresh button technique described below, the caching device is responsive to the indicated use of the refresh button and identifies the requested URL as a page that should expire faster than the heuristics or expiration information would otherwise indicate. This technique recognizes that each refresh request is a vote by a user for greater freshness of a cached object.

**[0636]** Referring to FIG. **14**A, an embodiment of an appliance for detecting refresh request(s) and updating expiration information of objects in the cache responsive to the request (s) is depicted. In this embodiment, the network optimization engine **250** is deployed on an appliance. In brief overview, a client **102** executes a browser displaying one or more pages served from a server **106**. The page may include or identify one or more objects. The client **102** or browser may have a refresh button, script or program **1450** selected by the user to refresh a page of the browser. In response to the refresh selection, the client **102** or browser transmits a request to refresh or reload the page to a server **106**. An appliance **200** having a refresh detector **1402** intercepts the communication transmitted by the client **102** and identifies the communication as requesting a refresh or reload of the page. The refresh detector **1402** tracks a number of requests to refresh or reload a page or fetch an object. In response to the refresh request or a number of refresh requests reaching a predetermined threshold, the refresh detector updates the cache **232** to decrease the expiration time or remaining freshness of the cached object.

**[0637]** Referring to FIG. **14**B, another embodiment of a system for detecting refresh request(s) and updating expiration information of objects in the cache responsive to the request(s) is depicted. In this embodiment, the network optimization engine **250** is deployed on a client **102**. In brief overview, a client **102** executes a browser displaying one or more pages served from a server **106**. The page may include or identify one or more objects. The client **102** or browser may have a refresh button, script or program **1450** selected by the user to refresh a page of the browser. In response to the refresh selection, the client **102** or browser transmits a request to refresh or reload the page to a server **106**. In one embodiment, the refresh detector **1402** on the client intercepts the communication transmitted by the client **102** and identifies

the communication as requesting a refresh or reload of the page. In another embodiment, the refresh detector **1402** on the client intercepts an event of the selection of the refresh button. The refresh detector **1402** tracks a number of requests to refresh or reload a page or fetch an object. In response to the refresh request or a number of refresh requests reaching a predetermined threshold, the refresh detector updates the cache **232** on the client to decrease the expiration time or remaining freshness of the cached object.

**[0638]** In yet another embodiment of the system and referring to FIG. **14**C, the refresh detector may be distributed or otherwise deployed on a first device, such as the client **102**, and a second device, such as the caching device or appliance **200**. In brief overview, a client **102** executes a browser displaying one or more pages including or identifying one or more objects. The client **102** or browser may have a refresh button, script or program **1450** selected by the user to refresh a page of the browser. In response to the refresh selection, the client **102** or browser transmits a request to refresh or reload the page to a server **106**. In one embodiment, the refresh detector **1402** on the client intercepts the refresh selection or the communication transmitted by the client **102** and identifies a user or the client has requested a refresh or reload of the page. The refresh detector **1402** may communicate or interface with the refresh detector **1402'** on the appliance **200** to inform this caching device of the refresh request event. In response to the refresh request or a number of refresh requests reaching a predetermined threshold, the refresh detector **1402'** updates the cache **232** on the appliance **200** to decrease the expiration time or remaining freshness of the cached object.

**[0639]** In view of FIGS. **14**A, **14**B and/or **14**C, the client **102** may execute or operate any type and form of browser. In one embodiment, the browser is any version of Internet Explorer manufactured by Microsoft Corporation of Redmond, Wash. In another embodiment, the browser is any version of the Netscape browser manufactured by the Netscape Communications Corporation. In other embodiments, the browser is any version of the open source browser referred to as Firefox and provided by Mozilla Foundation of California and found at www.mozilla.com. In yet another embodiment, the browser is any version of the browser referred to as Opera manufactured by Opera Software ASA of Oslo, Norway. In some embodiments, the client **102** executes or included any type and form of application or program for displaying web pages, web content or HTTP content. In one embodiment, the client **102** may execute a remote display client, such as an ICA client manufactured by Citrix Systems, Inc or a Remote Desktop Protocol manufactured by the Microsoft Corporation. In these embodiments, a server **106** may execute the browser on behalf of the client and display output from the browser on the client **102** via a remote display protocol, such as ICA or RSDP, to the remote display client. The client **102** via the browser, an applicant or remote desktop client may display one or more pages, such as any web or HTTP page or content, served from a server **106**. The page or pages may include or more objects. The page or pages may identify one or more objects. For example, a page may identify an object via a URL or hyperlink.

**[0640]** The client **102** may include any type and form of execution method **1450** to refresh or reload a page, or object thereof, provided via the browser, application or remote desktop client. In one embodiment, the browser or application includes a refresh user interface element **1450**, such as a refresh button. Upon selection of the refresh button **1450** by a user or another application, the browser or application generates and transmits a request **1451** to the server **106** to refresh or reload the content or objects of one or more pages. In some embodiments, the refresh execution method **1450** includes any type and form of selectable user interface element of a browser or application. In yet another embodiment, the refresh user interface element **1450** includes any type and form of script or scripting language, such as Javascript or an ActiveX control. In other embodiments, the refresh execution method **1450** includes any type and form of program, service, process, thread or task for requesting a refresh or reload of a page, such as a process executing in the background of the operating system. In one embodiment, the refresh execution method **1450** includes executable instructions to refresh or reload a page, or object thereof, from a cache **232**.

**[0641]** A user, a plurality of users or any application, program, process, service, thread or task on the client **102** may execute, initiate or trigger the refresh execution method **1450**. The request generated by selection of the refresh **1450** may include any type and form of application protocol layer request. In some embodiments, the refresh user interface element **1450** generates and transmits an HTTP request **1451** to refresh one or more HTTP pages served by the server **106**. In other embodiments, the refresh element **1450** generates and executes a function call or application programming interface (API). In one embodiment, the function or API executes on the client **102**. In another embodiment, the function or API executes on the server **106**.

**[0642]** In some embodiments, the server **106** generates and/or transmits a request **1452** to the client **102** to refresh a page. The server **106** may transmits a refresh request to the client **102** via any type and form of application layer protocol. In one embodiment, the server **106** transmits an HTTP refresh header **1452** to the browser of the client **102**. In some embodiments, the server **106** serves the HTTP refresh header **1452** with pages or content served by the server **106** to the client **102**. In other embodiments, the server **106** transmits a script or set of one or more executable instructions for the browser or application of the client **102** to execute to reload the page or request a refresh. In some embodiments, the script or executable instructions includes a function or API call to reload or refresh a page. In other embodiments, the script or executable instructions updates the page via a cache **232**.

**[0643]** In some embodiments, the network optimization engine **250** as described herein, or any portion thereof, such as the protocol accelerator **234**, may include a refresh detector **1402**. In other embodiments, the cache or cache manager **232** includes the refresh detector **1402**. The refresh detector **1402** may include software, hardware or any combination of software and hardware. The refresh detector **1402** may include an application, program, script, library, process, service, driver, task, thread or any type and form of executable instructions. In one embodiment, the refresh detector **1402** includes or provides logic, business rules, functions or operations for detecting a selection of a refresh user interface element **1450** or determining the refresh **1450** was selected. For example, a refresh detector **1402** on the client **102** may detect an event, call back or function was called via selection of a refresh button **1450**. In some embodiments, the refresh detector **1402** includes or provides logic, business rules, functions or operations for intercepting and detecting a communication requesting a refresh or reload of a page. For example, a refresh detector **1402** on an appliance **200** may intercept application layer traffic via a transport protocol connection and determine or identify the application layer payload includes a refresh request.

**[0644]** In the embodiment of a refresh detector **1402** on a client **102**, the refresh detector **1402** may include any type and form of executable instructions to detect a selection of a refresh or reload button **1450** of a browser or application. In one embodiment, the refresh detector **1402** includes an event handler or callback function for a selection event of a user

interface element. In another embodiment, the refresh detector **1402** includes a hooking or filtering mechanism to capture any event related to the refresh user interface element **1450**. In some embodiments, the refresh detector **1402** includes executable instructions in the script, program or executable instructions of the refresh user interface element **1450** to perform any of the operations described herein. In another embodiment, the refresh detector **1402** includes an interceptor **305** of a client agent **302** as described in FIG. **3**. In these embodiments, the refresh detector **1402** intercepts at any point or layer in a network stack of the client **102** a communication requesting a refresh or reload of a page.

**[0645]** In an embodiment of a refresh detector **1402** on the appliance **200** or intermediary caching device, the refresh detector **1402** includes any type and form of executable instructions to intercept and/or determine from network traffic traversing the appliance **200** that a refresh of a page or object has been requested. In one embodiment, the refresh detector **1402** intercepts and/or determines a refresh request of communications from a client **102** to a server **106**. In another embodiment, the refresh detector **1402** intercepts and/or determines a refresh request of communications from a server **106** to a client **102**. In other embodiments, the refresh detector **1402** intercepts and/or determines a refresh request from communications transmitted between a server **106** and a client **102**. In some embodiments, the refresh detector **1402** identifies in the payload of one or more intercepted network packets that the payload includes a request to refresh a page or object thereof, such as URL or hyperlink. In one embodiment, the refresh detector **1402** determines a refresh request from any type and form of application layer protocol. In other embodiments, the refresh detector **1402** identifies or determines from header information of an HTTP communication that the communication includes a refresh or reload request. In yet another embodiment, the refresh detector **1402** applies a filter to intercepted network packets to determine if one or more network packets include or identify a refresh request, such as request **1451** or **1452**.

**[0646]** As illustrated in FIG. **14**A, the refresh detector **1402** may include a request tracker **1403**. The request tracker **1403** may include any type and form of tracking mechanism or scheme for tracking a number of refresh or reload requests, such as requests **1451** and **152**. The request tracker **1403** may include a data structure, object, queue, list file or database to track and maintain a number of refresh requests. The request tracker **1403** may include any type and form of executable instructions for recording, tracking, updating or managing a number of refresh requests. In one embodiment, the request tracker **1403** tracks a number of refresh requests from a client **102**. In some embodiments, the request tracker **1403** tracks a number of refresh requests from a browser or application. In other embodiments, the request tracker **1403** tracks a number of refresh requests from a user. In another embodiment, the request tracker **1403** tracks a number of refresh requests from a server **106**. In some embodiments, the request tracker **1403** tracks a number of refresh requests from a group of users, clients, servers, or browsers, such as a group of users or client at a branch office. The request tracker **1403** may use any type and form of counter and counting schemes for tracking a number of refresh requests. The request tracker **1403** may track and count a number of refresh requests on a per page basis or per object basis, such as for each URL, hyperlink or object identifier.

**[0647]** In one embodiment, the request tracker **1403** tracks a number of refresh requests over any time period. In some embodiments, the request tracker **1403** tracks a number of refresh requests during an application layer session, such as between a browser and a server. In other embodiments, the request tracker **1403** tracks a number of refresh requests during a transport layer connection, such as between a client and a server. In one embodiment, the request tracker **1403** tracks a number of refresh requests between a start and termination of a session or a connection. In yet another embodiment, the request tracker **1403** tracks a number of refresh requests until a count of a number of requests for a page or object has reached a predetermined threshold. In some embodiments, the request tracker **1402** resets a counter for a number of request for page based on any temporal data or terminations of a session or a counter.

**[0648]** In some embodiments, the request detector **1402** interfaces with or is in communication with the cache manager **232**. In one embodiment, the request detector **1402** is integrated or incorporated in the cache manager **232**. Responsive to tracking refresh requests, the request detector **1402** request the cache manager **232** to update or change information of a cached object. In some embodiments, the request detector **1402** changes the expiration period or freshness information for a cached object. In other embodiments, the request detector **1402** establishes an expiration period for a cached object based on tracked refresh request information. In another embodiment, the request detector **1402** marks a cached object as invalid, expired or otherwise not fresh or not validated responsive to tracked refresh request information. In still other embodiments, the request detector **1402** may trigger or execute any of the prefetching or prefreshening techniques described herein, such as via FIGS. **7**A-**7**D, **8**A-**8**B, **9**A-**9**B and **10**A-**10**B, responsive to tracked refresh request information.

**[0649]** Referring now to FIG. **14**D, an embodiment of a method **1400** for determining or updating the expiration of a cached object responsive to refresh requests for the object is depicted. In brief overview, at step **1405**, a client **102** generates a request to refresh or reload a page identifying one or more objects stores in a cache **232**. The object stored in the cache **232** has a first expiration period. At step **1410**, a device, such as an appliance **200** or client, detects one or more requests to refresh the page. At step **1415**, the device determines responsive to the detection of the one or more refresh requests to establish a second expiration period for the object in the cache **232**. For example, based on user demand for a cached object detected by the refresh requests, a caching device may shorten the expiration period of the cached object to increase the frequency of freshening the object in the cache. In some embodiments, at step **1415'**, the caching device adjusts the expiration period of the cached object responsive to the number of refresh requests, frequency of the refresh requests, and/or number of users, clients, servers or browsers sending and/or receiving refresh requests associated with the cached object.

**[0650]** In further detail, at step **1405**, a client, browser or application may generate via any type and form of refresh execution method **1450** a refresh request **1451**. In some embodiments, a user generates the refresh or reload request **1451** by selecting a refresh user interface element **1451**. In other embodiments, a program, script or executable instructions generates the refresh or reload request **1451** on a predetermined frequency or in response to any user interaction with the client **102** or browser. In yet another embodiment, a server **106** transmits a refresh request **1452** to the client **102**.

**[0651]** At step **1410**, a device, such as an appliance **200** or client, detects one or more requests to refresh the page. In one

embodiment, a refresh detector **1402** on the client **102** detects a selection of a user interface element of a browser or application on the client. In another embodiment, a refresh detector **1402** on the client **102** detects a communication from the client to a server to refresh a page via interception at any point or layer in the network stack of the client **102**. In other embodiments, a refresh detector **1402** on an appliance **200** detects a refresh request via interception and inspection of network packets traversing the appliance **200**. In one embodiment, the refresh detector **1402** of the appliance **200** determines a client's network communication to a server includes a refresh request **1451**. In another embodiment, the refresh detector **1402** of the appliance **200** determines a servers' network communication to a client includes a refresh request **1452**. In still another embodiment, a refresh detector **1402** of the client **102** detects a selection of a refresh user interface element **1450** or communication of a refresh request **1451**, and transits a communication or a message to refresh detector **1402'** of the appliance **200**. In these embodiments, the first refresh detector **1402** informs the second refresh detector **1402'** of the detection of the refresh request.

**[0652]** At step **1410**, the refresh detector **1402** tracks a number of detected refresh requests. In some embodiments, the refresh detector **1402** tracks a number of detected refresh requests for each page, object, URL or hyperlink. In one embodiment, the refresh detector **1402** tracks a number of detected refresh requests for a user. In other embodiments, the refresh detector **1402** tracks a number of detected refresh requests on a client **102**, browser or application basis. In yet another embodiment, the refresh detector **1402** tracks a number of detected refresh requests on a server basis. In still other embodiments, the refresh detector **1402** tracks a number of detected refresh requests on a basis of a group of users, clients, browsers, applications, or servers. In some embodiments, the refresh detector **1402** tracks a number of detected refresh requests over any time period, such as for a predetermined time period, or during any session or connection.

**[0653]** At step **1415**, the device determines responsive to the detection of the one or more refresh requests to establish a second expiration period or otherwise change the expiration period for the object in the cache **232**. In one embodiment, the refresh detector **1402** and/or cache manager **232** decreases the expiration period of a cached object by a predetermined amount for each detected refresh request for the object. In another embodiment, the refresh detector **1402** and/or cache manager **232** decreases the expiration period of a cached object by a predetermined amount upon detecting a predetermined number of refresh requests for the object. In other embodiments, the refresh detector **1402** and/or cache manager **232** decreases an expiration period of a cached object by an amount determined or computed based on a number of refresh requests and/or the frequency of refresh requests for the object.

**[0654]** In some embodiments, the refresh detector **1402** and/or cache manager **232** increases the expiration period of a cached object, such as a previously decreased expiration period, based on a change in the number or frequency of refresh requests for the object. For example, if the refresh detector **1403** does not detect a refresh request for an object within a predetermined time, the refresh detector **1402** and/or cache manager **232** may increase the expiration period of the cached object or reset to the expiration period to an initial or default value. In other embodiments, the refresh detector **1402** and/or cache manager **232** increases the expiration period of a cached object by a predetermined factor based on a decrease in the number or frequency of refresh requests for the object.

**[0655]** In one embodiment, the refresh detector **1402** and/or cache manager **232** establishes an expiration period for the cached object responsive to detecting refresh requests for the object. In some embodiments, the cached object may not have an expiration period. In these embodiments, the refresh detector **1402** and/or cache manager **232** establishes an expiration period for the object based on demand determines via the detected refresh requests for the object. In another embodiment, the refresh detector **1402** stops detecting refresh requests for an object upon a number of requests exceeding a predetermined threshold or the expiration period of the cached object reaching a predetermined threshold. In still other embodiments, the refresh detector **1402** and/or cache manager **232** may update any information of the object in the cache **232**, such as validation or freshness information responsive to the detection of refresh requests. For example, the refresh detector **1402** and/or cache manager **232** may mark an otherwise fresh object as invalid or expired responsive to the detection of a refresh request.

**[0656]** In some embodiments, at step **1415'** the refresh detector **1402** continually detects refresh requests for one or more objects, the refresh detector **1402** and/or cache manager **232** may adjust—increase and/or decrease—the expiration period for the object. The refresh detector **1402** and/or cache manager **232** may update object information, such as expiration or freshness, based on any of the following: 1) number of refresh requests, 2) frequency of refresh requests, 3) time from a last or previous refresh request, 4) time to a first refresh request, 5) number of users, client, browsers or applications requesting a refresh, 6) number of servers responding to refresh requests, 7) number of server refresh requests, 8) size of the object in the cache, 9) last time object or object information was updated, 10) temporal information related to duration of session or connection, 11) establishment or disconnection of a session or a connection.

**[0657]** With the systems and methods described above, a caching device can update cached objects responsive to user demand as detected via refresh requests.

O. Systems and Methods for Domain Name Resolution Interception Caching and Prefeshening/Prefetching Techniques for Cached DNS Information.

**[0658]** Referring now to FIGS. **15**A-**15**C, systems and methods are depicted for techniques of performing domain name resolution for interception caching and applying any of the prefreshening and/or prefetching techniques described herein to cached domain name server information. In some embodiments, a caching device may be on a different part of a network than the client **102**. In these embodiments, the cache may not be able to resolve IP names in the same way that the user would. In one embodiment, this may cause additional trouble when the client is connected to a network via a virtual private network, such as an SSL VPN. The caching device may encounter a URL or link that does not have a domain name on the virtual private network. In one case, if the user's browser has a proxy configures, the client sends HTTP requests to the proxy without turning addresses of URLS into IP addresses via domain name resolution. In other cases, if the user's browser does not know there is a proxy, for example, in case of transparent intercept caching, the client tries to resolve the URL addressed into IP addresses

itself. The user browser resolves the URL address first so that it can open a connection to the server serving the URL.

[0659] Using the techniques described herein, the caching device obtains the IP destination address of packets intercepted from clients. The clients may have resolved the addresses of the URLs and are now requesting connections to the resolved IP addresses. In some embodiments, the interception cache does not perform domain name resolution for the URL but instead uses the destination IP of the intercepted network packet as the resolved IP address of the URL. By using this technique, the caching device avoids domain name resolution problems, such as those caused via a VPN, simplifies configuration and increases transparency of the intercepting cache. Furthermore, the caching device may maintain and update cached DNS information using any of the prefetching and/or prefreshening techniques described herein.

[0660] Referring now to FIG. **12**A, an embodiment of a system for using the destination IP address of intercepted network packets associated with the URL or link as the resolved domain name address is depicted. In brief overview, a client **102** may have a browser or application for receiving and displaying content transmitted via a network, such as a web page served by a server **106**. In some cases, the client **102** may communicate with the server via a VPN established by appliance **200'** or an appliance **205**. The page may have or more URLs or hyperlinks. The client **102** and/or browser may resolve one or more URLs of the page via a Domain Name Server (DNS) such as server **106**N. The client **102** and/or browser obtains the content or object identified via the URL by requesting a connection to a server identified by the IP address resolved by the client via DNS. As depicted in FIG. **12**A, the client **102** transmits one or more packets **1575** for the URL to a destination IP address of the server **106**. An intercepting cache, such as appliance **200**, intercepts the request from the client **102**. The appliance **200** identifies the destination IP address and the URL from the packet. Instead of resolving the IP address of the domain name of the URL, the appliance **200** uses the destination IP address of the packet **1575** as the DNS resolved IP address for the URL. The appliance **200** stores this information **1580** in the cache **232**. For subsequent requests for the URL or for domain resolution of the URL, the appliance **200** may use the cached information **1580** as the resolved IP address of the URL.

[0661] In some embodiments, the application layer of the network packet **1575** identifies the URL. In other embodiments, the application layer of the network packet **1575** identifies a domain name to be resolved to an IP address, such as a domain name of the URL. In one embodiment, the client **102** or browser requests a URL, or content thereof, via any type and form of application layer protocol, such as HTTP. In another embodiment, the network or IP layer of the network packet **1575** identifies the destination IP address of the request. In yet another embodiment, the transport layer of the network packet **1575** identifies the destination IP address of the request. For example, in one embodiment, a client **102** may request to open a transport layer connection, such as a TCP connection, to a server. The transport layer connection request identifies the server as the destination IP address. In some embodiments, the destination IP address of the network packet **1575** comprises an IP address resolved by the requester for the URL or domain name of the URL.

[0662] Referring now to FIG. **15**B, an embodiment of a system for serving and updating cached DNS information of URLs is depicted. In brief overview, an intercepting cache, such as appliance **200** stores cached information **580** associating a URL with a resolved IP address of the URL. In one embodiment, the IP address for the URL in the cached information **580** includes the IP address intercepted from the network packet **1575** as discussed in conjunction with FIG. **15**A. In one case, a client **102** having a browser or application may request DNS resolution of a URL. In one embodiment, the client **102** requests DNS resolution of the URL from the appliance **200**. In another embodiment, the client **102** requests DNS resolution from a server **106** and the request traverses appliance **200**. The appliance **200** may respond to the request by serving the IP address associated with the URL from the cached information **1580**. Furthermore, the appliance **200** in response to the request may freshen the IP address of the URL in cached information **1580** by generating and transmitting a request for domain name resolution of the URL. In another embodiment, the appliance **200** in response to the request may prefetch the URL from the server and store content from the URL in the cache **232**. In some embodiments, the appliance **200** in response to the request may prefreshen cached URL content by requesting a status and/or update of the content from a server.

[0663] In other cases, a client **102** may request the content or object of a previously requested URL. In one embodiment, the appliance **200** intercepts the request of the client **102** and identifies the destination IP address of the request. In some embodiments, the appliance **200** forwards the request to the destination IP address. In other embodiments, the appliance **200** identifies the URL of the request and forwards the request to the IP address for the URL stored in the cache **232**. In yet another embodiment, the appliance **200** updates the cached information **1580** for the URL with the destination IP address of the intercepted packet. Based on the request, the appliance **200** may also perform any of the prefreshening techniques of the cached information **1580** to update the IP address of the URL stored in the cache.

[0664] Although FIGS. **15**A and **15**B depict embodiments of systems having an appliance **200** practicing the DNS related techniques described herein, these techniques may be deployed on an end node such as via a client **102** having the network optimization engine **250**. In some embodiments, the client **102** has a cache **232** for storing cached DNS information **1580**. In another embodiment, the network optimization engine **250** and/or the client agent **120** of the client **120** has logic, functions, and operations for responding to and processing DNS requests of the client **102** as described herein.

[0665] Referring now to FIG. **15**C, an embodiment of steps of a method **1500** for performing domain name resolution for interception caching and applying any of prefreshening and/or prefetching techniques to intercepting caching and DNS cached information. In brief overview, at step **1505**, a device, such as appliance **200** intercepts a request for a URL. At step **1510**, the appliance **200** identifies from a packet of the request a destination IP address of the request. At step **1515**, the appliance **200** associates the identified destination IP address from the intercepted packet with the URL of the request. For example, the appliance **200** may consider the destination IP address as the resolved DNS address of the URL. At step **1520**, the appliance **200** intercepts a DNS request of the client to resolve the DNS address of the URL or intercepts a request for the URL from the server. At step **1525**, in one embodiment, the appliance **200** identifies the IP address stored in the cache **232** as the resolved IP address of the URL. At step **1530**, in some embodiments, the appliance **200** serves the identified

IP address from the cache **232** as the resolved DNS address of the URL in response to the client's DNS request. In other embodiments and in the case of a request for the URL, at step **1530'**, the appliance **200** transmits the request for the URL to the server having the IP address identified in the cache **232** for the URL.

**[0666]** Embodiments of method **1500** may perform any of the fetching, prefetching, freshening or prefreshening techniques described herein to DNS cached information and DNS requests. In one embodiment, at step **1535**, the intercepting device may perform a parallel revalidation technique of the DNS cached information **1580** in accordance with the systems and methods described in conjunction with FIGS. **6**A and **6**B. In another embodiment, at step **1540**, the intercepting device performs a speculative QoS request/response technique for DNS information in accordance with the systems and methods described in conjunction with FIGS. **7**A-**7**D. In some embodiments, at step **1545**, the intercepting device performs a stack oriented prefetching technique for DNS requests in accordance with the systems and methods described in conjunction with FIGS. **8**A and **8**B. In one embodiment, at step **1550**, the intercepting device perform a freshening technique for DNS requests in accordance with the systems and methods described in conjunction with FIGS. **9**A and **9**B. In some embodiments, at step **1555**, the intercepting device performs a dynamic freshness heuristic techniques for DNS cached information **1580** in accordance with the systems and methods described in conjunction with FIGS. **13**A and **13**B. In yet another embodiment, at step **1560**, the intercepting device performs cache expiration techniques for DNS cached information **1580** responsive to refresh requests in accordance with the systems and methods described in conjunction with FIGS. **14**A and **14**B.

**[0667]** In further details, at step **1505**, the device, such as appliance **200**, intercepts any type and form of communication from one device to another device, such as between a client and a server. In one embodiment, the appliance **200** intercepts a request from a client or a browser of a client to open a transport layer connection with a server. In another embodiment, the appliance **200** intercepts a request for a URL from a server. In some embodiments, the device intercepts a DNS request or a request to resolve a domain name into an IP address.

**[0668]** At step **1510**, the device identifies from a packet a destination IP address of the request. In one embodiment, the appliance **200** identifies from a network or IP layer of the packet **1575** a destination IP address of the request. In another embodiment, the appliance **200** identifies from the transport layer of the packet **1575** the destination IP address. In some embodiments, the device intercepts a request to open a transport layer connection and identifies a destination IP address from the connection request. In yet another embodiment, the device identifies from an application layer protocol of the packet **1575** or subsequent packets **1575** a URL or domain name associated with the destination IP address. In some embodiment, the network optimization engine **250**, or portion thereof, such as an HTTP accelerator **234**, operates in user mode or at an application layer of the network stack and uses application programming interface (API) calls to obtain the destination IP addressed identifies via lower layers of the network stack, such as the network or transport layer.

**[0669]** At step **1515**, the appliance **200** associates the identified destination IP address from the intercepted packet **1575** with a URL. In one embodiment, the appliance **200** does not perform any domain name resolution on the URL, but instead, uses the identified destination IP address from the intercepted packet **1575** as the resolved IP address of the URL. In some embodiments, the appliance **200** assigns the destination IP address as the resolved DNS address of the URL. In another embodiment, the appliance **200** stores the identified destination IP address **1580** in the cache **232**. In one embodiment, the appliance **200** stores the identified IP address in the cache **232** in association with the URL. In some embodiments, the appliance **200** stores the identified IP address in the cache in association with a domain name, such as any domain name identified via a portion of the URL.

**[0670]** In some cases, the caching or interception device, such as appliance **200**, responds to DNS requests using the cached DNS information **1580**. At step **1520**, the appliance **200** intercepts a DNS request of the client to resolve the DNS address of the URL. In one embodiment, the appliance **200** intercepts a request from a client to a server to resolve the domain name identified via the URL into an IP address. In some embodiments, the appliance **200** receives the request from the client to resolve a domain name of the URL into an IP address. For example, the client **102** or browser of the client **102** may be configured to use the appliance **200** as a proxy. In another example, the client **102** or browser of the client **102** may be configured to use the appliance **200** as a DNS server or domain name service.

**[0671]** At step **1525**, in one embodiment, the appliance **200** identifies the IP address stored in the cache **232** as the resolved IP address for the DNS request. In some embodiments, the appliance **200** identifies the destination IP address determined at step **1510** and stored at step **1515** as the resolved IP address for the domain name of the DNS request. At step **1530**, in some embodiments, the appliance **200** serves the identified IP address from the cache **232** as the resolved DNS address of the URL in response to the client's DNS request. In one embodiment, the appliance **200** transmits a response to the client's DNS request identifying the destination IP address determined at step **1510**.

**[0672]** In other cases, the caching or intercepting device, such as appliance **200**, processes requests for URLs from servers using the cached DNS information **1580**. At step **1520**, the appliance **200** intercepts a request for the URL from a server. In one embodiment, the appliance **200** intercepts a request from a client to a server to obtain the content or object identified via the URL. In one embodiment, the client **102** transmits the request for the URL without resolving the domain name identified by the URL into an IP address. For example, in some embodiments, the appliance **200** intercepts the client's request transmitted to a proxy. In other embodiments, the appliance **200** acts as a proxy and receives the client's request. For example, the client **102** or browser of the client **102** may be configured to use the appliance **200** as a proxy. In yet another embodiment, the client **102** transmits the request for the URL for which the client **102** has resolved the domain name identified by the URL into an IP address. For example, the client **102** transmits the request for the URL via a transport layer connection established with the destination IP address resolved by the client **102**. In some of these embodiments, the appliance **200** intercepts the request for the URL via the transport layer connection for which the appliance **200** is a proxy or otherwise proxies.

**[0673]** In other embodiments and in the case of a request for the URL, at step **1530'**, the appliance **200** transmits the request for the URL to the server having the IP address

identified in the cache **232** for the URL. At step **1525**, in one embodiment, the appliance **200** identifies the IP address stored in the DNS information **1580** if the cache **232** as the resolved IP address for the URL request. In some embodiments, the appliance **200** identifies the destination IP address determined at step **1510** and stored at step **1515** as the destination IP address for URL request. At step **1530'**, in some embodiments, the appliance **200** forwards the intercepted request to the IP address of the cached DNS information **1580**. In one embodiment, the appliance **200** forwards the intercepted URL request to the destination IP address identified via a packet **1575** of the request for the URL.

**[0674]** In some embodiments, at step **1535***m* the intercepting device, such as appliance **200** or client **102**, performs a parallel revalidation technique of the DNS cached information **1580** in accordance with method **600** as discussed in conjunction with FIG. **6**B. In these embodiments, the intercepting device responds to the DNS request with the IP address from the DNS cached information **1580**, such as described in step **1530**, and generates and transmits a request to update the DNS information in the cache **232**. In one embodiment, the device generates and transmits a request to a DNS server **106** to resolve a domain name. For example, the domain name corresponds to a domain name of a URL for which the device served the DNS information from the cache **232** at step **1530**. In some embodiments, the device generates and transmits the DNS request to resolve the domain name to an IP address in parallel, concurrently, substantially parallel or concurrently, or otherwise, to serving the DNS information from the cache **232**. The device receives a response to the DNS request and updates the DNS cached information **1580**. In some embodiments, the IP address for the resolved domain name has changed, while, in other embodiments, the IP address for the resolved domain name has not changed.

**[0675]** In other embodiments, at step **1540**, the intercepting device, such as appliance **200** or client **102**, performs a speculative request, such as a prefetch or prefresh, of the DNS cached information **1580** in accordance with methods **700** and/or **750** as discussed in conjunction with FIGS. **7**B and **7**D. In these embodiments, the device intercepts a page transmitted to a client **102**. The device identifies one or more URLs of the page and generates a DNS request to resolve the domain name identified via a URL into an IP address. The device encodes the generated DNS request with a speculative QoS priority and transmits the generated DNS request according to this assigned priority. In this manner, the device transmits the speculative DNS requests and receives a response that does not contend with non-speculative requests. Upon receipt of the response, the device stores the IP address of the resolved domain name in the cache **232** to provide the cached DNS information **1580**. If the device intercepts a client's request to resolve the domain name of the intercepted URL or the device intercepts a request for the URL, the device may use the cached DNS information **1580** in responding to or otherwise processing the request as described above.

**[0676]** In another embodiment, at step **1545**, the intercepting device, such as appliance **200** or client **102**, uses any of the stack oriented prefetching techniques described in conjunction with method **800** and FIG. **8**B. For example, in some embodiments, the intercepting device intercepts one or more pages identifying URLs and stores the pages onto a stack in a LIFO manner. Upon determination to prefetch DNS information, the device pops the last stored URL from the stack and generates a DNS request to resolve a domain identified by the page or a URL of the page. The device transmits the DNS request to any type and form of domain name resolution service, such as a DNS server **106**. From the response, the device stores the IP address of the resolved domain name in the cache **232** to provide the cached DNS information **1580**. In one embodiment, the device generates and transmits the DNS request using the stack-oriented technique of method **800** with the speculative request and response techniques of methods **700** and/or **750**.

**[0677]** In some embodiments, at step **1550**, the intercepting device, such as appliance **200** or client **102**, uses any of the freshening techniques described in conjunction with method **900** and FIG. **9**B. For example, in one embodiment, the device intercepts pages communicated via the device, such as a page transmitted from a server to a client. The device parses a URL of the page and determines that the IP address for a domain name identified by the URL is located in a cache **232**. Prior to a user requesting the identified URL from the page, the device generates a request for a status or an update to the IP address of the domain name in the cache **232** and transmits the generated request to a domain name service, such as a DNS server **106**. The device receives a response from the server indicating a status of the DNS information or providing a second or new IP address for the domain name. Based on the response, the device validates or updates the DNS information **1580** stored in the cache **232**.

**[0678]** In one embodiment, at step **1555**, the intercepting device, such as appliance **200** or client **102**, uses any of the dynamic freshness heuristic techniques described in conjunction with method **1300** and FIG. **13**B. Using these techniques, the device dynamically takes into account the operational and performance conditions of the link (connection), caching device and/or server to determine whether or not to check a status of the DNS information stored in the cache or to obtain updated DNS resolution information from a DNS service or server. For example, the device may intercept a DNS request or a request for URL. The device detects whether or not an operational condition of the connection or server is within a predetermined threshold. In response to the detection, the device determines whether or not to transmit a request to the server to obtain a status or an updated copy of the DNS information in the cache. If the detected operational condition or conditions exceeds one or more predetermined thresholds, the device does not generate or transmit a request to obtain or update the DNS information. For example, instead the device may use the cached DNS information to service client requests. If the detected operational condition or conditions is within a predetermined threshold or thresholds, the device generates a request for the status or updated DNS information and transmits the generated request to a DNS service, such as a server. Based on the received response, the device updates the DNS information stored in the cache.

**[0679]** In yet another embodiment, at step **1560**, the intercepting device, such as appliance **200** or client **102**, uses any of the cache expiration techniques responsive to refresh requests as described in conjunction with method **1400** and FIG. **14**B. For example, in some embodiments, a client **102** generates a request to refresh or reload a page identifying a URL. The device stores in the cache DNS information corresponding to a domain name of the URL. The cached DNS information may have a first cache expiration period. The device detects one or more requests to refresh the URL and responsive to the detection determines to establish a second expiration period for the cached DNS information. For

example, based on user demand for a URL detected by the refresh requests, a caching device may shorten the expiration period of the DNS information to increase the frequency of freshening the information in the cache. In some embodiments, the caching device adjusts the expiration period of the cached DNS information responsive to the number of refresh requests, frequency of the refresh requests, and/or number of users, clients, servers or browsers sending and/or receiving refresh requests associated with the cached object.

Browser Implementation and Deployment

**[0680]** Any of the techniques, systems and methods described above may be deployed in a browser or for a browser. In some embodiments, any portion of the network optimization engine **250** may be built into a browser. For example, in one embodiment, a browser may designed, constructed or configured to use any of the techniques described herein. In another embodiment, a browser is customized or implemented to include one or all of these techniques. In other embodiments, any portion of the network optimization engine **250** may be implemented as any type and form of add-in or component, such as an ActiveX control, to the browser. In some embodiments, any portion of the network optimization engine **250** may be implemented or deployed as a script, such as a Visual Basic or Java script. In other embodiments, any portion of the network optimization engine may be provided or served to a browser as browser executable instructions, such as via web pages or HTTP content.

**[0681]** In one embodiment, the browser implements, deploys, uses or provides a multiple tier cache as described in conjunction with FIGS. **4**A-**4**F. In another embodiment, the browser implements, deploys, uses or provides any of the security and reliability proxying techniques described in conjunction with FIGS. **5**A and **5**B. In some embodiments, the browser implements, deploys, uses or provides parallel revalidation techniques of cached objects as described in conjunction with FIGS. **6**A and **6**B. In other embodiments, the browser implements, deploys, uses or provides the QoS prefreshening and prefetching techniques for cached objects as described in conjunction with FIGS. **7**A-**7**D. In yet another embodiment, the browser implements, deploys, uses or provides a stack-oriented approach to prefetching objects to cache as described in conjunction with FIGS. **8**A and **8**B. In one embodiment, the browser implements, deploys, uses or provides for prefreshening objects in a cache prior to user requests for the object as described in conjunction with FIGS. **9**A-**9**B. In other embodiments, the browser implements, deploys, uses or provides for determining to prefetch an object by requesting header information of the object from a server as described in conjunction with FIGS. **10**A-**10**B. In another embodiment, the browser implements, deploys, uses or provides a technique for updating header information of the object in the cache as described in FIG. **10**C.

**[0682]** In yet another embodiment, the browser implements, deploys, uses or provides techniques for using non-cacheable content as compression history as described in conjunction with FIG. **11**A-**11**D. In some embodiments, the browser implements, deploys, uses or provides for using non-HTTP network file transfer as compression history as described in conjunction with FIGS. **12**A-**12**B. In one embodiment, the browser implements, deploys, uses or provides technique for determining whether to prefetch/prefresh an object based on operational condition of the device or a status of the connection as described in conjunction with FIGS. **13**A-**13**B. In other embodiments, the browser implements, deploys, uses or provides techniques for determining expiration of a cached object responsive to refresh requests for the object as described in conjunction with FIGS. **14**A-**14**C. In yet another embodiment, the browser implements, deploys, uses or provides techniques for interception caching and updating of domain name resolution as described in conjunction with FIGS. **15**A-**15**C.

What is claimed:

**1**. A method for speculatively prefetching an object using idle network bandwidth, the method comprising:

(a) receiving, by a device via a network, a communication identifying an object;

(b) generating, by the device, a request to an object server for the object, the request identified as a speculative request;

(c) determining, by the device, availability of idle network bandwidth to obtain the object from the object server; and

(d) transmitting, by the device in response to the determination of availability of idle network bandwidth, the generated request packet to the object server according to a transmission rate to maintain bandwidth usage from the speculative request within a predetermined level.

**2**. The method of claim **1**, forwarding, by the device, the communication to a requester.

**3**. The method of claim **1**, wherein step (d) comprises transmitting the generated request packet prior to a user requesting the object identified by the communication.

**4**. The method of claim **1**, wherein step (b) comprises generating the request packet prior to a user requesting the object identified by the communication.

**5**. The method of claim **1**, comprising receiving, by the device, the object in response to the transmitted request packet.

**6**. The method of claim **5**, comprising storing, by the device, the received object in a cache.

**7**. The method of claim **1**, wherein step (a) comprises receiving a page including a hyperlink identifying an object.

**8**. The method of claim **1**, comprising identifying, by the device, the generated request packet as a speculative request by encoding a field of one of a transport layer or internet protocol layer header option to a predetermined value.

**9**. The method of claim **1**, comprising identifying, by the device, the generated request packet as a speculative request by encoding a value of an application layer protocol option to a predetermined value.

**10**. The method of claim **1**, comprising identifying, by the device, the generated request packet as a speculative request by setting a value of one of a Type of Service (TOS) or a DiffServ Codepoint (DSCP) in a field of an Internet Protocol (IP) frame to a predetermined value.

**11**. The method of claim **1**, comprising identifying, by the device, the generated request packet as a speculative request by making an entry in a connection state table identifying the request as speculative.

**12**. The method of claim **1**, comprising identifying, by the device, the generated request packet as a lower priority for transmission than non-speculative requests for objects.

**13**. The method of claim **1**, wherein the device comprises one of a client, a server, or an appliance between the client and the server.

**14**. A system for speculatively prefetching an object using idle network bandwidth, the system comprising:

means for intercepting a communication transmitted via a network, the communication comprising an identifier of an object;
means for generating a request packet to an object server for the object identified, the request identified as a speculative request;
means for determining availability of idle network bandwidth to obtain the object from the object server; and
means for transmitting, in response to the determination of availability of idle network bandwidth, the generated request packet to the object server according to a transmission rate to maintain bandwidth usage from the speculative request within a predetermined level.

**15**. The system of claim **15**, wherein the system forwards the communication to a requester.

**16**. The system of claim **15**, wherein the system transmits the generated request packet prior to a user requesting the object identified by the page.

**17**. The system of claim **15**, wherein the system generates the request packet prior to a user requesting the object identified by the page.

**18**. The system of claim **15**, wherein the object in response to the transmitted request packet.

**19**. The system of claim **18**, wherein the system stores the received object in a cache.

**20**. The system of claim **15**, wherein the page includes a hyperlink identifying an object.

**21**. The system of claim **15**, wherein the system identifies the generated request packet as a speculative request by encoding a field of one of a transport layer or internet protocol layer header option to a predetermined value.

**22**. The system of claim **15**, wherein the system identifies the generated request packet as a speculative request by encoding a value of an application layer protocol option to a predetermined value.

**23**. The system of claim **15**, wherein the system identifies the generated request packet as a speculative request by setting a value of one of a Type of Service (TOS) or a DiffServ Codepoint (DSCP) in a field of an Internet Protocol (IP) frame to a predetermined value.

**24**. The system of claim **15**, wherein the system identifies the generated request packet as a speculative request by making an entry in a connection state table identifying the request as speculative.

**25**. The system of claim **15**, wherein the device identifies the generated request packet as a lower priority for transmission than non-speculative requests for objects.

**26**. A method of speculatively prefetching an object via multiple devices using idle network bandwidth, the method comprising:
(a) receiving, by a first device, a communication transmitted from a server to a client, the communication comprising an identifier of an object, the first appliance forwarding the communication to the requester;
(b) transmitting, by the first device, a request to the server for the object identified by the communication, the first device generating the request and identifying the request as speculative;
(c) identifying, by a second device, the request received from the first device as a speculative request;
(d) determining, by the second device, availability of idle network bandwidth to obtain the object from the server; and
(e) transmitting, by the second device in response to the determination of availability of idle network bandwidth, the request according to a transmission rate to maintain bandwidth usage from the speculative request within a predetermined level.

**27**. The method of claim **26**, wherein one of step (b) or step (e) comprises transmitting the generated request prior to a user requesting the object identified by the communication.

**28**. The method of claim **26**, wherein step (b) comprises generating the request prior to a user requesting the object identified by the communication.

**29**. The method of claim **26**, comprising receiving, by the second device, the object in response to the transmitted request.

**30**. The method of claim **30**, comprising storing, by the second device, the received object in a cache.

**31**. The method of claim **30**, comprising transmitting, by the second device, the object to the first device.

**32**. The method of claim **31**, comprising storing, by the first device, the received object in a cache.

**33**. The method of claim **26**, wherein step (a) comprises receiving, by the first device, a page including a hyperlink identifying the object.

**34**. The method of claim **26**, comprising identifying, by the first device, the generated request as a speculative request by encoding a field of one of a transport layer or internet protocol layer header option to a predetermined value.

**35**. The method of claim **26**, comprising identifying, by the first device, the generated request as a speculative request by encoding a value of an application layer protocol option to a predetermined value.

**36**. The method of claim **26**, comprising identifying, by the first device, the generated request as a speculative request by encoding a value of one of a Type of Service (TOS) or a DiffServ Codepoint (DSCP) in a field of an Internet Protocol (IP) frame to a predetermined value.

**37**. The method of claim **26**, comprising identifying, by the second device, the generated request is a speculative request by identifying an encoded value of an application layer protocol option comprises a predetermined value.

**38**. The method of claim **26**, comprising identifying, by the second device, the generated request is a speculative request by identifying an encoded value of one of a Type of Service (TOS) or a DiffServ Codepoint (DSCP) field of an Internet Protocol (IP) frame comprises a predetermined value.

**39**. The method of claim **26**, comprising identifying, by the second device, the generated request is a speculative request by identifying by an entry in a connection state table identifying the request as speculative.

**40**. The method of claim **26**, comprising transmitting, by one of the first device or the second device, the request at a lower priority of transmission than non-speculative requests for objects.

**41**. The method of claim **26**, wherein the first device comprises one of a client or an appliance.

**42**. The method of claim **26**, wherein the second device comprises an appliance.

**43**. The method of claim **26**, comprising transmitting, by one of the first device or the second device, the request at a lower priority of transmission than non-speculative requests for objects.

* * * * *

environment. The SLS application uses a directory-mediated approach to determine the closest (or nearest) client containing the latest revision of the requested material; the material is then copied to the requesting machine.

[0057] Peer-to-peer in the most general sense is the sharing of resources between clients, where a client can range from a larger server to a handheld device. In the context of this document, it is defined as the ability to share content directly between clients, where clients may be servers, desktops, laptops, PDAs, (Personal Digital Assistants), handheld devices, or any other device capable of communicating with other devices.

[0058] In one embodiment SLS uses a directory mediated peer-to-peer file sharing approach. The directory consists of a database which tracks all transfers of files and is used to determine the nearest available client. The following flowcharts describe what occurs in one embodiment when a user launches SLS (**FIG. 8**A and **FIG. 8B**) and when a user selects a file (**FIG. 9**A and **FIG. 9B**).

[0059] The SLS Launch Flow proceeds as follows. As illustrated in Section **1** of **FIG. 8**A, the user launches SLS from a shortcut in the Start Menu. Next, a check is performed to see if the user is connected to the network. If the user is not connected to the network, the local database is read and the application opens in offline mode. If the user is connected to the network, a connection is made to the Intel® Share and Learn (SLS) website.

[0060] At Section **2** of **FIG. 8**A, upon connection to the Intel® Share and Learn (SLS) website, a check is performed to see if the user has the latest SLS software components. If the latest components are not present and/or need to be updated, they are downloaded from the site automatically. Next a check is made to see if the user exists in the database. If no entry exists for the user, then one is created using the user's ID.

[0061] At Section **3** of **FIG. 8**A, the application checks to see if the user is running the latest anti-virus software on their system. This is may be done by searching for a specific key in the registry. If the user does not have the latest anti-virus software, they are given a warning with details on how to upgrade the anti-virus files, and the application is forced into offline mode. This forcing into offline mode is done to prevent the transfer of files which may have become infected with a virus on the user's system. If the anti-virus files are up to date, the application continues in online mode. Next, a query is run to determine the subnet that the user is on. This network address is then compared to a master list on the database to determine which site the user is located at. If the user is located on a subnet which is not recognized by the system, it is flagged as a new subnet and added to the IPSubnets table in the database for later assignment to a site. If the user is present in the database, but their site information is different than that listed in the database, the record is updated and all content associated with this user is updated to be on this new site. This is done since users may be mobile and may move between sites. This check ensures that the content that the user has on their system is reflected as being present on their current site and not just their home site.

[0062] At Section **4** of **FIG. 8A, a** check is made to see if the local directory and share have been created on the user's PC. If the directory is not present, then a directory called SLSShare is created in the root of the c:\ drive. The SLSShare directory is shared on the network as slsshr$—this is to facilitate the local sharing of files which have been downloaded. If the directory is present, the application proceeds.

[0063] At Section **5** of **FIG. 8**B, the application checks to see if the user's PC name (and thereby the sharename) is the same as that which is stored in the database. If it needs to be updated, the information is entered in the Users table. To protect a user's PC from malicious attacks and virus outbreaks, appropriate permissions must be enabled on the share. This allows everyone to view the contents of the share but only the logged in user on the PC to add files. The application checks to ensure that these permissions are correctly set and if not, makes the appropriate changes.

[0064] At Section **6** of **FIG. 8**B, since it is possible to use Intel® Share and Learn in offline mode, a local database of XML files are maintained on each user's PC. These files contain information on the local files, test questions and other information and must be kept in synchronization with data in the production database. This is achieved by comparing a TableSync value in the database with that on the user's PC. If they are different, the appropriate files are updated. The eLearning player which allows content to be viewed offline, is then verified to be up-to-date, and if not, a newer version is downloaded.

[0065] At Section **7** of **FIG. 8**B, since SLS can be launched from the desktop, a shortcut is created in the users Start Menu, if a shortcut is not already present. Next, the main Intel® Share and Learn webpage is opened in the browser.

[0066] The SLS Select File Flow proceeds as follows. As illustrated in Section **1** of **FIG. 9**A, the user I selects a file from a Business Area. A check is performed to see if the user has already downloaded the file and if it is local on the PC. If the file is stored locally, a check is performed to ensure that the version is the latest revision. If the file is the latest version, it is decompressed to a temporary area and displayed using a player, or within SLS.

[0067] At Section **2** of **FIG. 9**A, if the file is not local, a query is issued to determine if there is an available copy of the file on the same site as the user. This information is obtained by looking up the site information from the Users table and querying against the FileIndex table. If the file is on the local site, a list of PCs which have the file is built up and is ordered by the PC which has been accessed the least number of times. This is done to balance the impact across the clients. Each PC on the list is queried in turn to see if a copy is still available on the system until a file is found. If no PCs on the user's site contains the file, the next site in the SearchSiteList table is queried. This continues until the file is found. The SearchSiteList is built up for each Intel® site. It is designed based on network configuration and lists the sites to query for a file based on the available bandwidth between the site issuing the query and, in this particular embodiment up to ten other sites around the globe.

[0068] At Section **3** of **FIG. 9**A, once a copy of the file is found, it is queried to ensure that it is the latest revision and that it has the correct date/time stamp and file size. If it is not correct, the search continues. If the file is the correct revision, an estimated download time is returned to the user.

| ’319 Patent | ’510 Patent |
|---|---|
| content identified by a first content identifier, and for use with a **second server**, the method by the **first client device** comprising: receiving, from the **second server**, the first content identifier; sending, to the **first server** over the Internet, a Hypertext Transfer Protocol (HTTP) request that comprises the first content identifier; receiving, the first content from the **first server** over the Internet in response to the sending of the first content identifier; and sending, the first content by the **first client device** to the **second server**, in response to the receiving of the first content identifier. | establishing a Transmission Control Protocol (TCP) connection with a **second server**; sending, to the **web server** over an Internet, the first content identifier; receiving, the first content from the **web server** over the Internet in response to the sending of the first content identifier; and sending the received first content, to the **second server** over the established TCP connection, in response to the receiving of the first content identifier. |

6. The steps of claim 1 of both the ’319 and ’510 Patents are performed by the “**first client device**.” Based upon the common specification, in my opinion a POSA would understand the term “client device” to refer to a consumer computer. *See, e.g.* ’319 Patent at 2:44-46 (“In the network 50, files are stored on computers of consumers, referred to herein as client devices.”)[1].

7. Based on the plain language of the Preamble of claim 1 of the ’319 Patent as shown above, in my opinion a POSA would understand the “**first server**” of the ’319 Patent to be a “**web server**.” In contrast, a POSA would understand the “**second server**” to be a server that is not the client device or the first server in the context of the ’319 Patent, and a server that is not the client device or web server in the context of the ’510 Patent.

8. The ’319 and ’510 Patents provide several exemplary embodiments through its written specification and its diagrams. In Figure 3, for example, an agent **122** is shown positioned between a client **102** and a web server **152**. Figure 3 also includes multiple communication devices, each of which stores software providing functionality that allows each communication device “to

serve as a client, peer, or agent, depending upon requirements of the network **100** …" '319 Patent at 4:44-50; *see also* 9:13-50. In my opinion, therefore, a POSA would understand client **102** and agent **122** to both be client devices operating as a "client" and an "agent" respectively.

FIG. 3

9. As shown in FIG. **3,** the exemplary embodiment of network **100** illustrates that one of the communication devices is functioning as a client **102.** The client **102** is capable of communication with one or more peers **112, 114, 116** and one or more agents **122.** For exemplary purposes, the network contains three peers and one agent, although I note that a client can communicate with any number of agents and peers. *See* the following:

> The communication network **100** also contains a Web server **152.** The Web server **152** is the server from which the client **102** is requesting information and may be, for example, a typical HTTP server, such as those being used to deliver content on any of the many such servers on the Internet.



FIG. 1

11. To illustrate the steps required by independent claim 1 of the ’319 and ’510 Patents, in light of the claim language and the above disclosures from the common specification, the “client 102” of Figure 3 is an example of the “second server” of the claims, with the numbered arrows corresponding with the bracketed letters identifying the elements of the claims as shown in the annotated table following the figure. (I note that the step identified as “A” is only a claimed element in the ’510 Patent.)



FIG. 3

| ’319 Patent | ’510 Patent |
|---|---|
| **1.** A method for use with a **first client device**, for use with a **first server** that comprises a **web server** that is a Hypertext Transfer Protocol (HTTP) server that responds to HTTP requests, the first server stores a first content identified by a first content identifier, and for use with a **second server**, the method by the **first client device** comprising: [B] receiving, from the **second server**, the first content identifier; [C] sending, to the **first server** over the Internet, a Hypertext Transfer Protocol (HTTP) request that comprises the first content identifier; | **1.** A method for use with a **web server** that responds to Hypertext Transfer Protocol (HTTP) requests and stores a first content identified by a first content identifier, the method by a **first client device** comprising: [A] establishing a Transmission Control Protocol (TCP) connection with a **second server**; [C] sending, to the **web server** over an Internet, the first content identifier; [D] receiving, the first content from the **web server** over the Internet in response to the sending of the first content identifier; and |

The following is a quotation of the appropriate paragraphs of pre-AIA 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

Claim(s) 1, 6-8, 10, and 15-24 is/are rejected under pre-AIA 35 U.S.C. 102(b) as being anticipated by US 6,795,848 B1 (herein *Border*).

Consistent with the Request for Reexamination of 10/05/2021, the claim language is viewed using the broadest reasonable interpretation. In the case of a "client device", the broadest reasonable interpretation is a device that acts, at least at some point, as a client. And in the case of a "server", the broadest reasonable interpretation is a device that acts, at least at some point, as a server.

| ***Claim 1*** | ***Border*** |
|---|---|
| A method for use with a web server that responds to Hypertext Transfer Protocol (HTTP) requests and stores a first content identified by a first content identifier, the method by a first client device comprising: | *Border* shows "a web server" *(Border: figure 1, element 109)*, "first content" *(Border: column 3, lines 34-46, at least "web content" and/or "URL content")*, "a first content identifier" *(Border: at least requested "URL")*, and "a first client device" *(Border: figure 1, element 107, "upstream server")*. |

**a. No teaching of a 'first server'.**

The Patent Owner argument that in Crowds, there is no teaching of the claimed first server is not persuasive. (See Remarks, pages 41-42).

A computer can be both a client and a server depending on what role it is playing at a particular time. For example, jondo 4 can be a server with respect to jondo 5 because jondo 4 provides (or serves) requested content to jondo 5 when the replies are traversing the same jondo path as the request. Jondo 4 runs on a different computer than jondo 5 thus satisfying the client/server architecture in the claim.

**b. Changing principle of operation**

The Patent Owner's argument that Office action changes the principle operation of the Crowds reference is not persuasive. (See Remarks, page 42).

The action maps elements in the reference to elements recited in the claims without any modification the teachings of Crowds. The jondos in Crowds are distinct devices as each run on separate computers. (See Crowds, page 82).

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| LUMINATI NETWORKS LTD.<br><br>Plaintiff,<br><br>v.<br><br>TESO LT, UAB; OXYSALES, UAB; METACLUSTER LT, UAB;<br><br>Defendants. | Case No.<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff, Luminati Networks Ltd. ("Luminati" or "Plaintiff") brings this action under the patent laws of the United States, Title 35 of the United States Code, and makes the following allegations against Teso LT, UAB, also known as UAB Teso LT ("Teso") and sister companies metacluster lt, UAB, also known as UAB metacluster lt and metacluster, UAB ("Metacluster") and oxysales, UAB ("Oxysales") (collectively "Defendants"):

**THE PARTIES**

1. Plaintiff Luminati is an Israeli company having a principal place of business at 3 Hamahshev St., Netanya 42507, ISRAEL.

2. Upon information and belief, Defendant Teso, previously known as UAB Tesonet ("Tesonet"), is a Lithuanian corporation located at A. Goštauto g. 40A, LT-03163, Vilnius, Lithuania. Upon information and belief, Tesonet underwent a corporate restructuring in late 2018, after the filing of Luminati's complaint in this Court against Tesonet on July 18, 2018 (Case No. 2:19-cv-299-JRG, "First Action"), resulting in the creation of the following sister companies to

Data Co Exhibit 1115
Data Co v. Bright Data
IPR2022-00135

Teso: Metacluster; Oxysales; code200, UAB; and coretech, UAB, UAB. Upon information and belief, each of the sister companies share common ownership and control. Upon information and belief, since the restructuring in late 2018, Teso has and continues to use, offer to sell, and/or sell and/or import into the United States the patented inventions of the Asserted Patents within the United States, specifically including the "Oxylabs Residential Proxy Service" provided previously by Tesonet and as now provided and/or sold by Defendants.

3. Upon information and belief, Defendant Metacluster is a Lithuanian corporation related to Teso that was incorporated as the result of a corporate restructuring of Tesonet, its predecessor-in-interest. Upon information and belief, Metacluster is located at A. Goštauto g. 40A, LT-03163, Vilnius, Lithuania, the same location as Teso. Upon information and belief, Defendants share common ownership and control. Upon information and belief, since the restructuring in late 2018, Metacluster has and continues to use, offer to sell, and/or sell and/or import into the United States the patented inventions of the Asserted Patents within the United States, specifically including the "Real-Time Crawler" Residential Proxy Service, provided previously by predecessor in interest Tesonet. Upon information and belief, Metacluster is a successor in interest in Teso's Real-Time Crawler residential proxy service.

4. Upon information and belief, Defendant Oxysales is a Lithuanian corporation related to Teso that was incorporated as the result of a corporate restructuring of Tesonet, its predecessor-in-interest. Oxysales is located at A. Goštauto g. 40A, LT-03163, Vilnius, Lithuania, the same location as the other Defendants. Upon information and belief, Defendants share common ownership and control. Upon information and belief, since the restructuring in late 2018, Oxysales has and continues to at least sell or offer to sell the residential proxy services provided

by Teso and Metacluster and previously provided by predecessor in interest Tesonet. Upon information and belief, Oxysales is a successor in interest to Tesonet.

5. Upon information and belief, Defendants have and continue to use, provide, sell, and offer to sell as well as import into the United States residential proxy services including Oxylabs Residential Proxy Service and Real-Time Crawler when it uses the Residential Proxy Service ("Accused Instrumentalities"), including through direct communication with customers including customers in the United States and, for example, through Defendants' website. https://oxylabs.io/. Upon information and belief, Defendants share common shareholders and jointly provide, sell and offer to sell the Accused Instrumentalities through the same website. As such, Defendants are jointly and severally liable for infringing the Asserted Patents.

**JURISDICTION AND VENUE**

6. This is an action for patent infringement under the patent laws of the United States of America, 35 U.S.C. § 1, *et seq*.

7. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331, 1338, and 1367. Teso has not contested subject matter jurisdiction of this Court and accepted service of process in the First Action.

8. This Court has personal jurisdiction over Teso because it, directly or through its subsidiaries, divisions, groups, or distributors, has sufficient minimum contacts with this forum as a result of business conducted within the State of Texas, and/or pursuant to Fed. R. Civ. P. 4(k)(2). On information and belief, Teso transacts substantial business in the State of Texas, directly or through agents, including: (i) at least a portion of the infringement alleged herein, and (ii) regularly does or solicits business in Texas, engages in other persistent courses of conduct, maintains continuous and systematic contacts within this Judicial District, purposefully avails itself of the

privilege of doing business in Texas, and/or derives substantial revenue from services provided in Texas. For example, Teso embeds its software, which is the subject of the infringement alleged herein, in a number of software applications which are placed into the stream of commerce with the knowledge, understanding, and/or intention that they be downloaded and executed by devices located in the State of Texas, as well as this Judicial District, including the Marshall Division. Upon information and belief, the software effectively turns the devices on which it is installed into residential proxy devices that operate as part of the service of residential proxy systems including the Accused Instrumentalities offered, operated and provided by Defendants. Teso and its predecessor in interest Tesonet have previously been the subject of jurisdiction in this Court by the same actions accused herein in the First Action.

9. This Court has personal jurisdiction over Metacluster because it, directly or through its subsidiaries, divisions, groups, or distributors, has sufficient minimum contacts with this forum as a result of business conducted within the State of Texas, and/or pursuant to Fed. R. Civ. P. 4(k)(2). On information and belief, Metacluster transacts substantial business in the State of Texas, directly or through agents, including: (i) at least a portion of the infringement alleged herein, and (ii) regularly does or solicits business in Texas, engages in other persistent courses of conduct, maintains continuous and systematic contacts within this Judicial District, purposefully avails itself of the privilege of doing business in Texas, and/or derives substantial revenue from services provided in Texas. For example, Metacluster's Real-Time Crawler utilizes Teso's Residential Proxy Service, which embeds software, which is the subject of the infringement alleged herein, in a number of software applications which are placed into the stream of commerce with the knowledge, understanding, and/or intention that they be downloaded and executed by devices located in the State of Texas, as well as this Judicial District, including the Marshall Division,

causing these devices to serve as residential proxy devices for the Accused Instrumentalities, including Real-Time Crawler. Metacluster and its predecessor in interest Tesonet have previously been the subject of jurisdiction in this Court by the same actions accused herein in the First Action.

10. This Court has personal jurisdiction over Oxysales because it, directly or through its subsidiaries, divisions, groups, or distributors, has sufficient minimum contacts with this forum as a result of business conducted within the State of Texas, and/or pursuant to Fed. R. Civ. P. 4(k)(2). On information and belief, Oxysales transacts substantial business in the State of Texas, directly or through agents, including: (i) at least a portion of the infringement alleged herein, and (ii) regularly does or solicits business in Texas, engages in other persistent courses of conduct, maintains continuous and systematic contacts within this Judicial District, purposefully avails itself of the privilege of doing business in Texas, and/or derives substantial revenue from services provided in Texas. For example, Oxysales sells and offers for sale Defendants' Accused Instrumentalities, which includes Defendants' software, which is the subject of the infringement alleged herein, which is embedded in a number of software applications which are placed into the stream of commerce with the knowledge, understanding, and/or intention that they be downloaded and executed by devices located in the State of Texas, as well as this Judicial District, including the Marshall Division, causing these devices to serve as residential proxy devices for the Accused Instrumentalities. Oxysales' predecessor in interest Tesonet has previously been the subject of jurisdiction in this Court by the same actions accused herein in the First Action.

11. Upon information and belief, residential proxy devices with Defendants' embedded software are located throughout the United States, including Texas. *See e.g.* https://www.privateproxyreviews.com/oxylabs/. Defendants tout the use of millions of residential proxy devices in the United States, as shown in the image below.



https://oxylabs.io/locations/united-states-of-america

12. This Court has general jurisdiction over Defendants due to their continuous and systematic contacts with the State of Texas and this jurisdiction. Further, Defendants are subject to this Court's jurisdiction because they committed patent infringement in the State of Texas and this jurisdiction.

13. Following *Brunette Machine Works v. Kockum Industries, Inc.*, 406 U.S. 706 1972), venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and 1400(b) at least because, upon information and belief, Defendants are foreign entities.

**FACTUAL ALLEGATIONS**

14. Derry Shribman and Ofer Vilenski are the sole inventors of a number of patents, including U.S. Patent Nos. 10,469,614 (Exhibit A, "'614 Patent") issued on April 9, 2019, 10,257,319 (Exhibit B, "'319 Patent") issued on November 5, 2019, and U.S. Patent No. US 10,484,510 (Exhibit C, "'510 Patent") (collectively the "Asserted Patents") issued on November 19, 2019. Each of the Asserted Patents were issued after the filing of the complaint resulting in the First Action.

15. The ’319 Patent and ’510 Patent are divisionals sharing the same specification and are both titled “System Providing Faster and More Efficient Data Communication.” The’614 Patent shares the same inventors with the ’319 Patent and ’510 Patent, but it has a different specification and is titled “System and Method for Improving Communications by Using Intermediate Nodes.” Luminati identifies its patents including on its website at https://luminati.io/patent-marking#system-and-method-for-streaming-content-from-multiple-servers. Luminati is the assignee and sole owner of the Asserted Patents.

16. Luminati, formerly known as Hola Networks Ltd. (“Hola”), provides a cloud service connecting tens of millions of devices over the Internet through a proxy-based network. Each participating device allows the service to utilize a fraction of that device’s idle time for the network. Luminati utilizes this network to provide proxy-based services to its customers.

17. Since 2014, Luminati has offered proxy-based services relying on its “Residential Proxy Network” that practice one or more claims of the Asserted Patents. Luminati permits its business customers to utilize its residential proxy network to gather data over the Internet using residential proxy devices from various localities as required by the customers. Because each of these residential proxy devices has its own residential IP address, web servers receiving requests from these proxy devices do not recognize such requests as originating from the actual user making the request. Instead, the server identifies the request as coming from a residential device based upon the residential IP address of the proxy device. These residential proxy devices provide businesses with a number of advantages. For example, online retailers may anonymously use these residential proxy devices to gather information from web servers (such as for comparative pricing), businesses may utilize these devices to test their web sites from any city in the world, and cyber security firms may employ these devices to test web sites for malicious code.

18. Prior to and separate from the technology at issue in this case, Hola provided a virtual private network ("VPN") service called HolaVPN. Between November 2015 and June 2018, Hola had a business relationship with Tesonet as well as a Tesonet-related company and service called NordVPN.

19. On May 22, 2017, during a meeting between Hola Chief Executive Officer Ofer Vilenski and Teso co-founder Tomas Okmanas, Mr. Vilenski informed Mr. Okmanas that Luminati had become aware Tesonet was taking measures to enter the residential proxy business, that Luminati had patents in this field, and that Tesonet should not infringe Luminati's patents by providing residential proxy service. Mr. Vilenski sent an email to Mr. Okmanas that same day confirming that Luminati would send a letter identifying Luminati's intellectual property in this field.

20. On June 1, 2017, outside counsel for Hola sent Mr. Okmanas and copied others at Defendants' company a letter (Exhibit D) identifying Hola patents covering a proprietary claim scope in the field of peer-to-peer based routing. The identified Hola patents - U.S. Patent Nos. 8,560,604 ("'604 Patent") and 9,241,044 ("'044 Patent") – are in the same patent families with the same substantive specifications as the Asserted Patents, with the '319 Patent and '510 Patent being divisionals of the '604 Patent and the '614 Patent being a divisional of the '044 Patent.

21. On February 14, 2018, Luminati sent a second letter to Mr. Okmanas, copying others at Defendants' company referencing the June 1, 2017 letter, further informing Tesonet of Hola's name change to Luminati and the issuance of additional patents in the field of IP VPN services using peer-to-peer technology (Exhibit E). This letter also notified Defendants that products and services offered under Teso's Oxylabs brand infringed the '044 Patent.

22. On June 20, 2018, counsel for Defendants sent a letter to Luminati's counsel acknowledging receipt of the February 14, 2018 letter but denying that Teso's Oxylabs product practiced the claims of the patents in the letter. Upon information and belief, "Oxylabs" is the brand name for Defendants' former Tesonet businesses collectively and generally, including but not limited to their residential proxy services, including the Accused Instrumentalities as further identified below:

https://oxylabs.io

23. On July 19, 2018, prior to the issuance of the Asserted Patents, Luminati filed a complaint for infringement of the '044 Patent and U.S. Patent No. 9,742,866 in the First Action in this Court.

24. Upon information and belief, Defendants offer "large-scale web data extraction" products and services under the Oxylabs brand. https://oxylabs.io/ (Exhibit F). Upon information

and belief, this includes a residential proxy network with over thirty million residential devices, each with its own IP addresses. https://oxylabs.io/. Defendants tout their residential proxy service as including "proxies in every country and every city in the world." https://oxylabs.io/locations. Upon information and belief, these residential proxies have IP addresses that are assigned from a standard Internet Service Provider (ISP) to a homeowner or other residential or mobile user. https://oxylabs.io/. Upon information and belief, this residential proxy network is used to access content over the Internet, wherein that content is identified by a content identifier. Upon information and belief, Defendants' residential proxy network supports the residential proxy services of "Residential Proxy Service" and "Real-Time Crawler," as shown in the images below. Upon information and belief Defendants have contractual relationships with one another related to at least the sale and use of the Accused Instrumentalities including a contractual relationship between Teso and related company Metacluster requiring Teso to provide residential proxy devices in support of Metacluster's "Real-Time Crawler" service (also known as "RTC"). *See e.g.* https://oxylabs.io/legal/rtc-acceptable-use-policy; *see also* https://tesonet.com/about/privacy-policy/; https://oxylabs.io/legal/rpp-acceptable-use-policy; and https://oxylabs.io/legal/rtc-acceptable-use-policy.

**WHAT SOLUTIONS DO YOU OFFER?**

Here at Oxylabs, we offer data center IPs and residential proxies that support HTTP/HTTPS & Socks 4/5 protocols.

- A Residential Proxy is an IP address that is assigned from a standard Internet Service Provider (ISP) to a homeowner.
- A Data Center IP is an IP address that comes from a secondary corporation and is not owned by an ISP.

https://oxylabs.io/.



https://oxylabs.io/locations



https://oxylabs.io/proxies/residential-proxies. (Exhibit F)

## Residential Proxy Network

**WHY SHOULD I USE A RESIDENTIAL PROXY NETWORK?**

Residential proxies enable data collection without IP bans and ensure a high anonymity level. These IPs mostly belong to large internet and mobile service providers, that's why other websites don't block users with these kinds of IPs.

**HOW OFTEN ARE RESIDENTIAL PROXIES CHECKED FOR BEING UP?**

All of our residential proxies are being checked every 60 seconds.

**CAN I SELECT A PROXY FROM SPECIFIC COUNTRY OR CITY?**

Yes, you can specify in the authorization header which city IP to use to process the request.

# Real-Time Crawler for e-commerce

Track product pricing changes in the most popular retail marketplace. With Real-Time Crawler, you can extract data from product pages, product offer listing pages, reviews, questions & answers, search results or from any URL in general.

What about the residential proxy pool? These proxies enable data collection without IP bans, this way assuring anonymity as well. The same goes for the Real-Time Crawler as it uses both data center and residential proxies.

All localized domains and pagination are supported. Historical pricing data is stored as well.

https://oxylabs.io/products/real-time-crawler

https://oxylabs.io/faq. Upon information and belief, these residential proxies include residential proxy devices located in Marshall, Texas.

25. Upon information and belief, the Oxylabs residential proxy network of the Accused Instrumentalities is based upon numerous consumer devices or proxy devices, such as laptops and cell phones, each of which is a client device identifiable over the Internet by an identifier, such as (but not limited to) an IP address. Upon information and belief, these client devices become part of the network through the execution of Defendants' code, such as by implementation of a software development kit ("SDK") that is embedded in software applications downloaded on the client devices. Upon information and belief, these proxy devices are associated with at least an active state and dormant state. Upon information and belief, when the proxy device meets certain criteria, including for example sufficient battery power, sufficient available bandwidth, etc., the proxy device shifts or stays in an active state whereby it makes itself available to serve as a proxy device in the residential proxy system. However, upon information and belief, when the criteria are not met, such as for example when the device has low battery power or little available bandwidth, it enters a dormant state whereby it does not make itself available for use as a proxy device in the residential proxy service. Upon information and belief, when in the active state these devices send their identifier to a server, such as Oxylab's dedicated proxy servers, which store these identifiers. Upon information and belief, while in the active state, these proxy devices remain available to receive requests submitted through the Accused Instrumentalities and send the requests to a target web server, as well as sending any content received from the target web server to Defendants' requesting customer via an intermediary of the Accused Instrumentalities such as a supernode.

26. Upon information and belief, Defendants have developed or are developing Oxylabs embedded software for different platforms including but not limited to Google Android

and Microsoft Windows. Upon information and belief, while frequently renamed, the above Oxylabs embedded software that enables the residential proxy network includes embedded code named "genericexitnode," "winnerbot," "CoffeeService," "instantcoffee," and "ENService."

27. Upon information and belief, the above Oxylabs embedded code has been integrated and is believed to be currently embedded in a number of applications via Defendants' application partners including at least the following software application(s) that may be downloaded by any user located anywhere having Internet access: Auslogic's "Auslogics Disk Defrag Free;" Hackdrip's "WallPixel;" Vagner Xavier's "Currency Converter X;" and "Screenshot Lite." See e.g. https://www.auslogics.com/en/eula/?product=disk-defrag; http://vsxapps.com/privacy/; https://snowlife01.com/ScreenshotLite/privacy_policy.html; and https://hackdrip.com/wallpixel-privacy-policy/.

28. Defendants provide a residential proxy service through the Accused Instrumentalities allowing an Oxylabs service customer to utilize residential proxy devices in fetching content over the Internet. Upon information and belief, Defendants' embedded code installed on the residential proxy devices causes the devices to perform the steps of at least claims 1, 2, 4, 7, 9, 11, 12, 15, 16, 17, and 29 of the '614 Patent, claims 1, 17, 24, 25 and 27 of the '319 Patent, and claims 1, 8, 13, 15, 16, 18, 20, 22, and 23 of the '510 Patent. This embedded code is under the control of Defendants, either directly or via Defendants' contractual relationship with its software application partners, including partners integrating Defendants' SDK in their applications. As this code is under the control of Defendants, Defendants cause each of these steps to also be performed. In addition, given Defendants' contractual relationship with its customers, the customers utilization of the Accused Instrumentalities also causes each of the claimed steps to be performed.

29.    Specifically, upon information and belief, Defendants' residential proxy network comprises numerous proxy devices, each of which is a client device such as a laptop or smartphone identifiable by its own identifier, such as (but not limited to) an IP address, with Defendants' embedded code operating on that device.  Upon information and belief, the proxy devices of the Accused Instrumentalities send its identifier to a server of the Accused Instrumentalities, such as a supernode, following the proxy device connecting to the Internet and the proxy devices and server of the Accused Instrumentalities communicate periodically thereafter. Upon information and belief, each proxy device is associated with a first and second state ("first state" or "second state") according to a utilization of a resource, such as for example battery life, bandwidth usage or a threshold value associated with idleness. Upon information and belief, a periodic or continuous determination is made whether the device satisfies a criterion for resource utilization, and based upon that determination, such as for example when a threshold value associated with idleness is above or below that threshold, shifts the proxy device between a first state or second state.  Upon information and belief, when the criterion is satisfied and the proxy device is in the first state, the proxy device is responsive to receiving a request from the server of the Accused Instrumentalities. Upon information and belief, the determination of whether the device satisfies a criterion for resource utilization is made on the proxy device.  Upon receiving a request, the proxy device performs a task.  *See e.g.* https://learn.oxylabs.io/hc/en-us/articles/360012784812-How-often-are-residential-proxies-checked-for-availability; https://learn.oxylabs.io/hc/en-us/articles/360024814952-How-long-can-I-keep-the-same-residential-IP-for.

30.    Defendants' end user license agreement ("EULA") notifies end users that using an application containing Defendants' SDK allows Oxylabs to access and use the end user's device to "access and collect data on "publicly accessible data resources."  Exhibit G at 1.  The EULA

expressly states "We use your device resources when the device is idle and is on Wi-Fi connection (cellular data may be used only occasionally and restrictedly) …. To be able to do that we process a limited amount of your personal Information (such as your IP address, device type, network connection type and status, etc.)" as shown in the image below.

# INFORMATION FOR END USERS

Oxylabs is a tech company specializing in large-scale automated data gathering from various search engines and eCommerce websites, we also offer other services through our private network. We focus on helping companies extract essential business intelligence data. By implementing our SDK in the application, we also help App developers to monetize their apps.

By using the application that contains our SDK, you allow Oxylabs to access your device and to use some of your network connection and device's resources. We use your device resources when the device is idle and is on WIFI connection (cellular data may be used only occasionally and restrictedly). Your device resources and network connection are used to access and collect data on publicly accessible data resources, which basically means that we or our partners use your device to collect publicly accessible data from the internet (not from you or your device).

To be able to do that we process a limited amount of your personal Information (such as your IP address, device type, network connection type and status, etc.). To find more about the way we process your personal data, please visit our publicly available privacy policy .

By clicking accept in the Oxylabs consent window you allow to use limited amount of your resources as described above.

This text was last updated on January 5, 2019.

https://luminati.io/legal/sdk-sla

31. Upon information and belief, having received a request from a server of the Accused Instrumentalities, the proxy device is used to fetch content identified by a content identifier over the Internet from a web server, which stores the content. Upon information and belief, the proxy device fetches content by (a) receiving a content identifier from the server of the Accused Instrumentalities; (b) sending the content identifier to the web server; (c) receiving the content from the web server in response to the sending of the content identifier to the web server; and (d) sending the content to the server of the Accused Instrumentalities. Upon information and

belief, the above steps are executed including, for example, on the proxy device by Defendants' software installed on that device, which can be downloaded on that device from servers on the Internet.

32.    Upon information and belief, the content may include a part or whole files, text, numbers, audio, voice, multimedia, video, images, music, computer program, or a part or a whole of a web-site page.  Upon information and belief, the content may be identified by a uniform resource locator.

33.    Upon information and belief, web servers are or include Hypertext Transfer Protocol (HTTP) servers that respond to HTTP requests including both normal HTTP and HTTPS requests, and the proxy device may send an HTTP request comprising the content identifier to the web server.  Further, upon information and belief, the proxy device may establish Transmission Control Protocol (TCP) connections with the server of the Accused Instrumentalities and web server, with the content identifier and content sent over the established TCP connections to and from the proxy device.  Similarly, upon information and belief, the proxy device may establish a TCP connection with the web server.

34.    Upon information and belief, each proxy device stores, operates or uses a client operating system including but not limited to a mobile operating system such as Android version 2.2, 2.3, 4.0, 4.2, 4.4, and Microsoft Windows Phone version 7, 8, and 9.

35.    The use of the residential proxy network permits anonymity to Oxylabs customers, such as for engaging in activities like as web crawling, without disclosing its identity to the targeted web sites.

36.    Since the filing of a previous complaint in this Court in the First Action on July 19, 2018 (Exhibit H) Defendants have posted information on its website under the title of "Bust the

Bully: $100,000 for Prior Art" including allegations that Luminati (a) is "threatening companies for alleged patent infringement without any evidence," (b) "chooses to harass big and small companies alike" (c) "is also trying to disrupt its competitors' ability to compete on equal terms by sending lawsuit threats to clients of the competing companies," (d) "is using this unjustified business method to intimidate smaller market players," (e) is "engaged in deceptive behavior," and (f) "has no patent rights outside of the United States because their European applications for patents mentioned above have been withdrawn due to lack of novelty." https://oxylabs.io/bounty. This webpage includes an offer of a "bounty" for "prior art that will be successfully used to invalidate Luminati's patents."

37.    Upon information and belief, Defendants have advertised the $100,000 bounty above on its own website as well as on other publicly accessible websites, including Google. As shown in the first two images below, Defendants had placed an advertisement through its Oxylabs brand specifically targeting the Luminati brand that displays its bounty against Luminati upon a search of "luminati" in Google's webpage. The Teso / Oxylabs hyperlink directs viewers to Teso's "Bust the Bully" webpage. The below images are exemplary Defendants' advertisements posted since the filing of the original complaint.





https://www.google.com/search?q=luminati&oq=luminati&aqs=chrome..69i57j0l5.2328j0j8&sourceid=ch
luminati
All
Images
News
Videos
Maps
More
Settings
Tools
About 589,000 results (0.35 seconds)
Invalidate Luminati.io patents | Alleged patent infringement
Ad www.oxylabs.io/bounty
A financial reward for prior art that can be used to invalidate Luminati.io patents. Help us to prevent Luminati.io from threatening companies for alleged patent infringement.
Residential IP and Proxy Service for Businesses. Luminati
https://luminati.io/
World's largest proxy service with a residential proxy network of 36M IPs worldwide and proxy management interface for zero coding. Start a 7-day free trial »
FAQ · About · Luminati SDK · Learning hub

Affordable price. Services: Rank Tracker API, SERP API, Keyword Data API.
Pricing · Docs · FAQ · APIs

False claims by Luminati.io | $100,000 for Prior Art
Ad www.oxylabs.io/bounty
A financial reward for prior art that can be used to invalidate **Luminati**.io patents. Help us to prevent **Luminati**.io from threatening companies for alleged patent infringement.

Invalidate Luminati's patents - $100,000 for Prior Art
Help us to prevent Luminati from threatening companies for alleged patent infringement
Visit Site
Invalidate Luminati's patents
Alleged patent infringement
Help us to prevent Luminati from threatening companies for alleged patent infringement.
oxylabs.io
OPEN

ads leader
Invalidate Luminati's patents - $100,000 for Prior Art
Help us to prevent Luminati from threatening companies for alleged patent infringement.
oxylabs.io/bounty
OPEN
ce welcomes Saint Seiya as the latest manga fr...
reak in a new stage Read More
New
Shared
Trend
Beta
Battlefield V developer gets banned from Call of Duty: Black Ops 4
No DICE employees allowed
Wed 9:31am, by Philip Moody | 2 comments | 0
PSN name change disclaimers may make you think twice about doing so
A modern name may not be worth the risk
Wed 9:01am, by Philip Moody | 9 comments | 0
Rumor: Super Smash Bros. Ultimate adds Isaac, Geno, and Banjo-Kazooie to the roster
oxylabs
Invalidate Luminati's patents
Get
$100,000
for Prior Art
Learn more

38. Upon information and belief, Defendants directed the above advertising toward Luminati's customers and prospective customers seeking to harm Luminati's business relationships.

39. Upon information and belief, Defendants created a website designed to disparage and attack Luminati in response to the previous lawsuit filed against Teso. See http://www.darksideofluminati.com/ (Exhibit X). This website lists an author, Marcus Jackson, which upon information and belief is a pseudonym for Teso. This webpage includes numerous falsehoods and rhetorical questions intended to disparage Luminati.

## Why Luminati is Shady?

In 2015, it was discovered that Hola, back then a popular free VPN, was selling the "idle resources" of its users via Luminati brand. By being a peer-to-peer VPN, Hola was turning its users' computers to exit nodes and using them to route traffic.

We're wondering, what was the main reason that led Mark Joseph and EMK Capital to make the decision and buy Luminati? Are there other ways how Luminati, and now EMK Capital, is exploiting Hola users' personal data? Does Hola at all care about the safety of their users and are they competent enough to develop the kind of software?

http://www.darksideofluminati.com/

40. Luminati's SDK License includes the following terms:

## 1. Integration and grant of license

1.1 Following execution of this Agreement, Luminati shall provide to Partner a proprietary Luminati SDK (the "**SDK**"), which Partner shall integrate into the Partner Solution so as to enable Luminati to treat certain devices of users of the Partner Solution ("**Users**") as nodes in the Luminati network used to operate the Luminati service.
Luminati ensures a User's device is used by the network under strict rules which limits the bandwidth consumption. These rules consist of device battery level, maximum daily and weekly bandwidth usage cap per device, connection type(Wifi/Cellular) and others.
1.2 As part of the SDK integration, Partner allows its Users to elect to receive the Partner Solution free of charge or of ads in return for becoming nodes in the Luminati network. Partner shall ensure that only Users who have expressly agreed to become nodes will actually be marked by Partner as such (such marked Users, "Qualified Users") and shall unmark a Qualified User as such immediately upon such Qualified User electing to terminate its participation in the Luminati network through the SDK. Partner shall not in any way make changes to the SDK or interfere with its operation or the Luminati network's operation. Partner is required to make the following changes:

- To Partner's Terms of Service: "In return for some of the premium features of '[PUBLISHER'S APPS]', you may choose to be a peer on the Luminati network. By doing so you agree to have read and accepted the Terms of Service of the Luminati SDK SLA: http://luminati.io/legal/sdk_sla.
  You may opt out of the network from settings."
- On Android: Partner is required to add this statement to the Play Store description of Partner Solution: "Your use of [PUBLISHER'S APP] is free of charge in exchange for safely using some of your device's resources (WiFi and very limited cellular data), and only when you are not using your device. You may turn this off from the settings menu. Please see our TOS for further information. [Link to TOS]."
- On windows: Partner is required to add this statement to the FAQ of Partner Solution on his site: "Your use of [PUBLISHER'S SOFTWARE] is free of charge in exchange for safely sharing some of your device's idle resources for the benefit of others. You may turn this off from settings. Please see our TOS for further information. [Link to TOS]."

https://luminati.io/legal/sdk-license

41. Luminati's SDK partners are contractually obligated to ensure that only their customers who expressly elect to be a peer on the Luminati network will be identified as such and only for as long as these users do not change their election. Luminati similarly imposes rules restricting the usage of a peer device based on certain criteria including for example, device battery level, maximum daily and weekly bandwidth usage cap per device, and connection type (Wi-Fi/Cellular).

42. Upon information and belief, at least since the filing of the previous complaint, Ms. Urtė Černiauskaitė, legal counsel at Defendants, contacted former Luminati employees seeking information. Upon information and belief, Ms. Černiauskaitė has represented that Defendants are willing to pay former Luminati employees for assistance and allocated budget to do so. Current and former Luminati employees are subject to a Personal Employment Agreement ("Employment Agreement"). The terms of the Employment Agreement include a confidentiality provision obligating the employee to keep in confidence Luminati's proprietary information. In addition to other proprietary information, at least one former employee approached by Ms. Černiauskaitė has knowledge regarding Luminati's residential service architecture, and other confidential and proprietary information.

43. Luminati protects various information as a trade-secret, and uses various means for protecting this data, such as confidentiality agreements with employees, partners, and providers, storing the protected information in a local secured computer system, as well as using a local secured communication network.

44. Upon information and belief, Defendants have been seeking confidential information from former Luminati employees.

45. Defendants sent communications to email addresses that were not public and were maintained as private on Luminati's private computers and not accessible to the public, including customer emails and test emails generated by Luminati for the purpose of testing Luminati's proxy service. Upon information and belief, Defendants have contacted Luminati customers using proprietary Luminati information derived from at least Luminati's confidential customer lists. Upon information and belief, Defendants have acquired this information through unauthorized access to Luminati's secure computer system.

46. Upon information and belief, Defendants have used Luminati's proprietary information to derive a competitive advantage interfering with Luminati's business relationships with its clients and causing Luminati to lose customers.

**COUNT I**
(Infringement of the '614 Patent)

47. Luminati repeats and re-alleges the allegations contained in paragraphs 1-46 of this Complaint as if fully set forth herein.

48. The '614 Patent entitled "System and Method for Improving Internet Communication by Using Intermediate Nodes" was duly and legally issued by the U.S. Patent and Trademark Office on November 5, 2019, from Application No. 16/214,433 filed on December 10, 2018, a continuation of Application No. 16/140,785 which is a continuation of application No. 15/663,762, which is a continuation of application No. 14/930,894, now Pat. No. 9,742,866 ("'866 Patent"), which is a divisional of application No. 14/468,836, now Pat. No. 9,241,044 ("'044 Patent"), all of which claim priority to provisional applications 61/870,815 filed on August 28, 2013. A true and accurate copy of the '614 Patent is attached hereto as Exhibit A.

49. Each and every claim of the '614 Patent is valid and enforceable, and each enjoys a statutory presumption of validity under 35 U.S.C. § 282.

50. Luminati is the sole owner of the ’614 Patent and has rights to past damages. .

51. Independent Claim 1 of the ’614 Patent recites:

A method for use with a resource associated with a criterion in a client device that communicates with a first server over the Internet, the client device is identified in the Internet using a first identifier and is associated with first and second state according to a utilization of the resource, the method comprising:

initiating, by the client device, communication with the first server over the Internet in response to connecting to the Internet, the communication comprises sending, by the client device, the first identifier to the first server over the Internet;

when connected to the Internet, periodically or continuously determining whether the resource utilization satisfies the criterion;

responsive to the determining that the utilization of the resource satisfies the criterion, shifting to the first state or staying in the first state;

responsive to the determining that the utilization of the resource does not satisfy the criterion, shifting to the second state or staying in the second state,

responsive to being in the first state, receiving, by the client device, a request from the first server; and

performing a task, by the client device, in response to the receiving of the request from the first server;

wherein the method is further configured for fetching over the Internet a first content identified by a first content identifier from a web server that is distinct from the first server, and the task comprising:

receiving, by the client device, the first content identifier from the first server;

sending by the client device, the first content identifier to the web server;

receiving, by the client device, the first content from the web server in response to the sending of the first content identifier; and

sending, by the client device, the received first content to the first server.

52. As described above, upon information and belief, the Accused Instrumentalities comprise numerous proxy devices ("client devices"), each of which is a client device identifiable by its own identifier ("first identifier"). Upon information and belief, upon connecting to the Internet, a client device initiates communication with a server ("first server") of the Accused Instrumentalities, such as a supernode, by sending information over the Internet to the first server, including the first identifier. Upon information and belief, the proxy devices in Defendants' Oxylabs proxy residential network each have a first state and second state. Upon information and belief, the Accused Instrumentalities determines whether the resource utilization of a proxy device satisfies a criterion as per claim 1 of the '614 Patent, and upon determining that the criterion is satisfied shifts the client device to a first state or upon determining that the criterion is not satisfied shifts the client device to a second state.

53. As described above, upon information and belief, when a client device is in the first state it can receive a request from the first server and perform a task in response to receiving this request. The client device can fetch content ("first content"), such as for example a website, identified by a content identifier ("first content identifier"), such as for example a URL, over the Internet from a web server ("web server"), such as (but not limited to) a server hosting a website, that is distinct from the first server. Upon information and belief, the client device can (a) receive the first content identifier from the first server; (b) send the first content identifier to the web server;

(c) receive the first content from the web server in response to the sending of the first content identifier; and (d) send the received first content to the first server.

54. The ’614 Patent includes a number of dependent claims. In addition to practicing the steps of independent claim 1, upon information and belief as discussed above, Defendants and others using Defendants’ Accused Instrumentalities also practice the steps of at least the following dependent claims:

Claim 2: The method according to claim 1, wherein the determining is performed by the client device.

Claim 4: The method according to claim 1, wherein the communication by the client device with the first server is based on, or is according to, TCP/IP protocol or connection.

Claim 7: The method according to claim 1, wherein the steps are sequentially executed.

Claim 9: The method according to claim 1, wherein the client device is further storing, operating, or using, a client operating system.

Claim 11: The method according to claim 9, wherein the client operating system is a mobile operating system.

Claim 12: The method according to claim 11, wherein the mobile operating system is one out of Android version 2.2 (Froyo ), Android version 2.3 (Gingerbread), Android version 4.0 (Ice Cream Sandwich), Android Version 4.2 (Jelly Bean), Android version 4.4 (KitKat)), Apple iOS version 3, Apple iOS version 4, Apple iOS version 5, Apple iOS version 6, Apple iOS version 7, Microsoft Windows® Phone version 7, Microsoft Windows® Phone version 8, Microsoft Windows ® Phone version 9, and Blackberry® operating system.

Claim 15: The method according to claim 1, wherein the client device comprises, or consists of, a portable or mobile device.

Claim 16: The method according to claim 15, wherein the mobile device comprises a smartphone.

Claim 17: The method according to claim 1, for use with a set threshold value, and wherein the criterion is satisfied when the resource utilization is above or below the threshold.

Claim 29: The method according to claim 1, wherein the web server uses HyperText Transfer Protocol (HTTP) and responds to HTTP requests via the Internet, and wherein the sending of the first content identifier to the web server comprises a HTTP request, or wherein the communication with the web server is based on, or uses, HTTP persistent connection, and wherein the first content includes, consists of, or comprises, a part or whole of files, text, numbers, audio, voice, multimedia, video, images, music, or computer program, or wherein the first content includes, consists of, or comprises, a part of, or a whole of, a web-site page.

55. This year and last year, as part of the First Action, Defendants have been in litigation with Plaintiff involving assertion of infringement of the ’044 and ’866 Patents, both of which are related to the ’614 Patent. Defendants have actual notice of the ’614 Patent since at least the filing of the Complaint and know at least from the Complaint that implementation of the Accused Instrumentalities using residential proxy devices in the United States infringe at least claims 1, 2, 4, 7, 9, 11, 12, 15, 16, 17 and 29 of the ’614 Patent.

56. Upon information and belief Defendants sold, offered to sell, used, tested, and imported and continue to sell, offer to sell, use, test, and import the Accused Instrumentalities into the United States. Defendants import their embedded code into the United States directly and/or

via Defendants' application partners, which is implemented on devices located in the United States. Defendants' embedded code enables devices to serve as residential proxy devices for the Accused Instrumentalities and is not used for other commercial services or products. Defendants provide the residential service of the Accused Instrumentalities to their customers with the knowledge and intent that the customers' implementation of the service using residential proxies located in the U.S. would infringe the '614 Patent.

57. Defendants have been and are now infringing at least directly, indirectly and/or contributorily, one or more claims including at least claims 1, 2, 4, 7, 9, 11, 12, 15, 16, 17 and 29 of the '614 Patent, both literally and/or under the doctrine of equivalents, by implementing the Accused Instrumentalities using residential proxy devices located in the United States without authority and/or license from Luminati, and Defendants are liable to Luminati under 35 U.S.C. § 271 *et seq*., including but not limited to under Sections 271(a), (b), (c) and/or (g). On information and belief, at least since the service of this Complaint, Defendants have been aware of the Asserted Patents yet have continued to infringe and cause proxies in the United States under Defendants' control to infringe claims of the Asserted Patents and have induced infringement. On further information and belief, Defendants have developed, used, offered to sell and/or sold within the United States and imported into the United States a component of a patented machine, manufacture, combination or composition, or a material or apparatus for use in practicing a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in an infringement of such patent, and not a staple article or commodity of commerce suitable for substantial noninfringing use, including as one non-limiting example the Defendants' SDK imported into and implemented in user devices in the United States as well as the API and/or any other instructions provided to Defendants' customers that result in

infringement. On further information and belief, Defendants also import and sell as well as cause others to use within the United States a product which is made by a process patented in the United States whereby the importation, offer to sell, sale, and/or use of the product occurs during the term of such process patent. Such products may include for example, the set of results sent to customers in the United States as created and assembled by the patented methods of the Asserted Patents.

58.    As a result of Defendants' infringement of the '614 Patent, Luminati has suffered and continues to suffer damages. Thus, Luminati is entitled to recover from Defendants the damages Luminati sustained as a result of Defendants' wrongful and infringing acts in an amount no less than its lost profits and/or a reasonable royalty, together with interest and costs fixed by this Court together with increased damages up to three times under 35 U.S.C. § 284.

59.    Luminati has suffered damage because of the infringing activities of Defendants, their officers, agents, servants, employees, associates, partners, and other persons who are in active concert or participation therewith, and Luminati will continue to suffer irreparable harm for which there is no adequate remedy at law unless Defendants' infringing activities are preliminarily and permanently enjoined by this Court. Luminati practices the Asserted Patents and, on information and belief, practicing the Asserted Patents is required for a competitive offering of residential proxy services, a technology and market that Luminati created. Non-exclusive examples of such damage include loss of market share, lowered prices and the inability of Luminati to obtain the revenues and profits it would have been able to obtain but for the infringement, lost sales in other services when customers did not purchase residential proxy services from Laminate as a result of the infringement, loss of convoyed sales of other related services that Luminati would have sold but for the infringement, and harm to Luminati's reputation as a result of Defendants' lower quality

and less protected offerings damaging the reputation and perception of the residential proxy service market that relies on the technology of the Asserted Patents.

60. Defendants' infringement of the '614 Patent is and continues to be deliberate and willful because Defendants were and are on notice of the '614 Patent at least as early as the Complaint, yet Defendants continue to infringe the '614 Patent. This case should be deemed an exceptional case under 35 U.S.C. § 285, and if so, Luminati is entitled to recover its attorneys' fees.

**COUNT II**
(Infringement of the '319 Patent)

61. Luminati repeats and re-alleges the allegations contained in paragraphs 1-60 of this Complaint as if fully set forth herein.

62. The '319 Patent entitled "System Providing Faster and More Efficient Data Communication" was duly and legally issued by the U.S. Patent and Trademark Office on April 9, 2019, from Application No. 15/957,945 filed on April 20, 2018, which is a continuation of application No. 14/025,109, which is a division of application No. 12/836,059, now Pat. No. 8,560,604, all of which claim priority to provisional application 61/249,624 filed on October 8, 2009. A true and accurate copy of the '319 Patent is attached hereto as Exhibit B.

63. Each and every claim of the '319 Patent is valid and enforceable, and each enjoys a statutory presumption of validity under 35 U.S.C. § 282.

64. Luminati is the sole owner of the '319 Patent and has rights to past damages. .

65. Claim 1 of the '319 Patent recites:

A method for use with a first client device, for use with a first server that comprises a web server that is a Hypertext Transfer Protocol (HTTP) server that responds to HTTP requests, the

first server stores a first content identified by a first content identifier, and for use with a second server, the method by the first client device comprising:

receiving, from the second server, the first content identifier;

sending, to the first server over the Internet, a Hypertext Transfer Protocol (HTTP) request that comprises the first content identifier;

receiving, the first content from the first server over the Internet in response to the sending of the first content identifier; and

sending, the first content by the first client device to the second server, in response to the receiving of the first content identifier.

66. As described in the above paragraphs, upon information and belief, the Accused Instrumentalities comprise numerous proxy devices each of which is a client device ("first client device") and a server of the Accused Instrumentalities ("second server"), such as a supernode. An HTTP web server that responds to HTTP requests ("first server") stores content ("first content") identified by an identifier ("first content identifier"), such as for example an HTTP web server storing a webpage identified by a URL address. As described above, a first client device (a) receives a first content identifier from the second server of the Accused Instrumentalities; (b) sends an HTTP request comprising the first content identifier to the first server; (c) receives the first content from the first server over the Internet in response to the sending of the first content identifier; and sends the first content to the second server of the Accused Instrumentalities in response to receiving the first content identifier.

67. The '319 Patent includes a number of dependent claims. In addition to practicing the steps of independent claim 1, upon information and belief as discussed above, Defendants and

others using Defendants' Accused Instrumentalities also practice the steps of the following dependent claims:

Claim 17: The method according to claim 1, further comprising periodically communicating between the second server and the first client device.

Claim 24: The method according to claim 1, further comprising establishing, by the first client device, a Transmission Control Protocol (TCP) connection with the second server using TCP/IP protocol.

Claim 25: The method according to claim 1, wherein the first or second server is a Transmission Control Protocol/Internet Protocol (TCP/IP) server, wherein the first client device communicates over the Internet with the first or second server based on, or according to, using TCP/IP protocol or connection.

Claim 27: The method according to claim 1, wherein the steps are sequentially executed.

68. Defendants have actual notice of the '319 Patent since at least the filing of this Complaint and know at least from this Complaint that implementation of the Accused Instrumentalities using residential proxy devices in the United States would infringe at least claims 1, 17, 24, 25, and 27 of the '319 Patent.

69. Upon information and belief Defendants sold, offered to sell, used, tested, and imported and continue to sell, offer to sell, use, test, and import the Accused Instrumentalities into the United States. Defendants import their embedded code into the United States directly and/or via Defendants' application partners, which is implemented on devices located in the United States. Defendants' embedded code enables devices to serve as residential proxy devices for the Accused Instrumentalities and is not used for other commercial services or products. Defendants provide the residential service of the Accused Instrumentalities to their customers with the

knowledge and intent that the customers' implementation of the service using residential proxies located in the U.S. would infringe the '319 Patent.

70. Defendants have been and are now infringing at least directly, indirectly and/or contributorily, one or more claims including at least claims 1, 17, 24, 25 and 27 of the '319 Patent, both literally and/or under the doctrine of equivalents, by implementing the Accused Instrumentalities using residential proxy devices located in the United States without authority and/or license from Luminati and are liable to Luminati under 35 U.S.C. § 271 *et seq*., including but not limited to under Sections 271(a), (b), (c) and/or (g). On information and belief, at least since the service of this Complaint, Defendants have been aware of the Asserted Patents yet have continued to infringe and cause proxies in the United States under Defendants' control to infringe claims of the Asserted Patents and have induced infringement. On further information and belief, Defendants have developed, used, offered to sell and/or sold within the United States and imported into the United States a component of a patented machine, manufacture, combination or composition, or a material or apparatus for use in practicing a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in an infringement of such patent, and not a staple article or commodity of commerce suitable for substantial noninfringing use, including as one non-limiting example the Defendants' SDK imported into and implemented in user devices in the United States as well as the API and/or any other instructions provided to Defendants' customers that result in infringement. On further information and belief, Defendants also import and sell as well as cause others to use within the United States a product which is made by a process patented in the United States whereby the importation, offer to sell, sale, and/or use of the product occurs during the term of such process

patent. Such products may include for example, the set of results sent to customers in the United States as created and assembled by the patented methods of the Asserted Patents.

71. As a result of Defendants' infringement of the '319 Patent, Luminati has suffered and continues to suffer damages. Thus, Luminati is entitled to recover from Defendants the damages Luminati sustained as a result of Defendants' wrongful and infringing acts in an amount no less than its lost profits and/or a reasonable royalty, together with interest and costs fixed by this Court together with increased damages up to three times under 35 U.S.C. § 284.

72. Luminati has suffered damage because of the infringing activities of Defendants, their officers, agents, servants, employees, associates, partners, and other persons who are in active concert or participation therewith, and Luminati will continue to suffer irreparable harm for which there is no adequate remedy at law unless Defendants' infringing activities are preliminarily and permanently enjoined by this Court. Luminati practices the Asserted Patents and, on information and belief, practicing the Asserted Patents is required for a competitive offering of residential proxy services, a technology and market that Luminati created. Non-exclusive examples of such damage include loss of market share, lowered prices and the inability of Luminati to obtain the revenues and profits it would have been able to obtain but for the infringement, lost sales in other services when customers did not purchase residential proxy services from Laminate as a result of the infringement, loss of convoyed sales of other related services that Luminati would have sold but for the infringement, and harm to Luminati's reputation as a result of Defendants' lower quality and less protected offerings damaging the reputation and perception of the residential proxy service market that relies on the technology of the Asserted Patents.

73. Defendants' infringement of the '319 Patent is and continues to be deliberate and willful because Defendants were and are on notice of the '319 Patent at least as early as the

Complaint, yet Defendants continue to infringe the ’319 Patent. This case should be deemed an exceptional case under 35 U.S.C. § 285, and if so, Luminati is entitled to recover its attorneys’ fees.

**COUNT III**
(Infringement of the ’510 Patent)

74. Luminati repeats and re-alleges the allegations contained in paragraphs 1-73 of this Complaint as if fully set forth herein.

75. The ’510 Patent entitled “System Providing Faster and More Efficient Data Communication” was duly and legally issued by the U.S. Patent and Trademark Office on November 19, 2019, from Application No. 16/278,107 filed on February 17, 2019, a continuation of Application No. 15/957,945, now Pat. No. 10,257,319, which is a continuation of application No. 14/025,109, now Pat. No. 10,069,936, which is a divisional of application No. 12/836,059, now Pat. No. 8,560,604, all of which claim priority to provisional application 61/249,624 filed on October 8, 2009. A true and accurate copy of the ’510 Patent is attached hereto as Exhibit C.

76. Each and every claim of the ’510 Patent is valid and enforceable, and each enjoys a statutory presumption of validity under 35 U.S.C. § 282.

77. Luminati is the sole owner of the ’510 Patent and has rights to past damages.

78. Claim 1 of the ’510 Patent recites:

A method for use with a web server that responds to Hypertext Transfer Protocol (HTTP) requests and stores a first content identified by a first content identifier, the method by a first client device comprising:

establishing a Transmission Control Protocol (TCP) connection with a second server;

sending, to the web server over an Internet, the first content identifier;

receiving, the first content from the web server over the Internet in response to the sending of the first content identifier; and

sending the received first content, to the second server over the established TCP connection, in response to the receiving of the first content identifier.

79. As described in the above paragraphs, upon information and belief, the Accused Instrumentalities comprise numerous proxy devices each of which is a client device ("first client device") and a server of the Accused Instrumentalities ("second server"), such as a supernode. A web server that responds to HTTP requests ("web server") stores content ("first content") identified by an identifier ("first content identifier"), such as for example an HTTP web server storing a webpage identified by a URL address. As described above, a first client device (a) establishes a TCP connection with a second server; (b) sends the first content identifier to the web server; (c) receives the first content from the web server over the Internet in response to the sending of the first content identifier; and (d) sends the received first content to the second server of the Accused Instrumentalities over the established TCP connection in response to the receiving of the first content identifier.

80. The '510 Patent includes a number of dependent claims. In addition to practicing the steps of independent claim 1, upon information and belief as discussed above, Defendants and others using Defendants' Accused Instrumentalities also practice the steps of the following dependent claims:

Claim 8: The method according to claim 1, further comprising periodically communicating over the TCP connection between the second server and the first client device.

Claim 13: The method according to claim 1, for use with a software application that includes computer instructions that, when executed by a computer processor, cause the

processor to perform the sending of the Hypertext Transfer Protocol (HTTP) request, the receiving and storing of the first content, the receiving of the first content identifier, and the sending of the part of, or the whole of, the stored first content, the method is further preceded by:

downloading, by the first client device from the Internet, the software application; and installing, by the first client device, the downloaded software application.

Claim 15:  The method according to claim 1, further comprising receiving, by the first client device from the second server over the established TCP connection, the first content identifier.

Claim 16:  The method according to claim 1, wherein the sending of the first content identifier to the web server over the Internet comprises sending a Hypertext Transfer Protocol (HTTP) request that comprises the first content identifier.

Claim 18:  The method according to claim 1, wherein the second server is a Transmission Control Protocol/Internet Protocol (TCP/IP) server that communicates over the Internet based on, or according to, using TCP/IP protocol or connection, and wherein the first client device is a Transmission Control Protocol/Internet Protocol (TCP/IP) client that communicates with the second server over the Internet based on, or according to, TCP/IP protocol.

Claim 20:   The method according to claim 1, wherein the first content comprises web-page, audio, or video content, and wherein the first content identifier comprises a Uniform Resource Locator (URL).

Claim 22:  The method according to claim 1, further comprising storing, operating, or using, a client operating system.

Claim 23: The method according to claim 1, wherein the steps are sequentially executed.

81. Defendants have actual notice of the ’510 Patent since at least the filing of the Complaint and know at least from the Complaint that implementation of the Accused Instrumentalities using residential proxy devices in the United States would infringe at least claims 1, 8, 13, 15, 16, 18, 20, 22 and 23 of the ’510 Patent.

82. Upon information and belief Defendants sold, offered to sell, used, tested, and imported and continue to sell, offer to sell, use, test, and import the Accused Instrumentalities into the United States. Defendants import their embedded code into the United States directly and/or via Defendants’ application partners, which is implemented on devices located in the United States. Defendants’ embedded code enables devices to serve as residential proxy devices for the Accused Instrumentalities and is not used for other commercial services or products. Defendants provide the residential service of the Accused Instrumentalities to their customers with the knowledge and intent that the customers’ implementation of the service using residential proxies located in the U.S. would infringe the ’510 Patent.

83. Defendants have been and are now infringing at least directly, indirectly and/or contributorily, one or more claims including at least claims 1, 8, 13, 15, 16, 18, 20, 22 and 23 of the ’510 Patent, both literally and/or under the doctrine of equivalents, by implementing the Accused Instrumentalities using residential proxy devices located in the United States without authority and/or license from Luminati and are liable to Luminati under 35 U.S.C. § 271 *et seq*., including but not limited to under Sections 271(a), (b), (c) and/or (g). On information and belief, at least since the service of this Complaint, Defendants have been aware of the Asserted Patents yet have continued to infringe and cause proxies in the United States under Defendants’ control to infringe claims of the Asserted Patents and have induced infringement. On further information

and belief, Defendants have developed, used, offered to sell and/or sold within the United States and imported into the United States a component of a patented machine, manufacture, combination or composition, or a material or apparatus for use in practicing a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in an infringement of such patent, and not a staple article or commodity of commerce suitable for substantial noninfringing use, including as one non-limiting example the Defendants' SDK imported into and implemented in user devices in the United States as well as the API and/or any other instructions provided to Defendants' customers that result in infringement. On further information and belief, Defendants also import and sell as well as cause others to use within the United States a product which is made by a process patented in the United States whereby the importation, offer to sell, sale, and/or use of the product occurs during the term of such process patent. Such products may include for example, the set of results sent to customers in the United States as created and assembled by the patented methods of the Asserted Patents.

84.    As a result of Defendants' infringement of the '510 Patent, Luminati has suffered and continues to suffer damages. Thus, Luminati is entitled to recover from Defendants the damages Luminati sustained as a result of Defendants' wrongful and infringing acts in an amount no less than its lost profits and/or a reasonable royalty, together with interest and costs fixed by this Court together with increased damages up to three times under 35 U.S.C. § 284.

85.    Luminati has suffered damage because of the infringing activities of Defendants, their officers, agents, servants, employees, associates, partners, and other persons who are in active concert or participation therewith, and Luminati will continue to suffer irreparable harm for which there is no adequate remedy at law unless Defendants' infringing activities are preliminarily and permanently enjoined by this Court. Luminati practices the Asserted Patents and, on information

and belief, practicing the Asserted Patents is required for a competitive offering of residential proxy services, a technology and market that Luminati created. Non-exclusive examples of such damage include loss of market share, lowered prices and the inability of Luminati to obtain the revenues and profits it would have been able to obtain but for the infringement, lost sales in other services when customers did not purchase residential proxy services from Laminate as a result of the infringement, loss of convoyed sales of other related services that Luminati would have sold but for the infringement, and harm to Luminati's reputation as a result of Defendants' lower quality and less protected offerings damaging the reputation and perception of the residential proxy service market that relies on the technology of the Asserted Patents.

86. Defendants' infringement of the '510 Patent is and continues to be deliberate and willful because Defendants were and are on notice of the '510 Patent at least as early as the Complaint, yet Defendants continue to infringe the '510 Patent. This case should be deemed an exceptional case under 35 U.S.C. § 285, and if so, Luminati is entitled to recover its attorneys' fees.

**COUNT IV**
(Misappropriation of Trade Secret Under Federal Defense of Trade Secret Act Under 18 U.S.C. § 1836 *et sec.*)

87. Luminati repeats and re-alleges the allegations contained in paragraphs 1-86 of this Complaint as if fully set forth herein.

88. Luminati takes reasonable measures to protect the confidentiality of valuable trade secrets related to its residential proxy service, including automated and technical measures in addition to the requirement that its employees protect the confidentiality of Luminati trade secrets, including, for example, by Luminati's practice of having its employees enter into confidentiality

agreements. This non-public information has actual independent economic value derived from Luminati's experience in the residential proxy service field.

89. Luminati's residential proxy service is intended for use in interstate or foreign commerce, including commerce in the Eastern District of Texas.

90. Upon information and belief, Defendants (including as successors in interest to Tesonet) misappropriated Luminati's trade secrets including but not limited to Luminati's customer list for the purpose of competing with Luminati's residential proxy service.

91. Luminati has suffered damages and Teso has been unjustly enriched as Luminati lost business to Teso's competing Oxylabs service as a result of Teso's misappropriation of Luminati's trade secrets.

92. Defendants' misappropriation of Luminati trade secrets was willful and malicious.

93. Luminati is entitled to recover the actual loss suffered by Luminati, any additional damages to account for Defendants' unjust enrichment, and exemplary damages as a result of Defendants' misappropriation of its trade secrets under 18 U.S.C. § 1836(b)(3)(B) and (C) *et sec*.

**COUNT V**
(Intentional Unauthorized Access of Protected Computer Under 18 U.S.C. § 1030(g) *et sec.*)

94. Luminati repeats and re-alleges the allegations contained in paragraphs 1-93 of this Complaint as if fully set forth herein.

95. Upon information and belief, Defendants (including as successors in interest to Tesonet) intentionally accessed Luminati's computer system without authorization and misappropriated Luminati's trade secrets, including Luminati's customer list relating to Luminati's residential proxy service which is used interstate and foreign commerce, including commerce in the Eastern District of Texas.

96. Luminati suffered damage through the misappropriation of data on its computer system. Luminati also suffered loss in excess of $5,000 in value within the last year through the expense of investigating the intrusion in Luminati's computer system.

97. Luminati is entitled to recover compensatory damages and an injunction against the use of Luminati's confidential information under 18 U.S.C. § 1030(g).

**COUNT VI**
(False Advertising Under 15 U.S.C. § 1125(a) *et sec.*)

98. Luminati repeats and re-alleges the allegations contained in paragraphs 1-97 of this Complaint as if fully set forth herein.

99. Upon information and belief, since the filing of the original complaint and in retaliation thereto, Defendants (including as successors in interest to Tesonet) have engaged in false advertising against Luminati under 15 U.S.C. § 1125(a) by making false advertisements to the public at large, including Luminati's customers. Through these false advertisements, Luminati believes and thus avers that Defendants have materially represented Luminati's business practices, the basis for Luminati's complaint against Teso, the value of Luminati's intellectual property rights, and the nature and characteristics of Teso's own residential proxy service.

100. Defendants caused its false advertising to enter interstate commerce, including upon information and belief in the Eastern District of Texas. Defendants' false advertising has at been distributed through at least Internet communications and advertisements including, but not limited to, advertisements placed with Google responsive to queries regarding Luminati.

101. Defendants' actions have deceived, or are likely to deceive, a substantial segment of Luminati's customers who have purchased or would otherwise purchase Luminati's residential proxy service.

102. Defendants' actions have caused Luminati injury to a commercial interest in both its business reputation and its sales by its customers. Luminati's commercial injuries are a direct result of Defendants' false statements directed to Luminati's customers regarding Luminati's intellectual property and business practices.

103. Luminati is entitled to a judgment that Defendant has engaged in false advertising against Luminati, which is the direct cause of Luminati's injuries to its commercial interests in its reputation and sales under 15 U.S.C. 1125(a), and damages pursuant to 15 U.S.C. § 1117.

104. This case is exceptional, given Teso's extensive targeting of Luminati customers and prospective customers through its disparaging and deceptive online advertising campaign. Luminati is entitled to an award of attorneys' fees as this case is exceptional under 15 U.S.C. § 1117(a).

**COUNT VII**
(Tortious Interference with Luminati's Business Relationships)

105. Luminati repeats and re-alleges the allegations contained in paragraphs 1-104 of this Complaint as if fully set forth herein.

106. Luminati has contractual relationships with numerous customers, including customers that are registered in the Eastern District of Texas and/or use Luminati's residential proxy service in the Eastern District of Texas.

107. Upon information and belief, Defendants (including as successors in interest to Tesonet) have used Luminati proprietary information to intentionally and willfully contact Luminati customers and interfere with Luminati's relationship with these customers.

108. Luminati has suffered damages and Defendants have been unjustly enriched as Luminati lost business to Teso's competing Oxylabs service. Teso's interference with Luminati's customer relationships was the proximate cause of this lost business.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Luminati respectfully requests that this Court enter:

A. A judgment in favor of Luminati that the Defendants have and are infringing the Asserted Patents;

B. A judgment declaring Defendants' infringement to be willful;

C. A judgment declaring that this case is exceptional within the meaning of 35 U.S.C. § 285;

D. A permanent injunction enjoining Defendants, their officers, directors, agents, servants, employees, associates, partners including SDK partners, and other persons who are in active concert or participation with Defendants including the officers, directors, agents, servants, employees and associates of Defendants' partners, from infringing the Asserted Patents and/or such other equitable relief the Court determines is warranted in this case;

E. A judgment and order requiring the Defendants to pay to Luminati its damages, enhanced damages, costs, expenses, prejudgment and post-judgment interest, and attorneys' fees, if applicable, for the Defendants' infringement of the Asserted Patents as provided under 35 U.S.C. §284 and/or §285, and an accounting of ongoing post-judgment infringement;

F. A judgment in favor of Luminati that Defendants misappropriated Luminati's trade secrets under 18 U.S.C. § 1836(b);

G. A judgment and order for damages under 18 U.S.C. § 1836(b)(3)(B);

H. A judgment and order for exemplary damages under 18 U.S.C. § 1836(b)(3)(C);

I.  A judgment in favor of Luminati that Defendants accessed Luminati computer systems under 18 U.S.C. § 1030(a)(5)(B);

J.  A judgment and order for compensatory damages under 18 U.S.C. § 1030(g);

K.  A permanent injunction requiring Defendants to destroy all proprietary information gathered through the unauthorized access of Luminati's computer system under 18 U.S.C. § 1030(g);

L.  A judgment in favor of Luminati that Defendants had engaged in false advertising against Luminati, and order requiring Defendants to pay monetary relief to Luminati, including (i) profits received by Defendants and/or damages sustained by Luminati as a result of Defendants' false advertising and (ii) damages in the form of money to be spent on corrective advertising, to dispel any actual confusion that may have already occurred among relevant consumers and in the marketplace by virtue of Defendants' false advertising;

M.  That Defendants be found to have acted willfully in its false advertising, and that monetary relief for Defendants' false advertising be increased due to the willful nature of Defendants' false advertising pursuant to 15 U.S.C. § 1117;

N.  A permanent injunction enjoining Defendants, their officers, employees, agents, representatives, attorneys and others acting on its or their behalf, from committing further acts of false advertising described herein;

O.  A declaration that this is an exceptional case within the meaning of 35 U.S.C. § 285, 15 U.S.C. § 1117(a) and/or other applicable laws, and that Luminati is entitled to recover its reasonable attorney's fees and costs upon prevailing in this action;

P. A judgment in favor of Luminati that the Defendants tortiously interfered with Luminati's business relationships;

Q. Disgorgement of the amount by which Defendants have been unjustly enriched; and

R. Any and all other relief, at law or in equity that this Court deems just or proper.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Luminati hereby demands a trial by jury of all issues so triable.

Dated: December 6, 2019

Respectfully submitted,

*/s/ Korula T. Cherian*

S. Calvin Capshaw
State Bar No. 03783900
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com

Korula T. Cherian
Robert Harkins
RuyakCherian LLP
1936 University Ave, Suite 350
Berkeley, CA 94702

Amadou Kilkenny Diaw
Corrine Saylor Davis
Ronald Wielkopolski
RuyakCherian LLP
1700 K St. NW, Suite 810
Washington, DC 20006

**ATTORNEYS FOR PLAINTIFF**

**LUMINATI NETWORKS LTD.**



(12) **United States Patent**
**Shribman et al.**

(10) **Patent No.: US 10,469,614 B2**
(45) **Date of Patent: Nov. 5, 2019**

(54) **SYSTEM AND METHOD FOR IMPROVING INTERNET COMMUNICATION BY USING INTERMEDIATE NODES**

(71) Applicant: **LUMINATI NETWORKS LTD.**, Netanya (IL)

(72) Inventors: **Derry Shribman**, Tel Aviv (IL); **Ofer Vilenski**, Moshav Hadar Am (IL)

(73) Assignee: **LUMINATI NETWORKS LTD.**, Netanya (IL)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/214,433**

(22) Filed: **Dec. 10, 2018**

(65) **Prior Publication Data**

US 2019/0116242 A1 Apr. 18, 2019

**Related U.S. Application Data**

(60) Continuation of application No. 16/140,785, filed on Sep. 25, 2018, which is a continuation of application
(Continued)

(51) **Int. Cl.**
***H04L 29/06*** (2006.01)
***H04L 29/08*** (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ............ ***H04L 67/32*** (2013.01); ***H04L 63/029*** (2013.01); ***H04L 65/4084*** (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ............... H04L 63/029; H04L 65/4084; H04L 67/2838
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,922,494 A 11/1975 Cooper et al.
3,962,539 A 6/1976 Ehrsam et al.
(Continued)

FOREIGN PATENT DOCUMENTS

EP 0948176 A2 10/1999
EP 2597869 A1 12/2013
EP 2922275 B1 3/2016
(Continued)

OTHER PUBLICATIONS

"Anonymous Connections and Onion Routing"—Reed et al, Naval Research Laboratory, Apr. 1998 https://www.onion-router.net/Publications/JSAC-1998.pdf (Year: 1998).*
(Continued)

*Primary Examiner* — Randy A Scott
(74) *Attorney, Agent, or Firm* — May Patents Ltd.

(57) **ABSTRACT**

A method for fetching a content from a web server to a client device is disclosed, using tunnel devices serving as intermediate devices. The client device accesses an acceleration server to receive a list of available tunnel devices. The requested content is partitioned into slices, and the client device sends a request for the slices to the available tunnel devices. The tunnel devices in turn fetch the slices from the data server, and send the slices to the client device, where the content is reconstructed from the received slices. A client device may also serve as a tunnel device, serving as an intermediate device to other client devices. Similarly, a tunnel device may also serve as a client device for fetching content from a data server. The selection of tunnel devices to be used by a client device may be in the acceleration server, in the client device, or in both. The partition into slices may be overlapping or non-overlapping, and the same slice (or the whole content) may be fetched via multiple tunnel devices.

**29 Claims, 134 Drawing Sheets**

### Related U.S. Application Data

No. 15/663,762, filed on Jul. 30, 2017, which is a continuation of application No. 14/930,894, filed on Nov. 3, 2015, now Pat. No. 9,742,866, which is a division of application No. 14/468,836, filed on Aug. 26, 2014, now Pat. No. 9,241,044.

(60) Provisional application No. 61/870,815, filed on Aug. 28, 2013.

(51) **Int. Cl.**
***G06F 15/173*** (2006.01)
*H04N 21/462* (2011.01)

(52) **U.S. Cl.**
CPC .............. ***H04L 67/02*** (2013.01); ***H04L 67/06*** (2013.01); ***H04L 67/2838*** (2013.01); *H04N 21/4622* (2013.01)

(58) **Field of Classification Search**
USPC ......................... 709/217, 218, 219, 232, 235
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,405,829 A 9/1983 Rivest et al.
4,464,650 A 8/1984 Eastman et al.
4,558,302 A 12/1985 Welch
4,814,746 A 3/1989 Miller et al.
4,937,781 A 6/1990 Lee et al.
5,519,693 A 5/1996 Galuszka
5,577,243 A 11/1996 Sherwood et al.
5,758,195 A 5/1998 Balmer
6,061,278 A 5/2000 Kato et al.
6,154,782 A 11/2000 Kawaguchi
6,173,330 B1 1/2001 Guo et al.
6,236,652 B1 5/2001 Preston et al.
6,266,704 B1 7/2001 Reed et al.
6,466,470 B1 10/2002 Chang
6,519,693 B1 2/2003 Debey
6,868,453 B1 3/2005 Watanabe
6,895,011 B1 5/2005 Lassers
7,027,418 B2 4/2006 Gan et al.
7,120,666 B2 10/2006 McCanne et al.
7,149,797 B1 12/2006 Weller et al.
7,203,741 B2 4/2007 Marco et al.
7,234,059 B1 6/2007 Beaver
7,558,942 B1 7/2009 Chen et al.
7,673,048 B1 3/2010 O'Toole
7,742,485 B2 6/2010 Zhang
7,751,628 B1 7/2010 Reisman
7,783,777 B1 8/2010 Pabla
7,788,378 B2 8/2010 Rao
7,818,430 B2 10/2010 Zuckerman
7,831,720 B1 11/2010 Noureddine
7,865,585 B2 1/2011 Samuels et al.
7,970,835 B2 1/2011 St. Jacques
7,890,547 B2 2/2011 Hotti
7,929,535 B2 4/2011 Chen et al.
7,941,525 B1 5/2011 Yavilevich
8,108,245 B1 1/2012 Hosea et al.
8,135,912 B2 3/2012 Shribman et al.
8,171,101 B2 5/2012 Gladwin et al.
8,234,370 B2 7/2012 Hammer et al.
8,452,901 B1 5/2013 Sandstrom et al.
8,479,251 B2 7/2013 Feinleib et al.
8,499,059 B2 7/2013 Stoyanov
8,560,604 B2 10/2013 Shribman et al.
8,595,786 B2 11/2013 Choi
8,639,630 B2 1/2014 Fomenko et al.
8,671,221 B2 3/2014 Shribman et al.
8,719,430 B2 5/2014 Van Ackere
8,719,505 B2 5/2014 Shribman et al.
8,769,035 B2 7/2014 Resch et al.
8,832,179 B2 9/2014 Owen et al.
8,838,811 B2 9/2014 Chen
9,015,335 B1 4/2015 Gigliotti
9,177,157 B2 * 11/2015 Binder .................... H04L 63/18
9,201,808 B2 12/2015 Shribman et al.
9,253,164 B2 2/2016 Gouge
9,378,473 B2 6/2016 Wolfe
9,990,295 B2 6/2018 Shribman et al.
2001/0033583 A1 10/2001 Rabenko et al.
2001/0054020 A1 12/2001 Barth
2002/0007413 A1 1/2002 Garcia-Luna-Aceves et al.
2002/0065930 A1 5/2002 Rhodes
2002/0069241 A1 6/2002 Narlikar et al.
2002/0091760 A1 7/2002 Rozen
2002/0120874 A1 8/2002 Shu et al.
2002/0123895 A1 9/2002 Potekhin
2003/0009518 A1 1/2003 Harrow et al.
2003/0009583 A1 1/2003 Chan et al.
2003/0074403 A1 4/2003 Harrow et al.
2003/0097408 A1 5/2003 Kageyama
2003/0115364 A1 6/2003 Shu et al.
2003/0174648 A1 9/2003 Wang et al.
2003/0200307 A1 10/2003 Raju et al.
2003/0204602 A1 10/2003 Hudson et al.
2003/0210694 A1 11/2003 Jayaraman et al.
2003/0229682 A1 12/2003 Day
2003/0229718 A1 12/2003 Tock
2003/0229785 A1 12/2003 Daseke
2004/0088646 A1 5/2004 Yeager et al.
2004/0254907 A1 12/2004 Crow et al.
2004/0264506 A1 12/2004 Furukawa
2005/0015552 A1 1/2005 So et al.
2005/0018645 A1 1/2005 Mustonen et al.
2005/0022236 A1 1/2005 Ito et al.
2005/0027782 A1 2/2005 Jalan
2005/0097441 A1 5/2005 Herbach
2005/0228964 A1 10/2005 Sechrest et al.
2006/0036755 A1 2/2006 Abdullah
2006/0039352 A1 2/2006 Karstens
2006/0047844 A1 * 3/2006 Deng .................... G06F 16/958
709/231
2006/0187830 A1 8/2006 Nam
2006/0212542 A1 9/2006 Fang
2006/0212584 A1 9/2006 Yu et al.
2006/0224687 A1 10/2006 Popkin
2006/0259728 A1 11/2006 Chandrasekaran et al.
2007/0042332 A1 2/2007 Leem
2007/0050522 A1 3/2007 Grove
2007/0073878 A1 3/2007 Issa
2007/0100839 A1 5/2007 Kim
2007/0142036 A1 6/2007 Wikman
2007/0156855 A1 7/2007 Johnson
2007/0174246 A1 * 7/2007 Sigurdsson ......... G06F 16/1787
2007/0174442 A1 7/2007 Sherman et al.
2007/0226810 A1 9/2007 Hotti
2007/0239655 A1 10/2007 Agetsuma
2008/0008089 A1 1/2008 Bornstein et al.
2008/0025506 A1 1/2008 Muraoka
2008/0046562 A1 2/2008 Butler
2008/0086730 A1 4/2008 Vertes
2008/0109446 A1 5/2008 Wang
2008/0125123 A1 5/2008 Dorenbosch
2008/0222291 A1 9/2008 Weller
2008/0235361 A1 9/2008 Crosbie et al.
2008/0235391 A1 9/2008 Painter et al.
2008/0256175 A1 10/2008 Lee
2009/0010426 A1 1/2009 Redmond
2009/0037529 A1 2/2009 Armon-Kest
2009/0182843 A1 7/2009 Hluchyj
2009/0216887 A1 8/2009 Hertle
2009/0217122 A1 8/2009 Yokokawa et al.
2009/0232003 A1 9/2009 Vasseur
2009/0248793 A1 10/2009 Jacobsson
2009/0279559 A1 11/2009 Wong et al.
2009/0292816 A1 11/2009 Etchegoyen
2009/0319502 A1 12/2009 Chalouhi et al.
2010/0002882 A1 1/2010 Rieger et al.
2010/0066808 A1 3/2010 Tucker et al.
2010/0085977 A1 4/2010 Khalid et al.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2010/0094970 A1 4/2010 Zuckerman
2010/0115063 A1 5/2010 Gladwin et al.
2010/0154044 A1 6/2010 Manku
2010/0235438 A1 9/2010 Narayanan
2010/0262650 A1 * 10/2010 Chauhan ................ H04L 67/26 709/203
2010/0293555 A1 11/2010 Vepsalainen
2010/0329270 A1 12/2010 Asati et al.
2011/0035503 A1 2/2011 Zaid
2011/0066924 A1 * 3/2011 Dorso ................ H04L 65/1069 714/776
2011/0087733 A1 4/2011 Shribman
2011/0128911 A1 6/2011 Shaheen
2011/0145317 A1 6/2011 Serban et al.
2011/0264809 A1 10/2011 Koster
2011/0314347 A1 12/2011 Nakano et al.
2012/0099566 A1 4/2012 Laine et al.
2012/0124173 A1 5/2012 De et al.
2012/0124239 A1 5/2012 Shribman
2012/0164980 A1 6/2012 Van Phan
2012/0166582 A1 6/2012 Binder
2012/0246273 A1 9/2012 Bornstein
2012/0254370 A1 10/2012 Bacher
2012/0254456 A1 10/2012 Visharam
2013/0007232 A1 1/2013 Wang
2013/0007253 A1 1/2013 Li
2013/0064370 A1 3/2013 Gouge
2013/0080575 A1 † 3/2013 Prince
2013/0157699 A1 6/2013 Talwar
2013/0166768 A1 6/2013 Gouache et al.
2013/0171964 A1 * 7/2013 Bhatia .................. H04W 12/08 455/411
2013/0201316 A1 8/2013 Binder et al.
2013/0219458 A1 8/2013 Ramanathan
2013/0272519 A1 10/2013 Huang
2013/0304796 A1 * 11/2013 Jackowski ............. H04L 47/19 709/202
2013/0326607 A1 12/2013 Feng
2014/0082260 A1 3/2014 Oh et al.
2014/0189802 A1 7/2014 Montgomery
2014/0301334 A1 10/2014 Labranche
2014/0359081 A1 12/2014 Van Deventer
2014/0376403 A1 12/2014 Shao
2015/0033001 A1 1/2015 Ivanov
2015/0067819 A1 3/2015 Shribman
2015/0189401 A1 7/2015 Yi
2015/0206176 A1 7/2015 Toval
2015/0206197 A1 7/2015 Toval
2015/0341812 A1 11/2015 Dion
2015/0358648 A1 12/2015 Limberg
2016/0021430 A1 1/2016 LaBosco et al.
2016/0105530 A1 4/2016 Shribman
2017/0221092 A1 8/2017 Toval

FOREIGN PATENT DOCUMENTS

JP 2007280388 10/2007
KR 1020090097034 9/2009
WO 2000/018078 A1 3/2000
WO 2004094980 11/2004
WO 2004094980 A2 11/2004
WO 2010090562 A1 8/2010
WO 2011068784 A1 6/2011
WO 2015034752 A1 3/2015

OTHER PUBLICATIONS

R. Fielding et al, RFC 2616: Hypertext Transfer Protocol—HTTP/1.1, Jun. 1999, retrieved from the Internet http://rcf-editor.org [retrieved Apr. 15, 2002].
Syverson P., Reed M. G., Goldschlag M., "Towards an Analysis of Onion Routing Security", "Workshop on Design Issues in Anonymity and Unobservability", Berkeley, CA, Jul. 2000 (14 pages).
International Organization for Standardization, ISO 8601, "Data elements and interchange formats—Information Interchange—Representation of dates and times", 1988 (19 pages).
IETF RFC 675 "Specification of Internet Transmission Control Program", Dec. 1974 (70 pages).
IETF RFC 793 "Protocol Specification", Sep. 1981 (90 pages).
IETF RFC 791 "Protocol Specification", Sep. 1981 (50 pages).
IETF RFC 1349 "Type of Service in the Internet Protocol Suite", Jul. 1992 (28 pages).
IETF RFC 2460 "Internet Protocol, Version 6 (IPv6)", Dec. 1998 (39 pages).
IETF RFC 3315 "Dynamic Host Configuration Protocol for IPv6 (DHCPv6)", Jul. 2003 (101 pages).
IETF RFC 2131 "Dynamic Host Configuration Protocol", Mar. 1997 (45 pages).
IETF RFC 1034 "Domain Names—Concepts and Facilities", Nov. 1987 (52 pages).
IETF RFC 1035 "Domain Names—Implementation and Specification", Nov. 1987 (52 pages).
IETF RFC 792, "Internet Control Message Protocol: DARPA Internet Program Protocol Specification", Sep. 1981 (21 pages).
IETF RFC 1072, "TCP Extensions for Long-Delay Paths", Oct. 1988 (16 pages).
IETF RFC 1323, "TCP Extensions for High Performance", May 1992 (37 pages).
IETF RFC 1825, "Security Architecture for the Internet Protocol", Aug. 1995 (22 pages).
IETF RFC 2401, "Security Architecture for the Internet Protocol", Nov. 1998 (66 pages).
IETF RFC 1826, "IP Authentication Header", Aug. 1995 (13 pages).
IETF RFC 4301, "Security Architecture for the Internet Protocol", Dec. 2005 (101 pages).
IETF RFC 1827, "IP Encapsulating Security Payload (ESP)", Aug. 1995 (12 pages).
IETF RFC 1828, "IP Authentication using Keyed MD5", Aug. 1995 (6 pages).
IETF RFC 1829, "The ESP DES-CBC Transform", Aug. 1995 (11 pages).
IETF RFC 1885, "Internet Control Message Protocol (ICMPv6) for the Internet Protocol Version 6 (IPv6) Specification", Dec. 1995 (20 pages).
IETF RFC 1918, "Address Allocation for Private Internets", Feb. 1996 (9 pages).
IETF RFC 2463, "Internet Control Message Protocol (ICMPv6) for the Internet Protocol Version 6 (IPv6) Specification", Dec. 1998 (18 pages).
IETF RFC 2464, "Transmission of IPv6 Packets over Ethernet Networks", Dec. 1998 (7 pages).
IETF RFC 2547, "BGP/MPLS VPNs", Mar. 1999 (25 pages).
IETF RFC 2616, "Hypertext Transfer Protocol—HTTP/1.1", Jun. 1999 (114 pages).
IETF RFC 2914, "Congestion Control Principles", Sep. 2000 (17 pages).
IETF RFC 3207, "SMTP Service Extension for Secure SMTP over Transport Layer Security", Feb. 2002 (9 pages).
IETF RFC 3489, "STUN—Simple Traversal of User Datagram Protocol (UDP) Through Network Address Translators (NATs)", Mar. 2003 (47 pages).
IETF RFC 4026, "Provider Provisioned Virtual Private Network (VPN) Terminology", Mar. 2005 (20 pages).
IETF RFC 4309, "Using Advanced Encryption Standard (AES) CCM Mode with IPsec Encapsulating Security Payload (ESP)", Dec. 2005 (13 pages).
IETF RFC 5246, "The Transport Layer Security (TLS) Protocol Version 1.2", Aug. 2008 (104 pages).
IETF RFC 6520, "Transport Layer Security (TLS) and Datagram Transport Layer Security (DTLS) Heartbeat Extension", Feb. 2012 (9 pages).
IETF RFC 7230, "Hypertext Transfer Protocol (HTTP/1.1): Message Syntax and Routing", Jun. 2014 (89 pages).
IETF RFC 7231, "Hypertext Transfer Protocol (HTTP/1.1): Semantics and Content", Jun. 2014 (101 pages).

(56) **References Cited**

OTHER PUBLICATIONS

IETF RFC 7232, "Hypertext Transfer Protocol (HTTP/1.1): Conditional Requests", Jun. 2014 (28 pages).
IETF RFC 7233, "Hypertext Transfer Protocol (HTTP/1.1): Range Requests", Jun. 2014 (25 pages).
IETF RFC 7234, "Hypertext Transfer Protocol (HTTP/1.1): Caching", Jun. 2014 (43 pages).
IETF RFC 7235, "Hypertext Transfer Protocol (HTTP/1.1): Authentication", Jun. 2014 (19 pages).
Peter Snyder, "tmpfs: A Virtual Memory File System", Sun Microsystem Inc. date unknown, downloaded on Jul. 2014 (8 pages).
IETF RFC 2198, "RTP Payload for Redundant Audio Data", Sep. 1997 (11 pages).
IEEE STD. 802.3ae-2002—IEEE Standard for Information technology—Local and metropolitan area networks—Specific requirements Part 3: CSMA/CD Access Method and Physical Layer Specifications, by Electrical and Electronic Engineers, Inc. Aug. 30, 2002 (529 pages).
IEEE STD. 802.3ba-2010—IEEE Standard for Information technology—Local and metropolitan area networks—Specific requirements Part 3: CSMA/CD Access Method and Physical Layer Specifications, by LAN/MAN Standards Committee, Jun. 22, 2010 (457 pages).
University of Michigan paper "Dictionary-Based Compression for Long Time-Series Similarity", by Willis Lang, Michael Morse, and Jignesh M. Patel, downloaded from http://pages.cs.wisc.edu/ on Aug. 2014.
Carnegie Mellon University, chapter: "Introduction to Data Compression", by Guy E. Blelloch, dated Jan. 31, 2013 (55 pages).
University of Toronto, Department of Computer Science presentation "Tutorial on Socket Programming", by Amin Tootoonchian, downloaded on Aug. 2014 (27 pages).
Wiley Publishing, Inc. publication "Professional Linux Kernel Architecture", by Wofgang Mauerer published 2008 (1370 pages).
"WiFi Technology" by Telecom Regulatory Authority, published on Jul. 2003 (60 pages).
Brian Mariani, "Userland Hooking in Windows", by High-Tech Bridge SA, Aug. 3, 2011 (33 pages).
"Filter Driver Development Guide", Version 1.0a by Microsoft Corporation dated 2004 (28 pages).
Samsung Electronics Co. Ltd., presentation "GoogleTM Chrome OS User Guide", published 2011, version 1.00 (41 pages).
Hubert Kirrmann, "Highly Available Automation Networks Standard Redundancy Methods—Rationale behind the IEC 63429 standard suite", by ABB Switzerland Ltd., 2012 presentation, downloaded Jul. 2014 (51 pages).
IBM Corporation, International Technical Support Organization Redbook Documents No. SG24-4756-00 "Local area Network Concepts and Products: LAN Operation Systems and management", 1st Edition, May 1996 (216 pages).
Cisco Systems, Inc. publication No. 1-587005-001-3 (Jul. 1999), "Internetworking Technologies Handbook", Chapter 30: "Internet Protocols", pp. 30-1 to 30-16 (16 pages).
Cisco Systems, Inc. publication No. 1-587005-001-3 (Jul. 1999), "Internetworking Technologies Handbook", Chapter 7: "Ethernet Technologies", pp. 7-1 to 7-38 (38 pages).
Cisco Systems, Inc. publication No. 1-587005-001-3 (Jul. 1999), "Internetworking Technologies Handbook", Chapter 32: "IPv6", pp. 32-1 to 32-6 (6 pages).
Standard Microsystems Corporation (SMSC) "LAN91C111 10/100 Non-PCI Ethernet Single Chip MAC + PHY" Data-Sheet, Rev. 15 (Feb. 20, 2004) (127 pages).
Cisco Systems, Inc. (Jul. 1999), "Internetworking Technologies Handbook", Chapter 18: "Multiservice Access Technologies", pp. 18-1 to 18-10 (18 pages).
Syverson P.; Reed M. G.; Goldschlag M., "Onion Routing for Anonymous and Private Internet Connections", Communications of the ACM, vol. 42, No. 2, Feb. 1999 (5 pages).
Cisco Systems, Inc. publication No. 1-587005-001-3 (Jun. 1999), "Internetworking Technologies Handbook", Chapter 45: "OSI Routing", pp. 45-1 to 45-8 (8 pages).
Syverson P.; Reed M. G.; Goldschlag M.: "Anonymous Connections and Onion Routing", IEEE Journal on Selected Areas in Communication Special Issue on Copyright and Privacy Protection, 1998 (15 pages).
Overlier L., Syverson P., "Improving Efficiency and Simplicity of Tor circuit establishment and hidden services", Proceedings of the 2007 Privacy Enhancing Technologies Symposium, Springer-Verlag, LNCS 4776 (20 pages).
IBM Corporation, International Technical Support Organization Redbook Document No. SG24-2580-01 "IP Network Design Guide", 2nd Edition Jun. 1999 (324 pages).
IBM Corporation, International Technical Support Organization Redbook Document No. GG24-3376-07 "TCP/IP Tutorial and Technical Overview", 8th Edition Dec. 2006 (1004 pages).
IBM Corporation, International Technical Support Organization Redbook Document No. GG24-4338-00 "Introduction to Networking Technologies", 1st Edition Apr. 1994 (220 pages).
Cisco Systems, Inc. publication No. 1-587005-001-3 (Jul. 1999), "Internetworking Technologies Handbook", Chapter 5: "Routing Basics", pp. 5-1 to 5-10 (10 pages).
Cisco Systems, Inc. publication No. 1-587005-001-3 (Jul. 1999), "Internetworking Technologies Handbook", Chapter 51: "Security", pp. 51-1 to 51-12 (12 pages).
Cisco Systems, Inc. publication No. 1-587005-001-3 (Jul. 1999), "Internetworking Technologies Handbook", Chapter 19: "Voice / Data Integration Technologies", pp. 19-1 to 19-30 (30 pages).
Alan Grosskurth; Michael W. Godfrey, "Architecture and Evolution of the Modern Web Browser", University of Waterloo in Canada, Jun. 20, 2006 (24 pages).
Information Systems Audit and Control Association (ISACA) white-paper, "Geolocation: Risk, Issues and Strategies", 2011 (13 pages).
"Android Tutoriap", downloaded from tutorialspoint.com on Jul. 2014 (216 pages).
Anna Lewis; Graeme Benge; Gemma Hollooway: "The Practical Guide to Google Analytics for Business", 2nd Edition, published 2013, Koozai Ltd. (77 pages).
Dingledine R.; Mathewson N.; Syverson P.: "Tor: The Second-Generation Onion Router", in Proceedings of the 13th USENIX Security Symposium, Aug. 2004 (17 pages).
Brian Mariani, "Inline Hooking in Windows", by High-Tech Bridge SA, Sep. 6, 2011 (26 pages).
Chaum D.: "Untraceable electronic mail, return addresses, and digital pseudonyms", in Communications of the ACM, vol. 24, No. 2, Feb. 1981, pp. 84-88 (5 pages).
Dingledine R.; Mathewson N.: "Tor Protocol specification", downloaded Nov. 2010 from www.torproject.org (12 pages).
"Tor Directory Protocol Version 3", downloaded Nov. 2010 from www.torproject.org (29 pages).
"TC: Tor Control Protocol (Version 1)", downloaded Nov. 2010 from www.torproject.org (24 pages).
Yong Wang et al., "Towards Street-Level Client-Independent IP Geolocation", downloaded on Jul. 2014 (14 pages).
Hans Weibel, Tutorial on Parallel Redundancy Protocol (PRP), by Zurich University of Applied Sciences, date unknown, downloaded Jul. 2014 (20 pages).
Syverson P.; Reed M. G.; Goldschlag M., "Onion Routing Access Configurations, DISCEX 2000: Proceedings of the DARPA Information Survivability Conference and Exposition", vol. I Hilton Head, SC, IEEE CS Press, Jan. 2000, pp. 34-40 (7 pages).
W3C Recommendation for the geolocation API specifications draft dated Oct. 24, 2013, is available from the web-site http://www.w3.org/TR/2013/REC-geolocation-API-20131024 (10 pages).
"IOS TUTORIAF", downloaded from tutorialspoint.com on Jul. 2014 (185 pages).
Jerry Honeycutt: "Introducing Windows 8—An Overview for IT Professionals", by Microsoft Press, 2012 (168 pages).
Karn; Phil; Craig Partridge: "Improving Round-Trip Time Estimates in Reliable Transport Protocols", ACM SIGCOMM '87—Computer Communication Review, pp. 67-74.

(56) **References Cited**

OTHER PUBLICATIONS

M. Saeed: "Welcome to Version 2.0 of the Win32 API TutoriaP", published by Brook Miles downloaded from the Internet on Jul. 2014 (108 pages).
Whitepaper by E-Nor, Inc. entitled: "A 7-Step Analytics Reporting Framework-Marketing Optimization Whitepaper" by Feras Alhlou, downloaded on Aug. 2014 (13 pages).
Melekam Tsegaye; Ricahrd Foss, "A Comparison of the Linux and Windows Device Driver Architecture", Rhodes University, South-Africa, downloaded from the Internet on Jul. 2014 (26 pages).
IBM Corporation (headquartered in Armonk, New-York, U.S.A.) publication No. SC34-2597-03, "Device Drivers, Features, and Commands on Red Hat Exterprise Linux 6.3", downloaded from the Internet on Jul. 2014 (580 pages).
Mohamad (Hani) Atassy, "Microsoft Windows Driver Model (WDM)", Jan. 28, 2002 (32 pages).
Overlier L.; Syverson P.: "Valet Services: Improving Hidden Servers with a Personal Touch", Proceedings of the 2006 Privacy Enhancing Technologies Workshop, Springer-Verlag, LNCS 4285 (22 pages).
Peter Jay Salzman; Michael Burian; Ori Pomerantz: "The Linux Kernel Module Programming Guide", ver. 2.6.4., dated May 18, 2007 (82 pages).
Philip Koopman: "32-Bit Cyclic Redundancy Codes for Internet Applications", Carnegie Mellon University, International Conference on Dependable Systems and Networks (DSN), 2002 (10 pages).
Robert D. Doverspike; K.K. Ramakrishnan; Chris Chase: "Guide to Reliable Internet Services and Applications", Chapter 2: "Structural Overview of ISP Networks", published 2010 (ISBN: 978-1-84882-827-8) (76 pages).
"Safari Web Content Guide", Apple Inc., Mar. 10, 2014 (113 pages).
Syverson P., "Making Anonymous Communication", Generation 2 Onion Routing briefing slides, Center for High Assurance Computer Systems, Naval Research Laboratory, National Science Foundation, Jun. 8, 2004 (64 pages).
University of Michigan paper "Dictionary-Based Compression for Long Time-Series Similarity" by Willis Lang, Michael Morse, and Jignesh M. Patel, downloaded from http://pages.cs.wisc.edu/ on Aug. 2014 (14 pages).
Feigenbaum J.; Johnson J.; Syverson P.: "A Model of Onion Routing with Provable Anonymity", Financial Cryptography and Data Security '07 (FC 2007), pp. 57-71 (15 pages).
International Search Report of PCT/US2010/034072 dated Jul. 1, 2010.
Screen captures from YouTube video clip entitle "nVpn.net | Double your Safety and use Socks5 + nVpn" 38 pages, last accessed Nov. 20, 2018 <https://www.youtube.com/watch?v=L0Hct2kSnn4>.
Screen captures from YouTube video clip entitle "Andromeda" 47 pages, publicly known and available as of at least 2011 <https://www.youtube.com/watch?v=yRRYpFLbKNU>.
Screen captures from YouTube video clip entitle "Change Your Country IP Address & Location with Easy Hide IP Software" 9 pages, publicly known and available as of at least 2011, <https://www.youtube.com/watch?v=ulwkf1sOfdA and https://www.youtube.com/watch?v=iFEMT-o9DTc>.
SpyEye, https://www.symantec.com/security-center/writeup/2010-020216-0135-9; http://securesql.info/riskyclouds/spyeye-user-manual; known as of at least 2010.
CoralCDN ("CoralCDN"), https://pdos.csail.mit.edu/6.824/papers/freedman-coral.pdf (14 Pages).
International Search Report issued in PCT Application No. PCT/US2010/051881 dated Dec. 9, 2010.
Supplementary European Search Report issued in EP Application No. 10822724 dated Apr. 24, 2013.
Notice of Preliminary Rejection in KR Application No. 10-2012-7011711 dated Jul. 15, 2016.
YouTube video clip entitled "nVpn.net | Double your Safety and use Socks5 + nVpn" <https://www.youtube.com/watch?v=L0Hct2kSnn4>.
YouTube video clip entitled "Andromeda" <https://www.youtube.com/watch?v=yRRYpFLbKNU>.
YouTube video clip entitled "Change Your Country IP Address & Location with Easy Hide IP Software" <https://www.youtube.com/watch?v=ulwkf1sOfdA and https://www.youtube.com/watch?v=iFEMT-o9DTc>.
SAS Institute Inc. SHARE Session 5958 tutorial 'C Socket Programming Tutorial' entitled: "Writing Client / Server Programs in C Using Sockets (A Tutorial) Part I", by Greg Granger, dated Feb. 1998 (31 pages).
IETF RFC 3467, "Role of the Domain Name System (DNS)", Feb. 2003 (31 pages).
IETF RFC 6195, "Domain Name System (DNS) IANA Considerations", Mar. 2011 (17 pages).
IETF RFC 1591, "Domain Name System Structure and Delegation", Mar. 1994 (7 pages).
IETF RFC 6323, "Sender RTT Estimate Option for the Datagram Congestion Control Protocol (DCCP)", Jul. 2011 (13 pages).
Operating Systems, Chapter 9: "Interprocess Communication", by Marko Vuskovic, 1998-2002, pp. 9-1 to 9-19 (20 pages).
"UNIX Tutorial" by tutorialspoint.com, downloaded on Jul. 2014 (152 pages).
William R. Stanek, "Inside-Out Windows Server 2012", published by Microsoft Press in 2013 (1584 pages).
Publication No. 1-587005-001-3 by Cisco Systems, Inc. (Jul. 1999), "Internetworking Technologies Handbook": Chapter 30: "Internet Protocols", pp. 30-1 to 30-16.
IETF RFC 2544, "Benchmarking Methodology for Network Interconnect Devices", Mar. 1999 (32 pages).
ITU-T Y.1564 "Ethernet Service Activation Test Methodology", Mar. 2011 (38 pages).
ITU-T H.323 "Packet-based multimedia communication systems", Dec. 2009 (320 pages).
IETF RFC 4098, "Terminology for Benchmarking BGP Device Convergence in the Control Plane", Jun. 2005 (37 pages).
IETF RFC 3550, "RTP: A Transport Protocol for Real-Time Applications", Jul. 2003 (89 pages).
IETF RFC 3261, "SIP: Session Initiation Protocol", Jun. 2002 (269 pages).
IETF RFC 1750, "Randomness Recommendations for Security", Dec. 1994 (31 pages).
Cisco Systems, Inc., "An Introduction to IP Security (IPSec) Encryption", 1992 (28 pages).
Feigenbaum J., Johnson A., Syverson P., "Probabilistic Analysis of Onion Routing in a Black-box Model [Extended Abstract]", WPES'07: Proceedings of the 2007 ACM Workshop on Privacy in Electronic Society, ACM Press Oct. 2007, pp. 1-10 (10 pages).
"On the leakage of personally identifiable information via online social networks", Wills et al. AT&T, Apr. 2009 http://www2.research.att.com/-bala/papers/wosn09.pdf.
Partial European Search Report for EP 14182547, dated Feb. 24, 2015.
Jesse Burstyn et al, Assignment 1—Conceptual Architecture of Google Chrome, CISC 322, Fall 2009 (18 pages).
Mark Russinovich, David A. Solomon, and Alex Ioescu, "Windows Internals—Part 1", published by Microsoft Press in 2012, 6th edition (752 pages).
Mark Russinovich, David A. Solomon, and Alex Ioescu, "Windows Internals—Part 2", published by Microsoft Press in 2012, 6th edition (672 pages).
European Search Report for EP 14182547.1, dated Aug. 7, 2015.
Ingmar Poese, Steve Uhlig, et al., IP Geolocation Database: Unreliable?. date unknown, downloaded Jul. 2014 (4 pages).
Cloud Optimize your business—Windows Server 2012, published Oct. 7, 2013 by Microsoft (34 pages).
"Step by Step Tutorials for Microsoft Internet Explorer 8 Accessibility Options", Microsoft Corporation 2009 (25 pages).
Cisco Systems, Inc. (Jun. 1999), "Internetworking Technologies Handbook", Chapter 5: "Routing Basics", pp. 5-1 to 5-8 (8 pages).
Feigenbaum J.; Johnson J.; Syverson P.: "A Model of Onion Routing with Provable Anonymity", Financial Cryptography and Data Security, 11th International Conference, FC 2007, LNCS forthcoming (15 pages).

(56) **References Cited**

OTHER PUBLICATIONS

"Slice Embedding Solutions for Distributed Service Architectures"—Esposito et al., Boston University, Computer Science Dept., Oct. 2011 http://www.cs.bu.edu/techreports/pdf/2011-025-slice-embedding.pdf.
Reed et al, "Anonymous Connections and Onion Routing", Naval Research Laboratory, Mar. 1998 https://www.onion-router.net/Publications/JSAC-1998.pdf (Year: 1998).
"Keep Alive"—Imperva, 2019 https://www.imperva.com/learn/performance/keep-alive (2019) (3 pages).
Third party observation filed on Jun. 21, 2019 in PCT Application No. PCT/IL2018/050910 (7 pages).
IETF named: IPv6 Tunnel Broker, Apr. 1999—First uploaded document submitted with third party observation dated Jun. 21, 2019 (13 pages).
RFC 3053 (Jan. 2001) named: IPv6 Tunnel Broker—Secod uploaded document submitted with third party observation dated Jun. 21, 2019 (13 pages).
Third-party submission under 37 CFR 1.290 filed on Jul. 23, 2019 and entered in U.S. Appl. No. 16/140,749.
Third-party submission under 37 CFR 1.290 filed on Jul. 23, 2019 and entered in U.S. Appl. No. 16/140,785.
Third-party submission under 37 CFR 1.290 filed on Jul. 23, 2019 and entered in U.S. Appl. No. 16/214,433.
Third-party submission under 37 CFR 1.290 filed on Jul. 23, 2019 and entered in U.S. Appl. No. 16/214,451.
Third-party submission under 37 CFR 1.290 filed on Jul. 23, 2019 and entered in U.S. Appl. No. 16/214,476.
Third-party submission under 37 CFR 1.290 filed on Jul. 23, 2019 and entered in U.S. Appl. No. 16/214,496.
Third-party submission under 37 CFR 1.290 filed on Jul. 23, 2019 and entered in U.S. Appl. No. 16/292,363.
Third-party submission under 37 CFR 1.290 filed on Jul. 22, 2019 and entered in U.S. Appl. No. 16/292,364.
Third-party submission under 37 CFR 1.290 filed on Jul. 23, 2019 and entered in U.S. Appl. No. 16/292,374.
Third-party submission under 37 CFR 1.290 filed on Jul. 23, 2019 and entered in U.S. Appl. No. 16/292,382.
Third-party submission under 37 CFR 1.290 filed on Jul. 25, 2019 and entered in U.S. Appl. No. 16/365,250.
Third-party submission under 37 CFR 1.290 filed on Jul. 25, 2019 and entered in U.S. Appl. No. 16/365,315.
"Slice Embedding Solutions for Distributed Service Architectures"—Esposito et al., Boston University, Feb. 12, 2011 http://www.cs.bu.edu/techreports/pdf/2011-025-slice-embedding.pdf (Year 2011) (16 pages).
Michael J. Freedman, Princeton University, "Experiences with CoralCDN: a five-year operational view", Proceeding NSDI'10 Proceedings of the 7th USENIX conference on Networked systems design and implementation San Jose, California—Apr. 28-30, 2010 (17 pages).
"The BitTorrent Protocol Specification", Website: https://web.archive.org/web/20120513011037/http:/www.bittorrent.org/beps/bep_0003.html describing BitTorrent dated Jan. 10, 2008 downloaded using web archive on Aug. 16, 2019 (6 pages).
"BitTorrent", Website: https://en.wikipedia.org/w/index.php?title=BitTorrent&oldid=530466721 describing BitTorrent dated Dec. 30, 2012 downloaded using Wikipedia on Aug. 16, 2019 (9 pages).
"VIP Socks/VPN Service", Website: http://vip72.com:80/?drgn=1 describing VIP72 proxy service dated Jan. 2010 downloaded using VIP Technologies webpage on Aug. 16, 2019 (3 pages).
"Welcome to Easy Hide IP", Website: https://web.archive.org/web/20130702093456/http://www.easy-hide-ip.com:80/ describing Easy Hide IP dated Jun. 26, 2007 downloaded using web archive on Aug. 16, 2019 (2 pages).
"You make it fun; we'll make it run", Website: https://web.archive.org/web/20130726050810/https://www.coralcdn.org describing CoralCDN dated Jan. 25, 2005 downloaded using web archive on Aug. 16, 2019 (2 pages).
"Net Transport", Website: http://www.xi-soft.com/default.htm describing Net Transport Overview dated 2005 downloaded using Net Transport webpage on Aug. 16, 2019 (2 pages).
Net Transport—Develop History, Website: http://www.xi-soft.com/download.htm describing Net Transport Download dated 2005 downloaded using Net Transport webpage on Aug. 16, 2019 (10 pages).
Net Transport FAQ, Website: http://www.xi-soft.com/faq.htm describing Net Transport FAQ dated 2005 downloaded using Net Transport webpage on Aug. 16, 2019 (4 pages).
Net Transport News, Website: http://www.xi-soft.com/news.htm describing Net Transport News dated 2005 downloaded using Net Transport webpage on Aug. 16, 2019 (5 pages).

* cited by examiner
† cited by third party



U.S. Patent Nov. 5, 2019 Sheet 1 of 134 US 10,469,614 B2

113
Internet
12
ISP
14
LAN
11
28
STORAGE DEVICE
29
COMMUNICATION INTERFACE
25c
ROM
BUS
25b
MAIN MEMORY
PROCESSOR
25a
13
27
DISPLAY
CURSOR CONTROL
17
19
18
INPUT DEVICE
10

FIG. 1 (Prior Art)

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
7 of 228

Appx18555



U.S. Patent Nov. 5, 2019 Sheet 2 of 134 US 10,469,614 B2

Client #3
24c
Client #2
24b
Data Server #2
22b
113
Internet
Acceleration Server
23
Client #4
24d
Client #5
24e
Client #1
24a
Data Server #1
22a
20

FIG. 2 (Prior Art)

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
8 of 228

Appx18556



U.S. Patent Nov. 5, 2019 Sheet 3 of 134 US 10,469,614 B2

Frame Footer
16a
IP Data
PAYLOAD
16b
16f
IP Header
Destination IP Address
16c
Source IP Address
16d
Frame Header
16e
15

FIG. 2a (Prior Art)

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
9 of 228

Appx18557



U.S. Patent Nov. 5, 2019 Sheet 4 of 134 US 10,469,614 B2

26a
26b
26c
11a
20a

FIG. 2b (Prior Art)

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
10 of 228

Appx18558



U.S. Patent Nov. 5, 2019 Sheet 5 of 134 US 10,469,614 B2

430
430a
430b
430c
Application #1
Application #2
Web Browser
431a
431b
431c
432a
432b
432c
Win32 API
433
434
User Space
Kernel Space
PnP Manager
I/O Manager
Power Manager
435a
435b
435c
Drivers Stack
High-Level Driver
Intermediate-Level Driver
Low-Level Driver
436
436a
436b
436c
437a
437b
437c
437d
HAL
438
Hardware Bus
430d
Peripheral #1
Peripheral #2
Peripheral #3
439a
439b
439c

FIG. 3 (Prior Art)

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
11 of 228

Appx18559



U.S. Patent Nov. 5, 2019 Sheet 6 of 134 US 10,469,614 B2

450
430a
430b
430c
User Space
Kernel Space
Application #1
Application #2
Application #3
431a
431b
431c
452a
452b
452c
System Call Interface
453
455a
Module #1
Module #2
Module #3
454a
454b
454c
455b
455c
455d
Modules Stack
454
HAL
438
Peripheral #1
Peripheral #2
Peripheral #3
439a
439b
439c
430d
Hardware Bus

FIG. 3a (Prior Art)

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
12 of 228

Appx18560



U.S. Patent Nov. 5, 2019 Sheet 7 of 134 US 10,469,614 B2

470
471
DATA_1
475a
Encoder
474
475b
Shared Dictionary
473a
Encoding Device
DATA_2
480
NETWORK
DATA_2
472
476a
Decoder
477
476b
DATA_1
Shared Dictionary
473b
Decoding Device

FIG. 4 (Prior Art)

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
13 of 228

Appx18561



U.S. Patent Nov. 5, 2019 Sheet 8 of 134 US 10,469,614 B2

470a
471c
DATA_1
475a
474
Encoder
475b
Shared Dictionary
473a
DATA_2
DATA_4
476d
477b
Decoder
Shared Dictionary
473c
476c
DATA_3
Encoding / Decoding Device
480
NETWORK
472c
DATA_2
476a
477
Decoder
476b
DATA_1
Shared Dictionary
473b
DATA_4
475d
474b
Encoder
475c
DATA_3
Shared Dictionary
473d
Encoding / Decoding Device

FIG. 4a (Prior Art)

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
14 of 228

Appx18562



U.S. Patent Nov. 5, 2019 Sheet 9 of 134 US 10,469,614 B2

Client #2
Data Server #1
31b
22a
Tunnel #2
33b
113
Internet
Tunnel #1
33a
Acceleration Server
32
Tunnel #3
33c
Client #1
31a
Data Server #2
22b
30

FIG. 5

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
15 of 228

Appx18563

U.S. Patent Nov. 5, 2019 Sheet 10 of 134 US 10,469,614 B2

40

| | 41a | 41b | 41c | 41d | 41e |
|---|---|---|---|---|---|
| 42 | TYPE | IP ADDRESS | SIGN-IN DATE / TIME | LOCATION | STATUS |
| 42a | Tunnel | 125.12.67.0 | 23/1 7:32 | Boston, MA, USA | Online |
| 42b | Tunnel | 109.23.78.5 | 23/1 8:55 | Munich, Germany | Congested |
| 42c | Client | 36.83.92.12 | 23/1 10:44 | Sidney, Australia | Online |
| 42d | Client | 125.66.69.73 | 24/1 15:34 | Tel-Aviv, Israel | Offline |
| 42e | Client / Tunnel | 103.52.25.73 | 24/1 20:42 | Cairo, Egypt | Congested |

FIG. 5a

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
16 of 228

Appx18564



U.S. Patent Nov. 5, 2019 Sheet 11 of 134 US 10,469,614 B2

50
ACCELERATION SERVER
51a
CLIENT DEVICE
51b
TUNNEL DEVICE
51c
DATA SERVER
51d
Start
54a
Sign In
56a
52a
Update List
Start
53a
Sign In
56b
52b
Update List
Start Pre-Connection
53b
Request List
56c
52c
Prepare List
Send List
56d
Select Tunnel
53c
Initiate Pre-Connection
56e
Pre-Connection Start
54b
Pre-Connection
56f
53d
Content Required
Content Request
56g
54c
Request Received
Content Request
56h
55a
Content Prepared
Send Content
56i
Content Prepared
54d
Send Content
56j
53e
Content Received
Content Request
56k
FIG. 5b

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
17 of 228

Appx18565



**U.S. Patent** Nov. 5, 2019 Sheet 12 of 134 US 10,469,614 B2

60
Content Fetch
IDLE
62e
Content Required ?
63a
YES
NO
Send Content Request
63b
Receive Content
63c
65
START
61a
Sign-in as Client
61b
Request Tunnels List
62a
Receive Tunnels List
62b
Select Tunnel
62c
Initiate Pre-connection
62d
IDLE
62e
Pre-connection
64

FIG. 6

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
18 of 228

Appx18566



U.S. Patent Nov. 5, 2019 Sheet 13 of 134 US 10,469,614 B2

70
Content Fetch
73a
IDLE
73b
Receive Content Request
73c
Send Request To Server
73d
Receive Content From Server
73e
Send Content To Client
73
71a
START
71b
Sign-in as Tunnel
Pre-connection
72c
IDLE
72a
Pre-Connection Request ?
NO
YES
72b
Initiate Pre-connection
72

FIG. 7

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
19 of 228

Appx18567



U.S. Patent Nov. 5, 2019 Sheet 14 of 134 US 10,469,614 B2

Content Fetch
73c
Send Request To Server
73d
Receive Content From Server
Open Connection(s)
74a
Successful ?
74b
YES
NO
Notify Client
74c
74

FIG. 7a

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
20 of 228

Appx18568



U.S. Patent Nov. 5, 2019 Sheet 15 of 134 US 10,469,614 B2

Content Fetch
73b
Receive Content Request
75a
Locally Available ?
NO
YES
73c
Send Request To Server
73d
Receive Content From Server
75b
Store Content From Server
73e
Send Content To Client
75

FIG. 7b

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
21 of 228

Appx18569





U.S. Patent Nov. 5, 2019 Sheet 16 of 134 US 10,469,614 B2

80

81a
IDLE
81b
Sign - In Request ?
YES
NO
81c
Update Table
81d
List Request ?
NO
YES
81e
Prepare List
81f
Send List

FIG. 8

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
22 of 228

Appx18570





U.S. Patent Nov. 5, 2019 Sheet 17 of 134 US 10,469,614 B2

90

81a
IDLE
81b
Sign - In Request ?
YES
NO
81c
Update Table
81d
List Request ?
NO
YES
81e
Prepare List
101a
Select Tunnels
91a
Send Selected List

FIG. 9

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
23 of 228

Appx18571



U.S. Patent Nov. 5, 2019 Sheet 18 of 134 US 10,469,614 B2

100
62a
Request Tunnels List
62b
Receive Tunnels List
101a
Select Tunnels
101b
Content Partition
64a
Pre-connection Tunnel #1
64b
Pre-connection Tunnel #2
64c
Pre-connection Tunnel #3
65a
Content Fetch Tunnel #1
65b
Content Fetch Tunnel #2
65c
Content Fetch Tunnel #3

FIG. 10

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
24 of 228

Appx18572



U.S. Patent Nov. 5, 2019 Sheet 19 of 134 US 10,469,614 B2

100a
Request Tunnels List
62a
Receive Tunnels List
62b
Select Tunnels
101a
Content Partition
101b
Pre-connection Tunnel #1
64a
Pre-connection Tunnel #2
64b
Pre-connection Tunnel #3
64c
Content Fetch Tunnel #1
65a
Content Fetch Tunnel #2
65b
Content Fetch Tunnel #3
65c
Content Fetch Direct
65d

FIG. 10a

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
25 of 228

Appx18573



**U.S. Patent** Nov. 5, 2019 Sheet 20 of 134 US 10,469,614 B2

110
113
Internet
32
Acceleration Server
33a
Tunnel #1
33b
Tunnel #2
33c
Tunnel #3
31a
Client #1
31b
Client #2
22a
Data Server #1
22b
Data Server #2
111a
Content Request
111b
Content Request
111c
Send Content
111d
Send Content

FIG. 11

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
26 of 228

Appx18574



U.S. Patent Nov. 5, 2019 Sheet 21 of 134 US 10,469,614 B2

22a
Data Server #1
Client #2
31b
112b
Content Request
Send Content
112c
Tunnel #2
33b
113
Internet
Acceleration Server
32
Tunnel #1
33a
Content Request
112a
Send Content
112d
Tunnel #3
33c
Client #1
31a
Data Server #2
22b
110a

FIG. 11a

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
27 of 228

Appx18575



U.S. Patent Nov. 5, 2019 Sheet 22 of 134 US 10,469,614 B2

22a
Data Server #1
Client #2
31b
115b
Tunnel #2
33b
Content Request
Send Content
115c
113
Internet
Acceleration Server
32
Tunnel #1
33a
Content Request
115a
Send Content
115d
Data Server #2
22b
Tunnel #3
33c
Client #1
31a
110b

FIG. 11b

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
28 of 228

Appx18576



U.S. Patent Nov. 5, 2019 Sheet 23 of 134 US 10,469,614 B2

110c
31a
Client #1
33c
Tunnel #3
32
Acceleration Server
22b
Data Server #2
113
Internet
33a
Tunnel #1
33b
Tunnel #2
31b
Client #2
114a
Content Request
Send Content
114b
22a
Data Server #1

FIG. 11c

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
29 of 228

Appx18577



U.S. Patent Nov. 5, 2019 Sheet 24 of 134 US 10,469,614 B2

Internet
113
Tunnel #2
33b
Client #2
31b
Data Server #1
22a
Tunnel #1
33a
Acceleration Server
32
Tunnel #3
33c
Client / Tunnel #1
121a
Data Server #2
22b
120

FIG. 12

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
30 of 228

Appx18578



U.S. Patent Nov. 5, 2019 Sheet 25 of 134 US 10,469,614 B2

120a
121a
Client / Tunnel #1
122b
Content Request
22b
Data Server #2
122c
Send Content
33a
Tunnel #1
113
Internet
32
Acceleration Server
33c
Tunnel #3
33b
Tunnel #2
122a
Content Request
31b
Client #2
122d
Send Content
22a
Data Server #1

FIG. 12a

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
31 of 228

Appx18579



U.S. Patent Nov. 5, 2019 Sheet 26 of 134 US 10,469,614 B2

130
133
132
131
Proxi Server
Client Device #1
33c
Tunnel #3
32
Acceleration Server
113
Internet
33b
Tunnel #2
31b
Client #2
22a
Data Server #1
33a
Tunnel #1
22b
Data Server #2

FIG. 13

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
32 of 228

Appx18580



**U.S. Patent** Nov. 5, 2019 Sheet 27 of 134 US 10,469,614 B2

Content Fetch
62e
IDLE
63a
Content Required ?
NO
YES
Send Content Request
63b
142a
Timer #1 Start
142b
Timer #1 Stop
143a
Timer #2 Start
143b
Timer #2 Stop
Receive Start
141a
Receive End
141b
Receive Content
63c
145
Store Content
Update Transactions Log
144
140

FIG. 14

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
33 of 228

Appx18581

150

| | 151a | 151b | 151c | 151d | 151e | 151f |
|---|---|---|---|---|---|---|
| 152 | DATE / TIME | TUNNEL IP ADDRESS | SERVER IP ADDRESS | URL | BW (Kb/s) | RTT (ms) |
| 152a | 13/3 9:23 | 229.155.81.168 | 128.164.35.142 | www.111.com/22.mpg | 1000 | 30 |
| 152b | 13/3 9:46 | 248.107.109.10 | 49.154.2.5 | www.xxx.com/hy.avi | 350 | 70 |
| 152c | 15/4 11:22 | 158.217.19.195 | 72.251.238.51 | www.yyy.com/t6.php | 2500 | 540 |
| 152d | 16/4 16:43 | 253.6.96.135 | 169.101.27.217 | www.1er.com/5.shtml | 1400 | 170 |
| | | | | | | |

FIG. 15

150a

| | 153a | 153b | 153c | 153d | 153e | 153f |
|---|---|---|---|---|---|---|
| 154 | DATE / TIME | TUNNEL IP ADDRESS | SERVER IP ADDRESS | URL | BW (Kb/s) | RTT (ms) |
| 154a | 13/3 9:23 | 139.230.154.213 | 49.154.2.5 | https://www.youtube.com/watch?v=cJwNwCD6CAE | 1000 | 30 |
| 154b | 13/3 9:46 | 132.171.60.197 | 49.154.2.5 | https://www.youtube.com/watch?v=FRAbW6oCgHM | 350 | 70 |
| 154c | 15/4 11:22 | 248.46.80.36 | 49.154.2.5 | https://www.youtube.com/watch?v=CQQIEQh8pU0 | 2500 | 540 |
| 154d | 16/4 16:43 | 31.16.208.171 | 49.154.2.5 | https://www.youtube.com/watch?v=KJbtX1xWyMA | 1400 | 170 |
| | | | | | | |

FIG. 15a



U.S. Patent Nov. 5, 2019 Sheet 30 of 134 US 10,469,614 B2

160
161a
Determine Maximum Connections Number
161b
Determine Number of Connections Used
161c
More Connections Available?
YES
NO
161d
Request More Connections
161e
Rejected ?
YES
NO
161f
Request More Tunnels
161g
Activate More Tunnels

FIG. 16

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
36 of 228

Appx18584



U.S. Patent Nov. 5, 2019 Sheet 31 of 134 US 10,469,614 B2

170

171a
URL Identified
171b
Update Analytics Server
171c
Analytics Server Response
171d
Request to Data Server

FIG. 17 (Prior Art)

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
37 of 228

Appx18585





U.S. Patent Nov. 5, 2019 Sheet 32 of 134 US 10,469,614 B2

170a

171a
URL Identified
171b
Update Analytics Server
171c
Analytics Server Response
171d
Request to Data Server
172a
Intercept Update
172b
Obtain Typical Response
172c
Return Typical Response

FIG. 17a

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
38 of 228

Appx18586



U.S. Patent Nov. 5, 2019 Sheet 33 of 134 US 10,469,614 B2

DHCP Server #1
182a
DHCP Server #2
182b
183
LAN
184
WAN
181
180

FIG. 18 (Prior Art)

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
39 of 228

Appx18587



U.S. Patent Nov. 5, 2019 Sheet 34 of 134 US 10,469,614 B2

180a
185a
Send DHCP Request
185b
Start Timer #1
185c
Response Received ?
YES
185d
Return Response
NO
185e
Timer #1 Expired ?
NO
YES
185f
Return 'No Response'

FIG. 18a (Prior Art)

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
40 of 228

Appx18588



**U.S. Patent** Nov. 5, 2019 Sheet 35 of 134 US 10,469,614 B2

190
Start Timer #1
185b
Start Timer #2
191a
Send DHCP Request
185a
Response Received ?
185c
YES
Return Response
185d
NO
Timer #2 Expired ?
191b
NO
YES
Timer #1 Expired ?
185e
NO
YES
Return 'No Response'
185f

FIG. 19

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
41 of 228

Appx18589



U.S. Patent Nov. 5, 2019 Sheet 36 of 134 US 10,469,614 B2

Peer #2
102b
Agent #2
103b
Data Server #1
22a
113
Internet
Agent #1
103a
Acceleration Server
202
Peer #1
102a
Peer #3
102c
Client #1
201a
Data Server #2
22b
200

FIG. 20

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
42 of 228

Appx18590



U.S. Patent Nov. 5, 2019 Sheet 37 of 134 US 10,469,614 B2

213a
213b
213c
213d
Peer #1
Peer #2
Peer #3
Peer #q
Chunk #1a
Chunk #1b
Chunk #1c
Chunk #1m
Chunk #2a
Chunk #2b
Chunk #2c
Chunk #2n
Chunk #3a
Chunk #3b
Chunk #3c
Chunk #3p
212a
212b
212c
212d
212e
212f
212g
212h
212i
212j
212k
212l
214a
214b
214c
URL #1
URL #2
URL #3
URL #N
211a
211b
211c
211d
210

FIG. 21

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
43 of 228

Appx18591



U.S. Patent Nov. 5, 2019 Sheet 38 of 134 US 10,469,614 B2

210a
213a
213b
213c
213d
Peer #1
Peer #2
Peer #3
Peer #q
Agent #1
Agent #2
Agent #3
Agent #N
215a
215b
215c
215d

FIG. 21a

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
44 of 228

Appx18592



U.S. Patent Nov. 5, 2019 Sheet 39 of 134 US 10,469,614 B2

210b
Peer #1
Peer #2
Peer #3
Peer #q
213a
213b
213c
213d
Chunk #1a
Chunk #1b
Chunk #1c
Chunk #1m
Chunk #2a
Chunk #2b
Chunk #2c
Chunk #2n
Chunk #3a
Chunk #3b
Chunk #3c
Chunk #3p
212a
212b
212c
212d
212e
212f
212g
212h
212i
212j
212k
212l
214a
214b
214c
URL #1
URL #2
URL #3
URL #N
211a
211b
211c
211d

FIG. 21b

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
45 of 228

Appx18593



U.S. Patent Nov. 5, 2019 Sheet 40 of 134 US 10,469,614 B2

213a
213b
213c
213d
Peer #1
Peer #2
Peer #3
Peer #q
Agent #1
Agent #2
Agent #r
Agent #N
215a
215b
215c
215d

210c

FIG. 21c

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
46 of 228

Appx18594



U.S. Patent Nov. 5, 2019 Sheet 41 of 134 US 10,469,614 B2

220
ACCELERATION SERVER
221a
CLIENT DEVICE
221b
AGENT DEVICE
221c
PEER DEVICE
221d
Start
225a
226b
226c
Sign In
224b
Start
224a
Update List
Sign In
Sign In
226a
Start
223a
Content Needed
223b
Select Agent
Request List
224c
Prepare List
226h
Send List
Chunk Request
226i
226g
(Repeated)
Send Chunk
Fetch Chunk
(Repeated)
225b
226j
(Repeated)
223e
223c
223d
Select Peers
Whole Content Received
Sign In
226d
Request List
226e
Send List
226f
222a
Update List
222b
Update List
222c
Prepare List
FIG. 22

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
47 of 228

Appx18595



U.S. Patent Nov. 5, 2019 Sheet 42 of 134 US 10,469,614 B2

230
START
231a
Sign-in as Client
231b
Request Agents List
231c
Receive Agents List
231d
Store Agents List
231g
Select Agents
231f
Check Cache
231h

FIG. 23

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
48 of 228

Appx18596



U.S. Patent Nov. 5, 2019 Sheet 43 of 134 US 10,469,614 B2

230a
Select Agents
231f
Request List Agent #3
234c
Chunks Fetch Agent #3
239b
Request List Agent #2
234b
Chunks Fetch Agent #2
239b
Request List Agent #1
234a
Chunks Fetch Agent #1
239a
Content Fetch Direct
233
Assemble URL
235
Store Content
235a

FIG. 23a

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
49 of 228

Appx18597



U.S. Patent Nov. 5, 2019 Sheet 44 of 134 US 10,469,614 B2

230b
239
Chunks Fetch
234a
Request List Agent #1
238
Receive Peers List
238a
Select Peers
237a
Request Chunk Peer #1
237b
Request Chunk Peer #2
237c
Request Chunk Peer #3
236a
Receive Chunk Peer #1
236b
Receive Chunk Peer #2
236c
Receive Chunk Peer #3

FIG. 23b

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
50 of 228

Appx18598



U.S. Patent Nov. 5, 2019 Sheet 45 of 134 US 10,469,614 B2

240
241a
START
241b
Sign-in As Agent
241c
IDLE
241d
Receive List Request
241e
Prepare Peers List
241f
Send List To Client
FIG. 24
240a
242a
START
242b
Sign-in As Peer
242c
IDLE
242d
Receive Chunk Request
242e
Send Chunk To Client
FIG. 24a

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
51 of 228

Appx18599



U.S. Patent Nov. 5, 2019 Sheet 46 of 134 US 10,469,614 B2

250

251a
IDLE
251b
Sign - In Request ?
YES
NO
251c
Update Table
251d
Agents List Request ?
NO
YES
251e
Prepare List
251f
Send List

FIG. 25

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
52 of 228

Appx18600

U.S. Patent Nov. 5, 2019 Sheet 47 of 134 US 10,469,614 B2

250a

| | 252a | 252b | 252c | 252d |
|---|---|---|---|---|
| 253 | TYPE | IP ADDRESS | SIGN-IN DATE / TIME | LOCATION |
| 253a | Agent | 73.0.82.8 | 24/3 8:35 | Miami, FL, USA |
| 253b | Agent | 68.78.78.3 | 25/3 10:59 | Berlin, Germany |
| 253c | Peer | 111.13.69.78 | 28/3 11:49 | Melbourne, Australia |
| 253d | Client | 125.90.25.92 | 29/3 14:23 | Jerusalem, Israel |
| 253e | Agent / Peer | 95.33.37.80 | 16/3 21:53 | Beijing, China |

FIG. 25a

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
53 of 228

Appx18601



U.S. Patent Nov. 5, 2019 Sheet 48 of 134 US 10,469,614 B2

260
Peer #2
102b
Agent #2
103b
Data Server #1
22a
113
Internet
Agent #1
103a
Acceleration Server
202
Peer #1
102a
Send Agent
261b
Request Agent
261a
Peer #3
102c
Client #1
201a
Data Server #2
22b

FIG. 26

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
54 of 228

Appx18602



U.S. Patent Nov. 5, 2019 Sheet 49 of 134 US 10,469,614 B2

260a
102c
Peer #3
201a
Client #1
22b
Data Server #2
202
Acceleration Server
262a
Request Peer List
Send Peer List
262b
113
Internet
102a
Peer #1
102b
Peer #2
103b
Agent #2
22a
Data Server #1
103a
Agent #1

FIG. 26a

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
55 of 228

Appx18603



U.S. Patent Nov. 5, 2019 Sheet 50 of 134 US 10,469,614 B2

260b
Internet
113
Peer #2
102b
Agent #2
103b
Data Server #1
22a
Agent #1
103a
Peer #1
102a
Acceleration Server
202
Peer #3
102c
Send Chunk
263b
Request Chunk
263a
Client #1
201a
Data Server #2
22b

FIG. 26b

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
56 of 228

Appx18604



U.S. Patent Nov. 5, 2019 Sheet 51 of 134 US 10,469,614 B2

260c
Peer #2
102b
Agent #2
103b
Data Server #1
22a
Agent #1
103a
113
Internet
Acceleration Server
202
Peer #1
102a
Peer #3
102c
Send Chunk
263d
Request Chunk
263c
Client #1
201a
Data Server #2
22b

FIG. 26c

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
57 of 228

Appx18605



U.S. Patent Nov. 5, 2019 Sheet 52 of 134 US 10,469,614 B2

Peer #2
102b
Agent #2
103b
Data Server #1
22a
Agent #1
103a
113
Internet
Acceleration Server
202
Peer #1
102a
Send Chunk
263f
Request Chunk
263e
Data Server #2
22b
Peer #3
102c
Client #1
201a
260d

FIG. 26d

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
58 of 228

Appx18606



U.S. Patent Nov. 5, 2019 Sheet 53 of 134 US 10,469,614 B2

270
239
Chunks Fetch
234a
Request List Agent #1
238
Receive Peers List
238a
Select Peers
272a
Timer #1 Start
272b
Timer #1 Stop
273a
Timer #2 Start
273b
Timer #2 Stop
237a
Request Chunk Peer #1
236a
271a
Receive Start
271b
Receive End
Receive Chunk Peer #1
274
Update Transactions Log

FIG. 27

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
59 of 228

Appx18607

280

| | 281a | 281b | 281c | 281d | 281e | 281f |
|---|---|---|---|---|---|---|
| 282 | DATE / TIME | PEER IP ADDRESS | SERVER IP ADDRESS | URL | BW (Kb/s) | RTT (ms) |
| 282a | 13/3 9:23 | 229.155.81.168 | 128.164.35.142 | www.111.com/22.mpg | 1000 | 30 |
| 282b | 13/3 9:46 | 248.107.109.10 | 49.154.2.5 | www.xxx.com/hy.avi | 350 | 70 |
| 282c | 15/4 11:22 | 158.217.19.195 | 72.251.238.51 | www.yyy.com/t6.php | 2500 | 540 |
| 282d | 16/4 16:43 | 253.6.96.135 | 169.101.27.217 | www.1er.com/5.shtml | 1400 | 170 |
| | | | | | | |

FIG. 28

280a

| | 283a | 283b | 283c | 283d | 283e | 283f |
|---|---|---|---|---|---|---|
| 284 | DATE / TIME | TUNNEL IP ADDRESS | SERVER IP ADDRESS | URL | BW (Kb/s) | RTT (ms) |
| 284a | 13/3 9:23 | 139.230.154.213 | 49.154.2.5 | https://www.youtube.com/watch?v=cJwNwCD6CAE | 1000 | 30 |
| 284b | 13/3 9:46 | 132.171.60.197 | 49.154.2.5 | https://www.youtube.com/watch?v=FRAbW6oCgHM | 350 | 70 |
| 284c | 15/4 11:22 | 248.46.80.36 | 49.154.2.5 | https://www.youtube.com/watch?v=CQQIEQh8pU0 | 2500 | 540 |
| 284d | 16/4 16:43 | 31.16.208.171 | 49.154.2.5 | https://www.youtube.com/watch?v=KJbtX1xWyMA | 1400 | 170 |
| | | | | | | |

FIG. 28a



U.S. Patent Nov. 5, 2019 Sheet 56 of 134 US 10,469,614 B2

291a
$X_1$
291i
$X_i$
291N
$X_N$
102a
Peer #1
102i
Peer #i
102N
Peer #N
297a
$RTT_1$, $BW_1$
$T_1 = RTT_1 + X_1 / BW_1$
297i
$RTT_i$, $BW_i$
$T_i = RTT_i + X_i / BW_i$
297N
$RTT_N$, $BW_N$
$T_N = RTT_N + X_N / BW_N$
Client #1
201a
290

FIG. 29

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
62 of 228

Appx18610



U.S. Patent Nov. 5, 2019 Sheet 57 of 134 US 10,469,614 B2

(1) Total Latency: $T = \max_i (T_i) = \max_i ( RTT_i + X_i / BW_i )$
292a
(2) Target: Minimize (T) subject to : $X = \sum_{i=1}^{N} X_i$
292b
(3) $T = T_1 = T_2 = \ldots = T_N$
292c
(4) $X_i = BW_i * [ (( X + \sum_{i=1}^{N} RTT_i * BW_i ) / \sum_{i=1}^{N} BW_i ) - RTT_i ]$
292d
(5) $T = T_1 = \ldots = T_N = [ X + \sum_{i=1}^{N} (RTT_i * BW_i) ] / \sum_{i=1}^{N} BW_i$
292e
293
293a
293b
293c
293d
293e
293f
A
B
C
D
E
F

FIG. 29a

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
63 of 228

Appx18611



U.S. Patent Nov. 5, 2019 Sheet 58 of 134 US 10,469,614 B2

293a
293b
293c
293d
293e
293f
A
B
C
D
E
F
t = 0
t = t1
294
295a
295b

FIG. 29b

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
64 of 228

Appx18612



U.S. Patent Nov. 5, 2019 Sheet 59 of 134 US 10,469,614 B2

293c
C
293f
F
293e
E
t = t1
293d
D
293b
B
293a
A
294
295d
293c
C
293f2
F2
293f1
F1
293e
E
t = t1
293d
D
293b
B
293a
A
294
295e

FIG. 29c

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
65 of 228

Appx18613



U.S. Patent Nov. 5, 2019 Sheet 60 of 134 US 10,469,614 B2

296
Chunks Fetch
238a
Select Peers
237a
Request Chunk Peer #1
237b
Request Chunk Peer #2
237c
Request Chunk Peer #3
298a
Start Receive Chunk Peer #1
298b
Start Receive Chunk Peer #2
298c
Start Receive Chunk Peer #3
299a
Measure BW, RTT
299b
Re-Allocate ?
NO
YES

FIG. 29d

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
66 of 228

Appx18614



U.S. Patent Nov. 5, 2019 Sheet 61 of 134 US 10,469,614 B2

290a
201a
Client #1
297a
297i
297N
RTT1, BW1
T1 = RTT1 + X1 / BW1
RTTi, BWi
Ti = RTTi + Xi / BWi
RTTN, BWN
TN = RTTN + XN / BWN
102a
Peer #1
102i
Peer #i
102N
Peer #N
291a
291i
291N
293a
293b
293c
293d
293e
293f
A
B
C
D
E
F

FIG. 29e

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
67 of 228

Appx18615



U.S. Patent Nov. 5, 2019 Sheet 62 of 134 US 10,469,614 B2

290b
201a
Client #1
102a
Peer #1
102i
Peer #i
102N
Peer #N
291a
291i
291N
293a
293b
293c
293d
293e
293f
A
B
C
D
E
F
297a
297i
297N
RTT1, BW1
T1 = RTT1 + X1 / BW1
RTTi, BWi
Ti = RTTi + Xi / BWi
RTTN, BWN
TN = RTTN + XN / BWN

FIG. 29f

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
68 of 228

Appx18616



U.S. Patent Nov. 5, 2019 Sheet 63 of 134 US 10,469,614 B2

300
301
OFFLINE
302
ONLINE
303
CONGESTED
304a
304b
304c
304d
304e

FIG. 30

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
69 of 228

Appx18617



U.S. Patent Nov. 5, 2019 Sheet 64 of 134 US 10,469,614 B2

310
305
301
OFFLINE
304b
305a
Send Heartbeat
305b
Start Timer
305c
Timer Elapsed ?
NO
YES
ONLINE HEARTBEAT
FIG. 31
310a
308
302
ONLINE
308a
Send Non - Congested
308b
Congested ?
NO
YES
304e
ONLINE
307
307a
Send Congested
307b
Congested ?
YES
NO
304d
CONGESTED

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
70 of 228

Appx18618



**U.S. Patent** Nov. 5, 2019 Sheet 65 of 134 US 10,469,614 B2

320
Congested Message ?
321a
YES
NO
Mark as Congested
321c
Replace Device
321d
Mark as Online
321b
Start Timer
321e
Message Received ?
321f
YES
NO
Timer Elapsed ?
321g
YES
NO
Mark as Offline
321h

FIG. 32

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
71 of 228

Appx18619



U.S. Patent Nov. 5, 2019 Sheet 66 of 134 US 10,469,614 B2

330
331a
START
331c
Locally Cached ?
YES
331b
Fetch from Local Cache
NO
331d
Direct Fetch ?
YES
331e
Fetch from Server
NO
331f
Method Select
Tunnels Only
Both
Peers Only
331g
Timer #3 Start
331n
Timer #4 Start
331i
Tunnel Flowchart
331h
Peer Flowchart
331l
Timer #3 Expired
331m
Timer #4 Expired
Start
Start
Completed
Completed
331k
Stop Peer
331j
Stop Tunnel

FIG. 33

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
72 of 228

Appx18620



U.S. Patent Nov. 5, 2019 Sheet 67 of 134 US 10,469,614 B2

Internet
113
Acceleration Server
32
Acceleration Server
202
Peer #2
102b
Tunnel #2
33b
Agent #2
103b
Data Server #1
22a
Client #2
31b
Agent #1
103a
Peer #1
102a
Tunnel #1
33a
Data Server #2
22b
Client #1
341
Peer #3
102c
Tunnel #3
33c
340

FIG. 34

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
73 of 228

Appx18621



U.S. Patent Nov. 5, 2019 Sheet 68 of 134 US 10,469,614 B2

350
351
Receive IP List
352
Associate Location
353
Associate Attribute
354
Select Devices

FIG. 35

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
74 of 228

Appx18622



**U.S. Patent** Nov. 5, 2019 Sheet 69 of 134 US 10,469,614 B2

360
Receive IMG(0), Scaling (%)
361a
N ← 0
361b
Scaling > 50% ?
361c
YES
NO
Scale IMG(N)
361d
END
361e
Scale 50%
361f
N ← N+1
361g
Resize 200%
Scale ← Scale *2
361h

FIG. 36

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
75 of 228

Appx18623



U.S. Patent Nov. 5, 2019 Sheet 70 of 134 US 10,469,614 B2

362a
363
362b
363a
363b
363c
363d
365a
364
365b
364a
364b
364c
364d
364e
364f
364g
364h
364i
FIG. 36a

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
76 of 228

Appx18624



U.S. Patent Nov. 5, 2019 Sheet 71 of 134 US 10,469,614 B2

368c
368d
368a
368b
366b
368
366a
369g
369d
369e
369f
369h
369i
369a
369b
369c
367b
369
367a

FIG. 36b

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
77 of 228

Appx18625



U.S. Patent Nov. 5, 2019 Sheet 72 of 134 US 10,469,614 B2

371
Object (3)
Object (2)
Object (1)
375
373
374
372
370a
371
Object (3)
Object (2)
373
Object (1)
375
372
374
370b
FIG. 37

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
78 of 228

Appx18626



U.S. Patent Nov. 5, 2019 Sheet 73 of 134 US 10,469,614 B2

371
Object (3)
372
Object (2)
374
373
Object (1)
370c

FIG. 37a

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
79 of 228

Appx18627



U.S. Patent Nov. 5, 2019 Sheet 74 of 134 US 10,469,614 B2

Receive Object (1)
381a
Receive New Location
381b
N ← 1
381c
Location Beyond Object (N+1) Limits?
381d
YES
N ← N+1
381e
NO
Move Objects (1, 2, ..N) to New Location
381f

FIG. 38

380

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
80 of 228

Appx18628



U.S. Patent Nov. 5, 2019 Sheet 75 of 134 US 10,469,614 B2

26b
26d
26c
391
392
390

FIG. 39

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
81 of 228

Appx18629



U.S. Patent Nov. 5, 2019 Sheet 76 of 134 US 10,469,614 B2

400
Select WAP
401a
Password Protected ?
401b
YES
NO
Connect
401c
Location Based
401d
Access?
401e
YES
NO
Device Based
401f
Access?
401g
YES
NO
Vendor Based
401h
Access?
401i
YES
NO
Select Another WAP
401j

FIG. 40

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
82 of 228

Appx18630



U.S. Patent Nov. 5, 2019 Sheet 77 of 134 US 10,469,614 B2

26e
26b
26c
26d
26f
404b
ALL
404e
PRIVATE
404c
ALL
404d
PRIVATE
FRIENDS
404a
404d
PRIVATE
391b
392b
391a
392a
403
392c
400a

FIG. 41

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
83 of 228

Appx18631



U.S. Patent Nov. 5, 2019 Sheet 78 of 134 US 10,469,614 B2

400b
WAP Connection
402a
402b
Authentication Required ?
NO
YES
Connect
402c
402d
Locally Stored ?
YES
NO
Connect Using Local Data
402e
402f
Request from Server
402g
Server Stored ?
NO
YES
Guess Password
402i
Successful ?
402j
NO
YES
No Success
402k
402h
Receive from Server & Connect
402l
Successful ?
YES
NO
Update Database
402m
Delete from Database
402n
No Success
402k

FIG. 42

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
84 of 228

Appx18632





U.S. Patent Nov. 5, 2019 Sheet 79 of 134 US 10,469,614 B2

411a
URL Received
411b
Remove Offset
411c
Send Request To Server
411d
Receive Info From Server
411e
Terminate Server
411f
Normalize Offset
411g
Store Normalized

FIG. 43

410

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
85 of 228

Appx18633



U.S. Patent Nov. 5, 2019 Sheet 80 of 134 US 10,469,614 B2

440
430a
430b
430c
441a
Client (Tunnel) Flowchart
441b
Client (Peers) Flowchart
441c
Tunnel Flowchart
441d
Agent Flowchart
441e
Peer Flowchart
441f
Web Browser
Win32 API
433
434
User Space
Kernel Space
I/O Manager
435b
OS Queue #1
443a
OS Queue #2
443b
OS Queue #3
443c
Socket #1
444a
Socket #2
444b
Socket #3
444c
Communications Drivers Stack
442
HAL
438
Hardware Bus
430d
Communication Interface #1
443a
Communication Interface #2
443b
Communication Interface #3
443c

FIG. 44

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
86 of 228

Appx18634



U.S. Patent Nov. 5, 2019 Sheet 81 of 134 US 10,469,614 B2

457
430a
430b
430c
441a
Client (Tunnel) Flowchart
441b
Client (Peers) Flowchart
441c
Tunnel Flowchart
441d
Agent Flowchart
441e
Peer Flowchart
441f
Web Browser
Win32 API
433
434
User Space
Kernel Space
Dynamic Queues Manager
458
Dynamic Queue #1
Dynamic Queue #2
Dynamic Queue #3
459a
459b
459c
OS Queue #1
OS Queue #2
OS Queue #3
443a
443b
443c
Socket #1
Socket #2
Socket #3
444a
444b
444c
Communications Drivers Stack
442
HAL
438
Hardware Bus
430d
Communication Interface #1
Communication Interface #2
Communication Interface #3
443a
443b
443c

FIG. 45

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
87 of 228

Appx18635





U.S. Patent Nov. 5, 2019 Sheet 82 of 134 US 10,469,614 B2

461a
Data to Send
461b
Obtain Sockets Status
Select Optimal Socket
461c
Empty?
461d
NO
Cancelled?
461f
NO
Socket Unavailable
461h
YES
YES
Add to Queue
461e
Remove Data
461g
FIG. 46

460

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
88 of 228

Appx18636

U.S. Patent Nov. 5, 2019 Sheet 83 of 134 US 10,469,614 B2

FIG. 47

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
89 of 228

Appx18637





**U.S. Patent** Nov. 5, 2019 Sheet 84 of 134 US 10,469,614 B2

483
483a
Data Received
483b
Decompress
483c
Successful ?
NO
YES
483d
Send Retransmit Request
Receiving Data

482
482a
Data to Send
482b
Compress Using Both Dictionaries
482c
Send Data
482d
Retransmit Received
482e
Retransmit Using Shared Dictionary
Sending Data

FIG. 48

481
481a
Allocate Memory
481b
Build Local Dictionary
481c
Allocate Probabilities
Local Dictionary Building

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
90 of 228

Appx18638



U.S. Patent Nov. 5, 2019 Sheet 85 of 134 US 10,469,614 B2

484
484a
Allocate Probability
484b
Estimate Saved Time
Saved Time >0 ?
484c
YES
NO
Compress Using Local Dictionary
484d
Compress Using Shared Dictionary
484e
Compress Using Both Dictionaries

FIG. 48a

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
91 of 228

Appx18639



U.S. Patent Nov. 5, 2019 Sheet 86 of 134 US 10,469,614 B2

Data Server #1
22a
113
Internet
493b
Device #2
491b
493a
Device #1
491a
490

FIG. 49

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
92 of 228

Appx18640



U.S. Patent Nov. 5, 2019 Sheet 87 of 134 US 10,469,614 B2

490a
Content Request
494a
Local Copy Valid ?
494b
YES
NO
Use Local Copy
494c
Fetch Slice From Server
494d
Same as Local Copy ?
494e
YES
NO
Fetch Slice From Device
494f
Same as Server Slice ?
494g
YES
NO
Fetch Content From Device
494h
Fetch Content From Server
494i
496
Content Validation

FIG. 49a

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
93 of 228

Appx18641



Idle ?
NO
YES
495a
Scan Cache
495b
Non-Valid Content ?
495c
NO
YES
Associate Expiration Time
495d
Select Non-Vaild Content
495e
Content Validation
495f

FIG. 49b

490b



U.S. Patent Nov. 5, 2019 Sheet 89 of 134 US 10,469,614 B2

500
501
502
WAN
504
505a
GATEWAY #1
Memory
APPLICATION
OS
506
507
LAN
503
508

FIG. 50 (Prior Art)

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
95 of 228

Appx18643



U.S. Patent Nov. 5, 2019 Sheet 90 of 134 US 10,469,614 B2

510
501
502
WAN
504
505b
505a
GATEWAY #1
GATEWAY #2
Memory
APPLICATION
OS
VIRTUAL GATEWAY
LAN
506
507
512
503
508

FIG. 51

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
96 of 228

Appx18644



U.S. Patent Nov. 5, 2019 Sheet 91 of 134 US 10,469,614 B2

510a
511a
Intercept Gateway Access
511b
IP Request ?
YES
511c
Return Valid IP Address
511d
Activate Virtual Gateway
NO
511e
Gateway Disconnected ?
YES
NO
511f
Get External IP Address
511g
Start Timer
511h
External IP Received ?
YES
NO
511i
Timer Expired ?
NO
YES
511j
Return No Connection

FIG. 51a

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
97 of 228

Appx18645



U.S. Patent Nov. 5, 2019 Sheet 92 of 134 US 10,469,614 B2

STORAGE DEVICE:
OS DATA 62002
CACHE DATA 62004
FREE SPACE 62006
FILE SYSTEM WRITE DIRECTION 62020
CACHE SYSTEM WRITE DIRECTION 62030

FIG. 52

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
98 of 228

Appx18646

U.S. Patent Nov. 5, 2019 Sheet 93 of 134 US 10,469,614 B2

STORAGE DEVICE:

OS DATA
62012

FREE SPACE
62014

CACHE DATA
62016

FILE SYSTEM WRITE
DIRECTION
62040

CACHE SYSTEM WRITE
DIRECTION
62050

FIG. 53

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
99 of 228

Appx18647



U.S. Patent Nov. 5, 2019 Sheet 94 of 134 US 10,469,614 B2

CACHE_POINTER = END OF STORAGE DEVICE
62202
MORE CACHE DATA [CACHE_DATA] TO WRITE?
62204
YES
NO
BASED ON IDLENESS OF SYSTEM, DECIDE WHETHER TO PERFORM 'CACHE CLEANUP'
62206
MOVE BACK CACHE_POINTER BY SIZE OF CACHE_DATA
62208
WRITE CACHE_DATA TO POINTER'S LOCATION AND STORE LOCATION IN INDEX DATABASE
62210
PERFORM 'CACHE CLEANUP' NOW?
62212
YES
NO
IS THE FREE SPACE CLOSE TO RUNNING OUT (I.E. IS IT UNDER X% OF THE TOTAL STORAGE SIZE WHERE X CAN BE 10, OR IS IT UNDER Y BYTES, WHERE Y CAN BE 1GB FOR EXAMPLE)?
62214
YES
NO
REVIEW ALL CACHED DATA, AND LOOK FOR DATA WHICH IS LEAST RELEVANT FOR THE CACHE (COULD BE DONE BY DATA EXPIRATION FOR EXAMPLE), AND REMOVE THE EXPIRED DATA FROM THE CACHE (BY REMOVING IT FROM THE INDEX FOR EXAMPLE)
62216

FIG. 54

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
100 of 228

Appx18648

U.S. Patent Nov. 5, 2019 Sheet 95 of 134 US 10,469,614 B2

STORAGE DEVICE:

OS DATA 63002

FREE SPACE 63004

CACHE CHUNK 2 63006

CACHE CHUNK 1 63008

FREE SPACE 63010

CACHE CHUNK 2 63012

CACHE CHUNK 1 63014

FILE SYSTEM WRITE DIRECTION 63020

CACHE SYSTEM SECONDARY WRITE DIRECTION 63030

CACHE SYSTEM PRIMARY WRITE DIRECTION 63040

FIG. 55

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
101 of 228

Appx18649



U.S. Patent Nov. 5, 2019 Sheet 96 of 134 US 10,469,614 B2

RECEIVE CACHE READ OR WRITE COMMAND 63202
CACHE_READ OR CACHE_WRITE? 63204
READ
WRITE
LOOK UP THE STORAGE LOCATIONS INDEX OF THE DATA TO READ IN THE CACHE_DB 63206
READ THE DATA FROM THE FIRST LOCATION 63208
DOES THE DATA EXIST IN THE FIRST LOCATION? 63210
YES
NO
RETURN THE DATA THAT WAS READ 63212
FIND TWO DIFFERENT FREE LOCATIONS ON THE DISK TO WRITE THE DATA TO (THEY SHOULD BE AS FAR AWAY AS POSSIBLE) 63214
WRITE THE CACHE DATA TO THE TWO LOCATIONS 63216
UPDATE THE CACHE_DB WITH THE TWO LOCATIONS 63218
READ THE DATA FROM THE SECOND LOCATION 63220
DOES THE DATA EXIST IN THE SECOND LOCATION? 63222
YES
NO
RETURN DATA_NOT_FOUND 63224

FIG. 56

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
102 of 228

Appx18650



**U.S. Patent** Nov. 5, 2019 Sheet 97 of 134 US 10,469,614 B2

STORAGE DEVICE
CACHE CHUNK 2 63402
CACHE CHUNK 1 63404
FREE SPACE 63406
CACHE CHUNK 2 63408
CACHE CHUNK 1 63410
FREE SPACE 63412
CACHE CHUNK 2 63414
CACHE CHUNK 1 63416
N^TH COPY OF CHUNKS 63420
2ND COPY OF CHUNKS 63430
1ST COPY OF CHUNKS 63440

FIG. 57

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
103 of 228

Appx18651



U.S. Patent Nov. 5, 2019 Sheet 98 of 134 US 10,469,614 B2

64002
Virtual address space
text
data
stack
64004
Physical address space
page belonging to process
page not belonging to process

FIG. 58

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
104 of 228

Appx18652



U.S. Patent Nov. 5, 2019 Sheet 99 of 134 US 10,469,614 B2

64008
Memory
Page #1
Page #2
Page #3
Page #4
Page #5
Physical Address
64004
MMU
TLB
64006
64002
CPU
Logical Address
TLB: Translation Look-aside Buffer
MMU: Memory Management Unit
CPU: Central Processing Unit

FIG. 59

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
105 of 228

Appx18653



U.S. Patent Nov. 5, 2019 Sheet 100 of 134 US 10,469,614 B2

VIRTUAL ADDRESS
TLB 64402
TLB 'HIT'
PHYSICAL ADDRESS
TLB 'MISS'
PAGE TABLE 64404
PAGE TABLE 'HIT'
PHYSICAL ADDRESS
PAGE TABLE 'MISS' (I.E. THERE IS NO PHYSICAL MEMORY ASSOCIATED WITH THIS VIRTUAL MEMORY)
PAGE TABLE EXCEPTION HANDLER 64406
LOAD DATA IN TO PHYSICAL PAGE 64408

FIG. 60

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
106 of 228

Appx18654



**U.S. Patent** Nov. 5, 2019 Sheet 101 of 134 US 10,469,614 B2

PAGE_TABLE_EXCEPTION_HANDLER() 64802
IDENTIFY DRIVER RESPONSIBLE FOR THIS DATA (COULD BE A FILE SYSTEM DRIVER, BLOCK DEVICE, PHYSICAL MEMORY, DEV-ZERO, DEV-SHM, ETC.) 64804
DRIVER TO DETERMINE IF NEEDS ANOTHER PAGE IN PHYS. MEMORY (E.G. THE DRIVER MAY DETERMINE THAT ONLY A MAPPING TO EXISTING PHYS MEMORY IS REQUIRED) 64808
IS PHYSICAL MEM REQUIRED, AND THERE IS NO MORE PHYS MEM FREE? 64806
NO
YES
REQUEST THE NEEDED PHYSICAL MEMORY FROM THE OS 9202
OS DETERMINES WHICH PHYSICAL PAGE TO 'PURGE' OUT OF MEMORY BASED ON ANY OF NUMEROUS 'EVICTION ALGORITHMS' (E.G. LRU, ETC.) 64828
EVICT THE PHYSICAL PAGE. (SWAP TO DISK, ERASE, ETC., BASED ON THE DRIVER RESPONSIBLE FOR THE DATA) 64810
LOAD DATA INTO PHYSICAL PAGE 64812
DRIVER DETERMINES THE METHOD BY WHICH TO LOAD THE DATA IN TO THE PHYSICAL MEMORY OR TO OTHERWISE MAP THE VIRTUAL ADDRESS 64814
LOAD THE DATA IN TO THE PHYSICAL MEMORY OR MAP IT 64816
SEND THE VIRTUAL ADDRESS AGAIN TO THE TLB FOR RESOLUTION 64818

**FIG. 61**

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
107 of 228

Appx18655



APPLICATION REQUESTS FROM THE OPERATING SYSTEM A NON-DETERMINISTIC PHYSICAL MEMORY CACHE (NDCACHE)
65002
THE OS ALLOCATES THE PHYSICAL MEMORY FOR THE CACHE, MAPS IT TO VIRTUAL MEMORY, AND MARKS THESE PAGES WITH AN 'NDCACHE' FLAG
65004
EVICTION ALGORITHM DECIDED TO SWAP OUT A PHYSICAL PAGE MARKED WITH AN 'NDCACHE' FLAG?
65006
YES
NO
OPERATING SYSTEM IS RUNNING OUT OF PHYSICAL MEMORY?
65008
YES
NO
DISCARD THE PAGE (DO NOT STORE TO MEMORY – JUST OVERWRITE IT) AND REMOVE IT FROM THE PAGE TABLE
65010
DISCARD ONE OR MORE NDCACHE PAGES FROM MEMORY TO CLEAR UP MEMORY FOR THE OS
65012
WHEN READING A SWAPPED OUT NDCACHE PAGE, GET BACK A 'DOES_NOT_EXIST'
65014
DURING A READ/WRITE TRANSACTION TO/FROM AN NDCACHE PAGE, LOCK THAT PAGE (I.E. DO NOT LET THE EVICTION ALGORITHM SWAP OUT THAT PAGE DURING THE READ/WRITE TRANSACTION)
65016

**FIG. 62**

API (SIMILAR TO THE FILE API IN POSIX)

**FILEDS NDCACHE_OPEN("NAME", CREATE_FLAG, TRUNCATE_FLAG)**
- DESCRIPTION: OPEN AN NDCACHE CALLED 'NAME' FOR READING OR WRITING AND RECEIVE A HANDLE [FILEDS] TO IT.
- NAME - THE NAME OF THE NDCACHE TO OPEN OR CREATE. THIS NAME CAN BE USED BETWEEN DIFFERENT PROCESSES ACCESSING THIS PAGE, SIMILAR TO HOW A FILENAME IS USED
- CREATE_FLAG - IS TURNED ON TO CREATE THE CACHE IF SUCH AN NDCACHE CALLED <NAME> DOES NOT EXIST
- TRUNCATE_FLAG - IS TURNED ON TO ERASE THE NDCACHE CALLED <NAME> IF IT ALREADY EXISTS
- RETURN VALUE - THE NDCACHE_OPEN RETURNS A FILE DESCRIPTOR (FILEDS) TO BE USED AS A HANDLE FOR THE OTHER NDCACHE APIS

65402

**NDCACHE_READ(FILEDS, BUFFER, SIZE)**
**NDCACHE_WRITE(FILEDS, BUFFER, SIZE)**
- DESCRIPTION: READ OR WRITE TO THE NDCACHE REFERENCED BY FILEDS
- FILEDS - THE FILE DESCRIPTOR OF THE OPEN NDCACHE TO READ FROM OR WRITE TO, RECEIVED FROM NDCACHE_OPEN
- BUFFER - [FOR READ] THE BUFFER TO READ THE INFORMATION IN TO. [FOR WRITE] ... TO WRITE FROM
- OFFSET - THE OFFSET WITHIN THE NDCACHE TO START THE READ OR WRITE FROM
- SIZE - THE NUMBER OF BYTES TO READ OR WRITE

65404

**NDCACHE_CLOSE(FILEDS)**
- DESCRIPTION: CLOSES THE HANDLE TO THE NDCACHE DESCRIBED BY FILEDS. AFTER ALL HANDLES TO AN NDCACHE ARE CLOSED, THE OS MAY DECIDE TO SWAP IT OUT BASED ON ITS EVICTION ALGORITHM
- FILEDS - THE FILE DESCRIPTOR OF THE OPEN NDCACHE TO CLOSE

65406

**NDCACHE_UNLINK(FILEDS)**
- DESCRIPTION: REMOVE AN NDCACHE ENTRY FROM THE PAGE TABLE
- FILEDS - THE FILE DESCRIPTOR OF THE OPEN NDCACHE TO REMOVE FROM THE PAGE TABLE

65408

FIG. 63



U.S. Patent Nov. 5, 2019 Sheet 104 of 134 US 10,469,614 B2

COMPUTER
66202
/
TMP
HOME
66204
FILESYSTEM DRIVER
66206
BLOCK DEVICE
66208

FIG. 64

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
110 of 228

Appx18658



**U.S. Patent** Nov. 5, 2019 Sheet 105 of 134 US 10,469,614 B2

COMPUTER
66402
/
TMP
HOME
66404
TMPFS
FILESYSTEM
DRIVER
66406
VOLATILE
MEMORY
66408

FIG. 65

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
111 of 228

Appx18659



U.S. Patent Nov. 5, 2019 Sheet 106 of 134 US 10,469,614 B2

CREATE AND MOUNT A NEW TMPFS WITH AN INITIAL SIZE OF X BYTES (COULD BE 1GB FOR EXAMPLE) TO BE USED FOR ND CACHE
65602
PERIODICALLY CHECK WHETHER THE OS WOULD BENEFIT FROM HAVING ADDITIONAL VOLATILE MEMORY
65604
IT IS POSSIBLE TO CHECK WHETHER OS NEEDS MORE MEMORY BY ONE OR MORE OF THE FOLLOWING METHODS:
1. PERIODIC FREE MEMORY CHECK - EVERY X MS (COULD BE EVERY 20MS) FLAG IF:
A. LESS THAN A CERTAIN AMOUNT OF FREE MEMORY EXISTS IN THE SYSTEM (COULD BE LESS THAN 200MB)
B. ABOVE A NUMBER OF MEMORY SWAPS OCCUR IN THE OS (COULD BE MORE THAN 1 SWAP PER 500MS)
C. KERNEL CACHE SPACE REDUCED TO UNDER A CERTAIN SIZE (COULD BE UNDER 2GB)
2. LISTEN TO STRESS OS CALLS, AND FLAG IF ANY OF THE STRESS CALLS HAVE BEEN INVOKED. THESE COULD BE FOR EXAMPLE 'LOW MEMORY' TYPE CALL BACKS
3. ATTACH CALLBACK ON SWAPPING OUT OF THE TMPFS FILE, AND DELETING IT INSTEAD OF SWAPPING OUT
65606
WOULD THE OS BENEFIT FROM MORE VOLATILE MEMORY?
65608
NO
YES
DELETE A NUMBER OF ELEMENTS FROM THE NDCACHE SO THAT A SET CHUNK OF IT WILL BE FREE (CHUNK COULD BE 200MB FOR EXAMPLE)
65610
IT IS POSSIBLE TO DELETE ELEMENTS FROM THE NDCACHE (TMPFS) BY USING ONE OR MORE OF THE FOLLOWING METHODS:
1. LRU - DELETE THE LEAST RECENTLY USED (IN TERMS OF READ/WRITE) ELEMENTS FROM THE TMPFS
2. LFU - DELETE THE LEAST FREQUENTLY USED (IN TERMS OF READ/WRITE) ELEMENTS FROM THE TMPFS
3. SIZE - DELETE THE LARGEST ELEMENTS (BYTES) FROM THE TMPFS
4. SIZE - DELETE THE SMALLEST ELEMENTS (BYTES) FROM THE TMPFS
65612

FIG. 66

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
112 of 228

Appx18660



U.S. Patent Nov. 5, 2019 Sheet 107 of 134 US 10,469,614 B2

USER MODE 67202
APPLICATION 67204
NDCACHE CALLS
NDCACHE USER MODE IMPLEMENTATION 67206
SYSTEM CALLS (CREATE TMPFS, ADD, DELETE, ETC.)
KERNEL MODE 67208
NDCACHE KERNEL MODE IMPLEMENTATION 67210

FIG. 67

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
113 of 228

Appx18661

WRITING TO (AND ALLOCATING) THE NDCACHE:

```
FILEDS *FILEDS=OPEN("NDCACHE_DRIVER/NDCACHE_NAME");
/* NDCACHE_DRIVER IS THE KERNEL MODULE FOR NDCACHE EVENTS
   NDCACHE_NAME IS THE NAME OF THIS NDCACHE, TO BE SHARED
   BETWEEN DIFFERENT PROCESSES */

INT *P=NDCACHE_LOOKUP(NDCACHE_NAME);  // GET PTR TO THE NDCACHE

IF (!P)
{
    // NO SUCH NDCACHE EXISTS, AND THUS NEEDS TO BE CREATED

   INT *P = MMAP(1MB, SHARED MEMORY, FILEDES);
   // 1MB AS AN EXMAPLE NDCACHE MEM SIZE REQUESTED
   // SHARED MEMORY SO THAT CAN BE USED BY MULTIPLE PROCESSES

   (INT* P)[0]++;   // INDICATES THAT THERE IS CONTENT IN THE NDCACHE
   P[N]=...;   // WRITE THE NEW CONTENT TO THE NDCACHE

}
ELSE
   DO NDCACHE_WRITE();  // THIS NDCACHE EXISTS, WRITE TO IT
                                                            67402
```

FIG. 68



U.S. Patent Nov. 5, 2019 Sheet 109 of 134 US 10,469,614 B2

PAGE #1
PAGE #2
PAGE #3
PAGE #4
PAGE N
4KB
4KB
4KB
4KB
4KB
1 MB
LOCK_FLAG (PART OF THE FIRST PAGE OF THE ALLOCATION)

FIG. 69

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
115 of 228

Appx18663

U.S. Patent Nov. 5, 2019 Sheet 110 of 134 US 10,469,614 B2

NDCACHE_READ() / NDCACHE_WRITE():

```
// CHECK IF THE NDCACHE STILL EXISTS (IF IT WAS SWAPPED OUT BY THE
OS, IT NO LONGER EXISTS)
IF (!P[0]) RETURN MEM_NOT_FOUND;

// COULD BE THAT AT THIS POINT THE OS SWAPPED OUT THIS NDCACH, SO
// CHECK IF THE NDCACHE STILL EXISTS, AND LOCK IT FOR THE DURATION
// OF THE READ/WRITE
IF ((++P[0])==1)
{
  P[0]--;
  RETURN MEM_NOT_FOUND;
}

// READ/WRITE CONTENT FROM/TO THE NDCACHE
BUF = P[N];    // FOR READ
OR
P[N] = ...;   // FOR WRITE

// DECREMENT THE LOCK_FLAG BY ONE (LOCK_FLAG--), INDICATING THAT
THE NDCACHE LOCK FOR THIS READ/WRITE IS RELEASED
P[0]--;

RETURN;
```

67602

FIG. 70

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
116 of 228

Appx18664

NDCACHE KERNEL MODULE (NDCACHE_DRIVER):

**EVICTION ALGORITHM** – WHEN THE OS NEEDS MORE PHYSICAL MEMORY AND IS CONSIDERING WHICH PHYSICAL MEMORY TO EVICT:

FOR EACH OF THE MEMORY RANGES HANDLED BY THE NDCACHE DRIVER, WHERE LOCK_FLAG=MEM_RANGE[0]:

**IF LOCK_FLAG == 0** // MEM RANGE NOT IN USE
**THEN SWAP OUT THIS MEMORY RANGE**

**IF LOCK_FLAG == 1** // NDCACHE MEM RANGE IS IN USE, BUT NOT LOCKED
**THEN PREFER NOT TO SWAP OUT THIS MEMORY RANGE**

**IF LOCK_FLAG > 1** // NDCACHE MEM RANGE IS IN USE AND LOCKED
**DON'T SWAP OUT THIS MEMORY RANGE**

67802

**ON SWAP OF THE NDCACHE MEMORY** (I.E. WHEN THE OS'S EVICTION ALGORITHM DECIDES TO SWAP OUT THE NDCACHE'S PHYSICAL MEMORY ALLOCATION):

**MAP THE VIRTUAL MEMORY POINTERS TO AN 'ALL ZERO' RANGE IN READ ONLY MODE (FOR EXAMPLE BY MAPPING TO DEVZERO)**

67804

**FIG. 71**



U.S. Patent Nov. 5, 2019 Sheet 112 of 134 US 10,469,614 B2

FOURTH METHOD – ONE MANAGEMENT AREA PER PAGE:
PAGE #1
PAGE #2
PAGE #3
PAGE #4
PAGE N
4KB
4KB
4KB
4KB
4KB
68002
MEMORY RANGES
M 1
M 2
M 3
M 4
M N
MANAGEMENT AREA (LOCK FLAGS FOR THE MEMORY PAGES)
68004

FIG. 72

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
118 of 228

Appx18666



U.S. Patent Nov. 5, 2019 Sheet 113 of 134 US 10,469,614 B2

INITIALIZATION:
ALLOCATE MEMORY FOR THE NDCACHE FROM THE OS (E.G. ALLOCATE 20MB)
68202
ALLOCATE A MANAGEMENT AREA, WHOSE SIZE IS (MEMORY_ALLOCATED / SIZEOF(MEM_PAGE))*SIZEOF(INT) ).
68204

FIG. 73

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
119 of 228

Appx18667



U.S. Patent Nov. 5, 2019 Sheet 114 of 134 US 10,469,614 B2

PAGE #1
PAGE #2
PAGE #3
PAGE #4
PAGE N
P T R
N
4KB
4KB
4KB
4KB
...
ALLOCATED MEMORY
MEMORY RANGES 69002
SECONDARY MGMT AREA 69004
M 1
M 2
M 3
M 4
...
M N
MANAGEMENT AREA (LOCK FLAGS FOR THE MEMORY PAGES) 69006

FIG. 74

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
120 of 228

Appx18668



NEW NDCACHE ELEMENT ALLOCATION: P = NDCACHE_CREATE(SIZE);
ALLOCATE MEMORY (P) FOR THE NDCACHE ACCORDING TO THE SIZE REQUESTED BY THE CALLER (SIZE) + SIZEOF(T) WHERE T IS THE SPACE REQUIRED FOR THE SECONDARY MANAGEMENT AREA (SIZEOF(POINTER) + SIZEOF(INT))
69202
ALLOCATE A MANAGEMENT AREA FOR THE PAGES' 'LOCK FLAGS' (THE SIZE OF IT IS ONE INTEGER * NUMBER OF PAGES REQUIRED FOR THE NDCACHE)
69204
DEFINE A MANAGEMENT AREA (T) AT THE START OF P, AND INSERT INTO IT A POINTER TO THE MANAGEMENT AREA (T->PTR) AND AN INTEGER (T->N) THAT REPRESENTS THE NUMBER OF PAGES IN THIS NDCACHE'S MEMORY RANGE
69206
P=P+SIZEOF(T) -- SO THAT P NOW POINTS TO THE MAIN MEMORY RANGE (RIGHT AFTER THE SECONDARY MANAGEMENT AREA)
69208
RETURN (P+SIZEOF(T)) - (RETURNS A POINTER TO THE PLACE IN THE MEMORY WHERE THE NDCACHE MEMORY ITSELF STARTS (RIGHT AFTER THE SECONDARY MANAGEMENT SECTION)
69210

FIG. 75

READING FROM OR WRITING TO THE NDCACHE ELEMENT:

USE THE SAME ALGORITHM AS IN THE FOURTH IMPLEMENTATION, WITH TWO EXCEPTIONS:

1. LOCK(P) / UNLOCK(P) –
  A. FIRST EVALUATES THAT T->N IS NOT ZERO. IF IT IS, THEN THE NDCACHE WAS SWAPPED AND NEEDS TO RETURN MEM_NOT_FOUND
  B. IF T->N IS NOT ZERO, LOCK ALL PAGES THAT THIS NDCACHE ELEMENT SPANS BY LOCKING THE N LOCK_FLAGS STARTING AT THE T->PTR LOCK_FLAG

2. WHEN READING OR WRITING, NOT LIMITED TO ONE PAGE OF MEMORY (CAN USE THE ALLOCATED SIZE)

69602

DELETING THE ALLOCATION: NDCACHE_CLOSE (P)

FREE (P - SIZEOF(T)) – FREES THE SECONDARY MANAGEMENT AREA AS WELL AS THE MAIN MEMORY AREA ALLOCATED TO THIS NDCACHE ELEMENT

69606

FIG. 76



APPLICATION THAT NEEDS TO BE NOTIFIED OF 'IDLENESS' NOTIFIES OF ITS REQUEST, PROVIDES A CALLBACK (CB) AND ON WHICH IDLENESS PARAMETERS IT WISHES TO GET CALLED ON (PARAMS), AND THE DURATION OF THE IDLENESS REQUIRED TO CALL CB (T)
70002
SCAN IDLENESS SOURCES. CAN BE ANY OF:
• BITS BEING SENT OR RECEIVED TO/FROM COMMUNICATION DEVICE
• HARD DISK READ OR WRITE
• TEMPERATURE CHANGES IN ANY OF THE DEVICE'S TEMPERATURE GAUGES
• CPU BUSY OVER CERTAIN THRESHOLD (COULD BE 5% FOR EXAMPLE)
• CAMERA SENSES MOTION
• LIGHT SENSOR SENSES CHANGES IN LIGHT INTENSITY OR STRUCTURE
• ACCELEROMETER THAT SENSES MOVEMENT OR ORIENTATION CHANGE
• HD ACCELEROMETER THAT SENSES MOVEMENT
• GPS SENSOR THAT SENSES MOVEMENT
70004
IDLE RESPONSE RECEIVED FROM ANY SENSOR?
70006
NO
YES
CALL THE APPLICATION'S CB IF THE SENSOR THAT ARE IDLE ARE WHAT THE APPLICATION REQUESTED TO BE NOTIFIED ABOUT IN PARAMS, AND IF THEY'VE ALL BEEN IDLE FOR T SECONDS
70008

FIG. 77



U.S. Patent Nov. 5, 2019 Sheet 118 of 134 US 10,469,614 B2

OPERATING SYSTEM
71002
STORAGE READ TIME REDUCTION MODULE
71004
STORAGE DEVICE IDLE MONITOR
71006
STORAGE DEVICE
71008

FIG. 78

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
124 of 228

Appx18672



**U.S. Patent** Nov. 5, 2019 Sheet 119 of 134 US 10,469,614 B2

STORAGE READ TIME REDUCTION MODULE RECEIVED WRITE COMMAND?
7506
YES
NO
DOES THE WRITE QUEUE STILL HAVE FREE SPACE?
7506
YES
NO
QUEUE THE WRITE DATA FOR LATER
7506
HAS THE DISK BEEN IDLE FROM READ COMMANDS FOR X MILLISECONDS (X COULD BE 500 FOR EXAMPLE). [ALTERNATIVELY, CAN USE ANY OF THE PARAMETERS OF THE IDLE MONITOR TO DETERMINE IDLENESS FOR WRITING]
7506
YES
NO
WRITE DATA SEGMENT FROM QUEUE TO STORAGE DEVICE
7506

FIG. 79

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
125 of 228

Appx18673

CREATE LIST OF ACCESS POINTS (AP_LIST) THAT ARE SEEN BY THE CLIENT'S WIFI DRIVER. FOR EACH AP, STORE THE FOLLOWING INFORMATION:

SIGNAL STRENGTH, AUTHENTICATION TYPE 42002

ADD TO EACH OF THE ACCESS POINTS IN THE AP_LIST THE FOLLOWING INFORMATION, BASED ON THE DATABASE OF PREVIOUS CONNECTIONS THAT THIS CLIENT HAS WITH THE ACCESS POINTS AROUND IT:

HAS CLIENT EVER TRIED TO CONNECT TO THIS AP?, HAS THIS CLIENT SUCCEEDED IN CONNECTING TO THIS AP IN THE PAST? WAS THE INTERNET CONNECTION VERIFIED? TO WHICH AP WAS THIS CLIENT CONNECT TO LAST?, WHAT WAS THE LAST REASON FOR DISCONNECT? 42004

TRY TO CONNECT TO THE APS IN THE AP_LIST ACCORDING TO THE FOLLOWING ORDER (WHERE THERE ARE SEVERAL CANDIDATES FOR EACH STAGE, SORT THEM BY SIGNAL STRENGTH):

- LOCKED ACCESS POINTS THAT THIS HOST VERIFIED CONNECTION TO INTERNET WITH TO IN THE PAST
- OPEN ACCESS POINTS THAT THIS HOST VERIFIED CONNECTION TO INTERNET WITH IN THE PAST
- OPEN ACCESS POINTS THAT THIS HOST NEVER VERIFIED WITH IN THE PAST
- OPTIONAL: LOCKED APS THAT WERE NEVER VERIFIED WITH BY THIS HOST, WITH GUESSED PASSWORD (SEE OTHER SECTION ON HOW TO GUESS)
- THE REST OF THE ACCESS POINTS IN THE LIST

42006

ONCE CONNECTED AND VERIFIED, ADD INFORMATION ABOUT THIS ACCESS POINT AND ABOUT THE CONNECTION TO THE DATABASE OF PREVIOUS CONNECTIONS ON THIS HOST 42008

FIG. 80



U.S. Patent Nov. 5, 2019 Sheet 121 of 134 US 10,469,614 B2

CLIENT
41002
ACCESS POINT
DATABASE
42004
FAVORITES
42006
OTHER
42008

FIG. 81 (Prior Art)

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
127 of 228

Appx18675



**U.S. Patent** Nov. 5, 2019 Sheet 122 of 134 US 10,469,614 B2

OTHER
41210
FAVORITES
41206
EXPLICIT USER
DISCONNECT
41220
CLIENT
41202
ACCESS POINT
DATABASE
41204

FIG. 82

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
128 of 228

Appx18676



**U.S. Patent** **Nov. 5, 2019** **Sheet 123 of 134** **US 10,469,614 B2**

HAS THIS CLIENT NOW DISCONNECTED FROM A DEVICE?
41402
NO
YES
LAST_DV IS THE LAST ACCESS POINT THAT THIS CLIENT WAS CONNECTED TO BEFORE DISCONNECTING
41404
WAS DISCONNECT FROM LAST_DV DONE PRO-ACTIVELY BY USER (FOR EXAMPLE BY PRESSING 'DISCONNECT' FOR THAT DEVICE)?
41406
YES
NO
WAS DISCONNECT FROM LAST_DV BECAUSE OF POOR-PERFORMANCE OF THE DEVICE (FOR EXAMPLE DUE TO DEVICE NOT RESPONDING)?
41408
YES
NO
MARK THIS DEVICE AS 'OTHER' TRY TO CONNECT TO IT FIRST
41410
MARK THIS DEVICE AS 'EXPLICIT USER DISCONNECT' AND TRY TO CONNECT TO THE 'OTHER' DEVICES FIRST
41412

**FIG. 83**

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
129 of 228

Appx18677



U.S. Patent Nov. 5, 2019 Sheet 124 of 134 US 10,469,614 B2

NETWORK
ELEMENT 2
(NE2)
26
24004
UNRELIABLE
CONNECTION
NETWORK
ELEMENT 1
(NE1)
25

FIG. 84 (Prior Art)

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
130 of 228

Appx18678



U.S. Patent Nov. 5, 2019 Sheet 125 of 134 US 10,469,614 B2

NETWORK ELEMENT 2
(NE2)
26
UNRELIABLE
CONNECTIONS
24204
NETWORK ELEMENT 1
(NE1)
25

FIG. 85

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
131 of 228

Appx18679



U.S. Patent Nov. 5, 2019 Sheet 126 of 134 US 10,469,614 B2

NETWORK ELEMENT 2 (NE2)
26
RELIABILITY PROXY NETWORK SERVER
24301
RELIABILITY PROXY
24308
24310
MORE RELIABLE CONNECTION
24306
UNRELIABLE CONNECTIONS
NETWORK ELEMENT 1 (NE1)
25

FIG. 86

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
132 of 228

Appx18680



U.S. Patent Nov. 5, 2019 Sheet 127 of 134 US 10,469,614 B2

NETWORK ELEMENT 1 (NE1)
25
RELIABILITY PROXY
24404
RELIABILITY PROXY NETWORK SERVER
24401
24402 UNRELIABLE CONNECTIONS
RELIABILITY PROXY
24406
NETWORK ELEMENT 2 (NE2)
26
24408 MORE RELIABLE CONNECTION

FIG. 87

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
133 of 228

Appx18681



NETWORK ELEMENT 1 (NE1) NEEDS TO COMMUNICATE WITH NETWORK ELEMENT 2 (NE2)
24602
IS THE BEST COMMUNICATION PATH GOOD ENOUGH?
24604
YES
NO
COMMUNICATE DIRECTLY WITH NE2
24606
DOES NE2 HAVE THE PROGRAM INSTALLED?
24622
YES
NO
COMMUNICATE DIRECTLY WITH NE2 VIA MULTIPLE ROUTES
24624
REQUEST RELIABILITY PROXY FROM RELIABILITY PROXY NETWORK SERVER (RPNS)
24608
RELIABILITY SERVER PROVIDES BACKA RELIABILITY PROXY DEVICE (RPD), WHO'S PATH TO NE2 IS MORE RELIABLE THAN A DIRECT CONNECTION FROM NE1 TO NE2 (IF EXISTS SUCH A PATH)
24610
NE1 SENDS INFORMATION TO RPD (THROUGH THE MULTIPLE ROUTES) INSTEAD OF TO NE2, AND RPD PROXIES THE INFORMATION TO NE2
24612

FIG. 88

GET FROM ROUTING UNIT THE NUMBER OF ROUTES AVAILABLE, AND THE RELIABILITY OF EACH ONE 24702

BASED ON THE DESIRED RELIABILITY (DR), DETERMINE WHICH ROUTES TO USE FOR THIS COMMUNICATION. DO THIS BY ORDERING THE ROUTES FROM THE HIGHEST RELIABILITY (R1) TO THE LOWEST RELIABILITY (RN), AND MULTIPLY (1-R1)*(1-R2)*.... UNTIL THIS PRODUCT IS LOWER THAN (1-DR). THESE ARE THE ROUTES TO USE. 24704

FOR EACH PACKET TO BE TRANSMITTED, TRANSMIT IT OVER ALL CHOSEN ROUTES 24706

FOR EACH UNIQUE PACKET OF COMMUNICATION RECEIVED, SEND IT TO THE APPLICATION, AND DISCARD THE OTHER SIMILAR PACKETS RECEIVED FROM THE OTHER ROUTES 24708

FIG. 89



NETWORK ELEMENT 1 (NE1) NEEDS TO COMMUNICATE WITH NETWORK ELEMENT 2 (NE2) AND TO KEEP THE CONNECTION ALIVE
24802
CONNECTION FROM NE1 TO NE2 IS ESTABLISHED THROUGH THE VIRTUAL APPLICATION GATEWAY IN EACH OF THEM IF EXISTS
24804
IF THE VAG DOES NOT EXIST IN EITHER OF THEM, THEN A RELIABILITY PROXY (RP) IS USED. IF THE VAG DOES NOT EXIST IN NE1, THEN IT IS CONFIGURED TO USE AN RP, AND IF IT DOES NOT EXIST IN NE2 THEN NE1 (OR ITS RP) REQUEST A RP FOR NE2 FROM THE SERVER
24808
DID THE NE1->RPD CONNECTION DISCONNECT?
24810
YES
NO
THE RELIABILITY PROXIES (OR THE VAGS IN NE1 AND OR IN NE2) HOLD THE CONNECTION BETWEEN THEM FOR A SET SHORT AMOUNT OF TIME, TO ENABLE RECONNECTION
24812
NE1->RPD:
TRY TO RECONNECT VIA ALL EXISTING UNRELIABLE PATHS
24814
DID THE RECONNECTION SUCCEED WITHIN THE SET TIME?
24816
YES
NO
NOTIFY THE OS OF THE DISCONNECTION
24820

FIG. 90



U.S. Patent Nov. 5, 2019 Sheet 131 of 134 US 10,469,614 B2

18000
CLIENT
SOURCE_1
SOURCE_2
SOURCE_3
SOURCE_4
20802
20804
20806
20808
IP
BW
RTT
IP_CLIENT
IP1
IP2
IP3
IP4
100 MBIT/S
???
???
13 MBIT/S
30 MS
???
???
95 MS
CLIENT DATABASE
20810
CLIENT WANTS TO ASSES THE BW AND RTT TO SOURCE_2
20820
INFORMATION IN CLIENT'S DATABASE EXISTS ONLY TO SOURCE_1 AND SOURCE_4
20822
CLIENT USES BW AND RTT OF SOURCE_1 AS BEST CASE, AND BW AND RTT OF SOURCE_4 AS WORST CASE
20824
AFTER TRANSACTION, CLIENT UPDATES DATABASE WITH BW AND RTT OF SOURCE_2 (IF DATA ALREADY EXISTS, CAN STORE MULTIPLE ENTRIES, USING LAST FEW ENTRIES' AVERAGE AS THE DATA)
20826

FIG. 91

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
137 of 228

Appx18685



CLIENT HAS DATABASE OF ALL NETWORK ELEMENTS THAT IT COMMUNICATED WITH, WITH THE BW AND RTT IN EACH OF THE PAST SEVERAL CONNECTIONS. NETWORK ELEMENTS ARE SORTED FROM ELEMENT_1 TO ELEMENT_N, BY THE IP_DISTANCE (*) BETWEEN THEM AND THE CLIENT (WHERE ELEMENT_X IS CLOSER TO CLIENT THAN ELEMENT_(X+1)
21002
CLIENT WANTS TO ASSES THE BW AND RTT TO SOURCE_X
21004
INFORMATION IN CLIENT'S DATABASE EXISTS ONLY TO SOURCE_L AND SOURCE_M, WHERE L<X<M
21006
BEST CASE IS THE AVERAGE OF INFORMATION IN DATABASE (FOR BW AND RTT) FOR SOURCE_L AND WORST CASE IS THE AVERAGE OF INFORMATION IN DATABASE (FOR BW AND RTT) FOR SOURCE_M
21008
AFTER TRANSACTION, CLIENT UPDATES DATABASE WITH THE BW AND RTT OF SOURCE_X FOR THIS CURRENT TRANSACTION (IF DATA ALREADY EXISTS, CAN STORE MULTIPLE ENTRIES, USING LAST FEW ENTRIES' AVERAGE AS THE DATA)
21010

FIG. 92



U.S. Patent Nov. 5, 2019 Sheet 133 of 134 US 10,469,614 B2

INITIALIZE – ON SYSTEM START: OPEN DATABASE THAT INCLUDES ENTRIES ONLY OF LOGARITHMIC IP DISTANCES FROM THE HOST MACHINE (I.E. FIRST ENTRY IS OF THE BW AND RTT OF THE HOSTS THAT ARE ONE IP DISTANCE AWAY (122.104.11.99 IS ONE IP DISTANCE FROM 122.104.11.100 AND FROM 122.104.11.98). THE SECOND ENTRY IS OF THE BW AND RTT OF THE HOSTS THAT ARE 2 IP DISTANCES AWAY, THEN 4 DISTANCES, THEN 8 DISTANCES, THEN 16 DISTANCES, ETC)
21202
DATABASE ACCESSED FOR READ OR WRITE?
21204
NO
YES
CALCULATE IP DISTANCE (IP_DISTANCE) BETWEEN HOST_IP AND IP_NEW
21206
DIST = ROUND DOWN OF LOG IN BASE 2 OF IP_DISTANCE (E.G. IF IP DISTANCE IS 200, THEN THE IP DISTANCE IS ROUND_DOWN(LOG2(200))=7
21208
DATABASE ACTION
21210
LOOK UP BW AND RTT OF IP_NEW
RECEIVED BW AND RTT OF A TRANSACTION WITH IP_RECENT
READ BW AND RTT FROM ENTRY (DIST)
21212
WRITE BW AND RTT IN TO ENTRY (DIST)
21214

FIG. 93

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
139 of 228

Appx18687



**U.S. Patent** Nov. 5, 2019 Sheet 134 of 134 US 10,469,614 B2

SCHEDULE UPDATE OTHER NETWORK ELEMENTS WITH THIS NETWORK ELEMENT'S BW_RTT TABLE. CAN BE DONE FOR EXAMPLE WHEN IDLE, OR WHEN FINISHED COMMUNICATING WITH ANOTHER ELEMENT, ETC
21404
ACTION
21406
UPDATE OTHER NETWORK ELEMENTS
RECEIVE UPDATE LIST FROM OTHER NETWORK ELEMENT
CREATE A LIST OF WHICH NETWORK ELEMENTS TO UPDATE. CAN BE A LIST OF ALL NETWORK ELEMENTS COMMUNICATED WITH BY THIS NETWORK ELEMENT, OR BY GETTING A LIST FROM A CENTRAL SERVER, OR BY ONLY UPDATING THE ELEMENT THAT HAS JUST BEEN COMMUNICATED WITH, ETC. AND TRANSFER THE BW & RTT TABLE TO THEM
21408
UPDATE_DB IS RECEIVED FROM NETWORK ELEMENT, WHO'S IP IS IP_ELEMENT AND WHO'S IP DISTANCE FROM LOCAL HOST IS IP_ELEMENT_DIST
21410
FOR EACH NON-EMPTY ENTRY (E) IN THE UPDATE_DB, DO THE FOLLOWING:
21412
LOOKUP THE NETWORK ELEMENT THAT PROVIDED THE DATABASE IN THE LOCAL HOST'S DATABASE, AND STORE ITS BW AND RTT (AS BW_HOST AND RTT_HOST)
21414
LOOKUP BW AND RTT IN E, AND STORE AS BW_E AND RTT_E
21416
CALCULATE IP DISTANCE FROM IP_ELEMENT TO IP IN E (IP_DIST_E)
21418
UPATE LOCAL HOST'S DATABASE ENTRY FOR ENTRY WITH DISTANCE (IP_ELEMENT_DIST + IP_DIST_E) WITH THE (BW_HOST+BW_E) AND (RTT_HOST+RTT_E) (OR OTHER METHOD)
21420

FIG. 94

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
140 of 228

Appx18688

# SYSTEM AND METHOD FOR IMPROVING INTERNET COMMUNICATION BY USING INTERMEDIATE NODES

## RELATED APPLICATION

This application is a continuation application of U.S. application Ser. No. 15/663,762, filed on Jul. 30, 2017, which is a continuation application of U.S. application Ser. No. 14/930,894, filed on Nov. 3, 2015 (now U.S. Pat. No. 9,742,866), which is a divisional of U.S. application Ser. No. 14/468,836, filed on Aug. 26, 2014 (now U.S. Pat. No. 9,241,044), which claims priority from U.S. Provisional Application Ser. No. 61/870,815, filed on Aug. 28, 2013, all of which are hereby incorporated herein by reference.

## TECHNICAL FIELD

This disclosure relates generally to an apparatus and method for improving communication over the Internet by using intermediate nodes, and in particular, to using devices that may doubly function as an end-user and as an intermediate node.

## BACKGROUND

Unless otherwise indicated herein, the materials described in this section are not prior art to the claims in this application and are not admitted to be prior art by inclusion in this section.

The Internet is a global system of interconnected computer networks that use the standardized Internet Protocol Suite (TCP/IP), including Transmission Control Protocol (TCP) and the Internet Protocol (IP), to serve billions of users worldwide. It is a network of networks that consists of millions of private, public, academic, business, and government networks, of local to global scope, that are linked by a broad array of electronic and optical networking technologies. The Internet carries a vast range of information resources and services, such as the interlinked hypertext documents on the World Wide Web (WWW) and the infrastructure to support electronic mail. The Internet backbone refers to the principal data routes between large, strategically interconnected networks and core routers in the Internet. These data routes are hosted by commercial, government, academic, and other high-capacity network centers, the Internet exchange points and network access points that interchange Internet traffic between the countries, continents and across the oceans of the world. Traffic interchange between Internet service providers (often Tier 1 networks) participating in the Internet backbone exchange traffic by privately negotiated interconnection agreements, primarily governed by the principle of settlement-free peering.

The Transmission Control Protocol (TCP) is one of the core protocols of the Internet protocol suite (IP) described in RFC 675 and RFC 793, and the entire suite is often referred to as TCP/IP. TCP provides reliable, ordered and error-checked delivery of a stream of octets between programs running on computers connected to a local area network, intranet or the public Internet. It resides at the transport layer. Web browsers typically use TCP when they connect to servers on the World Wide Web, and used to deliver email and transfer files from one location to another. HTTP, HTTPS, SMTP, POP3, IMAP, SSH, FTP, Telnet and a variety of other protocols that are typically encapsulated in TCP. As the transport layer of TCP/IP suite, the TCP provides a communication service at an intermediate level between an application program and the Internet Protocol (IP). Due to network congestion, traffic load balancing, or other unpredictable network behavior, IP packets can be lost, duplicated, or delivered out of order. TCP detects these problems, requests retransmission of lost data, rearranges out-of-order data, and even helps minimize network congestion to reduce the occurrence of the other problems. Once the TCP receiver has reassembled the sequence of octets originally transmitted, it passes them to the receiving application. Thus, TCP abstracts the application's communication from the underlying networking details. The TCP is utilized extensively by many of the Internet's most popular applications, including the World Wide Web (WWW), E-mail, File Transfer Protocol, Secure Shell, peer-to-peer file sharing, and some streaming media applications.

While IP layer handles actual delivery of the data, TCP keeps track of the individual units of data transmission, called segments, which a message is divided into for efficient routing through the network. For example, when an HTML file is sent from a web server, the TCP software layer of that server divides the sequence of octets of the file into segments and forwards them individually to the IP software layer (Internet Layer). The Internet Layer encapsulates each TCP segment into an IP packet by adding a header that includes (among other data) the destination IP address. When the client program on the destination computer receives them, the TCP layer (Transport Layer) reassembles the individual segments and ensures they are correctly ordered and error free as it streams them to an application.

The TCP protocol operations may be divided into three phases. Connections must be properly established in a multi-step handshake process (connection establishment) before entering the data transfer phase. After data transmission is completed, the connection termination closes established virtual circuits and releases all allocated resources. A TCP connection is typically managed by an operating system through a programming interface that represents the local end-point for communications, the Internet socket. During the duration of a TCP connection, the local end-point undergoes a series of state changes.

Since TCP/IP is based on the client/server model of operation, the TCP connection setup involves the client and server preparing for the connection by performing an OPEN operation. A client process initiates a TCP connection by performing an active OPEN, sending a SYN message to a server. A server process using TCP prepares for an incoming connection request by performing a passive OPEN. Both devices create for each TCP session a data structure used to hold important data related to the connection, called a Transmission Control Block (TCB).

There are two different kinds of OPEN, named 'Active OPEN' and 'Passive OPEN'. In Active OPEN the client process using TCP takes the "active role" and initiates the connection by actually sending a TCP message to start the connection (a SYN message). In Passive OPEN the server process designed to use TCP is contacting TCP and saying: "I am here, and I am waiting for clients that may wish to talk to me to send me a message on the following port number". The OPEN is called passive because aside from indicating that the process is listening, the server process does nothing. A passive OPEN can in fact specify that the server is waiting for an active OPEN from a specific client, though not all TCP/IP APIs support this capability. More commonly, a server process is willing to accept connections from all comers. Such a passive OPEN is said to be unspecified.

In passive OPEN, the TCP uses a three-way handshake, and before a client attempts to connect with a server, the

server must first bind to and listen at a port to open it up for connections. Once the Passive OPEN is established, a client may initiate an Active OPEN. To establish a connection, the three-way (or 3-step) handshake occurs:

1. SYN: The active open is performed by the client sending a SYN to the server. The client sets the segment's sequence number to a random value A.
2. SYN-ACK: In response, the server replies with a SYN-ACK. The acknowledgment number is set to one more than the received sequence number, i.e. A+1, and the sequence number that the server chooses for the packet is another random number, B.
3. ACK: Finally, the client sends an ACK back to the server. The sequence number is set to the received acknowledgement value, i.e. A+1, and the acknowledgement number is set to one more than the received sequence number i.e. B+1.

At this point, both the client and server have received an acknowledgment of the connection. The steps 1, 2 establish the connection parameter (sequence number) for one direction and it is acknowledged. The steps 2, 3 establish the connection parameter (sequence number) for the other direction and it is acknowledged, and then a full-duplex communication is established.

The Internet Protocol (IP) is the principal communications protocol used for relaying datagrams (packets) across a network using the Internet Protocol Suite. Responsible for routing packets across network boundaries, it is the primary protocol that establishes the Internet. IP is the primary protocol in the Internet Layer of the Internet Protocol Suite and has the task of delivering datagrams from the source host to the destination host based on their addresses. For this purpose, IP defines addressing methods and structures for datagram encapsulation. Internet Protocol Version 4 (IPv4) is the dominant protocol of the Internet. IPv4 is described in Internet Engineering Task Force (IETF) Request for Comments (RFC) 791 and RFC 1349, and the successor, Internet Protocol Version 6 (IPv6), is currently active and in growing deployment worldwide. IPv4 uses 32-bit addresses (providing 4 billion: $4.3\times10^9$ addresses), while IPv6 uses 128-bit addresses (providing 340 undecillion or $3.4\times10^{38}$ addresses), as described in RFC 2460.

An overview of an IP-based packet **15** is shown in FIG. **2***a*. The packet may be generally segmented into the IP data **16***b* to be carried as payload, and the IP header **16***f*. The IP header **16***f* contains the IP address of the source as Source IP Address field **16***d* and the Destination IP Address field **16***c*. In most cases, the IP header **16***f* and the payload **16***b* are further encapsulated by adding a Frame Header **16***e* and Frame Footer **16***a* used by higher layer protocols.

The Internet Protocol is responsible for addressing hosts and routing datagrams (packets) from a source host to the destination host across one or more IP networks. For this purpose the Internet Protocol defines an addressing system that has two functions. Addresses identify hosts and provide a logical location service. Each packet is tagged with a header that contains the meta-data for the purpose of delivery. This process of tagging is also called encapsulation. IP is a connectionless protocol for use in a packet-switched Link Layer network, and does not need circuit setup prior to transmission. The aspects of guaranteeing delivery, proper sequencing, avoidance of duplicate delivery, and data integrity are addressed by an upper transport layer protocol (e.g., TCP—Transmission Control Protocol and UDP—User Datagram Protocol).

The main aspects of the IP technology are IP addressing and routing. Addressing refers to how IP addresses are assigned to end hosts and how sub-networks of IP host addresses are divided and grouped together. IP routing is performed by all hosts, but most importantly by internetwork routers, which typically use either Interior Gateway Protocols (IGPs) or External Gateway Protocols (EGPs) to help make IP datagram forwarding decisions across IP connected networks. Core routers serving in the Internet backbone commonly use the Border Gateway Protocol (BGP) as per RFC 4098 or Multi-Protocol Label Switching (MPLS). Other prior art publications relating to Internet related protocols and routing include the following chapters of the publication number 1-587005-001-3 by Cisco Systems, Inc. (7/99) entitled: "*Internetworking Technologies Handbook*", which are all incorporated in their entirety for all purposes as if fully set forth herein: Chapter 5*: "Routing Basics*" (pages 5-1 to 5-10), Chapter 30*: "Internet Protocols*" (pages 30-1 to 30-16), Chapter 32*: "IPv6*" (pages 32-1 to 32-6), Chapter 45*: "OSI Routing*" (pages 45-1 to 45-8) and Chapter 51*: "Security*" (pages 51-1 to 51-12), as well as in a IBM Corporation, International Technical Support Organization Redbook Documents No. GG24-4756-00, entitled: "*Local area Network Concepts and Products: LAN Operation Systems and management",* 1st Edition May 1996, Redbook Document No. GG24-4338-00, entitled: "*Introduction to Networking Technologies",* 1*st* Edition April 1994, Redbook Document No. GG24-2580-01 *"IP Network Design Guide",* 2*nd* Edition June 1999, and Redbook Document No. GG24-3376-07 *"TCP/IP Tutorial and Technical Overview*", ISBN 0738494682 8*th* Edition December 2006, which are incorporated in their entirety for all purposes as if fully set forth herein.

An Internet packet typically includes a value of Time-to-live (TTL) for avoiding the case of packet looping endlessly. The initial TTL value is set in the header of the packet, and each router in the packet path subtracts one from the TTL field, and the packet is discarded upon the value exhaustion. Since the packets may be routed via different and disparately located routers and servers, the TTL of the packets reaching the ultimate destination computer are expected to vary.

The Internet architecture employs a client-server model, among other arrangements. The terms 'server' or 'server computer' relates herein to a device or computer (or a plurality of computers) connected to the Internet and is used for providing facilities or services to other computers or other devices (referred to in this context as 'clients') connected to the Internet. A server is commonly a host that has an IP address and executes a 'server program', and typically operates as a socket listener. Many servers have dedicated functionality such as web server, Domain Name System (DNS) server (described in RFC 1034 and RFC 1035), Dynamic Host Configuration Protocol (DHCP) server (described in RFC 2131 and RFC 3315), mail server, File Transfer Protocol (FTP) server and database server. Similarly, the term 'client' is used herein to include, but not limited to, a program or to a device or a computer (or a series of computers) executing this program, which accesses a server over the Internet for a service or a resource. Clients commonly initiate connections that a server may accept. For non-limiting example, web browsers are clients that connect to web servers for retrieving web pages, and email clients connect to mail storage servers for retrieving mails.

The Hypertext Transfer Protocol (HTTP) is an application protocol for distributed, collaborative, hypermedia information systems, commonly used for communication over the Internet. Hypertext is. HTTP is the protocol to exchange or transfer hypertext, which is a structured text that uses logical links (hyperlinks) between nodes containing text. HTTP

version 1.1 was standardized as RFC 2616 (June 1999), which was replaced by a set of standards (obsoleting RFC 2616), including RFC 7230—HTTP/1.1: Message Syntax and Routing, RFC 7231—HTTP/1.1: Semantics and Content, RFC 7232—HTTP/1.1: Conditional Requests, RFC 7233—HTTP/1.1: Range Requests, RFC 7234—HTTP/1.1: Caching, and RFC 7235—HTTP/1.1: Authentication. HTTP functions as a request-response protocol in the client-server computing model. A web browser, for example, may be the client and an application running on a computer hosting a website may be the server. The client submits an HTTP request message to the server. The server, which provides resources such as HTML files and other content, or performs other functions on behalf of the client, returns a response message to the client. The response contains completion status information about the request and may also contain requested content in its message body. A web browser is an example of a user agent (UA). Other types of user agent include the indexing software used by search providers (web crawlers), voice browsers, mobile apps and other software that accesses, consumes or displays web content.

HTTP is designed to permit intermediate network elements to improve or enable communications between clients and servers. High-traffic websites often benefit from web cache servers that deliver content on behalf of upstream servers to improve response time. Web browsers cache previously accessed web resources and reuse them when possible, to reduce network traffic. HTTP proxy servers at private network boundaries can facilitate communication for clients without a globally routable address, by relaying messages with external servers. HTTP is an application layer protocol designed within the framework of the Internet Protocol Suite. Its definition presumes an underlying and reliable transport layer protocol, and Transmission Control Protocol (TCP) is commonly used. However, HTTP can use unreliable protocols such as the User Datagram Protocol (UDP), for example, in the Simple Service Discovery Protocol (SSDP). HTTP resources are identified and located on the network by Uniform Resource Identifiers (URIs) or, more specifically, Uniform Resource Locators (URLs), using the http or https URI schemes. URIs and hyperlinks in Hypertext Markup Language (HTML) documents form webs of inter-linked hypertext documents. An HTTP session is a sequence of network request-response transactions. An HTTP client initiates a request by establishing a Transmission Control Protocol (TCP) connection to a particular port on a server. An HTTP server listening on that port waits for a client's request message. Upon receiving the request, the server sends back a status line, such as "HTTP/1.1 200 OK", and a message of its own. The body of this message is typically the requested resource, although an error message or other information may also be returned. HTTP is a stateless protocol. A stateless protocol does not require the HTTP server to retain information or status

HTTP persistent connection, also called HTTP keep-alive, or HTTP connection reuse, refers to using a single TCP connection to send and receive multiple HTTP requests/responses, as opposed to opening a new connection for every single request/response pair. Persistent connections provide a mechanism by which a client and a server can signal the close of a TCP connection. This signaling takes place using the Connection header field. The HTTP persistent connection is described in IETF RFC 2616, entitled: "*Hypertext Transfer Protocol—HTTP/*1.1". In HTTP 1.1, all connections are considered persistent unless declared otherwise. The HTTP persistent connections do not use separate keepalive messages, but they allow multiple requests to use a single connection. The advantages of using persistent connections involve lower CPU and memory usage (because fewer connections are open simultaneously), enabling HTTP pipelining of requests and responses, reduced network congestion (due to fewer TCP connections), and reduced latency in subsequent requests (due to minimal handshaking). Any connection herein may use, or be based on, an HTTP persistent connection.

An Operating System (OS) is software that manages computer hardware resources and provides common services for computer programs. The operating system is an essential component of any system software in a computer system, and most application programs usually require an operating system to function. For hardware functions such as input and output and memory allocation, the operating system acts as an intermediary between programs and the computer hardware, although the application code is usually executed directly by the hardware and will frequently make a system call to an OS function or be interrupted by it. Common features typically supported by operating systems include process management, interrupts handling, memory management, file system, device drivers, networking (such as TCP/IP and UDP), and Input/Output (I/O) handling. Examples of popular modern operating systems include Android, BSD, iOS, Linux, OS X, QNX, Microsoft Windows, Windows Phone, and IBM z/OS.

A server device (in server/client architecture) typically offers information resources, services, and applications to clients, and is using a server dedicated or oriented operating system. Current popular server operating systems are based on Microsoft Windows (by Microsoft Corporation, headquartered in Redmond, Wash., U.S.A.), Unix, and Linux-based solutions, such as the 'Windows Server 2012' server operating system is part of the Microsoft 'Windows Server' OS family, that was released by Microsoft on 2012, providing enterprise-class datacenter and hybrid cloud solutions that are simple to deploy, cost-effective, application-focused, and user-centric, and is described in Microsoft publication entitled: "*Inside-Out Windows Server* 2012", by William R. Stanek, published 2013 by Microsoft Press, which is incorporated in its entirety for all purposes as if fully set forth herein.

Unix operating systems are widely used in servers. Unix is a multitasking, multiuser computer operating system that exists in many variants, and is characterized by a modular design that is sometimes called the "Unix philosophy," meaning the OS provides a set of simple tools that each perform a limited, well-defined function, with a unified filesystem as the main means of communication, and a shell scripting and command language to combine the tools to perform complex workflows. Unix was designed to be portable, multi-tasking and multi-user in a time-sharing configuration, and Unix systems are characterized by various concepts: the use of plain text for storing data; a hierarchical file system; treating devices and certain types of Inter-Process Communication (IPC) as files; and the use of a large number of software tools, small programs that can be strung together through a command line interpreter using pipes, as opposed to using a single monolithic program that includes all of the same functionality. Under Unix, the operating system consists of many utilities along with the master control program, the kernel. The kernel provides services to start and stop programs, handles the file system and other common "low level" tasks that most programs share, and schedules access to avoid conflicts when programs try to access the same resource or device simultaneously. To mediate such access, the kernel has special rights,

reflected in the division between user-space and kernel-space. Unix is described in a publication entitled: "UNIX Tutorial" by tutorialspoint.com, downloaded on July 2014, which is incorporated in its entirety for all purposes as if fully set forth herein.

A client device (in server/client architecture) typically receives information resources, services, and applications from servers, and is using a client dedicated or oriented operating system. Current popular server operating systems are based on Microsoft Windows (by Microsoft Corporation, headquartered in Redmond, Wash., U.S.A.), which is a series of graphical interface operating systems developed, marketed, and sold by Microsoft. Microsoft Windows is described in Microsoft publications entitled: "Windows Internals—Part 1" and "*Windows Internals—Part* 2", by Mark Russinovich, David A. Solomon, and Alex Ioescu, published by Microsoft Press in 2012, which are both incorporated in their entirety for all purposes as if fully set forth herein. Windows 8 is a personal computer operating system developed by Microsoft as part of Windows NT family of operating systems, that was released for general availability on October 2012, and is described in Microsoft Press 2012 publication entitled: "*Introducing Windows* 8—*An Overview for IT Professionals*" by Jerry Honeycutt, which is incorporated in its entirety for all purposes as if fully set forth herein.

Chrome OS is a Linux kernel-based operating system designed by Google Inc. out of Mountain View, Calif., U.S.A., to work primarily with web applications. The user interface takes a minimalist approach and consists almost entirely of just the Google Chrome web browser; since the operating system is aimed at users who spend most of their computer time on the Web, the only "native" applications on Chrome OS are a browser, media player and file manager, and hence the Chrome OS is almost a pure web thin client OS.

The Chrome OS is described as including a three-tier architecture: firmware, browser and window manager, and system-level software and userland services. The firmware contributes to fast boot time by not probing for hardware, such as floppy disk drives, that are no longer common on computers, especially netbooks. The firmware also contributes to security by verifying each step in the boot process and incorporating system recovery. The system-level software includes the Linux kernel that has been patched to improve boot performance. The userland software has been trimmed to essentials, with management by Upstart, which can launch services in parallel, re-spawn crashed jobs, and defer services in the interest of faster booting. The Chrome OS user guide is described in the Samsung Electronics Co., Ltd. presentation entitled: "*Google™ Chrome OS USER GUIDE*" published 2011, which is incorporated in its entirety for all purposes as if fully set forth herein.

A mobile operating system (also referred to as mobile OS), is an operating system that operates a smartphone, tablet, PDA, or other mobile device. Modern mobile operating systems combine the features of a personal computer operating system with other features, including a touchscreen, cellular, Bluetooth, Wi-Fi, GPS mobile navigation, camera, video camera, speech recognition, voice recorder, music player, near field communication and infrared blaster. Currently popular mobile OS are Android, Symbian, Apple iOS, BlackBerry, MeeGo, Windows Phone, and Bada. Mobile devices with mobile communications capabilities (e.g. smartphones) typically contain two mobile operating systems—the main user-facing software platform is supplemented by a second low-level proprietary real-time operating system which operates the radio and other hardware.

Android is an open source and Linux-based mobile operating system (OS) based on the Linux kernel that is currently offered by Google. With a user interface based on direct manipulation, Android is designed primarily for touchscreen mobile devices such as smartphones and tablet computers, with specialized user interfaces for televisions (Android TV), cars (Android Auto), and wrist watches (Android Wear). The OS uses touch inputs that loosely correspond to real-world actions, such as swiping, tapping, pinching, and reverse pinching to manipulate on-screen objects, and a virtual keyboard. Despite being primarily designed for touchscreen input, it also has been used in game consoles, digital cameras, and other electronics. The response to user input is designed to be immediate and provides a fluid touch interface, often using the vibration capabilities of the device to provide haptic feedback to the user. Internal hardware such as accelerometers, gyroscopes and proximity sensors are used by some applications to respond to additional user actions, for example adjusting the screen from portrait to landscape depending on how the device is oriented, or allowing the user to steer a vehicle in a racing game by rotating the device, simulating control of a steering wheel.

Android devices boot to the homescreen, the primary navigation and information point on the device, which is similar to the desktop found on PCs. Android homescreens are typically made up of app icons and widgets; app icons launch the associated app, whereas widgets display live, auto-updating content such as the weather forecast, the user's email inbox, or a news ticker directly on the homescreen. A homescreen may be made up of several pages that the user can swipe back and forth between, though Android's homescreen interface is heavily customizable, allowing the user to adjust the look and feel of the device to their tastes. Third-party apps available on Google Play and other app stores can extensively re-theme the homescreen, and even mimic the look of other operating systems, such as Windows Phone. The Android OS is described in a publication entitled: "*Android Tutorial*", downloaded from tutorialspoint.com on July 2014, which is incorporated in its entirety for all purposes as if fully set forth herein.

iOS (previously iPhone OS) from Apple Inc. (headquartered in Cupertino, Calif., U.S.A.) is a mobile operating system distributed exclusively for Apple hardware. The user interface of the iOS is based on the concept of direct manipulation, using multi-touch gestures. Interface control elements consist of sliders, switches, and buttons. Interaction with the OS includes gestures such as swipe, tap, pinch, and reverse pinch, all of which have specific definitions within the context of the iOS operating system and its multi-touch interface. Internal accelerometers are used by some applications to respond to shaking the device (one common result is the undo command) or rotating it in three dimensions (one common result is switching from portrait to landscape mode). The iOS is described in the publication entitled: "*IOS Tutorial*", downloaded from tutorialspoint.com on July 2014, which is incorporated in its entirety for all purposes as if fully set forth herein.

Operating systems: An Operating System (OS) is software that manages computer hardware resources and provides common services for computer programs. The operating system is an essential component of any system software in a computer system, and most application programs usually require an operating system to function. For hardware functions such as input and output and memory allocation, the operating system acts as an intermediary between programs

and the computer hardware, although the application code is usually executed directly by the hardware and will frequently make a system call to an OS function or be interrupted by it. Common features typically supported by operating systems include process management, interrupts handling, memory management, file system, device drivers, networking (such as TCP/IP and UDP), and Input/Output (I/O) handling. Examples of popular modern operating systems include Android, BSD, iOS, Linux, OS X, QNX, Microsoft Windows, Windows Phone, and IBM z/OS.

Process management: The operating system provides an interface between an application program and the computer hardware, so that an application program can interact with the hardware only by obeying rules and procedures programmed into the operating system. The operating system is also a set of services which simplify development and execution of application programs. Executing an application program involves the creation of a process by the operating system kernel which assigns memory space and other resources, establishes a priority for the process in multitasking systems, loads program binary code into memory, and initiates execution of the application program which then interacts with the user and with hardware devices. The OS must allocate resources to processes, enable processes to share and exchange information, protect the resources of each process from other processes, and enable synchronization among processes. The OS maintains a data structure for each process, which describes the state and resource ownership of that process, and which enables the OS to exert control over each process.

In many modern operating systems, there can be more than one instance of a program loaded in memory at the same time; for example, more than one user could be executing the same program, each user having separate copies of the program loaded into memory. With some programs, known as re-entrant type, it is possible to have one copy loaded into memory, while several users have shared access to it so that they each can execute the same program-code. The processor at any instant can only be executing one instruction from one program but several processes can be sustained over a period of time by assigning each process to the processor at intervals while the remainder become temporarily inactive. A number of processes being executed over a period of time instead of at the same time is called concurrent execution. A multiprogramming or multitasking OS is a system executing many processes concurrently. A multiprogramming requires that the processor be allocated to each process for a period of time, and de-allocated at an appropriate moment. If the processor is de-allocated during the execution of a process, it must be done in such a way that it can be restarted later as easily as possible.

There are two typical ways for an OS to regain control of the processor during a program's execution in order for the OS to perform de-allocation or allocation: The process issues a system call (sometimes called a software interrupt); for example, an I/O request occurs requesting to access a file on hard disk. Alternatively, a hardware interrupt occurs; for example, a key was pressed on the keyboard, or a timer runs out (used in pre-emptive multitasking). The stopping of one process and starting (or restarting) of another process is called a context switch or context change. In many modern operating systems, processes can consist of many sub-processes. This introduces the concept of a thread. A thread may be viewed as a sub-process; that is, a separate, independent sequence of execution within the code of one process. Threads are becoming increasingly important in the design of distributed and client-server systems and in software run on multi-processor systems.

Modes: Many contemporary processors incorporate a mode bit to define the execution capability of a program in the processor. This bit can be set to a kernel mode or a user mode. A kernel mode is also commonly referred to as supervisor mode, monitor mode or ring **0**. In kernel mode, the processor can execute every instruction in its hardware repertoire, whereas in user mode, it can only execute a subset of the instructions. Instructions that can be executed only in kernel mode are called kernel, privileged or protected instructions to distinguish them from the user mode instructions. For example, I/O instructions are privileged. So, if an application program executes in user mode, it cannot perform its own I/O, and must request the OS to perform I/O on its behalf. The system may logically extend the mode bit to define areas of memory to be used when the processor is in kernel mode versus user mode. If the mode bit is set to kernel mode, the process executing in the processor can access either the kernel or user partition of the memory. However, if user mode is set, the process can reference only the user memory space, hence two classes of memory are defined, the user space and the system space (or kernel, supervisor or protected space). In general, the mode bit extends the operating system's protection rights, and is set by the user mode trap instruction, also called a supervisor call instruction. This instruction sets the mode bit, and branches to a fixed location in the system space. Since only the system code is loaded in the system space, only the system code can be invoked via a trap. When the OS has completed the supervisor call, it resets the mode bit to user mode prior to the return.

Computer operating systems provide different levels of access to resources, and these hierarchical protection domains are often referred to as 'protection rings', and are used to protect data and functionality from faults (by improving fault tolerance) and malicious behaviour (by providing computer security). A protection ring is one of two or more hierarchical levels or layers of privilege within the architecture of a computer system. These levels may be hardware-enforced by some CPU architectures that provide different CPU modes at the hardware or microcode level. Rings are arranged in a hierarchy from most privileged (most trusted, usually numbered zero) to least privileged (least trusted, usually with the highest ring number). On most operating systems, kernel mode or 'Ring **0**' is the level with the most privileges and interacts most directly with the physical hardware such as the CPU and memory. Special gates between rings are provided to allow an outer ring to access an inner ring's resources in a predefined manner, as opposed to allowing arbitrary usage. Correctly gating access between rings can improve security by preventing programs from one ring or privilege level from misusing resources intended for programs in another. For example, spyware running as a user program in Ring **3** should be prevented from turning on a web camera without informing the user, since hardware access should be a Ring **1** function reserved for device drivers. Programs such as web browsers running in higher numbered rings must request access to the network, a resource restricted to a lower numbered ring.

Kernel: With the aid of the firmware and device drivers, the kernel provides the most basic level of control over all of the computer's hardware devices. It manages memory access for programs in the RAM, it determines which programs get access to which hardware resources, it sets up or resets the CPU's operating states for optimal operation at all times, and it organizes the data for long-term non-volatile

storage with file systems on such media as disks, tapes, flash memory, etc. The part of the system executing in kernel supervisor state is called the kernel, or nucleus, of the operating system. The kernel operates as trusted software, meaning that when it was designed and implemented, it was intended to implement protection mechanisms that could not be covertly changed through the actions of untrusted software executing in user space. Extensions to the OS execute in user mode, so the OS does not rely on the correctness of those parts of the system software for correct operation of the OS. Hence, a fundamental design decision for any function to be incorporated into the OS is whether it needs to be implemented in the kernel. If it is implemented in the kernel, it will execute in kernel (supervisor) space, and have access to other parts of the kernel. It will also be trusted software by the other parts of the kernel. If the function is implemented to execute in user mode, it will have no access to kernel data structures.

There are two techniques by which a program executing in user mode can request the kernel's services, namely 'System call' and 'Message passing'. Operating systems are typically with one or the other of these two facilities, but commonly not both. Assuming that a user process wishes to invoke a particular target system function, in the system call approach, the user process uses the trap instruction, so the system call should appear to be an ordinary procedure call to the application program; the OS provides a library of user functions with names corresponding to each actual system call. Each of these stub functions contains a trap to the OS function, and when the application program calls the stub, it executes the trap instruction, which switches the CPU to kernel mode, and then branches (indirectly through an OS table), to the entry point of the function which is to be invoked. When the function completes, it switches the processor to user mode and then returns control to the user process; thus simulating a normal procedure return. In the message passing approach, the user process constructs a message, that describes the desired service, and then it uses a trusted send function to pass the message to a trusted OS process. The send function serves the same purpose as the trap; that is, it carefully checks the message, switches the processor to kernel mode, and then delivers the message to a process that implements the target functions. Meanwhile, the user process waits for the result of the service request with a message receive operation. When the OS process completes the operation, it sends a message back to the user process.

Interrupts handling: Interrupts are central to operating systems, as they provide an efficient way for the operating system to interact with and react to its environment. Interrupts are typically handled by the operating system's kernel, and provide a computer with a way of automatically saving local register contexts, and running specific code in response to events. When an interrupt is received, the computer's hardware automatically suspends whatever program is currently running, saves its status, and runs computer code previously associated with the interrupt. When a hardware device triggers an interrupt, the operating system's kernel decides how to deal with this event, generally by running some processing code. The amount of code being run depends on the priority of the interrupt, and the processing of hardware interrupts is executed by a device driver, which may be either part of the operating system's kernel, part of another program, or both. Device drivers may then relay information to a running program by various means. A program may also trigger an interrupt to the operating system. For example, if a program wishes to access an hardware (such as a peripheral), it may interrupt the operating system's kernel, which causes control to be passed back to the kernel. The kernel will then process the request. If a program wishes additional resources (or wishes to shed resources) such as memory, it will trigger an interrupt to get the kernel's attention. Each interrupt has its own interrupt handler. The number of hardware interrupts is limited by the number of interrupt request (IRQ) lines to the processor, but there may be hundreds of different software interrupts. Interrupts are a commonly used technique for computer multitasking, especially in real-time computing systems, which are commonly referred to as interrupt-driven systems.

Memory management: A multiprogramming operating system kernel is responsible for managing all system memory which is currently in use by programs, ensuring that a program does not interfere with memory already in use by another program. Since programs time share, each program must have independent access to memory. Memory protection enables the kernel to limit a process' access to the computer's memory. Various methods of memory protection exist, including memory segmentation and paging. In both segmentation and paging, certain protected mode registers specify to the CPU what memory address it should allow a running program to access. Attempts to access other addresses will trigger an interrupt which will cause the CPU to re-enter supervisor mode, placing the kernel in charge. This is called a segmentation violation (or Seg-V), and the kernel will generally resort to terminating the offending program, and will report the error.

Memory management further provides ways to dynamically allocate portions of memory to programs at their request, and free it for reuse when no longer needed. This is critical for any advanced computer system where more than a single process might be underway at any time. Several methods have been devised that increase the effectiveness of memory management. Virtual memory systems separate the memory addresses used by a process from actual physical addresses, allowing separation of processes and increasing the effectively available amount of RAM using paging or swapping to secondary storage. The quality of the virtual memory manager can have an extensive effect on overall system performance.

File system: Commonly a file system (or filesystem) is used to control how data is stored and retrieved. By separating the data into individual pieces, and giving each piece a name, the information is easily separated and identified, where each piece of data is called a "file". The structure and logic rules used to manage the groups of information and their names is called a "file system". There are many different kinds of file systems. Each one has a different structure and logic, properties of speed, flexibility, security, size and more. Some file systems have been designed to be used for specific applications. For example, the ISO 9660 file system is designed specifically for optical discs. File systems can be used on many different kinds of storage devices. Some file systems are used on local data storage devices; others provide file access via a network protocol (for example, NFS, SMB, or 9P clients). Some file systems are "virtual", in that the "files" supplied are computed on request (e.g. procfs) or are merely a mapping into a different file system used as a backing store. The file system manages access to both the content of files and the metadata about those files. It is responsible for arranging storage space; reliability, efficiency, and tuning with regard to the physical storage medium are important design considerations.

A disk file system takes advantages of the ability of disk storage media to randomly address data in a short amount of

time. Additional considerations include the speed of accessing data following that initially requested and the anticipation that the following data may also be requested. This permits multiple users (or processes) access to various data on the disk without regard to the sequential location of the data. Examples include FAT (FAT12, FAT16, FAT32), exFAT, NTFS, HFS and HFS+, HPFS, UFS, ext2, ext3, ext4, XFS, btrfs, ISO 9660, Files-11, Veritas File System, VMFS, ZFS, ReiserFS and UDF. Some disk file systems are journaling file systems or versioning file systems.

TMPFS. TMPFS (or tmpfs) is a common name for a temporary file storage facility on many Unix-like operating systems. While intended to appear as a mounted file system, it is stored in volatile memory instead of a non-volatile storage device. A similar construction is a RAM disk, which appears as a virtual disk drive and hosts a disk file system. The tmpfs is typically a file system based on SunOS virtual memory resources, which does not use traditional non-volatile media to store file data; instead, tmpfs files exist solely in virtual memory maintained by the UNIX kernel. Because tmpfs file systems do not use dedicated physical memory for file data, but instead use VM system resources and facilities, they can take advantage of kernel resource management policies. Tmpfs is designed primarily as a performance enhancement to allow short-lived files to be written and accessed without generating disk or network I/O. Tmpfs maximizes file manipulation speed while preserving UNIX file semantics. It does not require dedicated disk space for files and has no negative performance impact. The tmpfs is described in a Sun Microsystem Inc. paper entitled: "*tmpfs: A Virtual Memory File System*" by Peter Snyder, downloaded on 7/2014, which is incorporated in its entirety for all purposes as if fully set forth herein.

Device drivers: A device driver is a specific type of computer software developed to allow interaction with hardware devices. Typically, this constitutes an interface for communicating with the device, through the specific computer bus or communications subsystem that the hardware is connected to, providing commands to and/or receiving data from the device, and on the other end, the requisite interfaces to the operating system and software applications. It is a specialized hardware-dependent computer program which is also operating system specific that enables another program, typically an operating system or applications software package or computer program running under the operating system kernel, to interact transparently with a hardware device, and usually provides the requisite interrupt handling necessary for any necessary asynchronous time-dependent hardware interfacing needs.

Networking: Most operating systems support a variety of networking protocols, hardware, and applications for using them, allowing computers running dissimilar operating systems to participate in a common network, for sharing resources such as computing, files, printers, and scanners, using either wired or wireless connections. Networking can essentially allow a computer's operating system to access the resources of a remote computer, to support the same functions as it could if those resources were connected directly to the local computer. This includes everything from simple communication, to using networked file systems, or sharing another computer's graphics or sound hardware. Some network services allow the resources of a computer to be accessed transparently, such as SSH, which allows networked users direct access to a computer's command line interface. A client/server networking allows a program on a computer, called a client, to connect via a network to another computer, called a server. Servers offer (or host) various services to other network computers and users. These services are usually provided through ports or numbered access points beyond the server's network address. Each port number is usually associated with a maximum of one running program, which is responsible for handling requests to that port. A daemon, being a user program, can in turn access the local hardware resources of that computer by passing requests to the operating system kernel.

Input/Output (I/O) handling: An input/output (or I/O) is the communication between an information processing system (such as a computer) and the outside world, possibly a human or other information processing system. The inputs are typically the signals or data received by the system, and the outputs are the signals or data sent from it. I/O devices may be used by a person (or other system) to communicate with a computer. For instance, a keyboard or a mouse may be an input device for a computer, while monitors and printers are considered output devices for a computer. Devices for communication between computers, such as modems and network cards, typically serve for both input and output.

User interface: Every computer that is to be operated by a human being requires a user interface, usually referred to as a 'shell', and is essential if human interaction is to be supported. The user interface views the directory structure and requests services from the operating system that will acquire data from input hardware devices, such as a keyboard, mouse or credit card reader, and requests operating system services to display prompts, status messages and such on output hardware devices, such as a video monitor or printer. The two most common forms of a user interface have historically been the command-line interface, where computer commands are typed out line-by-line, and the Graphical User Interface (GUI), where a visual environment (most commonly a WIMP) is present. Typically the GUI is integrated into the kernel, allowing the GUI to be more responsive by reducing the number of context switches required for the GUI to perform its output functions.

WDM. The Windows Driver Model (WDM), also known as the Win32 Driver Model, is a standard model defining a framework for device drivers specified by Microsoft, providing unified driver models. The WDM model is based on WDM drivers that are layered in a complex hierarchy and communicate with each other via I/O Request Packets (IRPs). The WDM was introduced with Windows 98 and Windows 2000 to replace VxD which was used on older versions of Windows such as Windows 95 and Windows 3.1, as well as the Windows NT Driver Model, and WDM drivers are usable on all of Microsoft's operating systems of Windows 95 and later. The WDM is described in the publication entitled: "*Microsoft Windows Driver Model* (*WDM*)", by Mohamad (Hani) Atassy, submitted to Dr. Dennis R. Hafermann dated Jan. 28, 2002, and in publication entitled: "*A Comparison of the Linux and Windows Device Driver Architecture*", by Melekam Tsegaye and Ricahrd Foss, both from Rhodes University, South-Africa, downloaded from the Internet on 7/2014, both are incorporated in their entirety for all purposes as if fully set forth herein.

A general schematic view of the WDM architecture **430** is shown on FIG. **3**. In the example shown, three applications designated as application #**1** **431***a*, application #**2** **431***b*, and application #**3** **431***c*, are accessing three peripheral hardware devices, designated as peripheral #**1** **439***a*, peripheral #**2** **439***b*, and peripheral #**3** **439***c*. The model involves three layers. The lower layer is the hardware layer **50***c*, which includes the hardware devices and peripherals, accessed by the processor (such as processor **27**) via the

hardware bus **430***d*, which may correspond to internal bus **13** shown in FIG. **1**. The highest layer is a 'user space' layer **430***a*, corresponding to the user mode nd to the higher 'ring' layers such as Ring **3**, and is relating to the space is the memory area where application software and some drivers execute. The kernel of the operating system provides the services as part of a 'kernel space' layer **430***b*, serving as an intermediate layer between the user space layer **430***a* and the hardware layer **430***c*. The kernel space **430***b* operates in a highly privileged hierarchical protection domain, and is strictly reserved for running privileged kernel, kernel extensions, and most device drivers, and is typically corresponding to the kernel mode and to the 'ring-**0**' layer (in x86 processors). The kernel mode may be supported by the processor hardware, or may be supported by a code segment level.

The user mode applications (such as application #**1** **431***a*, application #**2** **431***b*, and application #**3** **431***c*) access the kernel space **430***b* by the invoking of system calls respectively denoted as connections **432***a*, **432***b* and **432***c*. Typically, such system calls are processed via intermediating entity known as Windows API, such as a Win32 API **433**, which access the kernel space **430***b* via a standard messaging **434**. The Win32 API **433** is an example of a Windows API (informally WinAPI), which is Microsoft's core set of Application Programming Interfaces (APIs) available in the Microsoft Windows operating systems. Almost all Windows programs interact with the Windows API; on the Windows NT line of operating systems, a small number (such as programs started early in the Windows startup process) uses the Native API. Supporting for developers is in the form of the Windows Software Development Kit (SDK), providing documentation and tools necessary to build software based upon the Windows API and associated Windows interfaces. The Win32 API **433** is the 32-bit API for modern versions of Windows, and consists of functions implemented, as with Win16, in system DLLs. The core DLLs of the Win32 include the kernel32.dll, user32.dll, and gdi32.dll. The Win32 API is described in the tutorial entitled: "*Welcome to Version* 2.0 *of the Win*32 *API Tutorial*" by Prof. M. Saeed, published by Brook Miles, downloaded from the Internet on 7/2014, which is incorporated in its entirety for all purposes as if fully set forth herein.

System calls provide an essential interface between a process and the operating system. A system call is how a program requests a service from an operating system's kernel. This may include hardware related services (e.g., accessing the hard disk), creating and executing new processes, and communicating with integral kernel services (such as scheduling). A system call is typically processed in the kernel mode, which is accomplished by changing the processor execution mode to a more privileged one. The hardware sees the world in terms of the execution mode according to the processor status register, and processes are an abstraction provided by the operating system. A system call does not require a context switch to another process, it is processed in the context of whichever process invoked it. The system calls are often executed via traps or interrupts; that automatically puts the CPU into some required privilege level, and then passes control to the kernel, which determines whether the calling program should be granted the requested service. If the service is granted, the kernel executes a specific set of instructions over which the calling program has no direct control, returns the privilege level to that of the calling program, and then returns control to the calling program. Implementing system calls requires a control transfer, which involves some sort of architecture-specific feature.

System calls can be roughly grouped into five major categories: Process control, such as load, execute, create/terminate process, get/set process attributes, wait for time, wait event, and signal event; file management, such as request/release device, create/delete file, open/close file, read/write/reposition file, and get/set file attributes; device management, such as read/write/reposition device, get/set device attributes, and logically attach/detach devices; information maintenance, such as get/set time or date, get/set system data, and get/set process, file, or device attributes; and communication such as create, delete communication connection, transfer status information, and attach or detach remote devices.

The system calls are commonly handled by the I/O manager **435***b*, which allows devices to communicate with user-mode subsystems. It translates user-mode read and write commands into read or write IRPs which it passes to device drivers. It accepts file system I/O requests and translates them into device specific calls, and can incorporate low-level device drivers that directly manipulate hardware to either read input or write output. It also includes a cache manager to improve disk performance by caching read requests and write to the disk in the background. The I/O manager **435***b* may interface the power manager **435***c*, which deals with power events (power-off, stand-by, hibernate, etc.) and notifies affected drivers with special IRPs (Power IRPs).

The PnP manager **435***a* handles 'Plug and Play' and supports device detection and installation at boot time. It also has the responsibility to stop and start devices on demand, that can happen when a bus (such as USB or FireWire) gains a new device and needs to have a device driver loaded to support it. The PnP manager **435***a* may be partly implemented in user mode, in the Plug and Play Service, which handles the often complex tasks of installing the appropriate drivers, notifying services and applications of the arrival of new devices, and displaying GUI to the user.

I/O Request Packets (IRPs) are kernel mode structures that are used to communicate with each other and with the operating system. They are data structures that describe I/O requests, to a driver, all of these parameters (such as buffer address, buffer size, I/O function type, etc.) are passed via a single pointer to this persistent data structure. The IRP with all of its parameters can be put on a queue if the I/O request cannot be performed immediately. I/O completion is reported back to the I/O manager by passing its address to a routine for that purpose, IoCompleteRequest. The IRP may be repurposed as a special kernel APC object if such is required to report completion of the I/O to the requesting thread. IRPs are typically created by the I/O Manager in response to I/O requests from user mode. However, IRPs are sometimes created by the plug-and-play manager, power manager, and other system components, and can also be created by drivers and then passed to other drivers.

The WDM uses kernel-mode device drivers to enable it to interact with hardware devices, where each of the drivers has well defined system routines and internal routines that it exports to the rest of the operating system. DriverEntry is the first routine called after a driver is loaded, and is responsible for initializing the driver. All devices are seen by user mode code as a file object in the I/O manager, though to the I/O manager itself the devices are seen as device objects, which it defines as either file, device or driver objects. The drivers may be aggregated as a driver stack **436**, including kernel

mode drivers in three levels: highest level drivers **436***a*, intermediate drivers **436***b*, and low level drivers **436***c*. The highest level drivers **436***a*, such as file system drivers for FAT and NTFS, rely on the intermediate drivers **436***b*, which consist of function drivers or main driver for a device, that are optionally sandwiched between lower and higher level filter drivers. The highest level drivers typically know how files are represented on disk, but not the details of how to actually fetch the data, the intermediate level drivers process the requests from the highest level driver by breaking down a large request into a series of small chunks. The function driver commonly possesses the details relating to how the hardware of the peripheral works, typically relies on a bus driver, or a driver that services a bus controller, adapter, or bridge, which can have an optional bus filter driver that sits between itself and the function driver. For example, a PCI bus driver detects the PCI-slot plugged card or hardware, and determines the I/O-mapped or the memory-mapped connection with the host. Intermediate drivers **436***b* rely on the low level drivers **436***c* to function. The lowest level drivers **436***c* are either legacy device drivers that control a device directly, or can be a PnP hardware bus. These lower level drivers **436***c* directly control hardware and do not rely on any other drivers. The I/O manager **435***c* communicate with the high-level driver **436***a* using IRP **437***a*, the high-level driver **436***a* communicate with the intermediate level driver **436***b* using IRP **437***b*, the intermediate level driver **436***b* communicate with the low-level driver **436***c* using IRP **437***c*, and the low-level driver **436***b* communicate with the HAL **438** using IRP **437***d*.

WDM drivers can be classified into the following types and sub-types: Device function drivers, bus drivers, and filter drivers. A function driver is the main driver for a device. A function driver is typically written by the device vendor and is required (unless the device is being used in raw mode). A function driver can service one or more devices. Miniport drivers are a type of function drivers for interfaces such as USB, audio, SCSI and network adapters. They are hardware specific, but the control access to the hardware is through a specific bus class driver. Class drivers are a type of function drivers and can be thought of as built-in framework drivers that miniport and other class drivers can be built on top of. The class drivers provide interfaces between different levels of the WDM architecture. Common functionality between different classes of drivers can be written into the class driver and used by other class and miniport drivers. The lower edge of the class driver will have its interface exposed to the miniport driver, while the upper edge of top level class drivers is operating system specific. Class drivers can be dynamically loaded and unloaded at will. They can do class specific functions that are not hardware or bus-specific (with the exception of bus-type class drivers) and in fact sometimes only do class specific functions such as enumeration.

A bus driver services a bus controller, adapter, or bridge. Microsoft provides bus drivers for most common buses, such as Advanced configuration and Power Interface (ACPI), Peripheral Component Interconnect (PCI), PnPISA, SCSI, Universal Serial Bus (USB), and FireWire. A bus driver can service more than one bus if there is more than one bus of the same type on the machine. The ACPI bus driver interacts with the ACPI BIOS to enumerate the devices in the system and control their power use, the PCI bus driver (such as pci.sys) enumerates and configures devices connected via the PCI bus, the FireWire and the USB bus driver respectively enumerates and controls devices connected via the IEEE 1394 high speed bus and the USB. The stream class driver provides a basic processing supporting high bandwidth, time critical, and video and audio data related hardware, and uses minidrivers for interfacing the actual hardware, and hard-disk, floppies, CDs, and DVDs are interfaces using SCSI and CDROM/DVD class driver. The Human Input Device (HID) provides an abstract view of input devices, and the Still Image Architecture (SIA) class driver is used to obtain content from a scanner and a still camera, using minidrivers. For example, accessing an hard disk (such as HDD **30**) involves a file system driver as high-level driver, a volume manager driver as intermediate level driver, and a disk driver as a low-level driver.

Filter drivers are optional drivers that add value to or modify the behavior of a device and may be non-device drivers. A filter driver can also service one or more devices. Upper level filter drivers sit above the primary driver for the device (the function driver), while lower level filter drivers sit below the function driver and above the bus driver. A driver service is a type of kernel-level filter driver implemented as a Windows service that enables applications to work with devices.

The Hardware Abstraction Layer **438**, or HAL, is a layer between the physical hardware layer **430***c* of the computer and the rest of the operating system. It was designed to hide differences in hardware and therefore provide a consistent platform on which the kernel is run. The HAL **438** includes hardware-specific code that controls I/O interfaces, interrupt controllers and multiple processors. Typically the particular hardware abstraction does not involve abstracting the instruction set, which generally falls under the wider concept of portability. Abstracting the instruction set, when necessary (such as for handling the several revisions to the x86 instruction set, or emulating a missing math coprocessor), is performed by the kernel, or via platform virtualization.

Linux is a Unix-like and mostly POSIX-compliant computer operating system assembled under the model of free and open source software development and distribution. The defining component of Linux is the Linux kernel, an operating system kernel first released on 5 Oct. 1991 by Linus Torvalds. Linux was originally developed as a free operating system for Intel x86-based personal computers, but has since been ported to more computer hardware platforms than any other operating system. Linux also runs on embedded systems such as mobile phones, tablet computers, network routers, facility automation controls, televisions, and video game consoles. Android, which is a widely used operating system for mobile devices, is built on top of the Linux kernel. Typically, Linux is packaged in a format known as a Linux distribution for desktop and server use.

Linux distributions include the Linux kernel, supporting utilities and libraries and usually a large amount of application software to fulfill the distribution's intended use. A Linux-based system is a modular Unix-like operating system. Such a system uses a monolithic kernel, the Linux kernel, which handles process control, networking, and peripheral and file system access. Device drivers are either integrated directly with the kernel or added as modules loaded while the system is running. Some components of an installed Linux system are a bootloader, for example GNU GRUB or LILO, which is executed by the computer when it is first turned on, and loads the Linux kernel into memory; an init program, which is the first process launched by the Linux kernel, and is at the root of the process tree, and starts processes such as system services and login prompts (whether graphical or in terminal mode); Software libraries

which contain code which can be used by running processes; and user interface programs such as command shells or windowing environments. A version of Linux is described, for example, in IBM Corporation (headquartered in Armonk, N.Y., U.S.A.) publication No. SC34-2597-03 entitled: "*Device Drivers, Features, and Commands on Red Hat Exterprise Linux* 6.3", downloaded from the Internet on 7/2014, which is incorporated in its entirety for all purposes as if fully set forth herein.

The general schematic Linux driver architecture **450** is shown in FIG. **3***a*, and the Linux kernel is further described in Wiley Publishing, Inc. publication entitled: "*Professional Linux Kernel Architecture*", by Wofgang Mauerer published 2008, and Linux programming is described in the book entitled: "*The Linux Kernel Module Programming Guide*" ver. 2.6.4 by Peter Jay Salzman, Michael Burian, and Ori Pomerantz, dated May 18, 2007, and in the publication entitled: "*A Comparison of the Linux and Windows Device Driver Architecture*", by Melekam Tsegaye and Richard Foss, both from Rhodes University, South-Africa, downloaded from the Internet on 7/2014, which are all incorporated in their entirety for all purposes as if fully set forth herein.

Similar to the WDM **430** shown in FIG. **3**, the Linux kernel involves a 'System Call Interface' **453**, receiving system calls **452***a*, **452***b*, and **452***c* from the respective applications such as an application #**1 431***a*, an application #**2 431***b*, and an application #**3 431***c*, and serves as the denomination for the entirety of all implemented and available system calls in a kernel. The Linux kernel is based on a layered modules stack **454**, which may include three levels of modules, such as module #**1 454***a*, module #**2 454***b*, and module #**3 454***c*, where the module #**1 454***a* communicate over connection **455***a* with the system call interface **453**, the module #**2 454***b* communicates with the module #**1 454***a* over connection **455***b*, the module #**3 454***c* communicates over the connection **455***c* with the module #**2 454***b* and over a connection **455***d* with the HAL **438**.

Similar to the WDM **430** shown in FIG. **3**, the Linux kernel shown as the arrangement **450** in FIG. **3***a*, is using the concept of layered architecture of a modules stack **454**, which may comprise module #**1 454***a*, module #**2 454***b*, and module #**3 454***c*, communicating using messaging mechanism, such as a connection **455***a* between the system call interface **453** and the module #**1 454***a*, a connection **455***b* between the module #**1 454***a* and the module #**2 454***b*, a connection **455***c* between the module #**2 454***b* and the module #**3 454***c*, and a connection **455***d* between the module #**3 454***c* and the HAL **438**.

The modules in the modules stack **454**, typically referred to as Loadable Kernel Modules (or LKM), are object files that contain code to extend the running Linux kernel, or so-called base kernel. LKMs are typically used to add support for new hardware and/or filesystems, or for adding system calls. When the functionality provided by a LKM is no longer required, it can be unloaded in order to free memory and other resources. Loadable kernel modules in Linux are located in /lib/modules and have had the extension '.ko' ("kernel object") since version 2.6 (previous versions used the .o extension), and are loaded (and unloaded) by the modprobe command. The lsmod command lists the loaded kernel modules. In emergency cases, when the system fails to boot (due to e.g. broken modules), specific modules can be enabled or disabled by modifying the kernel boot parameters list (for example, if using GRUB, by pressing 'e' in the GRUB start menu, then editing the kernel parameter line). Linux allows disabling module loading via sysctl option /proc/sys/kernel/modules_disabled. An initramfs system may load specific modules needed for a machine at boot and then disable module loading.

A web browser (commonly referred to as a browser) is a software application for retrieving, presenting, and traversing information resources on the World Wide Web. An information resource is identified by a Uniform Resource Identifier (URI/URL) and may be part of a web page, a web-page, an image, a video, or any other piece of content. Hyperlinks present in resources enable users easily to navigate their browsers to related resources. Although browsers are primarily intended to use the World Wide Web, they can also be used to access information provided by web servers in private networks or files in file systems. The primary purpose of a web browser is to bring information resources to the user ("retrieval" or "fetching"), allowing them to view the information ("display", "rendering"), and then access other information ("navigation", "following links"). Currently the major web browsers are known as Firefox, Internet Explorer, Google Chrome, Opera, and Safari.

The process begins when the user inputs a Uniform Resource Locator (URL), for example 'http://en.wikipedia.org/', into the browser. The prefix of the URL, the Uniform Resource Identifier or URI, determines how the URL will be interpreted. The most commonly used kind of URI starts with http: and identifies a resource to be retrieved over the Hypertext Transfer Protocol (HTTP). Many browsers also support a variety of other prefixes, such as https: for HTTPS, ftp: for the File Transfer Protocol, and file: for local files. Prefixes that the web browser cannot directly handle are often handed off to another application entirely. For example, mailto: URIs are usually passed to the user's default e-mail application, and news: URIs are passed to the user's default newsgroup reader. In the case of http, https, file, and others, once the resource has been retrieved the web browser will display it. HTML and associated content (image files, formatting information such as CSS, etc.) is passed to the browser's layout engine to be transformed from markup to an interactive document, a process known as "rendering". Aside from HTML, web browsers can generally display any kind of content that can be part of a web page. Most browsers can display images, audio, video, and XML files, and often have plug-ins to support Flash applications and Java applets. Upon encountering a file of an unsupported type or a file that is set up to be downloaded rather than displayed, the browser prompts the user to save the file to disk. Information resources may contain hyperlinks to other information resources. Each link contains the URI of a resource to go to. When a link is clicked, the browser navigates to the resource indicated by the link's target URI, and the process of bringing content to the user begins again. The architecture of a web browser is described in the publication entitled: "Architecture and evolution of the modern web browser" by Alan Grosskurth and Michael W. Godfrey of the University of Waterloo in Canada, dated Jun. 20, 2006, which is incorporated in its entirety for all purposes as if fully set forth herein.

A currently popular web browser is the Internet Explorer (formerly Microsoft Internet Explorer and Windows Internet Explorer, commonly abbreviated IE or MSIE) from Microsoft Corporation, headquartered in Redmond, Wash., U.S.A., which is a series of graphical web browsers developed by Microsoft and included as part of the Microsoft Windows line of operating systems. The Internet Explorer 8 is described, for example, in Microsoft 2009 publication entitled: "*Step by Step Tutorials for Microsoft Internet Explorer* 8 *Accessibility Options*", which is incorporated in

its entirety for all purposes as if fully set forth herein. Another popular web browser is the Google Chrome which is a freeware web browser developed by Google, heagquartered in Googleplex, Mountain View, Calif., U.S.A. Google Chrome aims to be secure, fast, simple, and stable, providing strong application performance and JavaScript processing speed.

A mobile browser, also called a microbrowser, minibrowser, or Wireless Internet Browser (WIB), is a web browser designed for use on a mobile device such as a mobile phone or PDA. Mobile browsers are optimized so as to display Web content most effectively for small screens on portable devices. Mobile browser software must be small and efficient to accommodate the low memory capacity and low-bandwidth of wireless handheld devices. Some mobile browsers can handle more recent technologies like CSS 2.1, JavaScript, and Ajax. Websites designed for access from these browsers are referred to as wireless portals or collectively as the Mobile Web. They may automatically create "mobile" versions of each page, for example this one

The mobile browser typically connects via cellular network, via Wireless LAN, or via other wireless networks, and are using standard HTTP over TCP/IP, and displays web pages written in HTML, XHTML Mobile Profile (WAP 2.0), or WML (which evolved from HDML). WML and HDML are stripped-down formats suitable for transmission across limited bandwidth, and wireless data connection called WAP. WAP 2.0 specifies XHTML Mobile Profile plus WAP CSS, subsets of the W3C's standard XHTML and CSS with minor mobile extensions. Some mobile browsers are full-featured Web browsers capable of HTML, CSS, ECMAScript, as well as mobile technologies such as WML, i-mode HTML, or cHTML. To accommodate small screens, some mobile browsers use Post-WIMP interfaces. An example of a mobile browser is Safari, which is a mobile web browser developed by Apple Inc. (headquartered in Apple Campus, Cupertino, Calif., U.S.A.), included with the OS X and iOS operating systems, and described in Apple publication entitled: "Safari Web Content Guide", dated March 2014, which is incorporated in its entirety for all purposes as if fully set forth herein.

FIG. **1** shows a block diagram that illustrates a system **10** including a computer system **11** and the associated Internet **113** connection. Such configuration is typically used for computers (hosts) connected to the Internet **113** and executing a server or a client (or a combination) software. The system **11** may be used as a portable electronic device such as a notebook/laptop computer, a media player (e.g., MP3 based or video player), a desktop computer, a laptop computer, a cellular phone, a Personal Digital Assistant (PDA), an image processing device (e.g., a digital camera or video recorder), and/or any other handheld or fixed location computing devices, or a combination of any of these devices. Note that while FIG. **1** illustrates various components of a computer system, it is not intended to represent any particular architecture or manner of interconnecting the components; as such details are not germane. It will also be appreciated that network computers, handheld computers, cell phones and other data processing systems which have fewer components or perhaps more components may also be used. The computer system of FIG. **1** may, for example, be an Apple Macintosh computer or Power Book, or an IBM compatible PC. The computer system **11** includes a bus **13**, an interconnect, or other communication mechanism for communicating information, and a processor **27**, commonly in the form of an integrated circuit, coupled to the bus **13** for processing information and for executing the computer executable instructions. Computer system **11** also includes a main memory **122**, such as a Random Access Memory (RAM) or other dynamic storage device, coupled to bus **13** for storing information and instructions to be executed by processor **27**. Main memory **122** also may be used for storing temporary variables or other intermediate information during execution of instructions to be executed by processor **27**. The computer system **11** further includes a Read Only Memory (ROM) **25***b* (or other non-volatile memory) or other static storage device coupled to the bus **13** for storing static information and instructions for the processor **27**. A storage device **25***c*, such as a magnetic disk or optical disk, a hard disk drive (HDD) for reading from and writing to a hard disk, a magnetic disk drive for reading from and writing to a magnetic disk, and/or an optical disk drive (such as DVD) for reading from and writing to a removable optical disk, is coupled to bus **13** for storing information and instructions. The hard disk drive, magnetic disk drive, and optical disk drive may be connected to the system bus by a hard disk drive interface, a magnetic disk drive interface, and an optical disk drive interface, respectively. The drives and their associated computer-readable media provide non-volatile storage of computer readable instructions, data structures, program modules and other data for the general purpose computing devices. Typically, the computer system **11** includes an Operating System (OS) stored in a non-volatile storage for managing the computer resources and provides the applications and programs with an access to the computer resources and interfaces. An operating system commonly processes system data and user input, and responds by allocating and managing tasks and internal system resources, such as controlling and allocating memory, prioritizing system requests, controlling input and output devices, facilitating networking and managing files. Non-limiting examples of operating systems are Microsoft Windows, Mac OS X, and Linux.

The term "processor" is used herein to include, but not limited to, any integrated circuit or other electronic device (or collection of devices) capable of performing an operation on at least one instruction, including, without limitation, Reduced Instruction Set Core (RISC) processors, CISC microprocessors, Microcontroller Units (MCUs), CISC-based Central Processing Units (CPUs), and Digital Signal Processors (DSPs). The hardware of such devices may be integrated onto a single substrate (e.g., silicon "die"), or distributed among two or more substrates. Furthermore, various functional aspects of the processor may be implemented solely as software or firmware associated with the processor.

The computer system **11** may be coupled via a bus **13** to a display **17**, such as a Cathode Ray Tube (CRT), a Liquid Crystal Display (LCD), a flat screen monitor, a touch screen monitor or similar means for displaying text and graphical data to a user. The display may be connected via a video adapter for supporting the display. The display allows a user to view, enter, and/or edit information that is relevant to the operation of the system. An input device **18**, including alphanumeric and other keys, is coupled to the bus **13** for communicating information and command selections to the processor **27**. Another type of user input device is a cursor control **19**, such as a mouse, a trackball, or cursor direction keys for communicating direction information and command selections to the processor **27** and for controlling cursor movement on the display **17**. This input device typically has two degrees of freedom in two axes, a first axis (e.g., x) and a second axis (e.g., y), that allows the device to specify positions in a plane.

The computer system **11** may be used for implementing the methods and techniques described herein. According to one embodiment, those methods and techniques are performed by the computer system **11** in response to the processor **27** executing one or more sequences of one or more instructions contained in a main memory **25***a*. Such instructions may be read into the main memory **25***a* from another computer-readable medium, such as a storage device **123**. Execution of the sequences of instructions contained in the main memory **25***a* causes the processor **27** to perform the process steps described herein. In alternative embodiments, hard-wired circuitry may be used in place of or in combination with software instructions to implement the arrangement. Thus, embodiments of the invention are not limited to any specific combination of hardware circuitry and software.

The term "computer-readable medium" (or "machine-readable medium") is used herein to include, but not limited to, any medium or any memory, that participates in providing instructions to a processor, (such as the processor **27**) for execution, or any mechanism for storing or transmitting information in a form readable by a machine (e.g., a computer). Such a medium may store computer-executable instructions to be executed by a processing element and/or control logic, and data which is manipulated by a processing element and/or control logic, and may take many forms, including but not limited to, non-volatile medium, volatile medium, and transmission medium. Transmission media includes coaxial cables, copper wire and fiber optics, including the wires that comprise the bus **13**. Transmission media can also take the form of acoustic or light waves, such as those generated during radio-wave and infrared data communications, or other form of propagating signals (e.g., carrier waves, infrared signals, digital signals, etc.). Common forms of computer-readable media include, for example, a floppy disk, a flexible disk, hard disk, magnetic tape, or any other magnetic medium, a CD-ROM, any other optical medium, punch-cards, paper-tape, any other physical medium with patterns of holes, a RAM, a PROM, and EPROM, a FLASH-EPROM, any other memory chip or cartridge, a carrier wave as described hereinafter, or any other medium from which a computer can read.

Various forms of computer-readable media may be involved in carrying one or more sequences of one or more instructions to processor **27** for execution. For example, the instructions may initially be carried on a magnetic disk of a remote computer. The remote computer can load the instructions into its dynamic memory and send the instructions over a telephone line using a modem. A modem local to the computer system **11** can receive the data on the telephone line and use an infrared transmitter to convert the data to an infrared signal. An infrared detector can receive the data carried in the infrared signal and appropriate circuitry can place the data on the bus **13**. The bus **13** carries the data to the main memory **25***a*, from which the processor **27** retrieves and executes the instructions. The instructions received by the main memory **25***a* may optionally be stored on the storage device **25***c* either before or after execution by the processor **27**.

The computer system **11** commonly includes a communication interface **29** coupled to the bus **13**. The communication interface **29** provides a two-way data communication coupling to a network link **28** that is connected to a local network **14**. For example, the communication interface **29** may be an Integrated Services Digital Network (ISDN) card or a modem to provide a data communication connection to a corresponding type of telephone line. As another non-limiting example, the communication interface **29** may be a local area network (LAN) card to provide a data communication connection to a compatible LAN. For example, Ethernet based connection based on IEEE802.3 standard may be used, such as 10/100BaseT, 1000BaseT (gigabit Ethernet), 10 gigabit Ethernet (10 GE or 10 GbE or 10 GigE per IEEE Std. 802.3ae-2002as standard), 40 Gigabit Ethernet (40 GbE), or 100 Gigabit Ethernet (100 GbE as per Ethernet standard IEEE P802.3ba). These technologies are described in Cisco Systems, Inc. Publication number 1-587005-001-3 (6/99), "*Internetworking Technologies Handbook*", Chapter 7: "Ethernet Technologies", pages 7-1 to 7-38, which is incorporated in its entirety for all purposes as if fully set forth herein. In such a case, the communication interface **29** typically includes a LAN transceiver or a modem, such as Standard Microsystems Corporation (SMSC) LAN91C111 10/100 Ethernet transceiver, described in a Standard Microsystems Corporation (SMSC) data-sheet "*LAN91C111 10/100 Non-PCI Ethernet Single Chip MAC+PHY*" Data-Sheet, Rev. 15 (Feb. 20, 2004), which is incorporated in its entirety for all purposes as if fully set forth herein.

The Internet **113** is a global system of interconnected computer networks that use the standardized Internet Protocol Suite (TCP/IP), including Transmission Control Protocol (TCP) and the Internet Protocol (IP), to serve billions of users worldwide. It is a network of networks that consists of millions of private, public, academic, business, and government networks, of local to global scope, that are linked by a broad array of electronic and optical networking technologies. The Internet carries a vast range of information resources and services, such as the interlinked hypertext documents on the World Wide Web (WWW) and the infrastructure to support electronic mail. The Internet backbone refers to the principal data routes between large, strategically interconnected networks and core routers in the Internet. These data routes are hosted by commercial, government, academic and other high-capacity network centers, the Internet exchange points and network access points that interchange Internet traffic between the countries, continents and across the oceans of the world. Traffic interchange between Internet service providers (often Tier 1 networks) participating in the Internet backbone exchange traffic by privately negotiated interconnection agreements, primarily governed by the principle of settlement-free peering.

An Internet Service Provider (ISP) **12** is an organization that provides services for accessing, using, or participating in the Internet **113**. Internet Service Providers may be organized in various forms, such as commercial, community-owned, non-profit, or otherwise privately owned. Internet services typically provided by ISPs include Internet access, Internet transit, domain name registration, web hosting, and colocation. Various ISP Structures are described in Chapter 2*: "Structural Overview of ISP Networks*" of the book entitled: "*Guide to Reliable Internet Services and Applications*", by Robert D. Doverspike, K. K. Ramakrishnan, and Chris Chase, published 2010 (ISBN: 978-1-84882-827-8), which is incorporated in its entirety for all purposes as if fully set forth herein.

A mailbox provider is an organization that provides services for hosting electronic mail domains with access to storage for mailboxes. It provides email servers to send, receive, accept, and store email for end users or other organizations. Internet hosting services provide email, web-hosting, or online storage services. Other services include virtual server, cloud services, or physical server operation. A virtual ISP (VISP) is an operation that purchases services

from another ISP, sometimes called a wholesale ISP in this context, which allow the VISP's customers to access the Internet using services and infrastructure owned and operated by the wholesale ISP. It is akin to mobile virtual network operators and competitive local exchange carriers for voice communications. A Wireless Internet Service Provider (WISP) is an Internet service provider with a network based on wireless networking. Technology may include commonplace Wi-Fi wireless mesh networking, or proprietary equipment designed to operate over open 900 MHz, 2.4 GHz, 4.9, 5.2, 5.4, 5.7, and 5.8 GHz bands or licensed frequencies in the UHF band (including the MMDS frequency band) and LMDS.

ISPs may engage in peering, where multiple ISPs interconnect at peering points or Internet exchange points (IXs), allowing routing of data between each network, without charging one another for the data transmitted—data that would otherwise have passed through a third upstream ISP, incurring charges from the upstream ISP. ISPs requiring no upstream and having only customers (end customers and/or peer ISPs), are referred to as Tier 1 ISPs.

A multitasking is a method where multiple tasks (also known as processes or programs) are performed during the same period of time—they are executed concurrently (in overlapping time periods, new tasks starting before others have ended) instead of sequentially (one completing before the next starts). The tasks share common processing resources, such as a CPU and main memory. Multitasking does not necessarily mean that multiple tasks are executing at exactly the same instant. In other words, multitasking does not imply parallelism, but it does mean that more than one task can be part-way through execution at the same time, and more than one task is advancing over a given period of time.

In the case of a computer with a single CPU, only one task is said to be running at any point in time, meaning that the CPU is actively executing instructions for that task. Multitasking solves the problem by scheduling which task may be the one running at any given time, and when another waiting task gets a turn. The act of reassigning a CPU from one task to another one is called a context switch. When context switches occur frequently enough, the illusion of parallelism is achieved. Even on computers with more than one CPU (called multiprocessor machines) or more than one core in a given CPU (called multicore machines), where more than one task can be executed at a given instant (one per CPU or core), multitasking allows many more tasks to be run than there are CPUs.

Operating systems may adopt one of many different scheduling strategies. In multiprogramming systems, the running task keeps running until it performs an operation that requires waiting for an external event (e.g. reading from a tape) or until the computer's scheduler forcibly swaps the running task out of the CPU. Multiprogramming systems are designed to maximize CPU usage. In time-sharing systems, the running task is required to relinquish the CPU, either voluntarily or by an external event such as a hardware interrupt. Time sharing systems are designed to allow several programs to execute apparently simultaneously. In real-time systems, some waiting tasks are guaranteed to be given the CPU when an external event occurs. Real time systems are designed to control mechanical devices such as industrial robots, which require timely processing.

Encryption based mechanisms are commonly end-to-end processes involving only the sender and the receiver, where the sender encrypts the plain text message by transforming it using an algorithm, making it unreadable to anyone, except the receiver which possesses special knowledge. The data is then sent to the receiver over a network such as the Internet, and when received the special knowledge enables the receiver to reverse the process (decrypt) to make the information readable as in the original message. The encryption process commonly involves computing resources such as processing power, storage space and requires time for executing the encryption/decryption algorithm, which may delay the delivery of the message.

Transport Layer Security (TLS) and its predecessor Secure Sockets Layer (SSL) are non-limiting examples of end-to-end cryptographic protocols, providing secured communication above the OSI Transport Layer, using keyed message authentication code and symmetric cryptography. In client/server applications, the TLS client and server negotiate a stateful connection by using a handshake procedure, during which various parameters are agreed upon, allowing a communication in a way designed to prevent eavesdropping and tampering. The TLS 1.2 is defined in RFC 5246, and several versions of the protocol are in widespread use in applications such as web browsing, electronic mail, Internet faxing, instant messaging and Voice-over-IP (VoIP). In application design, TLS is usually implemented on top of any of the Transport Layer protocols, encapsulating the application-specific protocols such as HTTP, FTP, SMTP, NNTP, and XMPP. Historically, it has been used primarily with reliable transport protocols such as the Transmission Control Protocol (TCP). However, it has also been implemented with datagram-oriented transport protocols, such as the User Datagram Protocol (UDP) and the Datagram Congestion Control Protocol (DCCP), a usage which has been standardized independently using the term Datagram Transport Layer Security (DTLS). A prominent use of TLS is for securing World Wide Web traffic carried by HTTP to form HTTPS. Notable applications are electronic commerce and asset management. Increasingly, the Simple Mail Transfer Protocol (SMTP) is also protected by TLS (RFC 3207). These applications use public key certificates to verify the identity of endpoints. Another Layer 4 (Transport Layer) and upper layers encryption-based communication protocols include SSH (Secure Shell) and SSL (Secure Socket Layer).

Layer 3 (Network Layer) and lower layer encryption based protocols include IPsec, L2TP (Layer 2 Tunneling Protocol) over IPsec, and Ethernet over IPsec. The IPsec is a protocol suite for securing IP communication by encrypting and authenticating each IP packet of a communication session. The IPsec standard is currently based on RFC 4301 and RFC 4309, and was originally described in RFCs 1825-1829, which are now obsolete, and uses the Security Parameter Index (SPI, as per RFC 2401) as an identification tag added to the header while using IPsec for tunneling the IP traffic. An IPsec overview is provided in Cisco Systems, Inc. document entitled: "*An Introduction to IP Security (IPSec) Encryption*", which is incorporated in its entirety for all purposes as if fully set forth herein.

Two common approaches to cryptography are found in U.S. Pat. No. 3,962,539 to Ehrsam et al., entitled "Product Block Cipher System for Data Security", and in U.S. Pat. No. 4,405,829 to Rivest et al., entitled "Cryptographic Communications System and Method", which are both incorporated in their entirety for all purposes as if fully set forth herein. The Ehrsam patent discloses what is commonly known as the Data Encryption Standard (DES), while the Rivest patent discloses what is commonly known as the RSA algorithm (which stands for Rivest, Shamir and Adleman who first publicly described it), which is widely used in

electronic commerce protocols. The RSA involves using a public key and a private key. DES is based upon secret-key cryptography, also referred to as symmetric cryptography, and relies upon a 56-bit key for encryption. In this form of cryptography, the sender and receiver of cipher text both possess identical secret keys, which are, in an ideal world, completely unique and unknown to the world outside of the sender and receiver. By encoding plain text into cipher text using the secret key, the sender may send the cipher text to the receiver using any available public or otherwise insecure communication system. The receiver, having received the cipher text, decrypts it using the secret key to arrive at the plain text.

A proxy server is a server (a computer system or an application) that acts as an intermediary for requests from clients seeking resources from other servers. A client connects to the proxy server, requesting some service, such as a file, connection, web page, or other resource, available from a different server and the proxy server evaluates the request as a way to simplify and control its complexity. Proxies may be used to add structure and encapsulation to distributed systems. Today, most proxies are web proxies, facilitating access to content on the World Wide Web and providing anonymity. A proxy server may reside on the user's local computer, or at various points between the user's computer and destination servers on the Internet. A proxy server that passes requests and responses unmodified is usually called a gateway or sometimes a tunneling proxy. A forward proxy is an Internet-facing proxy used to retrieve from a wide range of sources (in most cases anywhere on the Internet). Forward proxies are proxies in which the client server names the target server to connect to, and are able to retrieve from a wide range of sources (in most cases anywhere on the Internet). An open proxy is a forwarding proxy server that is accessible by any Internet user, while browsing the Web or using other Internet services. There are varying degrees of anonymity, however, as well as a number of methods of 'tricking' the client into revealing itself regardless of the proxy being used. A reverse proxy is usually an Internet-facing proxy used as a front-end to control and protect access to a server on a private network. A reverse proxy commonly also performs tasks such as load-balancing, authentication, decryption or caching.

Randomness is commonly implemented by using random numbers, defined as a sequence of numbers or symbols that lack any pattern and thus appear random, are often generated by a random number generator. Randomness for security is also described in IETF RFC 1750 *"Randomness Recommendations for Security"* (12/1994), which is incorporated in its entirety for all purposes as if fully set forth herein. A random number generator (having either analog or digital output) can be hardware based, using a physical process such as thermal noise, shot noise, nuclear decaying radiation, photoelectric effect or other quantum phenomena. Alternatively, or in addition, the generation of the random numbers can be software based, using a processor executing an algorithm for generating pseudo-random numbers which approximates the properties of random numbers.

Onion routing (OR) is a technique for anonymous communication over the Internet or any other computer network. Messages are repeatedly encrypted and then sent through several network nodes called onion routers. Each onion router removes a layer of encryption to uncover routing instructions, and sends the message to the next router where this is repeated. This prevents these intermediary nodes from knowing the origin, destination, and contents of the message. To prevent an adversary from eavesdropping on message content, messages are encrypted between routers. The advantage of onion routing (and mix cascades in general) is that it is not necessary to trust each cooperating router; if one or more routers are compromised, anonymous communication can still be achieved. This is because each router in an OR network accepts messages, re-encrypts them, and transmits to another onion router. The idea of onion routing (OR) is to protect the privacy of the sender and the recipient of a message, while also providing protection for message content as it traverses a network. Onion routing accomplishes this according to the principle of Chaum mix cascades: messages travel from source to destination via a sequence of proxies ("onion routers"), which re-route messages in an unpredictable path.

Routing onions are data structures used to create paths through which many messages can be transmitted. To create an onion, the router at the head of a transmission selects a number of onion routers at random and generates a message for each one, providing it with symmetric keys for decrypting messages, and instructing it which router will be next in the path. Each of these messages, and the messages intended for subsequent routers, is encrypted with the corresponding router's public key. This provides a layered structure, in which it is necessary to decrypt all outer layers of the onion in order to reach an inner layer. Onion routing is described in U.S. Pat. No. 6,266,704 to Reed et al., entitled: "Onion Routing Network for Securely Moving data through Communication Networks", which is incorporated in its entirety for all purposes as if fully set forth herein. Other prior art publications relating to onion routing are the publications "*Probabilistic Analysis of Onion Routing in a Black-box Model* [*Extended Abstract*]" presented in WPES'07: Proceedings of the 2007 ACM Workshop on Privacy in Electronic Society, "*A Model of Onion Routing with Provable Anonymity*" presented in Proceedings of Financial Cryptography and Data Security '07, and "*A Model of Onion Routing with Provable Anonymity*", presented in the Financial Cryptography and Data Security, 11th International Conference, all by Feigenbaum J., Johnson J. and Syverson P., publications "*Improving Efficiency and Simplicity of Tor circuit establishment and hidden services*", Proceedings of the 2007 Privacy Enhancing Technologies Symposium, Springer-Verlag, LNCS 4776, publication "*Untraceable electronic mail, return addresses, and digital pseudonyms*" by Chaum D., in Communications of the ACM 24(2), February 1981, and "*Valet Services: Improving Hidden Servers with a Personal Touch*", Proceedings of the 2006 Privacy Enhancing Technologies Workshop, Springer-Verlag, LNCS 4285, both by Overlier L., Syverson P., publications "*Making Anonymous Communication*", Generation 2 Onion Routing briefing slides, Center for High Assurance Computer Systems, naval Research Laboratory, Presented at the National Science Foundation, Jun. 8, 2004 by Syverson P., publications "*Onion Routing Access Configurations, DISCEX* 2000*: Proceedings of the DARPA Information Survivability Conference and Exposition*", Volume I Hilton Head, S.C., IEEE CS Press, January 2000, *"Onion Routing for Anonymous and Private Internet Connections*" Communications of the ACM, vol. 42, num. 2, February 1999, and "*Anonymous Connections and Onion Routing*" IEEE Journal on Selected Areas in Communication Special Issue on Copyright and Privacy Protection, 1998, all by Syverson P., Reed M. G., Goldschlag M., publication "*Towards an Analysis of Onion Routing Security*", and "*Workshop on Design Issues in Anonymity and Unobservability*", Berkeley, Calif., July

2000 by Syverson P., Tsudik G., Reed M. G., and Landwehr C, which are incorporated in their entirety for all purposes as if fully set forth herein.

'Tor' is an anonymizing network based on the principles of 'onion routing', and involves a system which selects a randomly chosen route for each connection, via the routers present in the Tor network. The last server appears herein as an 'exit node' and sends the data to the final recipient after leaving the Tor cloud. At this point, it is no longer possible for an observer constantly watching the 'exit node' to determine who the sender of the message was. This concept and its components are known from the Tor project in http://www.torproject.org. The Tor network concept is described in U.S. Patent Application Publication 2010/0002882 to Rieger et al., in the publication "Tor: The Second-Generation Onion Router", in Proceedings of the 13th USENIX Security Symposium August 2004, by Dingledine R., Mathewson N., Syverson P., in the publication "*Tor Protocol specification*" by Dingledine R. and Mathewson N., in the publication "*Tor Directory Protocol, Version* 3", and the publication "*TC: A Tor Control Protocol*" downloaded from the Tor web-site, which are incorporated in their entirety for all purposes as if fully set forth herein.

Computer networks may use a tunneling protocol where one network protocol (the delivery protocol) encapsulates a different payload protocol. Tunneling enables the encapsulation of a packet from one type of protocol within the datagram of a different protocol. For example, VPN uses PPTP to encapsulate IP packets over a public network, such as the Internet. A VPN solution based on Point-to-Point Tunneling Protocol (PPTP), Layer Two Tunneling Protocol (L2TP), or Secure Socket Tunneling Protocol (SSTP) can be configured. By using tunneling a payload may be carried over an incompatible delivery-network, or provide a secure path through an untrusted network. Typically, the delivery protocol operates at an equal or higher OSI layer than does the payload protocol. In one example of a network layer over a network layer, Generic Routing Encapsulation (GRE), a protocol running over IP (IP Protocol Number 47), often serves to carry IP packets, with RFC 1918 private addresses, over the Internet using delivery packets with public IP addresses. In this case, the delivery and payload protocols are compatible, but the payload addresses are incompatible with those of the delivery network. In contrast, an IP payload might believe it sees a data link layer delivery when it is carried inside the Layer 2 Tunneling Protocol (L2TP), which appears to the payload mechanism as a protocol of the data link layer. L2TP, however, actually runs over the transport layer using User Datagram Protocol (UDP) over IP. The IP in the delivery protocol could run over any data-link protocol from IEEE 802.2 over IEEE 802.3 (i.e., standards-based Ethernet) to the Point-to-Point Protocol (PPP) over a dialup modem link.

Tunneling protocols may use data encryption to transport insecure payload protocols over a public network (such as the Internet), thereby providing VPN functionality. IPsec has an end-to-end Transport Mode, but can also operate in a tunneling mode through a trusted security gateway. HTTP tunneling is a technique by which communications performed using various network protocols are encapsulated using the HTTP protocol, the network protocols in question usually belonging to the TCP/IP family of protocols. The HTTP protocol therefore acts as a wrapper for a channel that the network protocol being tunneled uses to communicate. The HTTP stream with its covert channel is termed an HTTP tunnel. HTTP tunnel software consists of client-server HTTP tunneling applications that integrate with existing application software, permitting them to be used in conditions of restricted network connectivity including firewalled networks, networks behind proxy servers, and network address translation.

Virtual Private Networks (VPNs) are point-to-point connections across a private or public network, such as the Internet. A VPN client typically uses special TCP/IP-based protocols, called tunneling protocols, to make a virtual call to a virtual port on a VPN server. In a typical VPN deployment, a client initiates a virtual point-to-point connection to a remote access server over the Internet, then the remote access server answers the call, authenticates the caller, and transfers data between the VPN client and the organization's private network. To emulate a point-to-point link, data is encapsulated, or wrapped, with a header. The header provides routing information that enables the data to traverse the shared or public network to reach its endpoint. To emulate a private link, the data being sent is encrypted for confidentiality. Packets that are intercepted on the shared or public network are indecipherable without the encryption keys. The link in which the private data is encapsulated and encrypted is known as a VPN connection. Commonly there are two types of VPN connections, referred to as Remote Access VPN and Site-to-Site VPN. Popular VPN connections use PPTP, L2TP/IPsec, or SSTP protocols. The RFC 4026 provides 'Provider Provisioned Virtual Private Network (VPN) Terminology', and RFC 2547 provides a VPN method based on MPLS (Multiprotocol Label Switching) and BGP (Border Gateway Protocol).

Remote access VPN connections enable users working at home or on the road to access a server on a private network using the infrastructure provided by a public network, such as the Internet. From the user's perspective, the VPN is a point-to-point connection between the computer (the VPN client) and an organization's server. The exact infrastructure of the shared or public network is irrelevant because it appears logically as if the data is sent over a dedicated private link.

Site-to-site VPN connections (also known as router-to-router VPN connections) enable organizations to have routed connections between separate offices or with other organizations over a public network while helping to maintain secure communications. A routed VPN connection across the Internet logically operates as a dedicated wide area network (WAN) link. When networks are connected over the Internet, a router forwards packets to another router across a VPN connection. To the routers, the VPN connection operates as a data-link layer link. A site-to-site VPN connection connects two portions of a private network. The VPN server provides a routed connection to the network to which the VPN server is attached. The calling router (the VPN client) authenticates itself to the answering router (the VPN server), and, for mutual authentication, the answering router authenticates itself to the calling router. In the site-to site VPN connection, the packets sent from either router across the VPN connection typically do not originate at the routers.

There is a growing widespread use of the Internet for carrying multimedia, such as a video and audio. Various audio services include Internet-radio stations and VoIP (Voice-over-IP). Video services over the Internet include video conferencing and IPTV (IP Television). In most cases, the multimedia service is a real-time (or near real-time) application, and thus sensitive to delays over the Internet. In particular, two-way services such a VoIP or other telephony services and video-conferencing are delay sensitive. In some

cases, the delays induced by the encryption process, as well as the hardware/software costs associated with the encryption, render encryption as non-practical. Therefore, it is not easy to secure enough capacity of the Internet accessible by users to endure real-time communication applications such as Internet games, chatting, VoIP, and MoIP (Multimedia-over-IP), so there may be a data loss, delay or severe jitter in the course of communication due to the property of an Internet protocol, thereby causing inappropriate real-time video communication. The following chapters of the publication number 1-587005-001-3 by Cisco Systems, Inc. (7/99), entitled: "*Internetworking Technologies Handbook*", relate to multimedia carried over the Internet, and are all incorporated in their entirety for all purposes as if fully set forth herein: Chapter 18: *"Multiservice Access Technologies*" (pages 18-1 to 18-10), and Chapter 19: *"Voice/Data Integration Technologies*" (pages 19-1 to 19-30).

VoIP systems in widespread use today fall into three groups: systems using the ITU-T H.323 protocol, systems using the SIP protocol, and systems that use proprietary protocols. H.323 is a standard for teleconferencing that was developed by the International Telecommunications Union (ITU). It supports full multimedia, audio, video and data transmission between groups of two or more participants, and it is designed to support large networks. H.323 is network-independent: it can be used over networks using transport protocols other than TCP/IP. H.323 is still a very important protocol, but it has fallen out of use for consumer VoIP products due to the fact that it is difficult to make it work through firewalls that are designed to protect computers running many different applications. It is a system best suited to large organizations that possess the technical skills to overcome these problems.

Session Initiation Protocol (SIP) is an Internet Engineering Task Force (IETF) standard signaling protocol for teleconferencing, telephony, presence and event notification and instant messaging. It provides a mechanism for setting up and managing connections, but not for transporting the audio or video data. It is probably now the most widely used protocol for managing Internet telephony. Similar to the IETF protocols, SIP is defined in a number of RFCs, principally RFC 3261. A SIP-based VoIP implementation may send the encoded voice data over the network in a number of ways. Most implementations use a Real-time Transport Protocol (RTP), which is defined in RFC 3550. Both SIP and RTP are implemented on UDP, which, as a connectionless protocol, can cause difficulties with certain types of routers and firewalls. Usable SIP phones therefore also need to use Simple Traversal of UDP over NAT (STUN), a protocol defined in RFC 3489 that allows a client behind a NAT router to find out its external IP address and the type of NAT device.

FIG. **2** shows arrangement **20** of devices communicating over the Internet. Various devices such as client #**1 24***a*, client #**2 24***b*, client #**3 24***c*, client #**4 24***d*, and client #**5 24***e*, may communicate over the Internet **113** for obtaining data from a data server #**1 22***a* and a data server #**2 22***b*. In one example, the servers are HTTP servers, sometimes known as web servers. A method describing a more efficient communication over the Internet is described in U.S. Pat. No. 8,560,604 to Shribman et al., entitled: "System and Method for Providing Faster and More Efficient Data Communication" (hereinafter the "'604 Patent'"), which is incorporated in its entirety for all purposes as if fully set forth herein. The method described in the '604 Patent uses an acceleration server **32** for managing the traffic in the network, as shown in FIG. **2**. A splitting of a message or a content into slices, and transferring each of the slices over a distinct data path is described in U.S. Patent Application No. 2012/0166582 to Binder entitled: "System and Method for Routing-Based Internet Security", which is incorporated in its entirety for all purposes as if fully set forth herein.

A Cyclic Redundancy Check (CRC) is an error-detecting code commonly used in digital networks and storage devices to detect accidental changes to raw data. Blocks of data entering these systems get a short check value attached, based on the remainder of a polynomial division of their contents; on retrieval the calculation is repeated, and corrective action can be taken against presumed data corruption if the check values do not match. Ethernet commonly uses 32-bit CRC function. Specification of a CRC code requires definition of a so-called generator polynomial. The polynomial becomes a divisor in a polynomial long division, which takes the message as the dividend, and in which the quotient is discarded and the remainder becomes the result. The important caveat that the polynomial coefficients are calculated according to the arithmetic of a finite field, so the addition operation can always be performed bitwise-parallel (there is no carry between digits). The length of the remainder is always less than the length of the generator polynomial, which therefore determines how long the result can be. In practice, all commonly used CRCs employ the finite field GF(**2**). This is the field of two elements, usually called 0 and 1, comfortably matching computer architecture.

A CRC is referred to as an n-bit CRC when its check value is n bits. For a given n, multiple CRCs are possible, each with a different polynomial. Such a polynomial has highest degree n, which means it has n+1 terms. In other words, the polynomial has a length of n+1; its encoding requires n+1 bits. Note that most integer encodings either drop the Most Significant Bit (MSB) or Least Significant Bit (LSB), since they are always 1. The CRC and associated polynomial typically have a name of the form CRC-n-XXX. The simplest error-detection system, the parity bit, is in fact a trivial 1-bit CRC: it uses the generator polynomial x+1 (two terms), and has the name CRC-1. Computation of a cyclic redundancy check is derived from the mathematics of polynomial division, modulo two. In practice, it resembles long division of the binary message string, with a fixed number of zeroes appended, by the "generator polynomial" string except that exclusive OR operations replace subtractions. Division of this type is efficiently realised in hardware by a modified shift register and in software by a series of equivalent algorithms, starting with simple code close to the mathematics and becoming faster through byte-wise parallelism and space-time tradeoffs.

Various CRC standards extend the polynomial division algorithm by specifying an initial shift register value, a final exclusive OR step and, most critically, a bit ordering (endianness). As a result, the code seen in practice deviates confusingly from "pure" division, and the register may shift left or right. The most important attribute of the polynomial is its length (largest degree–exponent–+1 of any one term in the polynomial), because of its direct influence on the length of the computed check value. The most commonly used polynomial lengths are 9 bits (CRC-8), 17 bits (CRC-16), 33 bits (CRC-32), and 65 bits (CRC-64). A calculation of CRC-32 is described in the publication entitled: "32-*Bit Cyclic Redundancy Codes for Internet Applications*" by Philip Koopman of Carnegie Mellon University, presented at The International Conference on Dependable Systems and Networks (DSN) 2002.

A CRC is an example of a hash function, which refers to any function that can be used to map data of arbitrary size

to data of fixed size, with slight differences in input data producing very big differences in an output data. Values returned by the hash function are called hash values, hash codes, hash sums, or simply hashes. Hash values are commonly used to differentiate between data. For example, in implementing a set in software, one has to avoid including an element more than once. Recent developments in internet payment networks also uses a form of 'hashing' for producing checksums, bringing additional attention to the term. Hash functions are primarily used to generate fixed-length output data that act as a shortened reference to the original data. This is useful when the original data is too cumbersome to use in its entirety. Hash functions commonly include checksums, check digits, fingerprints, randomization functions, error-correcting codes, and ciphers.

One practical use is a data structure called a hash table where the data is stored associatively. Searching linearly for a person's name in a list becomes cumbersome as the length of the list increases, but the hashed value can be used to store a reference to the original data and retrieve constant time (barring collisions). Another use is in cryptography, the science of encoding and safeguarding data. It is easy to generate hash values from input data and easy to verify that the data matches the hash, but for certain hash functions hard to 'fake' a hash value to hide malicious data. Hash functions are also frequently used to accelerate table lookup or data comparison tasks such as finding items in a database, detecting duplicated or similar records in a large file and finding similar stretches in DNA sequences. A hash function should be deterministic: when it is invoked twice on identical data (e.g. two strings containing exactly the same characters), the function should produce the same value. This is crucial to the correctness of virtually all algorithms based on hashing. In the case of a hash table, the lookup operation should look at the slot where the insertion algorithm actually stored the data that is being sought for, so it needs the same hash value.

Hash functions used to accelerate data searches typically produce smaller hash values, such as a 32 bit integer. On the other hand, cryptographic hash functions produce much larger hash value, in order to ensure the computational complexity of brute-force inversion. For example SHA-1, one of the most widely used cryptographic hash functions, produces a 160-bit value. In both cases, the hash function breaks the input data into chunks of specific size. Hash functions used for data searches use an arithmetic expression which iteratively processes those chunks (such as the characters in a string) to produce the hash value. In cryptographic hash functions, these chunks are processed by a one-way compression function, with the last chunk being padded if necessary. In this case, their size, which is called block size, is much bigger than the size of the hash value. For example, in SHA-1, the hash value is 160 bits and the block size 512 bits.

A hash table (a.k.a. Hash map) is a data structure that associates keys with values, and is commonly used to support a lookup: given a key (e.g., a person's name), find the corresponding value (e.g., that person's telephone number), thus allowing to use a number to locate a desired value in a table. Hash tables are typically used to implement an associative array, a structure that can map keys to values. A hash table uses a hash function to compute an index into an array of buckets or slots, from which the correct value can be found. The hash function may assign each key to a unique bucket, but typically hash table designs assume that hash collisions—different keys that are assigned by the hash function to the same bucket—will occur and must be accommodated in some way. In a well-dimensioned hash table, the average cost (number of instructions) for each lookup is independent of the number of elements stored in the table. Many hash table designs also allow arbitrary insertions and deletions of key-value pairs, at a constant average cost per operation. In many situations, hash tables turn out to be more efficient than search trees or any other table lookup structure, and thus are widely used in many kinds of computer software, particularly for associative arrays, database indexing, caches, and sets.

Filter driver. A filter driver is a Microsoft Windows compatible driver that extends or modifies the function of peripheral devices or supports a specialized device in a personal computer. It is a driver or program or module that is inserted into the existing driver stack to perform some specific function, while not affecting the normal working of the existing driver stack in any major way. Any number of filter drivers can be added to Windows, where upper level filter drivers sit above the primary driver for the device (the function driver), while lower level filter drivers sit below the function driver and above a bus driver. Filter drivers may work on a certain brand of device such as a mouse or keyboard, or they may perform some operation on a class of devices, such as any mouse or any keyboard. A filter driver may be developed using the guide entitled: "*Filter Driver Development Guide*" Version 1.0a by Microsoft Corporation, dated 2004, which is incorporated in its entirety for all purposes as if fully set forth herein.

Hook. A hook (also known as a hook procedure or hook function) is a mechanism by which an application can intercept events, such as messages, mouse actions, and keystrokes, and generally refers to a function provided by a software application that receives certain data before the normal or intended recipient of the data. The hook function can thus examine or modify certain data before passing on the data. Therefore, a hook function allows a software application to examine data before the data is passed to the intended recipient. A function that intercepts a particular type of event is known as a hook procedure. The hook procedure can act on each event it receives, and then modify or discard the event. The term 'hooking' is used herein to include, but not limited to, a range of techniques used to alter or augment the behavior of an operating system, of applications, or of other software components by intercepting function calls, messages, or events passed between software components. A code that handles such intercepted function calls, events or messages is called a "hook". Hooking is used for many purposes, including debugging and extending functionality. Examples might include intercepting keyboard or mouse event messages before they reach an application, or intercepting operating system calls in order to monitor behavior or modify the function of an application or other component. It is also widely used in benchmarking programs, for example frame rate measuring in 3D games, where the output and input is done through hooking. Hooking is described, for example, in the presentations by High-Tech Bridge SA and titled: "*Userland Hooking in Windows*" dated August 2011, and "*Inline Hooking in Windows*" dated September 2011, both by Brian Mariani, and both incorporated in their entirety for all purposes as if fully set forth herein.

Physical modification. An hooking may be achieved by physically modifying an executable or library before an application is running through techniques of reverse engineering. This is typically used to intercept function calls to either monitor or replace them entirely. For example, by using a disassembler, the entry point of a function within a

module can be found. It can then be altered to instead dynamically load some other library module and then have it execute desired methods within that loaded library. If applicable, another related approach by which hooking can be achieved is by altering an import table of an executable. This table can be modified to load any additional library modules as well as changing what external code is invoked when a function is called by an application. An alternate method for achieving the function of hooking is by intercepting function calls through a wrapper library. When creating a wrapper, you make your own version of a library that an application loads, with all the same functionality of the original library that it will replace, so all the functions that are accessible are essentially the same between the original and the replacement. This wrapper library can be designed to call any of the functionality from the original library, or replace it with an entirely new set of logic.

Runtime modification. Operating systems and software may provide the means to easily insert event hooks at runtime, as long as the process inserting the hook is granted enough permission to do so. Microsoft Windows allows to insert hooks that can be used to process or modify system events and application events for dialogs, scrollbars, and menus, as well as other items. It also allows a hook to insert, remove, process, or modify keyboard and mouse events. Linux provides another example where hooks can be used in a similar manner to process network events within the kernel through NetFilter. When such functionality is not provided, a special form of hooking employs intercepting library function calls that are made by a process. Function hooking is implemented by changing the very first few code instructions of the target function to jump to an injected code. Alternatively on systems using the shared library concept, the interrupt vector table or the import descriptor table can be modified in memory.

A hook chain is a list of pointers to special, application-defined callback functions called hook procedures. When a message occurs that is associated with a particular type of hook, the operating system passes the message to each hook procedure referenced in the hook chain, one after the other. The action of a hook procedure can depend on the type of hook involved. For example, the hook procedures for some types of hooks can only monitor messages, others can modify the messages or stop their progress through the chain, restricting them from reaching the next hook procedure or a destination window.

Plug-in. A plug-in (or 'plugin', 'extension', or 'add-on'/'addon') is a software component that adds a specific feature to an existing software application, for example for enabling customization. The common examples are the plug-ins used in web browsers to add new features such as search-engines, virus scanners, or the ability to utilize a new file type such as a new video format. An 'Add-on' (or 'addon') is the general term for what enhances an application, and comprises snap-in, plug-in, theme, and skin. An extension add-on tailors the core features of an application by adding an optional module, whereas a plug-in add-on would tailor the outer layers of an application to personalize functionality. A theme or a skin add-on is a preset package containing additional or changed graphical appearance details, achieved by the use of a Graphical User Interface (GUI) that can be applied to a specific software and websites to suit the purpose, topic, or tastes of different users to customize the look and feel of a piece of computer software or an operating system front-end GUI (and window managers).

Typically, the host application provides services which the plug-in can use, including a way for plug-ins to register themselves with the host application and a protocol for the exchange of data with plug-ins. Plug-ins depend on the services provided by the host application and do not usually work by themselves. Conversely, the host application operates independently of the plug-ins, making it possible for end-users to add and update plug-ins dynamically without needing to make changes to the host application. The term 'plug-in' is used herein to include, but not limited to, a software extension, which is software that serves to extend the capabilities of, or data available to an existing software application; it becomes included in the program. Therefore, after integration, extensions can be seen as part of the browser itself, tailored from a set of optional modules.

IPC. An Inter-Process Communication (IPC) (also be referred to as inter-thread communication and inter-application communication) is a set of methods for the exchange of data between multiple threads, in one or more processes. IPC methods may use message passing, synchronization, shared memory, and Remote Procedure Calls (RPC). IPC provides an environment that allows process cooperation, and may be used for providing Information sharing, computational speedup, modularity, convenience, and privilege separation. In the Windows operating system environment, the IPC provides mechanisms for facilitating communications and data sharing between processes or applications.

Common IPC methods include file sharing, where a record (or any other information) stored on disk (or any other memory) can be accessed by name by any process; a signal which is an asynchronous notification sent to a process or to a specific thread within the same process in order to notify it of an event that occurred; a socket which is a data stream sent over a network interface, either to a different process on the same computer or to another computer, such as Internet sockets; a pipe (or pipeline) which is a two-way data stream interfaced through standard input and output and is read character by character, commonly used in Unix-like computer operating systems; message queues which are anonymous data stream similar to the pipe that stores and retrieves information in packets, providing an asynchronous communications protocol; a semaphore which is a variable or abstract data type that is used for controlling access to a common resource; a shared memory which is a memory that may be simultaneously accessed by multiple programs with an intent to provide communication among them or avoid redundant copies, such as where one process creates an area in RAM which other processes can access; and memory mapped file, where a file that is physically present on-disk, but can also be a device, shared memory object, or other resource that the operating system can reference through a file descriptor. Few IPC mechanisms are described in the Marko Vuskovic publication 'Operating Systems' in Chapter 9 entitled: "*INTERPROCESS COMMUNICATION*", which is incorporated in its entirety for all purposes as if fully set forth herein.

The Windows operating system supports IPC mechanisms such as a clipboard, where the clipboard acts as a central depository for data sharing among applications, so when a user performs a cut or copy operation in an application, the application puts the selected data on the clipboard in one or more standard or application-defined formats, and any other application can then retrieve the data from the clipboard, choosing from the available formats that it understands; using Component Object Model (COM), where applications that use Object Linking and Embedding (OLE) manage compound documents can be used to call on other applications for data editing; Using Data Copy enabling an application to send information to another application using the

WM_COPYDATA message; DDE protocol that enables applications to exchange data in a variety of formats; and mailslots providing one-way communication where processes write messages to their mailslot.

Browser extension. A browser extension is a computer program that extends the functionality of a web browser in some way. Extensions can be created through use of web technologies such as HTML, JavaScript, and CSS. Browser extensions can also improve the user interface of the web browser without directly affecting viewable content of a web page, which can be achieved through a variety of add ons such as toolbars and plug-ins. Microsoft Internet Explorer started supporting extensions from version 5 released in 1999. Mozilla Firefox has supported extensions since its launch in 2004. The Opera desktop web browser supported extensions from version 10 released in 2009. Google Chrome started supporting extensions from version 4 released in 2010. The Apple Safari web browser started supporting native extensions from version 5 released in 2010. The syntax for extensions may differ from browser to browser, or at least enough different that an extension working on a browser does not work on another one.

Plug-ins add specific abilities into browsers using Application Programming Interfaces (APIs) allowing third parties to create plug-ins that interact with the browser. The original API was NPAPI, but subsequently Google introduced the PPAPI interface in Chrome. In addition, plug-ins allow browser extensions to perform tasks such as blocking ads, creating a secure online connection, and adding applications within a browser. Well-known browser plug-ins include the Adobe Flash Player, the QuickTime Player, and the Java plug-in, which can launch a user-activated Java applet on a web page to its execution a local Java virtual machine.

Sockets. A socket (a.k.a. 'network socket') is an endpoint of an IPC flow across a computer network. In the case the communications is based on IP (Internet Protocol), the network sockets are referred to as Internet sockets. A socket API is an application programming interface (API), usually provided by the operating system, that allows application programs to control and use network sockets. Internet socket APIs are usually based on the Berkeley sockets standard. A socket address is the combination of an IP address and a port number, similar to one end of a telephone connection in the combination of a phone number and a particular extension. Based on this address, internet sockets deliver incoming data packets to the appropriate application process or thread. Sockets are further described in a Universoty of Toronto, Department of Computer Science presentation entitled: "*Tutorial on Socket Programming*" by Amin Tootoonchian, downloaded on August, 2014, and in the SAS Institute Inc. SHARE Session 5958 tutorial 'C Socket Programming Tutorial' entitled: "*Writing Client/Server Programs in C Using Sockets* (*A Tutorial*) *Part I*", by Greg Granger, dated February of 1998, which are both incorporated in their entirety for all purposes as if fully set forth herein.

An Internet socket is characterized by a unique combination of a Local socket address (Local IP address and port number), remote socket address (used for established TCP sockets), and the used Protocol, typically a transport protocol (e.g., TCP, UDP, raw IP, or others). Within the operating system and the application that created a socket, a socket is referred to by a unique integer value called a socket descriptor. The operating system forwards the payload of incoming IP packets to the corresponding application by extracting the socket address information from the IP and transport protocol headers and stripping the headers from the application data.

Several Internet socket types are available, such as Datagram sockets, also known as connectionless sockets, which use User Datagram Protocol (UDP), Stream sockets, also known as connection-oriented sockets, which use Transmission Control Protocol (TCP) or Stream Control Transmission Protocol (SCTP), and Raw sockets (or Raw IP sockets), typically available in routers and other network equipment. Here the transport layer is bypassed, and the packet headers are made accessible to the application. Other socket types are implemented over other transport protocols, such as Systems Network Architecture (SNA). Communicating local and remote sockets are called socket pairs. Each socket pair is described by a unique 4-tuple consisting of source and destination IP addresses and port numbers, i.e. of local and remote socket addresses. In the TCP case, each unique socket pair 4-tuple is assigned a socket number, while in the UDP case, each unique local socket address is assigned a socket number.

The socket is primarily a concept used in the Transport Layer of the Internet model. Networking equipment such as routers and switches do not require implementations of the Transport Layer, as they operate on the Link Layer level (switches) or at the Internet Layer (routers). However, stateful network firewalls, network address translators, and proxy servers keep track of active socket pairs. Also in fair queuing, layer 3 switching and quality of service (QoS) support in routers, packet flows may be identified by extracting information about the socket pairs. Raw sockets are typically available in network equipment and are used for routing protocols such as IGRP and OSPF, and in Internet Control Message Protocol (ICMP).

The amount of data transferred in a given period in commonly referred to as 'bandwidth' (BW) or 'bit-rate', which is the number of bits that are conveyed or processed per unit of time. The bit rate is quantified using the bits per second unit (symbol bit/s or b/s), often in conjunction with an SI prefix such as kilo- (1 kbit/s=1000 bit/s), mega- (1 Mbit/s=1000 kbit/s), giga- (1 Gbit/s=1000 Mbit/s) or tera- (1 Tbit/s=1000 Gbit/s). The non-standard abbreviation bps is often used to replace the standard symbol bit/s, so that, for example, "1 Mbps" (or 1 Mb/s) is used to mean one million bits per second. One byte per second (1 B/s) corresponds to 8 bit/s.

Latency is typically defined as a time interval between the stimulation and the response, or, from a more general point of view, as a time delay between the cause and the effect of some physical change in the system being observed. Network-related latency, such as in a packet-switched network, is measured either one-way (the time from the source sending a packet to the destination receiving it), or Round-Trip delay Time (RTT), referring to the one-way latency from source to destination plus the one-way latency from the destination back to the source, plus any delays at the destination, such as processing or other delays. Round-trip latency can be measured from a single point. Latency limits total bandwidth in reliable two-way communication systems as described by the bandwidth-delay product, which refers to the product of a data link's capacity (in bits per second) and its end-to-end delay (in seconds). The result, an amount of data measured in bits (or bytes), is equivalent to the maximum amount of data on the network circuit at any given time, i.e., data that has been transmitted but not yet acknowledged. Sometimes it is calculated as the data link's capacity multiplied by its round trip time. A network with a large bandwidth-delay product is commonly known as a Long Fat Network (LFN). As defined in IETF RFC 1072, a network

is considered an LFN if its bandwidth-delay product is significantly larger than 105 bits (12500 bytes).

The Round-trip Delay Time (RTD) or Round-Trip Time (RTT) is the length of time it takes for a signal to be sent and to be received and processed at the destination node, plus the length of time it takes for an acknowledgment of that signal to be received. This time delay therefore includes the propagation times between the two points of a signal. The signal is generally a data packet, and the RTT is also known as the ping time, and an internet user can determine the RTT by using the ping command. Network links with both a high bandwidth and a high RTT can have a very large amount of data (the bandwidth-delay product) “in flight” at any given time. Such “long fat pipes” require a special protocol design. One example is the TCP window scale option. The RTT was originally estimated in TCP by: $RTT=(\alpha\cdot Old_RTT)+((1-\alpha)\cdot New_Round_Trip_Sample)$, where a is a constant weighting factor ($0\leq\alpha<1$). Choosing a value a close to 1 makes the weighted average immune to changes that last a short time (e.g., a single segment that encounters long delay). Choosing a value for α close to 0 makes the weighted average response to changes in delay very quickly. Once a new RTT is calculated, it is entered into the above equation to obtain an average RTT for that connection, and the procedure continues for every new calculation. The RTT may be measured as described in IETF 1323, and may be estimated by using a method described in IETF RFC 6323, which are both incorporated in their entirety for all purposes as if fully set forth herein.

An estimation of RTT for messages using TCP may use Karn’s Algorithm, described by Karn, Phil and Craig Partridge in ACM SIGCOMM ’87—Computer Communication Review publication, entitled: “*Improving Round-Trip Time Estimates in Reliable Transport Protocols*”, which is incorporated in its entirety for all purposes as if fully set forth herein. The round trip time is estimated as the difference between the time that a segment was sent and the time that its acknowledgment was returned to the sender, but when packets are re-transmitted there is an ambiguity: the acknowledgment may be a response to the first transmission of the segment or to a subsequent re-transmission. Karn’s Algorithm ignores re-transmitted segments when updating the round trip time estimate. Round trip time estimation is based only on unambiguous acknowledgments, which are acknowledgments for segments that were sent only once.

Many software platforms provide a service called ‘ping’ that can be used to measure round-trip latency. Ping performs no packet processing; it merely sends a response back when it receives a packet (i.e., performs a no-op), thus it is a first rough way of measuring latency. Ping operates by sending Internet Control Message Protocol (ICMP) echo requesting packets to the target host, and waiting for an ICMP response. During this process it measures the time from transmission to reception (round-trip time) and records any packet loss. The results of the test are printed in a form of a statistical summary of the response packets received, including the minimum, maximum, and the mean round-trip times, and sometimes the standard deviation of the mean.

The Transmission Control Protocol/Internet Protocol (TCP/IP) suite normally used on the Internet has included an Internet Message Control Protocol (ICMP) that is commonly used in echo testing or ping and trace route applications. In general, the Internet standard ‘ping’ or ‘ICMP echo’ has a request/response format, wherein one device sends an ICMP echo request and another device responds to a received ICMP echo request with a transmitted ICMP echo response. Normally, IP devices are expected to implement the ICMP as part of the support for IP, to be able to use ICMP for testing. Internet RFC 792, entitled “*Internet Control Message Protocol: DARPA Internet Program Protocol Specification*”, which is incorporated in its entirety for all purposes as if fully set forth herein, at least partially describes the behavior of ICMP. The ICMP echo message has a type field, a code field, a checksum field, an identifier field, a sequence number field, and a data field. According to RFC 79*: “The data received in the echo message must be returned in the echo reply message*”. Thus, an RFC compliant ping responders or an ICMP echo reply message responders are supposed to copy the received data field in an echo request message directly into the data field of the transmitted echo response message.

A newer version of ICMP known as ICMP version 6 or ICMPv6 as described at least partially in RFCs 1885 and 2463, which are both entitled “*Internet Control Message Protocol* (*ICMPv6*) *for the Internet Protocol Version* 6 (*IPv6*) *Specification*”, which are both incorporated in their entirety for all purposes as if fully set forth herein. According to RFC 2463, “Every [IPv6] node MUST implement an ICMPv6 Echo responder function that receives Echo Requests and sends corresponding Echo Replies. An IPv6 node SHOULD also implement an application-layer interface for sending Echo Requests and receiving Echo Replies, for diagnostic purposes.”. Thus, responding to ICMP echo requests normally is a necessary function in supporting IPv4 and/or IPv6 standards. The ICMPv6 RFCs 1885 and 2464 goes on to specify that the data field of an ICMP echo response contains the “data from the invoking Echo Request message.” Therefore, both ICMP and ICMP v6 associated with IPv4 and IPv6, respectively, specify that the data field in an ICMP echo reply message is to essentially contain a copy of the data received in the corresponding ICMP echo request message.

Moreover, the ICMP echo protocol is basically a two-way echo in which one initiating device and/or process starts the communication by transmitting an echo request message, which may be then received by an echo responder process. The echo responder process, generally located on another device, receives the echo request message and responds with an echo reply back to the initiating process. Once the initiating device and/or process receives the response or times out waiting on the response, the two-way echo exchange of messages is complete. Although the echo request and echo response normally are performed between processes on two different devices, one skilled in the art will be aware that a device can ping its own IP address implying that the echo request and echo responder reply processes are on the same device. In addition, the loopback address of network 127.0.0.0 in IPv4 can be used to allow a device to the loopback outbound echo request messages back into the device’s own incoming echo request responder processes. IPv6 has a loopback functionality as well.

This copying of data exactly in the ICMP echo response is somewhat wasteful because the responder generally does not convey that much (if any) information back to the ICMP echo request initiating device. Arguably the initiating device could compute bit error rate (BER) statistics on the transmitted versus the received data field in ICMP echo packets. However, such physical layer issues as BER statistics normally are not as relevant for network layer IP datagranis that already include various error control code mechanisms. Arguably the device running the responding process can communicate information to the device running the initiating process by having the device running the original responding process initiate its own echo request and wait for

an echo response from the original initiating device. Such a solution results in four packets, with a first echo request from a local device responded to by a first echo response from a remote device, and with a second echo request from the remote device responded to by a second echo response from the local device.

An identifier and/or sequence number in ping packets generally has allowed the ping to be used by a device to determine the round-trip delay from the time an ICMP echo request packet is sent to the time corresponding to when an associated received ICMP echo request is received back at an initiating device. Furthermore, ping packets generally convey little or no information about the type of the device that initiated the ping. Moreover, although IPv4 has Type of Service (ToS) fields in the IP datagram, these fields have become more important as the services used over the Internet and networks using Internet technology have grown from basic computer data communication to also include real-time applications such as voice and/or video. Various Type of Service (ToS) in IPv4 and IPv6 have been used in implementing various (Quality of Service) QoS characteristics that are defined for different classes of service and/or Service Level Agreements (SLAs).

Timestamp. A timestamp is a sequence of characters or encoded information identifying when a certain event occurred, usually giving date and time of day, sometimes accurate to a small fraction of a second, and also refers to digital date and time information attached to the digital data. For example, computer files contain timestamps that tell when the file was last modified, and digital cameras add timestamps to the pictures they take, recording the date and time the picture was taken. A timestamp is typically the time at which an event is recorded by a computer, not the time of the event itself. In many cases, the difference may be inconsequential: the time at which an event is recorded by a timestamp (e.g., entered into a log file) should be close to the time of the event. Timestamps are typically used for logging events or in a Sequence of Events (SOE), in which case each event in the log or SOE is marked with a timestamp. In a file system such as a database, timestamp commonly mean the stored date/time of creation or modification of a file or a record. The ISO 8601 standard standardizes the representation of dates and times which are often used to construct timestamp values, and IETF RFC 3339 defines a date and time format for use in Internet protocols using the ISO 8601 standard representation.

Caching. A system and method for increasing cache size by performing the steps of: categorizing storage blocks within a storage device as within a first category of storage blocks if the storage blocks that are available to the system for storing data when needed; categorizing storage blocks within the storage device as within a second category of storage blocks if the storage blocks contain application data therein; and categorizing storage blocks within the storage device as within a third category of storage blocks if the storage blocks are storing cached data and are available for storing application data if no first category of storage blocks are available to the system, is described in U.S. Pat. No. 8,135,912 to Shribman et al. entitled: “System and Method of Increasing Cache Size”, which is incorporated in its entirety for all purposes as if fully set forth herein. A system for resolving Domain Name System (DNS) queries that contains a communication device for resolving DNS queries, wherein the communication device further contains a memory and a processor that is configured by the memory, a cache storage for use by the communication device, and a network of authoritative domain name servers, where in a process of the communication device looking up a DNS request within the cache storage, if the communication device views an expired DNS entry within the cache storage, the communication device continues the process of looking up the DNS request in the cache storage while, in parallel, sending out a concurrent DNS request to an authoritative domain name server that the expired DNS entry belongs to, is described in U.S. Pat. No. 8,671,221 to the same inventors as this application, entitled: “Method and System for Increasing Speed of Domain Name System Resolution within a Computing Device”, which is incorporated in its entirety for all purposes as if fully set forth herein.

Systems and methods of storing previously transmitted data and using it to reduce bandwidth usage and accelerate future communications, and using algorithms to identify long compression history matches. A network device that may improve compression efficiency and speed is described in U.S. Pat. No. 7,865,585 to Samuels et al., entitled: “Systems and Methods for Providing Dynamic Ad Hok Proxy-Cache Hierarchies”, which is incorporated in its entirety for all purposes as if fully set forth herein. Further, a method and system for accelerating the receipt of data in a client-to-client network described in U.S. Pat. No. 7,203,741 to Marco et al., entitled: “Method and System for Accelerating Receipt of Data in a Client-to-Client Network”, which is incorporated in its entirety for all purposes as if fully set forth herein.

Hearbeat. A heartbeat is a periodic signal generated by hardware or software to indicate normal operation or to synchronize other parts of a system. Usually a heartbeat is sent between machines at a regular interval of an order of seconds. If a heartbeat is not received for a time—usually a few heartbeat intervals—the machine that should have sent the heartbeat is assumed to have failed. As used herein, a heartbeat is a periodic message, such as a ‘ping’, generated by devices connected to the Internet to indicate being ‘online’ (connected to the Internet) and normal operation, and if a heartbeat is not received for a time, the device is assumed to be ‘offline’ (not connected to the Internet). A heartbeat protocol is generally used to negotiate and monitor the availability of a resource, such as a floating IP address. Typically, when a heartbeat starts on a machine, it will perform an election process with other machines on the network to determine which machine, if any, owns the resource. The IETF RFC 6520 describes Heartbeat operation for the Transport Layer Security (TLS), and is incorporated in its entirety for all purposes as if fully set forth herein.

Users in the Internet may desire anonymity in order not to be identified as a publisher (sender), or reader (receiver), of information. Common reasons include censorship at the local, organizational, or national level, personal privacy preferences such as preventing tracking or data mining activities, the material or its distribution is considered illegal or incriminating by possible eavesdroppers, the material may be legal but socially deplored, embarrassing, or problematic in the individual’s social world, and fear of retribution (against whistleblowers, unofficial leaks, and activists who do not believe in restrictions on information nor knowledge). Full anonymity on the Internet, however, is not guaranteed since IP addresses can be tracked, allowing to identify the computer from which a certain post was made, albeit not the actual user. Anonymizing services, such as I2P—‘The Anonymous Network’ or Tor, address the issue of IP tracking, as their distributed technology approach may grant a higher degree of security than centralized anonymizing services where a central point exists that could disclose one’s identity. An anonymous web browsing refers

to browsing the World Wide Web while hiding the user's IP address and any other personally identifiable information from the websites that one is visiting. There are many ways of accomplishing anonymous web browsing. Anonymous web browsing is generally useful to internet users who want to ensure that their sessions cannot be monitored. For instance, it is used to circumvent traffic monitoring by organizations that want to find out or control which web sites employees visit. Further, since some web-sites response differently when approached from mobile devices, anonymity may allow for accessing such a web-site from a non-mobile device, posing as a mobile device.

WiFi. A device herein (such as device **11**) may consist of, be part of, or include, a Personal Computer (PC), a desktop computer, a mobile computer, a laptop computer, a notebook computer, a tablet computer, a server computer, a handheld computer, a handheld device, a Personal Digital Assistant (PDA) device, or a cellular handset. Alternatively or in addition, a device may consist of, be part of, or include, a handheld PDA device, an on-board device, an off-board device, a hybrid device, a vehicular device, a non-vehicular device, a mobile device, or a portable device. A network herein (such as LAN **14**), may consist of, be part of, or include, a wired or wireless network, a Local Area Network (LAN), a Wireless LAN (WLAN), a Metropolitan Area Network (MAN), a Wireless MAN (WMAN), a Wide Area Network (WAN), a Wireless WAN (WWAN), a Personal Area Network (PAN), or a Wireless PAN (WPAN). Alternatively or in addition, a network herein may be operating substantially in accordance with existing IEEE 802.11, 802.11a, 802.11b, 802.11g, 802.11k, 802.11n, 802.11r, 802.16, 802.16d, 802.16e, 802.20, 802.21 standards and/or future versions and/or derivatives of the above standards. Further, a network element (or a device) herein may consist of, be part of, or include, a cellular radio-telephone communication system, a cellular telephone, a wireless telephone, a Personal Communication Systems (PCS) device, a PDA device which incorporates a wireless communication device, or a mobile/portable Global Positioning System (GPS) device. The communication interface **29** may consist of, be part of, or include, a transceiver or modem for communication with the network, such as LAN **14**. In the case of wired networks, the communication interface **29** connects to the network via a port **28** that may include a connector, and in the case of wireless network, the communication interface **29** connects to the network via a port **28** that may include an antenna.

The LAN **14** may be a Wireless LAN (WLAN) such as according to, or base on, IEEE 802.11-2012, and the WLAN port may be a WLAN antenna and the WLAN transceiver may be a WLAN modem. The WLAN may be according to, or base on, IEEE 802.11a, IEEE 802.11b, IEEE 802.11g, IEEE 802.11n, or IEEE 802.11ac. Commonly referred to as Wireless Local Area Network (WLAN), such communication makes use of the Industrial, Scientific and Medical (ISM) frequency spectrum. In the US, three of the bands within the ISM spectrum are the A-Band, 902-928 MHz; the B-Band, 2.4-2.484 GHz (a.k.a. 2.4 GHz); and the C-Band, 5.725-5.875 GHz (a.k.a. 5 GHz). Overlapping and/or similar bands are used in different regions such as Europe and Japan. In order to allow interoperability between equipment manufactured by different vendors, few WLAN standards have evolved, as part of the IEEE 802.11 standard group, branded as WiFi (www.wi-fi.org). The IEEE 802.11b standard describes a communication using the 2.4 GHz frequency band and supporting a communication rate of 11 Mb/s, IEEE 802.11a uses the 5 GHz frequency band to carry 54 MB/s, and IEEE 802.11g uses the 2.4 GHz band to support 54 Mb/s. The WiFi technology is further described in a publication entitled: "*WiFi Technology*" by Telecom Regulatory Authority, published on July 2003, which is incorporated in its entirety for all purposes as if fully set forth herein. The IEEE 802 defines an ad-hoc connection between two or more devices without using a wireless access point: the devices communicate directly when in range. An ad hoc network offers peer-to-peer layout and is commonly used in situations such as a quick data exchange or a multiplayer LAN game, because the setup is easy and an access point is not required.

In order to support multiple devices and using a permanent solution, a Wireless Access Point (WAP) is typically used. A Wireless Access Point (WAP, or Access Point—AP) is a device that allows wireless devices to connect to a wired network using Wi-Fi, or related standards. The WAP usually connects to a router (via a wired network) as a standalone device, but it can also be an integral component of the router itself. Using Wireless Access Point (AP) allows users to add devices that access the network with little or no cables. A WAP normally connects directly to a wired Ethernet connection and the AP then provides wireless connections using radio frequency links for other devices to utilize that wired connection. Most APs support the connection of multiple wireless devices to one wired connection. An example of using WAPs is shown in a system **20***a* shown in FIG. **2***b*, where a device **11***a*(corresponding to the device **11** above) may communicate, and for example, any access the Internet, via any one of a WAPs **26***a*, **26***b*, or **26***c*. Wireless access typically involves special security considerations, since any device within a range of the WAP can attach to the network. The most common solution is wireless traffic encryption. Modern access points come with built-in encryption such as Wired Equivalent Privacy (WEP) and Wi-Fi Protected Access (WPA), typically used with a password or a passphrase. A WAP may not be password protected, allowing free access (for example to the Internet via the WAP) to any device communicating with it, such as WAP **26***a* shown in system **20***a*. However, most WAPs, such as WAPs **26***b* and **26***c* shown in system **20***a* (denoted with the lock symbol), are password protected, allowing access only to specific users which can use the password.

Authentication in general, and a WAP authentication in particular, is used as the basis for authorization, which is the determination whether a privilege may be granted to a particular user or process, privacy, which keeps information from becoming known to non-participants, and non-repudiation, which is the inability to deny having done something that was authorized to be done based on the authentication. An authentication in general, and a WAP authentication in particular, may use an authentication server, that provides a network service that applications may use to authenticate the credentials, usually account names and passwords, of their users. When a client submits a valid set of credentials, it receives a cryptographic ticket that it can subsequently use to access various services. Authentication algorithms include passwords, Kerberos, and public key encryption.

Compression. Data compression, also known as source coding and bit-rate reduction, involves encoding information using fewer bits than the original representation. Compression can be either lossy or lossless. Lossless compression reduces bits by identifying and eliminating statistical redundancy, so that no information is lost in lossless compression. Lossy compression reduces bits by identifying unnecessary information and removing it. The process of

reducing the size of a data file is commonly referred to as a data compression. A compression is used to reduce resource usage, such as data storage space or transmission capacity. Data compression is further described in a Carnegie Mellon University chapter entitled: "*Introduction to Data Compression*" by Guy E. Blelloch, dated Jan. 31, 2013, which is incorporated in its entirety for all purposes as if fully set forth herein.

In a scheme involving lossy data compression, some loss of information is acceptable. For example, dropping of a nonessential detail from a data can save storage space. Lossy data compression schemes may be informed by research on how people perceive the data involved. For example, the human eye is more sensitive to subtle variations in luminance than it is to variations in color. JPEG image compression works in part by rounding off nonessential bits of information. There is a corresponding trade-off between preserving information and reducing size. A number of popular compression formats exploit these perceptual differences, including those used in music files, images, and video.

Lossy image compression is commonly used in digital cameras, to increase storage capacities with minimal degradation of picture quality. Similarly, DVDs use the lossy MPEG-2 Video codec for video compression. In lossy audio compression, methods of psychoacoustics are used to remove non-audible (or less audible) components of the audio signal. Compression of human speech is often performed with even more specialized techniques; speech coding, or voice coding, is sometimes distinguished as a separate discipline from audio compression. Different audio and speech compression standards are listed under audio codecs. Voice compression is used in Internet telephony, for example, and audio compression is used for CD ripping and is decoded by audio player.

Lossless data compression algorithms usually exploit statistical redundancy to represent data more concisely without losing information, so that the process is reversible. Lossless compression is possible because most real-world data has statistical redundancy. The Lempel-Ziv (LZ) compression methods are among the most popular algorithms for lossless storage. DEFLATE is a variation on LZ optimized for decompression speed and compression ratio, and is used in PKZIP, Gzip and PNG. The LZW (Lempel-Ziv-Welch) method is commonly used in GIF images, and is described in IETF RFC 1951. The LZ methods use a table-based compression model where table entries are substituted for repeated strings of data. For most LZ methods, this table is generated dynamically from earlier data in the input. The table itself is often Huffman encoded (e.g., SHRI, LZX). Typical modern lossless compressors use probabilistic models, such as prediction by partial matching.

Lempel-Ziv-Welch (LZW) is an example of lossless data compression algorithm created by Abraham Lempel, Jacob Ziv, and Terry Welch. The algorithm is simple to implement, and has the potential for very high throughput in hardware implementations. It was the algorithm of the widely used Unix file compression utility compress, and is used in the GIF image format. The LZW and similar algorithms are described in U.S. Pat. No. 4,464,650 to Eastman et al. entitled: "Apparatus and Method for Compressing Data Signals and Restoring the Compressed Data Signals", in U.S. Pat. No. 4,814,746 to Miller et al. entitled: "Data Compression Method", and in U.S. Pat. No. 4,558,302 to Welch entitled: "High Speed Data Compression and Decompression Apparatus and Method", which are all incorporated in their entirety for all purposes as if fully set forth herein.

A class of lossless data compression algorithms is based on using dictionaries, and operates by searching for matches between the text to be compressed and a set of strings contained in a data structure (called the 'dictionary') maintained by the encoder. When the encoder finds such a match, it substitutes a reference to the string's position in the data structure.

Some dictionary coders use a 'static dictionary', one whose full set of strings is determined before coding begins and does not change during the coding process. This approach is most often used when the message or set of messages to be encoded is fixed and large. A dictionary is often built from redundancy extracted from a data environment (various input streams) which dictionary is then used statically to compress a further input stream. For example, a dictionary may be built from old English texts then is used to compress a book. More common are methods where the dictionary starts in some predetermined state, but the contents change during the encoding process, based on the data that has already been encoded.

Both the LZ77 and LZ78 algorithms work on this principle, where in LZ77, a circular buffer called the "sliding window" holds the last N bytes of data processed, which serves as the dictionary, effectively storing every substring that has appeared in the past N bytes as dictionary entries. Instead of a single index identifying a dictionary entry, two values are needed: the length, indicating the length of the matched text, and the offset (also called the distance), indicating that the match is found in the sliding window starting offset bytes before the current text. LZ78 uses a more explicit dictionary structure; at the beginning of the encoding process, the dictionary only needs to contain entries for the symbols of the alphabet used in the text to be compressed, but the indexes are numbered in order to leave spaces for many more entries. At each step of the encoding process, the longest entry in the dictionary that matches the text is found, and its index is written to the output; the combination of that entry and the character that followed it in the text is then added to the dictionary as a new entry. An example of a dictionary-based compression is described in an University of Michigan paper entitled: "*Dictionary-Based Compression for Long Time-Series Similarity*" by Willis Lang, Michael Morse, and Jignesh M. Patel, downloaded from http://pages.cs.wisc.edu/ on August 2014, which is incorporated in its entirety for all purposes as if fully set forth herein.

A one-way dictionary-based compression system is shown as a system **470** in FIG. **4**. An encoding device **471** is shown to transmit data, such as DATA_**1** to a decoding device **472** via a network **480**, which may be the Internet **113**. The encoding device **471** comprises an encoder **474** (also referred to as a coder, data coder, or data compressor), serving to compress DATA_**1** received at an input port **475***a* into a DATA_**2** (which is a lossless compression of DATA_**1**, preferably having a lower number of bits or lower data-rate that DATA_**1**) at an output port **475***b*, using the content in a shared dictionary **473***a*. The output DATA_**2** is transmitted via the network **480**, and is received at an input port **476***a* of a decoder **477** (also referred to as a data decoder or data decompressor) in the decoding device **472**. Using a shared dictionary **473***b* in the decoding device **472**, which preferably includes the same content as in the shared dictionary **473***a* of the encoding device **471**, the decoder **477** reconstructs the original data DATA_**1** at an output port **476***b*.

A two-way dictionary-based compression system is shown as a system **470***a* in FIG. **4***a*. An encoding/decoding

device **471***c* includes the functionalities of an encoding device **471***a* for transmitting, and of a decoding device **472***a* for receiving data. Similarly, an encoding/decoding device **472***c* includes the functionalities of the encoding device **471***a* for transmitting, and of the decoding device **472***a* for receiving data. In addition to the functionality of the decoding device **472***a*, the encoding/decoding device **472***c* is shown to also transmit data, such as DATA_**3** to the encoding/decoding device **471***c* via the network **480**, which may be the Internet **113**. The encoding /decoding device **472***c* comprises an encoder **474***b* (also referred to as a coder, data coder, or data compressor), serving to compress DATA_**3** received at an input port **475***c* into a DATA_**4** (which is a lossless compression of DATA_**3**, preferably having a lower number of bits or lower data-rate that DATA_**3**) at an output port **475***d*, using the content in a shared dictionary **473***d*. The output DATA_**4** is transmitted via the network **480**, and is received at an input port **476***d* of a decoder **477***b* (also referred to as a data decoder or data decompressor) in the encoding/decoding device **471***c*. Using the shared dictionary **473***c* in the encoding/decoding device **471***c*, which preferably includes the same content as in the shared dictionary **473***d* of the encoding/decoding device **472***c*, the decoder **477***b* reconstructs the original data DATA_**3** at an output port **476***c*.

Image/video. Any content herein may consist of, be part of, or include, an image or a video content. A video content may be in a digital video format that may be based on one out of: TIFF (Tagged Image File Format), RAW format, AVI, DV, MOV, WMV, MP4, DCF (Design Rule for Camera Format), ITU-T H.261, ITU-T H.263, ITU-T H.264, ITU-T CCIR 601, ASF, Exif (Exchangeable Image File Format), and DPOF (Digital Print Order Format) standards. A intraframe or interframe compression may be used, and the compression may a lossy or a non-lossy (lossless) compression, that may be based on a standard compression algorithm, which may be one or more out of JPEG (Joint Photographic Experts Group) and MPEG (Moving Picture Experts Group), ITU-T H.261, ITU-T H.263, ITU-T H.264 and ITU-T CCIR 601.

Web Analytics. Web analytics typically refers to the measurement, collection, analysis, and reporting of web data for purposes of understanding and optimizing web usage. Web analytics is commonly used for measuring web traffic, and may be used as a tool for business and market research, as well as to assess and improve the effectiveness of a web site. Web analytics applications can also help companies measure the results of traditional print or broadcast advertising campaigns. For example, it helps one to estimate how traffic to a website changes after the launch of a new advertising campaign. The web analytics provide information about the number of visitors to a website and the number of page views, and helps gauge traffic and popularity trends, which may be useful for market research. Web analytics related description and methods are described in a whitepaper by E-Nor, Inc. entitled: "*A 7-Step Analytics Reporting Framework—Marketing Optimization Whitepaper*" by Feras Alhlou, downloaded on 8/2014, and in U.S. Pat. No. 8,234,370 to Hammer et al., entitled: "Determining Web Analytics Information", in U.S. Patent Application Publication No. 2008/0046562 to Butler entitled: "Visual Web Page Analytics", and in U.S. Pat. No. 7,941,525 to Yavilevich entitled: "Method and System for Monitoring an Activity of a User", which are all incorporated in their entirety for all purposes as if fully set forth herein.

There are two categories of web analytics: off-site and on-site web analytics. Off-site web analytics refers to web measurement and analysis, and includes the measurement of a website's potential audience (opportunity), share of voice (visibility), and buzz (comments) that is happening on the Internet. On-site web analytics measure a visitor's behavior once on the website, and includes its drivers and conversions; for example, the degree to which different landing pages are associated with online purchases. On-site web analytics typically measures the performance of the website in a commercial context, and this data is typically compared against key performance indicators for performance, and used to improve a web site or marketing campaign's audience response. Google Analytics is a widely used on-site web analytics service; although new tools are emerging that provide additional layers of information, including heat maps and session replay.

Google Analytics is a service offered by Google that generates detailed statistics about a website's traffic and traffic sources and measures conversions and sales. The product is aimed at marketers as opposed to webmasters and technologists from which the industry of web analytics originally grew. Google Analytics can track visitors from all referrers, including search engines and social networks, direct visits and referring sites, and also tracks display advertising, pay-per-click networks, email marketing and digital collateral such as links within PDF documents. Integrated with AdWords, users can now review online campaigns by tracking landing page quality and conversions (goals). Goals might include sales, lead generation, viewing a specific page, or downloading a particular file.

Google Analytics is implemented with "page tags". A page tag, in this case called the Google Analytics Tracking Code is a snippet of JavaScript code that the website owner user adds to every page of the web site. The tracking code runs in the client browser when the client browses the page (if JavaScript is enabled in the browser), and collects visitor data and sends it to a Google data collection server, as part of a request for a web beacon. The tracking code loads a larger JavaScript file from the Google webserver and then sets variables with the user's account number. The larger file (currently known as ga.js) is typically 18 KB. The file does not usually have to be loaded, though, because of browser caching. Assuming caching is enabled in the browser, it downloads ga.js only once at the start of the visit. Furthermore, as all websites that implement Google Analytics with the ga.js code use the same master file from Google, a browser that has previously visited any other website running Google Analytics will already have the file cached on their machine. In addition to transmitting information to a Google server, the tracking code sets first party cookies (If cookies are enabled in the browser) on each visitor's computer. These cookies store anonymous information, such as whether the visitor has been to the site before (new or returning visitor), the timestamp of the current visit, and the referrer site or campaign that directed the visitor to the page (e.g., search engine, keywords, banner, or email). Google Analytics is further described in an Koozai Ltd. guide entitled: "*The Practical Guide To Google Analytics For Business*", 2nd Edition, published 2013, by Anna Lewis, Graeme Benge, and Gemma Hollooway, which is incorporated in its entirety for all purposes as if fully set forth herein.

DHCP. The Dynamic Host Configuration Protocol (DHCP) is a standardized networking protocol used on Internet Protocol (IP) networks for dynamically distributing network configuration parameters, such as IP addresses for interfaces and services. With DHCP, network elements request IP addresses and networking parameters automati-

cally from a DHCP server, reducing the need for a network administrator or a user to configure these settings manually.

DHCP is typically used by network elements for requesting Internet Protocol parameters, such as an IP address from a network server, and is based on the client-server model. When a network element connects to a network, its DHCP client software in the operating system sends a broadcast query requesting necessary information. Any DHCP server on the network may service the request. The DHCP server manages a pool of IP addresses and information about client configuration parameters such as default gateway, domain name, the name servers, and time servers. On receiving a request, the server may respond with specific information for each client, as previously configured by an administrator, or with a specific address and any other information valid for the entire network, and the time period for which the allocation (lease) is valid. A host typically queries for this information immediately after booting, and periodically thereafter before the expiration of the information. When an assignment is refreshed by the client computer, it initially requests the same parameter values, and may be assigned a new address from the server, based on the assignment policies set by administrators.

Depending on implementation, the DHCP server may have three methods of allocating IP-addresses: (a) Dynamic allocation, where a network administrator reserves a range of IP addresses for DHCP, and each client computer on the LAN is configured to request an IP address from the DHCP server during network initialization. The request-and-grant process uses a lease concept with a controllable time period, allowing the DHCP server to reclaim (and then reallocate) IP addresses that are not renewed. (b) Automatic allocation, where the DHCP server permanently assigns an IP address to a requesting client from the range defined by the administrator. This is similar to dynamic allocation, but the DHCP server keeps a table of past IP address assignments, so that it can preferentially assign to a client the same IP address that the client previously had. (c) Static allocation, where the DHCP server allocates an IP address based on a preconfigured mapping to each client's MAC address.

DHCP used for Internet Protocol version 4 (IPv4) is described in IETF RFC 2131, entitled "*Dynamic Host Configuration Protocol*", and DHCP for IPv6 is described IETF RFC 3315, entitled: "*Dynamic Host Configuration Protocol for IPv6 (DHCPv6)*", both incorporated in their entirety for all purposes as if fully set forth herein. While both versions serve the same purpose, the details of the protocol for IPv4 and IPv6 are sufficiently different that they may be considered separate protocols. For IPv6 operation, devices may alternatively use stateless address autoconfiguration. IPv4 hosts may also use link-local addressing to achieve operation restricted to the local network link.

The DHCP protocol employs a connectionless service model, using the User Datagram Protocol (UDP). It is implemented with two UDP port numbers for its operations, which are the same as for the BOOTP protocol. The UDP port number **67** is the destination port of a server, and the UDP port number **68** is used by the client. DHCP operations fall into four phases: Server discovery, IP lease offer, IP request, and IP lease acknowledgment. These stages are often abbreviated as DORA for discovery, offer, request, and acknowledgment. The DHCP protocol operation begins with clients broadcasting a request. If the client and server are on different subnets, a DHCP Helper or DHCP Relay Agent may be used. Clients requesting renewal of an existing lease may communicate directly via an UDP unicast, since the client already has an established IP address at that point.

Redundancy. A redundancy may be used in order to improve an accuracy, reliability, or availability. The redundancy may be implemented where two or more components may be used for the same functionality. The components may be similar, substantially or fully the same, identical, different, substantially different, or distinct from each other, or any combination thereof. The redundant components may be concurrently operated, allowing for improved robustness and allowing for overcoming a Single Point Of Failure (SPOF), or alternatively one or more of the components serves as a backup. The redundancy may be a standby redundancy, which may be 'Cold Standby' and 'Hot Standby'. In the case three redundant components are used, Triple Modular Redundancy (TMR) may be used, and Quadruple Modular Redundancy (QMR) may be used in the case of four components. A 1:N Redundancy logic may be used for three or more components. A communication system employing redundancy is described in U.S. Patent Application No. 2013/0201316 to Binder et al., entitled: "System and Method for Server Based Control", and redundancy for carrying audio over the Internet is described in IETF RFC 2198 entitled: "*RTP Payload for Redundant Audio Data*", both are incorporated in their entirety for all purposes as if fully set forth herein.

Parallel Redundancy Protocol (PRP) is a data communication network standardized by the International Electrotechnical Commission (IEC) as IEC 62439-3 Clause 4, which allows systems to overcome any single network failure without affecting the data transmission by using redundancy. Under PRP, each network node has two Ethernet ports attached to two different local area networks of arbitrary, but similar topology, and the two LANs are completely separated and are assumed to be fail-independent. A source node sends simultaneously two copies of a frame, one over each port. The two frames travel through their respective LANs until they reach a destination node, in the fault-free case, with a certain time skew. The destination node accepts the first frame of a pair and discards the second, taking advantage of a sequence number in each frame that is incremented for each frame sent. Therefore, as long as one LAN is operational, the destination always receives one frame. This protocol provides a zero-time recovery and allows checking the redundancy continuously to detect lurking failures. The PRP is described in an ABB Switzerland Ltd. 2012 presentation entitled "*Highly Available Automation Networks Standard Redundancy Methods—Rationale behind the IEC 63429 standard suite*", and in a Zurich University tutorial entitled: "*Tutorial on Parallel redundancy Protocol (PRP)*", by Prof. Hans Weibel, downloaded 7/2014, both are incorporated in their entirety for all purposes as if fully set forth herein.

Gateway. The term 'gateway' is used herein to include, but not limited to, a network element (or node) that is equipped for interfacing between networks that uses different protocols. A gateway typically contains components such as protocol translators, impedance matching devices, rate converters, fault isolators, or signal translators, as necessary to provide networking interoperability. A gateway may be a router or a proxy server that routes between networks, and may operate at any network layer. In a network for an enterprise, a computer server acting as a gateway node is often also acting as a proxy server and a firewall server. A gateway is often associated with both a router, which knows where to direct a given packet of data that arrives at the gateway, and a switch, which furnishes the actual path in and out of the gateway for a given packet.

A subnet mask is a mask used to determine what subnet belongs to an IP address. An IP address has two components, the network address and the host address. For example, consider the IP address 150.215.017.009. Assuming this is part of a Class B network, the first two numbers (150.215) represent the Class B network address, and the second two numbers (017.009) identify a particular host on this network. A subnetting enables the network administrator to further divide the host part of the address into two or more subnets. In this case, a part of the host address is reserved to identify the particular subnet. On an IP network, clients should automatically send IP packets with a destination outside a given subnet mask to a network gateway. A subnet mask defines the IP range of a private network. For example, if a private network has a base IP address of 192.168.0.0 and has a subnet mask of 255.255.255.0, then any data going to an IP address outside of 192.168.0.X will be sent to that network gateway. While forwarding an IP packet to another network, the gateway might or might not perform Network Address Translation (NAT).

Domain Name System (DNS) is a hierarchical distributed naming system for computers, services, or any resource connected to the Internet or a private network. It associates various information with domain names assigned to each of the participating entities, and translates easily memorized domain names to the numerical IP addresses needed for the purpose of locating computer services and devices worldwide. The DNS is described, for example, in the IETF RFC 3467 entitled: "*Role of the Domain Name System* (*DNS*)", in the IETF RFC 6195 entitled: "*Domain Name System* (*DNS*) *LANA Considerations*", and in the IETF RFC 1591 entitled: "*Domain Name System Structure and Delegation*", which are incorporated in their entirety for all purposes as if fully set forth herein.

The '404' or 'Not Found' error message is a HTTP standard response code indicating that the client was able to communicate with a given gateway or server, but the server could not find what was requested. The web site hosting server will typically generate a "404 Not Found" web page when a user attempts to follow a broken or dead link; hence, the 404 error is one of the most recognizable errors users can find on the web. When communicating via HTTP, a server is required to respond to a request, such as a web browser request for a web page, with a numeric response code and an optional, mandatory, or disallowed (based upon the status code) message. In the code 404, the first digit indicates a client error, such as a mistyped Uniform Resource Locator (URL). The following two digits indicate the specific error encountered. At the HTTP level, a 404 response code is followed by a human-readable "reason phrase". The HTTP specification suggests the phrase "Not Found" and many web servers by default issue an HTML page that includes both the 404 code and the "Not Found" phrase.

Referring to FIG. **50** showing a system **500** using a gateway #**1 505***a* as an intermediate device between a LAN **503** (which may be the LAN **14** in FIG. **1**) and a WAN **502** (which may be the Internet **113**). The gateway #**1 505***a* allows an application **506** in the network element **504** to communicate with another network element such as a server **501** via the networks. The network element **504** typically includes a memory, such as the main memory **25***a*, the storage device **25***c*, or the ROM **25***b*, storing a software **508**, which typically includes the application **506**, which uses the Operating System (OS) **507**, which may be associated with the WDM architecture **430** shown in FIG. **3**, or with the Linux architecture **450** shown in FIG. **3***a*. As part of initializing of a communication session with the network element **501**, the OS **507** typically identifies the gateway **505***a* in the LAN **503**, and obtains therefrom the required information such as an IP address, a DNS server IP, a subnet mask, and other information to be used before and during the communication session. The gateway #**1 505***a* may consist of, include, be part of, or integrated with, a network router or a WiFi router.

In consideration of the foregoing, it would be an advancement in the art to provide an improved functionality method and system that is simple, secure, anonymous, cost-effective, load balanced, redundant, reliable, provide lower CPU and/or memory usage, enable pipelining of requests and responses, reduce network congestion, easy to use, reduce latency, faster, has a minimum part count, minimum hardware, and/or uses existing and available components, protocols, programs and applications for providing better quality of service, overload avoidance, better or optimal resources allocation, better communication and additional functionalities, and provides a better user experience.

## SUMMARY

A system may comprise multiple data servers and multiple client and tunnel devices, each data server may be storing a respective content that may be fetched by the client devices via the Internet. The tunnel devices may be used as intermediate devices (or nodes). Upon initializing of the client and tunnel devices (such as upon powering up or upon launching the applicable software application), they sign-in with an acceleration server, which stores an identification (such as IP address) of each of the client and tunnel devices. A client device, which may be requesting a content from a data server, first communicates with the acceleration server to receive a list of the available tunnel devices. The client device may then select one (or more) tunnel device, and then executes a pre-connection process with the selected tunnel device. Upon determining the need for a content to be fetched from the data server, the client device sends a request to the tunnel device, which in turn fetches the required content from the data server, and sends the fetched content to the client device. Each of the devices (client or tunnel) and each of the servers (acceleration or data) may be identified in the Internet using an IP address that may be in an IPv4 or IPv6 form. Alternatively or in addition to using an intermediary device such as the tunnel device (or multiple tunnel devices), the client device may directly access and fetch content from the data server, without using any intermediate device such as a tunnel device. A device may be both a client device and a tunnel device, and the roles may be assumed one at a time, or may be employed in parallel using multitasking or multiprocessing.

The required communication of requests and content between the client device and the selected tunnel device may be preceded by a pre-connection phase used for establishing a connection between the devices, which may be later used for the required request or content transfer. The devices may communicate using VPN or TCP, and a connection may be established by performing 'Active OPEN' or 'Passive OPEN'. The content may include files, text, numbers, audio, voice, multimedia, video, images, music, computer programs or any other sequence of instructions, as well as any other form of information represented as a string of bits or bytes. In one example, the content may include, be a part of, or a whole of, a web site page.

One or a plurality of tunnel devices may be used. Further, a device may directly access the data server, hence acting as its own tunnel device. The selection of a tunnel or of

multiple tunnels to be used by the client device may be based on pre-set criteria. The selection may use various attributes or characteristics of the tunnel devices, its operation environment, history, and any other characteristics. The attributes associated with each tunnel device may be stored in the acceleration server, and sent to the client device as part of the available tunnel devices list, so that the client device may use these attributes for the selection process. The criteria herein may be used independently or in combination. In yet another alternative, the selection may be based on a timing, such as Time-Of-Day (TOD) or a day of the week.

The tunnel device (or devices) to be used may be randomly selected; using a random number generator may be based on a physical process, or may be software based using pseudo-random numbers. Alternatively or in addition, the tunnel device (or devices) to be used may be selected based on physical geographical location, such as based on the physical proximity to another device in the system, such as the data server. Alternatively or in addition, the tunnel device (or devices) to be used may be selected based on their IP address or addresses. Alternatively or in addition, the tunnel device (or devices) to be used may be selected based on their sign-in time, or the time of its last activity as a tunnel.

The content requested by the client device may be partitioned into multiple parts or 'slices'. Any number of slices may be used. The slicing may be in a bit, nibble (4-bits), byte (8-bits), word (multiple bytes), character, string, or a file level. The partition may be into equal length parts, or may use different length slicing. The content may be composed of inherent or identifiable parts or segments, and the partition may make use of these parts. The content may be a website content composed of multiple webpages, and each slice may include one (or few) webpages. Further, the partition may be sequential or non-sequential in the content. The partitioning may be non-overlapping or overlapping.

A method is disclosed for fetching over the Internet a first content, identified by a first content identification, by a first device, identified in the Internet by a first identifier, from a second server identified in the Internet by a third identifier via a second device identified in the Internet by a second identifier, by using a first server. The method may be comprising the steps of the second device sending the second identifier to the first server; in response to receiving the second identifier, the first server storing the second identifier; the first device sending a first request to the first server; in response to receiving the first request, the first server sending the second identifier to the first device; the first device sending a second request to the second device using the second identifier, the second request includes the first content identification and the third identifier; in response to receiving the second request, the second device sending the first content identification to the second server using the third identifier; in response to receiving the first content identification, the second server sending the first content to the second device; and in response to receiving the first content, the second device sending the first content to the first device.

The method may further comprise the following steps of the first device sending the first content identification to the second server using the third identifier; and in response to receiving the first content identification, the second server sending the first content to the first device. These steps may be performed before, after, or concurrently (using multitasking or multiprocessing) with any of the former steps.

The method may further be used with a third device identified in the Internet by a fourth identifier, and may further comprise the steps of the third device sending the fourth identifier to the first server; in response to receiving the fourth identifier, the first server storing the fourth identifier; in response to receiving the first request, the first server sending the fourth identifier to the first device; the first device sending a third request to the third device using the fourth identifier, the third request includes the first content identification and the third identifier; in response to receiving the third request, the third device sending the first content identification to the second server using the third identifier; in response to receiving the first content identification, the second server sending the first content to the third device; and in response to receiving the first content, the third device sending the first content to the first device. These steps may be performed before, after, or concurrently (using multitasking or multiprocessing) with any of the former steps.

The method may further be used with a group consisting of a plurality of devices, each associated with a respective identifier for being identified in the Internet, for each of the devices in the group the method further comprising the steps of the group device sending the associated identifier to the first server; and in response to receiving the associated identifier, the first server storing the associated identifier. Further, in response to receiving the first request, the first server may be sending the identifiers of all the devices in the group to the first device. The method may further comprise the steps of the first device sending a third request to the group device using the device associated identifier, the third request includes the first content identification and the third identifier; in response to receiving the third request, the group device sending the first content identification to the second server using the third identifier; in response to receiving the first content identification, the second server sending the first content to the group device; and in response to receiving the first content, the group device sending the first content to the first device.

The second device may be included as part of the group, and the method may further comprise a step of selecting the second device out of the devices in the group. The first server may select the second device out of the devices in the group, and in the first server may send the second identifier to the first device in response to the selection. Further, the first server may send the identifiers of all the devices in the group to the first device, followed by a step of the first device selecting the second device. Further, the method may include a step of selecting one or more devices, distinct from the second device, out of the devices in the group.

The second device may be randomly selected out of the devices in the group using one or more random numbers generated by a random number generator. The random number generator may be hardware based using thermal noise, shot noise, nuclear decaying radiation, photoelectric effect, or quantum phenomena. Alternatively or in addition, the random number generator may be software based, based on executing an algorithm for generating pseudo-random numbers. The second device may be selected based on attributes or characteristics of the device.

The second device may be selected based on the physical geographical location, and the method may comprise for each of the devices in the group the step of sending the device physical geographical location to the first server, followed by the step of the first server storing the received group device physical geographical location. The physical geographical location may include at least one out of a continent, a country, a state or province, a city, a street, a ZIP

code, or a longitude and a latitude. The second device may be selected based on the physical geographical proximity to the second server.

The second device may be selected based on the second identifier, the second identifier may be an IP address, and the second device may be selected based on its IP address. Alternatively or in addition, the second device may be selected based on comparing the second identifier to the third identifier. Alternatively or in addition, the second device may be selected based on past activities, such as based on the timing of an event. The event may be a last or previous communication between the second device and the first device, the last communication between the second device and the first server, or the last communication between the second device and the second server. These steps may be performed before, after, or concurrently (using multitasking or multiprocessing) with any of the former steps.

Each of the identifiers herein may be a URL or an IP address in IPv4 or IPv6 form. Any one of the servers herein may be a web server using Hyper Text Transfer Protocol (HTTP) that responds to HTTP requests via the Internet, and any request herein may be an HTTP request. Any communication herein may be based on, or according to, TCP/IP protocol or connection, and may be preceded by the step of establishing a connection, such as an 'Active OPEN' or a 'Passive OPEN'. Alternatively or in addition, any communication herein may be based on, or use a VPN or a tunneling protocol. Any content herein may include, consist of, or comprise, part or whole of files, text, numbers, audio, voice, multimedia, video, images, music, or computer program, or may include, consists of, or comprise, a part of, or a whole of, a website page.

The method may be used for fetching over the Internet a second content, identified by a second content identification, by a third device identified in the Internet by a fourth identifier, from a third server identified in the Internet by a fifth identifier, via the first device, and may further comprising the steps of the third device sending a third request to the first server; in response to receiving the third request, the first server sending the first identifier to the third device; the third device sending a fourth request to the first device using the first identifier, the fourth request includes the second content identification and the fifth identifier; in response to receiving the fourth request, the first device sending the second content identification to the third server using the fifth identifier; in response to receiving the second content identification, the third server sending the second content to the first device; and in response to receiving the second content, the first device sending the second content to the third device. The third server may be distinct from, or the same device as, the second server. The third device may be distinct from, or the same device as, the second device. The second content may be distinct from, or the same content as, the first content.

A client device may be a first device identified in the Internet by a first identifier, executing a method for fetching over the Internet a first content, identified by a first content, from a second server identified in the Internet by a third identifier, via a second device identified in the Internet by a second identifier, using a first server. The method may include the steps of sending the first identifier to the first server; sending a first request to the first server; receiving the second identifier from the first server; sending a second request to the second device using the second identifier, the second request includes the first content identification and the third identifier; and receiving the first content from the second device. The method may further comprising of the step of sending the first content identification to the second server using the third identifier. These steps may be performed before, after, or concurrently (using multitasking or multiprocessing) with any of the former steps.

The method may further be used with a third device identified in the Internet by a fourth identifier, and may further comprise the steps of receiving the fourth identifier from the first server; sending a third request to the third device using the fourth identifier, the third request includes the first content identification and the third identifier; and receiving the first content from the third device. These steps may be performed before, after, or concurrently (using multitasking or multiprocessing) with any of the former steps.

The method may further be used with a group consisting of a plurality of devices, each device in the group may be associated with a respective identifier for being identified in the Internet, and may further comprise the steps of receiving the identifiers of the group devices from the first server; sending a third request to the group devices using their associated identifiers, the third request includes the first content identification and the third identifier; and receiving the first content from the group devices. The second device may be included in the group, and the method may further comprise a step of selecting the second device out of the devices in the group, or the step of selecting one or more devices, distinct from the second device, out of the devices in the group.

The method may further be used for fetching over the Internet a second content, identified by a second content identification, by a third device, identified in the Internet by a fourth identifier, from a third server identified in the Internet by a fifth identifier, via the first device. The method may further comprise steps of receiving a third request from the third device, the third request includes the second content identification and the fifth identifier; in response to receiving the third request, sending the second content identification to the third server using the fifth identifier; receiving the second content from the third server; and in response to receiving the second content, sending the second content to the third device using the fourth identifier. The third server may be distinct from the second server, or the third server and the second server are the same server. The second content may be distinct from the first content, or the second content and the first content may be the same content.

A tunnel device may be identified in the Internet by a second identifier execute a method for fetching over the Internet a first content, identified by a first content identification, by a first device, identified in the Internet by a first identifier, from a second server identified in the Internet by a third identifier using a first server. The method may comprise the steps of sending the second identifier to the first server; receiving a second request from the first device, the second request includes the first content identification and the third identifier; in response to receiving the second request, sending the first content identification to the second server using the third identifier; receiving the first content from the second server; and in response to receiving the first content, sending the first content to the first device using the first identification.

An acceleration server may execute a method for fetching over the Internet a first content, identified by a first content identification, by a first device identified in the Internet by a first identifier, from a second server identified in the Internet by a third identifier via a second device identified in

the Internet by a second identifier. The method may comprise steps of receiving the second identifier from the second device; in response to receiving the second identifier, storing the second identifier; receiving a first request from the first device; and in response to receiving a first request, sending the second identifier to the first device. The method may further be used with a third device identified in the Internet by a fourth identifier, and may comprise the steps of receiving the fourth identifier from the third device; in response to receiving the fourth identifier, storing the fourth identifier; and in response to receiving the first request, sending the fourth identifier to the first device.

The method may further be used with a group consisting of a plurality of devices; each device in the group may be associated with a respective identifier for being identified in the Internet, for each of the group devices in the group. The method may comprise steps of receiving the associated identifier from the group device; in response to receiving the associated identifier, storing the associated identifier; and in response to receiving the first request, sending the identifier of all group devices to the first device. The second device may be included as part of the group, and the method may further comprise the step of selecting the second device out of the devices in the group, and the sending the second identifier to the first device may be in response to the selection.

A method is disclosed for fetching a content over the Internet by a first device identified in the Internet by a first identifier, from a first server identified in the Internet by a second identifier via a group of multiple devices each identified in the Internet by an associated group device identifier. The method may comprise a step of partitioning the content into a plurality of content slices, each content slice containing at least part of the content, and identified using a content slice identifier. For each of the content slices, the method may comprise steps of selecting a device from the group; the first device sending a first request to the selected device using the selected device identifier, the first request including the content slice identifier and a second identifier; in response to receiving the first request, the selected device sending a second request to the first server using the second identifier, the second request including the content slice identifier; in response to receiving the second request, the first server sending the content slice to the selected device; and in response to receiving the content slice, the selected device sending the content slice to the first device.

The content may be composed of bits, nibbles, bytes, characters, words, or strings, and the partitioning may be based on bit, nibble, byte, multi-byte, number, character, word, or string level, or may be composed of files, or programs, and the partitioning may be based on file or program level. Alternatively or in addition, the content may be a website content comprising multiple webpages, and the partitioning may be based webpages level. All the parts of the content may be included in all of the content slices. All of the content slices may be having a same size. A part of the content may be included in two or more content slices. The partitioning may be sequential or non-sequential in the content. The number of content slices may be equal to, higher than, or lower than, the number of devices in the group. A distinct device may be selected for each content slice

A method to be executed by a device is disclosed for fetching a content over the Internet from a first server identified in the Internet by a second identifier via a group of multiple devices each identified in the Internet by an associated group device identifier, the method comprising a step of partitioning the content into a plurality of content slices, each content slice containing at least part of the content, and identified using a content slice identifier. For each of the content slices, the method may comprise steps of selecting a device from the group; sending a first request to the selected device using the selected device identifier, the first request including the content slice identifier and the second identifier; receiving the content slice from the selected device; and constructing the content from the received content slices.

A method is disclosed for fetching over the Internet a first content, identified by a first content identifier, by a first device, identified in the Internet by a first identifier, from a second server identified in the Internet by a third identifier via a second device identified in the Internet by a second identifier, using a first server. The method may comprise the steps of the second device sending the second identifier to the first server; in response to receiving the second identifier, the first server storing the second identifier; the first device sending a first request to the first server; in response to receiving the first request, the first server sending the second identifier to the first device; the first device sending a second request to the second device using the second identifier, the second request includes the first content identifier and the third identifier; in response to receiving the second request, the second device sending the first content identifier to the second server using the third identifier; in response to receiving the first content identifier, the second server sending the first content to the second device; and in response to receiving the first content, the second device sending the first content to the first device. Alternatively or in addition, the method may comprise the additional steps of the first device sending the first content identifier to the second server using the third identifier; and in response to receiving the first content identifier, the second server sending the first content to the first device. These additional steps may precede any of the other steps, follow any of the other steps, or may be executed simultaneously with any one of the other steps using multitasking or multiprocessing.

Alternatively or in addition, the method may be for use with a third device identified in the Internet by a fourth identifier, and may further comprising the steps of the third device sending the fourth identifier to the first server; in response to receiving the fourth identifier, the first server storing the fourth identifier; in response to receiving the first request, the first server sending the fourth identifier to the first device; the first device sending a third request to the third device using the fourth identifier, the third request includes the first content identifier and the third identifier; in response to receiving the third request, the third device sending the first content identifier to the second server using the third identifier; in response to receiving the first content identifier, the second server sending the first content to the third device; and in response to receiving the first content, the third device sending the first content to the first device.

Alternatively or in addition, the method may be for use with a group consisting of a plurality of devices, each associated with a respective identifier for being identified in the Internet, for each of the devices in the group, and the method may further comprise the steps of the group device sending the associated identifier to the first server; and in response to receiving the associated identifier, the first server storing the associated identifier. Alternatively or in addition, the method may comprise the step of in response to receiving the first request, the first server sending the identifiers of all the devices in the group to the first device. Alternatively

or in addition, for each of the group devices in the group, the method may further comprise the steps of the first device sending a third request to the group device using the device associated identifier, the third request includes the first content identifier and the third identifier; in response to receiving the third request, the group device sending the first content identifier to the second server using the third identifier; in response to receiving the first content identifier, the second server sending the first content to the group device; and in response to receiving the first content, the group device sending the first content to the first device.

The second device may be included in the group, the method may further comprise the step of selecting the second device out of the devices in the group by the first server, and the first server may be sending the second identifier to the first device in response to the selection. Alternatively or in addition, the method may comprise the step of the first server may be sending the identifiers of all devices and the group to the first device, followed by a step of the first device selecting the second device. Alternatively or in addition, the method may comprise the step of selecting 2, 3, 4, 5, 6, 7, 8, 9, 10, or more than 10 devices, distinct from the second device, out of the devices in the group. The second device may be randomly selected out of the devices in the group, such as being randomly selected using one or more random numbers generated by a random number generator. The random number generator may be software based, such as based on executing an algorithm for generating pseudo-random numbers. Alternatively or in addition, the second device may be selected based on attributes or characteristics of the device, or based on the device physical geographical location. Further, for each of the devices in the group, the method may comprise the steps of sending the device physical geographical location to the first server, followed by the step of the first server storing the received group device physical geographical location. The physical geographical location may include a continent, a country, a state or province, a city, a street, a ZIP code, or longitude and latitude, and the second device may be selected based on the physical geographical proximity to the second server. The second device may be selected based on the second identifier that may be an IP address, and the second device may be selected based on its IP address, or the second device may be selected based on comparing the second identifier to the third identifier. Alternatively or in addition, the second device may be selected based on past activities, or based on the timing of an event, wherein the event may be the last communication between the second device and the first device, may be the last communication between the second device and the first server, or may be the last communication between the second device and the second server.

The method may be used for fetching over the Internet a second content, identified by a second content identifier, by a third device, identified in the Internet by a fourth identifier, from a third server identified in the Internet by a fifth identifier, via the first device, the method further comprising the steps of the third device sending a third request to the first server; in response to receiving the third request, the first server sending the first identifier to the third device; the third device sending a fourth request to the first device using the first identifier, the fourth request includes the second content identifier and the fifth identifier; in response to receiving the fourth request, the first device sending the second content identifier to the third server using the fifth identifier; in response to receiving the second content identifier, the third server sending the second content to the first device; and in response to receiving the second content, the first device sending the second content to the third device. The third server may be distinct from, or the same as, the second server, the third device may be distinct from, or the same as, the second device, and the second content may be distinct from, or the same as, the first content. The method may further comprise the steps of the first device receiving the first content from the second device; and the first device storing the first content in a memory.

Further, a method is disclosed for fetching over the Internet a first content, identified by a first content identifier, by a first device, identified in the Internet by a first identifier, from a second server identified in the Internet by a third identifier via a second device identified in the Internet by a second identifier, using a first server. The method may comprise the steps of sending the first identifier to the first server; sending a first request to the first server; receiving the second identifier from the first server; sending a second request to the second device using the second identifier, the second request includes the first content identifier and the third identifier; and receiving the first content from the second device. The method may be further for use with a third device identified in the Internet by a fourth identifier, and may further comprise the steps of receiving the fourth identifier from the first server; sending a third request to the third device using the fourth identifier, the third request includes the first content identifier and the third identifier; and receiving the first content from the third device.

The method may further for use with a group consisting of a plurality of devices, each device in the group may be associated with a respective identifier for being identified in the Internet, and may further comprise the steps of receiving the identifiers of the group devices from the first server; sending a third request to the group device using their associated identifiers, the third request includes the first content identifier and the third identifier; and receiving the first content from the group devices. The second device may be included in the group, and the method may further comprise the step of selecting the second device out of the devices in the group. Further, one or more devices, distinct from the second device, may be selected out of the devices in the group. The second device may be randomly selected out of the devices in the group, may be selected based on attributes or characteristics of the device. Alternatively or in addition, the selection may be based on a physical geographical location, such as on the physical geographical proximity to the second server. Further, the second device may be selected based on the second identifier, based on past activities, or based on the timing of an event.

Further, the method may be for fetching over the Internet a second content, identified by a second content identifier, by a third device, identified in the Internet by a fourth identifier, from a third server identified in the Internet by a fifth identifier, via the first device, the method may further comprise the steps of receiving a third request from the third device, where the third request includes the second content identifier and the fifth identifier; in response to receiving the third request, sending the second content identifier to the third server using the fifth identifier; receiving the second content from the third server; and in response to receiving the second content, sending the second content to the third device using the fourth identifier. The third server may be distinct from, or same as, the second server. The second content may be distinct from, or same as, the first content.

A method is disclosed for fetching over the Internet a first content, identified by a first content identifier, by a first device, identified in the Internet by a first identifier, from a second server identified in the Internet by a third identifier

via a second device identified in the Internet by a second identifier, using a first server. The method may comprise the steps of sending the second identifier to the first server; receiving a second request from the first device, the second request includes the first content identifier and the third identifier; in response to receiving the second request, sending the first content identifier to the second server using the third identifier; receiving the first content from the second server; and in response to receiving the first content, sending the first content to the first device using the first identifier.

A method is disclosed for fetching over the Internet a first content, identified by a first content identifier, by a first device, identified in the Internet by a first identifier, from a second server identified in the Internet by a third identifier via a second device identified in the Internet by a second identifier, using a first server, the method may comprise the steps of receiving the second identifier from the second device; in response to receiving the second identifier, storing the second identifier; receiving a first request from the first device; and in response to receiving a first request, sending the second identifier to the first device. The method may for use with a third device identified in the Internet by a fourth identifier, and may further comprise the steps of receiving the fourth identifier from the third device; in response to receiving the fourth identifier, storing the fourth identifier; and in response to receiving the first request, sending the fourth identifier to the first device. The method may be used with a group consisting of a plurality of devices; each device in the group may be associated with a respective identifier for being identified in the Internet. For each of the group devices in the group, the method further comprising the steps of receiving the associated identifier from the group device; in response to receiving the associated identifier, storing the associated identifier; and in response to receiving the first request, sending the identifier of all group devices to the first device.

A method is disclosed for fetching a content over the Internet by a first device identified in the Internet by a first identifier, from a first server identified in the Internet by a second identifier is a group of multiple devices, each identified in the Internet by an associated group device identifier, the method comprising the step of partitioning the content into a plurality of content slices, each content slice containing at least part of the content, and identified using a content slice identifier, and for each of the content slices. The method may comprise the steps of selecting a device from the group; the first device sending a first request to the selected device using the selected device identifier, the first request including the content slice identifier and the second identifier; in response to receiving the first request, the selected device sending a second request to the first server using the second identifier, the second request including the content slice identifier; in response to receiving the second request, the first server sending the content slice to the selected device; and in response to receiving the content slice, the selected device sending the content slice to the first device.

A method is disclosed for fetching a content over the Internet from a first server identified in the Internet by a second identifier via a group of multiple devices, each identified in the Internet by an associated group device identifier, the method may comprise the step of partitioning the content into a plurality of content slices, each content slice containing at least part of the content, and identified using a content slice identifier. For each of the content slices, the method may comprise the steps of selecting a device from the group; sending a first request to the selected device using the selected device identifier, the first request including the content slice identifier and the second identifier; receiving the content slice from the selected device; and constructing the content from the received content slices.

A content herein may be composed of bits, nibbles, bytes, characters, words, or strings, and the partitioning may be based on bit, nibble, byte, multi-byte, number, character, word, or string level. Alternatively or in addition, a content herein may be composed of files or programs, and the partitioning may be based on file or program level. Further, the content may be a website content comprising multiple webpages, and the partitioning may be based on webpages level. All parts of the content may be included in all of the content slices, and two or more, or all of the content slices, may be having the same size. Two or more of the content slices may include the same information. Further, the same part of the content may be included in two or more content slices. The partitioning may be sequential or non-sequential in the content, and the number of the content slices may be equal to, higher than, or lower than, the number of devices in the group. A distinct device may be selected for each content slice.

The first device may consist of, comprise, or be part of, any network element. In one example, the first device may consist of, comprise, or be part of, a client device, such as the client device #**1**. The first server may consist of, comprise, or be part of, any network element. In one example, the first server may consist of, comprise, or be part of, the acceleration server. The second server may consist of, comprise, or be part of, any network element. In one example, the second server may consist of, comprise, or be part of, a data server, such as the data server #**1**. The third server may consist of, comprise, or be part of, any network element. In one example, the third server may consist of, comprise, or be part of, a data server, such as the data server #**2**. The second device may consist of, comprise, or be part of, any network element. In one example, the second device may consist of, comprise, or be part of, a tunnel device, such as the tunnel device #**1**. The third device may consist of, comprise, or be part of, any network element. Alternatively or in addition, the third device may consist of, comprise, or be part of, a client device, such as the client device #**2**.

A method is disclosed for a first device fetching over the Internet a first content, identified by a first content identifier, stored in a first server that may be identified in the Internet by a first identifier, where the first content may be composed of multiple content parts, and each content part may be identified by a respective content part identifier. The method may be for use with a group of devices, each storing a copy of at least one content part and each group device may be identified in the internet by a respective group device identifier, and may be further for use with a second device identified in the Internet by a second identifier and storing the group device identifiers, and furthermore for use with a second server. The method may comprise the steps of the first device sending the first content identifier to the second server; in response to receiving the first content identifier, the second server sending the second identifier to the first device; the first device sending the first content identifier to the second device using the second identifier; and in response to receiving the first content identifier, the second device sending the group devices identifiers to the first device. Further, for each one out of the group devices identifiers, the method may comprise the steps of the first device sending a content part identifier to the group device using the group device identifier; and in response to receiv-

ing the content part identifier, the group device sending the content part identified by the content part identifier to the first device.

The first device may consist of, comprise, or be part of, any network element. In one example, the first device may consist of, comprise, or be part of, a client device, such as the client device #**1**. The first server may consist of, comprise, or be part of, any network element. In one example, the first server may consist of, comprise, or be part of, the acceleration server. The second server may consist of, comprise, or be part of, any network element. In one example, the second server may consist of, comprise, or be part of, a data server, such as the data server #**1**. The third server may consist of, comprise, or be part of, any network element. In one example, the third server may consist of, comprise, or be part of, a data server, such as the data server #**2**. The second device may consist of, comprise, or be part of, any network element. In one example, the second device may consist of, comprise, or be part of, a tunnel device, such as the agent device #**1**. Any device included in the group of devices may consist of, comprise, or be part of, any network element. Alternatively or in addition, a group device may consist of, comprise, or be part of, a peer device, such as the peer device #**2**.

The first server may be a web server, and the first content may be a web-site, a web-page, or a URL, and the first content identifier may be an IP address, URL, or an HTTP header. The first identifier may be the first server IP address, the second identifier may be the second IP address, and each of the group devices identifier may be an IP address or the respective group device. The first content may be composed of bits, nibbles, bytes, characters, words, or strings, and the content parts may be based on bit, nibble, byte, multi-byte, number, character, word, or string level partitioning of the first content, and the first content may include, consist of, or comprise, part or whole of files, text, numbers, audio, voice, multimedia, video, images, music, or computer program. Alternatively or in addition, the first content may include, be composed of, consist of, or comprise, a part of, or a whole of, files or programs, and the content parts may be based on file level or program level partitioning of the first content. Further, the first content may be a website content comprising multiple webpages, and the content parts may be based on webpages level partitioning of the first content. All the components of the first content may be included in all of the content parts. The method may further comprise the step of the first device reconstructing the first content from the received multiple content parts. Part of, or all of, the content parts may be having the same size, that may be 8 KB, 16 KB, 32 KB, or 64 KB. Two or more content parts may be identical and may contain the same data. A same portion of the first content may be included in two or more content parts. The content parts may be a result of a sequential, or a non-sequential, partitioning of the first content. The number of content parts may be equal to the number of group devices in the group. Each of the content part identifiers may be a hash value that may be the result of a hash function of the respective data in the content part, such as a checksum or CRC of the respective data in the content part. The CRC may be CRC-8, CRC-16. CRC-32, or CRC-64.

The method may further comprise the steps of the first device sending the first content identifier to the first server using the first identifier; and in response to receiving the first content identifier, the first server may be sending the part of, or the whole of, the first content to the first device. These steps may precede, follow, or be executed concurrently, with any one of the previously mentioned steps, using multitasking or multiprocessing

The method may be for use with a second group consisting of a plurality of devices, each associated with a respective identifier for being identified in the Internet, the second group including the second device, wherein in response to receiving the first content identifier, the second server sending the identifiers of all devices in the second group to the first device, and may further comprise the step of selecting the second device from the second group. The second device may be randomly selected out of the devices in the group, using one or more random numbers generated by a random number generator. The random number generator may be hardware based, and may be using thermal noise, shot noise, nuclear decaying radiation, photoelectric effect, or quantum phenomena. Alternatively or in addition, the random number generator may be software based, and may be based on executing an algorithm for generating pseudo-random numbers. Alternatively or in addition, the second device may be selected based on attributes or characteristics of the device. Further, the second device may be selected based on the physical geographical location, and the method may further comprise for each of the devices in the second group, the steps of sending the device physical geographical location to the first device, followed by the step of the first device storing the received second group devices physical geographical location. The physical geographical location may include a continent, a country, a state or province, a city, a street, or a ZIP code, as well as longitude and latitude. Furthermore, the second device may be selected based on the physical geographical proximity to the first device.

Alternatively or in addition, the second device may be selected based on the second identifier, which may be an IP address, where the second device may be selected based on its IP address, or based on comparing the second identifier to a first device identifier. Further, the second device may be selected based on past activities, or based on the timing of an event, such as the last communication between the second device and the first device. Furthermore, the second device may be selected based on the ISP used to connect the second device to the Internet.

One or more of the group devices may be storing the first content. Alternatively or in addition, all of the group devices may be storing the first content. Alternatively or in addition, at least one of, or all of, the group devices may be storing only one content part. Each of the identifiers may be an IP address (such as in IPv4 or IPv6 form) or a URL. At least one of the servers may be a web server using HyperText Transfer Protocol (HTTP) that responds to HTTP requests (such as the first and second requests) the via the Internet. Further, the communication with the second server may be based on, or using, HTTP persistent connection. Furthermore, the communication with the first device, the second device, one of the group devices, the first server, or the second server, may be based on, or may be according to, TCP/IP protocol or connection.

The method may further comprise the step of establishing a connection between the first device and the second device in response to receiving the second identifier, and the first device may be communicating with the second device over the established connection. Further, the first device may be communicating with the second device using TCP, wherein the connection may be established by performing 'Active OPEN' or 'Passive OPEN'. Alternatively or in addition, the first device may be communicating with the second device using a VPN or a tunneling protocol, and the connection may

be established using authentication. Further, the method may comprise the step of of establishing a connection between the first device and at least one of the group devices in response to receiving the group devices identifiers. The first device may be communicating with at least one of, or all of, the group devices over established connections. The first device may be communicating with at least one of the group devices using TCP, and the connection may be established by performing 'Active OPEN' or 'Passive OPEN'. Alternatively or in addition, the first device may be communicating with at least one of the group devices using a VPN or using a tunneling protocol. Any of the connections may be using authentication.

The method according may further used with a fourth device fetching over the Internet a second content, identified by a second content identifier, stored in a second server that may be identified in the Internet by a fifth identifier, the second content may be composed of multiple second content parts, each second content part may be identified by a respective second content part identifier, and may be for use with a second group of devices each storing a copy of at least one second content part and each second group device may be identified in the internet by a respective second group device identifier, where the first device may be identified in the Internet by a third identifier. The method may further comprise the steps of the fourth device sending the second content identifier to the second server; in response to receiving the second content identifier, the second server sending the third identifier to the fourth device; the fourth device sending the second content identifier to the first device using the third identifier; and in response to receiving the second content identifier, the first device sending the second group devices identifiers to the fourth device.

The method may further be used with a fourth device fetching over the Internet a second content, identified by a second content identifier, stored in a second server that may be identified in the Internet by a fifth identifier, the second content may be composed of multiple second content parts, each second content part may be identified by a respective second content part identifier, and may be further for use with a second group of devices each storing a copy of at least one second content part and each second group device is identified in the internet by a respective second group device identifier where the first device may be identified in the Internet by a third identifier and may be storing at least one of the second content parts, and may be for use with a fifth device fetching identified in the Internet by a fifth identifier and storing the third identifier. The method may further comprise the steps of the fourth device sending the second content identifier to the second server; in response to receiving the second content identifier, the second server sending the fifth identifier to the fourth device; the fourth device sending the second content identifier to the fifth device using the fifth identifier; in response to receiving the second content identifier, the fourth device sending the third identifier to the fourth device; the fourth device sending the identifier of the at least one second content part stored in the first device to the first device using the third identifier; and in response to receiving the identifier of the at least one second content part, the first device sending the at least one second content part to the fourth device.

The fourth device may consist of, comprise, or be part of, any network element. In one example, the first device may consist of, comprise, or be part of, a client device, such as the client device #**1**. In one example, the second server may consist of, comprise, or be part of, a data server, such as the data server #**2**. The fourth device and the second device may be the same device or distinct devices, and the fourth device may be the same as one of the group devices. The fifth device may consist of, comprise, or be part of, any network element. In one example, the fifth device may consist of, comprise, or be part of, an agent device, such as the agent device #**2**.

The fourth device and the second device may be the same device or distinct devices. The fourth device may be the same as one of the group devices. Further, the fifth device and the second device may be the same device. Alternatively or in addition, the fifth device and the one of the group devices may be the same device.

A method is disclosed for fetching over the Internet a first content, identified by a first content identifier, stored in a first server that may be identified in the Internet by a first identifier, the first content may be composed of multiple content parts, each content part may be identified by a respective content part identifier. The method may be used with a group of devices each storing a copy of at least one content part and each group device may be identified in the internet by a respective group device identifier, may be for use with a second device identified in the Internet by a second identifier and storing the group device identifiers, and may be used with a second server. The method may comprise the steps of sending the first content identifier to the second server; receiving the second identifier from the second server; sending the first content identifier to the second device using the second identifier; and receiving the group devices identifiers from the second device. For each one out of the group devices identifiers, the method may further comprise the steps of sending a content part identifier to the group device using the group device identifier; and receiving from the group device the content part identified by the content part identifier. The method may further comprise the steps of sending the first content identifier to the first server using the first identifier; and receiving the part of, or the whole of, the first content, from the first server.

A method is disclosed for a first device fetching over the Internet a first content, identified by a first content identifier, stored in a first server that may be identified in the Internet by a first identifier, the first content may be composed of multiple content parts, each content part may be identified by a respective content part identifier, for use with a group of devices each storing a copy of at least one content part and each group device may be identified in the internet by a respective group device identifier. The method may be used with a second device identified in the Internet by a second identifier and storing the group device identifiers, and may further be for use with a second server. The method may comprise the steps of receiving the first content identifier from the first device; and sending the group devices identifiers to the first device.

A method for a first device fetching over the Internet a first content, identified by a first content identifier, stored in a first server that may be identified in the Internet by a first identifier, the first content may be composed of multiple content parts, where each content part may be identified by a respective content part identifier, is disclosed. The method may comprise the steps of storing a content part identified by a content part identifier; receiving from the first device sending the content part identifier; and in response to receiving the content part identifier sending the content part identified by the content part identifier to the first device.

A method and system using an internet-connected device designated as a tunnel device is disclosed. A tunnel device may receive from a client device a request for content from a data server. Upon receiving such a request, the tunnel

device fetches the requested content from the data server and sends the retrieved content to the client device. The request may specify a range of, or any portion of, the content, and then only the specified portion or range is retrieved from the data server and sent to the requesting client device. A tunnel device may open multiple connections when fetching the requested content from the data server. In a case where more connections may be opened for higher loading bandwidth, the client device may send a request to the tunnel device to open more connection with the data server.

The client device may use multiple tunnel devices, and may specify different or the same ranges or portions for each one of the tunnel devices. In a case where the requested content is locally stored in the tunnel device, such as in a local memory, such as a cache, the content is fetched from the local (internal) memory. Multiple tunnel devices, such as 5 tunnel devices, may be selected to be used by the client device, and the client device may request each of the tunnel devices to open more connections to the data server, up to the maximum allowable number of connections. The selection may be based on their proximity to the data server, such as selecting those tunnel devices that are the closest to the data server, based on their geolocation, IP distance, physical location, or the data communication characteristics.

A first network element may request content stored in a second network element over a communication link being part of a network. A time period for fetching the content may be estimated by the first network element by estimating the Bandwidth (BW) and the Round Trip Time (RTT) associated with the content fetching transaction. The estimation of the BW and RTT may use a database that contains information relating to previous interactions with the second network elements. Alternatively or in addition, the estimation of the BW and RTT may use a database that contains information relating to previous interactions with a first group of network elements that are associated with an IP distance lower than, and with a second group of network elements that is associated with an IP distance higher than, the second network element, such as by calculating the average IP distance between the two groups.

A system may comprise a central server and network elements, each of the network elements may be in an 'online' or an 'offline' state. When in the online' state, each of the network elements periodically transmits a message (such as a 'ping') to the central server. In response to receiving the message, the central server determines that the network element from which a message was received in a defined past period is in an 'online' state, and further determines that network elements, from which a message was not received in the defined past period, are in an 'offline' state.

An operating system may send data from an application to network elements using sockets. A method may queue the data to be sent, and transfer the data to a socket that is available for immediate data transfer. The queue may be dynamic and may be part of an added layer to the OS. The added layer may further continuously check the sockets and queues, and upon detecting a queued data and a ready-to-send data socket, the data is un-queued from its dynamic queue and sent through the socket ready for sending. In a case where the application cancels the data sending, data is removed from the respective socket and the respective queue.

In a network element that is connected to a network and includes an operating system and applications, a method by which a program on the network element may provide the communication configuration to the operating system, instead of the operating system getting it from a gateway on the network. The program may communicate with the external gateway to get the configuration information so that it can communicate with other network elements, and provides separate configuration information to the operating system, thereby having the operating system communicate with the program, and the program communicating with the external network elements.

In a scenario where a communication of content between two network elements may use two or more data paths (routes), the content may be concurrently transmitted and received over multiple data paths. In one scenario, one or both of the network elements may connect only via a single data path. A reliability proxy server that is capable of concurrently communicating with one (or both) of the network elements over multiple data paths, may be used. The reliability proxy server serves as a proxy server, and communicate the content with one (or both) of the network elements over multiple data paths,

A timeout period (such as 5 ms, or any period substantially shorter than the defined typical) may be defined for completing a DHCP request. A DHCP request is repeatedly retransmitted to a DHCP server upon each timeout expiration, until a response is received, or until the typical timeout period expires.

A data may be transferred from a first network element to a second network element may involve transporting of a low priority, such as less time critical, meta data. Such meta data may be delayed by the first network element and be sent to the second network element only after higher priority, or more time sensitive, data was sent.

For use with devices such as WiFi access points that requires authentication such as being password protected, a user may try to connect a network element to a device that its password is unknown. The connection may automatically guess passwords for the connection, such as passwords that were used to connect to other devices, passwords that are common in the geographical location, or passwords that are common to similar devices from this same manufacturer. A central server (or servers) may store a list of known devices, such as WiFi access points, and their associated authentication methods, and may further store social connections between users. A user connecting to the devices may be prompted to update the central server the authentication information regarding the device and the device associated sharing level with others. A sharing-approved user may fetch the authentication information from the central server for connecting to a device.

A network element may use a hierarchical structure, whereby some of the graphical elements are sons or parents of other elements, for a user interface. If a user drags an object beyond the borders of a parent object, the dragging may be performed by carrying over (inheriting) the dragging to the parent object, and so recursively until reaching a parent that allows the dragging.

A method is disclosed for dictionary-based compression scheme, that may be used with a first device storing a first content in a first memory, and a second device storing a second content in a second memory, and for use with communicating a third content stored in the first device over a network. The method comprising the steps of the first device partitioning at least part of the first content into a plurality of first content slices according to a partitioning scheme; the first device associating a distinct slice identifier to each of the first content slices according to a rule; the second device partitioning at least part of the second content into a plurality of second content slices according to a

partitioning scheme; the second device associating a distinct slice identifier to each of the second content slices according to the rule; the first device partitioning at least part of the third content into a plurality of third content slices according to a partitioning scheme. For each one of the third content slices, the method may further comprise the steps of the first device comparing the data in the third content slice to the data in the plurality of the first content slices; the first device sending to the second device over the network the slice identifier of the first content slice that includes the same data as the third content slice; the second device receiving the slice identifiers sent from the first device over the network; and the second device associating second content slices associated with the received slice identifiers. Two of, or all of, the slices may have the same the same size. Two of, or all of, the slices may be the same. The partitioning may be sequential in the respective content.

A method for attribute-based selecting devices by a first device located in a first geographical location, from a group of multiple Internet-connected devices is disclosed, where each of the group devices may be addressable in the Internet by a respective IP address. The method comprising the steps of obtaining a list of the IP addresses of the devices of the group; determining the geographical location of each of the group devices based on the IP address; associating a value of the attribute for each of the geographical location of each of the group devices; associating a first value of the attribute for the first geographical location; and selecting one or more devices from the group based on comparing the values of the group devices to the first value. A single device or multiple devices may be selected, associated with the first value or having a value close to the first value. The geographical location may consist of, or comprise, a continent, a country, a region, a city, a street, a ZIP code, or a timezone. The determining of the geographical location of each of the group devices may be based on a geolocation, such as based on W3C Geolocation API.

The method may be used with a database associating IP addresses to geographical locations, wherein the determining of the geographical location of each of the group devices based on the IP address may be using the database. The database may be stored in the first device or may be stored in a server accessible via the Internet, where the geographical location may be determined by the first device sending the IP addresses of the group devices to the server over the Internet; in response to receiving the IP addresses, the server sending the database associated physical locations to the first device; and the first device receiving the physical locations from the server. The attribute may relate to people or society, such as language, sport, demographics, or religion, or may be demographic based, such as culture, race, ethnicity, population, age structure, population growth rate, death rate, birth rate, migration rate, sex ratio, life expectancy, or health expenditures. The attribute may be economy related, such as Gross Domestic Product (GDP), GDP per capita (PPP), gross national saving, agriculture products, industry types, labor force, unemployment rate, household income or consumption by percentage share, Government budget, taxes and other revenues, inflation rate (consumer prices), export/import of goods and services, household consumption, government consumption, or investment in fixed capital. The attribute may relate to geography, such as climate, coastline, terrain, natural resources, and environment.

A method is disclosed for a first device fetching over the Internet a first content having a size X and identified by a first content identification, the first content may be stored in a second device that is identified in the Internet by a second identifier. The first device may be identified in the Internet by a first identifier, and the method may comprise the steps of the first device sending the first identifier and the first content identification to the second device; in response to receiving the first identifier and the first content identification, the second device sending the first content to the first device using the first identifier; the first device starting to receive the first content from the second device; the first device ending to receive the first content from the second device; the first device measuring an Round Trip Time (RTT) as a first time interval between the sending of the first identifier and the starting to receive the first content from the second device; the first device measuring a second time interval (T) between the starting and the ending of receiving the first content from the second device; and the first device calculating the bandwidth (BW) as X/T.

The method may further comprise the step of the first device storing in a memory the RTT and the BW, or the step of the first device sending the RTT and the BW to the second device. The method may be used with a second content having a size Y identified by a second content identification stored in the second device, and the method may further comprise the step of estimating a third time interval between a sending of the first identifier to the second device and an ending to receive the second content from the second device, where the third time interval may be estimated to be RTT+Y/BW.

A method is disclosed for a first device fetching over the Internet a first content having a size X identified by a first content identification, for use with a group of group devices, each of the group devices storing the first content and each identified in the Internet by a respective group device identifier. Each of the group devices may be associated with a respective Round Trip Time (RTT) and a respective bandwidth (BW), and the method may comprise the steps of for each one of the group devices, estimating the time interval for fetching the first content from the group device using the RTT and BW; selecting the group device having the lowest estimated time interval; the first device sending the first identifier and the first content identification to the selected group device; and in response to receiving the first identifier and the first content identification, the selected group device sending the first content to the first device using the first identifier. The method may further comprise the steps of the first device starting to receive the first content from the selected group device; the first device ending to receive the first content from the selected group device; the first device measuring an Round Trip Time (RTT) as a first time interval between the sending of the first identifier and the starting to receive the first content from the selected group device; the first device measuring a second time interval (T) between the starting and the ending of receiving the first content from the selected group device; and the first device calculating the bandwidth (BW) as X/T. Further, the method may further comprise the step of associating the measured RTT and the calculated BW with the selected group device, and the step of the first device storing in a memory the measured RTT and the calculated BW. Alternatively or in addition, the method may further comprising the step of the first device sending the measured RTT and the calculated BW to the selected group device, wherein the time interval for each group device is estimated using the RTT and the BW associated with the group device, and is calculated as RTT+X/BW.

A method is disclosed for fetching to a first device a content having a size X from N multiple locations each storing a copy of a part of, or the entire of, the content. The

method may comprise for each location designated as i ($1 \leq i \leq N$) the steps of obtaining the Round Trip Time (RTTi), wherein the RTTi is the time interval between a sending of a request to the i location and a starting to receive part of the first content from the i location; obtaining the Bandwidth (BWi), wherein the BWi is the rate of receiving data after the starting to receive from the i location; and designating Ti as Ti=RTTi+Xi/BWi, wherein Xi is the size of part of the content fetched from the i location. The method may further comprise the steps of non-overlapping partitioning of the content into N partitions, wherein the size of each partition is designated as Xi, so that for i=1 to N, ΣXi=X; the first device fetching the partitions from the N locations; and the first device assembling the content from the received partitions. The content may be stored in a device in each location, and the first device and the location devices may be interconnected via a digital network, such as the Internet.

The partitioning may be based on the RTTi values, may be based on BWi, or may be based on both BWi and RTTi of all of the locations. The partitioning may be based on calculating the maximum or minimum value of Ti for all locations. Alternatively or in addition, the partitioning may be based on minimizing the maximum value of Ti for all locations, and may be calculated at the first device according to: $Xi=BWi*[(X+\Sigma RTTi*BWi)/(\Sigma BWi)-RTTi]$. The RTTi and the BWi values may be stored in the first device, and may be based on previous communication with the locations. A non-transitory computer readable medium containing computer instructions that, when executed by a computer processor, cause the processor to perform at least part of, or all of, the above steps.

The first device may consist of, comprise, or be part of, any network element. In one example, the first device may consist of, comprise, or be part of, a client device, such as the client device #**1**. The second device, or each of the group devices, may consist of, comprise, or be part of, any network element. In one example, the second device, or each of the group devices, may consist of, comprise, or be part of, a tunnel device, such as the tunnel device #**1** or the tunnel device #**2**.

A method for improving the fetching of a content from a first server over the Internet, for use with a second server distinct from the first server identified in the Internet by an identifier, is described. The method may comprise the steps of the application sending a first message to the second server; intercepting the first message to the second server; obtaining a second message based on the first message and on the identifier; returning the second message to the application; and in response to receiving the second message, the application sending a request for the content to the first server. The interception may be by hooking to the application, may be in a filter driver form, or may use an Inter-Process Communication (IPC). The IPC may use, or be based on, a file sharing, a signal, a socket, a pipe, a message queue, a shared memory, a semaphore, memory mapped file, a clipboard, a Component Object Model (COM), a data copy, a DDE protocol, or mailslots.

The application may be a web browser that consists of, comprises, or may be based on, Microsoft Internet Explorer, Google Chrome, Opera™, or Mozilla Firefox®. The web browser may be a mobile web browser, which consists of, comprises of, or may be based on, Safari, Opera Mini™, or Android web browser. The identifiers may be an IP address (in IPv4 or IPv6 form), or a URL.

The first message may be a web analytic related message, and the second server may be a web analytic server, such as Google Analytics server. The second message may be the same as, or based on, a response to the first message from the web analytic server. The method may use a database storing a list of typical responses from a web analytic server, and the second message may be obtained from the database. The method may comprise the step of blocking the sending of the first message to the second server, and the step of receiving a response from the second server. The method may use a database storing a list of typical responses from a web analytic server, and may further comprise the step of storing the response from the second server in the database.

A system is disclosed comprising multiple Internet-connected network elements, designated as peer devices, where each of the peer devices may store only a portion of a file (or other content) ('chunks') in its cache memory. Network elements, designated as client devices, may use the peer devices for fetching the portions of the file therefrom, and reconstructing the entire file. The system may consist, may include, may be based on, or may be part of, the system described in the '604 Patent. A same portion or the file may be stored in two or more peer devices, each may be associated with a BW and RTT (where BW is the bandwidth of a peer device to the client device connection and RTT is the round trip time from a peer device to the client and back), and the peer device associated with the highest BW/RTT may be selected to provide the portion of the file. Alternatively or in addition, the number of portions allocated to be fetched from a peer device is based on, or pro-rata to, the respective peer device BW/RTT.

The system may further comprise multiple Internet-connected network elements, designated as agent devices, which store in their memory information regarding which peer devices are storing which portions of the file, and further store which client devices requested which files, so that client devices may serve as peer devices for providing the portions of file that they have fetched. After a client device completes the fetching of a file, it may update network elements, such as the agent devices used, regarding the files availability in each of the used peer devices.

An agent device may provide a client device a list of peer devices that may be used for sourcing a part of, or an entire of, the file, and the client device may select five (5) or any other number of peer devices from the list, to fetch data therefrom. The agent device may store a first list of peer devices that may be available for use and storing a part of, or an entire of, the file, and may select from the first list a second list of peer devices to be sent to the client device. The second list may be selected based on the BW/RTT ratio associated with the communication of the respective peer device with the client device, such as selecting the peer devices having the highest ration of BW/RTT. Alternatively or in addition, the second list may be selected based on recent transaction between these peer devices and other client devices, such as selecting only peer devices that completed a successful data transfer. Alternatively or in addition, the second list may be selected based on the geographical distance to the client device.

The number of chunks allocated to the peer devices, to be fetched by a client device from the peer devices, may be set to a same number for all the peer devices. Alternatively or in addition, the number of chunks allocated to the peer devices may be determined by the latency in transporting the chunks to the client device, such as based on estimating the BW/RTT between the peer devices to the client device.

A client device may send out the request for a list of agent devices also to other network elements that the client device has communicated with in the past, so that if these elements have knowledge of any agent devices that may provide the

information about the applicable peer devices, such an agent devices list will be sent to the client device. If these network elements themselves have knowledge of peer devices (including themselves) that might provide portions of the data required by the client device, they might provide themselves as an agent devices to the client device. Further, the client device may fetch information from a peer device regarding available agent devices, such as agent devices that were previously used with the data server. Alternatively or in addition, the client device may request a list of agent devices from an acceleration server.

A client device may request a list of peer devices from an agent device. If the requested data or file, in part or in whole, is stored in the agent device, the agent device may provide that data or file directly to the client device, instead of providing the meta data about the file to the client device. Alternatively or in addition, the agent device may provide that data or file directly to the client device only when the file is below a certain size, such as 16 KB. In a case where a client device fetches the required file from any other source, and that file is below that certain size, the client device may update and send the file to be stored in the agent devices, so that the data may be later provided to a client device.

A client device may receive and use a list of agent devices for a specific transaction, and when the network is idle, the client device may update the acceleration server regarding the used agent devices, allowing the acceleration server to later recommend or use these agent devices. The updating of the acceleration server may include the IP address of each of the agent devices, the communication session information such as RTT, BW and speed, the ports used in the communication sessions, the latency and speed for each of the connection phases, and whether the required file or data was stored in each of the agent devices. The acceleration server may use this information to decide which agent devices to recommend and include in a future agent devices list requested by client devices. A client device may receive and use a list of peer devices for a specific transaction (such as from an agent device), and when the network is idle, the client device may update the acceleration server, agent devices, or both, regarding the used peer devices, allowing the acceleration server or the agent devices to later recommend or use these peer devices. The updating of the acceleration server or the agent devices may include the IP address of each of the peer devices, the communication session information such as RTT, BW and speed, the ports used in the communication sessions, the latency and speed for each of the connection phases, and whether the required file or data was stored in each of the peer devices. The acceleration server or the agent devices may use this information to decide which peer devices to recommend and include in future peer devices list requested, such as by client devices. In a case where an agent device does not store a required information, such as a peer devices list, the client device or the acceleration server may update the agent device with that information after it was obtained. Further, the client device or the acceleration server may update all of the agent devices that were used in a transaction. Such an update may be performed only when the communication is idling.

The acceleration server may periodically review the load of each of the network elements (such as agent devices), and if two network elements are used below a certain threshold of load, it merges the range responsibilities of these network elements. The responsibilities may be the peer devices that the agent device is responsible for serving, or may be the data servers that the agent device is responsible for serving.

A network element may log network elements that are accessing it, or may only log a portion of the requests according to a certain algorithm, by which the list of accessing network elements may be representative of all of the requests. The algorithm may be based on logging only the past several requests (such as a last 1000 requests or the requests in the past 5 minutes), or may be based on logging a logarithmically reducing list of random requests.

Upon fetching requested chunks from various sources (such as peer devices) by a client device, some chunks may be larger than a pre-set minimum size. The client device may estimate that one of the sources will complete providing its last chunk much later than all other chunks from the other sources. In such a case, this chunk may be split into smaller sized chunks, such as into half of the original size, and re-distributed between the various sources. The splitting may be only performed if the last chunk is expected to delay the entire file loading by 10% or 50%. A back end module may be used that is based on applying criteria to a request received by a client device. Only requests that meet the criteria may be handled using a handling method associated with the criteria. The criteria may be based on the URL requested, the domain requested, the IP address of the request defined data server, the type of the requested file, the request timing, or the client device geographical location.

Two or more data path may be available for fetching a content. The selection of which data path to use may be based on estimating the time for completing the content fetching for each data path, and may be based on historical data regarding the performance and timing of each stage of part connections of each of the data paths. The times used for each stage may be the top percentile under which most samples fall (e.g., using a sample that is larger than 95% of the other samples). A watermark system may be used to determine a threshold used to prefer and select one scheme over the other. If both data paths estimated performance are below a threshold, both data paths may be simultaneously used.

In a case where either a peers-using scheme (system or method) or a tunnels-using scheme may be used, the scheme to be used may be selected based on an evaluating the time to completely receive the information using the scheme. The evaluation may be based on data from previous interactions with peer devices and tunnel devices associated with, or in the vicinity of, the available peer devices and tunnel devices. Once the desired scheme is chosen, a timer is set for the expected time to complete the transaction, and if that time plus a margin has passed, both schemes may be selected to operate concurrently. In such a case of simultaneous activation of both schemes, upon receiving the first piece of data by one of the schemes, and if the other scheme is still active, that other scheme is terminated. Alternatively or in addition, upon receiving the last piece by one of the schemes, if the other scheme is still active, it is terminated. Further, upon fetching all requested data, information about all of the participating network elements, including response times for one or more of their functions, is stored for future use, and may further be sent to other network elements in the network for future use.

A method for managing congestion within a group of network elements is disclosed; where a central load-balancing server may identify that an element is congested. If over a certain amount of the network elements within the group are congested, a new network element is added to the group, and if over a certain amount of the network elements has not signaled being congested (such as by sending a message from the congested network elements), the server removes

one or more of the network elements from the group. Alternatively or in addition, the signaling to the central load-balancing server may be performed by communication devices that are trying to connect or to use these network elements. The signaling to the central load-balancing server may be performed by the network elements whenever their own resources (such as storage capacity, I/O activity, CPU utilization, or available communication bandwidth) are used over a certain threshold. The central load-balancing server may send a request to the network elements and may mark them as congested, if they do not respond within a determined timeframe to a status request.

Each of the identifiers herein may be an IP address (in IPv4 or IPv6 form) or a URL. Each of the servers may be a web server using HyperText Transfer Protocol (HTTP) that responds to HTTP requests via the Internet, and the first and second requests may be HTTP requests. Each communication with a server may be based on, or using, HTTP persistent connection.

Any communication with a network element, such as with the first device, the second device, the first server, or the second server, may be based on, or be according to, TCP/IP protocol or connection, and may be preceded by the step of establishing a connection. Further, communication between any two network elements, such as between the first device and the second device, may be over the established connection. Any communication between any two network elements may use TCP, and wherein the connection may be established by performing 'Active OPEN' or 'Passive OPEN', may use a VPN, or may use a tunneling protocol. Any content herein, such as the first content, may include, consist of, or comprise, a part or whole of files, text, numbers, audio, voice, multimedia, video, images, music, web-site page, or computer program.

Each of the network elements herein, such as the first, second, and third servers, may store, operate, or use, a server operating system, that may be based on, comprise, or use, Microsoft Windows Server®, Linux, or UNIX, such as Microsoft Windows Server® 2003 R2, 2008, 2008 R2, 2012, or 2012 R2 variant, Linux™ or GNU/Linux based Debian GNU/Linux, Debian GNU/kFreeBSD, Debian GNU/Hurd, Fedora™, Gentoo™, Linspire™, Mandriva, Red Hat® Linux, SuSE, and Ubuntu®, UNIX® variant Solaris™, AIX®, Mac™ OS X, FreeBSD®, OpenBSD, and NetBSD®. Each of the network elements herein, such as the first, second, and third devices, may store, operate, or use, a client operating system, that may consist or, comprise of, or may be based on, Microsoft Windows 7, Microsoft Windows XP, Microsoft Windows 8, Microsoft Windows 8.1, Linux, or Google Chrome OS. The client operating system may be a mobile operating system, such as Android version 2.2 (Froyo), Android version 2.3 (Gingerbread), Android version 4.0 (Ice Cream Sandwich), Android Version 4.2 (Jelly Bean), Android version 4.4 (KitKat)), Apple iOS version 3, Apple iOS version 4, Apple iOS version 5, Apple iOS version 6, Apple iOS version 7, Microsoft Windows® Phone version 7, Microsoft Windows® Phone version 8, Microsoft Windows® Phone version 9, or Blackberry® operating system.

Any method herein may further comprise the step of intercepting a request for a content by a network element, such as the intercepting of the request for the first content by the first device. The request may be initiated in an application (that may be a communications application such as a TCP/IP or HTTP handling application) in a network element such as the first device. The interception may be in the form of a plug-in or an extension of the application, may be by hooking to the application, may be in a filter driver form, or may be using Inter-Process Communication (IPC). The IPC may be using a file sharing, a signal, a socket, a pipe, a message queue, a shared memory, a semaphore, memory mapped file, a clipboard, a Component Object Model (COM), a data copy, a DDE protocol, or mailslots. The application may be a web browser that may be consisting of, comprising of, or may be based on, Microsoft Internet Explorer, Google Chrome, Opera™, or Mozilla Firefox®. Alternatively or in addition, the web browser may be a mobile web browser, that consist of, comprise of, or may be based on, Safari, Opera Mini™, or Android web browser.

Any system or method herein may implement redundancy, where the system or method may include one or more additional identical, similar, or different element, such as using two or more identical or similar slices or any other content parts, using two or more identical or similar network elements performing identical or similar functionalities, using two or more identical or similar hardware pieces performing identical or similar functionalities, or using two or more data-paths transporting identical or similar information. The redundancy may be based on Dual Modular Redundancy (DMR), Triple Modular Redundancy (TMR), Quadruple Modular Redundancy (QMR), 1:N Redundancy, 'Cold Standby', or 'Hot Standby'.

The steps described herein may be sequential, and performed in the described order. For example, in a case where a step is performed in response to another step, or upon completion of another step, the steps are executed one after the other. However, in case where two or more steps are not explicitly described as being sequentially executed, these steps may be executed in any order, or may be simultaneously performed. Two or more steps may be executed by two different network elements, or in the same network element, and may be executed in parallel using multiprocessing or multitasking.

A tangible machine-readable medium (such as a storage) may have a set of instructions detailing part (or all) of the methods and steps described herein stored thereon, so that when executed by one or more processors, may cause the one or more processors to perform part of, or all of, the methods and steps described herein. Any of the network elements may be a computing device that comprises a processor and a computer-readable memory (or any other tangible machine-readable medium), and the computer-readable memory may comprise computer-readable instructions such that, when read by the processor, the instructions causes the processor to perform the one or more of the methods or steps described herein.

Any communication or connection herein, such as the connection of peripherals in general, and memories in particular to a processor, and between any two network elements, may use a bus. A communication link (such as Ethernet, or any other LAN, PAN or WAN communication links may also be regarded as buses herein. A bus may be an internal bus, an external bus or both. A bus may be a parallel or a bit-serial bus. A bus may be based on a single or on multiple serial links or lanes. A bus medium may be electrical conductors based such as wires or cables, or may be based on a fiber-optic cable. A bus topology may use point-to-point, multi-drop (electrical parallel) and daisy-chain, and may be based on hubs or switches. A point-to-point bus may be full-duplex, or half-duplex. Further, a bus may use proprietary specifications, or may be based on, similar to, substantially or fully compliant to an industry standard (or any variant thereof), and may be hot-pluggable. A bus may be defined to carry only digital data signals, or

may also defined to carry a power signal (commonly DC voltages), either in separated and dedicated cables and connectors, or may carry the power and digital data together over the same cable. A bus may support master/slave configuration. A bus may carry a separated and dedicated timing signal or may use self-clocking line-code.

The networks or the data paths may be similar, identical or different geographical scale or coverage types and data rates, such as NFCs, PANs, LANs, MANs, or WANs, or any combination thereof. The networks or the data paths may be similar, identical or different types of modulation, such as Amplitude Modulation (AM), a Frequency Modulation (FM), or a Phase Modulation (PM), or any combination thereof. The networks or the data paths may be similar, identical or different types of duplexing such half- or full-duplex, or any combination thereof. The networks or the data paths may be based on similar, identical or different types of switching such as circuit-switched or packet-switched, or any combination thereof. The networks or the data paths may have similar, identical or different ownership or operation, such as private or public networks, or any combination thereof.

Any selection of devices herein, such as the selection of tunnel devices to be used either by a client device or by an acceleration sever, or the selection of agent devices either by a client device or by an acceleration sever, or the selection of peer devices, either by a client device or by an agent device, may be based on one or more of the following: Content URL, such as specific files on the Internet (e.g., “Wikipedia.org/contact.html”), domain name such as specific web sites (e.g., “Wikipedia.org”), data server IP such as specific servers (e.g., server having IP address of “208.80.152.201”), type of file such as specific file types (e.g., “.flv files”), time of day such as specific handling of all files or a group of files during certain hours of the day (e.g., “all files between 11 pm to 4 am”), or geography of the client such as specific handling according to a location of the client device (e.g., “for all Clients in Germany”).

The above summary is not an exhaustive list of all aspects of the present invention. Indeed, it is contemplated that the invention includes all systems and methods that can be practiced from all suitable combinations and derivatives of the various aspects summarized above, as well as those disclosed in the detailed description below and particularly pointed out in the claims filed with the application. Such combinations have particular advantages not specifically recited in the above summary.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention is herein described, by way of non-limiting examples only, with reference to the accompanying drawings, wherein like designations denote like elements. Understanding that these drawings only provide information concerning typical embodiments of the invention and are not therefore to be considered limiting in scope:

FIG. **1** illustrates schematically a block diagram of a computer connected to the Internet;

FIG. **2** depicts schematically the Internet and computers connected to the Internet;

FIG. **2***a* illustrates schematically a structure of an IP-based packet;

FIG. **2***b* depicts schematically a computerized device communicating with WAPs;

FIG. **3** illustrates schematically a simplified flowchart in a WDM architecture;

FIG. **3***a* illustrates schematically a simplified flowchart in a Linux architecture;

FIG. **4** illustrates schematically a block diagram of a one-way compression-based communication;

FIG. **4***a* illustrates schematically a block diagram of a two-way compression-based communication;

FIG. **5** depicts schematically client devices, tunnel devices, and servers connected to the Internet;

FIG. **5***a* illustrates schematically a table of data stored in a server;

FIG. **5***b* illustrates schematically a timing chart of messages and states associated with messages exchanged over the Internet in a system using tunnel devices;

FIG. **6** illustrates schematically a simplified flowchart of a method relating to a client device using a single tunnel device;

FIG. **7** illustrates schematically a simplified flowchart of a method relating to a tunnel device;

FIG. **7***a* illustrates schematically a simplified flowchart for increasing a number of connections to a server;

FIG. **7***b* illustrates schematically a simplified flowchart involving locally fetching of a content;

FIG. **8** illustrates schematically a simplified flowchart relating to an acceleration server in a tunnel-device based system;

FIG. **9** illustrates schematically a simplified flowchart relating to an acceleration server that also selects the tunnels to be used;

FIG. **10** illustrates schematically a simplified flowchart of a method relating to a client device using multiple tunnel devices;

FIG. **10***a* illustrates schematically a simplified flowchart of a method relating to a client device using multiple tunnel devices and direct access;

FIGS. **11**, **11***a*, and **11***b* depict schematically messages exchanged over the Internet between a client device and a data server, using different tunnel devices;

FIG. **11***c* depicts schematically messages exchanged over the Internet between a client device and a data server using a direct access;

FIG. **12** depicts schematically client devices, tunnel devices, servers, and client/tunnel device connected to the Internet;

FIG. **12***a* depicts schematically messages exchanged over the Internet between a client device and a data server using a client/tunnel device;

FIG. **13** depicts schematically client devices, tunnel devices, and servers connected to the Internet, where the client device is implemented using a proxy server;

FIG. **14** illustrates schematically a simplified flowchart of a method relating to a client device measuring and logging a communication with a tunnel device;

FIG. **15** illustrates schematically a table of a log of transactions of a client;

FIG. **15***a* illustrates schematically a table of a log of transactions of a client relating to content fetching from a single data server;

FIG. **16** illustrates schematically a simplified flowchart of managing a number of connections to a server by a client device;

FIG. **17** illustrates schematically a simplified flowchart of an accessing of an analytics server;

FIG. **17***a* illustrates schematically a simplified flowchart of an intercepting and simulating access to an analytics server;

FIG. **18** depicts schematically a computerized device accessing DHCP servers;

FIG. **18***a* illustrates schematically a simplified flowchart of accessing of a DHCP server;

FIG. **19** illustrates schematically a simplified flowchart of improving an accessing of a DHCP server;

FIG. **20** depicts schematically client devices, agent devices, peer devices, and server devices connected to the Internet;

FIG. **21** depicts schematically the relations of chunks relating to URLs and peer devices;

FIG. **21***a* depicts schematically the relations of content in peer devices to content in agent devices;

FIG. **21***b* depicts schematically the relations of content in peer devices to content of URLs;

FIG. **21***c* depicts schematically the relations of content in peer devices to content in agent devices;

FIG. **22** illustrates schematically a timing chart of messages and states associated with messages exchanged over the Internet in a system using peer and agent devices;

FIGS. **23**, **23***a*, and **23***b* illustrate schematically a simplified flowchart relating to a client device using agent and peer devices;

FIG. **24** illustrates schematically a simplified flowchart relating to an agent device;

FIG. **24***a* illustrates schematically a simplified flowchart relating to a peer device;

FIG. **25** illustrates schematically a simplified flowchart relating to an acceleration server in a peer and agent devices system;

FIG. **25***a* illustrates schematically a table of data stored in an acceleration server;

FIG. **26** depicts schematically messages exchanged over the Internet between a client device and an acceleration server;

FIG. **26***a* depicts schematically messages exchanged over the Internet between a client device and an agent device;

FIGS. **26***b*, **26***c*, and **26***d* depict schematically messages exchanged over the Internet between a client device and a peer device;

FIG. **27** illustrates schematically a simplified flowchart relating to a client device measuring and logging a communication with a peer device;

FIG. **28** illustrates schematically a table representing a log of transactions of a client device;

FIG. **28***a* illustrates schematically a table representing a log of transactions of a client device relating to content fetching from a single data server,

FIG. **29** depicts schematically timing considerations involving a client device and peer devices;

FIG. **29***a* depicts schematically the calculations involving optimal timing considerations of a system involving a client device and peer devices;

FIG. **29***b* depicts schematically a chunks flow in a system involving a client device and peer devices;

FIG. **29***c* depicts schematically an improved chunks flow in a system involving a client device and peer devices;

FIG. **29***d* illustrates schematically a simplified flowchart for an improved flow of chunks in a system involving a client device and peer devices;

FIG. **29***e* depicts schematically a flow of chunks in a system involving a client device and peer devices;

FIG. **29***f* depicts schematically an improved chunks flow in a system involving a client device and peer devices;

FIG. **30** illustrates schematically a state diagram of a network element;

FIG. **31** illustrates schematically a simplified flowchart for determining a network element status;

FIG. **32** illustrates schematically a simplified flowchart for determining a network element status of a connected device;

FIG. **33** illustrates schematically a simplified flowchart for determining by a client the content fetching method;

FIG. **34** depicts schematically client devices, tunnel devices, agent devices, peer devices, and servers connected to the Internet;

FIG. **35** illustrates schematically a simplified flowchart relating to selecting devices based on an attribute relating to their geographical location;

FIG. **36** illustrates schematically a simplified flowchart relating to scaling an image;

FIG. **36***a* depicts schematically a part of a prior art image upscaling;

FIG. **36***b* depicts schematically a part of a prior art image downscaling;

FIG. **37** depicts schematically a prior art limited object movement on a screen;

FIG. **37***a* depicts schematically an unlimited movement of an object on a screen;

FIG. **38** illustrates schematically a simplified flowchart relating to unlimited moving object on a screen;

FIG. **39** depicts schematically a computerized device communicating with locked WAPs;

FIG. **40** illustrates schematically a simplified flowchart relating to guessing passwords in a WiFi environment;

FIG. **41** depicts schematically computerized devices communicating with locked WAPs;

FIG. **42** illustrates schematically a simplified flowchart relating to sharing passwords in a WiFi environment;

FIG. **43** illustrates schematically a simplified flowchart relating to the normalizing reference of a video content;

FIG. **44** illustrates schematically a block diagram relating to queueing schemes in a WDM architecture;

FIG. **45** illustrates schematically a block diagram relating to an improved dynamic queueing scheme in a WDM architecture;

FIG. **46** illustrates schematically a simplified flowchart relating to implementing an improved dynamic queueing scheme;

FIG. **47** illustrates schematically a block diagram relating to a one-way compression using a local dictionary;

FIG. **48** illustrates schematically a simplified flowchart relating to implementing a one-way compression using a local dictionary;

FIG. **48***a* illustrates schematically a simplified flowchart relating to implementing a compression using both dictionaries;

FIG. **49** illustrates schematically a block diagram relating to multiple copies of the same content;

FIG. **49***a* illustrates schematically a simplified flowchart relating to comparing multiple copies of the same content;

FIG. **49***b* illustrates schematically a simplified flowchart relating to validating a copy of a content;

FIG. **50** illustrates schematically a gateway connecting network elements over a WAN and a LAN;

FIG. **51** illustrates schematically using a VGS for communicating with a gateway connecting network elements over a WAN and a LAN;

FIG. **51***a* illustrates schematically a simplified flowchart of a VGS;

FIG. **52** depicts schematically a prior art of a cache arrangement in a memory;

FIG. **53** depicts schematically a cache arrangement in a memory using overwrite reduction;

FIG. **54** illustrates schematically a simplified flowchart for cache overwrite reduction and cleanup;

FIG. **55** depicts schematically a cache arrangement in a memory using redundancy with overwrite reduction;

FIG. **56** illustrates schematically a simplified flowchart for cache overwrite reduction;

FIG. **57** depicts schematically a cache arrangement in a memory using overwrite reduction and having multiple chunk copies;

FIG. **58** depicts schematically a prior-art association of physical addresses to virtual addresses;

FIG. **59** illustrates schematically a simplified block diagram of a memory management unit for translating between physical addresses and virtual addresses;

FIG. **60** illustrates schematically a simplified block diagram of a prior-art memory management unit operation;

FIG. **61** illustrates schematically a simplified flowchart of a prior-art method of an exception handler;

FIG. **62** illustrates schematically a simplified flowchart of an NDCACHE operation;

FIG. **63** illustrates schematically a simplified block diagram of an NDCACHE API;

FIG. **64** illustrates schematically a simplified block diagram of mounting a filesystem;

FIG. **65** illustrates schematically a simplified block diagram of mounting a TMPFS filesystem;

FIG. **66** illustrates schematically a simplified flowchart of an NDCACHE operation using FS mounting;

FIG. **67** illustrates schematically a simplified flowchart of an NDCACHE operation using user and kernel mode;

FIG. **68** illustrates schematically a first part of a simplified block diagram of a high-level implementation of NDCACHE;

FIG. **69** depicts schematically an arrangement in a memory of NDCACHE pages and using a lock flag;

FIG. **70** illustrates schematically a second part of a simplified block diagram of a high-level implementation of NDCACHE;

FIG. **71** illustrates schematically a third part of a simplified block diagram of a high-level implementation of NDCACHE;

FIG. **72** depicts schematically an arrangement in a memory of NDCACHE pages using multiple segments in the cache;

FIG. **73** illustrates schematically a simplified flowchart of an improved NDCACHE operation;

FIG. **74** depicts schematically an arrangement in a memory of NDCACHE pages;

FIG. **75** illustrates schematically a first part of a simplified block diagram of a high-level implementation of an improved NDCACHE;

FIG. **76** illustrates schematically a second part of a simplified block diagram of a high-level implementation of an improved NDCACHE;

FIG. **77** illustrates schematically a simplified flowchart of an idle monitor;

FIG. **78** illustrates schematically a simplified block diagram of an idle monitor for reducing a storage read time;

FIG. **79** illustrates schematically a simplified flowchart of selecting WAP.

FIG. **80** illustrates schematically a simplified flowchart of an improved selection of a WAP;

FIG. **81** depicts schematically a network element selecting a WAP from two groups of WAPs;

FIG. **82** depicts schematically a network element selecting a WAP based on the WAP performance;

FIG. **83** illustrates schematically a simplified flowchart for selecting a WAP based on the WAP prior performance;

FIG. **84** illustrates schematically two network elements connected over an unreliable connection;

FIG. **85** illustrates schematically two network elements connected over multiple unreliable connections;

FIG. **86** illustrates schematically two network elements connected over multiple unreliable connections using a reliability proxy server;

FIG. **87** illustrates schematically two network elements connected over multiple unreliable connections using two reliability proxy servers;

FIG. **88** illustrates schematically a simplified flowchart for using a reliability proxy network server;

FIG. **89** illustrates schematically a simplified flowchart for carrying packets over multiple routes;

FIG. **90** illustrates schematically a simplified flowchart for minimizing disconnect times when using multiple routes;

FIG. **91** illustrates schematically a table containing IP related BW and RTT values;

FIG. **92** illustrates schematically a simplified flowchart for estimating BW and RTT values relating to network elements;

FIG. **93** illustrates schematically a simplified flowchart for reading or storing BW and RTT values relating to network elements; and

FIG. **94** illustrates schematically a simplified flowchart for estimating BW and RTT values relating to network elements.

## DETAILED DESCRIPTION

The principles and operation of an apparatus or a method according to the present invention may be understood with reference to the figures and the accompanying description wherein identical or similar components (either hardware or software) appearing in different figures are denoted by identical reference numerals. The drawings and descriptions are conceptual only. In actual practice, a single component can implement one or more functions; alternatively or in addition, each function can be implemented by a plurality of components and devices. In the figures and descriptions, identical reference numerals indicate those components that are common to different embodiments or configurations. Identical numerical references (in some cases, even in the case of using different suffix, such as **5**, **5***a*, **5***b* and **5***c*) refer to functions or actual devices that are either identical, substantially similar, similar, or having similar functionality. It will be readily understood that the components of the present invention, as generally described and illustrated in the figures herein, could be arranged and designed in a wide variety of different configurations. Thus, the following more detailed description of the embodiments of the apparatus, system, and method of the present invention, as represented in the figures herein, is not intended to limit the scope of the invention, as claimed, but is merely representative of embodiments of the invention. It is to be understood that the singular forms "a," "an," and "the" herein include plural referents unless the context clearly dictates otherwise. Thus, for example, reference to "a component surface" includes reference to one or more of such surfaces. By the term "substantially" it is meant that the recited characteristic, parameter, or value need not be achieved exactly, but that deviations or variations, including, for example, tolerances, measurement error, measurement accuracy limitations and

other factors known to those of skill in the art, may occur in amounts that do not preclude the effect the characteristic was intended to provide.

Each of devices herein may consist of, include, be part of, or be based on, a part of, or the whole of, the computer **11** or the system **100** shown in FIG. **1**. Each of the servers herein may consist of, may include, or may be based on, a part or a whole of the functionalities or structure (such as software) of any server described in the '604 Patent, such as the web server, the proxy server, or the acceleration server. Each of the clients or devices herein may consist of, may include, or may be based on, a part or a whole of the functionalities or structure (such as software) of any client or device described in the '604 Patent, such as the peer, client, or agent devices.

In one example, an accessing to a data server is improved by using an intermediate device referred to as 'tunnel' device, that is executing a 'tunnel' flowchart. FIG. **5** shows a system **30** including two client devices, a client device #**1** **31***a* and a client device #**2** **31***b*, that may access the data servers **22***a* and **22***b* using one or more of a tunnel device #**1** **33***a*, a tunnel device #**2** **33***b*, and a tunnel device #**3** **33***c*, under the management and control of an acceleration server **32**. These network elements communicates with each other using the Internet **113**.

The method of using a tunnel device is described below, based on a database **40** shown in FIG. **5***a* describing a list stored in the acceleration server **32**, a flowchart **60** shown in FIG. **6** describing a client device (such as the client device #**1** **31***a*) operation, a flow chart **70** shown in FIG. **7** describing a tunnel device (such as the tunnel device #**1** **33***a*) operation, and a messaging and states timing chart **50** shown in FIG. **5***b*. The chart **50** shows the messaging and related timing associated with the operation of the acceleration server **32** (corresponding to a dashed line **51***a*), a client device such as the client device #**1** **31***a* (corresponding to a dashed line **51***b*), a tunnel device such as the tunnel device #**1** **33***a* (corresponding to a dashed line **51***c*), and a data server such as the data server #**1** **22***a* (corresponding to a dashed line **51***d*). The flowchart **60** comprises a flowchart **64** relating to a pre-connection phase, and a flowchart **65** describing a content fetch phase, of the client device. Similarly, a flowchart **70** comprises a flowchart **72** relating to the pre-connection phase, and a flowchart **73** describing the content fetch phase, of the tunnel device. The database **40** shown in FIG. **5***a* is illustrated as a table, wherein a first column **41***a* (designated as 'TYPE') relates to a device functionality, such as tunnel or client, a second column **41***b* (designated as 'IP ADDRESS') relates to the respective device IP address, a third column **41***c* (designated as 'SIGN-IN DATE/TIME') relates to a timestamping including a date (in DD/MM format) and a time when a respective device signed in with the acceleration server, and a fourth column **41***d*, relating to the device physical geographical location. A top row **42** in the table refers to the field designations. First **42***a*, second **42***b*, third **42***c*, fourth **42***d*, and fifth **42***e* rows in the table, respectively relate to first, second, third, fourth, and fifth devices that signed in with the acceleration server **32**. For example, the second device shown in the row **42***b* has signed in as a tunnel device as shown in the column **41***a*, timestamped as January 23rd at 8:55 as shown in the third column **41***c*, and can be addressed over the Internet using the IP address 109.23.78.5 as shown in the second column **41***b*.

The process starts upon initializing a tunnel application in a tunnel device, schematically shown as a step 'START' **71***a* in the flowchart **70**, corresponding to a state **54***a* 'Start' in the chart **50**. Such initialization may be executed upon the device powering up process, or upon a user request. Then the tunnel device #**1** **33***a* sign in with the acceleration server **32** in a step 'Sign-in as Tunnel' **71***b*, which corresponds to a message 'Sign In' **56***a* in the chart **50**. The message comprises the device functionality as 'tunnel', and the device **33***a* identification on the Internet **113**, such as its IP address (for example 125.12.67.0). The message 'Sign In' is received as the acceleration server **32**, which updates the database of the signed-in devices in a state 'Update List' **52***a*, as shown in a first row **42***a* in the table **40**. The acceleration server **32** further log to the database the date and time of the signing in, such as 23/1 as the date and 7:32 as the time, as shown in the third column **41***c* of the table **40**. The acceleration server **32** further adds rows to the table per each added tunnel device in a case of multiple tunnel devices, such as the addition of the tunnel device #**2** **33***b*, that its signing-in details are shown in the second row **42***b*, as addressed by the IP address 109.23.78.5 and having signed in at 23/1 at 8:55.

Similarly, the client device #**1** **31***a* starts and sign in with the acceleration server **32**. The process starts upon initializing a client application in a client device, schematically shown as a step 'START' **61***a* in the flowchart **60**, corresponding to a state **53***a* 'Start' in the chart **50**. Such initialization may be executed upon the device powering up process, or upon a user request. Then the client device #**1** **31***a* sign in with the acceleration server **32** in a step 'Sign-in as Client' **61***b*, which corresponds to a message 'Sign In' **56***b* in the chart **50**. The message comprises the device functionality as 'client', and the device **31***a* identification on the Internet **113**, such as its IP address (for example 36.83.92.12). The message 'Sign In' is received as the acceleration server **32**, which updates the database of the signed-in devices in a state 'Update List' **52***b*, as shown in the third row **42***c* in the table **40**. The acceleration server **32** further logs to the database the date and time of the signing in, such as 23/1 as the date and 10:44 as the time, as shown in the third column **41***c* of the table **40**. The acceleration server **32** further adds to the table an additional row per each newly signed client device in a case of multiple client devices, such as the addition of the client device #**2** **31***b*, that its signing-in details are shown in the second row **42***d*, as addressed by the IP address 125.66.69.73 and having signed in at 24/1 on 15:34.

In order to make the communication between a client device and a tunnel device faster and more efficient, a pre-connection phase is defined, where a preparation for communication such as a TCP connection is established, allowing for quick data transfer afterwards. The pre-connection phase starts at a 'Start Pre-Connection' state **53***b* in the chart **50**, followed by the 'Request List' message **56***c* (corresponding to the 'Request Tunnels List' step **62** in the flowchart **60**), being part of the Pre-connection client flowchart **64**, where the client **31***a* requests the list of the available tunnels that may be used, from the acceleration server **32**. The tunnel device #**1** **33***a* at this point is idling in an 'IDLE' step **72***c* shown in the flowchart **70**, being part of the Pre-connection tunnel flowchart **72**. In response to the client device **31***a* request, the acceleration server **32** prepares in a step 'Prepare List' **52***b* the list of current available tunnels, and sends the list as a 'Send List' message **56***d* to the client device **31***a*, which in turn receives the list as part of a 'Receive Tunnels List' step **62***b*.

Based on pre-set criteria, a tunnel device (or multiple tunnel devices) is selected by the client device #**1** **31***a* in a 'Tunnel Select' step **53***c* (corresponding to a 'Select Tunnel' step **62***c* in the flowchart **60**). For example, the tunnel device

#1 **33***a* may be selected. Then, pre-connection is initiated in an 'Initiate Pre-Connection' step **62***d*, where an 'Initiate Pre-Connection' message **56***e* is sent to the tunnel device #**1** **33***a*, which starts the pre-connection in a 'Pre-Connection Start' state **54***b*, and replies the 'Pre-Connection' message **56***f* to the client device **31***a*, thus completing the pre-connection phase.

The pre-connection process involves establishing a connection (directly or via a server) between the client device #**1** **31***a* (executing the flowchart **64**) and the tunnel device #**1** **33***a* (executing the flowchart **72**). The handshaking between the two devices at this stage involves forming the connection by exchanging communication-related information. The formed connection may be used later for efficiently exchange data between the devices. In one example, the communication between the devices uses TCP, and the pre-connection is used for establishing a connection by forming 'passive open', involving exchanging SYN, SYN-ACK, and ACK messages. In one example, the message 'Initiate Pre-Connection' message **56***e* includes a SYN message, and the 'Pre-Connection' message **56***f* includes an ACK message.

In another example, a VPN is formed between the devices, and the tunneling or the VPN establishment is performed as part of the pre-connection phase. The tunnel endpoints are authenticated before secure VPN tunnels can be established. User-created remote-access VPNs may use passwords, biometrics, two-factor authentication, or any other cryptographic methods. Network-to-network tunnels often use passwords or digital certificates, and permanently stores the key in order to allow a tunnel to establish automatically, without intervention from a user.

As long as the client device #**1** **31***a* is not requiring any content from a data server as described in a 'Content Required ?' step **63***a*, the device is idling in an 'IDLE' step **62***e*. Once the client device #**1** **31***a* determines that external content from a data server is required, as shown in a 'Content Required' state **53***d*, a 'Content Request' message **56***g* (shown in the messaging chart **50**) is sent (corresponding to a 'Send Content Request' step **63***b* in the flowchart **60**) to the selected tunnel device #**1** **33***a*. The request is received at the tunnel device #**1** **33***a* at a 'Request Received' state **54***c*, corresponding to a 'Receive Content Request' **73***b* in the flowchart **70**). In response, the tunnel device **33***a* sends a 'Content Request' message **56***h* to the data server #**1** **22***a* (corresponding to a 'Send Request To Server' step **73***c*), requesting the content that was requested by the client device #**1** **31***a*. The data server #**1** **22***a* receives the request and prepares the requested content in a 'Content Prepared' state **55***a*, and sends the requested content back to the tunnel device #**1** **33***a* in a 'Send Content' message **56***i*, received by the tunnel device #**1** **33***a* in a 'Receive Content from Server' step **73***d*. The received content is prepared in a 'Content Prepared' state **54***d*, and then sent, in a 'Send Content' message **56***j* (corresponding to a 'Send Content To Client' step **73***e*), to the client device #**1** **31***a*. The tunnel device **33***a* may then revert to idling in the 'IDLE' step **73***a*, until a new request is received. The requested content is received in a 'Content Received' state **53***e* in the timing chart **50**, corresponding to a 'Receive Content' step **63***c* shown in the flowchart **60**. The client device **31***a* may then revert to idling in the 'IDLE' step **62***e*, until a new content is required. When such new content is required as determined as part of the 'Content Required ?' step **63***a*, the process repeats by sending a 'Content Request' message **56***k*, corresponding to the 'Send Content Request' step **63***b*. In one example, the 'Content Fetch' flowchart **73** executed by the tunnel device #**1** **33***a* may be a typical HTTP session for accessing a content from a web-server.

The content herein may consist of, or comprise, data such as files, text, numbers, audio, voice, multimedia, video, images, music, computer programs or any other sequence of instructions, as well as any other form of information represented as a string of bits, bytes, or characters. In one example, the content may include, be a part of, or a whole of, a URL or a website page.

The acceleration server **32** generally executes a flowchart **80** shown in FIG. **8**. The server **32** is idling in an 'IDLE' step **81***a* until a request is received from one of the devices in the network. The request may be a sign-in request, as checked in a 'Sign—In Request ?' step **81***b*, which may be the result of a signing in of the client device #**1** **31***a* as part of the 'Sign-in as Client' step **61***b* in the client flowchart **60**, or may be the result of a signing in of the tunnel device #**1** **33***a* as part of the 'Sign-in as Tunnel' step **71***b* in the tunnel flowchart **70**. In the case of signing in, the server **32** update the database such as the table **40** shown in FIG. **5***a* in an 'Update Table' step **81***c*, corresponding to an 'Update List' state **52***a* for tunnel signing-in and an 'Update List' state **52***b* for the client signing-in in the timing chart **50**. In a 'List Request ?' step **81***d* the acceleration server **32** checks for receiving a request from the client device #**1** **31***a* as part of a 'Request Tunnels List' step **62***a*, corresponding to the message 'Request List' **56***c* in the timing chart **50**. In response to such request, the server **32** compiles a list of tunnels that can be used by the client device #**1** **31***a* to serve the received request, as part of a 'Prepare List' step **81***e* (corresponding to a 'Prepare List' state **52***c* in the timing chart **50**). The compiled list is sent to the client device **31***a* as part of a 'Send List' step **81***f*, corresponding to a 'Send List' message **56***d* in the timing chart **50**. After completing the signing-in or sending list processes, the server **32** reverts to idling in the 'IDLE' step **81***a*.

Data servers (such as the data server #**1** **22***a*) typically limit the number of concurrent active connections with connected devices (hosts). In many cases, a web page content may include multiple URLs, and it is beneficial to open many concurrent connections, each for one or more of the URLs, to accelerate the fetching of the web site content. In one example, the maximum number of connections permitted by the data server from which the content is to be fetched is sent to a tunnel device, such as the tunnel device #**1** **33***a*, as part of the 'Pre-connection Tunnel #**1**' step **64***a* or the 'Content Fetch Tunnel #**1**' step **65***a*, shown as part of the flowchart **100** in FIG. **10**. In response, the tunnel device #**1** **33***a* as part of the 'Send Request To Server' step **73***c*, opens the requested number of connections with the respective data server. For example, the client may request, based on stored information in the client device (such as based on former interaction with the respective data server received from a tunnel device as part of a 'Notify Client' step **74***c*), sends the tunnel device a request to open 8 connections, which is known to be the maximum available (or allowable) number of connections relating to the specific data server. The client device may request all the tunnel devices used to use the maximum number of connections. For example, assuming 3 tunnel devices are used, and the maximum connections per host (device) is limited (by the data server) to 10 connections per host, each tunnel device may open the maximum 10 connections available. Hence, such scenario results in total open connections (for fetching the requested content) to be 10*3=30, which is 3 times better than using a single tunnel device, or when compared to a direct content

fetching by the single client device from the data server. In another example, assuming the limitation of the data server is 8 connections, and wherein the client device sets the optimal number of total of 15 connections, the client device may request one tunnel device to use 8 connection and another tunnel device to use 7 connections, thus obtaining the optimal 8+7=15 connections.

Alternatively or in addition, a tunnel device may try to open as many connections as available, as described in a flowchart **74** shown in FIG. **7***a*. The flowchart **74** corresponds to the flowchart **73** shown in FIG. **7**. In parallel to starting the content fetching from the data server in the 'Send Request To Server' step **73***c* and starting the reception of content from the data server in the 'Receive Content From Server' step **73***d*, the tunnel device tries to open an additional connection (or multiple additional connections) to those already in use in a 'Open Connection(s)' step **74***a*. In the case the additional connection was properly established, as is checked in a 'Successful ?' step **74***b*, the tunnel device reverts to try to open an additional connection in the 'Open Connection(s)' step **74***a*. In the case no additional connection can be established, typically because the limit set by the data server was reached, the tunnel device notifies the client device in the 'Notify Client' step **74***c* of the maximum number of connections available for this data server. This notification allows the client device to use such information for use with other tunnel devices communicating with this data server or for future use with the data server.

Alternatively or in addition, a tunnel device may be used to store a content to be provided to a client device, as described in a flowchart **75** shown in FIG. **7***b*, which corresponds to the flowchart **73** shown in FIG. **7**. Upon receiving a request for content from a client device, a tunnel device (such as the tunnel device #**1 33***a*) first checks if the requested content is stored locally (in the tunnel device itself), such as in its cache memory, in a 'Locally Available ?' step **75***a*. The requested content may be stored in the tunnel device as a result of a former accessing the respective data server, for example by a web browser (or any other application) that is part of the tunnel device. Alternatively or in addition, the content may be stored as part of a 'Store Content From Server' step **75***b* in a past fetching of content, for this client device or for another client device. If the content is available locally in the tunnel device, the overhead, time, and resources, of accessing the respective data server are obviated, and the locally stored requested content is sent to the client device in the 'Send Content To Client' step **73***e*. In the case the requested content is not locally available, the tunnel device continues as described in the flowchart **73** to fetch the content from the data server. Alternatively or in addition, upon receiving the requested content from the data server in the 'Receive Content From Server' step **73***d*, the receive content may be stored locally in the tunnel device for future use, in the 'Store Content From Server' step **75***b*. Storing of the received content may be executed before, after, or in parallel to sending the content to the requesting client device in the 'Send Content To Client' step **73***e*.

Since the data server #**1 22***a* is accessed by, and sends information only to, tunnel devices (such as the tunnel device #**1 33***a*), and is not aware of the final content destination being the client device #**1 31***a*, the identity (such as the IP address) of the client device #**1 31***a* is concealed from the data server #**1 22***a*, thus providing anonymity and untraceability. Further, in a case where the data server #**1 22***a* is a web server, the method and system described may provide for an anonymous web browsing. Further, the system and method provide an Internet traffic route for the content delivery that is distinct from the typical approach where the client device #**1 31***a* access the data server #**1 22***a* directly over the Internet, hence may alleviates bottlenecks and conserve bandwidth. Furthermore, since multiple parts of the content stored in a data server (such as the data server #**1 22***a*) are loaded in parallel to a client device (such as the client device #**1 31***a*) using multiple distinct paths, the content is fetched faster and using more effectively the network resources.

A schematic messaging flow diagram **110** describing the client device #**1 31***a* related 'content fetch' flowchart **65** and the tunnel device #**1 33***a* related flowchart **73** is shown in FIG. **11**. A 'Content Request' message **111***a* (corresponding to the 'Content Request' message **56***g* in the timing chart **50**) is first sent from the client device #**1 31***a* to the selected tunnel device #**1 33***a*, which responds by forwarding the request to the data server #**1 22***a* using a 'Content Request' message **111***b* (corresponding to the 'Content Request' message **56***h* in the timing chart **50**). In turn the data server #**1** replies and sends the content in a 'Send Content' message **111***c* (corresponding to the 'Send Content' message **56***i* in the timing chart **50**) to the requesting tunnel device #**1 33***a*, which in turn forward the fetched content to the asking client device #**1 31***a* using a 'Send Content' message **111***d* (corresponding to the 'Send Content' message **56***j* in the timing chart **50**).

While accessing the data server #**1 22***a* was exampled above using the tunnel device #**1 33***a* as an intermediary device, the system and the client #**1 31***a* may use multiple tunnel devices in order to fetch the content from the same data server #**1 22***a*. Two, three, four, or any other number of tunnel devices, serving as intermediary devices having the same or similar role as the tunnel device #**1 33***a*, may be equally used. In one example, three tunnel devices may be used, such as adding the tunnel device #**2 33***b* and the tunnel device #**3 33***c*, shown in system **30** in FIG. **5**. Each of the tunnel devices may execute the flow chart **70** shown in FIG. **7**.

A flowchart **100** relating to the client device #**1 31***a* when employing three tunnel devices is shown in FIG. **10**, based on the flowchart **60** described above. Upon receiving a list of available tunnel in a 'Receive Tunnels List' step **62***b* from the Acceleration server **32**, the client device #**1 31***a* selects multiple tunnels from the received list, rather than selecting a single tunnel as described in the 'Select Tunnel' step **62***c* described above. In the described example, three distinct tunnel devices are selected from the list, such as the tunnel device #**1 33***a* (as before), the tunnel device #**2 33***b*, and the tunnel device #**3 33***c*. The client device **31***a* executes three pre-connection processes in a 'Pre-Connection Tunnel #**1** ' step **64***a*, a 'Pre-Connection Tunnel #**2** ' step **64***b*, and a 'Pre-Connection Tunnel #**3** ' step **64***c* (each corresponding to the 'Pre-connection' flow chart **64** above), followed by a 'Content Fetch Tunnel #**1**' step **65***a*, a 'Content Fetch Tunnel #**2**' step **65***b*, and a 'Content Fetch Tunnel #**3**' step **65***c*, respectively (each corresponding to the 'Content Fetch' flow chart **65** above).

In such a configuration, three distinct data paths are involved in the content fetching. In addition to the messaging data path **110**, a messaging flow **110***a* shown in FIG. **11***a* describes the usage of the tunnel device #**2 33***b* as an intermediary device, relating to the client device #**1 31***a* 'content fetch' related flowchart **65***b* and the tunnel device #**2 33***b* related flowchart **73**. A 'Content Request' message **112***a* (corresponding to the 'Content Request' message **56***g* in the timing chart **50**) is first sent from the client device #**1**

**31***a* to the selected tunnel device #**2 33***b*, which responds by forwarding the request to the data server #**1 22***a* using a 'Content Request' message **112***b* (corresponding to the 'Content Request' message **56***h* in the timing chart **50**). In turn the data server #**1** replies and sends the content in a 'Send Content' message **112***c* (corresponding to the 'Send Content' **56***i* in the timing chart **50**) to the requesting tunnel device #**2 33***b*, which in turn forward the fetched content to the asking client device #**1 31***a* using a 'Send Content' message **112***d* (corresponding to the 'Send Content' message **56***j* in the timing chart **50**). Similarly, a messaging flow **110***b* shown in FIG. **11***b* describes the usage of the tunnel device #**3 33***c* as an intermediary device, relating to the client device #**1 31***a* associated with 'content fetch' in the flowchart **65***c* and with the tunnel device #**2 33***b* in the flowchart **73**. The 'Content Request' message **115***a* (corresponding to the 'Content Request' message **56***g* in the timing chart **50**) is first sent from the client device #**1 31***a* to the selected tunnel device #**3 33***c*, which responds by forwarding the request to the data server #**1 22***a* using the 'Content Request' message **115***b* (corresponding to 'Content Request' message **56***h* in the timing chart **50**). In turn the data server #**1 22***a* replies and sends the content in the 'Send Content' message **115***c* (corresponding to the 'Send Content' message **56***i* in the timing chart **50**) to the requesting tunnel device #**3 33***c*, which in turn forward the fetched content to the asking client device #**1 31***a* using the 'Send Content' message **115***d* (corresponding to the 'Send Content' message **56***j* in the timing chart **50**).

Alternatively or in addition to accessing the data server #**1 22***a* via intermediary devices such as one or more tunnel devices as described herein, the client device #**1 31***a* may also directly access the data server #**1 22***a* for fetching the content therefrom. Such a flowchart **100***a* is shown in FIG. **10***a*, where a 'Content Fetch Direct' step **65***d* is added. In this step **65***d*, the client device #**1 31***a* directly accesses the data server #**1 22***a*, as typically known, and in the same way, or in a similar way, the tunnel devices are accessing the data server #**1 22***a* for fetching content therefrom. Such direct access is shown in messaging flow **110***c* shown in FIG. **11***c*, where no intermediary device is used. The 'Content Request' message **114***a* (which may be corresponding to the 'Content Request' message **56***g* in the timing chart **50**) is first sent from the client device #**1 31***a* to the data server #**1 22***a*. In turn the data server #**1 22***a* replies and sends the content in the 'Send Content' message **114***b* (which may be corresponding to the 'Send Content' message **56***i* in the timing chart **50**) to the client device #**1 31***a*. As used herein, a direct access by a client device, such as the client device #**1 31***a*, is considered as if the client device itself serves as a tunnel device for itself.

In one example, the same content (from the same data server #**1 22***a*) is requested by the client device #**1 31***a*, from all the selected tunnel devices. In such a case, the same content is requested and fetched in the 'Content Fetch' flowcharts. In the example of three tunnel devices shown in a flowchart **100**, the same content may be defined to be requested (and later fetched) in the 'Content Fetch Tunnel #**1**' step **65***a*, the 'Content Fetch Tunnel #**2**' step **65***b*, and the 'Content Fetch Tunnel #**3**' step **65***c*. Such configuration may be advantageous, for example, in the case where one or multiple data paths are unstable or unreliable, or provide intermittent connection. In the case wherein multiple redundant tunnels and data paths are used, there is a higher probability to fetch the required content, even if one or more of the data paths are problematic or non-functioning. For example, in the case where the tunnel device #**1 33***a* and the tunnel device #**3 33***c* are not fully functioning or having a momentary (or continuous) problem fetching the requested content, still the tunnel device #**2 33***b* may provide the content. Further, such redundant operation may allow for quicker and faster content fetching, since the client device #**1 31***a* may use the content first to be received, hence using the faster content fetching route. For example, in case of the tunnel device #**1 33***a* replying and providing the content after 12 milliseconds, the tunnel device #**2 33***b* replying and providing the content after 23 milliseconds, and the tunnel device #**3 33***c* replying and providing the content after 5 milliseconds, the content is available at the client device #**1 31***a* after 5 milliseconds, and there is no need to wait for the other tunnels to reply. Similarly, in case of a direct access, the client device #**1 31***a* direct access is added as a redundant content fetching path to the tunnels-associated data paths.

The tasks relating to the different data paths, such as shown in a flowchart **100***a*, relating to communicating with the multiple tunnel devices and/or direct access, may be executed sequentially or in parallel. Further, each of the messages transferred shown in the messaging charts and data paths, such as in the diagrams **110**, **110***a*, **110***b*, and **110***c*, may be executed, or may occur, sequentially or in parallel. For example, in case of multiple pre-connection processes, the client device #**1 31***a* may execute the processes sequentially, meaning initiating a new pre-connection only after a former pre-connection is completed (or only upon being successfully completed). For example, relating to the flowchart **100***a*, the client device first executes the 'Pre-connection Tunnel #**1**' step **64***a*, and only upon completion of this step initiates the 'Pre-connection Tunnel #**2**' step **64***b*, and only upon completion of the latter step initiates the 'Pre-connection Tunnel #**3**' step **64***c*. Alternatively or in addition, the processes may be executed in parallel, using a multitasking.

Similarly, in case of multiple connect fetching processes, the client device #**1 31***a* may execute the processes sequentially, meaning initiating a new content fetching only after a former content fetching is completed (or only upon being successfully completed). For example, relating to the flowchart **100***a*, the client device first executes the 'Content Fetch Direct' step **65***d*, and only upon completion of this step initiates the 'Content Fetch Tunnel #**1**' step **65***a*, and only upon completion of the latter step initiates the 'Content Fetch Tunnel #**2**' step **65***b*. Alternatively or in addition, the processes may be executed in parallel, using a multitasking.

The client device **31***a* may select a single tunnel device to be used as an intermediary device as described above relating to the 'Select Tunnel' step **62***c*. Alternatively or addition, the client device **31***a* may select a plurality of tunnel devices (including itself as described in the 'Content Fetch Direct' step **65***d*) to be used as an intermediary device as described above relating to the 'Select Tunnels' step **101***a*. The selection of a tunnel or of multiple tunnels may be based on pre-set criteria. The selection may use various attributes or characteristics of the tunnel devices, its operation environment, history, and any other characteristics. The attributes associated with each tunnel device may be stored in the acceleration server **23**, and sent to the client device #**1 31***a* as part of the available tunnel devices list, so that the client device #**1 31***a* may use these attributes for the selection process. The criteria herein may be used independently or in combination. In yet another alternative, the selection is based on timing measurement, such as Time-of-Day (TOD). For example, one selection scheme may be used on a daily basis from 2.00 AM to 3.00 AM, a different selection from 3.00 AM to 4.00 AM and so on, cycling in a 24-hour day.

Similarly, each day of the week may use different selection. Any combination of the schemes described herein may be equally used. Any number of tunnel devices may be selected. The number of tunnel devices that are selected in the 'Select Tunnels' step **101***a* may be 1 (one) (corresponding to the 'Select Tunnel' step **62***c*). Alternatively, a small number of tunnel devices may be selected, such as 2 or 3. Alternatively, 4, 5, 6, 7, 8, 9, or 10 tunnel devices may be selected. Further, more than 10 tunnel devices may be selected, such as 10, 20, 30, 40, or 50.

The client device **31***a* may select a single tunnel device to be used as an intermediary device as described above relating to the 'Select Tunnel' step **62***c*. Alternatively or addition, the client device #**1 31***a* may select a plurality of tunnel devices (including itself as described in the 'Content Fetch Direct' step **65***d*) to be used as an intermediary device as described above relating to the 'Select Tunnels' step **101***a*. Alternatively or in addition, the tunnel devices to be used may be selected by the acceleration server **32**, and the tunnel list sent to the client device #**1 31***a* (in the 'Send List' step **81***f* and received by the client device #**1 31***a* in the 'Receive Tunnels List' step **62***b*) may include only the identification (e.g., IP address) of the tunnel devices to be used as intermediary devices to the client device #**1 31***a*. Such a flowchart **90** to be executed by the acceleration server **32** is shown in FIG. **9**. After preparing a list of available or potential tunnel devices that may be used in the 'Prepare List' step **81***e*, the acceleration server **32** itself selects in a 'Select Tunnels' step **101***a* the tunnel devices that are to be used by the client device #**1 31***a*, and sends only these tunnel devices list to the client device #**1 31***a* in a 'Send Selected List' step **91***a*.

Alternatively or in addition, the tunnel devices to be used may be selected by both the client device #**1 31***a* and the acceleration server **32** working in cooperation. In one example, the acceleration server **32** (for example, as part of the 'Select Tunnels' step **101***a* in the flow chart **90**) may select a subgroup of suggested, offered, or recommended tunnel devices that can be used, while the client device #**1 31***a* (for example, as part of the 'Select Tunnels' step **101***a* in the flow chart **100**) further selects and uses a subset of the tunnel devices from the list of offered suggested tunnel devices. Alternatively or in addition, the tunnel devices to be used may be selected by the acceleration server **32**, based on rules or criteria set by, or requested from, the client device #**1 31***a*. For example, as part of the requesting of tunnel devices list in the 'Request Tunnels List' step **62***a*, the client device #**1 31***a* may send to the acceleration server **32** a set or rules or criteria, relating to the tunnel devices that are to be used by this client, which may relate to various attributes or characteristics of the available tunnel devices. In one example, the criteria may be the geographical location of the tunnel devices. The client device #**1 31***a* may ask for tunnel devices only in a specific location, such as a specific country, and in response the acceleration server **32** may select tunnel devices only in the specified country (for example, in the 'Select Tunnel' step **101***a* in the flowchart **90**) and send only this list (for example in the 'Send Selected List' step **91***a*) to the client device #**1 31***a*. For example, relating to the example of the table 40 shown in FIG. **5***a*, in the case the client device #**1 31***a* asks for tunnels only in Germany (or Europe), only the second listed tunnel device in the row **42***b* may be included in the list, being the only one located in Germany.

The selection of the tunnel device (or devices) to be used, or the priorities assigned to them, may be based on the available communication attributes or their history. For example, based on the costs associated with the usage of a network, the higher cost network may have lower priority and less used than lower cost or free network. In another example, a high quality network, such as having a higher available bandwidth or throughput, lower communication errors or packet loss, lower hops to destination, or lower transfer delay time, is having higher priority that a lower quality network. The system may use Bit Error Rate (BER), Received Signal Strength Indicator (RSSI), Packet Loss Ratio (PLR), Cyclic Redundancy Check (CRC) and other indicators or measures associated with the communication channel associated with a network interface, and may be based on, use, or include the methodology and schemes described in RFC 2544 entitled: "*Benchmarking Methodology for Network Interconnect Devices*", and ITU-T Y.1564 entitled: "*Ethernet Service Activation Test Methodology*", which are both incorporated in their entirety for all purposes as if fully set forth herein. The network quality grade may be affected by the history of using such a network, for example during a pre-set period before the process of selection of a network interface. In one example, the network interface where the last proper packet was received from may be selected as the interface to be used for the next packet to be transmitted. The system may further use, or be based on, the schemes and technologies described in U.S. Pat. No. 7,027,418 to Gan et al. entitled: "Approach for Selecting Communications Channels Based on Performance", which is incorporated in its entirety for all purposes as if fully set forth herein.

Random: In one example, the tunnel device (or devices) to be used are randomly selected. Randomness is commonly implemented by using random numbers, defined as a sequence of numbers or symbols that lack any pattern and thus appear random, are often generated by a random number generator. Randomness is described, for example, in IETF RFC 1750 "*Randomness Recommendations for Security*" (12/1994), which is incorporated in its entirety for all purposes as if fully set forth herein. A random number generator (having either analog or digital output) can be hardware based, using a physical process such as thermal noise, shot noise, nuclear decaying radiation, photoelectric effect or other quantum phenomena. Alternatively, or in addition, the generation of the random numbers can be software based, using a processor executing an algorithm for generating pseudo-random numbers which approximates the properties of random numbers.

Physical location: In one example, the selection criterion is based on physical geographical location of a tunnel device. For example, a tunnel device, which is geographically the closest to the data server #**1 22***a* from which a content is to be requested, will be the first to be selected. The second nearest tunnel device will be the second to be selected, and so on. In this scheme, tunnel devices which are in the same city as the data server #**1 22***a*, will have highest priority than other tunnel devices in the same country, then in the same continent and so forth. Alternatively or in addition, the criterion may be based on the physical distance between a tunnel device and the acceleration server **32** location, or on the physical distance between a tunnel device and the client device #**1 31***a*. In one example, the tunnel devices may be selected based on being in a location, which is the most distant from the data server #**1 22***a*, the acceleration server **32**, or the client device #**1 31***a*. The information about the tunnel device locations may be obtained, for example, from the tunnel devices themselves during the signing-up process. In such a scheme, the tunnel device sends its physical geographical location (which may include

country, state or province, city, street address, or ZIP code) as part of the sign-in process, and the location is stored in the acceleration server as part of the tunnels related database. The table 40 in FIG. **5***a* shows various devices in the system listed with associated cities and countries in the fourth column **41***d*. In the example shown, the first row **42***a* relates to a tunnel device located in Boston, Mass., in the United States, the second row **42***b* relates to a tunnel device located in Munich in Germany, the third row **42***c* relates to a client device located in Sidney in Australia, the fourth row **42***d* relates to a client device located at Tel-Aviv in Israel, and the fifth row **42***e* relates to a device located at Cairo in Egypt. In the case wherein the criterion involved relates to the node closest to the data server #**1 22***a*, which for example is located in London in the United-Kingdom, the first (or only) tunnel device to be selected may be the second tunnel device associated with the second row **42***b*, being in Europe and thus the geographically closest device. In one example, the device location may be obtained using its built-in Global Positioning System (GPS), and may include the latitude, longitude, and timezone of the device location.

IP address: In one example, the IP address is used as a measure to determine 'closeness'. For example, an IP address that is numerically close to another IP, may be considered as 'geographically' close. In this context, 192.166.3.103 is closer to 192.166.3.212 than to 192.167.3.104. Alternatively or in addition, devices that share the same ISP are considered as 'close', since it is likely that better and faster communication is provided, since the need to communicate via the Internet is obviated.

Timing: In one example, the timing of an event or activity of a tunnel device affects its selection. The timing of a tunnel device signing up with the acceleration server **32** may be used for the selection criterion. The first available tunnel device that signed in may be first selected, then the second in line. In the example of the table **40** shown in FIG. **5***a*, the tunnel device associated with the first row **42***a* will be first to be selected, having the earliest sign-in time (23/1, 7:32), while the following tunnel device to sign in (shown in the row **42***b*) will be selected next. Alternatively or in addition, the latest signed-in tunnel device will be the first to be selected.

Alternatively or in addition, the time of the last usage as the tunnel device may be used as a criterion. For example, a tunnel device that was most recently used will have the highest priority to be reselected. Alternatively, a 'fairness' rule will be applied in order to uniformly use all available channels, where a tunnel device will be selected if it was not used the most time.

The content requested by the client device #**1 31***a* may be partitioned into multiple parts or 'slices'. Any number of slices may be used. The slicing may be in a bit, nibble (4-bits), byte (8-bits), word (multiple bytes), character, string, or file level. For example, in a case wherein the content includes 240 bytes designated byte #**1** to byte #**240**, using a byte level partitioning into two slices results in a first slice (slice #**1**) including byte #**1** to byte #**120**, and a second slice (slice #**2**) including byte #**121** to byte #**240**. In the case of byte-level partitioning into three slices (referred as slice #**1**, slice #**2**, and slice #**3**), a first slice (slice #**1**) may be including byte #**1** to byte #**80**, a second slice (slice #**2**) may be including byte #**81** to byte #**160**, and a third slice (slice #**3**) may be including byte #**161** to byte #**240**. Similarly, in a case wherein the content include 3 bytes designated byte #**1** to byte #**3** representing 24 bits, using a bit-level partitioning into four slices results in a slice #**1** including the first 6 bits, slice #**2** including the next 6 bits, slice #**3** including the next 6 bits, and slice #**4** including the last 6 bits. The partition may be into equal length parts. Alternatively or in addition, a different length slicing may be applied. For example, in the case of a 240 bytes content and using byte-level partitioning into three slices (referred as slice #**1**, slice #**2**, and slice #**3**), a first slice (slice #**1**) may be including byte #**1** to byte #**20** (20-byte length), a second slice (slice #**2**) may be including byte #**21** to byte #**100** (80-byte length), and a third slice (slice #**3**) may be including byte #**101** to byte #**240** (140-byte length). In one example, the content itself is made of inherent or identifiable parts or segments, and the partition may make use of these parts. In one example, the content may be a website content composed of multiple webpages, and thus the partition may be such that each slice includes one (or few) webpages. Further, the partitioning may be sequential or non-sequential in the content.

The partitioning may be non-overlapping, wherein each slice includes a distinct part of the content, as is exampled above in a case wherein the content includes 240 bytes designated byte #**1** to byte #**240**, where using a byte level partitioning into three slices (referred as slice #**1**, slice #**2**, and slice #**3**), results in a first slice (slice #**1**) including byte #**1** to byte #**80**, a second slice (slice #**2**) including byte #**81** to byte #**160**, and a third slice (slice #**3**) including byte #**161** to byte #**240**. Alternatively or in addition, an overlapping partitioning may be applied, where the same part of the content is included in multiple slices. For example, in a case above where the content includes 240 bytes designated byte #**1** to byte #**240**, and using a byte level partitioning into three slices (referred as slice #**1**, slice #**2** and slice #**3**), a first slice (slice #**1**) may include byte #**1** to byte #**160**, a second slice (slice #**2**) may include byte #**81** to byte #**240**, and a third slice (slice #**3**) may include byte #**1** to byte #**80** in addition to byte #**161** to byte #**240**. In such a case, byte #**1** to byte #**80** are part of both slice #**1** and slice #**3**, byte #**81** to byte #**160** are part of both slice #**1** and slice #**2**, and byte #**161** to byte #**240** are part of both slice #**2** and slice #**3**. It is noted that in such a partition, the content may be fully reconstructed from any two of the slices, hence providing a degree of redundancy. For example, in case of carrying the three slices over the Internet and a failure to receive one of the slices, the remaining two slices may be used to fully reconstruct the whole content.

The same content may be requested and fetched using multiple tunnel devices as exampled above. Alternatively or in addition, the content may be partitioned into multiple slices (overlapping or non-overlapping), where each slice is requested and fetched using a distinct tunnel device (or via the client device serving as its own tunnel). The content is partitioned into slices in a 'Content Partition' step **101***b* shown in the flowchart **100**. In one example, each of the slices is allocated to a different tunnel device, and fetched via that tunnel device as explained herein. For example, in the case of partitioning into 3 slices, where slice #**1** may be fetched via the tunnel device #**1 33***a* in a 'Content Fetch Tunnel #**1** ' step **65***a*, slice #**2** may be fetched via the tunnel device #**2 33***b* in a 'Content Fetch Tunnel #**2** ' step **65***b*, and slice #**2** may be fetched via the tunnel device #**3 33***c* in a 'Content Fetch Tunnel #**3** ' step **65***c*. Alternatively or in addition, a slice (or multiple slices) may be requested and fetched via two or more tunnel devices. Such scheme provides redundancy and may further accelerate the content fetch. For example, in the case of partitioning into 2 slices, where slice #**1** may be fetched via the tunnel device #**1 33***a* in the 'Content Fetch Tunnel #**1**' step **65***a* and in parallel slice #**1** may also be fetched via the tunnel device #**2 33***b* in

the 'Content Fetch Tunnel #2' step **65***b*, while slice #**2** may be fetched via the tunnel device #**3** **33***c* in the 'Content Fetch Tunnel #**3**' step **65***c*.

The system was exampled above where a device may be a client device (such as the client device #**1** **31***a*) executing, for example, the flowchart **60**, the flowchart **100**, or the flowchart **100***a*. Similarly, a device may be a tunnel device (such as the tunnel device #**1** **33***a*) executing, for example, the flowchart **70**. It is appreciated that a device may serve as both a client device and as a tunnel device, executing both a client device flowchart (such as the flowchart **100***a*) and a tunnel device flowchart (such as the flowchart **70**). The two roles may be performed sequentially, where one role is assumed at a time, or may be used in parallel using multi-tasking or multiprocessing. For example, the client device #**1** **31***a* may also serve as a tunnel device, referred to as Client/Tunnel device #**1** **31***a* as shown in system **120** in FIG. **12**. For example, the table **40** shown in FIG. **5***a* shows in the fifth row **42***e* such a client/tunnel device after signing in. A system may include client—only devices using tunnel-only devices. Alternatively or in addition, a part of, or all the devices in a system may be client/tunnel devices, capable of assuming both roles of client and tunnel devices.

In one example shown as a messaging flow **120***a* in FIG. **12***a*, the client/tunnel #**1** device **121***a* is serving as a tunnel device (in addition to being the client device #**1** **31***a* as described above) serving as an intermediary device for the client device #**2** **31***b* for fetching content from the data server #**2** **22***b*. The 'Content Request' message **122***a* (corresponding to the 'Content Request' message **56***g* in the timing chart **50**) is first sent from the client device #**2** **31***b* to the client/tunnel device #**1** **121***a*, which responds by forwarding the request to the data server #**2** **22***b* using the 'Content Request' message **122***b* (corresponding to the 'Content Request' message **56***h* in the timing chart **50**). In turn the data server #**2** **22***b* replies and sends the content in 'Send Content' message **122***c* (corresponding to the 'Send Content' message **56***i* in the timing chart **50**) to the requesting client/tunnel device #**1** **121***a* now serving as a tunnel device, which in turn forward the fetched content to the asking client device #**2** **31***b* using the 'Send Content' message **122***d* (corresponding to the 'Send Content' message **56***j* in the timing chart **50**).

Any device referred to herein as a 'tunnel device', such as the tunnel device #**1** **33***a*, the tunnel device #**2** **33***b*, or the tunnel device #**3** **33***c*, may be implemented as a computer serving as a client device in the server/client sense, and may execute client applications or software. In particular, such a tunnel device may execute a web browser application. Similarly, any tunnel device may be implemented as a computer serving as a server device in the server/client sense. Similarly, any device referred to herein as a 'client device', such as client device #**1** **31***a*, client device #**2** **31***b*, and client device #**3** **31***c*, may be implemented as a computer serving as a client device in the server/client sense, and may be executing client applications or software. In particular, such a client device may execute a web browser application. Similarly, any client device may be implemented as a computer serving as a server device in the server/client sense.

Further, the functionality of any device herein may be implemented using multiple physical devices. In one example shown as a system **130** in FIG. **13**, the client device #**1** **31***a* functionality is implemented in as client device #**1** system **133**, comprising a computer **132** (may be used for GUI or as a client), is communicating with a proxy server **131**. The client device #**1** **31***a* functionality may be split between the computer **132** and the proxy server **131**.

In one example, the acceleration server **32** (together with the tunnel devices) forms a system that may be used to provide a service to a client device. The service allows the client device (such as client device #**1** **31***a*) to quickly and anonymously fetch content from the data server #**1** **22***a*. The service level may be measured, or the service may be billed for, if applicable, for example, using the following parameters (individually or combined):

Content amount. In this example, the amount of data relating to the content fetched from a data server (such as the data server #**1** **22***a*) is measured and logged. In such a scheme, the tunnel devices may send to the acceleration server the amount of data flowing through from the data server to the client device. Alternatively or in addition, the client device may log or send the amount of content fetched to the acceleration server **32**.

Number of tunnels. The number of tunnels that were available to a client device, or the number of tunnel devices that were actually used, may be used as an indication to the service level.

Location. The service level may be measured or billed based the country the data server, from which the content is fetched, is located. Similarly, the service level may be measured or billed based the country the client device, to which the content is fetched, is located.

While the pre-connection process was described above regarding the communication between a client device (such as the client device #**1** **31***a*) and a tunnel device (such as the tunnel device #**1** **33***a*), described as the client device pre-connection flowchart **64** and the tunnel device pre-connection flowchart **72**, a pre-connection may be established between any two devices in the system **30**, such as between a client device and the acceleration server **32**, between two client devices, or between a client device and a data server (such as the data server #**1** **22***a*). Similarly, a pre-connection may be established between a tunnel device and the acceleration server **32**, between two tunnel devices, or between a tunnel device and a data server (such as the data server #**1** **22***a*).

The performance of the method and system described herein may be based on the latency involved in fetching a required content. The flowchart **65** in FIG. **6** describes the steps involved in fetching content from a tunnel device, and a flowchart **140** in FIG. **14** provides further detailed operation of a client device, such as the client device #**1** **31***a*. The 'receive Content' step **63***c* may be partitioned into two or more steps, as shown in the flowchart **270** in FIG. **27**, such as a 'Receive Start' step **141***a*, relating to the starting of receiving data from a tunnel device, upon starting or completing the reception of the first byte of the data, for example, and a 'Receive End' step **141***b*, relating to the ending of receiving data from a tunnel device, for example upon starting or completing the reception of the end byte of the data.

As part of the 'Send Content Request' step **63***b*, a timer #**1** is started in 'Timer #**1** Start' step **142***a*, and the timer #**1** is stopped in a 'Timer #**1** Stop' step **142***b* at the beginning of the receiving the data from the tunnel device in the 'Receive Start' step **141***a*. Hence, the timer #**1** is used to measure the Round Trip Time (RTT), relating to the time interval measured from sending the request to a tunnel device until the requested data is starting to be received. Similarly, as part of the 'Receive Start' step **143***a* a timer #**2** is started, and the timer #**2** is stopped in a 'Timer #**2** Stop' step **143***b* at the end of the receiving the data from the tunnel device in a 'Receive

End' step **141***b*. Hence, the timer #**2** is used to measure the time interval required to receive the content itself from the tunnel. For example, in case the time interval is 50 milliseconds (ms), this is the time interval measured from starting to ending of the data reception from the tunnel device. In the case the content size is X bits, the BW can be calculated as the X bits divided by the timer #**2** measured time interval. For example, in the case the received content from the tunnel device is about the size of 50,000 bits (50 Kbits) received during 100 milliseconds (ms), the effective (or average) BW is BW=50,000/0.1=500,000 bits/second=500 Kb/s=62.5 Kbytes/s=62.5 KB/s. The total latency affecting the performance is the combination of both the time interval measured by timer #**1** and the time interval measured by timer #**2**. Using the above examples where the timer #**1** measured an RTT of 50 ms and the timer #**2** measured 100 ms, the total latency, measured from sending the request to the tunnel in the 'Send Content Request' step **63***b* to the end of the content reception in the 'Receive End' step **141***b*, is 150 ms (50+100=150).

After a transaction involving fetching a content from a tunnel is completed, it is beneficial to store the fetched content for future use, as shown in a 'Store Content' step **145** in the flowchart **140**. The fetched content may be stored in the client device in any volatile or non-volatile memory, or may be stored in a local cache as described in U.S. Pat. No. 8,135,912 to the same inventors as this application, entitled: "System and Method of Increasing Cache Size", which is incorporated in its entirety for all purposes as if fully set forth herein. The content is stored with its related metadata or any other identifiers, so it can be easily detected and fetched when later required. For example, the stored content may be used when the same content is required at any later stage by the same client, or may be used when the client device also serves as a peer device, such as the peer device #**1** **102***a* as shown in system **260**. In the latter case, the fetched content (such as a URL content) may be arranged and stored as chunks, as described herein.

After a transaction involving fetching a content from a tunnel is completed, it is beneficial to store the transaction related information for future use, such as for future analysis. An example of a table relating to transactions log, that may be part of a database, is shown as table **150** in FIG. **15**. The table is updated in the 'Update Transactions Log' step **144** as part of the flowchart **140** shown in FIG. **14**. A top row **152** provides the titles of the various columns, where each of the rows provides information regarding a specific transaction, where a first transaction information is shown in a first row **152***a*, the second transaction information is shown in a second row **152***b*, the third transaction information is shown in a third row **152***c*, and so forth. The first column **151***a* shows the date and time (in DD/MM HH/MM format) when the transaction occurred, such as the start or end of the transaction. For example, the first transaction related information is in the first row **152***a* shows that the transaction was completed (or started) at March 13th, on 9:23. Similarly, the second transaction information is in the second row **152***b* shows that the transaction was completed (or started) on March 13th, at 9:46, and the third transaction information is in the third row **152***b* shows that the transaction was completed (or started) at April 16th, on 11:22. The second column **151***b* includes an identifier such as the IP address of the tunnel device that was used in the transaction to fetch the content from the data server, which identifier (such as its IP address) is included in the third column **151***c*. In the example of the first transaction shown in the first row **152***a*, the IP address of the tunnel device used is 229.155.81.168, and it was used to fetch content stored in a data server having an IP address of 128.164.35.35.142. Similarly, in the example of the second transaction shown in the second row **152***b*, the IP address of the tunnel device used is 248.107.109.10, and it was used to fetch content stored in a data server having an IP address of 49.154.2.5, and in the example of the third transaction shown in the third row **152***c*, the IP address of the tunnel device used is 158.217.19.195, and it was used to fetch content stored in a data server having an IP address of 72.251.238.51. The fourth column **151***d* describes the identifier of the content that was fetched during this transaction, such as IP address, URL, web-site or web-page, where the first transaction content (in the first row **152***a*) relates to the URL www.111.com/22.mpg, the second transaction content (in the second row **152***b*) relates to the URL www.xxx.com/by.avi, the third transaction content (in the third row **152***c*) relates to the URL www.yyy.com/t6.php, and so forth.

A fifth column **151***e* logs the BW calculated in a respective transaction, based on timer #**2** time interval measurement as described above. In the first transaction (in the first row **152***a*) the calculated BW is logged as 1000 Kb/s (=1 Mb/s=125 KB/s), in the second transaction (in the second row **152***b*) the calculated BW is logged as 350 Kb/s (=0.35 Mb/s), and in the third transaction (in the third row **152***c*) the calculated BW is logged as 2500 Kb/s (=2.5 Mb/s). A sixth column **151***f* logs the RTT measured in the transaction, based on timer #**1** time interval measurement as described above. In the first transaction (in the first row **152***a*) the measured RTT is logged as 30 ms (=0.03 seconds=0.03 s), in the second transaction (in the second row **152***b*) the measured RTT is logged as 70 ms, and in the third transaction (in the third row **152***c*) the measured RTT is logged as 540 ms (=0.54 second).

The transaction log, such as table **150**, may be prepared by a client device, such as client device #**1** **31***a*, and stored in the client device for future use. Alternatively or in addition, the transaction log may be sent, after each transaction or after multiple transactions, such as per a time period (e.g., hourly, daily, weekly, monthly), to other entities in the system, to be stored in the entities for future use by them or by other entities in the network. In one example, the transaction log is sent to the acceleration server **32**. Alternatively or in addition, the transactions log may be sent to the tunnel devices, such as the tunnel device #**1** **33***a*, the tunnel device #**2** **33***b*, or the tunnel device #**3** **33***c*, that were involved in the content fetching transaction.

Similar to table **150** shown in FIG. **15**, a table **150***a* shown in FIG. **15***a* shows a table relating to four tunnel devices used for fetching different content from the same data server (such as the data server #**1** **22***a*), thus the same server IP address is shown in the third column **153***c*. The IP addresses the tunnel devices are shown in the second column **153***b*, the URL fetched is shown in the fourth column **153***d*, the date and time of the transaction are logged in the first column **153***a*, the BW is shown in the fifth column **153***e*, and the measured RTT is shown in the sixth column **153***f*. The first transaction (logged in a first row **154***a*) is using a first tunnel device having IP address of 139.230.154.213, the second transaction (logged in a second row **154***b*) is using a second tunnel device having IP address of 132.171.60.197, the third transaction (logged in a third row **154***c*) is using a third tunnel device having IP address of 248.46.80.36, and the fourth transaction (logged in a fourth row **154***d*) is using a fourth tunnel device having IP address of 31.16.208.171.

The tunnel devices to be used when content is to be fetched from a data server (such as the data server **22***a*) may be selected by a client device (such as the client device #**1**

**31***a*) in the 'Select Tunnel' step **62***c* in the flowchart **60**, or in the 'Select Tunnels' step **101***b* in the flowchart **100**. Alternatively or in addition, the tunnel devices may be selected by the acceleration server **32**, as part of the 'Select Tunnels' step **101***a* in the flowchart **90**. The selection may be based on a past performance of the tunnel devices, such as information relating to former transactions involving these tunnel devices. In one example, the transactions log may be used to evaluate and select which tunnel devices to use in a specific transaction to be executed, or in multiple transactions.

In the example of the transaction log table **150***a* shown in FIG. **15***a* and relating to a client device, the client device may need to fetch content from the same data server shown in the table **150***a* (having an IP address of 49.154.2.5), and thus may use the table content as an indication of the performance of the various tunnel devices. In one example, the criterion to select a single tunnel device to be used for fetching content from the data server may be based on having higher BW, assuming that the higher BW has not changed and thus will result in faster content fetching, and hence the tunnel device used in the third logged transaction (having an IP address of 248.46.80.36) will be selected for this transaction, having the highest recorded BW of 2500 Kb/s. In the case two tunnel devices are to be selected, the second tunnel device to be selected is the tunnel device used in the fourth logged transaction (having an IP address of 31.16.208.171) will be selected for this transaction, being associated with the second highest BW in the table. Similarly, the tunnel device associated with the first logged transaction will be the next to be selected.

Alternatively or in addition, the criterion to select a single tunnel to be used for fetching content from the data server may be based on having lower RTT, assuming that the lower RTT has not changed and thus will result in faster content fetching, and hence the tunnel device used in the first logged transaction (having an IP address of 139.230.154.213) will be selected for this transaction, having the lowest recorded RTT of 30 ms. In the case two tunnel devices are to be selected, the second tunnel device to be selected is the tunnel device used in the second logged transaction (having an IP address of 132.171.60.197) will be selected for this transaction, being associated with the second lowest RTT in the table (70 ms). Similarly, the tunnel device associated with the fourth logged transaction will be the next to be selected.

Alternatively or in addition, both the RTT and the BW are used as criteria for selecting tunnel devices. In one example, the expected total latency is calculated, based on both the former BW and the former RTT, and the tunnel device offering the lowest estimated total latency will be selected. In one example, assuming the content to be fetched is estimated (or known to be) having the size of 100 Kb (100 kilobits). The tunnel device used in the first logged transaction (in the first row **154***a*) is associated with past performance (with the same data server) of BW=1000 Kb/s and RTT=30 ms. In such a case, the total latency is calculated and estimated as 30+100/1000=130 ms. The tunnel device used in the second logged transaction (in the second row **154***b*) is associated with past performance (with the same data server) of BW=350 Kb/s and RTT=70 ms, and thus the total latency is calculated and estimated as 70+100/350=355.7 ms. Similarly, the estimated total latency of using the tunnel device used in the third logged transaction (in the third row **154***c*) is 580 ms, and the estimated total latency of using the tunnel device used in the fourth logged transaction (in the fourth row **154***d*) is 241.4 ms. Having the lowest estimated total latency, the tunnel device used in the first logged transaction (in the first row **154***a*) will be selected first as having the lowest expected total latency, the tunnel device used in the fourth logged transaction (in the fourth row **154***d*) will be selected second, the tunnel device used in the second logged transaction (in the second row **154***b*) will be selected third, and the tunnel device used in the third logged transaction (in the third row **154***c*) will be selected last.

However, assuming the content to be fetched is estimated (or known to be) having the size of 1000 Kb (1000 kilobits=1 Mb). The tunnel device used in the first logged transaction (in the first row **154***a*) is associated with past performance (with the same data server) of BW=1000 Kb/s and RTT=30 ms. In such a case, the total latency is calculated and estimated as 30+1000/1000=1030 ms (1.03 s). The tunnel device used in the second logged transaction (in the second row **154***b*) is associated with past performance (with the same data server) of BW=350 Kb/s and RTT=70 ms, and thus the total latency is calculated and estimated as 70+1000/350=2927.1 ms. Similarly, the estimated total latency of using the tunnel device used in the third logged transaction (in the third row **154***c*) is 940 ms, and the estimated total latency of using the tunnel device used in the fourth logged transaction (in the fourth row **154***d*) is 884.2 ms. Having the lowest estimated total latency, the tunnel device used in the fourth logged transaction (in the fourth row **154***d*) will be selected first as having the lowest expected total latency, the tunnel device used in the third logged transaction (in the third row **154***c*) will be selected second, the tunnel device used in the first logged transaction (in the first row **154***a*) will be selected third, and the tunnel device used in the second logged transaction (in the second row **154***b*) will be selected last.

The flowchart **74** in FIG. **7***a* describes a method to be executed by a tunnel device, such as the tunnel device #**1** **33***a* (or any other network element), for independently increasing the number of connections to a data server (such as the data server #**1** **22***a*), in order to allow faster fetching of content from the data server. Alternatively or in addition, the client device may manage the number of connections used per tunnel device, as described in a flowchart **160** shown in FIG. **16**, which describes a method that may be executed by a client device, such as the client device #**1** **31***a* (or any other network), in element order to set more connection to the data server. The maximum number of connections available to the data server is determined in a 'Determine Maximum Connections Number' step **161***a*. This maximum value may be obtained from previous interactions with this data server, received from a tunnel device in a 'Notify Client' step **74***c* in the flowchart **74**, or using a known default number. The actual number of connections that are in use at a specific time is determined in a 'Determine Number of Connections Used' step **161***b*. The actual connections used for each tunnel device may be obtained, for example, from the tunnel devices. In one example, more connection may be used, as checked in a 'More Connections Available?' step **161***c*. For example, the data server may provide up to 8 connections per tunnel device, while one of tunnel devices only uses 5 connections. In such a case, the client device may send a request to this tunnel device to increase the number of connections, for example by adding a single connection, as part of a 'Request More Connections' step **161***d*. In the case where the request for adding one or more connections is successful, as checked in a 'Rejected ?' step **161***e*, the device may repeat the request for additional connections. However, in one example, no additional connections may be opened, since the tunnel device has reached

the maximum number of allowable connections with the data server. If no additional connections are to be opened, the client device may increase the effective bandwidth of content fetching from the data server by requesting the usage of more tunnel devices from an acceleration server (such as the acceleration server **32**) as part of a 'Request More Tunnels' step **161***f*, corresponding to the 'Request Tunnels List' step **62***a* in the flowchart **60**, followed by activating selected tunnel devices from the received tunnel devices list received from the acceleration server **32**, as part of an 'Activate More Tunnels' step **161***g*, corresponding to the 'Content Fetch' flowchart **65**. The client device may further repeat the process for maximizing the number of connections for the newly activated tunnel devices.

Web analysis is used by many web sites in order to measure the usage statistics, such as counting of web pages views, checking an average time between various web pages, and other usage statistics ('usage stats'). In many cases, the web analysis is based on embedding a code in the web-browser, which sends an update or request to an analytics server, such as Google Analytics Server, which is used to measure and log the required web analysis. A flowchart **170** shown in FIG. **17** describes the scheme of interacting with the analytics server. An application, such as a web browser, may identify a content (such as by a URL) to be fetched via the Internet in a 'URL Identified' step **171***a*. Alternatively or in addition, the content may be identified by the IP of the data server, or using any other identification. Before accessing the URL-associated data server for fetching the required content, the application first sends information to the analytics server for logging and gathering statistics, in an 'Update Analytics Server' step **171***b*. The applications then waits until the update is completed, as acknowledged by receiving the analytics server response in an 'Analytics Server Response' step **171***c*. Only upon receiving the analytics server response, the application requests the content from the respective data server in a 'Request to Data Server' step **171***d*. The access to the analytics server, as described in the 'Update Analytics Server' step **171***b* and waiting for the server to respond in the 'Analytics Server Response' step **171***c*, consumes time and resources, and makes the process of fetching the required content slower.

Each of the analytic servers that are commonly used typically uses a unified response to an update request in the 'Analytics Server Response' step **171***c*. In one example, a database is built, including typical responses of analytic servers. Such information regarding typical responses may be obtained from previous interactions with analytic servers, either by the device executing the requesting application, or from other network elements.

The database containing the typical responses may be used to accelerate the flow of the requesting application, as described in a flowchart **170***a* shown in FIG. **17***a*, which corresponds to a flowchart **170** shown in FIG. **17**. The Upon detecting a communication request targeting the analytics server as part of the 'Update Analytics Server' step **171***b*, the request is intercepted in an 'Intercept Update' step **172***b*. Such interception may be in the form of a filter driver (or any other intermediate driver), enabling the interception as part of the OS kernel. Alternatively or in addition, the interception may be in the form of an extension or a plug-in of the requesting application, such as a browser plug-in or a browser extension in the case where the application is a web browser. Alternatively or in addition, the interception of the request may use hooking of the requesting application or of the communication-related application. Alternatively or in addition, the application and the steps described herein may communicate using an Inter-Process Communication (IPC), such as a file sharing, a signal, a socket, a pipe, a message queue, a shared memory, a semaphore, or memory mapped file. In Windows environment, the IPC may be based on a clipboard, a Component Object Model (COM), a data copy, a DDE protocol, or mail slots.

The typical response database is used as a look-up table, associating to the update request intercepted a simulated artificial typical response, that is expected to be the same or similar to the response expected from the analytics server, as part of an 'Obtain Typical Response' step **172***b*. The artificial response is then returned to the requesting application, in a 'Return Typical Response' step **172***c*, so the requesting application may continue its operation in the 'Request to Data Server' step **171***d*, without the need to wait first for the actual response from the analytics server as part of the 'Analytics Server Response' step **171***c*. In such a scheme, the latency involved with waiting to the analytics server response is obviated.

The actual response received from the analytics server as part of the 'Analytics Server Response' step **171***c* may be ignored in general, and in particular by the requesting application, as it was substituted by the simulated response in the 'Return Typical Response' step **172***c*. Alternatively or in addition, the response is stored as part of the typical response database, to be used for forming simulated responses in future interactions with the same analytics server. Further, in order to save resources such as bandwidth and processing power, the update request to the analytics server may not be actually transmitted, and replaced only with the simulated response. Alternatively or in addition, such update request may be stored and transmitted at a later stage, for example, when the network element is idle.

The elements involved in a DHCP process are illustrated in a system **180** shown in FIG. **18**. A device **181** (which may be any network element) may connect to a DHCP server #**1** **182***a* via a LAN **183**, or may use a DHCP server #**2** **182***b* connected via a WAN **184**. Typically, a DHCP process is completed in less than 5 milliseconds (ms) when communicating over the LAN **183**, such as LAN **183**, and is completed in less than 20 ms when communicating with the DHCP server #**2** **182***b* over the WAN **184**. The DHCP process performed by the device **181** is described as a flowchart **180***a* in FIG. **18***a*. Upon sending to the DHCP server (such as DHCP server #**1** **182***a* or DHCP server #**2** **182***b*) a DHCP request in a 'Send DHCP Request' step **185***a*, the device **181** starts a timer #**1** in a 'Start Timer #**1**) step **185***b*. Commonly, such a countdown timer is set to 5 seconds, notifying a timeout period after the 5 seconds expire. In a 'Response Received ?' step **185***c*, it is checked if a response was received, and the DHCP has been completed, so that the device may continue other activities, as part of a 'Return Response' step **185***d*. The device **181** checks continuously and waits for a response from a DHCP server for completing the DHCP process as long as the timer #**1** has not expired in a 'Timer #**1** Expired ?' step **185***e*. In the case where the timer #**1** has expired, and no connection was made with the DHCP server or the DHCP has not been completed, then a failure of the DHCP process is declared in a "Return 'No Response'" step **185***f*.

While the common DHCP resolving period is under 5 ms in a LAN environment, and under 20 ms in a WAN environment, the timer #**1** typical setting is of 5 seconds (or any other number of seconds), which is many orders of magnitude longer than required. Further, in some case a short or an intermittent communication problem, may cause a transiently drop of a packet, causing the DHCP process to fail

and not be completed. Such failure will be detected only after the full 5 seconds has been expired, leading to a long delay in responding to, and fixing the problem (e.g, by repeating the DHCP process).

An improved DHCP timing scheme is shown as a flowchart **190** in FIG. **19**, which may be executed by the device **181**, and is based on the flowchart **180***a* in FIG. **18***a*. In addition to the prior-art timer #**1** that is commonly set for a few seconds, an additional timer #**2** is added, which is set to a much lower period, such as 100 or 200 ms, which allows for faster reconnection in case of a failure. The timer #**2** starts with a 'Start Timer #**2**' step **191***a*. In the case the timer #**2** expires before a successful DHCP process is completed, as checked in a 'Timer #**2** Expired ?' step **191***b*, and as long as the timer #**1** has not expired, the timer #**2** is restarted in the 'Start Timer #**2**' step **191***a*, and the DHCP process is re-initialized in the 'Send DHCP Request' step **185***a*. Hence, in the case of a brief communication problem, the DHCP process initialization will be repeated, and as such will be recovered and completed in one of the cycles. In the case of a dysfunctional DHCP server, the problem will still be determined after timer #**1** expiration, as in the prior-art scheme.

In one example, accessing a data server is improved by using an intermediate device referred to as 'peer' and 'agent' devices, respectfully executing a 'peer' and 'agent' flowchart. FIG. **20** shows a system **200** including a client device **201***a*, which may be the same device as the client device #**1** **31***a* described above or a distinct device, that may access the data servers **22***a* and **22***b* using one or more of the peer device #**1** **102***a*, the peer device #**2** **102***b*, and the peer device #**3** **102***c*, under the management and control of the acceleration server **202**, and using agent devices such as the agent device #**1** **103***a* and the agent device #**2** **103***b*. The acceleration server **202** may be the same server as the acceleration server **32** in the system **30** described above, or may be a distinct or a dedicated server. Similarly, a data server, such as the data server #**1** **22***a* or data server #**2** **22***b*, may be the same as the same servers described above in system **30**, or may be distinct or dedicated servers. While two agent devices are shown, any number of agent devices may be used. Similarly, while three peer devices are shown, any number of peer devices may be used.

The content stored in a data server, such as the data server #**1** **22***a*, which may be requested by a client device such as the client device #**1** **201***a*, may be partitioned into multiple parts or 'slices'. Any number of slices may be used. The slicing may be in a bit, nibble (4-bits), byte (8-bits), word (multiple bytes), character, string, or file level. For example, in a case wherein the content includes 240 bytes designated byte #**1** to byte #**240**, using a byte level partitioning into two slices results in a first slice (slice #**1**) including byte #**1** to byte #**120**, and a second slice (slice #**2**) including byte #**121** to byte #**240**. In the case of byte-level partitioning into three slices (referred as slice #**1**, slice #**2**, and slice #**3**), a first slice (slice #**1** may be including byte #**1** to byte #**80**, a second slice (slice #**2**) may be including byte #**81** to byte #**160**, and a third slice (slice #**3**) may be including byte #**161** to byte #**240**. Similarly, in a case wherein the content include 3 bytes designated byte #**1** to byte #**3** representing 24 bits, using a bit-level partitioning into four slices results in a slice #**1** including the first 6 bits, slice #**2** including the next 6 bits, slice #**3** including the next 6 bits, and slice #**4** including the last 6 bits. The partition may be into equal length parts. Alternatively or in addition, a different length slicing may be applied. For example, in the case of a 240 bytes content and using byte-level partitioning into three slices (referred as slice #**1**, slice #**2**, and slice #**3**), a first slice (slice #**1**) may be including byte #**1** to byte #**20** (20-byte length), a second slice (slice #**2**) may be including byte #**21** to byte #**100** (80-byte length), and a third slice (slice #**3**) may be including byte #**101** to byte #**240** (140-byte length). In one example, the content itself is made of inherent or identifiable parts or segments, and the partition may make use of these parts. In one example, the content may be a website content composed of multiple webpages, and thus the partition may be such that each slice includes one (or few) webpages. Further, the partitioning may be sequential or non-sequential in the content.

The partitioning may be non-overlapping, wherein each slice includes a distinct part of the content, as exampled above in the case wherein the content includes 240 bytes designated byte #**1** to byte #**240**, where using a byte level partitioning into three slices (referred as slice #**1**, slice #**2**, and slice #**3**), results in a first slice (slice #**1**) including byte #**1** to byte #**80**, a second slice (slice #**2**) including byte #**81** to byte #**160**, and a third slice (slice #**3**) including byte #**161** to byte #**240**. Alternatively or in addition, an overlapping partitioning may be applied, where the same part of the content is included in multiple slices. For example, in a case above where the content includes 240 bytes designated byte #**1** to byte #**240**, and using a byte level partitioning into three slices (referred as slice #**1**, slice #**2**, and slice #**3**), a first slice (slice #**1**) may include byte #**1** to byte #**160**, a second slice (slice #**2**) may include byte #**81** to byte #**240**, and a third slice (slice #**3**) may include byte #**1** to byte #**80** in addition to byte #**161** to byte #**240**. In such a case, byte #**1** to byte #**80** are part of both slice #**1** and slice #**3**, byte #**81** to byte #**160** are part of both slice #**1** and slice #**2**, and byte #**161** to byte #**240** are part of both slice #**2** and slice #**3**. It is noted that in such a partition, the content may be fully reconstructed from any two of the slices, hence providing a degree of redundancy. For example, in case of carrying the three slices over the Internet and a failure to receive one of the slices, the remaining two slices may be used to fully reconstruct the whole content.

In one example, the content is a website or a webpage, or may be identified as a URL, and consists of, or comprises, non-overlapping and equally-sized parts, referred to as chunks. For example, multiple chunks may be combined to reconstruct the original content, such as website or content. A chunk size may be 16 KB (Kilo-Bytes), and in the case the content to be partitioned is not an exact multiple of 16 KB, the 'last' chunk will padded and filled with 'space' characters (or any other no content data).

For example, multiple chunks may be combined to reconstruct the original content, such as website or content, as schematically shown in an arrangement **210** shown in FIG. **21**. The data servers may include content addressed by various IP addresses or URLs, such as URL #**1** **211***a*, URL #**2** **211***b*, URL #**3** **211***c*, and URL #N **211***d*. While exampled using URLs, any other type of content may equally apply. Each URL may be associated with the URL associated HTTP headers. A content of the URL #**1** **211***a* consists of multiple chunks stack **214***a* consisting of m chunks, designated chunk #**1***a* **212***a*, chunk #**1***b* **212***b*, chunk #**1***c* **212***c*, up to chunk #**1***m* **212***d*. Similarly, a content of the URL #**2** **211***b* consists of multiple chunks stack **214***b* consisting of n chunks (n=m or n≠m), designated chunk #**2***a* **212***e*, chunk #**2***b* **212***f*, chunk #**2***c* **212***g*, up to chunk #**2***n* **212***h*, and a content of the URL #N **211***d* consists of multiple chunks stack **214***c* consisting of n chunks (p=m, p=n, p≠n or p≠m), designated chunk #**3***a* **212***i*, chunk #**3***b* **212***j*, chunk #**3***c*

**212***k*, up to chunk #3*p* **212***l*. Similarly, the URL #**3 211***c* may be partitioned into chunks (not shown).

Each of the content in the chunks is identified by a chunk identifier, where each chunk identifier is associated with one, and only one, chunk. In one example, preferably used in sequential partitioning scheme, a chunk is identified by the identifier of the content and the location of the chunk in the sequence of the partitioning. For example, a chunk may be identified by the content (e.g., URL, web-site, or web-page), and a number such as the number '23', meaning that this chunk is the 23rd slice in sequential partitioning of the content. Alternatively or in addition, the CRC of the content of the chunk is calculated, and used as the chunk identifier. For example, CRC-32 may be used, allowing each chunk (such as 16 KB size) to be identified by 33-bit identifier. Alternatively or in addition, a chunk identifier is based on a hash function of the chunk content.

A peer device may include a part of, or the entire stack of a single URL. Alternatively or in addition, a peer device may include a part of, or the entire stack of multiple URLs. In one example, a peer device may store all of the chunks included in a URL (or any other content). As shown in the arrangement **210**, the peer device #**1 213***a* stores the stack **214***a* of the entire chunks relating to the single URL #**1 211***a*, the peer device #**2 213***b* stores the stacks of 2 URLs: The stack **214***a* of the URL #**1 211***a* and the stack **214***b* of the URL #**2 211***b*. Similarly, the peer device #**3 213***c* stores the stacks of 3 URLs: The stack **214***a* of the URL #**1 211***a*, the stack **214***b* of the URL #**2 211***b*, and the stack **214***c* of the URL #N **211***d*. Similar to peer device #**1 213***a*, the peer device #d **213***q* stores the stack **214***c* of the entire chunks relating to the single URL #N **211***d*. The agent devices serve as pointers to the peer devices, based on the requested content. As shown in an arrangement **210***a* in FIG. **21***a*, an agent device #**1 215***a* stores information regarding the location of content relating to URL #**1 211***a*, and thus stores the identifiers of the peer device #**1 213***a*, the peer device #**2 213***b*, and the peer device #**3 213***c*, since all these peer devices store the content of URL #**1 211***a*. An agent device #**2 215***b* stores information regarding the location of content relating to URL #**2 211***b*, and thus stores the identifiers of the peer device #**2 213***b* and the peer device #**3 213***c*, since these peer devices store the content of URL #**2 211***b*. Similarly, an agent device #N **215***d* stores information regarding the location of content relating to URL #N **211***d*, and thus stores the identifiers of the peer device #q **213***d* and the peer device #**3 213***c*, since these peer devices store the content of URL #N **211***d*. While exampled where each agent device stores information about a single URL, an agent device may equally store information regarding the location of multiple URLs.

A peer device, such as the peer device #**1 102***a*, the peer device #**2 102***b*, and the peer device #**3 102***c*, may store one or more chunks (or any part of the entire content), as a copy of the chunk content as part of the whole content, stored as in a data server. The availability of such content or chunks may be the result of a past loading of the content in the chunk from the appropriate data server. Each of the chunk content is stored in a memory of the associated peer device, and the memory may be referred to herein as a cache memory. As shown in scheme **210***b* in FIG. **21***b*, the peer device #**1 213***a* (corresponding for example to the peer device #**1 102***a*) stores in its cache memory the chunk #1*a* **212***a*, the chunk #1*b* **212***b*, the chunk #2*a* **212***e*, and the chunk #2*c* **212***g*. Similarly, the peer device #**2 213***b* (corresponding for example to the peer device #**2 102***b*) stores in its cache memory the chunk #1*b* **212***b*, the chunk #1*m* **212***d*, the chunk #2*b* **212***f*, and the chunk #3*a* **212***i*; the peer device #**3 213***c* (corresponding for example to the peer device #**3 102***c*) stores in its cache memory the chunk #2*b* **212***f*, the chunk #2*c* **212***g*, and the chunk #2*n* **212***h*; and the peer device #q **213***d* stores in its cache memory the chunk #1*m* **212***d*, the chunk #2*n* **212***h*, the chunk #3*b* **212***j*, and the chunk #3*p* **212***l*. A chunk may not be associated with any peer device, such as the chunk #3*c* **212***k*, which is shown in scheme **210** as not being stored in any of the peer devices. Alternatively or in addition, a chunk may be stored in multiple peer devices, such as the chunk #1*b* **212***b* which is shown to be stored in both the peer device #**1 213***a* and the peer device #**2 213***b*. Further, a peer device may store chunks which are part of multiple URLs, such as peer #q **213***d* shown to store the chunk #1*m* **212***d* which is part of URL #**1 211***a*, the chunk #2*n* **212***h* which is part of URL #**2 211***b*, and the chunk #3*b* **212***j* which is part of URL #N **211***d*.

An agent device, such as the agent device #**1 103***a* or the agent device #**2 103***b*, may include a list of peers, for example peers that store chunks relating to, or retrieve from, the same data server or URL. In the example shown as a scheme **210***c* in FIG. **21***c*, the agent device #**1 215***a* (corresponding for example to the agent device #**1 103***a*) stores a list of chunks location of URL #**1 211***a*, including the peer device #**1 213***a* (storing Chunk #1*a* **212***a* and Chunk #1 b **212***b*), the peer #**2 213***b* (storing Chunk #1*b* **212***b* and Chunk #1*m* **212***d*), and the peer #**3 213***c* (storing Chunk #1*m* **212***d*). Similarly, the agent device #**2 215***b* (corresponding for example to the agent device #**2 103***b*) stores a list of chunks location of URL #**2 211***b*, including the peer device #**1 213***a* (storing Chunk #2*b* **212***f* and Chunk #2*c* **212***g*), the peer device #**2 213***b* (storing Chunk #2*b* **212***f*), the peer device #**3 213***c* (storing Chunk #2*b* **212***f*, Chunk #2*c* **212***g*, and Chunk #2*n* **212***h*), and the peer device #q **213***d* (storing Chunk #2*n* **212***h*); and the agent devices #r **215***c* and Agent #N **215***d*, both storing a list of chunks location of URL #N **211***d*, both stores a list including the peer #**2 213***b* (storing Chunk #3*a* **212***i*) and the peer device #q **213***d* (storing Chunk #3*b* **212***j* and Chunk #3*p* **212***l*). An agent may store an empty list having no peers. Further, a peer may not be stored in any agent. The peer and agent devices may be identified by their respective IP address, or by any other mechanism allowing addressing over the Internet.

In one example, accessing a data server may be obviated by accessing copies of the data server content stored as chunks in 'peer' devices, each executing a 'peer' flowchart. The peer devices for a content (such as a URL, web-page, web-site, or IP address) are identified by 'agent' devices, each executing an 'agent' flowchart.

The method of retrieving chunks from peer devices is described below, based on the database **250***a* shown in FIG. **25** describing the list stored in the acceleration server **202**, a flowcharts **230**, **230***a*, and **230***b* respectively shown in FIGS. **23**, **23***a*, and **23***b* describing a client device (such as the client device #**1 201***a*) operation, a flow chart **240** shown in FIG. **24** describing an agent device (such as the agent device #**1 103***a*) operation, a flow chart **240***a* shown in FIG. **24***a* describing a peer device (such as the peer device #**1 102***a*) operation, and a messaging and states timing chart **220** shown in FIG. **20**. The chart **220** shows the messaging and related timing associated with the operation of the acceleration server **202** (corresponding to a dashed line **221***a*), a client device such as the client device #**1 201***a* (corresponding to a dashed line **221***b*), an agent device such as the agent device #**1 103***a* (corresponding to a dashed line **221***c*), and a peer device such as the peer device #**1 102***a* (corresponding to a dashed line **221***d*). The flowchart **230***a* comprises a flowchart **239** relating to the chunks retrieving

from peer devices. The database **250***a* shown in FIG. **25***a* is illustrated as a table, wherein a first column **252***a* (designated as 'TYPE') relates to a device functionality, such as a agent, peer, or client, a second column **252***b* (designated as 'IP ADDRESS') relates to the device IP address, a third column **252***c* (designated as 'SIGN-IN DATE/TIME') relates to the date (in DD/MM format) and the time (in HH:MM—Hour:Minute format) when the device signed in with the acceleration server, and a fourth column **252***d*, relating to the physical geographical location of the device. The top row **253** in the table refers to the field designations. The first **253***a*, second **253***b*, third **253***c*, fourth **253***d*, and fifth **253***e* rows in the table **250***a* respectively relate to first, second, third, fourth, and fifth devices that signed in with the acceleration server **202**. For example, the device shown in the first row **253***a* has signed in as an agent device as shown in the first column **252***a*, on March 24th at 8:35 as shown in the third column **252***c*, and can be addressed over the Internet using the IP address 73.0.82.8 as shown in the second column **252***b*. Similarly, the device shown in the third row **253***c* has signed in as a peer device as shown in the column **252***a*, on March 28th at 11:49 as shown in the third column **252***c*, and can be addressed over the Internet using the IP address 111.13.69.78 as shown in the second column **252***b*.

As shown in the messaging and timing chart **220**, the process starts upon initializing an agent application in an agent device, schematically shown as a 'START' step **224***a* in the chart **220**, corresponding to the state **241***a* 'START' in chart **240**. Such initialization may be executed upon the device powering up process, or upon a user request. Then the agent device #**1 103***a* (as an example of an agent device) signs in with the acceleration server **202** in the 'Sign-in as Agent' step **241***b*, which corresponds to a message 'Sign In' **226***a* in the chart **220**. The message comprises the device functionality as 'agent', and the agent device **103***a* identification on the Internet **113**, such as its IP address (for example 73.0.82.8). The acceleration server **202** is in an 'IDLE' step **251***a*, until the message 'Sign In' **226***a* is received at the acceleration server **202** at a 'Sign-In Request' step **251***b*, which initiate an update of the database of the signed-in devices in a state 'Update Table' **251***c* (corresponding to an 'Update List' state **222***a* in the chart **220**), as shown, for example, in the first row **253***a* in table **250***a*. The acceleration server **202** further logs into the database the date and time of the signing in, such as 24/3 as a date and 8:35 as the time, as shown in the first column **252***a* of the table **250***a*. The acceleration server **202** further adds rows to the table per each agent device, in the case of multiple agent devices, such as the addition of the agent device #**2 103***b*, that its signing-in details are shown in the second row **253***b*, as addressed by IP address 68.78.78.3 and having signed in at 25/3 at 10:59.

Similarly, the peer device #**1 102***a* starts and sign in with the acceleration server **202**. The process starts upon initializing a peer application in a peer device, schematically shown as a 'START' step **225***a* in the chart **220**, corresponding to the state 'Start' **242***a* in chart **240***a*, followed by the 'Sign In' message (shown as dashed-line) **226***b* in the chart **220**, corresponding to the 'Sign-in As Peer' step **242***b* in the flowchart **240***a*. The acceleration server **202** adds the agent device #**2 103***b* and the signing-in details to the table **250***a* in the 'Update Table' step **251**, as shown in the third row **253***c*, as addressed by IP address 111.13.69.78 and having signed in at 28/3 on 11:49. Such initialization may be executed upon the device powering up process, or upon a user request. Alternatively or in addition, the peer device #**1 102***a* may sign-in with the associated agent device, such as the agent device #**1 103***a*, shown as a 'Sign In' message (shown as dashed-line) **226***c* in the chart **220**. In the latter case, the agent device #**1 103***a* updates its list of peer devices by adding the newly signed-in peer device #**1 102***a*, as shown in an 'Update List' state **224***b* in the chart **220**.

Similarly, the client device #**1 201***a* starts and sign in with the acceleration server **202**. The process starts upon initializing a client application in a client device, schematically shown as a 'START' step **231***a* in the flowchart **230**, corresponding to a state **223***a* 'Start' in the chart **220**. Such initialization may be executed upon the device powering up process, or upon a user request. Then the client device #**1 201***a* sign in with the acceleration server **202** in the 'Sign-in as Client' step **231***b*, which corresponds to the message 'Sign In' **226***d* in the chart **220**. The message comprises the device functionality as 'client', and the client device #**1 201***a* identification on the Internet **113**, such as its IP address (for example 125.90.25.92). The message 'Sign In' is received as the acceleration server **202**, which update the database of the signed-in devices in state 'Update Table' **251***c* (corresponding to a state 'Update List' **222***b* in the chart **220**), as shown in the fourth row **253***d* in table **250***a*. The acceleration server **202** further logs to the database the date and time of the signing in, such as 29/3 as a date and 14:23 as the sign-in time, as shown in the fourth column **253***d* of the table **250***a*. The acceleration server **202** further add to the table rows per each client device, in the case of multiple client devices. In one example, a device may be assigned to have multiple roles, such as functioning as both a client and an agent, as both an agent and a peer, as both a client and a peer, or as an agent, a client, and a peer. Multiple roles may be implemented at different times, or simultaneously using multiprocessing or multitasking. For example, a device may sign-in as both an agent and a peer, as shown in the fifth row **253***e* of the table **250***a*, addressed by its IP address 95.33.37.80 and signing in at 16/3 on 21:53.

While the pre-connection process was described above regarding the communication between a client device (such as the client device #**1 31***a*) and a tunnel device (such as the tunnel device #**1 33***a*), described as the client device pre-connection flowchart **64** and the tunnel device pre-connection flowchart **72**, a pre-connection may be equally established between any two devices in the system **200**, such as between a client device (such as the client device #**1 201***a*) and the acceleration server **202**, between two client devices, between a client device (such as the client device #**1 201***a*) and an agent device (such as the agent device #**1 103***a*), between a client device (such as the client device #**1 201***a*) and a peer device (such as the peer device #**1 102***a*), or between a client device and a data server (such as the data server #**1 22***a*). Similarly, a pre-connection may be established between an agent device (such as the agent device #**1 103***a*) and the acceleration server **202**, between two agent devices, between an agent device (such as the agent device #**1 103***a*) and a peer device (such as the peer device #**1 102***a*), or between an agent device and a data server (such as the data server #**1 22***a*). Further, a pre-connection may be established between a peer device (such as the peer device #**1 102***a*) and the acceleration server **202**, between two peer devices, or between a peer device and a data server (such as the data server #**1 22***a*).

A content, such as an URL (or a web-page, or a web-site) which is typically stored in a data server, such as the data server #**1 22***a*, may be requested by the client device, such as the client device **201***a*, as shown in a state 'Content Needed' **223***b* in the chart **220**. The client device sends a

'Request List' message **226***e* to the acceleration server **202**, corresponding to a 'Request Agents List' step **231***c* in the flowchart **230**. This request includes the URL or any other identifier of the requested content. The request is received at the acceleration server **202** in the 'Agent List Request ?' step **251***d* in the flowchart **250**, which corresponds to the request by preparing a list of the agent devices which are associated with the required content, in the 'Prepare List' state **222***c* in the chart **220**, corresponding to the 'Prepare List' step **251***e* in the flowchart **250**. For example, the list may include identifiers of all agent devices that are related to the data server #**1** **22***a*, or the identifiers of all the agent devices, which may have information about the location of the chunks relating to the requested content. The list of agents (including the identifiers of the agent devices) is then sent, in a 'Send List' step **251***f* in the flowchart **250** (corresponding to a message 'Send List' **226** in the chart **220**), to the requesting client device #**1** **201***a*, that receives the list in a 'Receive Agents List' step **231***d* in the flowchart **230**. In the case no appropriate agent devices were found, the client device #**1** may choose other schemes for fetching the required content, such as using tunnels as described above, or direct access to the data server #**1** **22***a* in a 'Content Fetch Direct' step **233** shown as part of the flowchart **230***a* in FIG. **23***a*. In the case the list received at the client device #**1** **201***a* include multiple agents, the client device #**1** **201***a* may select one, two, three, or any other number of agent devices from the list, in a 'Select Agents' step **231***f* in the flowcharts **230** and **230***a*, corresponding to a 'Select Agent' state **223***c* in the chart **220** illustrating selection of a single agent. Alternatively, all of the agent devices in the list may be selected.

After receiving the agent devices list in the 'Receive Agents List' step **231***d*, the client device #**1** **201***a* may store the list in its storage, such as a cache memory. In a 'Store Agents List' step **231***g*. Further, a list of agent devices may be obtained from other elements in the system. Preferably, the list may include information about each agent device and transaction history relating to each agent device, such as the connection parameters (e.g., RTT and BW), the results quality, the resolved Domain Name System (DNS), and any other relevant information that may be used in the future. Alternatively or in addition to accessing the acceleration server **202** for obtaining a list of the available agent devices in the 'Request Agents List' step **231***c*, the client device #**1** **201***a* may obtain a list of relevant agent devices locally from a storage or cache memory. For example, the client device #**1** **201***a* may use a list of agent devices that were previously stored as part of the 'Store Agents List' step **231***g*.

Any number of agent devices may be selected. The number of agent devices that are selected in the 'Select Agents' step **231***f* may be 1 (one). Alternatively, a small number of agent devices may be selected, such as two (2) or three (3). Further, 4, 5, 6, 7, 8, 9, or 10 agent devices may be selected. Further, more than 10 agent devices may be selected, such as 10, 20, 30, 40, or 50.

A schematic messaging flow diagram **260** describing the client device #**1** **31***a* related steps of fetching the agent devices list from the acceleration server **202** is shown in FIG. **26**. The 'Request Agent' message **261***a* (corresponding to the 'Request Agents List' step **231***c* in the flowchart **230**) is first sent from the client device #**1** **31***a* to the acceleration server **202**, which responds by sending the agents list using the 'Send Agent' message **261***b* (corresponding to the 'Receive Agents List' step **231***d* in the flowchart **230**).

A flowchart **230***a* in FIG. **23***a* shows an example where three agents are selected by the client device, designated as an agent device #**1** (such as the agent device #**1** **103***a*), an agent device #**2** (such as the agent device #**2** **103***b*), and an agent device #**3**, while the timing and messaging chart **220** illustrates the usage of a single agent device. In a 'Request List Agent #**1**' step **234***a* in the flowchart **230***a*, the client device #**1** **201***a* send to the agent device #**1** **103***a* (using its identifier from the list received from the acceleration server **202**) a request for a list of peers associated the requested content identifier (such as a URL), such as these peer devices that are known or expected to store chunks of the requested content (or any part of it), corresponding to the 'Request List' message **226***g* in the chart **220**. The agent device #**1** **103***a*, which may be idling in an 'IDLE' step **241***c*, receives the request from the client device #**1** **201***a* in a 'Receive List Request' step **241***d*. In response to the request, in a 'Prepare Peers List' step **241***e* (corresponding to a state 'Prepare List' **224***c* in the chart **220**), the agent device #**1** **103***a* prepares a list of the peer devices that it believes store chunks of the requested content, and in a 'Send List To Client' step **241***f*, corresponding to a 'Send List' message **226***h* in the chart **220**, sends the list of identifiers of the relevant peer devices back to the requesting client device #**1** **201***a*. For each of the selected agent devices, the client device #**1** **201***a* selects one, two, or all of the peers in the list, and then retrieves the relevant chunks from the each of the selected peer devices as shown in a 'Chunks Fetch' flowchart **239**, shown in FIG. **23***b*. The peers list is requested from agent device #**1** in a 'Request List Agent #**1**' step **234***a*, and the chunks are fetched from the peer devices in the list in a 'Chunks Fetch Agent #**1**' step **239***a*. Similarly, the peers list is requested from agent device #**2** in a 'Request List Agent #**2**' step **234***b*, and the chunks are fetched from the peer devices in the list in a 'Chunks Fetch Agent #**2**' step **239***b*, which follows the same 'Chunks Fetch' flow in the flowchart **239**, and the peers list is requested from agent #**3** in a 'Request List Agent #**3**' step **234***c*, and the chunks are fetched from the peer devices in the list in a 'Chunks Fetch Agent #**3**' step **239***c*, which also follows the same 'Chunks Fetch' flowchart **239**.

A schematic visual messaging flow diagram **260***a* describing the client device #**1** **31***a* related steps of fetching the peer devices list from the agent device #**1** **103***a* is shown in FIG. **26***a*. The 'Request Peer List' message **262***a* (corresponding to the 'Request List Agent #**1**' step **234***a* in the flowchart **230***b*) is first sent from the client device #**1** **31***a* to the agent device #**1** **103***a*, which responds by sending the peer list using a 'Send Peer List' message **262***b* (corresponding to a 'Receive Peers List' step **238** in the flowchart **230***b*).

The flowchart **239** in FIG. **23***b* is an example of a handling of the list received from the agent device #**1** **103***a*. The list of the peer devices identifiers is received at the client device in a 'Receive Peers List' step **238**, followed by a 'Select Peers' step **238***a* (corresponding to a 'Select Peers' state **223***d* shown in the chart **220**), where the client device #**1** **201***a* selects which peer devices out of the list are to be used. The client device may select one, two, three, or any other number out of the listed peer identifiers, or may use all the peer devices in the list. In the example shown in the flowchart **239**, three peer devices are used, designated as peer #**1**, peer #**2**, and peer #**3**. For each selected peer device, such as the peer device #**1** **102***a*, the client device #**1** **201***a* in the 'Request Chunk Peer #**1**' step **237***a* which corresponds to a 'Chunk Request' message **226***i* in the chart **220**, send a request to the selected peer device asking for a chunk (or multiple chunks) that is stored (or expected to be stored) thereof. The peer device, such as the peer device #**1** **102***a* is in general idling in an 'IDLE' step **242***c* in the flowchart **240***a*. Upon receiving the request from the client device #**1**

**201***a* in a 'Receive Chunk Request' step **242***d* in the flowchart **240***a*, the peer device #**1** **102***a* fetches the requested chunk (or chunks) as denoted in 'Fetch Chunk' state **225***b* in the chart **220**, and send it to the requesting client device #**1** **201***a*, in a 'Send Chunk To Client' step **242***e* in the flowchart **240***a*, which corresponds to a 'Send Chunk' message **226***j* shown in the chart **220**. The sent chunk is received at the client device #**1** **201***a* in the 'Receive Chunk Peer #**1**' step **236***a*. A schematic visual messaging flow diagram **260***b* describing the client device #**1** **31***a* related steps of fetching chunks from the peer device #**1** **102***a* is shown in FIG. **26***b*. The 'Request Chunk' message **263***a* (corresponding to the 'Request Chunk Peer #**1**' step **237***a* in the flowchart **230***b*) is first sent from the client device #**1** **31***a* to the peer device #**1** **102***a*, which responds by sending the requested chunks in the 'Send Chunk' message **263***b* (corresponding to the 'Receive Chunk Peer #**1**' step **236***a* in the flowchart **230***b*).

Similarly, the chunks from peer #**2** are requested (in parallel or sequentially to peer #**1** chunks fetching **239***a* operation) in a 'Request Chunk Peer #**2**' step **237***b*, and are received in a 'Receive Chunk Peer #**2**' step **236***b*, and the chunks from the peer device #**3** **102***c* are requested (in parallel or sequentially to peer device #**1** chunks fetching **239***a* operation) in a 'Request Chunk Peer #**3**' step **237***b*, and are received in a 'Receive Chunk Peer #**3**' step **236***c*. A schematic visual messaging flow diagram **260***c* describing the client device #**1** **31***a* related steps of fetching chunks from the peer device #**2** **102***b* is shown in FIG. **26***c*. A 'Request Chunk' message **263***c* (corresponding to the 'Request Chunk Peer #**2**' step **237***b* in the flowchart **230***b*) is first sent from the client device #**1** **31***a* to the peer device #**2** **102***b*, which responds by sending the requested chunks in the 'Send Chunk' message **263***d* (corresponding to the 'Receive Chunk Peer #**2**' step **236***b* in the flowchart **230***b*). Similarly, a schematic visual messaging flow diagram **260***d* describing the client device #**1** **31***a* related steps of fetching chunks from the peer device #**3** **102***c* is shown in FIG. **26***d*. The 'Request Chunk' message **263***e* (corresponding to the 'Request Chunk Peer #**3**' step **237***c* in the flowchart **230***b*) is first sent from the client device #**1** **31***a* to the peer device #**3** **102***c*, which responds by sending the requested chunks in the 'Send Chunk' message **263***f* (corresponding to the 'Receive Chunk Peer #**3**' step **236***c* in the flowchart **230***b*).

Upon receiving part of, or all of, the requested chunks, the client device #**1** **201***a* assembles the chunks to render a reconstructed content (in part or in full), such as the requested URL, in an 'Assemble URL' step **235**, corresponding to a 'Whole Content Received' state **223***e* in the chart **220**. In the case part of the content is still missing, the client device #**1** **201***a* may directly approach the data server #**1** **22***a* in a 'Content Fetch Direct' step **233**, or use other schemes, such as using tunnel devices as described above to fetch the remaining part of the content.

Any number of peer devices may be selected. The number of peer devices that are selected in the 'Select Peers' step **238***a* may be 1. Alternatively, a small number of peer devices may be selected, such as 2 or 3. Further, 4, 5, 6, 7, 8, 9, or 10 peer devices may be selected. Further, more than 10 peer devices may be selected, such as 10, 20, 30, 40, or 50.

After a transaction involving fetching a content from all peer devices is completed, it is beneficial to store the fetched content for future use, as shown in a 'Store Content' step **235***a* in the flowchart **230***a*. The fetched content may be stored in the client device in any volatile or non-volatile memory, or may be stored in a local cache as described in U.S. Pat. No. 8,135,912 to the Shribman et al., entitled: "System and Method of Increasing Cache Size", which is incorporated in its entirety for all purposes as if fully set forth herein. The content is stored with its related metadata or any other identifiers, so it can be easily detected and fetched when later required. For example, the stored content may be used when the same content is required at any later stage by the same client, or may be used when the client device also serves as a peer device, such as the peer device #**1** **102***a* as shown in system **260**. In the latter case, the fetched content (such as a URL content) may be arranged and stored as chunks, as described herein.

The selection of the agent devices to be used in the 'Select Agents' step **231***f* may use any of the selection rules or criteria described above regarding to selecting tunnel devices in the 'Select Tunnel' step **62***c* or the 'Select Tunnels' step **101***a* described above. Further, the selection of peer devices to be used in the 'Select Peers' step **238***a* may use any of the selection rules or criteria described above regarding to selecting tunnel devices in the 'Select Tunnel' step **62***c* or the 'Select Tunnels' step **101***a* described above.

The performance of the method and system described herein may be based on the latency involved in fetching a required content. The flowchart **230***a* in FIG. **23***a* describes the steps involved in fetching content from a peer device, and a flowchart **239** in FIG. **23***b* provides further detailed operation of a client device, such as the client device #**1** **201***a*. The 'Receive Chunk Peer #**1**' step **236***a* (as an example for all equivalent steps such as the 'Receive Chunk #**2**' step **236***b* and the 'Receive Chunk #**3**' step **236***c*) may be partitioned into two or more steps, as shown in a flowchart **270** in FIG. **27**, such as a 'Receive Start' step **271***a*, relating to the starting of receiving data from a peer device, upon starting or completing the reception of the first byte of the data, for example, and a 'Receive End' step **271***b*, relating to the ending of receiving data from a tunnel, for example upon starting or completing the reception of the end byte of the data.

As part of the 'Request Chunk Peer #**1**' step **237***a*, a timer #**1** is started in a 'Timer #**1** Start' step **272***a*, and the timer #**1** is stopped in a 'Timer #**1** Stop' step **272***b* at the beginning of the receiving the data from the peer device in a 'Receive Start' step **271***a*. Hence, timer #**1** is used to measure the Round Trip Time (RTT), relating to the time interval measured from sending the request to a peer device until the requested data is starting to be received. Similarly, as part of a 'Receive Start' step **273***a* a timer #**2** is started, and the timer #**2** is stopped in a 'Timer #**2** Stop' step **273***b* at the end of the receiving the data from the peer device in a 'Receive End' step **271***b*. Hence, timer #**2** is used to measure the time interval required to receive the content itself from the peer device. For example, in case the time interval is 50 milliseconds (ms), this is the time interval measured from starting to end of the data reception from the peer device. In the case the content size is X bits, the BW can be calculated as the X bits divided by the timer #**2** measured time interval. For example, in the case the received content from the peer device is about the size of 50,000 bits (50 Kbits) received during 100 milliseconds (ms), the effective (or average) BW is BW=50,000/0.1=500,000 bits/second=500 Kb/s=62.5 Kbytes/s=62.5 KB/s. The total latency affecting the performance is the combination of both the time interval measured by timer #**1** and the time interval measured by timer #**2**. Using the above examples where the timer #**1** measured an RTT of 50 ms and the timer #**2** measured 100 ms, the total latency, measured from sending the request to the peer

device in the 'Request Chunk Peer #1' step **237***a* to the end of the content reception in the 'Receive End' step **271***b*, is 150 ms (50+100=150).

After a transaction involving fetching a content from a peer is completed, it is beneficial to store the transaction related information for future use, such as for future analysis. An example of a table relating to transactions log, that may be part of a database, is shown as a table **280** in FIG. **28**. The table is updated in the 'Update Transactions Log' step **274** as part of the flowchart **270** shown in FIG. **27**. A top row **282** provides the titles of the various columns, where each of the rows provides information regarding a specific transaction, where a first transaction information is shown in a first row **282***a*, the second transaction information is shown in a second row **282***b*, the third transaction information is shown in a third row **282***c*, and so forth. A first column **281***a* shows the date and time (in DD/MM HH/MM format) when the transaction occurred, such as the start or end of the transaction. For example, the first transaction related information is in the first row **282***a* shows that the transaction was completed (or started) at March 13, at 9:23. Similarly, the second transaction information is in the second row **282***b* shows that the transaction was completed (or started) at March 13th, at 9:46, and the third transaction information is in the third row **282***b* shows that the transaction was completed (or started) at April 16th, on 11:22. A second column **281***b* includes an identifier such as the IP address of the peer device that was used in the transaction to fetch the content from the data server, which identifier (such as its IP address) is included in a third column **281***c*. In the example of the first transaction shown in first row **282***a*, the IP address of the peer device used is 229.155.81.168, and it was used to fetch content stored in a data server having an IP address of 128.164.35.35.142. Similarly, in the example of the second transaction shown in second row **282***b*, the IP address of the peer device used is 248.107.109.10, and it was used to fetch content stored in a data server having an IP address of 49.154.2.5, and in the example of the third transaction shown in third row **282***c*, the IP address of the peer device used is 158.217.19.195, and it was used to fetch content stored in a data server having an IP address of 72.251.238.51. A fourth column **281***d* describes the identifier of the content that was fetched during this transaction, such as IP address, URL, web-site or web-page, where the first transaction content (in the first row **282***a*) relates to the URL www.111.com/22.mpg, the second transaction content (in the second row **282***b*) relates to the URL www.xxx.com/hy.avi, the third transaction content (in the third row **282***c*) relates to the URL www.yyy.com/t6.php, and so forth.

A fifth column **281***e* logs the BW calculated in a respective transaction, based on timer #**2** time interval measurement as described above. In the first transaction (in the first row **282***a*) the calculated BW is logged as 1000 Kb/s (=1 Mb/s=125 KB/s), in the second transaction (in the second row **282***b*) the calculated BW is logged as 350 Kb/s (=0.35 Mb/s), and in the third transaction (in the third row **282***c*) the calculated BW is logged as 2500 Kb/s (=2.5 Mb/s). A sixth column **281***f* logs the RTT measured in the transaction, based on timer #**1** time interval measurement as described above. In the first transaction (in the first row **282***a*) the measured RTT is logged as 30 ms (=0.03 seconds=0.03 s), in the second transaction (in the second row **282***b*) the measured RTT is logged as 70 ms, and in the third transaction (in the third row **282***c*) the measured RTT is logged as 540 ms (=0.54 second).

The transaction log, such as table **150**, may be prepared by a client device, such as client device #**1** **201***a*, and stored in the client device for future use. Alternatively or in addition, the transaction log may be sent, after each transaction or after multiple transactions, such as per a time period (e.g, hourly, daily, weekly, monthly), to other entities in the system, to be stored in the entities for future use by them or by other entities in the network. In one example, the transaction log is sent to the acceleration server **202**. Alternatively or in addition, the transactions log may be sent to the relevant agent devices, such as the agent device #**1** **103***a* or the agent device #**2** **103***b*, or any other agent device associated with the relevant peer device or devices involved in the transaction.

Similar to table **280** shown in FIG. **28**, a table **280***a* shown in FIG. **28***a* shows a table relating to four peer devices used for fetching different content from the same data server (such as the data server #**1** **22***a*), thus the same server IP address is shown in the third column **283***c*. The IP addresses of the peer devices are shown in the second column **283***b*, the URL fetched is shown in the fourth column **283***d*, the date and time of the transaction are logged in the first column **283***a*, the BW is shown in the fifth column **283***e*, and the measured RTT is shown in the sixth column **283***f*. The first transaction (logged in a first row **284***a*) is using a first peer device having IP address of 139.230.154.213, the second transaction (logged in a second row **284***b*) is using a second peer device having IP address of 132.171.60.197, the third transaction (logged in a third row **282***c*) is using a third peer device having IP address of 248.46.80.36, and the fourth transaction (logged in a fourth row **154***d*) is using a fourth peer device having IP address of 31.16.208.171.

The peer devices to be used when content is to be fetched from a data server (such as the data server **22***a*) may be selected by a client device (such as the client device #**1** **201***a*) in the 'Select Peers' step **238***a* in the flowchart **230***b* or by the agent devices in the 'Prepare Peers List' step **241***e* in the flowchart **240**. Alternatively or in addition, the peer devices may be selected by the acceleration server **202**. Similarly, the agent devices to be used may be selected by a client device (such as the client device #**1** **201***a*) in the 'Select Agents' step **231***f* in the flowchart **230**, or may be selected by the acceleration server **202** in the 'Prepare List' **251***e* in the flowchart **250**. The selection may be based on a past performance of the peer devices, such as on any information relating to former transactions involving these peers. In one example, the transactions log may be used to evaluate and select which peer devices to use in a specific transaction to be executed, or in multiple transactions.

In the example of the transaction log table **280***a* shown in FIG. **28***a* and relating to a client device, the client device may need to fetch content from the same data server shown in the table **280***a* (having an IP address of 49.154.2.5), and thus may use the table content as an indication of the performance of the various peer devices. In one example, the criterion to select a single peer (or agent) device to be used for fetching content from the data server may be based on having higher BW, assuming that the higher BW has not changed and thus will result in faster content fetching, and hence the peer device used in the third logged transaction (having an IP address of 248.46.80.36) will be selected for this transaction, having the highest recorded BW of 2500 Kb/s. In the case two peer devices are to be selected, the second peer device to be selected is the peer device used in the fourth logged transaction (having an IP address of 31.16.208.171) will be selected for this transaction, being associated with the second highest BW in the table. Similarly, the peer device associated with the first logged transaction will be the next to be selected.

Alternatively or in addition, the criterion to select a single peer (or an agent) device to be used for fetching content from the data server may be based on having lower RTT, assuming that the lower RTT has not changed and thus will result in faster content fetching. Hence the peer device used in the first logged transaction (having an IP address of 139.230.154.213) will be selected for this transaction, having the lowest recorded RTT of 30 ms. In the case two peer devices are to be selected, the second peer device to be selected is the peer device used in the second logged transaction (having an IP address of 132.171.60.197) will be selected for this transaction, being associated with the second lowest RTT in the table (70 ms). Similarly, the peer device associated with the fourth logged transaction will be the next to be selected.

Alternatively or in addition, both the RTT and the BW are used as criteria for selecting peer (or agent) devices. In one example, the expected total latency is calculated, based on both the former BW and the former RTT, and the peer device offering the lowest estimated total latency will be selected. In one example, assuming the content to be fetched is estimated (or known to be) having the size of 100 Kb (100 kilobits). The peer device used in the first logged transaction (in the first row **284***a*) is associated with past performance (with the same data server) of BW=1000 Kb/s and RTT=30 ms. In such a case, the total latency is calculated and estimated as 30+100/1000=130 ms. The peer device used in the second logged transaction (in the second row **284***b*) is associated with past performance (with the same data server) of BW=350 Kb/s and RTT=70 ms, and thus the total latency is calculated and estimated as 70+100/350=355.7 ms. Similarly, the estimated total latency of using the peer device used in the third logged transaction (in the third row **284***c*) is 580 ms, and the estimated total latency of using the peer device used in the fourth logged transaction (in the fourth row **284***d*) is 241.4 ms. Having the lowest estimated total latency, the peer device used in the first logged transaction (in the first row **284***a*) will be selected first as having the lowest expected total latency, the peer device used in the fourth logged transaction (in the fourth row **284***d*) will be selected second, the peer device used in the second logged transaction (in the second row **284***b*) will be selected third, and the peer device used in the third logged transaction (in the third row **284***c*) will be selected last.

However, assuming the content to be fetched is estimated (or known to be) having the size of 1000 Kb (1000 kilobits=1 Mb). The peer device used in the first logged transaction (the first row **284***a*) is associated with past performance (with the same data server) of BW=1000 Kb/s and RTT=30 ms. In such a case, the total latency is calculated and estimated as 30+1000/1000=1030 ms (1.03 s). The peer device used in the second logged transaction (in the second row **284***b*) is associated with past performance (with the same data server) of BW=350 Kb/s and RTT=70 ms, and thus the total latency is calculated and estimated as 70+1000/350=2927.1 ms. Similarly, the estimated total latency of using the peer device used in the third logged transaction (in the third row **284***c*) is 940 ms, and the estimated total latency of using the peer device used in the fourth logged transaction (in the fourth row **284***d*) is 884.2 ms. Having the lowest estimated total latency, the peer device used in the fourth logged transaction (in the fourth row **284***d*) will be selected first as having the lowest expected total latency, the peer device used in the third logged transaction (in the third row **284***c*) will be selected second, the peer device used in the first logged transaction (in the first row **284***a*) will be selected third, and the peer device used in the second logged transaction (in the second row **284***b*) will be selected last.

In the general case, there may be N peer devices that may be used, designated i=1, 2, . . . N, and that the total content size is X. Assuming non-overlapping partition, each of the peer devices (i) will be assigned part of the total content Xi, where X=ΣXi. The latency (Ti) in each path (i) relating to a peer device (i) is calculated as Ti=RTTi+Xi/BWi, where RTTi is the RTT associated with peer device (i) and BWi is the BW associated with the peer device (i). Since typically the latency relating to complete the fetching of the whole of the content (T) is determined by the longest latency of the individual latency Ti, then T=max(Ti), hence it is beneficial to minimize the maximum Ti, designated as min(max(Ti))=min(max(RTTi+Xi/BWi)). Such a minimum is obtained when all Ti's are equal to each other, so that $T=Ti=T_1=T_2=T_3= \ldots =T_N$, which is resulted when the partition Xi is: Xi=BWi*[(X+ΣRTTi*BWi)/(ΣBWi)−RTTi], and the latency in such a case is T=(X+Σ(RTTi*BWi))/(ΣBWi). In the example of using two peer devices (N=2), then $X_1=BW_1*[X+BW_2*(RTT_2-RTT_1)]/(BW_1+BW_2)$ and $X_2=BW2*[X+BW_1*(RTT_1-RTT_2)]/(BW_1+BW_2)$, while the resulting latency is $T=T_1=T_2=(RTT_1*BW_1+RTT_2*BW_2+X)/(BW_1+BW_2)$.

Referring now to a system **290** shown in FIG. **29**, schematically showing a general peer device #i **102***i*, which stores in a database **2911** the entire content required (or a part of it), or at least part $X_i$ (which may be chunks-based) of the content that is required by the client device #**1** **201***a*. The peer device #i **102***i* communicates with the client device #**1** **201***a* over a data path **297***i*, characterized by an $RTT_i$ and $BW_i$, so that the latency can be estimated to be $T_i=RTT_i+X_i/BW_i$. Similarly, a peer device #**1** **102***a*, which stores in a database **291***a* the entire content required, or at least part $X_1$ (which may be chunks-based) of the content that is required by the client device #**1** **201***a*. The peer device #**1** **102***a* communicates with the client device #**1** **201***a* over a data path **297***a*, characterized by an $RTT_1$ and $BW_1$, so that the latency can be estimated to be $T_1=RTT_1+X_1/BW_1$. Assuming that there are N peer devices, a peer device #N **102**$_N$ is shown, which stores in a database **291**$_N$ the entire content required, or at least part $X_N$ (which may be chunks-based) of the content that is required by the client device #**1** **201***a*. The peer device #$_N$ **102**$_N$ communicates with the client device #**1** **201***a* over a data path **297**$_N$, characterized by an $RTT_N$ and $BW_N$, so that the latency over this data path can be estimated to be $T_N=RTT_N+X_N BW_N$.

An analysis of the system **290** is shown as a view **290***a* in FIG. **29***a*. The total latency expression is based on the arrival of the last piece (or last chunk) of a requested content to the client device #**1** **201***a*, and hence T=Max ($T_i$) as shown in an expression (1) **292***a*, and in order to obtain fastest load time, the target is to minimize the total latency T, based on a partition $X_i$ of the total content X, as shown in an expression (2) **292***b*. Such minimum is obtained where the latency is the same (T) in all the data paths, as shown in an expression (3) **292***c*. An expression (4) **292***d* provides the optimal partition $X_i$ for minimum latency, and an expression (5) **292***e* provides the obtained latency. It is apparent that in the case wherein a fixed-fixed chunks are used in the system, the calculation of Xi may result in a non-integer number of chunks. In such a case, a chunk may be further partitioned into smaller chunks. Alternatively or in addition, the resulting sizes may be round to the nearest integer value, allowing for keeping the scheme of only using fixed-size chunks.

The allocation of the parts of the requested content to the available peer devices to be fetched therefrom, may be part

of the 'Select Peers' step **238***a*. While exampled above regarding the allocation of content and the partitioning in a peer/agent based system, the method and the analysis are equally applicable for any system or arrangement where multiple data paths are used, each relating to the allocated parts of the content. For example, such a method may be used when the content is fetched using agents, such as in the 'Content Partition' step **101***b* in the flowchart **100** (or the flowchart **100***a*) above, where the partition may be based on the expression (4) **292***d* shown in the view **290***a*.

FIG. **29** further shows an example of a content **293**, composed of **6** (*six*) non-overlapping fixed-sized chunks designated as 'A' **293***a*, 'B' **293***b*, 'C' **293***c*, 'D' **293***d*, 'E' **293***e*, and 'F' **293***f*. In one example, assuming three (3) peer devices are used (N=3 in the system **290**), the allocation determined is shown in view **295***a* in FIG. **29***b*, where three chunks including the chunks 'A' **293***a*, 'B' **293***b*, and 'C' **293***c*, are allocated to be fetched from a first peer device (such as the peer device #**1** **102***a*), a single chunk 'D' **293***d* is allocated to be fetched from a second peer device (such as the peer device #i **102***i*), and the two chunks 'E' **293***e* and 'F' **293***f*, are allocated to be fetched from a third peer device (such as the peer device #N **102**N). At time t=0, the content fetching from the three peer devices is started. A client device (such as the client device #**1** **201***a*) prepares a memory **294** for storing the requested content **293** upon obtaining it.

The allocations of the content chunks into the available peer devices may be based on estimation RTT, BW, as well as other parameters relating to each of the peer devices, as well as on the communication characteristics associated with each peer device, and known to the client device. Such an estimation may be found to be inaccurate or not updated. The client device may measure and update the BW, RTT, and other relevant information as part of the actual content fetching. For example, an actual RTT and BW may be measured per each of the peer devices as described in the flowchart **140** in FIG. **14**, added to other updated information gathered throughout the content fetching process. Further, the allocation of chunks to peer devices may be re-evaluated according to the updated parameters, and changed during the content fetching process. The re-evaluating of the allocation may be executed continuously and simultaneously with the content fetching, or preferably at specified time intervals.

In one example shown as view **295***b* in FIG. **29***b*, at a time t=t1 after the content fetching activity has initiated, the client device checks the status of the fetching, to find that the chunks 'A' **193***a*, 'B' **293***b*, and 'D' **293***d* have been completely fetched and loaded into the client device memory **294**. Further, the chunk 'C' **293***c* is about to start to be fetched from the first peer device, and a chunk 'E' **293***e* is in the process of being fetched. It is noted that the chunk 'F' **293***f* has not yet been fetched, and is expected to be the last chunk to be fully fetched, and hence determines and affects the total time required for the fetching of the entire requested content **293**. In one example, shown as a view **295***d* in FIG. **29***c*, the client device may decide, in order to reduce the total fetching time, to recalculate the allocation, and for example to reallocate the fetching of the chunk 'F' **293***f* (being the 'bottleneck' chunk) to another peer device, such as the second peer device. Alternatively or in addition, in order to improve efficiency and reduce the content fetching latency, the last to receive the chunk 'F' **293***f* is split into two equal-sized chunks 'F1' **293***f***1** and 'F2' **293***f***2**. It is apparent that splitting into non-equally sized chunks, or splitting into more than two chunks, may be equally applicable. Each of the newly formed chunks may now be allocated to a peer device, using any allocation scheme or criteria. In one example shown in view **295***e* in FIG. **29***c*, one of the new chunks 'F1' **293***f***1** is allocated to the third peer device, while the other chunk 'F2' **293***f***2** is allocated now to the second peer device.

The flowchart **296** shown in FIG. **29***d*, corresponds to the flowchart **239** shown in FIG. **23***b*, describes an example of a method involving real-time re-allocation of chunks to peer devices. The initial allocation of chunks to peer devices, based on criteria and scheme known before the content fetch initiation, is part of the 'Select Peers' step **238***a*. The fetching of the peer device #**1** allocated chunks starts in a 'Start Receive Chunk Peer #**1**' step **298***a*, being part of the 'Receive Chunk Peer #**1**' step **236***a* shown in the flowchart **239** in FIG. **23***b*. Similarly, the fetching of the peer device #**2** allocated chunks starts in a 'Start Receive Chunk Peer #**2**' step **298***b*, being part of the 'Receive Chunk Peer #**2**' step **236***b* in the flowchart **239** in FIG. **23***b*, and the fetching of the peer device #**3** allocated chunks starts in a 'Start Receive Chunk Peer #**3**' step **298***c*, being part of the 'Receive Chunk Peer #**3**' step **236***c* in the flowchart **239** in FIG. **23***b*. In parallel to the process of fetching the various chunks from the allocated peer devices, the client device, continuously or periodically, measures the various communication related characteristics for each communication with a peer device, such as BW and RTT, as part of a 'Measure BW, RTT' step **299***a*. The new measured parameters are used for recalculation of the allocation, for example according to the expression (4) **292***d* in FIG. **29***a*. In a 'Re-Allocate ?' step **299***b*, the need for changing the former allocation is determined. In some cases, there may be no need to change the initial or former allocation. If there a need for re-allocation, the 'Select Peers' step **238***a* is resumed, and new allocation is affected.

In one example shown as arrangement **290***a* in FIG. **29***e*, each of the peer devices stored all of the chunks composing the entire content **293**. The peer device #**1** **102***a* is shown to store the entire content in its memory as content **291***a*. Similarly, the peer device #i **102***i* stores the entire content in its memory as content **291***i*, and the peer device #N **102**N stores the entire content in its memory as content **291**N. In such a case, the client device **201***a* may choose any peer device for any chunk of the content **293**, or may even choose a single peer device (such as the peer device #**1** **102***a*) to fetch the entire content therefrom. Alternatively or in addition, each of the peer devices may store only part of the chunks composing the content **293**, as shown in an arrangement **290***b* in FIG. **29***f* The peer device #**1** **102***a* is shown to store only chunks 'A' **293***a*, 'B' **293***b*, 'C' **293***c*, and 'E' **293***e*, in its memory as content **291***a*, while the peer device #i **102***i* stores only chunks 'A' **293***a*, 'C' **293***c*, 'D' **293***d*, and 'F' **293***f*, in its memory as content **291***i*, and the peer device #N **102**N stores only chunks 'A' **293***a*, 'D' **293***d*, 'E' **293***e*, and 'F' **293***f*, in its memory as content **291**N. It is noted that such storing of portions of the content **293** may not affect the system operation described in views **295***a*, **295***b*, **295***c*, and **295***d*, since the chunks required from each of the peer devices are indeed stored in these peer devices. In such a configuration, the agent devices and the client device should consider the actual content portion in each of the peer device, in addition to the size of the content portion that is optimal to be fetched from them.

Each of the devices denoted herein as servers, such as the acceleration server **32**, the data server #**1** **22***a*, the data server #**2** **22***b*, and the acceleration server **202**, may typically function as a server in the meaning of client/server archi-

tecture, providing services, functionalities, and resources, to other devices (clients), commonly in response to the clients' request. Each of the server devices may further employ, store, integrate, or operate a server-oriented operating system, such as the Microsoft Windows Server® (2003 R2, 2008, 2008 R2, 2012, or 2012 R2 variant), Linux™ (or GNU/Linux) variants (such as Debian based: Debian GNU/Linux, Debian GNU/kFreeBSD, or Debian GNU/Hurd, Fedora™, Gentoo™, Linspire™, Mandriva, Red Hat® Linux available from Red Hat, Inc. headquartered in Raleigh, N.C., U.S.A., Slackware®, SuSE, or Ubuntu®), or UNIX®, including commercial UNIX® variants such as Solaris™ (available from Oracle Corporation headquartered in Redwood City, Calif., U.S.A.), AIX® (available from IBM Corporation headquartered in Armonk, N.Y., U.S.A.), or Mac™ OS X (available from Apple Inc. headquartered in Cupertino, Calif., U.S.A.), or free variants such as FreeBSD®, OpenBSD, and NetBSD®. Alternatively or in addition, each of the devices denoted herein as servers, may equally function as a client in the meaning of client/server architecture.

Devices that are not denoted herein as servers, such as client devices (such as the client device #**1** **31***a*, the client device #**2** **31***b*, or the client device #**1** **201***a*), tunnel devices (such as the tunnel device #**1** **33***a* or the tunnel device #**2** **33***b*), agent devices (such as the agent device #**1** **103***a* or the agent device #**2** **103***b*), or peer devices (such as the peer device #**1** **102***a* or the peer device #**2** **102***b*), may typically function as a client in the meaning of client/server architecture, commonly initiating requests for receiving services, functionalities, and resources, from other devices (servers or clients). Each of the these devices may further employ, store, integrate, or operate a client-oriented (or end-point dedicated) operating system, such as Microsoft Windows® (including the variants: Windows 7, Windows XP, Windows 8, and Windows 8.1, available from Microsoft Corporation, headquartered in Redmond, Wash., U.S.A.), Linux, and Google Chrome OS available from Google Inc. headquartered in Mountain View, Calif., U.S.A. Further, each of the these devices may further employ, store, integrate, or operate a mobile operating system such as Android (available from Google Inc. and includes variants such as version 2.2 (Froyo), version 2.3 (Gingerbread), version 4.0 (Ice Cream Sandwich), Version 4.2 (Jelly Bean), and version 4.4 (Kit-Kat)), iOS (available from Apple Inc., and includes variants such as versions 3-7), Windows® Phone (available from Microsoft Corporation and includes variants such as version 7, version 8, or version 9), or Blackberry® operating system (available from BlackBerry Ltd., headquartered in Waterloo, Ontario, Canada). Alternatively or in addition, each of the devices that are not denoted herein as servers, may equally function as a server in the meaning of client/server architecture.

The method and system described herein allows for a client device (such as Client device #**1** **31***a* in FIG. **5** or the client device #**1** **201***a* in FIG. **20**) to effectively fetch content from a data server (such as the data server #**1** **22***a*). The method and system may be used by the client device for supporting an application, such as a web browser application, when the application is requesting a content from the Internet in general, and from a data server in particular. The request for Internet-related content may be intercepted by the 'client' application and process, initiating the client flowchart **60** shown in FIG. **6**, the flowchart **100** shown in FIG. **10**, or the flowchart **230** shown in FIG. **23**. In one example, the client device uses a communication-related application to be used by the application when no 'client' application is present, such as HTTP stack handling application. The request from the requesting application to the communication-related application is intercepted and routed to be handled as part of the 'client' application or process. Such interception may be in the form of a filter driver (or any other intermediate driver), enabling the interception as part of the OS kernel. Alternatively or in addition, the interception may be in the form of extension or a plug-in of the requesting application, such as a browser plug-in or a browser extension in the case where the application is a web browser. Alternatively or in addition, the interception of the request may use hooking of the requesting application or of the communication-related application. Alternatively or in addition, the application and the steps described herein may communicate using an Inter-Process Communication (IPC), such as a file sharing, a signal, a socket, a pipe, a message queue, a shared memory, a semaphore, or memory mapped file. In Windows environment, the IPC may be based on a clipboard, a Component Object Model (COM), a data copy, a DDE protocol, or mailslots.

Examples of web browsers include Microsoft Internet Explorer (available from Microsoft Corporation, headquartered in Redmond, Wash., U.S.A.), Google Chrome which is a freeware web browser (developed by Google, headquartered in Googleplex, Mountain View, Calif., U.S.A.), Opera™ (developed by Opera Software ASA, headquartered in Oslo, Norway), and Mozilla Firefox® (developed by Mozilla Corporation headquartered in Mountain View, Calif., U.S.A.). The web-browser may be a mobile browser, such as Safari (developed by Apple Inc. headquartered in Apple Campus, Cupertino, Calif., U.S.A.), Opera Mini™ (developed by Opera Software ASA, headquartered in Oslo, Norway), and Android web browser.

Any network element, or any device that is herein that is connectable to the Internet, may be in one of the states in a state diagram **300** shown in FIG. **30**. A device may be in an 'OFFLINE' state **301**, where the device cannot access, and cannot be accessed via, the Internet. For example, the device may be not powered, or may not be connected to the Internet due to a faulty or non-operative communication interface, or due to the lack of Internet connectivity in the vicinity of the device. In normal operation, the device is in an 'ONLINE' state **302**, where the device is connected to the Internet, and may receive messages from, and send messages to, the Internet. Further, a resource (or few resources) in the device may in time become congested in a 'CONGESTED' state **303**. The device monitors its resources and performance, and upon detecting a resource utilization that is above a set threshold, declares itself as congested. The congestion detection scheme serves as a mechanism to measure the device performance and quality of service, and may be used to alert other devices in the system that the device may not be capable to handle additional tasks or services. The detection of congestion may be further used for load balancing, such as for distributing workloads across multiple computing resources, such as computers, a computer cluster, network links, central processing units, or disk drives, for optimizing resource use, maximizing throughput, minimizing response time, and avoiding overload of any one of the resources. Further, using multiple components in a device with load balancing instead of a single component may increase reliability through redundancy. Similarly, using multiple devices in a system or network with load balancing instead of a single (or few) device may increase reliability through redundancy.

Upon power up and being operative, the device shifts from the 'OFFLINE' state **301** to the 'ONLINE' state **302** as

depicted by an arrow **304***b* in the states chart **300**. If for any reason the device is not capable to access the Internet or to be operative as required, such as upon powering the device power off or a faulty Internet connection, the device is considered to shift to the 'OFFLINE' state **301** as depicted by an arrow **304***a*. In the case a congestion is detected, the device shifts to the 'CONGESTED' state **303**, as depicted by an arrow **304***e*. Upon detecting that the detected congestion has elapsed, the device may resume to normal operation in the 'ONLINE' state **302**, as depicted by an arrow **304***d*. The device may also shift from the 'CONGESTED' state **303** to the 'OFFLINE' state **301**, as depicted by an arrow **304***c*.

In one example, the congestion decision may be based on a CPU utilization, where CPU time or CPU usage is reported either for each thread, for each process, or for the entire system. The CPU utilization relates to the relative time that the CPU is not idling (for example, the amount of time it not executing a system idle process). In the case the CPU utilization is above a predetermined threshold, such as 80%, the device declares itself as congested. Alternatively or in addition, a congestion state may be based on memory utilization. In the case wherein the memory locations that are in use are above a predetermined threshold, for example, when additional memory requirements may not be satisfied, the device may declare itself as congested. Alternatively or in addition, a congestion state may be the result of detecting of low availability of communication bandwidth (for example, for accessing the Internet), or input/output resources limitations. The congestion in Internet related communication is described in IETF RFC 2914 entitled: "*Congestion Control Principles*", which is incorporated in its entirety for all purposes as if fully set forth herein.

A heartbeat mechanism may be used in order to allow devices to sense the status of other devices in the system. A 'ONLINE HEARTBEAT' flow chart **305** is shown in FIG. **31** as part of the flowchart **310**, may be executed by any device herein. The device may be in an 'OFFLINE' step **301**, corresponding to the 'OFFLINE' state in the state diagram **300**. When in the 'ONLINE' state **302** and the 'CONGESTED' state **303**, the device executes the flow chart 'ONLINE HEARTBEAT' **305**, which starts at a 'Send Heartbeat' step **305***a*, where the device sends a 'ping' or any other message, thus notifying its availability over the Internet, and being in normal operation, and capable of providing services to other devices if required. The message sent in this step may be a dedicated heartbeat related message. Alternatively or in addition, any message which is sent as part of the device functionality, may as well be used as a 'heartbeat' message, corresponding to the 'Send Heartbeat' step **305***a*. For example, the 'Sign-in as Client' step **61***b* in the client device flowchart **60**, the 'Request Tunnel List' step **62***a*, the 'Request Agents List' step **231***c* in the client flowchart **230**, and the 'Send Chunk to Client' step **242***d* in the peer flowchart **240***a*, may serve also as a heartbeat message, corresponding to the 'Send Hearbeat' step **305***a*. A timer set to a predetermined time interval is started in a 'Start Timer' step **305***b*. The time period set by the timer is used to determine the frequency of the heartbeat 'pulse', where high frequency resulting short time periods allows for frequent updating of the device status. The time period between 'heartbeat pulses' may be in the order of milliseconds, such as every 10, 20, 30, 50, or 100 milliseconds, may be in the order of seconds, such as every 1, 2, 3, 5, or 10 seconds, may be in the order of tens of seconds, such as every 10, 20, 30, 50, or 100 seconds, or may be in the order of minutes, such as every 1, 2, 3, 5, or 10 minutes. The device remains as long as the timer has not lapsed in a 'Timer Elapsed ?' step **305***c*. Upon an expiration of the timer, the device reverts to the 'Send Heartbeat' step **305***a*, and the process is resumed.

The congestion related activities of a device is shown in a flowchart **310***a* in FIG. **31**, showing the flowchart **308**, including the 'ONLINE' flowchart **308**, describing to the device activity while in the 'ONLINE' state **302**, and the 'CONGESTED' flowchart **307** describing the device activity while in the 'CONGESTED' state **303**. The congestion related mechanism may also use heartbeat scheme, where the congestion state is periodically checked and reported. Upon entering the 'ONLINE' step **302** (corresponding to the 'ONLINE' state **302** in the state diagram **300**), the device sends a message regarding its availability in a 'Send Non-Congested' step **308***a*. The device remains in a 'Congested ?' step **308***b*, as long as no congestion is detected. Upon detecting a congestion state, the device shifts to 'CONGESTED' state **303** and executes a 'CONGESTED' flowchart **307**, starting with notifying its status as congested, in a 'Send Congested' step **307***a*. As long as the congestion condition is detected, the device stays in a 'Congested ?' step **307***b*. When the congestion criterion is not met anymore, the device reverts to normal operation in the "ONLINE" state **302** and executes the 'Send Non-Congested' step **308***a*.

A device that monitors or tracks the status a tracked device (that executes the flowchart **310** and the flowchart **310***a*) may execute the flowchart **320** shown in FIG. **32**. In a 'Message Received ?' step **321***f* the tracking device checks for receiving any message from the tracked device, which may be following the flowchart **310** and the flowchart **310***a* in FIG. **31**. In a 'Congested Message ?' step **321***a*, the received message type is checked. The received message may indicate that the tracked device is congested, for example, send the 'congested' message in the 'Send Congested' step **307***a* in the flowchart **307**. In such a case, the tracked device status is marked as 'congested' in a 'Mark as Congested' step **321***c*, and the system or the tracking device may hold any further workload, or request for any service, relating to the tracked device. The received message may indicate that the tracked device is online, for example initiated as part of a 'Send Heartbeat' step **305***a*, as part of the 'Send Non-Congested' step **308***a*, or any other message indicating proper operation of the tracked device. In such a case, the tracked device status is marked as 'online' in a 'Mark as Online' step **321***b*, and the tracked device is assumed available to provide services, receive messages, or response to requests. In a 'Start Timer' step **321***e*, a timer configured to respond after a time interval has elapsed is triggered, similar to the timer described in the flowchart **305** in FIG. **31**. In one example, the time interval measured by the timer starting at the 'Start Timer' step **321***e* may be the same as the time interval measured by the timer operated in the flowchart **305**. Alternatively, the tracking device timer may be used to measure longer time interval, such as 5%, 10%, or 120% longer than the tracked device timer, allowing for an error margin. In the case a message is received in the 'Message Received ?' step **321***f*, the message is checked and the tracked device status is validated as described above. In the case no message is received from the tracked device, as noted in the 'Timer Elapsed ?' step **321***g*, it is assumed that the heartbeat mechanism of the tracked device shows as the flowchart **305** is inoperative, hence in a 'Mark as Offline' step **321***h* the tracked device is assumed to be inoperative, and thus not available for any services or requests.

In one example, all the devices herein (including server devices) in the system are tracked and are executing the tracked device flowchart **310** and the flowchart **310***a* in FIG. **31**. Alternatively or in addition, all the devices in a system

(including server devices) are tracking other devices and execute the tracking device flowcharts **320** in FIG. **32**. In one example, the client devices, such as client device #**1 31***a* and the client device #**2 31***b* are the tracked devices, and thus execute the tracked device flowchart **310** and the flowchart **310***a* in FIG. **31**, and the tracking devices are the tunnel devices (such as the tunnel device #**1 33***a*, the tunnel device #**2 33***b*, and the tunnel device #**3 33***c*) and the acceleration server **32**, each executing the tracking device flowcharts **320** in FIG. **32**. Alternatively or in addition, the tunnel devices (such as the tunnel device #**1 33***a*, the tunnel device #**2 33***b*, and the tunnel device #**3 33***c*) are the tracked devices, and thus execute the tracked device flowchart **310** and the flowchart **310***a* in FIG. **31**, and the tracking devices are the client devices (such as client device #**1 31***a* and the client device #**2 31***b*) and the acceleration server **32**, each executing the tracking device flowcharts **320** in FIG. **32**. An example of the acceleration server **32** keeping a status of client devices and tunnel devices is shown as a column 'status' **41***e* in the table **40** in FIG. **5***a*, where the first row **42***a* entry shows that the associated tunnel is in an 'online' state, the second row **42***b* entry shows that the associated tunnel is in a 'congested' state, the third row **42***c* entry shows that the associated client is in an 'online' state, the fourth row **42***d* entry shows that the associated client is in an 'offline' state, and the fifth row **42***e* entry shows that the associated client/tunnel is in a 'congested' state. When the acceleration server **32** prepares a list of tunnel devices to be used as part of the 'Prepare List' step **81***e* in the flowchart **80**, tunnel devices that are 'offline' and tunnel devices that are congested (such as the tunnel device associated with the entry of the second row **42***b* in the table **40**) are not used, and are not included is the tunnel devices list sent to the requesting client device as part of the 'Send List' step **81***f* in the flowchart **80**.

In one example, the client devices, such as client device #**1 201***a* is the tracked devices, and thus execute the tracked device flowchart **310** and the flowchart **310***a* in FIG. **31**, and the tracking devices are the agent devices (such as the agent device #**1 103***a*, the agent device #**2 103***b*, and the agent device #**3 103***c*), the peer devices (such as the peer device #**1 102***a*, the peer device #**2 102***b*, and the peer device #**3 102***c*), and the acceleration server **202**, each executing the tracking device flowcharts **320** in FIG. **32**. Alternatively or in addition, the agent devices (such as the agent device #**1 103***a*, the agent device #**2 103***b*, and the agent device #**3 103***c*) are the tracked devices, and thus execute the tracked device flowchart **310** and the flowchart **310***a* in FIG. **31**, and the tracking devices are the client devices (such as client device #**1 201***a*), the peer devices (such as the peer device #**1 102***a*, the peer device #**2 102***b*, and the peer device #**3 102***c*), and the acceleration server **202**, each executing the tracking device flowchart **320** in FIG. **32**. Alternatively or in addition, the peer devices (such as the peer device #**1 102***a*, the peer device #**2 102***b*, and the peer device #**3 102***c*) are the tracked devices, and thus execute the tracked device flowchart **310** and the flowchart **310***a* in FIG. **31**, and the tracking devices are the client devices (such as client device #**1 201***a*), the agent devices (such as the agent device #**1 103***a*, the agent device #**2 103***b*, and the agent device #**3 103***c*), and the acceleration server **202**, each executing the tracking device flowchart **320** in FIG. **32**. In such a system, an agent device or a peer device, that is either congested or offline, is not selected to provide a service to a client device. For example non-online agent devices are not selected as part of the 'Select Agents' step **231***f* in the flowchart **230**, and non-online peer devices are not selected as part of the 'Select Peers' step **238***a* in the flowchart **230**.

A device may be selected to provide a service, such as a tunnel device that may be selected (alone or as part of a group) by a client device as part of the 'Select Tunnels' step **101***a* in the flowchart **100**. The selected tunnel device may shift to the 'offline' state **301** or to the 'congested' state **303**, and thus respectively becomes unavailable or less effective to use. In such a case, a new tunnel device, that was not formerly selected, may be now selected as a substitute for the 'offline' or 'congested' tunnel device as part of a 'Replace Device' step **321***d*. Similarly, an agent device may be selected (alone or as part of a group) by a client device as part of the 'Select Agents' step **231***f* in the flowchart **230**. The selected agent device may shift to the 'offline' state **301** or to the 'congested' state **303**, and thus respectively becomes unavailable or less effective to use. In such a case, a new agent device, that was not formerly selected, may be now selected as a substitute for the 'offline' or 'congested' agent device as part of a 'Replace Device' step **321***d*. Alternatively or in addition, a peer device may be selected (alone or as part of a group) by a client device as part of the 'Select Peers' step **238***a* in the flowchart **230***b*. The selected peer device may shift to the 'offline' state **301** or to the 'congested' state **303**, and thus respectively becomes unavailable or less effective to use. In such a case, a new peer device, that was not formerly selected, may be now selected as a substitute for the 'offline' or 'congested' peer device as part of a 'Replace Device' step **321***d*.

Alternatively or in addition, in the case where multiple devices are selected to provide a service, such as a group of multiple tunnel devices, a group of multiple agent devices, or a group of multiple peer devices, the unavailability of a single device or multiple devices in the group (due to shifting to 'offline' state **301** or to 'congested' state **303**), may not be handled or corrected, as long as a performance criterion or a threshold is not crossed. For example, assume 5 tunnel devices are assigned to a client device in the 'Select Tunnels' step **101***a*, where the system set a criterion of a minimum of 3 operative tunnel devices. Hence, as long as at least 3 tunnel devices are available and operational, no corrective action will be taken, and no devices will be replaced as part of the 'Replace Device' step **321***d*. Hence, even in the case of two tunnel devices becoming unavailable or congested, no new tunnel devices will be provided to fetch content for the applicable client device. However, in such a case, if 3 tunnel devices become unavailable rendering only 2 in operational (online) state, at least one new tunnel device will be selected (according to any criterion described herein) and will be used as a replacement as part of the 'Replace Device' step **321***d*.

The system **30** shown in FIG. **5** above describes the components involved in fetching content using tunnel devices. The system **30** comprises the acceleration server **32**, which may execute a part of, or the whole of, the acceleration server tunnel-related flowcharts, such as the flowchart **80** shown in FIG. **8** or the flowchart **90** shown in FIG. **9**. Further, the system **30** comprises client devices such as the client device #**1 31***a* and the client device #**2 31***b*, each of which may execute a part of, or the whole of, the client device related flowcharts, such as the flowchart **60** shown in FIG. **6**, the flowchart **100** shown in FIG. **10**, or the flowchart **100***a* shown in FIG. **10***a*. In addition, the system **30** comprises tunnel devices such as the tunnel device #**1 33***a*, the tunnel device #**2 33***b*, and the tunnel device #**3 33***c*, each of

which may execute a part of, or the whole of, the tunnel device related flowcharts, such as the flowchart **70** shown in FIG. **7**.

Similarly, the system **200** shown in FIG. **20** above describes the components involved in fetching content using agent and peer devices. The system **200** comprises the acceleration server **202**, which may execute a part of, or the whole of, the acceleration server agent/peer related flowcharts, such as the flowchart **250** shown in FIG. **25**. Further, the system **200** comprises client devices such as the client device #**1 201***a*, which may execute a part of, or the whole of, the client device related flowcharts, such as the flowchart **230** shown in FIG. **23**, the flowchart **230***a* shown in FIG. **23***a*, or the flowchart **230***b* shown in FIG. **23***b*. In addition, the system **200** comprises agent devices such as the agent device #**1 103***a* and the agent device #**2 103***b*, each of which may execute a part of, or the whole of, the agent device related flowcharts, such as the flowchart **240** shown in FIG. **24**. Furthermore, the system **200** comprises peer devices such as the peer device #**1 102***a*, the peer device #**2 103***b*, and the peer device #**3 103***c*, each of which may execute a part of, or the whole of, the agent device related flowcharts, such as the flowchart **240***a* shown in FIG. **24***a*.

Any network element in the system may be a dedicated device that assumes only a single role, and thus being only a client (using tunnels), a tunnel, a client (using agents/peers), an agent, or a peer device. Alternatively or in addition, a network element may be capable of assuming two or more roles, either at different times or simultaneously, from the list of roles including a client (using tunnels), a tunnel, a client (using agents/peers), an agent, or a peer device. Alternatively or in addition, a device may be capable of assuming all of the above roles. Further, the same server may be both the tunnels-related acceleration server **32** and the peer/agent related acceleration server **202**, either simultaneously or at different times. Alternately, two (or more) distinct servers may be used.

Referring to a system **340** shown in FIG. **34**, integrating both the system **30** shown in FIG. **5** and the system **200** shown in FIG. **20**. Using such a system, content may be fetched using either tunnel devices, as described, for example, in the timing and messaging chart **50** shown in FIG. **5***b*, or using agent and peer devices as described, for example, in the timing and messaging chart **220** shown in FIG. **22**, or both methods together. A client device such as a client device #**1 341** may assume the role of the tunnel-using client device #**1 31***a*, the role of the agent/peers-using client device #**1 201***a*, or both. Such a dual-function client device may execute the flowchart **330** shown in FIG. **33**, which is based on using one of the methods described herein, or both.

The client device **341** in the system **340** may use tunnel devices and assume the role of the client device #**1 31***a*, may use peer/agent devices and assume the role of the client device #**1 201***a*, or may use both methods, as shown in a flow chart **330** shown in FIG. **33**. Upon a content request, the method starts in a 'START' step **331***a*. First, it is checked in a 'Locally Cached ?' step **331***c* if the requested content is available in the client device #**1 341** itself, for example in its cache or any available storage. In one example, the content may be available in the cache memory, since the content was fetched in a past transaction and stored in the device, such as in 'Store Content' step **145** as a part of the flowchart **140** in FIG. **14**, or in a 'Store Content' step **235***a* as a part of the flowchart **230***a*. In the case of locally available content, the content is fetched from the cache (or any other storage) as part of a 'Fetch from Local cache' step **331***b*. In the case the requested content is not locally available at the device, the client device #**1 341** may check in a 'Direct Fetch ?' step **331***d* the possibility of directly accessing a data server (such as the data server #**1 22***a*) storing the content. In one example, such directly approaching the data server without using any intermediate devices such as using tunnel devices, or fetching the content from peer devices, may result in less overhead and handling, and sometimes may be faster. In the case of direct fetching, the client device #**1 341** accesses and fetch the requested content directly from the data server in a 'Fetch from Server' step **331***e*.

If the direct fetching is not selected, then in a 'Method Select' step **331***f*, the device selects which content fetching method to use. The selection of which method to use may be based on estimation of the latency associated with each method until the content is fully fetched. In one example, a method may be selected when the estimated latency using the other method is substantially longer. The client device #**1 341** may select to only use tunnel devices ('Tunnels Only'), and in this scenario, it will execute the tunnels-using client device flowchart (such as the flowchart **60** in FIG. **6**) as part of a 'Tunnel Flowchart' step **331***i*. In one example, the estimated latency using the tunnel-based method may not apply in reality, and may be much longer than estimated. In such a case, it may be beneficial to revert to the other method, which may be faster. Hence, a timer may be used in order to assess in real-time the latency associated with a method, in order to reconsider which method to use. Such a Timer #**3** is set to the estimated latency expected in the tunnels-using method, preferably with an additional margin to allow for estimation errors or inaccuracies. The Timer #**3** starts in a 'Timer #**3** Start' step **331***g*, before or in parallel the starting of the tunnel-using method in the 'Tunnel Flowchart' step **331***i*. In the case the content fetching in the 'Tunnel Flowchart' step **331***i* is completed before the timer #**3** expiration, the selected method has succeeded to fetch the content in full and the process is completed. In the case where the Timer #**3** expires in a 'Timer #**3** Expired' step **331***l* before content fetching completion, the tunnel-based method in the 'Tunnel Flowchart' step **331***i* may be stopped in 'Stop Tunnel' step **331***j* in order to save resources (such as processing power), and the 'Peer Flowchart' step **331***h* is initiated, executing the alternate method for fetching the content.

Alternatively, the client device #**1 341** may select to only use peer/agent devices ('Peers Only'), and in this scenario, it will execute the peers/agents-using client device flowchart (such as the flowchart **230** in FIG. **23** and the flowchart **230***a* in FIG. **23***a*) as part of a 'Peer Flowchart' step **331***h*. In one example, the estimated latency using the tunnel-based method may not apply in reality, and may be much longer than estimated. In such a case, it may be beneficial to revert to the other method, which may be faster. Hence, a timer may be used in order to assess in real-time the latency associated with a method, in order to reconsider which method to use. Such a Timer #**4** is set to the estimated latency expected in the peers/agents-using method, preferably with an additional margin to allow for estimation errors or inaccuracies. The Timer #**4** starts in a 'Timer #**4** Start' step **331***n*, before or in parallel to the starting of the peers/agents-using the method in the 'Peers Flowchart' step **331***h*. In the case the content fetching in the 'Peer Flowchart' step **331***h* is completed before the timer #**4** expiration, the selected method has succeeded to fetch the content in full and the process is completed. In the case where the Timer #**4** expires in a 'Timer #**4** Expired' step **331***m* before content fetching completion, the peers/agents-based method in the 'Peer

Flowchart' step **331***h* may be stopped in a 'Stop Peer' step **331***k* in order to save resources (such as processing power), and the 'Tunnel Flowchart' step **331***i* is initiated, executing the alternate method for fetching the content.

Alternatively or in addition, the client device #**1 341** may select to use both methods ('Both'), and such to simultaneously execute both the tunnels-using client device flowchart (such as the flowchart **60** in FIG. **6**) as part of the 'Tunnel Flowchart' step **331***i*, and the peers/agents-using client device flowchart (such as the flowchart **230** in FIG. **23** and the flowchart **230***a* in FIG. **23***a*) as part of the 'Peer Flowchart' step **331***h*. The two methods are executed in parallel, and one of them is completed before the other. In the case using of tunnels is faster than using peer/agent devices, the content will be fetched in full using this method, and the 'Tunnel Flowchart' step **331***i* will be completed first. In such a case, in a 'Stop Peer' step **331***k* the peer/agent using method executed as part of the 'Peer Flowchart' step **331***h* is not needed anymore (since the content was fetched in full) and is stopped, in order to save processing power and bandwidth. Similarly, In the case the using peers/agents is faster than using tunnel devices, the content will be fetched in full using this method, and the 'Peer Flowchart' step **331***h* will be completed first. In such a case, in a 'Stop Tunnel' step **331***j* the tunnels-using method executed as part of the 'Tunnel Flowchart' step **331***i* is not needed anymore (since the content was fetched in full) and is stopped, in order to save processing power and bandwidth.

A content fetched or sent by a network element may consist of, or include, video data. Video data fetched via the Internet are typically identified by a set of characters, including three fields, relating to a URL domain name, a specific video identifier, and offset, relating to the viewing point in the video data itself. For example, in a video identifier such as https://www.youtube.com/watch?v=9mSb3P7cZIE?ST=1:48, the field 'https://www.youtube.com' is the URL domain, which identify the server from which the video can be fetched, the part '9mSb3P7cZIE' identifies the video data (such as a movie) as a whole, and the offset '1:48' part in the video starting point, in this example after 1 minute and 48 seconds after the video start point. The offset may be presented (as part of the video identifier) in time using another format such as #T=3M54S (denoting starting point after 3 minutes and 54 seconds) is bytes (such as B=10344, denoting a starting point after 10344 bytes), relative offset (such as in %, such as R=54.3, denoting that the starting point is after 54.3% of the total video length, such as byte 543 out of 100 bytes sized video content)), and various other methods. In the case the content to be fetched is a video data, while the video content may be located in other network elements, it may be identified differently than the requested URL or content identifier, and as such may not be easily fetched. In one example, in order to form a common method for identification of a video-related URL, the offset is detected (e.g., by the '/' symbol, or by the identifying the offset format, or both), and the URL is stored (such as in a cache) identified as the domain name and the video data identifier only, where the offset is stored as additional separate attribute. In one example, the offset presentation is normalized to a common format, which is understood by all of the network elements.

A flowchart **410** shown in FIG. **43** describes a method for forming a unified identifying scheme for video content. The video-related content is received (or requested) by a network element in a 'URL Received' step **411***a*. In a 'Remove Offset' step **411***b*, the offset part of the URL is detected and removed, such as by detecting the '/' symbol, or by the identifying the offset format, or both. A direct request for the video content is sent to a respective data server (such as the data server #**1 22***a*) in a 'Send Request To Server' step **411***c*. Typically, the initial part of the data server response includes meta-data information, including the content length, in a form of time (such as hours, minutes, and seconds) or size (such as in bytes). Once the content size or length information is received, there is no need for any communication with the data server, and the communication session is terminated in a 'Terminate Server' step **411***e*. The content size or length information is used for unifying the form of the video identifier in a 'Normalize Offset' step **411***f*. For example, a unified scheme may include relating offset, so a video file that start at byte 345 out of 1000 total bytes will be identified as 34.5% (345/1000), and a video file that starts after 1 minute 30 second (1:30) out of a total of 10 minutes will be identified as 15%. Similarly, files that do not end at the video end may also be accordingly identified. For example, a video file that starts after 2 minutes and ends after 7 minutes, will be identified as 20-70%. In such a unified scheme, a network element may store (such as in a cache), or request, parts of a video file by using the common identification scheme. For example, a network element that stores the range from 1 minute to 22 minutes out of a video file, may respond to a request asking for the range of minute 15 to minute 17.

IP-based geolocation (commonly known as geolocation) is a mapping of an IP address (or MAC address) to the real-world geographic location of a computing device or a mobile device connected to the Internet. The IP address based location data may include information such as country, region, city, postal/zip code, latitude, longitude, or Timezone. Deeper data sets can determine other parameters such as domain name, connection speed, ISP, language, proxies, company name, US DMA/MSA, NAICS codes, and home/business classification. The geolocation is further described in the publication entitled: "*Towards Street-Level Client-Independent IP Geolocation*" by Yong Wang et al., downloaded from the Internet on July 2014, and in an Information Systems Audit and Control Association (ISACA) 2011 white-paper entitled: "*Geolocation: Risk, Issues and Strategies*", which are both incorporated in their entirety for all purposes as if fully set forth herein. There are a number of commercially available geolocation databases, such as a web-site http://www.ip2location.com operated by Ip2location.com headquartered in Penang, Malaysia, offering IP geolocation software applications, and geolocation databases may be obtained from IpInfoDB operating website http://ipinfodb.com, and by Max Mind, Inc., based in Waltham, Mass., U.S.A. operating the web-site https://www.maxmind.com/en/home.

Further, the W3C Geolocation API is an effort by the World Wide Web Consortium (W3C) to standardize an interface to retrieve the geographical location information for a client-side device. It defines a set of objects, ECMA Script standard compliant, that executing in the client application give the client's device location through the consulting of Location Information Servers, which are transparent for the Application Programming Interface (API). The most common sources of location information are IP address, Wi-Fi and Bluetooth MAC address, radio-frequency identification (RFID), Wi-Fi connection location, or device Global Positioning System (GPS) and GSM/CDMA cell IDs. The location is returned with a given accuracy depending on the best location information source available. The W3C Recommendation for the geolocation API specifications draft dated Oct. 24, 2013, is available from the web-site http://

www.w3.org/TR/2013/REC-geolocation-API-20131024. Geolocation-based addressing is described in U.S. Pat. No. 7,929,535 to Chen et al., entitled: "Geolocation-based Addressing Method for IPv6 Addresses", and in U.S. Pat. No. 6,236,652 to Preston et al., entitled: "Geo-spacial Internet Protocol Addressing", and in U.S. Patent Application Publication No. 2005/0018645 to Mustonen et al., entitled: "Utilization of Geographic Location Information in IP Addressing", which are all incorporated in their entirety for all purposes as if fully set forth herein.

Geolocation may be used by any network element. The peer devices described above as storing a content (chunks) that is required by a client device, and thus the client device fetches the content from the peer devices rather than directly from the web server (or in addition to it). In some cases, multiple devices are available storing unknown content which may be the content required by a client device. The geolocation may be used to determine which available devices may be, or are expected to be, storing the content that is requested. In this context, two Internet-connected devices, each identified by a respective IP address, for example, are considered as being 'close' if there is a likelihood that the same content is stored in both, or that both devices fetched the same content from a data server. Similarly, two devices are considered closer than the other two devices if there is a higher likelihood that they store the same content (from the same data server).

Referring now to FIG. **35** showing a flowchart **350**, which may be executed by any network element, describing a method for selecting devices based on a geolocation and on location-specific attributes, for use by a requesting device, interested in obtaining a content from a data server. In a 'Receive IP List' step **351** a list of devices available to select from is obtained. In one example, the devices may be identified by their respective IP addresses. In an 'Associate Location' step **352**, the IP address of each of the devices is used to obtain the physical geographical location of the device using any geolocation schemes, such as looking up a local database stored in the requesting device, or using a remote database via the Internet. The physical geographical location may include a country, region (such as state or county), city, postal/zip code, latitude, longitude, or timezone. In a 'Select Devices' step **354**, one or more devices are selected from the list.

In one example, the selection is based only on the obtained the geographical location. In one example, such selection may be based on the physical geographical location of the requesting device (obtained locally at the requesting device or by using a geolocation), a physical geographical location of the data server storing a content that is requested (obtained locally or by using geolocation), or relating to physical geographical location of IP addressable, Internet connected device. In one example, the devices may be selected based on being in the same location, such as in the same continent, country, region, city, street, or timezone. The devices may be selected from the list based on the physical geographical distance, where 'closeness' is defined as based on actual geographical distance between devices, where shorter distance indicates closer devices. For example, is the case where the latitude and the longitude are obtained, the physical distance between each device in the list and the requesting device (or the data server or another device) may be calculated, and the nearest device will be first selected, then the second nearest device, and so on. Alternatively or in addition, devices in the same city (or street) as the requesting device are considered as the closest and may be first selected, then the devices that are in the same region or country may be considered as close and may be selected next.

In one example, an attribute is used as a basis for defining 'closeness' in the 'Select Devices' step **354**, and each device is associated with an attribute value based on its geographical physical location, in an 'Associate Attribute' step **353**. The information relating to the various attributes can be obtained from a database that is local to the requesting device, or may be publicly available via the Internet, using city, region, or country based databases. In one example, country based information may be obtained via the Internet, such as 'The World Factbook' website by the U.S. Central Intelligence Agency (CIA) having a URL: "https://www-.cia.gov/library/publications/the-world-factbook/docs/notesanddefs.html?fieldkey=2113&alphaletter=G&term=Geography-note", and the United Nations Statistics Division website: https://data.un.org.

One example of such an attribute is the language that is widely spoken (or is the formal language) in a geographical location, such as in a country. In this aspect, while Portugal is geographically closer to Germany than to Brazil, using the language as the selection attribute suggest that Portugal is 'closer' to Brazil, since the Portuguese language is popular in both these countries, and Portuguese—speaking Portugal is language-wise distant from German-speaking Germany. Similarly, Arabic-spoken countries are close to each other, regardless of the actual geographical distance. Such 'closeness' definition is supported, since a web-site or URL having a content (such as text, audio or video) in Portuguese language, is likely to be accessed by users from Brazil and Portugal, and less likely to be accessed by users located in Germany.

Another example of an attribute is the popular sport type in the geographical location. For example, soccer is most popular in Brazil and in Germany, while American football is popular in the U.S. Regarding this aspect, Brazil is considered to be closer to Germany than to the U.S., as it is expected that web-sites associated with soccer will be more popular with users in Germany and Brazil rather than with user in North-America. Another example of an attribute is the religion popular in a region or a country. In this aspect, Turkey and Egypt, both being Islamic countries, are religion-wise closer than Turkey and Greece, having different dominant religion, in spite of their geographical proximity. For example, web-site offering Islamic-related content are likely to be more popular in Turkey and Egypt, rather than in Greece.

Other attributes relating to people and society may include race and ethnic groups, and demographic or social characteristics, such as population, age structure, population growth rate, death rate, birth rate, migration rate, sex ratio, life expectancy, and health expenditures. Other attributes may include economical-related characteristics (of a location or a country), such as Gross Domestic Product (GDP), GDP per capita (PPP), gross national saving, agriculture products, industry types, labor force, unemployment rate, household income or consumption by percentage share, Government budget, taxes and other revenues, inflation rate (consumer prices), export/import of goods and services, household consumption, government consumption, and investment in fixed capital.

Another example of an attribute is the weather in a location or a country. Countries or locations associated with cold weather are being considered weather-wise closer than locations having distinct and different weather. For example, web-sites relating to ski resorts or snow related equipment

are likely to be more popular in cold weather countries than countries having a desert climate. Similarly, web-sites relating to cooling equipment (such as air conditioners) are likely to be more popular in warm weather locations and countries. In addition to climate, other geographical related characteristics include having a coastline, terrain, natural resources, and environment.

In one example, the following demographic attributes or categories can be used: Gender, such as male or female; age, such as the age groups 0-11, 12-17, 18-20, 21-24, 25-34, 35-49, 50-54, 55-64, and 65-99; income (in US $, for example) such as 0-24,999, 25,000-49,999, 50,000-74,999, 75,000-99,999, 100,000-149,000, and 150,000 and up; education such as some High School, High School Graduate, Home College, Associates Degree, Bachelor's Degree, and Post Graduate; occupation such as administrative or Clerical, Craftsman, Educators, Executive, Laborer, Homemaker, Military, Professional, Sales, Service, Student, Technical, Self-employed, and Retired; race such as Hispanic, Non-Hispanic, African American, Caucasian, Asian, and Native American. Alternatively or in addition, the following psychographic categories may be used: Travel, such as Air, Car Rental, Lodging; Reservations; and Maps; Finance/Investments such as Banking Brokers, Quotes, Insurance, and Mortgage; sports, such as Auto Racing, Baseball, Basketball, Fantasy Sports, Football, Hockey, Soccer, Golf, and Tennis; recreation & hobbies such as Cycling, Golf, Hiking, Sailing, Snow, Sports, Surfing, Tennis, Home & Garden, Pets, Genealogy, Photography, Games, and Toys; entertainment such as Movies/Film, Music, Theater, TV/Video, Sci-Fi, Humor, Games, and Toys; auto such as Trucks, SUV, and Sports car; news and information such as Magazines and Weather; politics such as Democrat and Republican; E-shopping such as Groceries, Furniture, Auctions, Cards/Gifts, Apparel, Books, Music, TV/Video; Software such as E-purchasing and Computers; Science; Employment; health & fitness; Medical; Pharmacy; Dating/Single; Advice; Beauty; Weddings; Maternity; or Spirituality/Religion such as Astrology. An example of profiling web users is described in U.S. Pat. No. 8,108,245 to Hosea et al., entitled: "Method and System for Web User Profiling and Selectivve Content Delivery", which is incorporated in its entirety for all purposes as if fully set forth herein.

A bitmap (a.k.a. bit array or bitmap index) is a mapping from some domain (for example, a range of integers) to bits (values that are zero or one). In computer graphics, when the domain is a rectangle (indexed by two coordinates) a bitmap gives a way to store a binary image, that is, an image in which each pixel is either black or white (or any two colors). More generally, the term 'bitmap' is used herein to include, but not limited to, a pixmap, which refers to a map of pixels, where each one may store more than two colors, thus using more than one bit per pixel. A bitmap is a type of memory organization or image file format used to store digital images.

In typical uncompressed bitmaps, image pixels are generally stored with a color depth of 1, 4, 8, 16, 24, 32, 48, or 64 bits per pixel. Pixels of 8 bits and fewer can represent either grayscale or indexed color. An alpha channel (for transparency) may be stored in a separate bitmap, where it is similar to a grayscale bitmap, or in a fourth channel that, for example, converts 24-bit images to 32 bits per pixel. The bits representing the bitmap pixels may be packed or unpacked (spaced out to byte or word boundaries), depending on the format or device requirements. Depending on the color depth, a pixel in the picture will occupy at least n/8 bytes, where n is the bit depth. For an uncompressed, packed within rows, bitmap, such as is stored in Microsoft DIB or BMP file format, or in uncompressed TIFF format, a lower bound on storage size for a n-bit-per-pixel (2n colors) bitmap, in bytes, can be calculated as: size=width·height·n/8, where height and width are given in pixels. In the formula above, header size and color palette size, if any, are not included.

The BMP file format, also known as bitmap image file or Device Independent Bitmap (DIB) file format or simply a bitmap, is a raster graphics image file format used to store bitmap digital images, independently of the display device (such as a graphics adapter), especially on Microsoft Windows and OS/2 operating systems. The BMP file format is capable of storing 2D digital images of arbitrary width, height, and resolution, both monochrome and color, in various color depths, and optionally with data compression, alpha channels, and color profiles. The Windows Metafile (WMF) specification covers the BMP file format.

An image scaling is the process of resizing a digital image. Scaling is a non-trivial process that involves a trade-off between efficiency, smoothness and sharpness. With bitmap graphics, as the size of an image is reduced or enlarged, the pixels that form the image become increasingly visible, making the image appear "soft" if pixels are averaged, or jagged if not. With vector graphics, the trade-off may be in processing power for re-rendering the image, which may be noticeable as slow re-rendering with still graphics, or slower frame rate and frame skipping in computer animation.

Apart from fitting a smaller display area, image size is most commonly decreased (or subsampled or downsampled) in order to produce thumbnails. Enlarging an image (upsampling or interpolating) is generally common for making smaller imagery fit a bigger screen in fullscreen mode, for example. In "zooming" a bitmap image, it is not possible to discover any more information in the image than already exists, and image quality inevitably suffers. However, there are several methods of increasing the number of pixels that an image contains, which evens out the appearance of the original pixels. Typically scaling of an image, such as enlarging or reducing the image, involves manipulation of one or more pixels of the original image into one or more pixels in the target image. In many applications, image scaling is required to be executed in real-time, requiring processing power. Scaling or resizing of an image is typically measured as the ratio (in %, for example) of the number of pixels of the resulting image relative to the number of pixels in the original image. Some image scaling schemes are simple and may be quickly and efficiently processed, such as the examples shown in FIG. **36***a*. An original image is shown in grid **362***a*, including an exemplary pixel **363**, and the image after image scaling of 400% is shown as grid **362***b*, where the single pixel **363** is manipulated into four pixels **363***a*, **363***b*, **363***c*, and **363***d* arranged as a 2×2 square matrix. Similarly, each of the pixels in the original image is converted into 4 pixels arranged as a square, where all the newly generated pixels have the same bit value ('0' or '1') in a bitmap, or the color value in case of multiple bits per pixel. Similarly, an original image is shown in grid **365***a*, including an exemplary pixel **364**, and the image after image scaling of 900% is shown as grid **365***b*, where the single pixel **364** is manipulated into nine pixels **364***a*, **364***b*, **364***c*, **364***d*, **364***e*, **364***f*, **364***g*, **364***h*, and **364***i* arranged as a 3×3 square. Similarly, each of the pixels in the original image is converted into 9 pixels arranged as

a square, where all the newly generated pixels have the same bit value ('0' or '1') in a bitmap, or the color value in case of multiple bits per pixel.

Some image reduction schemes are simple and may be quickly and efficiently processed, such as the examples shown in FIG. **36***b*. An original image is shown in grid **366***b*, including an exemplary 4 pixels **368***a*, **368***b*, **368***c*, and **369***d* arranged as a 2×2 square, and the image after image down-scaling of 25% is shown as grid **366***a*, where a single pixel **368** is represents the four pixels. Similarly, each group of 2×2 pixels in the original image is converted into a single pixel, where all the newly generated pixels are an average of the original 4 pixels value ('0' or '1' in a bitmap, or the color value in case of multiple bits per pixel). Similarly, an original image is shown in a grid **367***b*, including an exemplary 9 pixels **369***a*, **369***b*, **369***c*, **369***d*, **369***e*, **369***f*, **369***g*, **369***h*, and **369***i*, arranged as a 3×3 square, and the image after image downscaling of 1/9 (11.11%) is shown as a single pixel **369** in the grid **367***a*, where the single pixel **369** represents the 9 pixels. Similarly, each 3×3 pixels matrix in the original image is converted into a single pixel, where all the newly generated pixel is an average of the original 9 pixel value ('0' or '1' in a bitmap, or the color value in case of multiple bits per pixel).

Referring now to a flowchart **360** in FIG. **36**, which may be executed by any network element, describing a method for combining quick scaling schemes with another scaling scheme, for achieving quicker and more efficient downscaling scheme. The original image, designated as IMG(0) and the scaling requested (in %) is obtained in a 'Receive IMG(0), Scaling (%)' step **361***a*. The parameter N is zeroed in an 'N←0' step **361***b*, denoting the flowchart initial state. If the scaling required is above 50% as is checked in a 'Scaling>50% ?' step **361***c*, then the current image in the N-th cycle designated as IMG(N), is scaled using any scaling or resizing method in a 'Scale IMG(N)' step **361***d*, and the method ends in an 'END' step **361***e*. In the case the scaling required is below 50%, a 50% scaling is executed using a quick and simple scaling scheme as described above, in a 'Scale 50%' step **361***f*. The cycle counter N is raised by 1 in a 'N←N+1' step **361***g*, and then the image is scaled 200% and the requested scaling (received in the initial 'Receive IMG(0), Scaling (%)' step **361***a*) is doubled, in a 'Resize 200%, Scale←Scale*2' step **361***h*, and the process is repeated until the scaling is above 50%. In such a scheme, in case a scaling of 30% is required, a scaling of 50% will be followed by another scaling of 60% (30%*2), resulting a total of scaling of 30% as originally required.

When using a graphics-based human interface, when an element is dragged from a location to another location on a screen, the dragging is typically limited by the outer limits of the parent object, as schematically shown in views **370***a* and **370***b* in FIG. **37**. In the view **370***a*, a box-shaped object (**1**) **373** is located within the area of a parent object (**2**) **372**, which in turn is within the area of its parent object (**3**) **371**. A user may attempt to drag the object (**1**) **373** to a left bottom corner of the screen, as illustrated by the hand **375** and the dashed line **374**, to a location which is external to the object (**3**) **371** defined area. In many cases, the dragging of the object (**1**) **373** may not exceed its parent object (**2**) **372** periphery, and thus the dragging is limited to the left bottom limit of the object (**2**) **372** as shown in view **370***b*. It may be beneficial to allow the object (**1**) **373** to be dragged as requested by the user along the dragging line **374** to the left bottom corner as shown by view **370***c* in FIG. **37***a*. In one example, such dragging external to a limited low-level object area may be executed by transferring (or 'inheriting') the dragging request to higher level objects (such as object (**2**) **372** and object (**3**) **371**, where such dragging is allowed.

Referring now to a flowchart **380** shown in FIG. **38**, which may be executed by any network element, and is schematically describing the transfer of a dragging request to higher levels until such dragging is allowed. The element to be dragged is identified as an object (**1**) in a 'Receive Object (**1**)' step **381***a*, located in a current located designated as (current_X, current_Y), denoting the (x,y) coordinated on the screen. For example, object (**1**) **373** (shown in views **370***a* and **370***b*) and its associated current coordinates are identified. The new location coordinates, designated as (new_X, new_Y) to which the object (**1**) is to be dragged (such as the drag line **374**), is received in a 'Receive New Location' step **381***b*, hence a requested movement can be calculated as (new_X−current_X, new_Y−current_+Y). The cycles of the flowchart **380** are monitored by a cycle counter N, which is set to 1 at a 'N←1' step **381***c*.

In a 'Location Beyond Object (N+1) Limits?' step **381***d* the requested new location (new_X, new_Y) is checked to be within the limits of the parent (object (N+1)) of the current object (N). For example, the object (**1**) **373** new location is checked to be within the limits of object (**2**) **372**. In the case where the requested new location exceeds the limits of the parent (object (N+1)), the counter N in raised by 1 in a 'N←N+1' step **381***e*, and the check is repeated with the new object in a 'Location Beyond Object (N+1) Limits?' step **381***d*. In the example shown in view **370***a*, the required new location is outside the area of an object (**2**) **372**, hence the counter will be increased, and the new location will now be checked versus the object (**3**) **371**. In a case where the new location (new_X, new_Y) is found to be within the limits of the parent (object (N+1)), then in a 'Move Objects (**1**, **2**, . . . N) to New Location' step **381***f* the object (**1**), as well as all its parent objects, such as object (**2**), object (**3**), . . . object (N), are shifted according to dragging requested (new_X−current_X, new_Y−current+Y), so that the object (**1**) reaches the required new location (new_X, new_Y). Such movement is exampled in a view **370***c*, where the object (**1**) **373** is shown in its new location, and where the object (**2**) **372** is shown also after being moved as required in order to allow for the object (**1**) **373** movement.

Any device herein may be connected to the Internet using a wireless access, such as via a WLAN, such as the device **11***a* shown in an arrangement **20***a* in FIG. **2***b*. In one example shown in an arrangement **390** in FIG. **39**, a device **391** (which may correspond to any device or network element herein) may be in the range of 3 WAPs **26***b*, **26***c* and **26***d*, which are all password protected, and each of the WAPs is allowing connection to the Internet. In a case where the user of the device **391** is not aware of the password, no connection to the Internet is easily available. In an emergency, where no other communication means are available, there may be an urgent need to communicate via one of the WAPs, such as to the Internet, for example in order to call for help. In such a case, it may be beneficial to guess a password used by one (or more) of the WAPs, in order to be able to communicate over the Internet (or any other network backbone). The device **391** may include locally (such as in storage memory **25***c*), or be connected to, a database **392**, which may comprise a list of passwords that may be suitable for use with the WAPs. The database **392** may be periodically updated by the device **391**, or may be updated by accessing and fetching passwords from other databases over the Internet.

A flowchart **400** in FIG. **40**, which may be executed by any network element, describes a method for guessing

passwords, for example to be used for communicating via WAPs, based on a geographical location, a user history, or a WAP vendor. Starting in a 'Select WAP' step **401***a*, one of the WAPs is selected. In the case of a presence of a single WAP, it is the one to select. If few WAPs are available, such as in the system **390** shown in FIG. **39**, one of the WAPs is selected, such as WAP **26***b*, randomly or according to set criteria. The selected WAP is then checked to be password protected in a 'Password Protected ?' step **401***b*. Upon detecting that the WAP is not 'locked' and no password is thus not required, a connection with the selected WAP is established in a 'Connect' step **401***c*, and the device (such as the device **391**) may then communicate via the selected WAP (such as the WAP **26***b*) over the Internet.

Commonly users or devices in a certain geographical location (such as city or country) are more likely to use certain passwords, due to the tendency of the local population (having similar demographics, for example), to choose similar or same words. Hence, in a case wherein the selected WAP is password-protected, the device **391** fetches from the database **392** and tries various passwords associated with the local geographical location in a 'Location Based' step **401***d*. If one of the tried guessed password is indeed successful, and a connectivity is achieved with the selected WAP, as checked in an 'Access?' step **401***e*, then a connection to the selected WAP is established in a 'Connect' step **401***c*, and the device (such as device **391**) may then communicate via the selected WAP (such as WAP **26***b*) over the Internet. In order to simplify remembering and handling multiple passwords, users commonly use the same password or a minimal set of correlated passwords for many purposes. Hence, in the case none of the location based guessed passwords was found suitable, the device **391** fetches from database **392** a list of passwords that were previously used, even if used for another WAP. If one of the tried guessed password is indeed successful, and connectivity is achieved with the selected WAP, as checked in an 'Access?' step **401***g*, a connection with the selected WAP is established in a 'Connect' step **401***c*, and the device (such as device **391**) may then communicate via the selected WAP (such as WAP **26***b*) over the Internet. Typically WAPs are manufactured and shipped having a default (vendor set) password. In many cases, the user of a WAP does not change the default password, and the database **392** may store a list of such default passwords, associated with various manufacturers and WAP types. Typically, as part of communicating with a WAP, the WAP type (e.g., model number) or the WAP manufacturer identifier or name (or both), are exchanged as part of the handshaking process. In a 'Vendor Based' step **401***h*, the device **391** tries a list of passwords based on the WAP type or vendor, or based on a list of all known manufacturers default values. If one of the tried guessed password is indeed successful, and connectivity is achieved with the selected WAP, as checked in an 'Access?' step **401***i*, a connection with the selected WAP is established in a 'Connect' step **401***c*, and the device (such as the device **391**) may then communicate via the selected WAP (such as the WAP **26***b*) over the Internet. If none of the former password guessing techniques is successful, and in case other WAPs are available, the device **391** may select another WAP, such as WAP **26***c* in system **390**, in a 'Select Another WAP' step **401***j*, and repeat the passwords guessing with the newly selected WAP.

Referring to FIG. **41** showing a system **400***a*, which is based on the system **390** shown in FIG. **39**, comprising also a locked WAP **26***e* and a locked WAP **26***f*. The system is shown to include two devices, a device #**1** **391***a* (which may correspond to device **391** in the system **390**) having a password database **392***a* in the memory, and a device #**2** **391***b* (which may also correspond to device **391** in the system **390**) having a password database **392***b* in the memory. The device #**1** **391***a* is located in the range of the WAP **26***d*, and may communicate with this WAP over a WiFi communication link **404***d*, is located in the range of the WAP **26***b*, and may communicate with this WAP over a WiFi communication link **404***b*, and is located in the range of WAP **26***c*, and may communicate with this WAP over a WiFi communication link **404***c*. Similarly, the device #**2** **391***b* is located in the range of the WAP **26***b*, and may communicate with this WAP over a WiFi communication link **404***a*, is located in the range of the WAP **26***c*, and may communicate with this WAP over a WiFi communication link **404***g*, is located in the range of the WAP **26***e*, and may communicate with this WAP over a WiFi communication link **404***e*, and is located in the range of the WAP **26***f*, and may communicate with this WAP over a WiFi communication link **404***f*. Hence, both two devices **391***a* and **391***b* may communicate with the WAPs **26***b* and **26***c*. The two devices may share information about the authentication with these WAPs. Furthermore, an authentication server **403** may include a database **392***c* storing passwords (and other authentication means), and may share the database **392***c* with the two devices **391***a* and **391***b*.

For each of the communication links, a device may assign a level of sharing, associated with the intention of a user of the device to share the passwords, stored in the local database or stored in the database **392***c* of the authentication server **403**, with other users or devices. For example, the device #**1** **391***a* may assign a level of 'Private' to the communication link **404***d* with the WAP **26***d*, denoting that the password (or other credentials) associated with this connection is not to be shared with others, for example, since the WAP **26***d* is the user private network at home. Similarly, the user of the device #**2** **391***b* may assign a level of 'Private' to the communication links **404***e* and **404***f*. Alternatively or in addition, a device (such as the device #**1** **391***a* or the device #**2** **391***b*) may assign a level of 'Friends' to a password, associated with an intention to share the available password with a limited number of devices or users ('friends'), as shown regarding to communication links **404***c* and **404***g* in the system **400***a*. Further, a device (such as the device #**1** **391***a* or the device #**2** **391***b*) may assign a level of 'All' to a password, associated with an intention to share the available password with any device or user, as shown regarding to communication links **404***a* and **404***b* in the system **400***a*. The user and authentication database **392***c* keeps the connection levels between the users of the system (i.e., who is friends with who). The clients update this central database **392***c* when new authentication information about a WAP is acquired, such as when the authentication information no longer works, or when updated or new authentication information is known. Once deployed in large numbers, the size of the authentication database **392***c* becomes significant and large. Thus the update from the central database **392***c* to the clients can be done in parts, such as loading only the information that a device is most likely to require, for example, to limit the size of the database to local geography, and/or by getting all access points located in close proximity to all (or popular) points of entries in various countries. For example, a device may periodically connect to the central database **392***c*, and may fetch therefrom an update of list of relevant passwords, and store these passwords in the local database, such as the database **392***a* or **392***b*. Further, the device may also update the central database **392***c* of any new information it has acquired

regarding authentication methods (such as passwords) regarding to various WAPs. The size of the information that is loaded into the device may be limited, and the device may get an update on authentication information only regarding to WAPs that may be of interest to that device.

A flowchart **400***b* shown in FIG. **42** describes an example of the system **400***a* operation. In a 'WAP connection' step **402***a*, a request from a device (such as the device #**1 391***a* or the device #**2 391***b*) to connect to a WAP (such as the WAP **26***d* or the WAP **26***f*) is intercepted, typically in order to access the Internet. First, using a protocol handshake or any other scheme, the device checks if authentication is required by the specific WAP, as part of an 'Authentication Required ?' step **402***b*. If no authentication is required, the device may connect to the WAP in a 'Connect' step **402***c*. In the case the WAP required authentication for connecting to, the device checks the local authentication database (such as the database **391***a* or the database **391***b*), as part of a 'Locally Stored ?' step **402***d*. If the relevant authentication information is locally available, the device may connect using this information in a 'Connect Using Local Data' step **402***e*. In the case of successful connection to the WAP, as checked in a 'Successful ?' step **402***i*, the device may send an update to the central database **392***c* in the authentication server **403**, notifying or updating it regarding the validity and regarding the authentication information associated with the WAP.

In the case there is no locally available password regarding the respective WAP, the device may connect to the authentication server **403** for fetching authentication information from the central database **392***c*. The server **403** checks the availability of the requested password in a 'Server Stored ?' step **402***g*. If no authentication information is found to be stored in the central database **392***c*, the authentication server **403** accordingly replies to the requesting device. Upon receiving of the server **403** response, the device may be prompted that no authentication information is available for the WAP, in a 'No Success' step **402***k*. The user then may select another WAP (if available), and repeat the process (with the newly selected WAP) as part of the 'WAP Connection' step **402***a*.

Alternatively or in addition, the device may try the password of the WAP in a 'Guess Password' step **402***i*, and such guessing scheme may consist of, include, or be based on, the guessing method described in the flowchart **400** in FIG. **40**. If the password guessing in the 'Guess Password' step **402***i* is successful, as checked in a 'Successful ?' step **402***j*, the device may send the successfully guessed password to the server **403** to be stored in the database **392***c*, as part of an 'Update Database' step **402***m*, so this password may be used by other devices (if allowed) when connecting to this WAP. In the case wherein a password is stored in the central database **392***c* for this WAP, the authentication server **403** fetches the stored password, and sends it to the requesting device, which then uses this password for connecting to the WAP, in a 'Receive from Server & Connect' step **402***h*. If the connection is successful, as checked in a 'Successful ?' step **402***l*, the device may send a message to the server **403**, notifying it that the password fetched is indeed valid. However, if the connection is not successful, for example, since the password was changed or is otherwise not valid, the device may send this information to the server **403**, allowing it to delete the non-valid password from the central database **392***c*, in a 'Delete from database' step **402***n*.

As part of sending the authentication server **403** a new password, such as in 'Update Database' step **402***m*, the sending device may associate a level of sharing with such password, such as 'Private' (i.e., don't share with anyone), Friends' (i.e., only share with friends), 'Family' (i.e. only share with family), or 'All'. When fetching a password from the central database **392***c*, such as in 'Request from Server' step **402***f*, the server **403** returns the stored password only if the requesting device is authorized to receive this information. For example, if the password is marked as 'Friends', only devices (or users) that are identified as 'friends' may fetch the stored password.

Referring to an architecture **440** shown in FIG. **44**, which is based on the architecture **430** shown in FIG. **3**, describing an example of a software and hardware interface in a WDM-based operating system, which may be part of any device (or server) described herein. In the arrangement **440**, the device may assume the role of a tunnels-using client device (such as the client device #**1 31***a* or the client device #**2 31***b*) and thus executes a 'Client (Tunnel) Flowchart' **441***a*, which may be a part of, or the whole of, the client device related flowcharts, such as the flowchart **60** shown in FIG. **6**, the flowchart **100** shown in FIG. **10**, or the flowchart **100***a* shown in FIG. **10***a*. Alternatively or in addition, the device may assume the role of a Peers/Agents-using client device (such as the client device #**1 201***a*) and thus executes a 'Client (Peers) Flowchart' **441***a*, which may be a part of, or the whole of, the client device related flowcharts, such as the flowcharts **230**, **230***a*, and **230***b*, respectively shown in FIGS. **23**, **23***a*, and **23***b*. Alternatively or in addition, the device may assume the role of a tunnel device (such as the tunnel device #**1 33***a*, the tunnel device #**2 33***b*, or the tunnel device #**3 33***c*), and thus executes a 'Tunnel Flowchart' **441***c*, which may be a part of, or the whole of, the tunnel device related flowcharts, such as the flowchart **70** shown in FIG. **7**. Alternatively or in addition, the device may assume the role of an agent device (such as the agent device #**1 103***a*, the agent device #**2 103***b*, or the agent device #**3 103***c*), and thus executes an 'Agent Flowchart' **441***d*, which may be a part of, or the whole of, the agent device related flowcharts, such as the flowchart **240** shown in FIG. **24**. Alternatively or in addition, the device may assume the role of a peer device (such as the peer device #**1 102***a*, the peer device #**2 102***b*, or the peer device #**3 102***c*), and thus executes a 'Peer Flowchart' **441***e*, which may be a part of, or the whole of, the agent device related flowcharts, such as the flowchart **240***a* shown in FIG. **24***a*. Similarly, the device may execute a web browser application **441***f*, that may use the acceleration applications above for faster operation.

While the arrangement **10** shown in FIG. **1** includes a single communication interface **29** connecting to a LAN **14**, currently many computerized devices and systems include multiple communication interfaces, such as Communication Interface #**1 443***a*, Communication Interface #**2 443***b*, and Communication Interface #**3 443***c*, shown as part of the architecture **440** (corresponding to the peripherals #**1 439***a*, #**2 439***b*, and #**3 439***c*, shown as part of the architecture **430** in FIG. **3**). While three (3) interfaces are shown, any number of such interfaces may be equally used. Typically, each communication interface enables communication over a distinct network type, so that the multiple communication interfaces allow for concurrent communication over multiple networks. Each network may be a wired network, which is based on conductive medium, such as a coaxial cable, twisted-pair, powerlines, or telephone lines, or may be a wireless network which is based on a non-conductive medium, and is using RF, light, or sound guided, or any other over-the-air propagation. Further, a network may be NFC, PAN, LAN, MAN, WAN, WPAN, WLAN (such as WiFi), WMAN, or WWAN. Further, the communication may be based on a cellular communication. A network may be

half-duplex, full-duplex, or unidirectional, and may use modulation such as AM, FM, or PM. Furthermore, a network may be packet-based or circuit-switched. The various communication interfaces and the respective protocols are serviced by the kernel space **430***b* Communications Drivers Stack **442** (corresponding to the drivers stack **436** shown in the architecture **430**). The data to be sent or received via the communication interfaces is transferred via applicable queues serving to buffer the transferred data, such as an OS Queue #**1** **443***a*, an OS Queue #**2** **443***b*, and an OS Queue #**3** **443***c*, using underlying sockets such as a Socket #**1** **444***a* serving OS Queue #**1** **443***a*, a Socket #**2** **444***b* serving OS Queue #**2** **443***b*, and a Socket #**3** **444***c* serving OS Queue #**3** **443***c*. A queue (such as queue #**1** **443***a*) may be loaded with data, such as data to be sent, and next data that may use the same queue may need to wait until the former data in that queue is vacated, and only then the newly introduced data will be handled. In one example, the allocation of data to the queues may be static, and not changing in time. Alternatively or in addition, the allocation to the various OS queues may be adaptive. For example, at the same time the first data is handled, another queue (such as queue #**2** **443***b*) may be empty, and thus may be used for faster handling of the new data. An adaptive queue mechanism is described, for example, in U.S. Patent Application No. 2006/0187830 to Nam, entitled: "Adaptive Queue Mechanism for Efficient Realtime Packet Transfer and Adaptive Queue Establishment System thereof", and improved technique for handling events in a multipathing system employing event queueing is described in U.S. Pat. No. 8,452,901 to Sandstrom et al., entitled: "Ordered Kernel Queue for Multipathing Events", which are all incorporated in their entirety for all purposes as if fully set forth herein.

An adaptive system involving real-time moving data between sockets and queues upon their availability is shown as an architecture **457** in FIG. **45**, which may be part of any network element. Dynamic queues are added to the transmit data path, from an application (in the User Space) and the communication interfaces, allowing better usage of the system resources, in particular the various sockets and OS queues. A Dynamic Queue #**1** **459***a* is added to cooperated with the OS queue #**1** **443***a* and the socket #**1** **444***a*, a Dynamic Queue #**2** **459***b* is added to cooperated with the OS queue #**2** **443***b* and the socket #**2** **444***b*, and a Dynamic Queue #**3** **459***c* is added to cooperated with the OS queue #**3** **443***c* and the socket #**3** **444***c*. The dynamic queues are data allocated, managed, and supervised by a Dynamic Queues Manager **458** added software module, which may execute a flowchart **460** shown in FIG. **46**. The dynamic queues manager **458** checks the status of the queues and sockets in the system, and shifts the data to be transmitted between the various queues and sockets to obtain higher system efficiency. For example, in a case one queue is loaded while another queue is empty, the manager **458** may remove data from a loaded queue and shifts the data to the empty one.

The flowchart **460**, which may be executed by any network element, starts at a 'Data to Send' step **461***a*, where data to be sent from the device is intercepted from an application. In a 'Obtain Sockets Status' step **461***b*, the status of all sockets (and related queues) is checked. For example, if the data was already loaded into one of the queues relating to a socket, the waiting time for the socket to transmit all loaded data is estimated. Further, the characteristics of the socket and its underlying communication interface, such as BW and RTT (based on previous transactions), is also fetched. Based on the obtained information in the 'Obtain Sockets Status' step **461***b*, one of the sockets is selected as the optimal one, in a 'Select Optimal Socket' step **461***c*. The optimal socket (and related queues) may be selected based on the time it is estimated that the data will be fully transmitted from the device and the applicable queues will be rendered empty. The selected optimal socket route queues are then checked in an 'Empty ?' step **461***d* to be empty. In the case the optimal socket is empty, the data is routed to the selected socket, such as to the OS queue #**1** **443***a*, to be queued for being sent via the socket #**1** **444***a* and a respective communication interface, in an 'Add to Queue' step **461***e*. In the case the selected route via the socket (e.g., socket #**1** **444***a*) is not empty, the manager **458** checks in a 'Cancelled ?' step **461***f* whether the data that is currently stored in that route has been cancelled by the application that requested this data transfer, or whether it was previously cancelled by the manager **458**. In the case the data transmitting was indeed cancelled, the respective cancelled operation is cancelled and the data is removed from the queues in a 'Remove Data' step **461***g*, and the new data to be sent is loaded to be transmitted via this route, in the 'Add to Queue' step **461***e*. In the case the data transmitting process has not been cancelled, the socket (and its respective queues) is declared as unavailable in a 'Socket Unavailable' step **461***h*, and another optimal socket (different from the last selected one) is selected in the 'Select Optimal Socket' step **461***c*.

Any transfer of data between any two network elements, may use, or be based on, a compression scheme (which may be any compression scheme), such as the communication between a client device (such as the client device #**1** **31***a*) and the acceleration server **32**, that is a part of the illustrated messaging chart **50**, such as the 'Sign in' **56***b*, 'Request List' **56***c*, 'Send List' **56***d*, or any other communications between these elements. Alternatively or in addition, the same or other compression scheme may be used in the communication between a tunnel device (such as the tunnel device #**1** **33***a*) and the acceleration server **32**, that is a part of the illustrated messaging chart **50**, such as the 'Sign in' **56***a* or any other communications between these elements. Alternatively or in addition, the same or other compression scheme may be used in the communication between a client device (such as the client device #**1** **31***a*) and a tunnel device (such as the tunnel device #**1** **33***a*), that is a part of the illustrated messaging in the timing chart **50**, such as the 'Initiate Pre-Connection' **56***e*, 'Pre-Connection' **56***f*, 'Content Request' **56***g*, 'Send Content' **56***j*, or any other communications between these elements. Alternatively or in addition, the same or other compression scheme may be used in the communication between a tunnel device (such as the tunnel device #**1** **33***a*) and a data server (such as the data server #**1** **22***a*), that is a part of the illustrated messaging chart **50**, such as the 'Content Request' **56***h*, 'Send Content' **56***i*, or any other communications between these elements.

Alternatively or in addition, the same or other compression scheme may be used in the communication between an agent device (such as the agent device #**1** **103***a*) and the acceleration server **202**, that is a part of the illustrated messaging chart **220**, such as the 'Sign In' **226***a*, or any other communications between these elements. Alternatively or in addition, the same or other compression scheme may be used in the communication between a client device (such as the client device #**1** **210***a*) and the acceleration server **202**, that is a part of the illustrated messaging chart **220**, such as the 'Sign In' **226***d*, 'Request List' **226***e*, 'Send List' **226***f*, or any other communications between these elements. Alternatively or in addition, the same or other compression scheme may be used in the communication between a client

device (such as the client device #1 **210***a*) and an agent device (such as the agent device #1 **103***a*), that is a part of the illustrated messaging chart **220**, such as the 'Request List' **226***g*, 'Send List' **226***h*, or any other communications between these elements. Alternatively or in addition, the same or other compression scheme may be used in the communication between a client device (such as the client device #1 **210***a*) and a peer device (such as the peer device #1 **102***a*), that is a part of the illustrated messaging chart **220**, such as the 'Chunk Request' **226***i*, 'Send Chunk' **226***j*, or any other communications between these elements.

The same compression scheme may be used in all of the above communications. Alternatively or in addition, no compression or different compression scheme may be used in each of the above communication. A compression scheme used may be lossy or lossless (non-lossy). Further, a compression scheme may be a dictionary-based scheme. Furthermore, the compression may be according to, or based on, a standard compression algorithm which may be JPEG (Joint Photographic Experts Group) and MPEG (Moving Picture Experts Group), ITU-T H.261, ITU-T H.263, ITU-T H.264, or ITU-T CCIR 601. Further, the compression scheme may be according to, or based on, Lempel-Ziv (LZ) or Huffman encoding (or both) compression methods, such as LZ, DEFLATE, SHRI, LZX, or LZW. Further, a dictionary-based compression scheme may be used that is according to, or based on, a local dictionary as described herein. In the case wherein the data transferred consists of, or include, m video data, the compression scheme may be an intraframe or interframe compression.

Devices communicating over a network, such as over the Internet **113**, may include the same software components or applications, such as the same operating system or the same web browser, and may further retrieve and store the same or similar content from the Internet **113**. Such stored content similarities may be used in order to build a dictionary to use in a lossless compression scheme.

Referring now to a lossless dictionary-based system **470***b* shown in FIG. **47**, which is based on the system **470** shown in FIG. **4**. In addition to the shared dictionary **473***a*, the encoder **474***a* (corresponding to the encoder **474**) shown as part of the encoding device **471***a* (corresponding to the encoding device **471**) which may be part of any network element, is using also a local dictionary **478***a*. The compression may use only the shared dictionary **473***a*, only the local dictionary **478***a*, or both. Similarly, the decoder **477***a* (corresponding to the encoding device **471***a*) shown as part of the decoding device **472***a* (corresponding to the decoding device **472**) which may be part of any network element, is using also a local dictionary **478***b*. Further, the decoding device **472***a* which is the receiving device, may transmit feedback over connection **479***b* of the decoding device **472***a*, communicating over the network **480** to the connection **479***a* of the encoding device **471***a*.

The building of the local dictionaries **478***a* and **478***b* in the respective encoding device **471***a* and the decoding device **472***a* is shown as a 'Local Dictionary Building' flowchart **481** in FIG. **48**, which may be executed by any network element. In the first step (such as upon a device power-up or upon launching the respective application), the device allocates a storage space in its memory (such as in its storage device **25***c*) for the local dictionary in an 'Allocate Memory' step **481***a*. For example, a buffer of the size of 1 GB may be allocated for serving as a dictionary. Alternatively or in addition, a portion of an available hard-disk storage area may be allocated. Next, a local dictionary (such as dictionaries **478***a* and **478***b*) is built in each of the devices in a 'Build Local Dictionary' step **481***b*. The device (such as the encoding device **471***a* or the decoding device **472***a*) scans the content stored in all its storage devices, such as the storage device **25***c*, the main memory **25***a*, and the ROM **25***b*, and partition it into chunks. The partition into chunks may involve the chunks being non-overlapping, equally-sized parts. In one example, a chunk size may be 2 KB (Kilo-Bytes), and in the case the content to be partitioned is not an exact multiple of 2 KB, the 'last' chunk will padded and filled with 'space' characters (or any other no content data). Each of the content in the chunks is identified by a chunk identifier, where each chunk identifier is associated with one, and only one, chunk, and the local dictionary stores the identifiers for the chunks. The identifiers of the chunks may be their calculated checksum, or the CRC of the content of the chunk is calculated, and used as the chunk identifier. For example, CRC-32 may be used, allowing each chunk (such as 16 KB size) to be identified by 33-bit identifier. Alternatively or in addition, a chunk identifier is based on a hash function of the chunk content. Since the same rules regarding partitioning into chunks and identifying the chunks are used by both the encoding device **471***a* and the decoding device **472***a*, and since it is assumed that some identical content is stored in both devices, the resulting local dictionaries **478***a* and **478***b* will have many common entries, that can be used for dictionary-based lossless compression.

Since the storage area allocated in the 'Allocate Memory' step **481***a* may be limited and may not store all the chunks' identifiers, priorities may be assigned to parts of the partitioned content, and only identifiers of chunks associated with a high priority content will be stored as part of the local dictionary. Such probabilities are allocated as part of an 'Allocate Probabilities' step **481***c*, and may involve assigning higher probability, leading to higher priority for being included in the local dictionary, to files and data that are likely to be stored in both devices. For example, files of the operating system may be assigned higher probability since they are likely to be stored in both devices, while locally generated data may be associated with a lower probability.

The encoding device **471***a* may execute a 'Sending Data' flowchart **482** shown in FIG. **48**, which may be executed by any network element. Upon receiving data to send in a 'Data to Send' step **482***a*, such as receiving DATA_**1** in input port **475***a* of the encoder **474***a*, the encoder **474***a* compresses the received data in a 'Compress Using Both Dictionaries' step **482***b*. The compression scheme may use either the local dictionary **478***a*, or the shared dictionary **473***a*, or both, where chunks to be transmitted are replaced with their identifiers as stored in one of these dictionaries. In one example, the local dictionary **478***a* is first fetched for a chunk identifier, and only if such identifier do not exist in that dictionary, the shared dictionary is used according to any compression scheme. The compressed data DATA_**2** at encoder **474***a* output port **475***b* is then sent via the network **480** to the decoding device **472***a*.

Upon receiving data, such as the DATA_**2** from the network **480**, the decoding device executes a 'Receiving Data' flowchart **483**, shown in FIG. **48**, which may be executed by any network element. The data is received at the decoder (or decompressor) **477***a* input port **476***a*, in a 'Data Received' step **483***a*. The decoder **477***a* decompress the received data in a 'Decompress' step **483***b*, such as by replacing the received identifiers with the actual chunks for reconstructing the original data DATA_**1**, and outputting it at the port **476***b*. However, a received chunk identifier (or multiple identifiers) may not be found in the local dictionary

**478***b*, as checked in a 'Successful ?' step **483***c*. In the case an identifier is not located, the decoder **477***a* sends via the Feedback connection **479***b*, a retransmit request over the network **480**, in a 'Send Retransmit Request' step **483***d*. In the case the decompression was successful, or after sending the retransmit request, the decoder **477***a* handles the next received chunk (if exists) by reverting to the 'Data Received' step **483***a*.

The retransmit request is received at the connection **479***a* of the encoder **474***a*, and is handled as part of a 'Retransmit Request' step **482***d*. The encoder **474***a* retransmits the chunk for which an identifier was not found in the decoding device **472***a*. The encoder **474***a* may send the chunk in an uncompressed form. Alternatively or in addition, if the unidentifiable chunk was compressed using the local dictionary **478***a*, the encoder may now retransmit the chunk using the shared dictionary **473***a*. The shared dictionaries **473***a* and **473***b* may be built and used using any known dictionary-based compression scheme. Alternatively or in addition, the shared dictionaries **473***a* and **473***b* may be based on content and dictionaries received from other network elements.

Using a compression scheme allows for reducing the time interval required in order to transfer a content from an encoding device (such as the encoding device **471***a*) to a decoding device (such as the encoding device **472***a*), by reducing the number of bits that are actually transferred, while allowing to fully reconstruct the entire content. For example, in a case where the content to be transferred is about the size of 100 Kb, using lossless compression may allow for transmitting and receiving only 80 Kb, while allowing the reconstruction of the whole 100 Kb size content, hence saving 20% of the total content size. Assuming the content is transferred over a communication medium (such as the network **480**) that is associated with $RTT_1$ and $BW_1$, the time saved due to the compression can be calculated to be $BITS_REDUCED/BW_1$, where BITS_REDUCED denotes the size of the saved content that is not transmitted over the network due to the compression, such as 20 Kb (100 Kb-80 Kb) in the above example. In one example, assuming the saved part of the content is transmitted separately and hence the $RTT_1$ is associated with its transmission, the time saved may be calculated to be $RTT_1+BITS_REDUCED/BW_1$. It is noted that in a case wherein the processing time due to the compression and decompression is not negligible (denoted COMPRESS_TIME), the added time associated with these activities may be reduced from the calculated saved time above, to be $SAVED_TIME=RTT_1+BITS_REDUCED/BW_1-COMPRESS\text{-}TIME$.

In the case wherein a retransmission is required, there is time-consuming overhead added to the total transfer time, relating to the retransmission request from the decoding device to the encoding device, such as the 'Send Retransmit Request' step **483***d*, the 'Retransmit Received' step **482***d*, and the 'Retransmit Using Shared Dictionary' step **482***b*, and the associated overhead of handling these steps, and the actual retransmission process. Assuming the communication medium (such as the network **480**) used to send the retransmitted message from the decoding device to the encoding device is associated with $RTT_2$ and $BW_2$, the added time period for the sending of the retransmitted message (the 'penalty') can be calculated to be $RTT_2+MESSAGE_SIZE/BW_2$, where the MESSAGE_SIZE relates to the size of the retransmitted message. Further, the retransmission itself of the content part that was not successfully compressed when first transmitted, causes a delay of $RTT_1+RETRANSMIT_SIZE/BW_1$, hence the total delay associated with retransmission may be calculated to be $RTT_2+MESSAGE_SIZE/BW_2+RTT_1+RETRANSMIT_SIZE/BW_1$. It is noted that in a case wherein the processing time due to the retransmission, the re-compression and the re-decompression (assuming another compression scheme is used) is not negligible (denoted RECOMPRESS_TIME), the added time associated with these activities may be added to the calculated added time above, so that the retransmission total added time ('penalty') may be $PENALTY=RECOMPRESS_TIME+RTT_2+RETRANSMIT_SIZE/BW_2+RTT_1+MESSAGE_SIZE/BW_1$. Hence, while the net time saved as part of a compression scheme may be calculated to be the saved time period, deducting the total retransmission related time period, and thus the actual time saving, denoted as an ACTUAL_SAVE and equal to SAVED_TIME−PENALTY, may be calculated as $ACTUAL_SAVE=(RTT_1+BITS_REDUCED/BW_1-COMPRESS\text{-}TIME)-(RECOMPRESS_TIME+RTT_2+MESSAGE_SIZE/BW_2+RTT_1+RETRANSMIT_SIZE/BW_1)$. In the case the ACTUAL_SAVE is negative (ACTUAL_SAVE<0), the using of the compression scheme is not efficient, as there is no actual saving of any latency in the effective total content transmission time.

The need for retransmission may be estimated, and thus the time saving in using a compression scheme may be estimated, and used for deciding to use a compression scheme, or what compression scheme to use. In one example, a probability of retransmission is allocated to each content (or a part thereof). The probability may be estimated based on the probability that a random device may store such content, based on former communication sessions, based on a receiving device characteristics (such as being a laptop, a desktop, a smartphone, or a mobile device), based on the receiving device operating system (such as Windows or Android), or based on the receiving device IP address. Based on the assigned retransmission probability, the estimated time savings using various compression schemes may be estimated, and the estimation may be used in order to select between compression schemes. Assuming a probability P for a successful compression, the probability for a retransmission is 1−P, and hence the estimated time saving (EST_ACTUAL_SAVE) can be calculated as $EST_ACTUAL_SAVE=SAVED_TIME-(1-P)*PENALTY$, hence in the case of P=1 (successful compression, no retransmission), the saved time will be the SAVED_TIME, and in case of P=0 (retransmission guaranteed), the estimated saved time is SAVED_TIME−PENALTY. In the case the EST_ACTUAL_SAVE is negative (or zero), whereby no actual time saving is expected to be achieved, an alternative (or none) compression scheme should be used.

Referring now to a flowchart **484** shown in FIG. **48***a*, which may be part of the 'Compress Using Both Dictionaries' step **482***b* of the flowchart **482**. The content or data to be compressed before transmission is checked, and a probability of successful compression using a local dictionary (such as the dictionary **478***a*), defined as a compression where no retransmission is required, is allocated as part of an 'Allocate Probability' step **484***a*. Using the allocated probability, the saved time is estimated in an 'Estimate Saved Time' step **484***b*, for example based on the expression $EST_ACTUAL_SAVE=SAVED_TIME-(1-P)*PENALTY$ described above. The actual estimated time saving (such as EST_ACTUAL_SAVE) is checked in a 'Saved Time>0 ?' step **484***c*. In a case where the estimated time is positive, suggesting that there is a latency reduction by using a compression based on the local dictionary **478***a* method, a compression based on the local dictionary **478***a* follows in a 'Compress Using Local Dictionary' step **484***d*. In a case

where the estimated saved time is negative, suggesting that no time is saved using a local dictionary based compression scheme, a compression based on the shared dictionary **478***a* (or sending the data uncompressed) follows in a 'Compress Using Shared Dictionary' step **484***e*.

Referring to a system **490** shown in FIG. **49**, showing a device #**1 491***a*, which may consist of, comprise of, or is included in, a tunnel-based client device (such as the client device #**1 31***a*), a peer-based client device (such as the client device #**1 31***a*), or any other network element, a device #**2 491***b*, which may consist of, comprise of, or is included in, a tunnel device (such as the tunnel device #**1 33***a*), a peer device (such as the peer device #**1 102***a*), or any other network element, and the data server #**1 22***a*, connected for exchanging information over the Internet **113**. The data server #**1 22***a* may store a content that is identified by a URL (or by any other identifier type). Further copies of the content may be stored in a memory **493***a* being part of the device #**1 491***a*, and in a memory **493***b* being part of the device #**2 491***b*. The copies of the content stored in the devices may be the result of fetching it from the data server #**1 22***a* as part of previous interactions. In one example, an application in the device #**1 491***a* requests the same content. As described in the 'Locally cached ?' step **331***c* in the flowchart **330**, it is more efficient to retrieve the requested content from the local memory (such as the memory **493***a*) as described in the 'Fetch from Local cache' step **331***b* in the flowchart **330**, than to spend resources in order to again fetch the same content from the data server #**1 22***a*.

However, while identified by the same identifier (such as a URL), the content in the data server #**1 22***a* may have been changed or updated since it was fetched by the device #**1 493***a* or by the device #**2 491***b*, thus the copies stored in these devices may not anymore be valid or updated. In such a scenario, the locally stored non-valid stored copy should be ignored and discarded, and not used anymore, and hence a fresh content relating to the URL needs to be fetched from the data server #**1 22***a*, or from another location. Further, a validity period may be associated with a content or its copy, where the content is ensured to be valid until the validity period expires. In one example, the validity of a copy of a content is verified by comparing a part of a validated (or original) content, to the respective part of the checked copy. In the case the two parts are the same, the copy is declared as valid, assuming the rest of the copy of the content is the same as the updated content.

Referring to a flowchart **490***a* shown in FIG. **49***a*, describing a method for validating a copy of a content. The request for the content (such as by using a URL or any other content identifier) is obtained in an 'Obtain Content Request' **494***a*. In a 'Local Copy Valid' step **494***b* (which may be part of the 'Locally Cached' step **331***c*) the validity of the content, if known (such as by checking that the associated period has not yet expired), is checked. In the case the locally stored copy (such as in the memory **493***a* of the device #**1 491***a*) is determined to be valid, the locally stored content is used in a 'Use Local Copy' step **494***c*, which corresponds to the 'Fetch from Local Cache' step **331***b* in the flowchart **330**. In the case the validity of the locally stored copy is suspected, a part of the content (preferably a small part) is fetched from the data server #**1 22***a* in a 'Fetch Slice From Server' step **494***d*. The requested and fetched part of the content may be a slice or chunk, as described herein. Alternatively or in addition, a fixed number of bytes may be used. Further, the size of the fetched part may be 5% or 10% of the total size of the content. The part of the content may be the first part, the last part, or any other part of the content.

In a 'Same as Local Copy ?' step **494***e*, the fetched part of the content is compared with the respective part of the locally stored copy of the content. In the case the two checked parts are found to consist of the same information, the locally cached content is determined to be valid, and is used as a response to the content request in the 'Content Request' step **494***a* as part of the 'Use Local Copy' step **494***c*. In the case where the two checked parts are different, the locally cached content is determined to be non-valid. Next, a slice of a copy of the content is requested and fetched from another network element, such as from the device #**2 491***b* in a 'Fetch Slice From Device' step **494***f*, and the fetched slice is checked in a 'same as Server Slice ?' step **494***g*, and compared versus the slice that was fetched from the data server #**1 22***a* in the 'Fetch Slice From Server' step **494***d*. In the case where the two checked parts are found to consist of the same information, the cached content in the network element (such as in the memory **493***b* of the device #**2 491***b*) is determined to be valid, and the device #**1 491***a* may fetch the content therefrom in a 'Fetch Content From Device' step **494***h*. In one example, such fetching may use any of the methods described herein, for example, the device #**2 491***b* may be used as a peer device. Alternatively or in addition, the device #**1 491***a* may fetch the updated content from the data server #**1 22***a* itself, corresponding to the 'Fetch from Server' step **331***e* in the flowchart **330**. In the case where the two checked parts are different, the cached content in the network element (such as in the memory **493***b* of the device #**2 491***b*) is determined to be non-valid, and thus the device #**1 491***a* can only fetch the updated content from the data server #**1 22***a*, as part of a 'Fetch Content From Server' **494***i*, corresponding to the 'Fetch from Server' step **331***e* in the flowchart **330**.

The steps involved in the actual validating of the local content copy are considered part of a 'Content Validation' flowchart **496**, that is part of the flowchart **490***a* in FIG. **49***a*. In a 'Same as Local Copy' step **494***e* and a 'Same as Server Slice' step **494***f*, two parts of the content are compared. The actual information in the compared parts may be compared in a bit-by-bit (or byte-by-byte) level. Alternatively or in addition, the checksums, the CRCs (or any other hash function), HTTP headers, or any other information representative of the parts information may be used for determining of the parts are the same.

In one example, a network element (device) periodically checks and validates the content stored in it. Hence, when the content is required, local copy may be used for either local use or as a peer device, allowing for faster response to a request for the locally stored content. A network element may thus execute a flowchart **490***b* shown in FIG. **49***b*. The validation process is considered as a low-priority task, so in an 'Idle ?' step **495***a*, the activity of the network element is checked, such as checking the CPU utilization, the available storage size, or the available communication bandwidth. In the case the activity is above a set threshold, the higher-priority activities are given precedence, and the validation activity is not activated, and the element remains in the 'Idle ?' step **495***a*. Upon availability of enough resources and determination that no other more important tasks are to be activated, the device scans the local memory (or cache) in a 'Scan Cache' step **495***b*, and the entries of the various content copies are checked for validity. In the case where all the content parts are found to be valid in a 'Non-Valid Content ?' step **495***c*, the device resumes to the idling of the validation process in the 'Idle ?' step **495***a*, since no validation activity is required. For each of all content entries that are found to be non-valid, the time left until its validity

expiration is checked, and is associated with the respective content entry, in an 'Associate Expiration Time' step **495***d*. It is noted that some content entries may be determined to be not important, and thus will not be part of the validation process. Out of the content entries that are considered as important, the device selects the content entry that is the first to expire, in a 'Select Non-Valid Content' step **495***e*. The selected content is then validated in a 'Content Validation' step **495***f*, which corresponds to the 'Content Validation' flowchart **496** shown as part of the flowchart **490***a* in FIG. **49***a*. After validating the selected content, the memory is re-scanned for non-valid content in the 'Scan Cache' step **495***b*, and the validating process is until all important and non-valid content entries are validated.

As shown in the system **500** in FIG. **50**, a network element **504** may connect to another network element **501** via the gateway #**1** **505***a*. Due to many reasons, the network element **504** may disconnect for a short time from the gateway #**1** **505***a*, and then may re-connect to the same gateway **505***a* or to another gateway. In such a case, the application **506** detects the connection disruption with the gateway **505***a*, and lose the connectivity during the time there is no connection to any gateway. In a case where the application is a web browser, such short loss of connectivity may cause service disruption, such as the "404 page not found" message to a user. Further, recovering from such loss of connection may be time consuming and employs valuable resources.

A Virtual Gateway Service **512** (VGS) may be used to reduce the period of re-connection, and to reduce the harmful impact on the network element **504** operations, as shown in a system **510** in FIG. **51**. The network element **504** may use either the gateway #**1** **505***a* or a gateway #**2** **505***b* for connecting to the network element **501**. The VGS **512** is a software stored in the network element **504** memory **508**, and operating as an intermediate level between the OS **507** and the physical layer connecting to the LAN **503**. The VGS **512** intercepts requests from the operating system **507** to the network for receiving configuration information, and receives on the configuration information from the gateway #**1** **505***a*. This information is fed back to the OS **507**, hence serving as a proxy (or an agent) for a configuration information between the OS **507** and the gateway #**1** **505***a*. Alternatively or in addition, an intercepted request from the OS **507** may be responding directly by the VGS **512**. For example, in a case of an intercepted IP request, the VGS may locally provide an IP address.

In one example, the network element **504** may disconnect from the gateway #**1** **505***a*, and may connect to the gateway #**2** **505***b* shortly after. The VGS **512** may simulate to the operating system **507** a gateway response, so that the OS **507** may not detect the disconnection from gateway #**1** **505***a*, and as such may not report an error or a change of a status. When the re-connection to the new gateway #**2** **505***b* has been done, the VGS **512** may request new configuration information, while not notifying or changing the operating system **507** status. Thus, from the perspective of the operating system **507**, it is continuously connected to a gateway and a network, and the actual disconnection is not sensed by the OS **507**. However, in a case of a long disconnection (from a network or a gateway), the VGS **512** senses such a disconnection (such as longer than pre-defined time period), and accordingly notifies the operating system **507**, thus providing the operating system **507** and the application **506** the ability to correctly respond correctly to the situation, such as to notify the user.

The VGS **512** may execute a flowchart **510***a* shown in FIG. **51***a*. Upon connecting to a network such as the LAN **503**, the OS **507** (via the VGS **512**) sends an IP request to the gateway **505***a* identified on the network **503**. During such initialization process, the VGS **512** is transparent, and allows the OS **507** to complete the regular process of initializing of a communication session. Afterwards, any request for IP address, for any configuration information, or any other initialization access, to the gateway **505***a* is intercepted as part of an 'Intercept Gateway Access' step **511***a*. In a case where the intercepted (or trapped) request is an IP request, as detected in an 'IP Request ?' step **511***b*, the VGS **512** serves effectively as a NAT, and provides an IP address for the OS **507** to use, as part of a 'Return Valid IP Address' step **511***c*. The VGS **512** continues to serve (from the OS **507** point of view) as an external proxy/NAT or simulates a connection with a gateway as part of an 'Activate Virtual Gateway' step **511***d*. In a 'Gateway Disconnected ?' step **511***e*, the VGS **512** checks the status of the actual connection to the gateway, such as the gateway #**1** **505***a*. If no actual disconnection is detected, the VGS **512** idles until a new IP request is intercepted as part of the 'IP Request ?' step **511***b*. If the actual connection to the gateway #**1** **505***a* is not available, the VGS **512** tries to get an actual externally-sourced IP address, such as from the gateway #**1** **505***a*, in a 'Get External IP Address' step **511***f*. If no network connection is available, the VGS **512** may skip this step. In parallel, a timer set to a time period (such as X milliseconds) is started in a 'Start Timer' step **511***g*, for measuring the disconnection related time. As long as the timer has not expired, the VGS **512** checks if an external IP address was obtained in an 'External IP Received ?' step **511***h*, as a response to the request sent in the 'Get External IP Address' step **511***f*. If an actual IP address was received before the timer expiration, as checked in a 'Timer Expired ?' step **511***i*, such as from an alternative gateway that may be the gateway #**2** **505***b*, the received IP address is returned for the use of the OS **507**, allowing for a quick switchover between the gateways, and for normal NAT/proxy service to the OS **507**. However, if the timer has expired and no IP address was obtained, the VGS **512** notifies the OS **507** that the connection was lost, allowing for the operating system **507** to react to the disconnect state in the way it was programmed to.

A concept of writing cache data to the free portion of the memory is introduced in U.S. Pat. No. 8,135,912 to Shribman et al., entitled: "System and Method of Increasing Cache Size". The stored information is transparent to the operating system, and thus more cache size is available without degrading the amount of memory that is available for the user to use. The memory arrangement in such a prior art system is shown in FIG. **52**, where the file system first writes the OS data **62002**, after which the cache data **62004** is written, followed by a not-used (free) space **62006**. The problem with this memory management approach is that when the file system overwrites the cache data when adding data to the OS data **62002**. In such a system where the free space **62006** is still available, it would be beneficial to have a system where such further OS writes would not overwrite the cached data while free space is available. Such a memory arrangement is shown in FIG. **53**. The OS data **62012** is first stored, whereas the cache data **62016** is stored on the other side of the memory, starting at the furthest position from the start of the writing of the OS data **62012**, so that the OS data **62012** overwrites the cache data only when a free space **62014** is completely used. It may also be desirable to have a system that cleans up the cache data, so that data that is no

longer needed is removed, to maintain the free space and avoid the cache data being overwritten.

FIG. **54** is a flowchart of a system for writing cached data in this modified method, as well as for cleaning up the cache periodically to allow for a free space in the system and thus less data overwrites. In a step **62202** the cache_pointer is set to the point on the storage location that is furthest from the starting point of where the OS data is written to when the storage device is empty. In a step **62204**, it is checked whether cache data (cache_data) need to be written to the storage device. If not, then in a step **62206** it is checked whether system resources are idle enough to warrant a cache cleanup to be performed. If there is more cache to write, then in a step **62208** the cache_pointer is moved back (i.e., 'towards' the OS data) by the size of cache_data, and then in a step **62210** the cache_data is written to the storage device as the referenced patent instructs how to do (i.e., without notifying the operating system so that this space is still viewed as empty by the OS). This moving back of the pointer is novel, since it creates a situation where the data is written in a 'forward' direction (in the same direction to which the OS data is written to), which is typically the faster writing direction for storage devices, as they are optimized for writing OS data.

When the cleanup is performed, then in a step **62214** it is checked whether the free space is close to running out (e.g., is it under x % of the total available storage size, where x can be 10%, or under y Bytes free where Y is 1 GB for example). If this threshold has been reached, then in a step **62216** the least relevant cache is searched for to be removed. The criteria for less relevant could be in that it has expired, or that it is accessed the least, or any of other prior art cache purge methods. This cache item is removed.

A cache system such as that described in U.S. Pat. No. 8,135,912 to Shribman et al. entitled: "System and Method of Increasing Cache Size", creates a very large cache size (cache_size) but at the expense of the reliability of reading the cache back after writing it, where the probability for a cache miss (i.e., to try to read back the cached element and to fail) at a certain point in time would be P, where P<1.

In some cases, the cache_size is significantly bigger than required for the system operation. In such a case, FIG. **55** is a diagram of how P can be increased (i.e., reliability can be increased) at the cost of the cache_size. FIG. **55** offers to create two zones of writing the cache data in the storage device, where each element in the cache is written once to each zone. This way, the cache_size is reduced by half (since each element is written twice), and P would be reduced to P^2, since the probability of not reading back P would be to miss it in both of the zones. Thus, while the size of the cache is reduced linearly (cut in half), the probability of getting a cache miss is reduced exponentially (P^2).

FIG. **56** is a flowchart for how this could be implemented. In a step **63202**, a 'cache read' or a 'cache write' command is received by the module, and in a step **63204**, it checks if it is a read command or a write command. If it is a read command, then in a step **63206** the module looks up in the cache index to find the two locations to which the cache was written, and in a step **63208** attempts to read the cache entry from the first location. A step **63210** checks if the cache entry was found in that read. If it was, then return a step **63212** the data that was read. If it was not found, then in a step **63220** read the cache entry from the second location and return it if found in the step **63212** or return data_not_found if not found in the second location as well. In the case of a write command, two different free locations are identified in a step **63214** and the cache data is written to those two locations in a step **63216**. The cache index is updated with these two locations so that the cache entry can be found in future writes. FIG. **57** shows that in a similar manner, the amount of times that a cache element is written to the storage device can be increased from 2 as shown in FIGS. **55** and **56**, to any number N, where in such a case the available cache size is reduced from (cache_size) to (cache_size/N), and the probability of a cache miss is reduced from (P) to (P^N).

(NDCACHE—Non-Deterministic volatile memory CACHE). In a computing device, the Random Access Memory (RAM) is a limited resource. When the operating system uses the RAM, it typically increases the speed of the application. However, excessive use of the RAM for an application limits the use of the RAM by other applications and thus limits their speed. One such use of the RAM is for caching information in order to speed up the speed of the program's operation. Such cached data may be data retrieved from the network, or be the result of a complicated operation, etc. Operating systems make use of the RAM for caching purposes, and typically leave some of the RAM free to be used later. If this free RAM, memory could be used to store additional cache without significantly affecting system performance in other ways that would be beneficial.

FIG. **58** is a diagram of the state of the art implementation of address space mapping. A physical address **64004** is a memory address that is represented in the form of a binary number on the address bus circuitry in order to enable the data bus to access a particular storage cell of main memory, or a register of memory mapped I/O device. In a computer with a virtual memory **64002**, the term physical address is used mostly to differentiate from a virtual address. In particular, in computers utilizing Memory Management Unit (MMU) to translate memory addresses, the virtual and physical addresses refer to an address before and after MMU translation respectively.

FIG. **59** is a diagram of a prior art MMU and TLB, in which the CPU **64002** requires a translation of a logical address into a physical address **64008** in order to read or write to it. For the translation, it sends the logical address to the MMU **64004**, which uses a cache called a Translation Lookaside Buffer (TLB) **64006** to map the virtual address to a physical address **64008**. Modern MMUs **64004** typically divide the virtual address space into pages, each having a size which is a power of 2, usually a few kilobytes, but they may be much larger. The bottom n bits of the address (the offset within a page) are left unchanged. The upper address bits are the (virtual) page number. The MMU **64004** normally translates virtual page numbers to physical page numbers via an associative cache called TLB **64006**. When the TLB **64006** lacks a translation, a slower mechanism involving hardware-specific data structures or software assistance is used. The data found in such data structures are typically called page table entries (PTEs), and the data structure itself is typically called a page table. The physical page number is combined with the page offset to give the complete physical address.

Sometimes, a TLB **64006** entry or PTE prohibits access to a virtual page, perhaps because no physical random access memory has been allocated to that virtual page. In this case, the MMU **64004** signals a page fault to the CPU **64002**. The operating system (OS) then handles the situation, perhaps by trying to find a spare frame of RAM and set up a new PTE to map it to the requested virtual address. If no RAM is free, it may be necessary to choose an existing page (known as a victim), using some replacement algorithm or 'eviction algorithm', and save it to another form of storage (e.g., hard disk)—typically known as "paging".

FIG. **60** is a diagram of prior art on how an MMU works. The TLB **64402** receives a virtual address from the CPU. If it finds the associated physical memory within the TLB **64402**, then it returns the Physical address associated with this virtual memory, to the CPU. If it does not find the address in the TLB **64402**, then it looks it up in the Page Table **64404**. If there is an association there, then the physical address associated with the virtual address is returned. If there is no such association, then the Page Table Exception Handler **64406** is activated. It uses a database and a set of drivers to figure out how to map the virtual memory to physical memory (often by allocating new memory, loading information on to that memory from disk, and mapping it to a virtual memory). The data is then loaded into the physical page in **64408**, and the physical address is returned to the CPU.

FIG. **61** is a diagram of prior art on how the MMU's page table exception handler works. When a page table exception occurs, the page table exception handler is invoked, as per FIG. **59**. The page table exception handler **64802** first identifies in a step **64804** the driver responsible for this data segment. This is typically stored in the page table. For example, the driver for a specific virtual memory segment may determine that this part of the virtual memory should be mapped to real physical memory, or it may determine that it is mapped to an IO device such as a camera and the contents should be read from the camera's sensors. Then, the driver assigned determines whether a new physical memory segment needs to be assigned to this virtual address space or not. If more physical memory is required, then in a step **64808** the OS determines whether there is such physical memory available to the system. If there isn't free physical memory, then in the step **64808** the OS determines which physical page to 'purge' out of memory based on any number of 'eviction algorithms' (e.g., least recently used is discarded). The driver assigned to this memory space determines in which manner this information is purged—i.e., is it simply discarded, or saved to disk, etc. The MMU then evicts in a step **64810** the physical page by either swapping it to disk, erasing it, or whatever method the driver associated with it determined. If in a step **64806** it is determined that there is enough free physical memory to create the new page, then the driver determines in a step **64814** the method by which to load the data into the physical memory or to otherwise map the virtual address to an IO device, etc., and then loads in a step **64816** the data into the physical memory or maps it as required. The virtual memory map to the physical address is then sent to the TLB **64818**, and the request is resolved for the CPU.

The prior art memory management can be described as deterministic, because information that is stored in the physical memory by the application is always retrievable, even in case that physical memory is purged, since the driver for that memory segment that is purged typically saves the data before discarding it. There is a 'cost' to this determinism, in that there is a load and purge time to the physical memory, since when purging this physical memory it needs to be written to a different medium, and then loaded back from the medium before it can be read. In cases where an application wishes to store cache data in the volatile memory in order to save time in re-calculating an algorithm, or in order to not load it again from the web, or in other cases, it does not need the determinism offered by the state of the art memory management systems, but it does need high access speeds, since if the speeds are not high, then it may be more beneficial to the system to recalculate the algorithm or to re-fetch the information from the web, and not to do a page fault which is costly in time. In addition, the more physical memory available for the cache, the faster that the applications can run. However, the more physical memory allocated to cache of one application, the less is available for other uses, and thus the system performance may be degraded. Therefore, it is beneficial to design a system that can gain from higher speeds associated with non-determinism in the memory management, and that can use the maximum possible physical memory without deteriorating the performance of other applications.

FIG. **62** is a flowchart of how a non-deterministic physical memory caching system may be implemented. In a step **65002** an application requests from the operating system a non-deterministic physical memory cache (NDCACHE). The OS allocates in a step **65004** the physical memory for the cache, and maps it to virtual memory, and marks these pages with an 'NDCACHE' flag. If the eviction algorithm of the OS decides to swap out in a step **65006** a physical page which is marked with an 'NDCACHE' flag, then that page is discarded in a step **65010** without being stored back to non volatile memory—it is simply removed from the page table, and will be allocated to a new page and the new data will overwrite the old. If the OS is running out in a step **65008** of physical memory (this may be determined via a variety of ways that will be described later on in the document), then the OS discards one or more NDCACHE pages from memory to clear up memory for the OS. For example, it may clear up four pages, check if that is enough for the OS, and clear more if needed. When the application wishes to read in a step **65014** a virtual memory that was requested as an NDCACHE memory, and is now a regular memory (since the NDCACHE memory was swapped out and thus discarded), it receives back a 'DOES NOT EXIST' message to indicate that this memory was lost and thus the cache data requested no longer exists. During a read or write transaction to or from an NDCACHE page in a step **65016**, that page is locked so that the eviction algorithm does not purge it during that action.

FIG. **63** is a suggested Application Programming Interface (API) for an NDCACHE implementation. This suggested API is similar to the file system API (http://en.wikipedia.org/wiki/File_system_API) in POSIX (http://en.wikipedia.org/wiki/POSIX). To start a new NDCACHE type cache, an application first will call the function NDCACHE_OPEN **6504**, which returns a handle to the NDCACHE (FILEDS) that is referenced by NAME. The NAME that is passed to the function is a unique name for that cache that is used between different processes accessing this page, similar to how a filename is used in the file system POSIX API. If the NDCACHE specified by NAME exists, then the function simply returns a handle to the existing cache. If it does not exist, then NULL is returned by the function. However, if the CREATE_FLAG passed to the function is turned on, then upon opening an NDCACHE specified by NAME that does not yet exist, such an NDCACHE is created and the function returns the handle to that NDCACHE. If such a cache already exists and the TRUNCATE_FLAG is set, then that cache is erased, and a handle to this empty cache is returned by the function.

NDCACHE_READ and NDCACHE_WRITE **65404** are the functions used to read from the NDCACHE and write to the NDCACHE (respectively) that is referenced by the FILEDS that was initially received from the NDCACHE_OPEN function. The BUFFER is an allocated memory that the application can use to read the information to (in case of NDCACHE_READ) or to write from (in case of NDCACHE_WRITE). The OFFSET is the offset (in bytes,

for example) within the NDCACHE referenced, to start the read, or to start the write, from. SIZE is the number of bytes to read or to write. NDCACHE_CLOSE **65406** is called to close the handle to the NDCACHE referenced by FILEDS. After all handles to an NDCACHE are closed, the OS may decide to swap it out based on its eviction algorithms. NDCACHE_UNLINK **6508** is called to remove the NDCACHE entry referenced by FILEDS from the operating system's page table, thus effectively deleting this NDCACHE.

A file system is a means to organize data by providing procedures to store, retrieve and update data, as well as manage the available space on the device(s) which contain it. A file system is tuned to the specific characteristics of the device. There is usually a tight coupling between the operating system and the file system. Some filesystems provide mechanisms to control access to the data and metadata. Ensuring reliability is a major responsibility of a filesystem. Some filesystems provide a means for multiple programs to update data in the same file at nearly the same time.

File systems are used on data storage devices such as hard disk drives, floppy disks, optical discs, memory storage devices, remote servers, etc. File systems may provide access to data on a file server by acting as clients for a network protocol (e.g. NFS or SMB clients), or they may be virtual and exist only as an access method for virtual data (e.g. procfs). This is distinguished from a directory service and registry. A File system is implemented in a file system driver which implements a standard file system API for using it, and is coupled to a storage device or other storage strategy (like mapping to existing memory).

FIG. **64** shows the prior art method of mounting a file system. A computer **66202** has a file system directory structure **66204**, which in various directories represent space on various storage devices. The block device **66208** is such a storage device on which data may be stored. The file system driver **66206** links between the block device **66208** and a certain directory in the file system **66204**. The file system driver is configured to be called by the OS on a specific point in the OS directory structure (in this example in "Amp"). Every file call to that directory initiates a call to the File System Driver **66206**, which may use a memory device such as the block device **66208** to store & retrieve information. This linking of a storage device to a directory is called 'mounting a file system'.

FIG. **65** is a prior art diagram of the TMPFS file system. TMPFS is a common name for a temporary file storage facility on many Unix-like operating systems. It is intended to appear as a mounted file system, but stored in volatile memory instead of a persistent storage device. A similar construction is a RAM disk, which appears as a virtual disk drive and hosts a disk file system. The computer **66402** has a directory structure **66404** in which the TMP directory is mapped to the TMPFS file system driver **66406**, such that when file system calls are made on files within the TMP directory, they are performed on data that is stored in a volatile memory **66408**.

A secondary implementation of an NDCACHE may use simple file system mounting. This implementation is simple in that it does not require kernel mode modifications, or some minimal modifications to the TMPFS file storage facility that is available on many unix-like operating systems.

FIG. **66** is a flowchart of a possible implementation of an NDCACHE by using a TMPFS file system. In a step **66602** a TMPFS is created and mounted, with an initial size of X bytes, where X can be 1 GB for example, to be used for the NDCACHE. In a step **66604**, the system checks whether the operating system would benefit from having additional volatile memory. This can be done in various methods known to those in the art. For example, this can be done by checking every Y ms (for example every 20 ms) if less than a certain amount of free memory exists in the system (could be less than 200 MB for example), or if above a certain amount of memory swaps occurred recently (could be more than 2 swaps per second for example), or if the kernel cache space is reduced to under a certain size (could be under 2 GB for example). This can also be done by listening to 'stress' operating system calls such as "low memory" type calls—if these are called then the operating system probably would benefit from having additional volatile memory. This could also be checked by attaching a callback on the swapping out of memory of the TMPFS file and deleting it instead of swapping it out.

If any of the above events in a step **66606** occurred, then the OS would benefit from having more volatile memory. This is checked in a step **66608**. If the OS would not benefit from more memory, then continue to the step **66604**. If it would, then in a step **66610** the NDCACHE is reduced by deleting a number of elements from it, so that its size is reduced by Z bytes (for example by 200 MB). In a step **66612** shows various strategies by which elements may be reduced from the NDCACHE: delete the least recently used (LRU), the least frequently used (LFU), the largest elements by bytes, or the smallest elements by size. This TMPFS size reduction thus frees space for the operating system. This system described in FIG. **66** thus describes an implementation of an NDCACHE, since the application gains a physical memory cache, that is swapped out (partially or completely) as the operating system requires more physical memory for its operation.

Hence, a method of increasing the size of the memory (which is a physical memory) available to applications by which an application may request memory which is specially marked, is disclosed, where the application is able to read and write to this physical memory, and where if the operating system needs more memory then this specially marked memory is discarded. If the specially marked memory space is swapped by the operating system, then it is simply discarded. If the operating system would benefit by having more memory available to it, it reduces the size of the memory allocated to the specially marked cache. The method may be implemented by a TMPFS system that allocates physical memory to this special cache, where if the operating system would benefit by having more memory available to it, it reduces the size of the TMPFS allocated to this specially marked cache

The second implementation of the NDCACHE—the calls to TMPFS are from user mode to kernel mode, and thus may take thousands of CPU cycles to complete. It is thus desirable to avoid calls between user mode and kernel mode if possible, to improve a performance of the system to get minimum cycles per an NDCACHE call.

A system with higher performance can be achieved by implementing the NDCACHE as a user mode module that communicates with an NDCACHE kernel module, as described in FIG. **67**. Block **67202** is the user mode space of the computing device, and block **67208** is the kernel space. The application **67204** is running in the user mode **67202** and using an API (NDCACHE calls) that is implemented in an NDCACHE user mode implementation **67206**. It uses system calls to communicate with the NDCACHE kernel mode implementation **67210**.

FIG. **68** is a description of the API relating to a third implementation method of the NDCACHE. The block **67402** is pseudo code that describes how an NDCACHE would be allocated and written to. First, a FILEDS handle is created by opening a file that is handled by the NDCACHE_DRIVER, which is the kernel module for NDCACHE events, along with the NDCACHE_NAME, which is the specific name of the NDCACHE that is being accessed. Then, a pointer directly to the NDCACHE memory is received by doing an NDCACHE_LOOKUP on the NDCACHE_NAME. This lookup returns a pointer to the memory of the specific NDCACHE, and if such a cache does not exist, P is assigned NULL. If indeed no such NDCACHE exists, then it needs to be created. In such a case, the pointer P is assigned a memory map of a certain size (in this specific implementation it is 1 MB, but this could be other sizes), where this memory is declared as shared memory so that it may be used by multiple processes.

Then the first memory position in P (P[**0** ]) is increased (so that if this was a new assignment of memory, then P is now 1), to indicate that there is content in this NDCACHE. Then the program continues by writing the data to P, starting at P[**1**]. If the cache exists (i.e. was not allocated by this call), then do the NDCACHE_WRITE( ) function.

FIG. **69** shows how such an allocation would look like—the first byte of the allocation is the lock flag (P[**0**]in the above code), which indicates that there is content within this NDCACHE of 1 MB that was allocated, and the 1 MB is comprised of a series of 4 KB allocations. FIG. **70** is an implementation of the NDCACHE_READ( ) and NDCACHE_WRITE( ). First, it is checked whether the cache still exists, by checking the first byte of the NDCACHE range. If it is zero, then that NDCACHE was swapped out, and thus the program returns to the application MEM_NOT_FOUND. Then the program increments the first byte of the NDCACHE range. If it equals '1', then it was zero when incremented—i.e., the NDCACHE range was swapped out and cannot be used. The program then returns the first byte to zero, and returns MEM_NOT_FOUND to the application. Now the NDCACHE range is locked (because the first byte is non-zero), and the range is read in to buffer or written from the buffer to the range, as the case may be for NDCACHE_READ or NDCACHE_WRITE respectively. After finishing the read or write, the program then decrements the lock flag to release the lock on the range by indicating it has completed the read/write and returns.

FIG. **71** is the implementation of the eviction algorithm of the NDCACHE kernel module (the NDCACHE_DRIVER). In prior art operating systems, the eviction algorithm is called when the OS needs more physical memory—it then calls the eviction calls of the various drivers handling memory for them to clear out selected portions of the memory. Some of these drivers are programmed to copy segments of the memory in to other storage devices (such as a hard drive) and then to clear the physical memory for other uses, while other drivers may choose other forms of action. The eviction algorithm for the NDCACHE_DRIVER is described in block **67802**. Upon being called, it removes all associated memory ranges associated with LOCK_FLAG that is 0 (which means that the memory range is not in use). If more memory needs to be freed, then it can also remove the ranges who's LOCK_FLAG is 1, since they are in use but not locked. It does not remove memory ranges who's LOCK_FLAG is greater than 1, since they are currently locked by a read or write operation. As an example, there may be several NDCACHES in use, each of them of various sizes. When the eviction algorithm is called, it removes those NDCACHES associated with a lock flag that is 0 or 1, but not greater than one. Further implementations of this may choose to not remove all the NDCACHEs possible, but only enough NDCACHEs so that the OS has enough free memory (e.g. 50 MB) to continue normal operation.

Block **67804** describes how the swapping out of memory ranges by an NDCACHE_DRIVER is done: Once the eviction algorithm of the NDCACHE_DRIVER decided to free a range, it maps the virtual memory pointers to an "all zero" range in 'read only' mode (for example by mapping to devzero. This quickly sets the memory and the LOCK_FLAG to zero, thus freeing the physical memory for the OS to use, and marking it as empty towards the applications using the NDCACHE.

FIG. **72** is a diagram that shows the system for the fourth method of implementation for the NDCACHE, which allows for parts of the NDCACHE to be removed while keeping other parts in the memory. For example, where not all the memory ranges handled by the NDCACHE driver are attempted to be freed, but only a certain amount that will enable the OS to have more free space to operate (e.g., freeing ranges until 200 MB are free).

In the previous implementation methods, an NDCACHE element in the previous implementations is assigned in one block. The problem is that this whole block is swapped out even if only a certain part needs to be swapped out by the OS (all or nothing type of approach). It is desirable to have an implementation where only portions of the allocation may be swapped out (for example, the NDCACHE element could be a whole file, and it may be useful if parts of it are swapped out). In block **68002** there are a group of pages in the physical memory of a computer (page #**1**, Page #**2**, . . . Page #N), in this example each of the pages is a range of 4 KB. In block **68004**, there is a group of flags in an area of the physical memory allocated to be the management area of the NDCACHE, where there is one such flag for every page in the memory, that is allocated to the NDCACHE. Each flag in the management area in block **68004** is actually a 'lock flag' from the previous implementation of the NDCACHE and is used in the same way, but is done per page, so that each lock flag correlates with one page in the memory. Thus, the NDCACHE may allocate a large file from Page #**1** to Page #N, and when the OS needs more free memory then the NDCACHE's eviction algorithm may choose to free a certain memory size for the OS (e.g. 4 MB), and only remove the first 1,000 pages from this NDCACHE, instead of removing the whole cache.

Hence, an NDCACHE system is disclosed, where each NDCACHE is mapped to a multitude of physical memory pages, and where there is one lock_flag associated with each such physical memory page, so that when the operating system of the computing device needs more physical memory, it can release only some of the physical pages associated with this NDCACHE.

FIG. **73** is a flowchart for implementing the fourth implementation of an NDCACHE. When an NDCACHE is requested by an application, the application calls the initialization function and specifies the size of the requested NDCACHE. In a step **68202**, physical memory is allocated for the NDCACHE as was requested by the calling application (e.g. 20 MB). The prior art OS responds by allocating such a memory segment (if available), where this memory segment is provided as series of blocks of physical pages, of a certain size as determined by the OS (e.g. 4 MB per page). In a step **68204**, a management area is allocated, where in this area there is one LOCK_FLAG for every physical page

that is allocated in the step **68202**. Thus this memory size is equal to [MEM ALLOCATED]/[SIZEOF(MEMORY_PAGE)]*[SIZEOF(INT)]. For example, on an OS where a page size is 4 KB, the memory allocated for the NDCACHE is 20 MB, and an integer is 4 Bytes, the size for allocating a management area is =20 MB/4 KB*4B=5 k*4B=20 kB (for storing 5,000 flags of 4 bytes each).

The normal operation (read/write) of the NDCACHE in the fourth implementation is similar to the earlier implementations, but where the memory for the NDCACHE is the series of memory pages allocated to the NDCACHE, and the LOCK_FLAG is not for the whole memory range allocated to the NDCACHE, but for each of the pages in that memory range, and when the eviction algorithm needs to free memory for the OS, it can evict a portion of the memory ranges, freeing up the memory range and its corresponding LOCK_FLAG from the management area.

FIG. **74** describes an improvement in the fourth method of implementation of an NDCACHE. The following are three problems with the fourth method of implementation that may be improved:

1. When an NDCACHE that is smaller than the OS's memory page size (typically 4 kB) is requested, a full page (e.g. 4 kB) is allocated and thus there is waste in allocating more than is needed.

2. When an NDCACHE that is larger than the page size is requested, the allocation needs to be done in multiple parts (once for each page), thus degrading performance and degrading the ease of use of the API.

3. The fourth implementation does not conform to the 'malloc'/'free' paradigm, which makes it more difficult to integrate in to existing and new solutions

In this improvement, when a new NDCACHE is allocated, when allocating the pages in memory **69002** for the NDCACHE, a secondary management area **69004** is allocated at the first page, such that it includes a pointer to the first LOCK_FLAG in the management area **69006**, and a counter of how many pages are allocated to this NDCACHE ("N") is maintained. Thus, when allocating multiple pages for an NDCACHE, the secondary management area **69004** includes all the information needed to use all pages and lock flags.

FIG. **75** is a flowchart of the initialization process for the improvement on the fourth method. In a step **69202** when the NDCACHE is requested by the application, a memory range (P) is allocated for the NDCACHE. Its size is the size of the memory requested+sizeof(T) where T is the area required for the secondary management area. Then in a step **69204** space is allocated for the management area to hold the LOCK_FLAGs for each of the memory pages required by the new NDCACHE. Then, a secondary management area (T) is defined in a step **69206**, and into it is inserted a pointer (T->PTR) to the management area and an integer (T->N) that represents the number of pages in this NDCACHE's memory range. In a step **69208** the pointer P is changed such that P=P+SIZEOF(T). This is so that P now points to the start of the main memory range (right after the secondary management area). Lastly, in a step **69210** the program returns the pointer (P+SIZEOF(T)) to the calling application, which is a pointer to the place in the memory where the NDCACHE memory itself starts (right after the secondary management section).

Note that the allocations for these memory ranges can use any of the existing malloc/free implementation algorithms to allocate memory from the main NDCACHE pool to this allocation. The malloc and free can be done over mmap with the implementation of NDCACHE shown in the fourth implementation, which makes this a non-deterministic cache. Also note that if the allocation is less than one page size, T->N could still span more than one page, if for example this page already contains part of a previous allocation and this new allocation causes the allocation to overrun to the next page.

FIG. **76** is a flowchart of the actions of reading from or writing to the NDCACHE for the improvement on the fourth method of implementation. In a step **69602**, the read/write is described. The read/write is done in the same way as in the fourth implementation with two exceptions: Lock(P)/unlock (P): First evaluates that T->N is not zero. If it is zero, then the NDCACHE was swapped and needs to return mem_not_found. If T->N is not zero, lock all pages that this NDCACHE element spans by locking the N LOCK_FLAGS starting at the T->PTR LOCK_FLAG.

When reading/writing from/to the NDCACHE, not limited to one page of memory (can use the complete allocated size). In a step **69606** the deleting of the allocation—NDCACHE_CLOSE(P)—is described. The NDCACHE is freed by calling the OS free( ) function and providing to it the pointer of (P-SIZEOF(T)) where P is the pointer to the main memory range, and T is the secondary management area, so that the memory freed is both the secondary management area as well as the main memory area.

A further note about NDCACHE: There is an advantage to being able to use named objects for NDCACHE—i.e., for the NDCACHE objects to be named so that they can be used by multiple processes, and also lets the virtual memory related to these named objects to be freed on swap. This can be implemented over the systems described previously by adding a hash table where in the open/create of the object, this name is looked up in the hash table, and if found provides back a pointer to an existing object.

There are applications that may benefit from understanding when the computer's resources are idle. For example, a screensaver monitors the mouse and keyboard movements for idleness, and after a preset amount of idle time, it activates its display program. Further, the idling period may be utilized for performing non-time sensitive activities, such as upodating and maintenance. For example, idling is detected as part of the 'Idle ?' step **495***a* in the flowchart **490***b*. Other cases are for a web site to monitor inactivity of a keyboard or mouse input, and to log out as a consequence.

FIG. **77** is a flowchart of an idle monitor that uses new inputs to define idleness of a computing device or its operator. Such a flowchart may be executed by any network element herein. In a step **70002**, an application wishes to be notified of when idleness has occurred, and so notifies the idle monitor program, provides a CallBack function (CB)—a function to call when the idleness occurs—and defines the type of idleness on which to call this function (PARAMS) and the duration of time they should be idle for the CB to be called. The program then scans in a step **70004** 'idleness' resources and tracks for how long each has been idle. These resources include the following: Bits being sent or received to/from communication device—i.e. idleness of communication. Storage device read or write—i.e. idleness of the IO with storage devices. Temperature changes in any of the device's temperature gauges—i.e., idleness of the environment. Non-idleness of the environment could signal that there is movement in the environment of this computing device, or that the temperature around is shifting. CPU busy over certain threshold (could be 5% for example)—i.e. idleness to a degree of the computing resources. Camera senses motion—i.e. idleness of the physical surrounding of

the computing device (movement of persons for example can trigger this to not be idle)

Light sensor senses changes in light intensity or structure—i.e., idleness of the physical surrounding of the computing device (movement of persons, for example, can trigger this to not be idle):

Accelerometer that senses movement or orientation change

HD accelerometer that senses movement

GPS sensor that senses movement

If any of the above sensors is idle in a step **70006**, then check in a step **70008** whether all sensors included in PARAMS are idle and have been idle for the amount of time as described in T. If they have all been idle for this time, call the CB.

Hence, in a system monitoring the idleness of a computing device, the following sensors may be included in a list of devices to be monitored for idleness: Bits being sent or received to/from communication device, storage device read or write, temperature changes in any of the device's temperature gauges, CPU busy over certain threshold, camera senses motion, light sensor senses changes in light intensity or structure, Accelerometer that senses movement or orientation change, HD accelerometer that senses movement, GPS sensor that senses movement in location or height

In storage devices with moving media, physical seek times are typically long relative to the read or write times because of the read/write head movement, and thus should be avoided where possible. Also in storage devices, writing to the storage device is typically less urgent as reading from it, since the writing is typically to archive existing information, whereas reading data is used for actionable results (such as displaying data on the screen) and thus may be blocking.

In prior art systems, reading and writing occur randomly, and thus when the typically higher priority reading is occurring, it could possibly be after a write has occurred, and thus the reading head is typically not close to the place where the information should be read from. Delaying the writing of data until storage device read/write is idle can speed up the read time, since there's then no need to wait for write to end before reading and also eliminates many seek cycles.

FIG. **78** is a diagram of a system to reduce the read times from a storage device **71008**. It includes the OS **71002**, which calls the storage read time reduction module **71004** when accessing the disk. This module uses the storage device idle monitor **71006** to determine when the storage device is idle. When the storage read time reduction module **71004** wishes to write to disk, it first ensures that the disk has been idle for a pre-determined amount of time (eg. 30 ms) before writing to the storage device. If the storage device is busy, it increases the chance that while the OS is writing data to the disk, a disk read will occur, which will be slowed down by the read time and seek time back to the place to read from. Thus, with the system described by the diagram in FIG. **78**, such conflicts (of having a read while a write is in action) are reduced. Thus, when the storage device idle monitor reports non-idleness, then the data to be written to the disk is written to the write queue **71010** instead of to the disk.

This concept may be broadened by looking not only at the idleness of the storage device **71008** by the storage device idle monitor **71006**, but by incorporating an idleness monitor that checks for a much broader set of idleness parameters such as keyboard inputs, mouse inputs, network communication, etc., since any kind of non-idleness on the computing device typically correlates to reads from the storage device, and thus storage writes should be avoided during such periods of non-idleness.

Hence, in a computing system comprised of a storage device and a processor, a method for reducing the average time to read data from such storage device is disclosed, by which storage writes are only performed when the storage device has been idle for a certain amount of time (eg. 30 ms). Other parameters may be checked for idleness, such as the keyboard input, the mouse input, the network communication, etc.

FIG. **79** is a flowchart of an implementation of a storage read time reduction module SRTRM. If the SRTRM received a write command in a step **71202** then it checks in a step **71204** whether the write queue has enough free space for queuing this request. If it does, then the request is queued in a step **71206** until the storage device is idle at which time it will be written to it. If the write queue does not have enough space to queue the new write data, then the program writes in a step **71205** the new request data to the storage device. If the SRTRM has not received a write command, then it checks in a step **71208** whether the disk been idle from read commands for x milliseconds (x could be 30 for example). Alternatively or in addition, can use other parameters for idleness to determine idleness for the purpose of writing, such as mouse movement, etc.). If idleness for x milliseconds is determined, then a segment of the write queue (e.g., 500 KB) is written from the queue to the storage device.

When a network element is connected to a WAP, it sometimes shortly disconnects and then reconnects. This short disconnection (sometimes referred to as 'cutoff') may occur due to an 'explicit user disconnect' reason, where the user explicitly requests to disconnect from the WAP, such as due to poor service from the WAP, or because other reasons, such as turning off the network element, and disconnecting from the network (for example by turning off the WiFi switch). When the network element tries to re-connect to the WAP, it is typically preferred to first try to connect to 'favorite' WAPs, which are commonly WAPs that the network element has already successfully previously connected to. In one example, a WAP is determined as a 'favorite' WAP when providing high signal strength. FIG. **81** shows a prior art diagram of a network element **41002** that is trying to connect to WAPs defined as part of a 'favorite' group **42006**. The network element **41002** may disconnect explicitly from one of these 'favorite' devices **42006**, for example due to poor connection or otherwise poor service, and afterwards, when the network element **41002** software tries to re-connect to a WAP, it may try to re-connect again to that problematic WAP, resulting in again a poor service. It is therefore beneficial to distinguish between 'explicit user disconnect' reasons and 'other' reasons associated with each WAP in the favorite group **42006**, and to first try to connect to the WAPs associated with disconnection due to 'other' reasons.

FIG. **82** shows such a system, where the favorites group **41206** is subdivided to two sub-groups: an "explicit user disconnect" group **41220**, which is the group of WAPs which the user chose to disconnect from, and an "other" group **41210**, which is a group of the favorite WAPs (shown to include only a single WAP) that were disconnected due to 'other' reasons, and a WAP will preferably and firstly be selected from the latter group.

FIG. **83** shows a flowchart relating to implementing such a system. In a step **41402**, it is checked if the client has just disconnected from a WAP, and then in a step **41404** a

variable designated as last_dv is set to the recently disconnected WAP. A proactive disconnection by the user, such as by user pressing 'disconnect', is checked in a step **41406**. A poor performance disconnection is checked in a step **41408**, and as part of this step the WAP is checked to be not responding, or responding slowly. In a case the WAP was found to be disconnected not because of poor performance, then the last_dv is set as "other" in a step **41410**, and thus this WAP is highly prioritized, and will be first to be selected, followed by the rest of the "Other" WAPs, and the "explicit user disconnect" related WAPs are the last to be selected. If the WAP was found to be disconnected due to poor performance, then the last_dv is marked as "explicit user disconnect" in a step **41412**. FIG. **80** shows a flowchart of an algorithm that describes how network elements may attempt to connect to multiple WAPs, allowing for a quick connection to a selected one of the WAPs. While exampled herein regarding connection to a WAP, any other communication device, such as a switch, router, or a gateway, using a wireless or wired connection, may be equally applied.

Typical connections (including data paths and communication links) via a network, and in particular via a packet-based network such as the Internet **113**, are associated with a reliability that is less than 100%. The reliability is typically measured as the number of packets that do not reach their destination intact, but can also be measured by their latency, bandwidth, and other factors. FIG. **84** is a diagram of a common arrangement, where a Network Element **1** (NE**1**) **25** communicates with another Network Element **2** (NE**2**) **26**, where there are only multiple unreliable connections available between the two elements. Typically, a connection for fetching by the NE**1** **25** of a part of, or all of, a content from the NE**2** **26**, is established using only a single connection **24004**, out of these available unreliable connections. For example, in a case where Voice over IP (VoIP) call is carried between the NE**1** **25** and the NE**2** **26** over one of these unreliable connections, that drops, for example, 1% of the packets, then 1 out of every 100 packets of the call will be lost, resulting in a low quality call. The other available unreliable connections between the two network elements may be used to increase the reliability, as shown schematically in FIGS. **85**, **86**, and **87**, illustrating the utilizing of additional connections for increased connection reliability.

FIG. **85** shows a using of the multiple unreliable connections **24204** for communication between the NE**1** **25** and the NE**2** **26**, implemented by a special program that is installed on both the NE**1** **25** and the NE**2** **26**. This program transmits each packet from the NE**1** **25** to the NE**2** **26**, or vice versa, over two or more data routes. Thus, the resulted unreliability is decreased by a factor received by multiplying the unreliability of the routes, and the used bandwidth is increased by a factor corresponding to the number of routes used. In one example, 3 (three) data routes are used, and assuming each data route reliability 99% (i.e., 99 out of 100 packets typically reach their destination intact) whereby the unreliability of a single connection is 1%, then the resulted unreliability of the new scheme is 1% (unreliability)^3 (number of routes)=0.0001%, and the available bandwidth is triple the bandwidth available when using a single data path. Multiple routes may be implemented by using a program that uses available multiple network interfaces of the network elements, where packets are sent the packet over two or more of the available interfaces, or alternatively by using peer devices (such as the peer device #**1** **102***a* and the peer device #**2** **102***b*) as described herein or in the '604 Patent.

In one example, the program may be installed on only one of the network elements. In such a scheme, a network element designated as a reliability proxy may be used, on which the program is installed. Preferably, the reliability proxy may use multiple connections to the other network element. A scheme using a reliability proxy is shown in FIG. **86**, used for communication between the NE**1** **25** and the NE**2** **26**, and the program is installed on the NE**1** **25** but not on the NE**2** **26**. The NE**1** **25** queries a reliability proxy network server **24301** and provides the server the identifier (e.g., IP address) of the NE**2** **26**. The server **24301** responds by providing the NE**1** **25** the identifier (e.g., IP address) of a Reliability Proxy (RP) **24308** to be used. The RP **24308** is a network element on which the program is installed, and which has a connection **24310** to NE**2** **26**, which is preferably more reliable than the direct connection between the NE**1** **25** and the NE**2** **26**. The NE**1** **25** then communicates with the RP **24308** via multiple routes **24306**, and the RP **24308** communicates with NE**2** **26** through the reliable connection **24310**. Thus, the information is reliably carried over the routes **24306**, providing a more reliable connection than the single route that may be used, since the original route **24004** is included in **24306**, and using additional routes improves the reliability, and since route **24310** is more reliable by selection, the total obtained reliability is higher than a single direct connection between the two devices.

It is also possible to use this method in a configuration where neither the NE**1** **25** nor the NE**2** **26** includes the program installed, as shown in FIG. **87**. In this scheme, the NE**1** **25** is manually configured to use the reliability proxy **24404** as a reliability proxy, and that reliability proxy then uses a reliability proxy network server **24401** to find a reliability proxy **24406** that can be used to communicate with the NE**2** **26**.

A flowchart of the program is shown in FIG. **88**. The program is activated in a step **24602** when the NE**1** **25** requests to communicate with the NE**2** **26**. The program then checks in a step **24604** whether the existing direct connection between the two network elements is good enough, such as by using the RTT and BW of the direct connection route. If the existing route is good enough, then a direct communication is initiated in the step **24606**, as known in the art. However, if the existing route is not good enough, then in a step **24622** the program checks whether the NE**2** **26** has the program installed. The network elements on which the program is installed report to the server upon being online, and the server logs this information in a reliability database This can be done by sending a query to the NE**2** **26**, so that if the program exists, the device so acknowledges, or by requesting such information from the reliability proxy network server by using the server reliability database. If the NE**2** **26** does have the program installed, then a direct communication is used between the NE **1** **25** and NE**2** **26**, using multiple routes (as in FIG. **85**), as described in FIG. **89**. If the NE**2** **26** does not have the program installed, then a request is sent in a step **24608** to the Reliability Proxy Network Server (RPNS) for a proxy to use for the communication. The response received in a step **25610** from the RPNS provides an identifier of a Reliability Proxy Device (RPD) that may use a data path to the NE**2** **26** that is more reliable than a direct connection from the NE**1** **25** to the NE**2** **26**, if such a path exists. The NE**1** **25** then sends in a step **24612** the information to the RPD via the multiple routes between them as described in FIG. **89**. If there is no such data path, then a direct communication is established, such as in the step **24606**.

A method of transmitting packets in parallel over multiple routes, between the NE**1** **25** and the NE**2** **26**, is described in

FIG. **89**. In a step **24702** NE**1** **25** receives from a routing unit the number of routes available to the NE**2** **26**, and the reliability associated with each one of the routes. In a step **24704**, the routes to be uses are selected as follows: A Desired Reliability (DR) is first set, and the available routes are ranked based on their reliability, where the highest reliability is listed first as Route #**1**, assuming to be associated with a reliability of R**1**, the second reliable route is listed second as Route #**2**, assuming to be associated with a reliability of R**2**, and so on, until the less reliable route is Route #N with an associated reliability of the RN. The routes to use are determined by multiplying (1−R**1**)*(1−R**2**)*(1−R**3**) . . . , until the product is lower than DR. Note that (1−Rn) is the "unreliability" of a route n whose reliability is Rn, and thus the product of the 'unreliability' of the routes is the un-reliability of the parallel use of the multiple routes, assuming that the routes R**1**, R**2**, . . . Rx are used for this particular communication between the NE**1** **25** and the NE**2** **26**. During the communication session between the NE**1** **25** and the NE**2** **26**, each packet to be transmitted is carried in a step **24706** over all the selected routes. On the receiving side, each unique packet received is passed in a step **24708** to the application, and other similar packets received from the other routes are discarded. In the case of a missing packet over the fastest connection, that packet is expected to be received via the second fastest connection.

In addition to packet loss, unreliable connections typically frequently disconnect. In such a case, the communicating devices try to reconnect, and often succeed. However, such a disconnection may create discontinuity that may be detected by the communicating applications, and may impact their performance, such as a producing a "404 page not found" message in a web browser. However, if the disconnection is not detected by the applications until the re-connection is established, the discontinuity could be avoided. Thus, it is desirable to delay for a short time the signaling to the applications, until the connection is re-established, as described in a flowchart in FIG. **90**.

In a step **24802** the NE**1** **25** initiates a communication with other network element, such as the NE**2** **26**. The connection from the NE**1** **25** to the NE**2** **26** is established in a step **24804** through a Reliability Proxy program (RP) in each of the NE**1** **25** and the NE**2** **26** (if such an RP exists). If the RP does not exist in the NE**1** **25**, then it can be configured to use an external device as a Reliability Proxy (RP). If the RP does not exist in the NE**2** **26**, then the NE**1** **25** requests an RP from the reliability proxy network server, and communicates with it, instead of communicating directly with the NE**2** **26**, where the RP will proxy the messages to the NE**2** **26** so that effectively the NE**1** **25** is communicating with the NE**2** **26**.

The connection between the RPs may be disconnected as determined in a step **24810** (whether the RPs are within the NE**1** **25** and the NE**2** **26**, or external to them). If the connection was disconnected, then in a step **24812** the reliability proxies hold the connection between them and the operating system that they are acting as a proxy for, for a set short amount of time that it would take to re-connect the broken connection in a reasonable scenario (e.g., 200 ms). Holding the connection may be performed in a way similar to the virtual application gateway described in FIG. **51**. During the period that the connection to the operating system is held, the RPs try to reconnect with each other in a step **24814**. If the re-connection succeeds within the set time, then communication resumes without a break from the operating system perspective. However, if the re-connection did not succeed in the set amount of time, then the OS is notified of the disconnection.

The systems and methods herein may use redundant communication routes (or data paths), that may be based on standby redundancy, (a.k.a. Backup Redundancy), where one of the data paths or the associated hardware is considered as a primary unit, and the other data path (or the associated hardware) is considered as the secondary unit, serving as back up to the primary unit. The secondary unit typically does not monitor the system, but is there just as a spare. The standby unit is not usually kept in sync with the primary unit, so it must reconcile its input and output signals on the takeover of the communication. This approach does lend itself to give a "bump" on transfer, meaning the secondary operation may not be coordinated with the last system state of the primary unit. Such mechanism may require a watchdog, which monitors the system to decide when a switchover condition is met, and command the system to switch control to the standby unit. Standby redundancy configurations commonly employ two basic types, namely 'Cold Standby' and 'Hot Standby'.

In a cold standby scheme, the secondary unit is either powered off or otherwise non-active in the system operation, thus preserving the reliability of the unit. The drawback of this design is that the downtime is greater than in hot standby, because the standby unit needs to be powered up or activated, and brought online into a known state.

In a hot standby scheme, the secondary unit is powered up or otherwise kept operational, and can optionally monitor the system. The secondary unit may serve as the watchdog and/or voter to decide when to switch over, thus eliminating the need for an additional hardware for this job. This design does not preserve the reliability of the standby unit as well as the cold standby design. However, it shortens the downtime, which in turn increases the availability of the system. Some flavors of Hot Standby are similar to Dual Modular Redundancy (DMR) or Parallel Redundancy. The main difference between Hot Standby and DMR is how tightly the primary and the secondary are synchronized. DMR completely synchronizes the primary and secondary units.

While a redundancy of two was exampled above, where two data paths and two hardware devices were used, a redundancy involving three or more data paths or systems may be equally used. The term 'N' Modular Redundancy, (a.k.a. Parallel Redundancy) refers to the approach of having multiply units or data paths running in parallel. All units are highly synchronized and receive the same input information at the same time. Their output values are then compared and a voter decides which output values should be used. This model easily provides bumpless switchovers. This model typically has faster switchover times than Hot Standby models, thus the system availability is very high, but because all the units are powered up and actively engaged with the system operation, the system is at more risk of encountering a common mode failure across all the units.

Deciding which unit is correct can be challenging if only two units are used. If more than two units are used, the problem is simpler, usually the majority wins or the two that agree win. In N Modular Redundancy, there are three main typologies: Dual Modular Redundancy, Triple Modular Redundancy, and Quadruple Redundancy. The Quadruple Modular Redundancy (QMR) is fundamentally similar to the TMR but using four units instead of three to increase the reliability. The obvious drawback is the 4× increase in system cost.

Dual Modular Redundancy (DMR) uses two functional equivalent units, thus either can control or support the system operation. The most challenging aspect of DMR is determining when to switch over to the secondary unit. Because both units are monitoring the application, a mechanism is needed to decide what to do if they disagree. Either a tiebreaker vote or simply the secondary unit may be designated as the default winner, assuming it is more trustworthy than the primary unit. Triple Modular Redundancy (TMR) uses three functionally equivalent units to provide a redundant backup. This approach is very common in aerospace applications where the cost of failure is extremely high. TMR is more reliable than DMR due to two main aspects. The most obvious reason is that two "standby" units are used instead of just one. The other reason is that in a technique called diversity platforms or diversity programming may be applied. In this technique, different software or hardware platforms are used on the redundant systems to prevent common mode failure. The voter decides which unit will actively control the application. With TMR, the decision of which system to trust is made democratically and the majority rules. If three different answers are obtained, the voter must decide which system to trust or shut down the entire system, thus the switchover decision is straightforward and fast.

Another redundancy topology is 1:N Redundancy, where a single backup is used for multiple systems, and this backup is able to function in the place of any single one of the active systems. This technique offers redundancy at a much lower cost than the other models by using one standby unit for several primary units. This approach only works well when the primary units all have very similar functions, thus allowing the standby to back up any of the primary units if one of them fails. While the redundant data paths have been exampled with regard to the added reliability and availability, redundant data paths may as well be used in order to provide higher aggregated data rate, allowing for faster response and faster transfer of data over the multiple data paths.

A client device may connect to one of multiple sources for fetching data therefrom. The client device may estimate in advance the Bandwidth (BW) and Round Trip Time (RTT) relating to a connection to each of the sources, in order to estimate the best source to use. Further, a client device may use several available peer devices for loading chunks therefrom. A chunk may, include, for example, 16 KB of data. Assuming that there are two peers devices, designated as P**1** and P**2**, respectively associated with the following BW/RTT times: P**1**_BW=2,000 Kb/s P**1**_RTT=30 ms and P**2**_BW=4,000 Kb/s P**2**_RTT=70 ms, then the estimated time for a transaction using P**1** would be 30 ms+16,000*8/2,000,000=30 ms+64 ms=94 ms, whereas a transaction using P**2** would be 60 ms+16,000*8/4,000,000=70 ms+32 ms=102 ms. In such a case, it would be beneficial for the client device to select and use P**1**. Other examples of such networks include an HTTP client that may access two different web servers for obtaining a certain URL, such as the original web server, and a CDN storing the URL content. However, the client device may not have previously (or lately) communicated with a source, and thus may not possess the BW and the RTT data needed for the evaluation. In such a case, it would be beneficial to have an algorithm for estimating BT/RTT with the source.

FIG. **91** shows a network that includes a client device **2** and four available sources **20802**, **20804**, **20806**, and **20808**, as well as a database **20810** in the client device **2** that keeps track of the IPs, BW and RTTs of the various sources that were previously communicated with. This database **20810** may also include the time of the last connection, as well as other data. The database **20810** may sort the sources according to their respective IPs, such that if a source_**1** is shown in the table (representing the database **20810**) in a column that is left to a source_**2** related column, then necessarily the IP of source_**1** is smaller than the IP of source_**2**.

In the example shown in FIG. **91**, the Client **2** has previously connected with the source_**1 20802** and with the source_**4 20808**, and hence stores in the database **20810** the BW and RTT for these two sources. The Client **2** may require evaluating the BW and RTT to source_**2 20804**, in order to determine whether to use it, or to seek for an alternative source (or not to communicate at all).

In such a case, the client needs to assess the BW and RTT of the source_**2**. A good estimation (or a guess) may assume that the values of the BW and RTT of the source_**2** are between the values of BW and RTT of source_**1** and source_**4**, which are the sources of either side of the source_**2** (in terms of IP address), based on the information stored in the database **20810**. The estimated values of the source_**2** related BW and RTT might be derived in various ways. For example, using proportional estimation, so that when the BW and RTT of source **1** are respectively BW**1** and RTT**1**, for source **4** they are respectively BW**4** and RTT**4**, and for source **2** they are respectively BW**2** and RTT**2**, then BW**2** and RTT**2** can be calculated by their relative IP distance from BW**1** and BW**4** and between RTT**1** and RTT**4**. Other ways to calculate can be a regular average, such as BW**2** =(BW**1**+BW**4**)/2.

Alternatively or in addition, the database **20810** may reside on a server on the network, and thus a client device may request and fetch therefrom information about connecting to various sources, even those that it has not previously or lately connected with, based on connections with other client devices that have communicated with it and logged their results to this networked database.

FIG. **92** shows a flowchart for estimating a source related BW and RTT. In a step **21002**, the client device is maintaining a database **20810** of network elements that it has communicated with, where for each of these network elements the associated BW and RTT of the connection, and optionally the time of a connection for each, is stored. In the database **20810**, the network elements are sorted by their IP distance from the client device, where the IP distance is the difference between the IP of the source and the IP of the client. The client device is requesting in a step **21004** to communicate with a source (source_x), and thus first assesses the BW and RTT that relates to the source_x. In a step **21012**, it is checked whether relevant information about the BW and RTT to source_x already exists in the database **20810**. It is noted that this database may be local—in the client device, or available via a network and thus accessible by multiple clients. If the source_x entry exists in the database, then these stored values of the BW and the RTT are assumed for the source_x. If not, then the client gets information from the database about the BW and RTT for the two sources that are associated with IP addresses on either side, such as a lower one and a higher one, of the source_x (in terms of IP distance). The client device uses these two data points to assess the BW and RTT, using any of a variety of methods, such as using a regular average or a weighted average.

A large database may be used to store data relating to the connections characteristics (such as BW and RTT) to various network elements. Over time this data accumulates, and may be reduced by storing only valuable information, as

shown in a flowchart FIG. **93**, describing a method for storing only the data pertaining to certain network elements, which are indicative of other network elements in their vicinity.

The system initializes in a step **21202**, when the system starts for the first time, before the database is initialized. As part of an initialization process, a database is created, with entries that signify logarithmic IP distances from the local network element. Thus, a first entry will be for an IP_dist=1, a second for an IP_dist=2, a third for an IP_dist=4, a fourth for an IP_dist=8, etc., until the farthest IP distance possible in the network that the local network element is operating in (for an IPv4 network example, the smallest IP address is 0.0.0.0 and the largest address is 255.255.255.255, the largest IP distance is half of the difference between these two addresses).

In a step **21204**, it is checked whether the database is accessed for reading or writing. The database is accessed for reading when a program requests the estimated BW & RTT between the local network element (associated with IP that is designated as a HOST_IP), and a certain network element to which this local network element is considering to communicate with (associated with IP that is designated as IP_NEW). The database is accessed for writing when the local network element has completed a communication session to another network element, or otherwise found out information about the BW & RTT to that network element in other ways, and requests to write the newly learned data (NEW_BW, NEW_RTT) to the database so that the system can make later better assessments of the BW & RTT.

Next, the IP distance (IP_DISTANCE) is calculated in a step **21206** between the HOST_IP to the IP_NEW by finding the number of IPs that are between the HOST_IP and the IP_NEW. Note that in the case of using IP distance, this method considers that the IP addresses are 'connected at the edges', meaning that the first address (0.0.0.0 in IPv4) is 1 IP address away from the last address (255.255.255.255 in IPv4), and thus there are two different IP distances between each 2 points. The IP_DISTANCE is calculated as the minimum between these two distances. In a step **21208**, the logarithmic distance (DIST) from HOST_IP to the NEW_IP is calculated. The DIST is calculated as the Round down (log_b2(IP_DISTANCE)—where the rounding down the log (in base **2**) of the IP_DISTANCE between HOST_IP and IP_NEW. If the database action was for a READ action, then in a step **21212** the BW & RTT are read from the entry [DIST] of the database. If the database action was for a WRITE action, then in a step **21214** the NEW_BW & NEW_RTT are written to the entry [DIST]. Note that the NEW_BW & NEW_RTT may also be written to the database in other methods, in order to keep track also of historical data. For example, the NEW_BW & NEW_RTT may be averaged in with the other data samples (by keeping the latest average and the number of samples in the database), or in any other similar methods.

When network elements use BW & RTT values from the tables, they could benefit from 'teaching' each other about the information they already have about BW & RTT between them and other network elements. FIG. **94** is a flowchart showing a method where network elements can share BW & RTT information so that a network element that wishes to communicate with a network element that it has not recently communicate with, may assess the BW & RTT to it by learning from the experience of other network elements that have recently communicated with that network element. The method starts with scheduling an update of other network elements in a step **21404**. The scheduling can be set to either happen at constant time intervals, when the local host is idle, when both the local host and other network element to be updated are idle, or when finished communicating with other network element. If the scheduled event of updating other network elements with the table from the local network element, then a list is created in a step **21408** of which of the network elements to update. This can be all the network elements that have been recently communicated with, or a central server that will be updated and update other network elements, or by getting a list from such a central server. The BW & RTT of this local host are then communicated to the elements in this list.

In a step **21410** the local host receives a BW & RTT table (UPDATE_DB) from a different network element associated with an IP that is IP_ELEMENT. Then, for each non-empty entry in the UPDATE_DB (entry marked as 'E'), the following set of actions is performed: First, in a step **21414** the IP of the network element that provided the UPDATE_DB (IP_ELEMENT) is looked up in the local network element database, and the resulting BW and RTT are stored in memory as BW_ELEMENT and RTT_ELEMENT (these are the BW and RTT between the local network element and the network element that is providing the UPDATE_DB). Then, in a step **21416**, the BW & RTT in entry 'E' are stored in memory as BW_E and RTT_E. In a step **21418**, the IP distance from the network element to the 'E' associated IP is calculated and stored in the data base as IP_DIST_E. In a step **21420**, the local database entry for the IP distance of (IP_ELEMENT_DIST+IP_DIST_E) is updated where the BW value receives the value of BW_HOST+BW_E and the RTT value receives the value of RTT_HOST+RTT_E.

The term 'network element' (or 'element') is used herein to include, but not limited to, a tunnel-based client device (such as the client device #**1 31***a*), a tunnel-based acceleration server (such as the acceleration server **32**), a tunnel device (such as the tunnel device #**1 33***a*), a peer-based client device (such as the client device #**1 31***a*), an agent device (such as the agent device #**1 103***a*), a peer device (such as the peer device #**1 102***a*), a peer-based acceleration server (such as the acceleration server **202**), or a data server (such as the data server #**1 22***a*). The terms 'chunk' and 'slice' are interchangeably used herein to include, but not limited to, a part of, or the entire of, a content. Any memory, storage, database, or cache mentioned herein may consist of, comprise, use, or be included in, the local cache as described in U.S. Pat. No. 8,135,912 to the Shribman et al., entitled: "System and Method of Increasing Cache Size".

The steps described herein may be sequential, and performed in the described order. For example, in a case where a step is performed in response to another step, or upon completion of another step, the steps are executed one after the other. However, in case where two or more steps are not explicitly described as being sequentially executed, these steps may be executed in any order, or may be simultaneously performed. Two or more steps may be executed by two different network elements, or in the same network element, and may be executed in parallel using multiprocessing or multitasking.

A tangible machine-readable medium (such as a storage) may have a set of instructions detailing part (or all) of the methods and steps described herein stored thereon, so that when executed by one or more processors, may cause the one or more processors to perform part of, or all of, the methods and steps described herein. Any of the network elements may be a computing device that comprises a processor and a computer-readable memory (or any other tangible machine-readable medium), and the computer-read-

able memory may comprise computer-readable instructions such that, when read by the processor, the instructions causes the processor to perform the one or more of the methods or steps described herein.

Any device or network element herein may comprise, consists of, or include a Personal Computer (PC), a desktop computer, a mobile computer, a laptop computer, a notebook computer, a tablet computer, a server computer, a handheld computer, a handheld device, a Personal Digital Assistant (PDA) device, a cellular handset, a handheld PDA device, an on-board device, an off-board device, a hybrid device, a vehicular device, a non-vehicular device, a mobile or portable device, a non-mobile or a non-portable device. Further, any device or network element herein may comprise, consist of, or include a major appliance (white goods) and may be an air conditioner, dishwasher, clothes dryer, drying cabinet, freezer, refrigerator, kitchen stove, water heater, washing machine, trash compactor, microwave oven and induction cooker. The appliance may similarly be a 'small' appliance such as TV set, CD or DVD player, camcorder, still camera, clock, alarm clock, video game console, HiFi or home cinema, telephone or answering machine.

The term 'host' or 'network host' is used herein to include, but not limited to, a computer or other device connected to a computer network, such as the Internet. A network host may offer information resources, services, and applications to users or other nodes on the network, and is typically assigned a network layer host address. Computers participating in networks that use the Internet Protocol Suite may also be called IP hosts, and computers participating in the Internet are called Internet hosts, or Internet nodes. Internet hosts and other IP hosts have one or more IP addresses assigned to their network interfaces. The addresses are configured either manually by an administrator, automatically at start-up by means of the Dynamic Host Configuration Protocol (DHCP), or by stateless address autoconfiguration methods. Network hosts that participate in applications that use the client-server model of computing, are classified as server or client systems. Network hosts may also function as nodes in peer-to-peer applications, in which all nodes share and consume resources in an equipotent manner.

The arrangements and methods described herein may be implemented using hardware, software or a combination of both. The term "software integration" or any other reference to the integration of two programs or processes herein, is used herein to include, but not limited to, software components (e.g., programs, modules, functions, processes, etc.) that are (directly or via another component) combined, working or functioning together or form a whole, commonly for sharing a common purpose or set of objectives. Such software integration can take the form of sharing the same program code, exchanging data, being managed by the same manager program, executed by the same processor, stored on the same medium, sharing the same GUI or other user interface, sharing peripheral hardware (such as a monitor, printer, keyboard and memory), sharing data or a database, or being part of a single package. The term "hardware integration" or integration of hardware components is used herein to include, but not limited to, hardware components that are (directly or via another component) combined, working or functioning together or form a whole, commonly for sharing a common purpose or set of objectives. Such hardware integration can take the form of sharing the same power source (or power supply) or sharing other resources, exchanging data or control (e.g., by communicating), being managed by the same manager, physically connected or attached, sharing peripheral hardware connection (such as a monitor, printer, keyboard and memory), being part of a single package or mounted in a single enclosure (or any other physical collocating), sharing a communication port, or used or controlled with the same software or hardware. The term "integration" herein is used herein to include as applicable, but not limited to, a software integration, a hardware integration, or any combination thereof.

Any networking protocol may be utilized for exchanging information between the network elements (e.g., clients, tunnels, peers, servers) within the network (such as the Internet). For example, it is contemplated that communications can be performed using TCP/IP. Generally, HTTP and HTTPS are utilized on top of TCP/IP as the message transport envelope. These two protocols are able to deal with firewall technology better than other message management techniques. However, partners may choose to use a message-queuing system instead of HTTP and HTTPS if greater communications reliability is needed. A non-limiting example of a message queuing system is IBM's MQ-Series or the Microsoft Message Queue (MSMQ). The system described hereinafter is suited for both HTTP/HTTPS, message-queuing systems, and other communications transport protocol technologies. Furthermore, depending on the differing business and technical requirements of the various partners within the network, the physical network may embrace and utilize multiple communication protocol technologies.

The term "port" refers to a place of access to a device, electrical circuit or network, where energy or signal may be supplied or withdrawn. The term "interface" of a networked device refers to a physical interface, a logical interface (e.g., a portion of a physical interface or sometimes referred to in the industry as a sub-interface—for example, such as, but not limited to a particular VLAN associated with a network interface), and/or a virtual interface (e.g., traffic grouped together based on some characteristic—for example, such as, but not limited to, a tunnel interface). As used herein, the term "independent" relating to two (or more) elements, processes, or functionalities, refers to a scenario where one does not affect nor preclude the other. For example, independent communication such as over a pair of independent data routes means that communication over one data route does not affect nor preclude the communication over the other data routes.

Some embodiments may be used in conjunction with various devices, network elements, and systems, for example, a Personal Computer (PC), a desktop computer, a mobile computer, a laptop computer, a notebook computer, a tablet computer, a server computer, a handheld computer, a handheld device, a Personal Digital Assistant (PDA) device, a cellular handset, a handheld PDA device, an on-board device, an off-board device, a hybrid device, a vehicular device, a non-vehicular device, a mobile or portable device, a non-mobile or non-portable device, a wireless communication station, a wireless communication device, a wireless Access Point (AP), a wired or wireless router, a wired or wireless modem, a wired or wireless network, a Local Area Network (LAN), a Wireless LAN (WLAN), a Metropolitan Area Network (MAN), a Wireless MAN (WMAN), a Wide Area Network (WAN), a Wireless WAN (WWAN), a Personal Area Network (PAN), a Wireless PAN (WPAN), devices and/or networks operating substantially in accordance with existing IEEE 802.11, 802.11a, 802.11b, 802.11g, 802.11k, 802.11n, 802.11r, 802.16, 802.16d, 802.16e, 802.20, 802.21 standards and/or future versions and/or derivatives of the above standards, units and/or

devices which are part of the above networks, one way and/or two-way radio communication systems, cellular radio-telephone communication systems, a cellular telephone, a wireless telephone, a Personal Communication Systems (PCS) device, a PDA device which incorporates a wireless communication device, a mobile or portable Global Positioning System (GPS) device, a device which incorporates a GPS receiver or transceiver or chip, a device which incorporates an RFID element or chip, a Multiple Input Multiple Output (MIMO) transceiver or device, a Single Input Multiple Output (SIMO) transceiver or device, a Multiple Input Single Output (MISO) transceiver or device, a device having one or more internal antennas and/or external antennas, Digital Video Broadcast (DVB) devices or systems, multi-standard radio devices or systems, a wired or wireless handheld device (e.g., BlackBerry, Palm Treo), a Wireless Application Protocol (WAP) device, or the like.

As used herein, the terms "program", "programmable", and "computer program" are meant to include any sequence or human or machine cognizable steps which perform a function. Such programs are not inherently related to any particular computer or other apparatus, and may be rendered in virtually any programming language or environment including, for example, C/C++, Fortran, COBOL, PASCAL, assembly language, markup languages (e.g., HTML, SGML, XML, VoXML), and the likes, as well as object-oriented environments such as the Common Object Request Broker Architecture (CORBA), Java™ (including J2ME, Java Beans, etc.) and the likes, as well as in firmware or other implementations. Generally, program modules include routines, programs, objects, components, data structures, etc., that performs particular tasks or implement particular abstract data types. The term "application program" (also referred to as 'application', 'software application', or 'application software') is used herein to include, but not limited to, a computer program designed to perform a specific function directly for a user, or for another application program. Application software is typically a set of one or more programs designed to carry out operations for a specific application. Commonly, an application software is dependent on system software that manages and integrates computer capabilities, but does not directly perform tasks that benefit the user, such as an operating system, to execute. Examples of types of application software may include accounting software, media players, and office suites. Applications may be bundled with the computer and its system software, or may be published separately, and further may be developed and coded as a proprietary, or as an open-source, software. Most applications are designed to help people perform an activity.

The terms "task" and "process" are used generically herein to describe any type of running programs, including, but not limited to a computer process, task, thread, executing application, operating system, user process, device driver, native code, machine or other language, etc., and can be interactive and/or non-interactive, executing locally and/or remotely, executing in foreground and/or background, executing in the user and/or operating system address spaces, a routine of a library and/or standalone application, and is not limited to any particular memory partitioning technique. The steps, connections, and processing of signals and information illustrated in the figures, including, but not limited to any block and flow diagrams and message sequence charts, may typically be performed in the same or in a different serial or parallel ordering and/or by different components and/or processes, threads, etc., and/or over different connections and be combined with other functions in other embodiments, unless this disables the embodiment or a sequence is explicitly or implicitly required (e.g., for a sequence of reading the value, processing the value—the value must be obtained prior to processing it, although some of the associated processing may be performed prior to, concurrently with, and/or after the read operation). Where certain process steps are described in a particular order or where alphabetic and/or alphanumeric labels are used to identify certain steps, the embodiments are not limited to any particular order of carrying out such steps. In particular, the labels are used merely for convenient identification of steps, and are not intended to imply, specify or require a particular order for carrying out such steps. Furthermore, other embodiments may use more or less steps than those discussed herein. They may also be practiced in distributed computing environments where tasks are performed by remote processing devices that are linked through a communications network. In a distributed computing environment, program modules may be located in both local and remote memory storage devices.

The corresponding structures, materials, acts, and equivalents of all means plus function elements in the claims below are intended to include any structure, or material, for performing the function in combination with other claimed elements as specifically claimed. The description of the present invention has been presented for purposes of illustration and description, but is not intended to be exhaustive or limited to the invention in the form disclosed. The present invention should not be considered limited to the particular embodiments described above, but rather should be understood to cover all aspects of the invention as fairly set out in the attached claims. Various modifications, equivalent processes, as well as numerous structures to which the present invention may be applicable, will be readily apparent to those skilled in the art to which the present invention is directed upon review of the present disclosure.

All publications, standards, patents, and patent applications cited in this specification are incorporated herein by reference as if each individual publication, patent, or patent application were specifically and individually indicated to be incorporated by reference and set forth in its entirety herein.

The invention claimed is:

**1**. A method for use with a resource associated with a criterion in a client device that communicates with a first server over the Internet, the client device is identified in the Internet using a first identifier and is associated with first and second state according to a utilization of the resource, the method comprising:

initiating, by the client device, communication with the first server over the Internet in response to connecting to the Internet, the communication comprises sending, by the client device, the first identifier to the first server over the Internet;

when connected to the Internet, periodically or continuously determining whether the resource utilization satisfies the criterion;

responsive to the determining that the utilization of the resource satisfies the criterion, shifting to the first state or staying in the first state;

responsive to the determining that the utilization of the resource does not satisfy the criterion, shifting to the second state or staying in the second state;

responsive to being in the first state, receiving, by the client device, a request from the first server; and

performing a task, by the client device, in response to the receiving of the request from the first server,

wherein the method is further configured for fetching over the Internet a first content identified by a first content identifier from a web server that is distinct from the first server, and the task comprising:

receiving, by the client device, the first content identifier from the first server;

sending, by the client device, the first content identifier to the web server;

receiving, by the client device, the first content from the web server in response to the sending of the first content identifier; and

sending, by the client device, the received first content to the first server.

**2**. The method according to claim **1**, wherein the determining is performed by the client device.

**3**. The method according to claim **1**, further comprising periodically or continuously sending, by the client device, the resource utilization to the first server, and wherein the determining is performed by the first server in response to a receiving, by the first server, the resource utilization from the client device.

**4**. The method according to claim **1**, wherein the communication by the client device with the first server is based on, or is according to, TCP/IP protocol or connection.

**5**. The method according to claim **4**, further comprising establishing a connection with the first server, and wherein the communication with the first server is over the established connection, and wherein the communicating by the client device with the first server uses TCP, and wherein the connection is established by performing ‘Active OPEN’ or ‘Passive OPEN’.

**6**. The method according to claim **5**, wherein the communication by the client device with the first server is based on, or is according to, a Virtual Private Network (VPN) and the established connection is using a tunneling protocol.

**7**. The method according to claim **1**, wherein the steps are sequentially executed.

**8**. The method according to claim **1**, wherein the first identifier comprises an IP address that is in IPv4 or IPv6 form.

**9**. The method according to claim **1**, wherein the client device is further storing, operating, or using, a client operating system.

**10**. The method according to claim **9**, wherein the client operating system consists or, comprises of, or is based on, one out of Microsoft Windows 7, Microsoft Windows XP, Microsoft Windows 8, Microsoft Windows 8.1, Linux, and Google Chrome OS.

**11**. The method according to claim **9**, wherein the client operating system is a mobile operating system.

**12**. The method according to claim **11**, wherein the mobile operating system is one out of Android version 2.2 (Froyo), Android version 2.3 (Gingerbread), Android version 4.0 (Ice Cream Sandwich), Android Version 4.2 (Jelly Bean), Android version 4.4 (KitKat)), Apple iOS version 3, Apple iOS version 4, Apple iOS version 5, Apple iOS version 6, Apple iOS version 7, Microsoft Windows® Phone version 7, Microsoft Windows® Phone version 8, Microsoft Windows® Phone version 9, and Blackberry® operating system.

**13**. The method according to claim **1**, further comprising executing an application, and wherein the application comprises a web browser.

**14**. The method according to claim **13**, wherein the web browser is a mobile web browser.

**15**. The method according to claim **1**, wherein the client device comprises, or consists of, a portable or mobile device.

**16**. The method according to claim **15**, wherein the mobile device comprises a smartphone.

**17**. The method according to claim **1**, for use with a set threshold value, and wherein the criterion is satisfied when the resource utilization is above or below the threshold.

**18**. The method according to claim **1**, wherein the resource comprises, or consists of, a hardware component in the client device.

**19**. The method according to claim **18**, wherein the hardware component comprises, or consists of, a processor or Central Processing Unit (CPU) operation in the client device.

**20**. The method according to claim **19**, wherein the resource utilization is based on, or comprises, the processor or CPU time of executing one or more threads or processes, wherein the resource utilization is based on, or comprises, the processor or CPU idling time, or wherein the resource utilization is based on, or comprises, the processor or CPU executing a system idle process.

**21**. The method according to claim **18**, wherein the hardware component comprises, or consists of, a memory in the client device, and wherein the resource utilization is based on, or comprises, an amount of used or unused location or space of the memory.

**22**. The method according to claim **1**, wherein the resource comprises, or consists of, input or output capability.

**23**. The method according to claim **22**, wherein the resource comprises, or consists of, communication bandwidth of communication with another device over the Internet.

**24**. The method according to claim **23**, wherein the resource comprises, or consists of, communication bandwidth of communication with the first server over the Internet, or wherein the resource utilization is based on, or according to, IETF RFC 2914.

**25**. The method according to claim **1**, further comprising periodically sending, by the client device, a message that comprises a status of the client device, or is in response to the status of the client device.

**26**. The method according to claim **25**, wherein the status is associated with being in the first or second state, and wherein the message is sent over the Internet to the first server.

**27**. The method according to claim **25**, wherein the message comprises, or is based on, an ‘heartbeat’ message, and wherein the time period between multiple messages sent is at least 10 milliseconds, 20 milliseconds, 30 milliseconds, 50 milliseconds, 100 milliseconds, 1 second, 2 seconds, 3 seconds, 5 seconds, 10 seconds, 20 seconds, 30 seconds, 50 seconds, or 100 seconds, 1 minute, 2 minutes, 3 minutes, minutes 5, or 10 minutes.

**28**. The method according to claim **1**, further comprising sending, by the client device, a physical geographical location to the first server, and wherein the physical geographical location corresponds to the actual physical geographical location of the client device.

**29**. The method according to claim **1**, wherein the web server uses HyperText Transfer Protocol (HTTP) and responds to HTTP requests via the Internet, and wherein the sending of the first content identifier to the web server comprises a HTTP request, or wherein the communication with the web server is based on, or uses, HTTP persistent connection, and wherein the first content includes, consists of, or comprises, a part or whole of files, text, numbers, audio, voice, multimedia, video, images, music, or computer

US 10,469,614 B2

175

176

program, or wherein the first content includes, consists of, or comprises, a part of, or a whole of, a web-site page.

* * * * *

The Data Company Technologies Inc. v. Bright Data Ltd.
IPR2022-00135, EX. 2002
228 of 228

Appx18776

## I. INTRODUCTION

Defendants repeatedly ignore the clear language of the claims, specification, and patent prosecution history in seeking a nominal "plain meaning" construction. Defendants' version of "plain meaning" is actually an overbroad interpretation that improperly treats the distinct elements of the claimed **server** – **client device** – **web server** architecture as interchangeable, effectively reducing the claims to a **computer** – **computer** – **computer** architecture. At the same time, Defendants repeatedly assert indefiniteness for claim terms by disregarding the clear context of the claims and improperly confusing claim breadth for indefiniteness.

## II. DISPUTED TERMS FOR CLAIM CONSTRUCTION

### A. Client Device (First Family)

Regarding "client device," the patent specification expressly states, "In the network 50, files are stored on computers of consumers, referred to herein as client devices 60." ECF 126-2 at 2:44-46 (emphasis added). Defendants' ignore the clear language distinguishing client devices from other claim elements in an improper attempt to misconstrue this term to include servers. First, Defendants misinterpret the ability of a client device to function as a "client, peer, or agent" to imply that a client device could also be a server. It cannot. A client device can perform different roles of client, peer, or agent to request content and respond to a request for content depending upon the needs of the network – this is how the proxy client device of the claims practices the invention – but the patent never allows for a server to be a "client device."

Critically, the specification does not equate client devices with servers. Regardless, Defendants improperly attempt to read the requirements that a client device have a processor, memory and storage device to ignore all other requirements of a client device. Next Defendants argue that anything with a processor, memory and storage device, such as a commercial server, is a client device, thereby rewriting the claims to require only a **computer** – **computer** – **computer**

architecture. This is wrong and inconsistent with the express language of the specification and the claims themselves, as well as the prosecution history, which distinguish the client device from servers in the disclosed **server** – **client device** – **web server** architecture. *See e.g.* ECF 126-2 at claim 1; *see also* Ex. G, LUM-00149134 ("It is respectfully submitted that the conventional arrangement involves fetching data by a client device from a server device, while the claims disclose a server receiving information from another server via a client device, which is unique and solves a specific problem such as anonymity when fetching information.")

Second, Defendants mischaracterize Luminati's opposition to Defendants' motion to dismiss, arguing incorrectly that Luminati had admitted that a client device can be a server. This is false. Luminati took the opposite position throughout its briefing that the terms "client device" and "server" require construction because they are not interchangeable. ECF 24 at 4; ECF 28 at 24; ECF 47 at 4-8. Ignoring Luminati's briefing, Defendant took a modified exemplary figure out of context. *Id*. For example, as detailed in the Luminati's Reply brief:

> In the Opposition, Figure 3 of the '319 and '510 Patents and 12a of the '614 Patent are used to illustrate the lines of communication showing the steps performed by the proxy client device. Defendants attempt to use these specific figures to improperly limit the express language by mischaracterizing Luminati as "view[ing] a 'server' and 'client to be broad enough to encompass one another." Reply at 4, 5. This is not true as Luminati provided extensive support from the specifications of the Asserted Patents distinguishing between client devices and servers. *See e.g.*

ECF 47 at 8. The claims clearly distinguish between a client device and a server, and Luminati never argued or admitted otherwise.

Third, extrinsic evidence can't change the express language of the specification and patent claims that distinguish servers from client devices. Furthermore, there is no basis to read "device" out of "client device." That a client device may function as a client does not stop it from also being a consumer device, distinct and different from servers. Fourth, the claim construction of "client device" from the Tesonet case involved a different patent family that does not share the

specification of the ’319 and ’510 Patents. Consistent with the claim language, the definition provided by the specification and the detailed discussion therein, a “client device” should be construed to mean “consumer computer.”

**B. First Server (First Family)**

Defendants concede that the first server is a web server. Oppn. at 8. To help minimize jury confusion between the patent claims, it would be helpful to construe the “**first server**” of the ’319 Patent as a “**web server**,” consistent with the other Asserted Patents.[1]

**C. Second Server (First Family)**

Defendants concede that the first server is a web server, and they make clear why Luminati’s proposed constructions are necessary when they then argue that “the claim does not recite that the ‘second server’ is not the client device or web server.” Oppn. at 8. To clarify that these are separate components and help minimize jury confusion between the patent claims, the “**second server**” of the ’319 and ’510 Patents should be construed.

**D. Client Device (Second Family)**

While the ’319 and ’510 Patents are from a separate family with a different specification, the ’614 Patent also recites a method that employs the same **server** – **client device** – **web server** architecture with steps performed by the client device. Defendants concede that the patentee overcame prior art during prosecution by expressly asserting “the Action equates the various recited steps to action performed by the server device 106 server device 106, which is clearly a server device and NOT a client device.” ECF 126-6 at LUM-00148122. (underlining added, all

[1] As an unintentional illustration of potential confusion, which the requested claim construction would prevent, Plaintiff’s opening brief included a typographical error on page 4 switching the words “first” and “second” before the respective servers, although the color coding and use of “web server” is accurate. ECF 126 at 4.

Filed on behalf of Petitioner by:
Michael N. Rader, Reg. No. 52,146
Adam R. Wichman, Reg. No. 43,988
Gregory S. Nieberg, Reg. No. 57,063
Marie McKiernan (*pro hac vice* application forthcoming)
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210-2206
Tel: 617-646-8000
Fax: 617-646-8646

Paper No. __

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

THE DATA COMPANY TECHNOLOGIES INC.,
Petitioner,

v.

BRIGHT DATA LTD.,
Patent Owner.

Case No. TBD
Patent No. 10,484,510

**PETITION FOR *INTER PARTES* REVIEW**
**UNDER 35 U.S.C. §§ 311-319 AND 37 C.F.R. § 42.1 *et seq*.**

**TABLE OF CONTENTS**

MANDATORY NOTICES ..... xiii

A. Real Party-In-Interest – § 42.8(b)(1) ..... xiii

B. Related Matters – § 42.8(b)(2) ..... xiii

1. United States Patent & Trademark Office ..... xiii

2. United States Patent Trial and Appeal Board ..... xiii

3. U.S. District Court for the Eastern District of Texas ..... xiv

C. Counsel and Service Information – §§ 42.8(b)(3) and (b)(4) ..... xv

I. INTRODUCTION ..... 1

II. CERTIFICATION OF STANDING ..... 2

III. UNPATENTABILITY GROUNDS ..... 2

IV. OVERVIEW ..... 3

A. Alleged Invention ..... 3

B. Challenged Claims ..... 4

C. Level of Ordinary Skill in the Art ..... 7

D. Prosecution History ..... 7

V. CLAIM INTERPRETATION ..... 8

A. PO's Litigation Argument Regarding "Client Device" ..... 8

B. District Court Constructions ..... 8

C. "establishing a TCP connection" ..... 10

1. Ordinary and Customary Meaning in the Art ..... 10

2. Usage in the '510 Patent Specification ..... 13

3. Prosecution History ..... 14

VI. GROUND 1: Claims 1, 10, 12, 15-23—Anticipated by Plamondon ..........16
A. Plamondon (Ex. 1010) ..........16
B. Claim 1 ..........21
1. Preamble [1P] ..........21
2. Step 1A ..........23
3. Step 1C ..........25
4. Step 1D ..........28
5. Step 1E ..........30
C. Claim 10 ..........32
D. Claim 12 ..........33
1. Element 12A ..........33
2. Element 12B ..........34
E. Claim 15 ..........35
F. Claim 16 ..........36
G. Claim 17 ..........36
H. Claim 18 ..........38
I. Claim 19 ..........39
J. Claim 20 ..........39
K. Claim 21 ..........40
L. Claim 22 ..........40
M. Claim 23 ..........41
VII. GROUND 2: Claim 24—Obvious Over Plamondon ..........43
VIII. GROUND 3: Claims 8, 11—Obvious Over Plamondon in View of RFC 2616 ..........44
A. Claim 11 ..........44
B. Claim 8 ..........46

IX. GROUND 4: Claims 8-9—Obvious Over Plamondon in View of RFC 1122 ....47

A. Claim 9 ....48

B. Claim 8 ....48

X. GROUND 5: Claim 2—Obvious Over Plamondon in View of IEEE 802.11-2007 ....49

A. IEEE 802.11-2007 (Ex. 1022) ....49

B. Claim 2 ....50

1. Element 2A ....50

2. Element 2B ....51

XI. GROUND 6: Claims 2-5—Obvious Over Plamondon in View of Price ....52

A. Price (Ex. 1023) ....52

B. Plamondon-Price Combination ....53

C. Claim 2 ....55

1. Element 2A ....55

2. Element 2B ....55

D. Claim 3 ....57

E. Claim 4 ....58

F. Claim 5 ....59

XII. GROUND 7: Claims 6-7—Obvious Over Plamondon in View of Kozat ....60

A. Kozat (Ex. 1024) ....60

B. Plamondon-Kozat Combination ....62

C. Claim 6 ....................65

1. Element 6A ....................65

a. Element 6A1 .................... 65

b. Element 6A2 .................... 65

2. Element 6B....................66

3. Element 6C....................66

4. Element 6D ....................67

D. Claim 7 ....................67

XIII. NO BASIS EXISTS FOR DISCRETIONARY DENIAL ....................68

A. Section 314(a): Litigation Involving Unrelated Parties and Different Prior Art Does Not Support Discretionary Denial ....................68

1. Factors 5 and 4 Strongly Disfavor Discretionary Denial....................68

a. Factor 5: Petitioner Is Not a Litigation Defendant .................... 68

b. Factor 4: There Is No Meaningful Overlap Between this IPR and the EDTX Cases .................... 68

2. Factors 1-3 Disfavor Discretionary Denial Because Petitioner Is Not a Litigation Defendant and There Is No Meaningful Overlap Between this IPR and the EDTX Cases ..70

3. Factor 6 Favors Institution Because this Petition Is Strong......71

B. Section 314(a): The Code200 IPR and NetNut IPR Do Not Support Discretionary Denial....................71

C. Section 325(d): This Petition's References and Arguments Were Not Addressed During Prosecution....................73

D. The Recently-Filed Reexamination Request Does Not Support Discretionary Denial....................76

XIV. CONCLUSION....................77

## TABLE OF AUTHORITIES

### CASES

*Adobe v. RAH Color Techs.*, IPR2019-00627, Paper 41 (Sept. 10, 2019) .......... 76

*Advanced Bionics v. MED-EL*, IPR2019-01469, Paper 6 (Feb. 13, 2020) .......... 73, 75, 76

*Apple v. Fintiv,* IPR2020-00019, Paper 11 (Mar. 20, 2020) .......... 68, 69, 70

*Apple v. SEVEN Networks*, IPR2020-00235, Paper 10 (July 28, 2020) .......... 71

*Apple v. Uniloc 2017*, IPR2019-00918, Paper 21 (Oct. 15, 2020) .......... 11

*Becton, Dickinson & Co. v. B. Braun Melsungen AG*, IPR2017-01586, Paper 8 (Dec. 15, 2017) .......... 75

*Bowtech v. MCP IP*, IPR2019-00382, Paper 12 (Aug. 6, 2019) .......... 76

*Dolby Labs. v. Intertrust Techs.*, IPR2020-00665, Paper 11 (Feb. 16, 2021) .......... 70

*Ericsson v. Intellectual Ventures II*, IPR2014-01330, Paper 29 (Feb. 19, 2016) .......... 47

*Facebook v. Onstream Media*, IPR2020-01525, Paper 11 (April 5, 2021) .......... 71

*General Plastic Industrial Co., Ltd. v. Canon Kabushiki Kaisha*, Case IPR2016-01357, Paper 19 (Sept. 6, 2017) .......... 71, 72, 73

*Google v. Jenam Tech.*, IPR2020-00845, Paper 16 (Oct. 8, 2020) .......... 71

*Group III Int'l v. Targus Group Int'l*, IPR2021-00371, Paper 21 (July 9, 2021) .......... 73

*Hisense Visual Tech. v. LG Elecs.*,
IPR2020-01164, Paper 15 (Jan. 7, 2021) ............ 49

*HyperBranch Med. Tech. v. Confluent Surgical*,
IPR2018-01099, Paper 14 (Nov. 27, 2018) ............ 75

*In re Rambus*,
694 F.3d 42 (Fed. Cir. 2012) ............ 14

*Kavo Dental Techs. v. Osseo Imaging,*
IPR2020-00659, Paper 10 (June 10, 2020) ............ 68

*MED-EL Elektromedizinische Geräte v. Adv. Bionics*,
IPR2021-00044, Paper 14 (Apr. 6, 2021) ............ 70

*Nellcor Puritan Bennett v. Masimo*,
402 F.3d 1364 (Fed. Cir. 2005) ............ 14

*SHDS v. Truinject*,
IPR2020-00937, Paper 11 (Nov. 17, 2020) ............ 73

*Trend Micro v. Cupp Computing*,
IPR2019-00641, Paper 7 (July 26, 2019) ............ 44

*Unified Patents v. NavBlazer*,
IPR2020-00983, Paper 11 (Dec. 16, 2020) ............ 68

*Xilinx v. Arbor Global Strategies*,
IPR2020-01568, Paper 12 (Mar. 5, 2021) ............ 73

*Zillow Grp. v. Int'l Bus. Mach.*,
IPR2020-01655, Paper 8 (Mar. 15, 2021) ............ 9

**REGULATIONS**

37 C.F.R. § 42.100(b) ............ 8, 9, 10

37 C.F.R. § 42.104(a) ............ 2

**APPENDIX LISTING OF EXHIBITS**

| Exhibit | Description |
|---|---|
| 1001 | U.S. Patent No. 10,484,510 |
| 1002 | Prosecution History of U.S. Patent No. 10,484,510 |
| 1003 | Declaration of Prof. Dave Levin (“Levin”) |
| 1004 | Curriculum Vitae of Prof. Dave Levin |
| 1005 | Patent Owner’s Opening Claim Construction Brief, *Luminati Networks Ltd. v. Teso LT et al.*, Case No. 2:19-cv-00395-JRG, D.I. 126 (E.D. Tex. Sept. 29, 2020) |
| 1006 | Claim Construction Opinion and Order, *Luminati Networks Ltd. v. Teso LT et al.*, Case No. 2:19-cv-00395-JRG, D.I. 191 (E.D. Tex. Dec. 7, 2020) |
| 1007 | Patent Owner’s Opposition to Motion to Dismiss, *Luminati Networks Ltd. v. Teso LT et al.*, Case No. 2:19-cv-00395-JRG, D.I. 28 (E.D. Tex. Apr. 7, 2020) |
| 1008 | Patent Owner’s Preliminary Response, *Code200 UAB, et al. v. Luminati Networks Ltd.*, IPR2020-01358, Paper 9 (PTAB Nov. 20, 2020) |
| 1009 | Supplemental Claim Construction Order, *Bright Data Ltd. v. Teso LT et al.*, Case No. 2:19-cv-00395-JRG, D.I. 453 (E.D. Tex. Aug. 6, 2021) |
| 1010 | U.S. Patent Application Publication No. 2008/0228938 (“Plamondon”) |
| 1011 | Declaration of Sandy Ginoza for IETF |
| 1012 | Ginoza Decl. Exh. 1, RFC 793: Transmission Control Protocol - DARPA Internet Program Protocol Specification, Information Sciences Institute (September 1981) (“RFC 793”) |
| 1013 | Ginoza Decl. Exh. 2, RFC 1001: Protocol Standard for a NetBIOS Service on a TCP/UDP Transport: Concepts and Methods, NetBIOS Working Group (March 1987) (“RFC 1001”) |
| 1014 | Ginoza Decl. Exh. 3, RFC 1122: Requirements for Internet Hosts -- Communication Layers, Internet Engineering Task Force (October 1989) (“RFC 1122”) |

| | |
|---|---|
| 1015 | Ginoza Decl. Exh. 4, RFC 1630: Universal Resource Identifiers in WWW - A Unifying Syntax for the Expression of Names and Addresses of Objects on the Network as used in the World-Wide Web, Network Working Group (June 1994) ("RFC 1630") |
| 1016 | Ginoza Decl. Exh. 5, RFC 1738: Uniform Resource Locators (URL), Network Working Group (December 1994) ("RFC 1738") |
| 1017 | Ginoza Decl. Exh. 6, RFC 2187: Application of Internet Cache Protocol (ICP), version 2, National Laboratory for Applied Network Research/UCSD (September 1997) ("RFC 2187") |
| 1018 | Ginoza Decl. Exh. 7, RFC 2616: Hypertext Transfer Protocol -- HTTP/1.1, The Internet Society (June 1999) ("RFC 2616") |
| 1019 | Ginoza Decl. Exh. 8, RFC 2960: Stream Control Transmission Protocol, The Internet Society (October 2000) ("RFC 2960") |
| 1020 | Ginoza Decl. Exh. 9, RFC 6520: Transport Layer Security (TLS) and Datagram Transport Layer Security (DTLS) Heartbeat Extension, Internet Engineering Task Force (February 2012) ("RFC 6520") |
| 1021 | Declaration of Gordon MacPherson for IEEE |
| 1022 | MacPherson Decl. Exh. A, IEEE 802.11-2007 - IEEE Standard for Information Technology - Telecommunications and Information Exchange Between Systems – Local and Metropolitan Area Networks - Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, June 12, 2007 ("IEEE 802.11-2007") |
| 1023 | U.S. Patent Application Publication No. 2006/0026304 ("Price") |
| 1024 | U.S. Patent Application Publication No. 2009/0055471 ("Kozat") |
| 1025 | U.S. Patent No. 10,257,319 |
| 1026 | Pages from W. R. Stevens, *TCP/IP Illustrated, Volume 1: The Protocols*. Canada: Addison-Wesley, 1994, chs. 1 & 18, bibliography ("Stevens") |
| 1027 | Prosecution History of U.S. Patent No. 10,491,712 |
| 1028 | U.S. Patent Application Publication No. 2008/0072178 ("Budzisch") |
| 1029 | U.S. Patent Application Publication No. 2002/0178217 ("Nguyen") |
| 1030 | U.S. Patent Publication No. 2005/0125412 ("Glover") |

| | |
|---|---|
| 1031 | U.S. Patent Application Publication No. 2007/0177513 (“Kuokkannen”) |
| 1032 | U.S. Patent No. 7,761,500 (“Eckert”) |
| 1033 | Pages from L.L. Peterson, B.S. Davie, *Computer Networks: A Systems Approach*, 4th ed. San Francisco, CA: Elsevier, 2007, chs. 1-2 (“Peterson”) |
| 1034 | U.S. Patent Application Publication No. 2009/0187654 (“Raja”) |
| 1035 | U.S. Patent Application Publication No. 2002/0169818 (“Stewart”) |
| 1036 | U.S. Patent No. 6,351,775 (“Yu-775”) |
| 1037 | U.S. Patent Application Publication No. 2002/0059371 (“Jamail”) |
| 1038 | P. Mell, T. Bergeron, and D. Henning, “Creating a Patch and Vulnerability Management Program,” NIST Special Publication 800-40 Version 2.0, 2005 (“SP 800-40 Ver. 2”) |
| 1039 | U.S. Patent Application Publication No. 2004/0153473 (“Hutchinson”) |
| 1040 | U.S. Patent Application Publication No. 2006/0236083 (“Fristch”) |
| 1041 | U.S. Patent Application Publication No. 2010/0115613 (“Ramaswami”) |
| 1042 | U.S. Patent No. 8,041,784 (“Amidon”) |
| 1043 | U.S. Patent No. 8,655,838 (“Wright”) |
| 1044 | A. Rowstron and P. Druschel, “Pastry: Scalable, Decentralized Object Location, and Routing for Large-Scale Peer-to-Peer Systems.” IFIP/ACM International Conference on Distributed Systems Platforms and Open Distributed Processing: Middleware 2001, pp. 329-350 (2001) (“Rowstron”) |
| 1045 | S. Ratnasamy, M. Handley, R. Karp and S. Shenker, “Topologically-aware overlay construction and server selection.” Proceedings Twenty-First Annual Joint Conference of the IEEE Computer and Communications Societies, vol. 3, pp. 1190-1199 (2002) (“Ratnasamy”) |
| 1046 | V. N. Padmanabhan and L. Subramanian, “An Investigation of Geographic Mapping Techniques for Internet Hosts.” ACM SIGCOMM Computer Communication Review, vol. 3, No. 4, pp. 173–185 (2001) (“Padmanabhan”) |

| | |
|---|---|
| 1047 | M.J. Freedman, K. Lakshminarayanan, and D. Mazières, "OASIS: Anycast for Any Service." Proceedings of the 3rd Conference on Networked Systems Design & Implementation, vol. 3, pp. 129-142 (2006) ("Freedman-2006") |
| 1048 | S. Agarwal and J.R. Lorch, "Matchmaking for Online Games and Other Latency-Sensitive P2P Systems." ACM SIGCOMM Computer Communication Review, vol. 39, No. 4, pp. 315-326 (2009) ("Agarwal") |
| 1049 | U.S. Patent No. 8,144,611 ("Agarwal-611") |
| 1050 | H. Casanova, "Benefits and Drawbacks of Redundant Batch Requests." Journal of Grid Computing, vol. 5, pp. 235–250 (2007) ("Casanova") |
| 1051 | U.S. Patent Application Publication No. 2008/0298328 ("Sharma") |
| 1052 | U.S. Patent Application Publication No. 2009/0204700 ("Sudhakar") |
| 1053 | U.S. Patent Application Publication No. 2006/0212584 ("Yu") |
| 1054 | U.S. Patent No. 7,865,585 ("Samuels") |
| 1055 | S. J. Murdoch, "New Tor distribution for testing: Tor Browser Bundle," January 30, 2008 post to tor-talk mailing list, available at https://lists.torproject.org/pipermail/tor-talk/2008-January/007837.html |
| 1056 | U.S. Patent Application Publication No. 2009/0222515 ("Thompson") |
| 1057 | Defendants' Section 282 Disclosure, *Bright Data Ltd. v. Teso LT et al.*, Case No. 2:19-cv-00395-JRG, D.I. 450 (E.D. Tex. July 16, 2021) |
| 1058 | Docket, *Bright Data Ltd. v. NetNut Ltd.*, Case No. 2:21-cv-00225-JRG (E.D. Tex.) (as of Nov. 2, 2021) |
| 1059 | Notice of Filing Invalidity Contentions, *Bright Data Ltd. v. Tefincom S.A. d/b/a NordVPN*, Case No. 2:19-cv-00414-JRG, D.I. 37 (E.D. Tex. Mar. 3, 2021) |
| 1060 | Docket, *Luminati Networks Ltd. v. BI Science (2009) Ltd.*, Case No. 2:19-cv-397-JRG (E.D. Tex.) (as of Nov. 2, 2021) |
| 1061 | Motion for Summary Judgement, *Bright Data Ltd. v. Teso LT et al.*, Case No. 2:19-cv-00395-JRG, D.I. 282 (E.D. Tex. Feb. 8, 2021) |
| 1062 | RESERVED |
| 1063 | Amended Complaint, *Bright Data Ltd. v. Tefincom S.A. d/b/a NordVPN*, Case No. 2:19-cv-00414-JRG, D.I. 22 (E.D. Tex. Nov. 12, 2020) |

| | |
|---|---|
| 1064 | Docket, *Bright Data Ltd. v. Teso LT et al.*, Case No. 2:19-cv-00395-JRG (E.D. Tex.) (as of Nov. 2, 2021) |
| 1065 | Docket, *Bright Data Ltd. v. Tefincom S.A. d/b/a NordVPN*, Case No. 2:19-cv-00414-JRG (E.D. Tex.) (as of Nov. 2, 2021) |
| 1066 | RESERVED |
| 1067 | Decision Denying Institution of *Inter Partes* Review of U.S. Patent No. 10,257,319, *Code200, UAB, et al. v. Luminati Networks Ltd*., IPR2020-01266, Paper 18 (PTAB Dec. 23, 2020) |
| 1068 | Decision Denying Institution of *Inter Partes* Review of U.S. Patent No. 10,484,510, *Code200 UAB, et al. v. Luminati Networks Ltd*., IPR2020-01358, Paper 11 (PTAB Dec. 23, 2020) |
| 1069 | Petition for *Inter Partes* Review of U.S. Patent No. 10,257,319, *Code200 UAB, et al. v. Luminati Networks Ltd*., IPR2020-01266, Paper 5 (PTAB Jul. 14, 2020) |
| 1070 | Petition for *Inter Partes* Review of U.S. Patent No. 10,484,510, *Code200, UAB, et al. v. Luminati Networks Ltd*., IPR2020-01358, Paper 5 (PTAB July 28, 2020) |
| 1071 | Prosecution History of U.S. Patent No. 8,560,604 |
| 1072 | Prosecution History of U.S. Patent No. 10,069,936 |
| 1073 | Prosecution History of U.S. Patent No. 10,257,319 |
| 1074 | Order, *Bright Data Ltd. v. Teso LT et al.*, Case No. 2:19-cv-00395-JRG, D.I. 493 (E.D. Tex. Sept. 21, 2021) |
| 1075 | Plaintiff's Motion for Partial Summary Judgment on Certain Invalidity Grounds, *Bright Data Ltd. v. Tefincom S.A. D/B/A NordVPN*, Case No. 2:19-cv-00414-JRG, D.I. 97 (E.D. Tex. Sept. 27, 2021) |
| 1076 | Defendant's Motion for Summary Judgment of Invalidity of the '319, '510, and '511 Patents, *Bright Data Ltd. v. Tefincom S.A. D/B/A NordVPN,* Case No. 2:19-cv-00414-JRG, D.I. 99 (E.D. Tex. Sept. 29, 2021) |
| 1077 | RESERVED |
| 1078 | Declaration of Adam R. Wichman |

| | |
|---|---|
| 1079 | Revised Joint Pretrial Order, *Bright Data Ltd. v. Teso LT et al.*, Case No. 2:19-cv-00395-JRG, D.I. 490 (E.D. Tex. Sept. 17, 2021) |

## MANDATORY NOTICES

### A. Real Party-In-Interest – § 42.8(b)(1)

Petitioner is the Real Party-in-Interest. Without conceding that the following parties are in fact RPIs, Petitioner also identifies: Avantis Team Technologies Ltd. and Cytronix Ltd.

### B. Related Matters – § 42.8(b)(2)

A decision in this proceeding could affect or be affected by the following:

#### 1. United States Patent & Trademark Office

U.S. Patent No. 10,484,510 ("the '510 patent") is a continuation of U.S. Patent No. 10,257,319, which is a continuation of U.S. Patent No. 10,069,936, which is a division of U.S. Patent No. 8,560,604, which claims priority to U.S. Provisional Application No. 61/249,624.

The following claim the benefit of the filing date of the '510 patent: U.S. Patent No. 11,044,342; U.S. Patent Application No. 17/332,077.

Reexamination No. 90/014,876 is a reexamination of the '510 patent.

#### 2. United States Patent Trial and Appeal Board

The '510 patent was at issue in *Code200, UAB et al. v. Luminati Networks Ltd. f/k/a Hola Networks Ltd.*, Case No. IPR2020-01358 ("Code200 IPR").[1]

[1] Luminati Networks Ltd. is now Bright Data Ltd. ("Patent Owner" or "PO").

The ’510 patent is also at issue in *NetNut Ltd. v. Bright Data Ltd.*, Case No. IPR2021-01493 (“NetNut IPR”). NetNut filed its petition on September 3, 2021, using the same art and patentability arguments that were presented in the Code200 IPR petition (which the Board denied on discretionary grounds). The PO has not yet filed a preliminary patent owner response, and the Board has not ruled on institution.

**3. U.S. District Court for the Eastern District of Texas**

The ’510 patent is or has been at issue in the following cases, collectively referred to herein as “the EDTX cases”:

- *Bright Data Ltd. v. NetNut Ltd.*, Civil Action No. 2:21-cv-00225-JRG (“the 225 case”);
- *Bright Data Ltd. v. Tefincom SA d/b/a NordVPN*, Civil Action No. 2:19-cv-00414-JRG (“the 414 case”);
- *Luminati Networks Ltd. v. BI Science (2009) Ltd.*, Civil Action No. 2:19-cv-397-JRG (“the 397 case”)[2]; and
- *Bright Data Ltd. v. Teso LT, UAB a/k/a UAB Teso LT et al.*, Civil Action No. 2:19-cv-00395-JRG (“the 395 case”).

[2] The 397 case was dismissed before Luminati Networks Ltd. changed its name to Bright Data Ltd.

### C. Counsel and Service Information – §§ 42.8(b)(3) and (b)(4)

| **Lead Counsel** | Michael N. Rader, Reg. No. 52,146 |
|---|---|
| **Backup Counsel** | Adam R. Wichman, Reg. No. 43,988<br>Gregory S. Nieberg, Reg. No. 57,063<br>Marie McKiernan (*pro hac vice* application forthcoming) |
| **Service Information** | E-mail: MRader-PTAB@wolfgreenfield.com<br>AWichman-PTAB@wolfgreenfield.com<br>GNieberg-PTAB@wolfgreenfield.com<br>Marie.McKiernan@wolfgreenfield.com<br>Post and hand delivery: Wolf, Greenfield & Sacks, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210-2206<br>Telephone: 617-646-8000 Facsimile: 617-646-8646 |

A power of attorney is submitted with the petition. Counsel for Petitioner consents to service of all documents via electronic mail.

Petitioner requests *inter partes* review of claims 1-12 and 15-24 of the ’510 patent (Ex. 1001).

## I. INTRODUCTION

The ’510 patent describes methods that purportedly provide “faster and more efficient” network communication. The claimed methods, however, are overbroad and read directly on the prior art. For example, independent claim 1 covers basic proxy server functionality in which a device requests content from a web server through an intermediary device. This functionality was conventional long before the ’510 patent, and is described in Plamondon (Ex. 1010), the primary prior art reference applied herein.

Patent Owner (“PO”) has asserted the ’510 patent in litigations against third parties in the Eastern District of Texas (“the EDTX cases”).[3] There, PO defended the patentability of claim 1 on the ground that the configuration of three devices recited in the claim is purportedly novel. Claim 1 recites a device requesting content (which it calls a “server”), an intermediary device or proxy (which it calls a “client device”), and a device storing the content (which it calls a “web server”). PO calls this a “server-client device-web server architecture.” This is exactly what Plamondon discloses.

[3] Petitioner is not party to any litigation involving the ’510 patent.

The ’510 patent dependent claims recite implementation details and related features that Plamondon and other publications described long before the ’510 patent. Indeed, in several cases the dependent claims cover networking methods described in foundational protocols and comments that define the Internet. All challenged claims are unpatentable.

## II. CERTIFICATION OF STANDING

The ’510 patent is available for IPR and Petitioner is not barred or estopped from requesting IPR of its claims. 37 C.F.R. § 42.104(a).

## III. UNPATENTABILITY GROUNDS

Petitioner requests cancellation of claims 1-12 and 15-24 as follows:

| Ground | Reference(s) | Claim(s) | Basis |
|---|---|---|---|
| 1 | Plamondon | 1, 10, 12, 15-23 | § 102 |
| 2 | Plamondon | 24 | § 103 |
| 3 | Plamondon, RFC 2616 | 8, 11 | |
| 4 | Plamondon, RFC 1122 | 8-9 | |
| 5 | Plamondon, IEEE 802.11-2007 | 2 | |
| 6 | Plamondon, Price | 2-5 | |
| 7 | Plamondon, Kozat | 6-7 | |

## IV. OVERVIEW

### A. Alleged Invention

The ’510 patent “relate[s] to…improving data communication speed and bandwidth efficiency on the Internet.” 1:26-28.[4] In particular, the patent describes an “acceleration server” that directs requests from clients to “agents” (*i.e.*, proxies), that in turn issue requests to web servers. 13:19-15:42, Fig. 3.

FIG. 3

[4] Unless otherwise noted, citations in this section are to the ’510 patent (Ex. 1001). Throughout the petition emphasis is added unless otherwise indicated.

Figure 3 shows a communication network practicing the alleged invention, including "client 102…capable of communication with one or more peers 112, 114, 116 and one or more agents 122," a "Web server 152…from which the client…is requesting information," and an "acceleration server 162." 4:56-5:12. Levin Decl. (Ex. 1003, "Levin") ¶¶ 82-83.

When a client seeks "a resource on a network" (*e.g.*, a webpage) hosted by a web server, it sends the web server's IP address to an acceleration server "to obtain a list of communication devices that the client…can use as agents." 12:62-13:15. If an agent locates peer(s) having the content, the agent directs the client to the peer(s); otherwise, the agent acts a proxy and itself obtains the content from the web server for the client. 13:50-61, 14:62-15:11. The patent admits that proxy devices were known in the prior art. Fig. 1, 2:11-26, 2:43-61; Levin ¶¶ 84-85.

**B. Challenged Claims**

The '510 patent has 24 claims. Claim 1 is independent. The claim wording varies from the wording in the figures and the rest of the specification. For its district court claim construction brief, PO created an annotated figure, reproduced below, mapping claim 1 to Figure 3. Ex. 1005, 4. PO's color textual annotations reflect the wording in claim 1.



**’510 Patent, Fig. 3 (with PO’s color annotations)**

- The claimed “**second server**” is the specification’s “client 102.”
- The claimed “**client device**” is the specification’s “agent 122.”
- The claimed “**web server**” is the specification’s “web server 152.”

PO argued that this annotated Figure 3 depicts a system practicing method claim 1. Ex. 1005, 4; Ex. 1007, 14. The arrows purportedly indicate the claimed method steps.[5]

---

[5] Claim 1 of the ’510 patent includes steps A and C-E. Step B appears in dependent claim 15. According to PO, step B is also embedded within step E of claim 1. Ex. 1005, 5; Ex. 1006, 20 n.12.

Table 1 below associates steps A and C-E in PO's annotated Figure 3 with the corresponding elements in claim 1 (adding PO's coloring). Ex. 1005, 4-5.

**Table 1: Challenged claim 1**

| | |
|---|---|
| **1P** | 1. A method for use with a **web server** that responds to Hypertext Transfer Protocol (HTTP) requests and stores a first content identified by a first content identifier, the method by a **first client device** comprising: |
| **1A** | establishing a Transmission Control Protocol (TCP) connection with a **second server**; |
| **1C** | sending, to the **web server** over an Internet, the first content identifier; |
| **1D** | receiving, the first content from the **web server** over the Internet in response to the sending of the first content identifier; and |
| **1E** | sending the received first content, to the **second server** over the established TCP connection, **[1B]** in response to the receiving of the first content identifier. |

PO admits the claims describe how "a **client device** serves as a proxy between the **server** and **web server**." Ex. 1005, 2. As noted above, such proxies were well-known in the prior art. Levin ¶¶ 61-64, 101-103, 202, 208-209.

Dependent claims add other well-known, conventional networking features. For example, claim 17 requires "storing" (*e.g.*, caching) content by the **first client device**; claim 8 requires "periodically communicating between the **second server** and the **first client device**"; claims 7, 15, and 18-21 recite basic Internet techniques like TCP/IP protocol, URLs, and web browsers; and claim 24 recites a generic "non-transitory computer readable medium containing computer instructions" for performing claim 1's method.

### C. Level of Ordinary Skill in the Art

PO has argued that a person of ordinary skill in the art ("POSA") for the '510 patent is "an individual who, as of October 8, 2009…had a Master's Degree or higher in the field of Electrical Engineering, Computer Engineering, or Computer Science or as of that time had a Bachelor's Degree in the same fields and two or more years of experience in Internet Communications." Ex. 1008, 19. For purposes of this IPR, Petitioner adopts PO's proposal for the level of ordinary skill in the art. Levin ¶¶ 30-37.

### D. Prosecution History

Filed in 2019, the '510 patent claims priority, through several applications, to a provisional filed October 8, 2009. The examination involved a single office action with no substantive discussion.

During prosecution, the Examiner rejected all claims for obviousness-type double patenting over claims 1-29 of the ’319 patent (the ’510 patent’s parent) and claims 2-24 in then-pending Application Serial No. 16/278,106, which issued as U.S. Patent 10,491,712. Ex. 1002, 426-429. In response, the applicants filed a terminal disclaimer. *Id.*, 495-497. The Examiner subsequently allowed the claims without meaningful explanation. *Id.*, 519-520.

## V. CLAIM INTERPRETATION

The court in the EDTX cases construed several ’510 patent claim terms. Exs. 1006, 1009. Those constructions are relevant here. 37 C.F.R. § 42.100(b).

### A. PO’s Litigation Argument Regarding “Client Device”

PO argued that the ’510 patent contributed to the art by implementing proxy server functionality in a “client device,” which PO argued should be construed as a “consumer computer,” excluding a “server.” Ex. 1005, 10-13.

### B. District Court Constructions

The district court rejected PO’s argument because the specification does not limit “client device” to “consumer computer” and excluding servers is “not supported by the specification.” Instead, the district court construed “client device” as a “communication device that is operating in the role of a client,” and confirmed that a device meeting this construction still qualifies as a “client device”

if it also acts as a server. Ex. 1006, 10-12. The district court clarified that "server" means "a device that is operating in the role of a server." Ex. 1009, 8-11.[6]

For purposes of this IPR, Petitioner adopts the EDTX claim constructions, listed below. The prior art also renders the claims unpatentable under PO's proposed constructions.

| **Term** | **EDTX Construction** | **Cite** |
|---|---|---|
| "client device" | "communication device that is operating in the role of a client" | Ex. 1006, 12 |
| "first server" | plain and ordinary meaning | Ex. 1006, 13 |
| "second server" | "a device that is operating in the role of a server and that is not the first client device" | Ex. 1009, 8-11 |
| preamble | The court confirmed the parties' stipulation that the claim 1 preamble is limiting. | Ex. 1006, 9 |

Consistent with the district court ruling, in this petition all other terms are given their ordinary and customary meaning. 37 C.F.R. § 42.100(b).[7]

---

[6] On September 21, 2021, the court overruled PO's objections and adopted the magistrate's supplemental claim construction order (Ex. 1009). Ex. 1074.

[7] Petitioner reserves the right to argue in court, if sued for infringement, that claim terms are indefinite. *Cf. Zillow Grp. v. Int'l Bus. Mach.*, IPR2020-01655, Paper 8, 12 (Mar. 15, 2021).

### C. "establishing a TCP connection"

Claim 1 requires the **first client device** "establishing a Transmission Control Protocol (TCP) connection with a **second server**." The district court did not expressly construe this phrase, so it carries its ordinary and customary meaning. 37 C.F.R. § 42.100(b). For purposes of this petition, the ordinary and customary meaning of "establishing a TCP connection" in the art is participating in creating the TCP/IP connection between devices.

#### 1. Ordinary and Customary Meaning in the Art

A TCP connection is "established" bidirectionally. RFC 793 (Ex. 1012), the definitive Internet standard on TCP, explains that "[t]he connection becomes 'established' when sequence numbers have been synchronized in both directions." Ex. 1011 ¶ 11; Ex. 1012, 12.[8] In other words, both sides "establish" the TCP connection. Levin ¶¶ 114 & 128-129; *generally id.* ¶¶ 114-129.

One method for establishing the TCP connection is known as an active open, which involves a three-way "handshake" (message exchange) between hosts—a client and a server. The client sends the server a SYN message. If the server agrees to allow the connection, it responds with a SYN+ACK message, and the client responds with an ACK message. Ex. 1012, 10-12; Levin ¶¶ 114-124.

---

[8] RFC documents are separately numbered exhibits for convenience. Ex. 1078 ¶ 5.

The TCP connection transitions to the "ESTABLISHED" state (is "established") in an active open when the server receives the client's ACK message. Levin ¶ 124.

In another method known as a simultaneous open, both hosts send each other a SYN message. If each agrees to allow the connection, each responds with an SYN+ACK message. Levin ¶¶ 125-127. The TCP connection transitions to the "ESTABLISHED" state (is "established") in a simultaneous open when each host receives the other's SYN+ACK message.

RFC 793, published in 1981, thus confirms that a TCP connection is "established" bidirectionally. RFCs are standards that govern the Internet, are widely distributed without restrictions starting on their dates of publication. Since the 1990s they, including RFC 793, have been maintained in a repository freely available to the public. Ex. 1011 ¶¶ 1-11; Ex. 1012; Ex. 1031, [0058] (2005 patent application referencing RFC 793); Levin ¶¶ 115-121. The POSA would have been familiar with RFC 793 and TCP. Levin ¶ 120. Though relied upon only for the meaning of "establish"—and not as an anticipatory or obviousness reference—RFC 793 is nonetheless pre-AIA § 102(b) prior art, as the Board has found in similar circumstances. *Apple v. Uniloc 2017*, IPR2019-00918, Paper 21 (Oct. 15, 2020) (claims in patent claiming priority to 2005 unpatentable over RFC 793).

Ex. 1026, a well-known networking text from 1994, explains the well-known TCP state-transition diagram based on RFC 793.  Ex. 1026, 240-241; Levin ¶ 121 & 123-126.  This diagram, Ex. 1026, Fig. 8.12, is reproduced below with color annotations highlighting the sequentially numbered client and server steps for establishing the TCP connection in an active open.  Levin ¶¶ 123-124.



Ex. 1026, Fig. 18.12: TCP state diagram with color annotation for active open.

**2. Usage in the ’510 Patent Specification**

Construing “establishing a TCP connection” to cover the participation of both devices that connect via TCP is consistent with the ’510 patent specification. It provides:

> To establish a connection, as shown by block 608, the client issues a TCPIP connect with the primary agent or one of the other agents if the primary agent does not succeed, to create a connection with the agent.

Ex. 1001, 17:61-64 & Fig. 14, step 608.

The ’510 patent explains that a TCP/IP “connect” command “is a command issued by an application in the communication device that is initiating the communication to instruct the TCPIP stack to connect to a remote communication device.” Ex. 1001, 17:31-34; Levin ¶ 130.

As noted above, PO argues that claim 1’s “second server” is the specification’s “client” (Fig. 3, client 102)[9] while claim 1’s “first client device” is the specification’s “agent” (Fig. 3, agent 122). *Supra* § IV.AIV.B. Translating step 608 of Figure 14 into the claim language, using PO’s own mapping, the ’510 patent describes the “second server” as the device that “issues a TCPIP connect” to the “first client device,” thereby “initiating” the communication with the first client device. Levin ¶¶ 130-134.

[9] The phrase “second server” appears nowhere in the written description.

At the same time, claim 1 requires that the first client device "establish a…TCP connection with a second server," not the other way around. Accordingly, "establishing" a TCP connection cannot require initiating the connection (*e.g.*, by sending the first SYN packet). Construing "establishing" to require "initiating" would impermissibly exclude the specification's only embodiment, in which the TCP connection is "established" by the device that does not initiate the connection. *Nellcor Puritan Bennett v. Masimo*, 402 F.3d 1364, 1368 (Fed. Cir. 2005) (excluding all embodiments is "powerful evidence" that a "construction is incorrect").

### 3. Prosecution History

Prosecution in a sibling to the '510 patent, U.S. Patent No. 10,491,712 ("the '712 patent")[10]—confirms that "establishing" a TCP connection covers the participation of both devices that connect via TCP and is not limited to initiating the TCP connection process. *In re Rambus*, 694 F.3d 42, 48 (Fed. Cir. 2012) (same term in related patents carries the same meaning).

[10] The '712 patent and the '510 patent are both continuations of the '319 patent and share a common specification.

During prosecution of the ’712 patent, original claim 1 contained the same “establishing” step as claim 1 of the ’510 patent. Ex. 1027, 55. The Examiner rejected this claim over U.S. Patent Pub. No. 2006/0212584 (“Yu,” Ex. 1053), citing Figs. 2-4 and [0024]-[0026]. Ex. 1027, 159-161. Yu explains that a control server can communicate with peers over TCP but provides no discussion which component initiates the TCP connection. Ex. 1053; Levin ¶ 136. In other words, the Examiner found that Yu discloses the “establishing” step regardless of which device initiates the TCP connection. The Examiner indicated that claim 1 would be allowable if it was amended to include the requirements of a dependent claim. Ex. 1027, 168. The applicants did not contest that Yu discloses the “establishing” step; they surrendered, amending claim 1 as instructed to secure allowance. *Id.*, 225-226.

The prosecution history of the ’712 patent, which includes the same specification as the ’510 patent, demonstrates that “establishing” a TCP connection should be construed according to its ordinary and customary meaning in the art, covering the participation of both devices that connect via TCP, and should not be limited to initiating the TCP connection (*e.g.*, by sending the first SYN packet).

## VI. GROUND 1: CLAIMS 1, 10, 12, 15-23—ANTICIPATED BY PLAMONDON

Plamondon discloses every element in—and thus anticipates—claims 1, 10, 12 and 15-23.

Throughout this section and the remainder of the petition, all citations are to Plamondon unless otherwise noted.

### A. Plamondon (Ex. 1010)

Plamondon, published September 18, 2008, is pre-AIA § 102(b) prior art.

Plamondon concerns "data communication networks" and describes systems and methods for accelerating network traffic. [0001]. Plamondon's Figure 1A (annotated below using the same colors employed by PO for the '510 patent) illustrates a "network environment" which "has one or more **clients 102*a*-102*n*** (also generally referred to as…**client(s) 102**) in communication with one or more **servers 106*a*-106*n*** (also generally referred to as **server(s) 106**…) via one or more networks 104, 104', 104"…via one or more network optimization **appliances 200, 200'** (generally referred to as **appliance 200**)." [0202]. In at least one Plamondon embodiment the networks are the Internet. [0203]; Levin ¶ 149; *generally id.* ¶¶ 144-152.



FIG. 1A

Plamondon explains that "**appliance 200** is a device for accelerating, optimizing or otherwise improving the performance…of any type and form of network traffic."  [0206].  **Appliance 200** does this, in part, by:

(1)  Acting "as a proxy between a **client** requesting objects [*e.g.*, web pages] and an object **server** responding to **client** requests." [0048].  The **server** may be a "**web server**."  [0045], [0210], [0212], [0418], [0421].

(2)  Retrieving from servers, and caching (*i.e.*, storing), objects that it can serve to a **client** in response to the **client's** request. [0048]-[0053], [0442]-[0453].

Levin ¶¶ 153-155.

Fig. 1A shows multiple **clients**, **appliances**, and **servers**. Fig. 1C (below left, with Petitioner's annotations) shows one "**client**…access[ing] a **server** via a single network optimization **appliance**," [0144], which parallels PO's mapping of claim 1 to '510 patent Fig. 3 (below right, with PO's annotations, Ex. 1005, 4):

**Plamondon, Fig. 1C (color added by Petitioner)**

**'510 Patent, Fig. 3 (color added by PO)**

Though illustrated with distinct icons in Figs. 1A and 1C, "**client 102**, **server 106**, and **appliance 200**…may be deployed as…<u>any type and form of computing device</u>," identified generically as "computing device 100." [0229]. Computing device 100 is "useful for practicing an embodiment of the **client 102**, **server 106** or **appliance 200**." *Id.* Further, "computing device 100 [and thus each **client 102**, **server 106**, and **appliance 200**] can be <u>any</u>…desktop computer, laptop or notebook computer, server, handheld computer, mobile telephone…or other form of computing or telecommunications device." [0238]; Levin ¶¶ 156-158.

Plamondon explains that **client 102** "has the capacity to function as both a client node seeking access to applications on a server and as an application server providing access to hosted applications for other clients 102*a*-102*n*." [0210]; *see also* [0285]. Plamondon further explains that **appliance 200** can be a "separate device" or it "could be a part of any **client 102** or **server 106**." [0227]. Plamondon also explains that **servers 106** include web servers hosting web objects (*e.g.*, web pages, files, applications) using known Internet protocols (*e.g.*, HTTP). [0210], [0212], [0246], [0421], [0463], [0498]; Levin ¶ 159.

Per the specification portions cited above, Plamondon discloses the following architecture. Levin ¶¶ 144, 153-160.



**Appliance 200** improves communications in several ways. Plamondon's Figures 6A-6B, for example, illustrate **appliance 200** acting as a proxy device with a cache between **client 102** and **server 106**.

**Plamondon Figs. 6A-6B.**

At step 605, "the **appliance 200** intercepts or otherwise receives any type and form of request for an object from a **client 102**." [0445]. At step 610, the **appliance 200** determines if the requested object is in its cache. If it is, at step 615, the **appliance 200** transmits "the cached object to the **client 102** in response to the client's request." [0446]-[0447]. At step 620—which occurs before, after, or simultaneously with step 615—the **appliance** transmits a request for a status of the object from a **server 106**. *Id.* "At step 625, the **appliance 200** receives a status of the object or an updated copy of the object from the **server**," updates its cache and transmits the object to **client 102**. [0450]-[0451]; Levin ¶¶ 161-162.

## B. Claim 1

### 1. Preamble [1P]

| A method for use with a **web server** that responds to Hypertext Transfer Protocol (HTTP) requests and stores a first content identified by a first content identifier, the method by a **first client device** comprising: |
|---|

Plamondon's **appliance 200** is the "**first client device**" in a communication path between **client device 102** ("**second server**" below) and **server 106** ("**web server**"). *E.g.*, Figs. 1A-1C, [0048], [0052], [0077], [0421], [0672]. When **appliance 200** requests, from **server 106**, object(s) on behalf of **client 102** (or forwards **client 102's** request to **server 106**, [0449]), **appliance 200** acts "in the role of a client" under EDTX's construction of "**first client device**." Ex. 1006, 12. *See* [0048]-[0052], [0444]-[0451], Figs. 6A-6B; Levin ¶¶ 165-166.

Plamondon's **appliance 200** is implemented on computing device 100, which can be any "consumer computer" under PO's proposed construction. Ex. 1005, 13. *See* [0229] (**appliance 200** "may be deployed as and/or executed on any type and form of computing device" such as "computing device 100"); [0238] ("computing device 100 can be any workstation, desktop computer, laptop or notebook computer, server, handheld computer, mobile telephone, smart phone"); Levin ¶ 167.

Plamondon's **server 106** is the "**web server**." [0210] ("**Servers 106** may be...**web servers**[.]"), [0212], [0045], [0210], [0418], [0421]. Plamondon's **server 106** is also an HTTP server. For example, Plamondon describes **client 102** transmitting an HTTP request to **server 106** and "[i]n response to the request, the **server** transmits an HTTP response." [0598]; *see also* Abstract, [0105], [0212], [0270], [0421]-[0422], [0445], [0463], [0498], [0639], [0641]; Levin ¶¶ 168-172.

Plamondon's **server 106** stores content in the form of web objects (*e.g.*, web pages) identified by URLs. "[T]he **appliance 200** intercepts a web or HTTP page transmitted by a **server 106** to a **client 102** and the page includes a uniform resource locator (URL) or hyperlink identifying an object." [0463]. The web or HTTP pages in Plamondon are examples of "first content," while the URL or hyperlink is the "first content identifier." It was well-known in the art by 2009 that a URL, or the URL's more general form the Uniform Resource Identifier (URI), identified content located on the Internet. Levin ¶¶ 173-180.

This is consistent with usage in the challenged claims. For example, claim 20 (depending from claim 1) clarifies that "the first content comprises [a] web-page" and "the first content identifier comprises a Uniform Resource Locator (URL)." *See also* Plamondon, [0488] (when intercepting pages from **server 106** that were requested by **client 102**, **appliance 200** "identifies a uniform resource locator (URL) for an intercepted page, which may identify one or more objects associated with the page"), Figs. 6A-6B (step 625), [0011]-[0012]; Levin ¶¶ 181-182.

### 2. Step 1A

| establishing a Transmission Control Protocol (TCP) connection with a **second server**; |
|---|

Plamondon's **client 102** is the "**second server**."

Under the EDTX construction, "second server" is "a device that is operating in the role of a server and that is not the first client device," while PO argued for "a server that is not the client device or web server." Ex. 1009, 8-11; Ex. 1005, 13. Plamondon's **client 102** is "computing device 100," [0229], and "can be any…server." [0238]. Further, it "has the capacity to function as both a client node seeking access to applications on a server and as an application server…for other clients." [0210]. *See also* [0285], [0443]; Levin ¶¶ 40-43, 184-185.

Plamondon's **client 102** is distinct from **appliance 200** (the "**first client device**" in the claims) and from **server 106** (the "**web server**" in the claims), and thus also comprises the "**second server**" under PO's litigation construction. Levin ¶ 186. Further, Plamondon's **client 102** directly parallels the '510 patent's **client 102** that PO identified as the "**second server**" in EDTX. *Supra* § VI.A.

Applying the claim construction analysis explained at § V.C above, Plamondon describes **appliance 200** participating in creating a TCP connection with **client 102** via network stack 267. Network stack 267 provides TCP/IP. [0253] ("In one embodiment, the network stack 267 includes a transport control protocol (TCP) over the network layer protocol of the internet protocol (IP), generally referred to as TCP/IP."). For example, at [0256], Plamondon explains:

> In one embodiment, the **appliance 200** provides for or maintains a transport layer connection between a **client 102** and server 106 using a single network stack 267. . . . In other embodiments, the **appliance 200** terminates a first transport layer connection, such as a TCP connection of a **client 102**, and establishes a second transport layer connection to a server 106 for use by or on behalf of the **client 102**, e.g., the second transport layer connection is terminated at the **appliance 200** and the server 106. The first and second transport layer connections may be established via a single network stack 267.

*See generally id.*, [0252]-[0256], [0270], [0275]; [0350]V.C; Levin ¶¶ 187-193.

Plamondon likewise describes **appliance 200** intercepting messages from **client 102** "via any type and form of session between a **client 102** and a server 106" [0571], where "the session may include any session communication via a transport layer connection, such as a TCP/IP connection. In some embodiments, the session is established for or on behalf of a user, such as user of **client 102** or an application thereof." [0572]. Plamondon thus describes **appliance 200** establishing a TCP connection with **client 102** as claimed. Levin ¶ 193.

**3. Step 1C**

| sending, to the **web server** over an Internet, the first content identifier; |
|---|

Plamondon's **appliance 200** connects to **server 106** (the "**web server**") via network 104 or 104', *e.g.*, the Internet. [0013], [0203], Figs. 1A-1C, 6A-6B; *see also* Levin ¶¶ 144-152 & 195.

**Appliance 200** requests objects by URL from **server 106** ("**first server**") based on HTTP requests it intercepts from **client 102**. In Plamondon's parallel revalidation technique, for instance, **appliance 200** revalidates a cached object with **server 106** in parallel with serving the object, from its cache, to **client 102**. [0442]-[0453]. "[T]he **appliance 200** identifies, parses, extracts or otherwise determines a name or identifier of the object of the request, such as the uniform resource locator." [0446]; *see also* [0012] ("every HTTP access starts with a URL"). **Appliance 200** then sends the URL to **server 106** to get object status.

If the object is cached on **server 106**, **appliance 200** sends **server 106** the object request. [0445] (**appliance 200** intercepts HTTP request from **client 102**), [0446] (**appliance 200** sends request to **server 106** to determine if the server caches the object), [0447] (**appliance 200** sends status request to **server 106**), [0449] (**appliance 200** requests current object version from **server 106** over HTTP, including by forwarding the request to **server 106**), [0450] (**appliance 200** receives updated copy of object from **server 106**), *see also* [0041]. Every HTTP request includes a content identifier for the requested content. Levin ¶¶ 196-197.

Plamondon's Figs. 6A-6B illustrate sending this request at step 620. "[T]he **appliance** transmits a request for a status [of] the object from an **originating server**." [0444], *see also* [0488] ("[P]refetcher 704 [in **appliance 200**] determines one or more object identifiers from the URL, generates requests for the objects, and transmits the requests to a **server**."). Levin ¶¶ 166, 172, 198.





**Plamondon Figs. 6A-6B (color annotation added).**

In another example meeting step 1C, Plamondon's proxy connection techniques [0417]-[0441] include the same functionality discussed above: **appliance 200** "intercepts an HTTP session request" from **client 102**, [0421], identifies this as "a connection request," [0422], and forwards the request to **server 106**. [0423]; Levin ¶¶ 166, 172, 199.

As described throughout Plamondon, the HTTP request identifies content by URL. Abstract ("As every HTTP access starts with a URL that includes a hostname that must be resolved via domain name resolution into an IP address, the present solution helps accelerate HTTP access."), [0672]-[0673]; Levin ¶¶ 200-202.

#### 4. Step 1D

| receiving, the first content from the **web server** over the Internet in response to the sending of the first content identifier; and |
|---|

Plamondon's parallel revalidation of cached objects includes **appliance 200** receiving updated content from **server 106** ("**web server**") in response to sending the URL identifying the requested content. [0450] ("At step 625, the **appliance 200** receives a status of the object or an updated copy of the object from the server."). This communication takes place over the Internet connection described *supra* § VI.B.3 (step 1C). Plamondon's Figs. 6A-6B illustrate this receiving at step 625, which happens in response to the request including the URL at step 620. [0442], [0444], [0449]-[0451]; *see also* [0011]-[0012], [0042], [0047], [0463]; Levin ¶¶ 204-207.





**Plamondon Figs. 6A-6B (color annotation added).**

Plamondon's proxy server functionality likewise includes **appliance 200** receiving requested content over the Internet from **server 106** in response to sending the URL identifying the requested content, which also meets step 1D. [0437] ("the **appliance 200** may receive a response from a conditional request for the object that the object has changed and the response includes an updated version of the object."); Levin ¶¶ 208-209.

### 5. Step 1E

| sending the received first content, to the **second server** over the established TCP connection, in response to the receiving of the first content identifier. |
|---|

After **appliance 200** receives or intercepts the URL identifying requested content ("first content," *supra* § VI.B.1), Plamondon's parallel revalidation includes **appliance 200** sending the requested content to **client device 102** (the "**second server**") in response to receiving the client's request, which included the first content identifier (URL).[11] This includes **appliance 200** immediately sending **client 102** valid cached content. [0444], Fig. 6B (step 615). For example, Plamondon discloses "the **appliance** transmits…the cached object to the **client 102** in response to the client's request at step 615." [0447].

---

[11] PO identified the last "in response to" clause in [1E] as a separate step [1B]. *See supra* n.5. As explained above in the text, Plamondon's disclosure satisfies the entirety of step [1E], including this clause.

The district court held that, in claim 1, any device can receive the first content identifier.  Plamondon meets even PO's narrower interpretation, requiring the "**first client device**" (**appliance 200**) to receive it.  Ex. 1006, 20 n.12.



**Plamondon Figs. 6A-6B (color annotation added).**

If "in response to the receiving of the first content identifier" encompasses the **first client device** sending content to the **second server** after requesting it from the **first server**, Plamondon also meets [1E] because Plamondon describes circumstances in which **appliance 200** sends requested content to **client 102** after receiving it from **server 106**. [0451] ("**appliance 200** serves the object received from the **server** at step 625 in response to the first request"). *See also* [0436]-[0437], [0438] ("In some embodiments, the **appliance 200** forwards the **server's** response to the **client 102** instead of the object from the cache."); Levin ¶¶ 211-214.

Accordingly, Plamondon anticipates claim 1.

### C. Claim 10

| The method according to claim 1, further comprising determining, by the **first client device**, that the received first content, is valid. |
|---|

Plamondon discusses validating content stored in a cache of **appliance 200** ("**first client device**"). Claim 10 does not limit when the validity determination is performed. The '510 patent describes the determination when a request is received for the cached content. Ex. 1001, 14:24-34. Plamondon includes the same description. [0043] ("the method includes receiving a request for an object from a requester… [and] determining (i) that the object exists in the local cache and (ii) that a status identifier associated with the object indicates that the object is valid"),

[0048], [0450]-[0451], *see also* [0508] ("a device, such [as] an **appliance 200**…performs this prefreshening technique by checking the status and/or updating cached objects…the device validates or updates the object in the cache."), [0512], [0522]-[0524]; Levin ¶¶ 216-218. Accordingly, Plamondon anticipates claim 10.

### D. Claim 12

#### 1. Element 12A

| The method according to claim 10, further comprising: sending, a message over the Internet in response to the determining that the received first content, is not valid; and |
|---|

In Plamondon's parallel revalidation method, **appliance 200** transmits an object status request (a "message") to **web server 106** over the Internet, *e.g.*, after determining that "the remaining period of the expiration of the cached object exceeds a predetermined threshold." [0451]; *see also* [0449]-[0450].

Plamondon describes additional methods to freshen an object based on header information in Figs. 10A-10B. At step 1020, prefetcher 904 in **appliance 200** requests object header information from a second **appliance 200'**. [0537]. At step 1025, **appliance 200** receives the response with object header information indicating, for example, that a cached object has expired (*i.e.*, is "not valid"). [0538]. Based on that object information, at step 1030 prefetcher 904 in **appliance 200** requests the object from (*i.e.*, sends a "message" to) **appliance 200'**. [0541]; Levin ¶¶ 221-222.

As discussed in § VI.B.3, **appliance 200** communicates with **server 106** over the Internet. Plamondon describes the second **appliance 200'** on the same network (Internet) as **server 106**. [0203], [0214]. Therefore, Plamondon teaches **appliance 200** sending a message (*i.e.*, an update request) to second **appliance 200'** over the Internet after determining that cached content is not valid. Levin ¶ 223.

### 2. Element 12B

| receiving, over the Internet in response to the sending of the message, from the **second server** or from a **second client device** selected from a plurality of client devices, the first content. |
|---|

Second **appliance 200'** is the "**second client device**" because it acts "in the role of a client" under the EDTX construction (Ex. 1006, 11-12) (*see* [0202], [0229], [0238], [0452]), and can be a consumer computer under PO's litigation construction (Ex. 1005, 10-13). *See* [0202], [0229], [0238]. *Supra* § VI.B.1.

Plamondon's prefetcher 904 sends requests to second **appliance 200'** because the cache management system indexes **appliance 200'** as maintaining the object. [0446] ("In other embodiments, the cache 232 is located on another device 100, such as an appliance 200', 205 or server 106."). This is "selecting **appliance 200'** from a plurality of client devices," as claimed.

In response to the content request at step 1030, at step 1035 **appliance 200** receives the content from **appliance 200'**. [0542], Figs. 10A-10B. As explained immediately above, this exchange takes place over the Internet. Plamondon therefore teaches each limitation that claim 12 adds to claim 10. Levin ¶¶ 225-228. Accordingly, Plamondon anticipates claim 12.

### E. Claim 15

| The method according to claim 1, further comprising receiving, by the **first client device** from the **second server** over the established TCP connection, the first content identifier. |
|---|

Plamondon describes **appliance 200** requesting objects by URL from the **server 106** ("**first server**") based on the HTTP requests that it intercepts from **client 102**. For example, in Plamondon's parallel revalidation of cached objects, **appliance 200** revalidates an object in its cache with **server 106** in parallel with serving the cached object to **client 102**. [0442]-[0453]. "[A]t step 605, the **appliance 200** intercepts or otherwise receives a request for an object from a **client 102**." [0444]. "In one embodiment, the **appliance 200** identifies, parses, extracts or otherwise determines a name or identifier of the object of the request, such as the uniform resource locator of the request." [0446]. This communication wherein **appliance 200** receives the URL (first content identifier) from **client 102** takes place over the established TCP connection (*see* § VI.B.2 (step 1A)). Levin ¶¶ 230-232. Accordingly, Plamondon anticipates claim 15.

### F. Claim 16

| The method according to claim 1, wherein the sending of the first content identifier to the **web server** over the Internet comprises sending a Hypertext Transfer Protocol (HTTP) request that comprises the first content identifier. |
|---|

In Plamondon's parallel revalidation, **appliance 200** sends an HTTP request to **server 106** ("**web server**"), which is Plamondon step 620 that meets step 1C of claim 1 (*supra* § VI.B.3). This HTTP request to **server 106** includes the URL for the first content, which **appliance 200** received in a message from **client 102** in Plamondon step 605. *Id.*; [0442]-[0453]; Levin ¶¶ 234-236. Accordingly, Plamondon anticipates claim 16.

### G. Claim 17

| The method according to claim 1, further comprising storing, by the **first client device** in response to the receiving from the **web server**, the first content. |
|---|

In Plamondon's parallel revalidation, **appliance 200** ("**first client device**") stores updated objects ("first content") received from **server 106** ("**first server**"). *Supra* §§ VI.B.3-VI.B.4; [0444] ("At step 625, the **appliance 200** receives…an updated copy of the object from the server. Based on the response from the server, the **appliance 200** updates the cache accordingly. If the object has changed, the **appliance 200** stores the updated object to the cache 232."), Figs. 2A, 6A-6B, [0257], [0450], [0431] (cache 232 resides on **appliance 200**); Levin ¶¶ 238-244.





**Plamondon Figs. 6A-6B (color annotation added).**

Accordingly, Plamondon anticipates claim 17.

### H. Claim 18

| The method according to claim 1, wherein the **second server** is a Transmission Control Protocol/Internet Protocol (TCP/IP) server that communicates over the Internet based on, or according to, using TCP/IP protocol or connection, and wherein the **first client device** is a Transmission Control Protocol/Internet Protocol (TCP/IP) client that communicates with the **second server** over the Internet based on, or according to, TCP/IP protocol. |
| --- |

Claim 1 at step 1A established that the **second server** (“**client 102**”) and **first client device** (**“appliance 200”**) communicate via a TCP connection. *Supra* § VI.B.2.

Claim 18 further requires that this TCP connection involves communication over the Internet. Plamondon describes **appliance 200** having network stack 267 that implements any TCP/IP protocol between **appliance 200** and **client 102**. [0252] (“**appliance 200** has one network stack 267, such as a TCP/IP based stack… used to communicate with a first network, such as network 104”), [0253]-[0254], [0256]; Levin ¶¶ 246-248. The TCP connection between **appliance 200** and **client 102** comprises network 104. Fig. 1C; *supra* §§ VI.A, VI.B.2. Plamondon specifically explains that networks 104 and 104' can be the Internet. [0203]; *see generally* Levin ¶¶ 145-152, 247-249. Accordingly, Plamondon anticipates claim 18.

### I. Claim 19

| The method according to claim 1, wherein the **first client device** communicates over the Internet based on, or according to, one out of UDP, DNS, TCP, FTP, POP#, SMTP, or SQL standards. |
|---|

Plamondon describes **appliance 200** ("**first client device**") communicating with **client device 102** ("**second server**") and **server 106** ("**first server**") over the Internet through network stack 267. *Supra* § VI.H. Network stack 267 communicates according to the TCP or UDP protocols. [0254] ("any TCP/IP based protocol may be used…any type and form of user datagram protocol (UDP), such as UDP over IP, may be used by the network stack 267"). Levin ¶¶ 251-253. Accordingly, Plamondon anticipates claim 19.

### J. Claim 20

| The method according to claim 1, wherein the first content comprises web-page, audio, or video content, and wherein the first content identifier comprises a Uniform Resource Locator (URL). |
|---|

As discussed *supra* §§ VI.A, VI.B.3, **servers 106** are **web servers**. The "first content" discussed for claim 1 therefore includes web-page content. Plamondon, [0462], [0532] ("web page"), [0549], [0559]. Plamondon discloses **client 102** "streaming video and/or audio," [0246], so Plamondon's system would also pull audio or video from **server 106**. Levin ¶¶ 255-257.

As discussed *supra* § VI.B.1, the first content identifier for these objects comprises URLs, which were conventional identifiers for web-based objects. [0011]-[0012]. *See also* [0516], [0525]; Levin ¶¶ 258-259. Accordingly, Plamondon anticipates claim 20.

### K. Claim 21

| The method according to claim 1, further comprising executing, by the **first client device**, a web browser application or an email application. |
|---|

Plamondon's techniques, systems and methods "may be deployed in a browser or for a browser," including "any portion of network optimization engine 250" in **appliance 200** ("**first client device**"). [0680]; *see also* [0012] ("[T]echniques...may be deployed...as part of a browser"). Levin ¶¶ 261-262. Accordingly, Plamondon anticipates claim 21.

### L. Claim 22

| The method according to claim 1, further comprising storing, operating, or using, a client operating system. |
|---|

Per Plamondon, "**appliance 200**...run[s] any operating system such as... Microsoft® Windows...Unix and Linux...Mac OS®." [0249]. These are "client operating system[s]" as claimed. Levin ¶¶ 264-266. Accordingly, Plamondon anticipates claim 22.

**M. Claim 23**

| The method according to claim 1, wherein the steps are sequentially executed. |
|---|

Plamondon sequentially executes steps [1A] and [1C]-[1E] of claim 1. Levin, ¶¶ 268-269.

Step 1A: An intercepted object request forms the basis of the parallel revalidation methods that anticipate claim 1. In Plamondon step 605, **appliance 200** (“**first client device**”) intercepts an object request from **client device 102** (“**second server**”). [0444]. The devices communicate over a TCP connection. This communication is preceded by **appliance 200** and **client device 102** establishing the TCP connection. *Supra* § VI.B.2; Levin ¶ 270.

Step 1B: As noted above, PO argued in court that the last clause in [1E], “the receiving of the first content identifier,” comprises a distinct claimed “step” [1B] and that the “receiving” in step [1B] must be performed by the first client device (similar to claim 15). *Supra* pp. 5-6; Ex. 1006, 20 n.6.

If so, claim 23’s requirement that the steps be “sequentially executed” would contradict the specification because the ’510 patent describes an agent’s “receiving of the first content identifier” (which PO labeled [1B]) as occurring before “sending the received first content” (claim step [1E]), and indeed also before steps [1C] and [1D]—yet the claim recites [1B] after all of [1C], [1D] and [1E]. Ex. 1001, 13:50-15:42.

Assuming claim 23 allows the "receiving" step that PO labeled [1B] to occur between [1A] and [1C], Plamondon discloses this. After the TCP connection is established ([1A]), in Plamondon step 605 **appliance 200** ("**first client device**") intercepts an object request from **client device 102** ("**second server**") which includes the first content identifier. [0444]; *supra* § VI.E; Levin ¶¶ 271-274.

Step 1C: Subsequently, at Plamondon step 620, **appliance 200** "transmits a request for a status of the object from an **originating server**." [0444]. This request contains a URL ("first content identifier"). *Supra* § VI.B.3; Levin ¶ 275.

Step 1D: Subsequently, at Plamondon step 625, **appliance 200** receives the object from **server 106** ("**first server**") in response to **appliance 200** having sent the first content identifier to **server 106**. [0450]; *Supra* § VI.B.4; Levin ¶ 276.

Step 1E: At Plamondon step 615, **appliance 200** sends the requested content to **client device 102**. [0444]; *Supra* § VI.B.5. Plamondon's disclosure includes this step comprising **appliance 200** sending **client device 102** updated content received from the **server**, such that step 1E occurs after step 1D. [0451] ("In still another embodiment, the **appliance 200** serves the object received from the server at step 625 in response to the first request."); *see also* [0437] (noting that, upon receipt of the response "includ[ing] an updated version of the object" from the server, "the **appliance 200** may transmit a response to the client's request with the…updated version of the object"). Levin ¶¶ 277-278.

Accordingly, Plamondon anticipates claim 23.

## VII. GROUND 2: CLAIM 24—OBVIOUS OVER PLAMONDON

| A non-transitory computer readable medium containing computer instructions that, when executed by a computer processor, cause the processor to perform the method according to claim 1. |
|---|

Plamondon's communication device 100, which is "useful for practicing...**appliance 200**," [0229], comprises (i) "a storage device 128, such as one or more hard disk drives" (*i.e.*, "non-transitory computer readable media" as claimed) "for storing application software programs" (*i.e.*, "computer instructions" as claimed) and (ii) "processors," [0230]-[0233] "to perform the operations described herein," [0238], (*e.g.*, for executing steps 1B-1E). *See also* [0251], [0253], [0257]. The '510 patent identifies a "hard drive" as a "nonvolatile memory element." Ex. 1001, 6:20-21.

The POSA would store software, for implementing claim 1's method, in a hard drive (non-transitory medium) in appliance 200 as an obvious, cheap, easy, and common approach to deploying application software. Levin ¶ 282; *generally id.*, ¶¶ 280-283. This makes claim 24 obvious over Plamondon. Levin ¶ 283.

## VIII. GROUND 3: CLAIMS 8, 11—OBVIOUS OVER PLAMONDON IN VIEW OF RFC 2616

### A. Claim 11

| The method according to claim 10, wherein the determining is based on the received HTTP header according to, or based on, IETF RFC 2616. |
|---|

Plamondon anticipates claim 10, which requires the **first client device** to validate content. *Supra* § VI.C; Levin ¶ 299. Claim 11 is obvious over Plamondon in view of RFC 2616 (Ex. 1018, Ginoza Decl. Exh. 7), a 1999 Internet standard specifying HTTP/1.1.

RFC 2616 is pre-AIA § 102(b) prior art for the same reasons as RFC 793. *See* Ex. 1011 ¶ 17; Ex. 1018; Ex. 1030, [0003] (2005 patent application using RFC 2616 for webpage retrieval); *Trend Micro v. Cupp Computing*, IPR2019-00641, Paper 7 (July 26, 2019) (instituting IPR over RFC 2616 where challenged-patent priority was before 2009). PO admitted during prosecution of both the '319 and '510 patents that RFC 2616 was published in 1999 (Ex. 1002, 71; Ex. 1073, 75, 310-423) and conceded in a prior IPR against the '510 patent that RFC 2616 is "prior art." Ex. 1008, 12; Levin ¶¶ 286-287.

RFC 2616 defines a conditional GET method specifically for validating ("determining") cached objects based on a response HTTP header from a queried server. "The conditional GET method is intended to reduce unnecessary network usage by allowing cached entities to be refreshed without requiring multiple

requests or transferring data already held by the client." Ex. 1018, 35, 41, 53-55, 82. In other words, claim 11 recites using known methods in the 1999 HTTP/1.1 standard, in known ways, for their intended use. Levin ¶¶ 293-297; *generally id.*, ¶¶ 284-297. The '510 patent itself confirms this. Ex. 1001, 16:12-46.

Plamondon describes validating cached objects consistent with RFC 2616. Although it does not specifically mention RFC 2616, Plamondon teaches using a conditional GET in the same way and for the same purpose described in RFC 2616 (and the '510 patent). Plamondon's parallel revalidation of cached objects includes step 620 wherein **appliance 200** transmits "a conditional HTTP get request" to the **server 106** "to determine the status" of (*i.e.*, validate) a cached object. [0449], Figs. 6A-6B. Plamondon's prefresher 904 likewise uses the conditional GET for validating cached objects based on "the header information of the response." [0522]; *generally* [0508]-[0528], Figs. 9A-9B. Plamondon describes receiving a response with "header information of the object identifying a maximum amount of time for which the object is valid," [0084], and "in response to the received header information, identifying the object already stored in a cache as valid." [0085]. Plamondon also specifically refers to receiving a "304 Not Modified Response" to a conditional GET request [0523]—a response that RFC 2616 defines for the HTTP header when a document "has not been modified." Ex. 1018, 63-64; Levin ¶¶ 290-296, 300-301.

POSAs would have recognized that Plamondon describes using RFC 2616's cache validation methods. HTTP version 1.1 was the most recent and most commonly-used HTTP version in 2009. POSAs would have referred to RFC 2616 as controlling for systems using HTTP/1.1, for the details of framing the conditional GET, and parsing the response, including the content of the "304 Not Modified Response," to implement the Plamondon's validation methods "according to, or based on" RFC 2616. Levin ¶¶ 286, 295-297, 301-303. This makes claim 11 obvious over Plamondon in view of RFC 2616. Levin ¶ 303.

### B. Claim 8

| The method according to claim 1, further comprising periodically communicating over the TCP connection between the **second server** and the **first client device**. |
|---|

The '510 patent does not define "periodically communicating," which appears only in dependent claim 8 and claim 9. Claim 9 limits "periodically communicating" to exchanging "keep alive" messages. The district court determined that "periodically communicating" requires "maintaining the communication link and knowing its status." Ex. 1006, 19-20; Levin ¶¶ 306-307.

In 2009 it was well-known to establish persistent HTTP connections between a client and server. Plamondon describes **appliance 200** communicating over network 104 with **client 102** using HTTP. [0239], [0246], [0254], [0270]. As discussed with claim 11, *supra* § VIII.A, POSAs would recognize that Plamondon describes **appliance 200** transmitting messages consistent with RFC 2616, which makes persistent connection a default behavior with HTTP/1.1, including between proxies and their clients, providing several benefits. Ex. 1018, 44-46. A "persistent connection" following RFC 2616 satisfies "periodically communicating" because, like the "keep alive" messages referenced in claim 9, it maintains the communication link between **appliance 200** and **client 102** and knowledge of that link status. Levin ¶¶ 308-315. This makes claim 8 obvious over Plamondon in view of RFC 2616. Levin ¶ 315.

## IX. GROUND 4: CLAIMS 8-9—OBVIOUS OVER PLAMONDON IN VIEW OF RFC 1122

Claims 8-9 are obvious over Plamondon in view of RFC 1122 (Ex. 1014), a 1989 Internet standard. RFC 1122 is pre-AIA § 102(b) prior art for the same reasons as RFC 793. *Supra* § V.C.1; *see also* Ex. 1011 ¶ 13; Ex. 1031, [0068] (2005 patent application referencing RFC 1122); Levin ¶¶ 316-318; *Ericsson v. Intellectual Ventures II*, IPR2014-01330, Paper 29, 13 (Feb. 19, 2016) (treating RFC 1122 as POSA's background knowledge where challenged patent claimed priority to 2007).

### A. Claim 9

| The method according to claim 8, wherein the periodically communicating comprises exchanging 'keep alive' messages. |
|---|

POSAs recognized the benefits of monitoring the reachability and performance of hosts on the Internet decades before the '510 patent, including quickly recovering from network failures and adapting to changes in network performance. Levin ¶¶ 319-328. RFC 1122 describes TCP "keep alive" messages, which provide this functionality and were widely known and used before 2009. *Id.* "A 'keep-alive' mechanism periodically probes the other end of a connection when the connection is otherwise idle, even when there is no data to be sent." Ex. 1014, 102.

Plamondon describes network 104 between **client 102** ("**second server**") and **appliance 200** ("**first client device**") comprising a TCP link. [0252]-[0256]; *supra* § VI.B.2. POSAs would have provided for Plamondon's **client 102** and **appliance 200** to exchange RFC 1122 TCP keep-alive messages to achieve the benefits noted above. Levin ¶¶ 329-331, 337-338. This makes claim 9 obvious over Plamondon in view of RFC 1122. Levin ¶ 338.

### B. Claim 8

Implementing Plamondon with RFC 1122's keep-alive messages renders claim 8 obvious for the same reasons as claim 9. *See supra* § IX.A; Levin ¶ 339.

## X. GROUND 5: CLAIM 2—OBVIOUS OVER PLAMONDON IN VIEW OF IEEE 802.11-2007

### A. IEEE 802.11-2007 (Ex. 1022)

IEEE 802.11-2007, published June 12, 2007, is pre-AIA § 102(b) prior art. Ex. 1021; Ex. 1078 ¶ 6; Ex. 1051, [0015] (2007 patent application referencing IEEE 802.11-2007); Levin ¶¶ 340, 346; *cf. Hisense Visual Tech. v. LG Elecs.*, IPR2020-01164, Paper 15 (Jan. 7, 2021) (instituting review over IEEE 802.11-2007, which Board found was "published June 12, 2007").

IEEE 802.11 provides the industry standard for Wireless LAN Medium Access Control (MAC) and Physical Layer Specifications. Ex. 1022 (Ex. 1021: MacPherson Decl., Exh. A), the 2007 version (hereinafter "IEEE 802.11"), governed from 2007 until 2012. IEEE 802.11 defines how to use a MAC address (a unique identifier that component manufacturers assign to every networking component) in the data link layer (layer 2) in the OSI network model. Levin ¶¶ 340-342.

Under IEEE 802.11 an access point, or device seeking to establish an *ad hoc* wireless network, broadcasts a "beacon" announcing its capabilities, including includes its MAC address. Ex. 1022, §§ 6.2.1.2.2 (source MAC address) at 57, 7.2.3 (MAC header) at 79-81, 7.2.3.1 (beacon data) & Table 7-8 at 80-81, § 11.1.1.1 (beacon frames periodically transmitted) at 419, § 11.2.1.3 (beacon frame transmitted every beacon interval) at 426-427; Levin ¶¶ 349-353. The beacon frame header includes the source MAC address. Ex. 1022, 79-81; Levin ¶¶ 349, 351. Under IEEE 802.11, an access point, or a device seeking to establish an *ad hoc* network, broadcasts the beacon frame as part of start-up. Levin ¶¶ 354-357.

### B. Claim 2

#### 1. Element 2A

| The method according to claim 1, wherein the **first client device** is identified by a Media Access Control (MAC) address or a hostname, and |
|---|

Plamondon describes **appliance 200** ("**first client device**") communicating with **client 102** ("**second server**") with network stack 267 having "any type and form of a wireless protocol, such as IEEE 802.11." [0253]. To implement the protocol POSAs would have consulted the governing standard at that time, which was IEEE 802.11-2007. Levin ¶¶ 358-362. As a networking device **appliance 200** would have a MAC address. *Supra* Section X.A. The IEEE 802.11 protocol required **appliance 200** to identify itself in a local area network by its MAC address. *Id.*; Levin ¶¶ 366-369.

### 2. Element 2B

| wherein the method further comprising sending, by the **first client device**, during, as part of, or in response to, a start-up or power-up of the **first client device**, a first message to the **second server**, and wherein the first messages comprises the first client IP address, the MAC address, or the hostname. |
|---|

To establish a wireless network under IEEE 802.11, as Plamondon describes, in obvious implementations where **appliance 200** (1) is **client 102's** access point for Internet access, or (2) desires to establish an *ad hoc* 802.11 link with the **client 102**, **appliance 200** would broadcast a beacon frame with its MAC address during start-up. *Supra* § X.A; Plamondon, [0204], [0215], [0228]; Levin ¶¶ 367-370. In either case, the IEEE 802.11 beacon would be a "first message" to **client 102** comprising **appliance 200**'s MAC address. Levin ¶ 370.

It would have been obvious to POSAs to implement the IEEE 802.11 network between **appliance 200** and **client 102** following IEEE 802.11-2007. Levin ¶¶ 371-372. Doing so would use the IEEE 802.11 standard in the intended way, with the expected result of providing the local wireless network described in Plamondon, where **appliance 200** is **client 102**'s 802.11 access point or in *ad hoc* communication with **client 102** over 802.11. Levin ¶¶ 367-368, 371-372.

Accordingly, claim 2 is obvious over Plamondon in view of IEEE 802.11. Levin ¶ 372.

## XI. GROUND 6: CLAIMS 2-5—OBVIOUS OVER PLAMONDON IN VIEW OF PRICE

### A. Price (Ex. 1023)

Price, published on February 2, 2006, is pre-AIA § 102(b) prior art. Price describes a software versioning system for automatically updating networked devices. Price, [0003]-[0006], [0025].

Price describes a computing device 12 ("typically a PC") acting as a "coordinating PC" managing software versioning. Price, [0025]-[0026]. The coordinating computer keeps accessible a list of "version numbers of available... software...for a variety of devices [on a network] and a source for obtaining each piece of device software, such as an Internet URL." Price, [0050].

Price describes that, when a "device is first activated at block 208-2," the coordinating computer recognizes "the current version of the device's…software" (208-4), and registers the software (208-6). Price, [0048], Fig. 5. If the coordinating computer determines that "a newer version of the same software" exists (Price, [0053]), it "delivers…the currently available software" to the connected device and the "software version of the…connected device is replaced" with the newer version (Price, [0065]). *See also id.*, Fig. 6; Levin ¶¶ 374-377.

### B. Plamondon-Price Combination

POSAs had reasons to incorporate Price's functionality in Plamondon's architecture, to update software running on Plamondon's **appliance 200** with one of Plamondon's **clients 102** (**client 102a**) serving as Price's coordinating computer.

*First*, maintaining the networked devices in Plamondon's architecture presents the software versioning problem that Price solves. POSAs would have wanted an ability to update applications/software run by **appliance 200** because "[d]igital-based devices often require updated software versions." Price, [0004]. POSAs would have wanted to incorporate Price's functionality in the Plamondon system because Price provided a way to communicate with multiple devices, determine the resident software versions, and automatically or manually update each device so that their applications were up-to-date, including, in particular, the application used by **appliance 200** and **clients 102** to implement Plamondon's acceleration techniques. Price, [0007]; *supra* § VII; Levin ¶¶ 378, 386.

*Second*, by 2009 the need for regularly applying software patches to networked equipment was well-known in the art as a fundamental best practice for cybersecurity. POSAs would have recognized that combining Price with Plamondon provided a mechanism to apply regular software patching to networked components. Levin ¶¶ 379-386.

*Third*, combining Plamondon's architecture with Price brings together prior art elements (Plamondon's **client** device with Price's coordinating-computer functionality), according to known methods, to yield predictable results (a client device that coordinates software upgrades for other devices, *e.g.*, **appliance 200**) with a reasonable expectation of success. Levin ¶¶ 392-393. The combination comports with the descriptions in both references. Levin ¶¶ 387-393.

Consistent with Plamondon, Price describes "additional layers of proxy systems between the database...and the proxy update server" in a corporate environment, where "many computer systems act as proxy systems for one or more devices." Price, [0072]; Levin ¶ 388. Price's implementation uses a personal computer comprising conventional computer hardware and networking protocols. Price, [0025]-[0029]. Consistent with Price, Plamondon's **client 102** comprises computing devices with comparable hardware and networking capabilities. Plamondon, [0210], [0229]-[0238], [0452]; Levin ¶ 389. Plamondon's client 102 also acts as both a client and server, [0210], like Price's coordinating computer.

In Plamondon-Price, Plamondon's **client 102** or an instance **client 102a** provides the Price coordinating computer by incorporating Price's computer instructions for upgrading software applications running on other devices such as **appliance 200**. Price, [0007], [0009], [0025], [0048], [0050], [0065]; Levin ¶¶ 390-391. This combination is called "Plamondon-Price."

### C. Claim 2

#### 1. Element 2A

| The method according to claim 1, wherein the **first client device** is identified by a Media Access Control (MAC) address or a hostname, |
|---|

Plamondon's **appliance 200** ("**first client device**") is identified by MAC address in an IEEE 802.11-compliant network or wired Ethernet. *Supra* § X; Plamondon, [0253]; Levin ¶¶ 366, 395. Plamondon describes **appliance 200** connecting to **clients 102** over network 104 by WiFi or Ethernet, using the MAC address as an identifier. Plamondon [0253]. Price likewise describes connecting the connected device and coordinating computer in an IEEE 802.11 link or Ethernet. Price, [0029] & Fig. 2 (links 70, 74). Levin ¶ 398.

#### 2. Element 2B

| and wherein the method further comprising sending, by the **first client device**, during, as part of, or in response to, a start-up of the **first client device**, a first message to the **second server**, and wherein the first messages comprises the first IP address, the MAC address, or the hostname. |
|---|

As per *supra* § XI.B, Plamondon **client 102a** is the "**second server**" as well as Price's coordinating computer that updates a connected device's software (*e.g.*, **appliance 200**) over a network. Price, [0029], [0041]-[0044], [0048]. Focusing on the Plamondon-Price application layer, when **appliance 200** is "activated" and "operated with initially loaded software," it "automatically register[s]" with the coordinating computer (**client 102a**). Price, [0044], [0048]; Levin ¶ 397.

In Plamondon-Price, the "controlled device" (**appliance 200**) connects to the "coordinating computer" over Plamondon's network 104. Plamondon and Price each make clear that this connection can be an IEEE 802.11 link or Ethernet. Levin ¶¶ 397-399. In these connections each application message will include packets that comprise the **application 200** MAC address. Levin ¶¶ 398-399. In these embodiments Plamondon-Price provides a first message from **appliance 200** to **client 102a** comprising the MAC address. *Id*.

Plamondon and Price both describe using the Internet. Levin ¶¶ 145-152, 400; Plamondon, [0203] (network 104 can be the Internet), Price [0029] ( "any means"). Using the Internet for network 104 in Plamondon-Price would also facilitate software updating across multiple local networks. Levin ¶ 400.

All packets sent on the Internet comprise the source and destination IP addresses. When connected over the Internet, POSAs would have recognized that well-known software design principles favored including the connected computer / registering device's IP address in the first message so the coordinating computer could uniquely identify the device. Levin ¶¶ 401-402; Price, [0026], [0045]. In this manner the Plamondon-Price **appliance 200** would identify itself to **client 102a** using its IP address as the source address in the packet header for packets comprising the registration message. This provides a first message from **appliance 200** to **client 102a** comprising the first IP address. Levin ¶¶ 403-404.

This makes claim 2 obvious over Plamondon-Price. Levin ¶ 404.

**D. Claim 3**

| The method according to claim 2, for use with a first application stored in the **first client device** and associated with a first version number, wherein the first message comprises the first version number. |
|---|

Plamondon's **appliance 200** ("first client device") runs applications including an operating system ("OS"), "browser," "client agent 120," and "user mode applications." [0012], [0206], [0229], [0237], [0246], [0249], [0250], [0361], [0680]-[0682]. Other functionalities, such as cache manager 232 on **appliance 200**, also comprise software applications. [0261] These applications would consist of versions that required periodic update. *E.g.*, [0249] ("appliance 200 can be running...any of the versions of the Microsoft® Windows operating systems…"); *cf.* Price, [0004]-[0007]; Levin, ¶¶ 407-408.

The first message for Price's device registration, *supra* § XI.C.2, includes device software versions as part of "registering" with the coordinating computer. Price, [0048] ("At block 208-4, the current version of the device's enabling software and other software is operated and recognized by the coordinating computer 12[.]"), Figs. 3, 5. POSAs would also have found it obvious to include version numbers in a first message to the coordinating computer (**client 102a**) because it needed that information for its versioning database, and sending it in a later message would have wasted bandwidth and overhead. Levin ¶¶ 409-413.

This makes claim 3 obvious over Plamondon-Price. Levin ¶ 414.

### E. Claim 4

| The method according to claim 3, for use with a second application that is a version of the first application, is stored in the **second server**, and is associated with a second version number, wherein the method further comprising receiving, by the **first client device** from the **second server**, in response to the first message, a second message that comprises the second version number. |
|---|

When Plamondon-Price's coordinating computer (Plamondon's **client 102a**) determines that a new software version is available to update a connected device (*e.g.*, Plamondon's **appliance 200**), the software update is "acquired and loaded into the coordination computer" ("**second server**"). Price, [0044], Fig. 3 (step 216). The software update is associated with a version number. Price, [0044], [0050]-[0051]. Levin ¶ 416.

Price describes automatically updating managed devices and also, alternatively, notifying the managed device user that software updates are available and letting the user decide whether to update. Price, [0030], [0032], [0044], [0055], [0071]. Levin ¶ 417. Price's method, practiced in Plamondon-Price, thus renders obvious the claimed "second message" with the updates' software version numbers in at least two ways. *First*, it would have been obvious for messages that automatically update the managed device's software to contain the new software version number. *Second*, it would also have been obvious for messages that notify the user of update availability to include the new software version number.

Including the new software version number in these messages would inform **appliance 200** of the version it was receiving and/or allow **appliance 200** to confirm it was receiving an updated (not existing/older) version, and/or allow the person managing **appliance 200** to review the content of any update and determine that the update was needed. It would also have been consistent with conventional practices for a message regarding newer version(s) of software to include version information in that message. Levin ¶¶ 418-420.

This makes claim 4 obvious over Plamondon-Price. Levin ¶ 421.

### F. Claim 5

| The method according to claim 4, wherein the method further comprising downloading over the Internet, by the **first client device** from the **second server**, in response to the first message, the second application from the **second server**, and installing the second application in the **first client device** as a replacement for the first application. |
|---|

As discussed *supra* §§ XI.C-XI.E (claims 2-4), **client 102a** ("**second server**") "acquire[s] and load[s]" updated versions of software run by **appliance 200** (*i.e.*, Plamondon-Price's **first client device**) in response to receiving the first message that registered **appliance 200's** software versions. Next, the "software update is delivered…to the software-controlled device" (*i.e.*, **appliance 200**). Price, [0044], [0069], Fig. 3 (steps 216, 220). As discussed with claim 2, *supra* § XI.C.2, Plamondon-Price discloses network 104 connecting **client 102a** and **appliance 200** as the Internet. *See, e.g.*, *supra* § VI.H (claim 18); Plamondon,

[0203], Fig. 1C; *supra* §§ VI.A, VI.B.2-VI.B.3. Thus, the above delivery of updated software occurs by **appliance 200** downloading the software "over the Internet, by the **first client device** from the **second server**." Levin ¶¶ 423-424.

Per Price, the delivered software is "for updating" the software-controlled device (*e.g.*, **appliance 200**) so a "user may use the device with the updated software." Price, [0044]. For example, the "current version software…is loaded" from memory to "replac[e] the prior embedded version." Price, [0065]. Thus, the new version of the application is installed as a replacement for the previous version (the "first application"), as claimed. Levin ¶ 425.

This makes claim 5 obvious over Plamondon-Price. Levin ¶ 426.

## XII. GROUND 7: CLAIMS 6-7—OBVIOUS OVER PLAMONDON IN VIEW OF KOZAT

### A. Kozat (Ex. 1024)

Kozat, published February 26, 2009, based on an application filed August 16, 2008, with priority to August 21, 2007, is pre-AIA § 102(e)(1) prior art.

Kozat describes a peer-to-peer ("P2P") content delivery network. One or more **media servers 101** provide media content to **clients 103** ("**peers**") that cache segments of the media content. Kozat, [0010], [0018], [0029], [0037]. One or more **control servers** "keep track of the current supply, current demand, and predicted future demand of all segments of media files" (*id.*, [0020]), and make caching decisions for the **peers**. *Id.*, Abstract, [0021], [0029], [0037].



**Kozat Fig. 1 (color added).**

**Control server 102** responds to a requesting **client 103** "with the list of locations [having the desired content, *e.g.*, **peers** or **media servers**] and their possible attributes such as, for example, available resources, distance, etc." *Id.*, [0039]. The requesting client then obtains the content (or portions thereof) from one or more of the identified locations. *Id.* Kozat's techniques improve prior-art peer-to-peer architectures by being able to "optimize[] [the system] with respect to the demand" for various content. *Id.*, [0008], [0010]; Levin ¶¶ 427-431.

### B. Plamondon-Kozat Combination

POSAs would have found implementing Kozat's P2P functionality a natural extension of Plamondon, with Kozat's control-server functionality provided by an **appliance 200** of Plamondon. [0202]-[0214]. Plamondon itself describes caching objects on multiple devices including **appliances 200** ([0446]) and **clients 102** ([0443]) while providing that network 104 connecting **clients 102** and **appliances 200** can have any topology ([0204]). In Plamondon-Kozat, the Plamondon **clients 102** are, per Kozat, peers that cache and serve objects. The Plamondon web **servers 106** are analogous to Kozat's media servers. Levin ¶¶ 432-436.

POSAs would have been motivated to make this combination to augment Plamondon with well-known P2P system benefits. Kozat, [0003]. Combining Plamondon with Kozat's P2P techniques would improve Plamondon's performance by increasing transfer speeds and reducing peak loads, since Kozat's control server would ensure that requests were distributed efficiently among peers. Kozat's P2P technique provided an "effective way to pair peers and match supply and demand." Kozat, [0021]-[0022]. Implementing Kozat's control server in Plamondon's **appliance 200** would further improve **appliance 200**'s role as a "performance enhancing proxy." [0206]; Levin ¶¶ 437-438, 443.

POSAs would have had a reasonable expectation of success in this "Plamondon-Kozat" combination because both Plamondon and Kozat use conventional computer-system hardware in known ways. Kozat, [0074]-[0078]; Plamondon, [0229]-[0238]; Levin ¶¶ 439-443.

In Plamondon-Kozat, when Plamondon's **client 102** requests an object (*e.g.*, web page or media file), the device running Kozat's control-server software (*e.g.*, **appliance 200**) determines whether the object is cached in the P2P network. If the object is identified in the P2P network, Kozat's techniques identify (1) device(s) (a **client 102b** and/or **server 106a**) having at least a portion of the requested content and (2) "attributes" of such devices ( "available resources, distance"). Kozat, [0039]; Levin ¶ 440. Following Kozat, **client 102** then selects the device(s) from which to obtain the object or the managing device (*e.g.*, **appliance 200**) makes that selection. Kozat, [0039]. Following Plamondon, **appliance 200** continues to act as a proxy for **client 102**. [0417]. If the object is not available from devices in the P2P network, **appliance 200** acting as a proxy continues implementing Plamondon's techniques claim 1 to obtain the object from the originating server (*e.g.*, **server 106**). Levin ¶ 441.

The annotated Plamondon Figure 1A below lists the devices in the challenged claims and integrates Plamondon's **appliance 200** with Kozat's control server in a Plamondon-Kozat combination. Levin ¶¶ 442-443.



“second server”
“first server”
38
Client 102a
Client 102b
Client 102n
Network 104
200
Appliance
WAN
Optimization device
Network 104'
200'
Appliance
WAN
Optimization device
Network 104''
Server 106a
Server 106b
Server 106n
“first client device”
(comprises appliance 200 and Kozat’s control server)
FIG. 1A
“third server”
“second client device”

### C. Claim 6

#### 1. Element 6A

##### a. Element 6A1

| The method according to claim 1, for use with a **third server** that comprises a web server that is Hypertext Transfer Protocol (HTTP) server, the **third server** responds to HTTP requests and stores a second content identified by a second content identifier, |
|---|

Plamondon-Kozat servers 106a-n each comprise a web server that is an HTTP server that responds to HTTP requests. *Supra* § VI.B.1; Plamondon, [0202]. As shown in the annotated Figure 1A above, one **server 106a** is the "**first server**" and another **server 106n** is the "**third server**." It was known in the art that different web servers would store and serve different content, so that **server 106n** would store "second content" (*e.g.*, a second web object such as a second web page) "identified by a second content identifier" (a second URL/URI), as claimed. Plamondon, [0011], [0210], [0212], [0488]. The same analysis for the claim 1, 1P and step 1C, meets 6A1, using the **third server** as the **web server**. *Supra* §§ VI.B.1, VI.B.3. Levin ¶¶ 445-446.

##### b. Element 6A2

| the method by the **first client device** further comprising: |
|---|

Plamondon-Kozat **appliance 200** is the "**first client device**," *supra* § VI.B.1, and performs steps [6B]-[6D] below. Levin ¶ 448.

**2. Element 6B**

| receiving the second content identifier; |
|---|

Plamondon-Kozat's **appliance 200** receives, and identifies, **client 102**'s "HTTP requests for the second content." The intercepted request includes a URL that identifies the requested second content. *Supra* §§ VI.B.1, XII.B; Levin ¶ 450.

**3. Element 6C**

| sending, to the **third server** over the Internet in response to the receiving, the second content identifier; and |
|---|

The same analysis in [1C] applies here, replacing the **web server** with **third server** and 'first content' with 'second content.' *Supra* § VI.B.3 (step 1C). In Plamondon-Kozat, **appliance 200** communicates with **server 106n** over the Internet for the same reasons it communicates with **web server** over the Internet. [0203]; § VI.B.3 (step 1C). When content is not cached among the Plamondon-Kozat peers, it will be retrieved from an external web server, as Plamondon taught (*supra* § VI.A). This requires the straightforward operation of **appliance 200**—as a proxy server—retrieving content from the "**third [web] server**" over the Internet. The content request for this content [6C] includes the object URL (the "second content identifier"). Levin ¶¶ 452-453.

#### 4. Element 6D

| receiving the second content from the **third server** over the Internet in response to the sending. |
|---|

Plamondon-Kozat's **appliance 200** receives the requested second content from the **third server** in the same way that Plamondon's **appliance 200** receives the first content from the **web server** for [1D]. *Supra* § VI.B.4 (step 1D). Levin ¶¶ 455-456.

This makes claim 6 obvious over Plamondon in view of Kozat. Levin ¶ 456.

### D. Claim 7

| The method according to claim 6, further comprising executing, by the **first client device**, a web browser application or an email application. |
|---|

Plamondon teaches that all its techniques, systems and methods "may be deployed in a browser or for a browser…including any portion of network optimization engine 250" in **appliance 200** ("**first client device**"). [0680]; *see also* [0012] ("[T]echniques...may be deployed...as part of a browser"); Levin ¶ 458.

POSAs also had reason to implement Kozat's control-server functionality in a web-browser application to simplify integration with Plamondon's web-browser functionality discussed above. It was also conventional to implement peer-to-peer functionality in browser applications. Levin ¶¶ 458-460.

This makes claim 7 obvious over Plamondon in view of Kozat. Levin ¶ 460.

## XIII. NO BASIS EXISTS FOR DISCRETIONARY DENIAL

### A. Section 314(a): Litigation Involving Unrelated Parties and Different Prior Art Does Not Support Discretionary Denial

The Board's discretion to deny institution in view of litigation is based on considerations of efficiency, fairness and patent quality. *Apple v. Fintiv,* IPR2020-00019, Paper 11, 5 (Mar. 20, 2020) ("*Fintiv*") (precedential). Where (as here) a petitioner is not involved in litigation and the IPR presents prior art different from that in district court, there is no reason for discretionary denial.

#### 1. Factors 5 and 4 Strongly Disfavor Discretionary Denial

##### a. Factor 5: Petitioner Is Not a Litigation Defendant

Petitioner is neither a defendant nor related to any defendant in litigation concerning the '510 patent. **Factor 5** thus "strongly weighs against… exercising discretion to deny institution." *Kavo Dental Techs. v. Osseo Imaging,* IPR2020-00659, Paper 10, 18 (June 10, 2020); *see also Fintiv*, 13-14.

##### b. Factor 4: There Is No Meaningful Overlap Between this IPR and the EDTX Cases

While *Fintiv* recognized that the Board can deny institution based on substantial overlap between an IPR petition and litigation, (*Fintiv*, 14), lack of meaningful overlap in prior art weighs against discretionary denial. *Unified Patents v. NavBlazer*, IPR2020-00983, Paper 11, 8-9 (Dec. 16, 2020) ("Because the references asserted here and in the WDTX cases are not the same…this factor

weighs against denial."); *Fintiv*, 12-13. The primary reference, for every ground in this petition, is Plamondon. The public record of the EDTX cases gives no indication that any defendant is relying on Plamondon.

- In the 395 case, the defendants' Section 282 disclosure and the joint pretrial order do not list Plamondon. Exs. 1057, 1079.
- In the 225 case, the defendants have not answered the complaint; prior art has not been identified. Ex. 1058.
- In the 414 case, cross summary judgment motions on invalidity do not identify Plamondon. Exs. 1075-1076.
- The 397 case was dismissed on May 21, 2020. Ex. 1060.

There is also little overlap of secondary references. Of the five secondary references in this petition's grounds, three (Price, IEEE 802.11-2007, Kozat) are not relied upon by any defendant—they are absent from the Section 282 disclosure and the pretrial order in the 395 case, as well as the summary judgment briefing in the 414 case. Exs. 1057, 1075-1076, 1079.

RFC 1122 and 2616 appear in the Section 282 disclosure from the 395 case but only RFC 2616 appears in the pretrial order from that case. Similarly, only RFC 2616 appears in the 414 case summary judgment briefing. Exs. 1075-1076.

Moreover, in the 395 case, PO asserts 2 claims from the '510 patent (Ex. 1079, 3), while in the 414 case PO asserts 9 claims (Ex. 1063, 13). This IPR challenges 22 claims in the '510 patent. The lack of meaningful overlap with the EDTX cases weighs against discretionary denial.

### 2. Factors 1-3 Disfavor Discretionary Denial Because Petitioner Is Not a Litigation Defendant and There Is No Meaningful Overlap Between this IPR and the EDTX Cases

*Fintiv* **Factors 1-3** address the risk that the Board and a district court will duplicate efforts assessing patentability. In this case non-overlapping parties and prior art, between this petition and the EDTX cases, mean that **Factors 1-3** disfavor discretionary denial.

Although the 395 case is in trial, **Factor 3** (investment by district court) weighs against denial due to the lack of overlap. *MED-EL Elektromedizinische Geräte v. Adv. Bionics*, IPR2021-00044, Paper 14, 27-28 (Apr. 6, 2021) (**Factor 3** "weighs against" denial despite district court's investment: "[I]f considerable effort has been made by the parties and court in a parallel litigation, <u>but that effort addresses largely different validity issues</u> as to the '746 patent, the amount of effort may be less relevant to the efficiency and integrity of the system.").

A pre-FWD trial involving an unrelated party does not favor discretionary denial under **Factor 2** (proximity of trial date). *Dolby Labs. v. Intertrust Techs.*, IPR2020-00665, Paper 11, 15-17 (Feb. 16, 2021) (**Factor 2** weighs against denial, despite pre-FWD trial, where "Dolby is not a party to the Texas Actions").

With respect to **Factor 1**, it is not clear how the district court would rule on a stay motion in the 225 or 414 cases. In the absence of additional information, **Factor 1** is neutral. *Facebook v. Onstream Media*, IPR2020-01525, Paper 11, 9-10 (April 5, 2021).

In summary, the lack of overlap ensures there will be no duplication of effort. The applicable policies (efficiency, fairness and patent quality) disfavor discretionary denial.

#### 3. Factor 6 Favors Institution Because this Petition Is Strong

The petition's "strong showing on the merits" weighs against denial. *Apple v. SEVEN Networks*, IPR2020-00235, Paper 10, 17 (July 28, 2020).

### B. Section 314(a): The Code200 IPR and NetNut IPR Do Not Support Discretionary Denial

The Board denied the Code200 IPR in its discretion. Ex. 1068. The NetNut petition in IPR2021-01493, which reiterates the art and largely copies the grounds from Code200's petition, has not been instituted, and no preliminary response has been filed. Given that the Board did not assess the Code200 grounds on the merits and the NetNut petition has not been instituted, *General Plastic* is inapplicable. *Google v. Jenam Tech.*, IPR2020-00845, Paper 16, 5 (Oct. 8, 2020) ("*General Plastic* addressed the situation where the same petitioner filed 'follow-on petitions'…after a first set of petitions was denied on the merits.").

Petitioner's lack of relationship to the Code200 or NetNut petitioners also makes *General Plastic* inapplicable. *NetNut v. Bright Data*, IPR2021-00465, Paper 11, 9 (Aug. 12, 2021) ("[W]e decline to extend *General Plastic* and *Valve* to the situation here: where a follow-on petition is filed by a petitioner who is not the same as previous petitioners and does not have any relationship, much less a significant relationship, with previous petitioners."). Petitioner is a startup incorporated in June 2021; it did not exist when Code200 filed its IPR—or when that IPR was denied institution—and NetNut filed its petition just two months ago. Petitioner did not delay this filing for tactical advantage based on any other IPR.

This petition challenges more claims than, and has no material overlap with, the Code200 / NetNut petitions. The Code200 and NetNut petitions each challenged 19 claims; neither petition used Plamondon.[12] Each relied, instead, upon references distinct from those used in the grounds herein: Crowds, MorphMix, and Border. Among the five secondary references in this petition, two—RFC 2616 (in Ground 3 herein for claims 8 and 11) and RFC 1122 (in Ground 4 herein for claims 8-9)—were used in <u>different</u> combinations in the Code200 and NetNut IPRs.

[12] This petition challenges all claims except claim 13, which the district court found indefinite (Ex. 1006, 22) and claim 14, which depends from claim 13.

If the Board applies *General Plastic*, these material differences favor institution. *Xilinx v. Arbor Global Strategies*, IPR2020-01568, Paper 12, 10-12 (Mar. 5, 2021) (*General Plastic* analysis did not disfavor institution where later petition challenged additional claims and its grounds presented "materially different challenges").

### C. Section 325(d): This Petition's References and Arguments Were Not Addressed During Prosecution

Under *Advanced Bionics v. MED-EL*, IPR2019-01469, Paper 6 (Feb. 13, 2020) (precedential), this petition does not include the same, or substantially similar, references or arguments from prosecution. The Patent Office never considered any unpatentability ground presented herein.

Other than RFC 2616 (a secondary reference for claims 15-17), the Patent Office never considered any reference presented herein. While the admitted prior art RFC 2616 was of-record during the '510 prosecution, the Examiner never applied RFC 2616 in a claim rejection. Under *Advanced Bionics* Step 1, RFC 2616 cannot justify denying institution. *Group III Int'l v. Targus Group Int'l*, IPR2021-00371, Paper 21 (July 9, 2021) (Step 1 not met where petition relied on prior art in IDS not applied by Examiner to reject claims); *SHDS v. Truinject*, IPR2020-00937, Paper 11, 8-12 (Nov. 17, 2020) (Step 1 not satisfied where petition combined of-record art with new art).

No reference in this petition includes disclosure "substantially similar" to that of any reference used in a claim rejection during prosecution of the '510 patent, or any related application.

One reference, U.S. Patent 7,865,585 ("Samuels," Ex. 1054), bears discussion. Robert Plamondon—the sole inventor for this petition's primary reference—was a co-inventor on Samuels. The Examiner initialed Samuels on an IDS but never discussed it during the '510 patent's prosecution.

Plamondon provides extensive disclosure not found in Samuels. While Samuels and Plamondon share some overlapping material—(Fig. 1A-1E, 2A-2B, 3) and Plamondon, [0202]-[0362]—the petition relies on Plamondon's additional 321 paragraphs ([0363]-[0682]), spanning 45 pages, with no counterpart in Samuels. This petition challenges claim 1 based on, *inter alia*, Plamondon's Figs. 6A-6B and associated discussion in paragraphs [0442]-[0453]. This subject matter—missing from Samuels—clearly anticipates claim 1. In short, Plamondon's new, non-overlapping subject matter describes functionality—including the parallel revalidation methods described above—that anticipates the steps in challenged claim 1. The Patent Office never considered this functionality when discussing Samuels.

During prosecution of ancestor Application 12/836,059 the Examiner rejected application claims 26-45 over Samuels and another reference ("Marco"). Independent claim 26 required an acceleration server, something not included in the claims challenged here. Citing Samuels Fig. 1A and related disclosure, PO distinguished Samuels arguing—with reference to the component not relevant here—that "appliance optimization devices 200, 200'" was not an "acceleration server." Ex. 1071, 179-188.

Grandparent case 14/025,109 is similar. During prosecution the Examiner rejected claims combining a different primary reference (Garcia) with Samuels, citing Samuels for functionality different from the functionality recited in challenged claim 1. Ex. 1072, 207-220, 304-327.

In short, there is no overlap in the prosecution of ancestor applications that could justify discretionary denial here. *HyperBranch Med. Tech. v. Confluent Surgical*, IPR2018-01099, Paper 14, 18 (Nov. 27, 2018) (instituting where "no arguments during prosecution of the grandparent '483 patent or any member of the '483 patent family that overlap with Petitioner's arguments").

Further, as shown herein, had the Examiner considered Plamondon, no challenged claim would have issued. *Advanced Bionics* Step 2 focuses on *Becton, Dickinson* factors (c), (e), and (f) (*Advanced Bionics*, 10), which all weigh against denial.

On factor (c), while RFC 2616 was of-record, it was never applied. This weighs "strongly against" discretionary denial. *Adobe v. RAH Color Techs.*, IPR2019-00627, Paper 41, 17-18 (Sept. 10, 2019). Although the Office applied Samuels during the ancestor prosecutions, it lacks the key Plamondon disclosures that anticipate claim 1.

On factors (e) and (f), "if…the Office's previous consideration of the art is not well developed or silent, then a petitioner may show the Office erred by overlooking something persuasive under factors (e) and (f)." *Advanced Bionics*, 10. Had the Examiner considered Plamondon no challenged claim would have issued. The Office never considered the references and combinations in this petition. As none of the references herein were applied, there is no prior analysis to review for error, other than allowance of claims that are unpatentable over the references cited herein as explained above. *Bowtech v. MCP IP*, IPR2019-00382, Paper 12, 13 (Aug. 6, 2019). The Office also lacked the benefit of expert testimony. This new evidence weighs "heavily against denying institution." *Adobe*, 20.

### D. The Recently-Filed Reexamination Request Does Not Support Discretionary Denial

A reexamination request filed one month ago by one of the Code200 petitioners repeats the same grounds presented in the Code200 IPR. *See* Reexamination No. 90/014,876. It thus fails to support discretionary denial for the same reasons already discussed above.

## XIV. CONCLUSION

Petitioner requests cancellation of claims 1-12 and 15-24 of the ’510 patent.

Dated: November 4, 2021

Respectfully submitted,

The Data Company Technologies Inc.,

By: /Michael N. Rader/

Michael N. Rader, Reg. No. 52,146
WOLF, GREENFIELD & SACKS, P.C.

**CERTIFICATE OF SERVICE UNDER 37 C.F.R. § 42.6 (E)(4)**

I certify that on November 4, 2021, I will cause a copy of the foregoing document, including any exhibits or appendices filed therewith, to be served via Priority Mail Express International at the following correspondence address of record for the patent:

May Patents Ltd. c/o Dorit Shem-Tov
P.O.B 7230
Ramat-Gan 5217102
Israel

Date: November 4, 2021

/MacAulay Rush/
MacAulay Rush
Paralegal
WOLF, GREENFIELD & SACKS, P.C.

**CERTIFICATE OF WORD COUNT**

Pursuant to 37 C.F.R. § 42.24, the undersigned certifies that the foregoing Petition for *Inter Partes* Review contains 13,832 words excluding a table of contents, a table of authorities, a certificate of service or word count, or appendix of exhibits or claim listing (but including annotations added by Petitioner to figures reproduced in the petition). Petitioner has relied on the word count feature of the word processing system used to create this paper in making this certification.

Date: November 4, 2021

/MacAulay Rush/
MacAulay Rush
Paralegal
WOLF, GREENFIELD & SACKS, P.C.

# U.S. PATENT NO. 10,484,510 CLAIM LIST

| Ref | Claim |
|---|---|
| **1P** | 1. A method for use with a **web server** that responds to Hypertext Transfer Protocol (HTTP) requests and stores a first content identified by a first content identifier, the method by a **first client device** comprising: |
| **1A** | establishing a Transmission Control Protocol (TCP) connection with a **second server**; |
| **1C** | sending, to the **web server** over an Internet, the first content identifier; |
| **1D** | receiving, the first content from the **web server** over the Internet in response to the sending of the first content identifier; and |
| **1E** | sending the received first content, to the **second server** over the established TCP connection, in response to the receiving of the first content identifier. |
| **2A** | 2. The method according to claim 1, wherein the **first client device** is identified by a Media Access Control (MAC) address or a hostname, and |

| Ref | Claim |
|---|---|
| 2B | wherein the method further comprising sending, by the **first client device**, during, as part of, or in response to, a start-up or power-up of the **first client device**, a first message to the **second server**, and wherein the first messages comprises the first client IP address, the MAC address, or the hostname. |
| 3 | 3. The method according to claim 2, for use with a first application stored in the **first client device** and associated with a first version number, wherein the first message comprises the first version number. |
| 4 | 4. The method according to claim 3, for use with a second application that is a version of the first application, is stored in the **second server**, and is associated with a second version number, wherein the method further comprising receiving, by the **first client device** from the **second server**, in response to the first message, a second message that comprises the second version number. |
| 5 | 5. The method according to claim 4, wherein the method further comprising downloading over the Internet, by the **first client device** from the **second server**, in response to the first message, the second application from the **second server**, and installing the second application in the **first client device** as a replacement for the first application. |

| Ref | Claim |
|---|---|
| **6A1** | 6. The method according to claim 1, for use with a **third server** that comprises a web server that is Hypertext Transfer Protocol (HTTP) server, the **third server** responds to HTTP requests and stores a second content identified by a second content identifier, |
| **6A2** | the method by the **first client device** further comprising: |
| **6B** | receiving the second content identifier; |
| **6C** | sending, to the **third server** over the Internet in response to the receiving, the second content identifier; and |
| **6D** | receiving the second content from the **third server** over the Internet in response to the sending. |
| **7** | 7. The method according to claim 6, further comprising executing, by the **first client device**, a web browser application or an email application. |
| **8** | 8. The method according to claim 1, further comprising periodically communicating over the TCP connection between the **second server** and the **first client device**. |
| **9** | 9. The method according to claim 8, wherein the periodically communicating comprises exchanging 'keep alive' messages. |
| **10** | 10. The method according to claim 1, further comprising determining, by the **first client device**, that the received first content, is valid. |

| Ref | Claim |
|---|---|
| 11 | 11. The method according to claim 10, wherein the determining is based on the received HTTP header according to, or based on, IETF RFC 2616. |
| 12A | 12. The method according to claim 10, further comprising:sending, a message over the Internet in response to the determining that the received first content, is not valid; and |
| 12B | receiving, over the Internet in response to the sending of the message, from the **second server** or from a **second client device** selected from a plurality of client devices, the first content. |
| 15 | 15. The method according to claim 1, further comprising receiving, by the **first client device** from the **second server** over the established TCP connection, the first content identifier. |
| 16 | 16. The method according to claim 1, wherein the sending of the first content identifier to the **web server** over the Internet comprises sending a Hypertext Transfer Protocol (HTTP) request that comprises the first content identifier. |
| 17 | 17. The method according to claim 1, further comprising storing, by the **first client device** in response to the receiving from the **web server**, the first content. |

| Ref | Claim |
|---|---|
| **18** | 18. The method according to claim 1, wherein the **second server** is a Transmission Control Protocol/Internet Protocol (TCP/IP) server that communicates over the Internet based on, or according to, using TCP/IP protocol or connection, and wherein the **first client device** is a Transmission Control Protocol/Internet Protocol (TCP/IP) client that communicates with the **second server** over the Internet based on, or according to, TCP/IP protocol. |
| **19** | 19. The method according to claim 1, wherein the **first client device** communicates over the Internet based on, or according to, one out of UDP, DNS, TCP, FTP, POP#, SMTP, or SQL standards. |
| **20** | 20. The method according to claim 1, wherein the first content comprises web-page, audio, or video content, and wherein the first content identifier comprises a Uniform Resource Locator (URL). |
| **21** | 21. The method according to claim 1, further comprising executing, by the **first client device**, a web browser application or an email application. |
| **22** | 22. The method according to claim 1, further comprising storing, operating, or using, a client operating system. |
| **23** | 23. The method according to claim 1, wherein the steps are sequentially executed. |

| Ref | Claim |
|---|---|
| **24** | 24. A non-transitory computer readable medium containing computer instructions that, when executed by a computer processor, cause the processor to perform the method according to claim 1. |