Case Nos. 2023-2144, 2023-2145, 2023-2146, 2023-2147,
2023-2414, 2023-2415, 2023-2442, 2023-2443

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

BRIGHT DATA LTD.,
*APPELLANT*,

v.

CODE200, UAB, TESO LT, UAB, METACLUSTER LT, UAB, OXYSALES, UAB, THE DATA COMPANY TECHNOLOGIES INC., MAJOR DATA UAB, CORETECH LT, UAB,
*APPELLEES*.

*Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00103, IPR2022-00135, IPR2022-00138, IPR2022-00353, IPR2022-00915, IPR2022-00916, IPR2021-01492, IPR2022-00861, IPR2021-01493, IPR2022-00862*

### APPELLANT'S CERTIFICATE OF COMPLIANCE
### WITH FEDERAL CIRCUIT RULE 25.1(c)(2)

Date: June 12, 2024

ROBERT M HARKINS, JR.
CHERIAN LLP
2001 Addison Street, Suite 275
Berkeley, CA 94704
(510) 944-0187
bobh@cherianllp.com

*Counsel for Appellant*

Pursuant to Federal Circuit Rule 25.1(c)(2)(A), Appellant Bright Data Ltd. hereby certifies that it has complied with the requirements of Federal Circuit Rule 25.1(c)(2).

*Respectfully submitted,*

Date: June 12, 2024

*/s/ Robert M. Harkins, Jr.*
ROBERT M HARKINS, JR.
CHERIAN LLP
2001 Addison Street, Suite 275
Berkeley, CA 94704
(510) 944-0187
bobh@cherianllp.com

*Counsel for Appellant*

## CERTIFICATE OF SERVICE

A complete and entire copy of this document was filed in Lead Case No. 203-2144 using CM/ECF and was served on the undersigned date on all counsel of record via CM/ECF.

| | |
|---|---|
| Date: June 12, 2024 | */s/ Robert M. Harkins, Jr.*<br>ROBERT M HARKINS, JR.<br><br>*Counsel for Appellant* |