Nos. 23-2144, -2145, -2146, -2147, -2414, -2415, -2442, and -2443

## In The
# United States Court of Appeals for the Federal Circuit

---

BRIGHT DATA LTD.,

Appellant,

v.

CODE200, UAB, TESO LT, UAB, METACLUSTER LT, UAB, OXYSALES, UAB, THE DATA COMPANY TECHNOLOGIES INC., MAJOR DATA UAB, CORETECH LT, UAB,

Appellees.

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board, *Inter Partes* Review Nos. IPR2022-00103, IPR2022-00135, IPR2022-00138, IPR2022-00353, IPR2022-00915, IPR2022-00916, IPR2021-01492, IPR2022-00861, IPR2021-01493, and IPR2022-00862

---

## APPELLEES' CERTIFICATE OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 25.1(c)(2)

---

Daniel S. Leventhal
NORTON ROSE FULBRIGHT US LLP
1301 McKinney St., Suite 5100
Houston, TX 77010
daniel.leventhal@nortonrosefulbright.com

Jonathan S. Franklin
NORTON ROSE FULBRIGHT US LLP
799 9th St. N.W., Suite 1000
Washington, D.C. 20001
jonathan.franklin@nortonrosefulbright.com

*Counsel for Appellees Code200, UAB, Teso LT, UAB, metacluster lt, UAB, Oxysales, UAB, and coretech lt, UAB*

Michael N. Rader
WOLF GREENFIELD & SACKS, PC
605 Third Avenue
New York, NY 10158
mrader@wolfgreenfield.com

Adam Wichman
WOLF GREENFIELD & SACKS, PC
600 Atlantic Avenue
Boston, MA 02210
awichman@wolfgreenfield.com

*Counsel for Appellee The Data Company Technologies Inc.*

June 12, 2024          *Additional Counsel Listed on Following Page*

Mark T. Garrett
Stephanie N. DeBrow
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, TX 78701
mark.garrett@nortonrosefulbright.com
stephanie.debrow@nortonrosefulbright.com

*Counsel for Appellees Code200, UAB, Teso
LT, UAB, metacluster lt, UAB, Oxysales,
UAB, and coretech lt, UAB*

JASON R. BARTLETT
WENSHENG MA
MASCHOFF BRENNAN
450 Sansome Street, Suite 1005
San Francisco, CA 94111
(418) 738-6334

*Counsel for Appellee Major Data UAB*

Pursuant to Federal Circuit Rule 25.1(c)(2)(A), Appellees hereby certify that

they have complied with the requirements of Federal Circuit Rule 25.1(c)(2).

Respectfully submitted,

/s/ Michael N. Rader
Michael N. Rader
WOLF, GREENFIELD & SACKS, P.C.
605 Third Avenue
New York, NY 10158
(212) 697-7890

Adam R. Wichman
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000

*Counsel for Appellee The Data
Company Technologies Inc.*

/s/ Jason R. Bartlett
Jason R. Bartlett
Wensheng Ma
MASCHOFF BRENNAN
450 Sansome Street, Suite 1005
San Francisco, CA 94111
(415) 738-6334

*Counsel for Appellee Major Data UAB*

June 12, 2024

/s/ Stephanie N. DeBrow
Jonathan S. Franklin
Norton Rose Fulbright US LLP
799 Ninth Street, N.W., Suite 1000
Washington, DC 20001
(202) 662-0466

Mark T. Garrett
Stephanie N. DeBrow
Norton Rose Fulbright US LLP
98 San Jacinto Blvd., Suite 1100
Austin, TX 78701
(512) 536-3094

Daniel Leventhal
Norton Rose Fulbright US LLP
1301 McKinney Street
Houston, TX 77010
(713) 651-8360

*Counsel for Appellees Code 200, UAB;
Teso LT, UAB;* m*etacluster lt, UAB;
Oxysales, UAB; and coretech lt, UAB*

## DECLARATION OF AUTHORITY

Pursuant to Federal Circuit Rule 47.3(d), I certify that each of the other Appellees shown above has authorized me to sign and file this brief on their behalf.

Date: June 12, 2024

/s/ Stephanie N. DeBrow
Stephanie N. DeBrow
NORTON ROSE FULBRIGHT US LLP

*Counsel for Appellees Code200, UAB, Teso LT, UAB, metacluster lt, UAB, Oxysales, UAB, and coretech lt, UAB*