FORM 32. Response to Notice to Advise of Scheduling Conflicts                       Form 32
                                                                                   March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 23-2144

**Short Case Caption:** Bright Data Ltd. v. Code200, UAB

**Party Name(s):** Code200, UAB, Teso LT, UAB, metacluster lt, UAB, Oxysales, UAB, and coretech lt, UAB

**INFORMATION:** The court uses this form to determine whether and when to schedule cases for oral argument. Arguing counsel may be changed later, but a motion to reschedule is required once the court schedules argument. Please plan in advance to adhere to the limit on the number of arguing counsel in Fed. Cir. R. 34(e).

**Argument Waiver**   ☐ My party intends to waive oral argument.

NOTE: Filers checking this box must still complete the below sections. **The court may still schedule this case for oral argument even if any party intends to waive argument.** If scheduled, parties may still elect to waive argument using the response to notice of oral argument form.

**Other Parties Representing Interests**

☐ Counsel for another party will represent my party's interests at oral argument

NOTE: If this box is checked, skip the remaining sections. Any argument date will be selected based on conflict dates for counsel arguing on behalf of your party.

**Name of Expected Arguing Counsel**   Daniel Scott Leventhal

**Dates Unavailable**

Do you have dates of unavailability within the specific sessions identified by the court's Notice to Advise of Scheduling Conflicts in your case?

☑ Yes     ☐ No

If yes, attach a separate sheet listing **up to ten dates** of unavailability and **include a statement showing good cause for each date**. Dates without good cause or that do not pertain to arguing counsel (e.g., client conflicts) will not be accepted. The court will only accept dates for one counsel and only if that counsel has filed an entry of appearance. The Clerk's Office will evaluate and note accepted or rejected conflict dates; counsel may contact the Clerk's Office about re-filing if dates are rejected. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34.

FORM 32. Response to Notice to Advise of Scheduling Conflicts          Form 32
                                                                       March 2023

**Potential Case Conflicts**

Are there other pending cases before this court (regardless of case status) in which expected arguing counsel in this case also expects to argue?

☐ Yes      ☑ No

If yes, attach a separate sheet listing those cases.

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 06/27/2024            Signature: /s/ Daniel S. Leventhal

                            Name: Daniel S. Leventhal

# ADDENDUM TO RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 23-2144

**Short Case Caption:** Bright Data Ltd. v. Code200, UAB

**Party Name:** Code200, UAB, Teso LT, UAB, metacluster lt, UAB, Oxysales, UAB, and coretech lt, UAB

Arguing counsel for Code200, UAB, Teso LT, UAB, metacluster lt, UAB, Oxysales, UAB, and coretech lt, UAB, Daniel S. Leventhal, is unavailable:

September 5 and 6, 2024, due **scheduled participation in a trial or arbitration the week immediately following the oral argument session**. Mr. Leventhal is lead counsel for a trial beginning Monday, September 9, 2024, in *Pacira Pharmaceuticals, Inc. v. Research Development Foundation*, Case No. 2:21-cv-02241-CDS-DJA, in the United States District Court for the District of Nevada;

October 7, 2024, due to **pre-planned vacation**. Airfare, hotel, and activities have already been purchased;

[Previously accepted] October 11, 2024, due to conflict with the Jewish holiday of Yom Kippur, which begins sundown October 11, 2024 and would therefore present travel difficulties;

January 8, 9, and 10, 2025 due to **scheduled participation in a hearing, trial, arbitration, or mediation**. Mr Leventhal is lead counsel for a scheduled in-person Final Pretrial Conference scheduled for January 9, 2025 and must travel to and from same in *WellWorx Energy Solutions LLC v. Oilify New-Tech Solutions Inc.*, Case No. 7:22-cv-59-ADA, in the United States District Court for the Western District of Texas; and

February 5, 6, and 7, 2025 due to **scheduled participation in a hearing, trial, arbitration, or mediation**. Mr. Leventhal is lead counsel for a scheduled trial beginning Thursday, January 30, 2025, in *WellWorx Energy Solutions LLC v. Oilify New-Tech Solutions Inc.*, Case No. 7:22-cv-59-ADA, in the United States District Court for the Western District of Texas.