NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRIGHT DATA LTD.**,
*Appellant*

v.

**CODE200, UAB, TESO LT, UAB, METACLUSTER LT, UAB, OXYSALES, UAB, THE DATA COMPANY TECHNOLOGIES INC., MAJOR DATA UAB, CORETECH LT, UAB,**
*Appellees*

---

2023-2144, 2023-2145, 2023-2146, 2023-2147, 2023-2414, 2023-2415, 2023-2442, 2023-2443

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-01492, IPR2021-01493, IPR2022-00103, IPR2022-00135, IPR2022-00138, IPR2022-00353, IPR2022-00861, IPR2022-00862, IPR2022-00915, IPR2022-00916.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Bright Data Ltd. moves unopposed to waive Federal Circuit Rule 34(e)(3) to allow two counsel to present oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

May 2, 2025

Jarrett B. Perlow
Clerk of Court