# United States Court of Appeals for the Federal Circuit

---

**BRIGHT DATA LTD.,**
*Appellant*

v.

**CODE200, UAB, TESO LT, UAB, METACLUSTER LT, UAB, OXYSALES, UAB, THE DATA COMPANY TECHNOLOGIES INC., MAJOR DATA UAB, CORETECH LT, UAB,**
*Appellees*

---

2023-2144, 2023-2145, 2023-2146, 2023-2147, 2023-2414, 2023-2415, 2023-2442, 2023-2443

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00103, IPR2022-00135, IPR2022-00138, IPR2022-00353, IPR2022-00915, IPR2022-00916, IPR2021-01492, IPR2022-00861, IPR2021-01493, IPR2022-00862.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

August 1, 2025
Date

Jarrett B. Perlow
Clerk of Court