NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**BRIGHT DATA LTD.,**
*Appellant*

v.

**CODE200, UAB, TESO LT, UAB, METACLUSTER LT, UAB, OXYSALES, UAB, THE DATA COMPANY TECHNOLOGIES INC., MAJOR DATA UAB, CORETECH LT, UAB,**
*Appellees*

_____

2023-2144, 2023-2145, 2023-2146, 2023-2147, 2023-2414, 2023-2415, 2023-2442, 2023-2443

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-01492, IPR2021-01493, IPR2022-00103, IPR2022-00135, IPR2022-00138, IPR2022-00353, IPR2022-00861, IPR2022-00862, IPR2022-00915, IPR2022-00916.

_____

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

_____

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.[1]

PER CURIAM.

# ORDER

Bright Data Ltd. filed a combined petition for panel rehearing and rehearing en banc. The petition was first referred to the panel that heard the appeal, and thereafter the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

FOR THE COURT

October 1, 2025
Date

Jarrett B. Perlow
Clerk of Court

---

[1] Circuit Judge Newman did not participate.